IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 14-cv-04391 |
| ) | |
| CITY OF CHICAGO, Chicago Police Officers ) | |
| ROBERT BARTIK, #3078; DEMOSTHENES ) | Judge John W. Darrah |
| BALODIMAS, #21204, ROBERT CORDARO, ) | |
| #20680, JOHN J. DAY, #20926, JAMES M. ) | |
| KELLY, #21121, MICHAEL LANDANDO, ) | Magistrate Susan E. Cox |
| # 20417, ANTHONY NORADIN, # 21252, and ) | |
| RANDALL WO, #20232; Assistant Cook County ) | |
| State's Attorneys ANDREA GROGAN and ) | JURY TRIAL DEMANDED |
| LAWRENCE O'REILLY; and the ) | |
| COUNTY OF COOK, ) | |
| ) | |
| Defendants. ) | |

Amended Summons for Chicago Police Officer RANDALL WO, #20232

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NICOLE HARRIS,

V.

CITY OF CHICAGO et, al.

CASE NUMBER: 14-cv-04391

ASSIGNED JUDGE: John W. Darrah

DESIGNATED
MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

Officer RANDALL WO #20232
Chicago Police Department
3510 South Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joey Mogul
People's Law Office
1180 N. Milwaukee Ave.
Chicago IL, 60642

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



June 16, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me[(1)] | DATE 6-23-14 |
| NAME OF SERVER *(PRINT)* Darrell Cannon | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): CPD Office of Legal Affairs, Mary Beth Mosice 12:50 pm

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6-23-14
           Date

Signature of Server: Darrell Cannon

Address of Server: 1180 N. Milwaukee Ave, Chicago IL, 60642

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.