# EXHIBIT 1

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

| GENERAL PROGRESS REPORT DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT DAY MONTH YEAR | DATE OF THIS REPORT DAY MONTH YEAR WATCH |
|---|---|---|
| | 14 MAY 05 | 15 MAY 05 3 |
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: DEATH INVESTIGATION | VICTIM'S NAME AS SHOWN ON CASE REPORT: DANCY, JAQUARI | BEAT/UNIT ASSIGNED: 5532 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

DANCY DEANTE INTERVIEW / CACC 1355 HRS

INTERVIEW - ALG LEVY - PRESENT B. OSHEA #20930
RJ #7528

QUALIFIERS - KNOWS HIS AGE, KNOWS HIS COLORS CAN DIFFERENTIATE
CAN COUNT CHAIRS KNOWS DIFFERENT AMOUNTS IN DIFFERENT COLORS.
KNOWS DIFFERENCE BETWEEN TRUTH / LIES.
KNOWS GRADE IN SCHOOL / KNOWS TEACHERS NAME

KNOWS ABOUT JAQUARI'S DEATH, KNOWS JAQUARI WAS AT HOSPITAL
JAQUARI WAS PLAYING, WRAPPED ELASTIC AROUND NECK FROM BLUE SHEET
PLAYING SPIDER MAN GAME. COULDN'T HELP JAQUARI GET OUT OF HIS SHEET.
MOM / DAD HOME CLEANING UP SWEEPING / PICKING THINGS UP.
LEFT HOUSE W/ MOM, DAD, & BROTHER WENT TO STORE TO GET TOYS. GOT CAR JAQUARI
GOT AIRPLANE.
WHEN THEY GOT IN TROUBLE HAVE TO GO TO ROOM AND GO TO BED.
BROTHER WAS ON PUNISHMENT. SPANK JAQUARI WITH BELT ON LEGS.
DAD HITS JAQUARI'S HAND / FOREARM WITH HIS HAND.
WAS ON PUNISHMENT FOR WRITING ON "HAT?" WITH GRAY CRAYON.
MOM WHOOPED JAQUARI ON ARMS, PINCHES
                    MOM GOT CLOSER TO JAQUARI
MOM TOLD JAQUARI TO CLEAN UP. MOM TOLD HIM IN HIS EAR AND
" JAQUARI WAS THROWING UP "

R.D. NO. HL-356544

REPORTING OFFICER'S SIGNATURE—STAR NO. 20237
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.
DAY-MO-YR. TIME

CPD-23.122 (Rev. 2/83)

EXHIBIT
C 2    4

| GENERAL PROGRESS REPORT DETECTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT | DATE OF THIS REPORT |
|---|---|---|
| | 14 MAY 05 | 15 MAY 05 3 |

| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | BEAT/UNIT ASSIGNED |
|---|---|---|
| DEATH INVESTIGATION | DANCY, JAQUARI | 5532 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

CAN WRAP IT AROUND ARM AND THERE'S NO BUBBLES.
YOU CAN WRAP IT AROUND YOUR NECK AND YOU GO TO HOSPITAL.

SAW JAQUARI WRAP BLUE SHEET AROUND HIS NECK.
MOM & DAD WENT TO GET CHIPS
I WAS IN WINDOW AND WENT TO HELP JAQUARI

HAD SHEET AROUND HIS NECK MOM & DAD KNEW JAQUARI HAD THE SHEET AROUND HIS NECK.
MOM & DAD CAME HOME GAVE BOTH OF THEM A SPANKING.
MOM SPANKED DOANTE WITH BELT ON HIS LEG WAS BLEEDING.
JAQUARI WANTED TO GO OUTSIDE. GOT IN TROUBLE. MOM/DAD BROUGHT THEM CHIPS
DOANTE & JAQUARI WERE SUPPOSED TO GO TO SLEEP.
"JAQUARI HAD A BUBBLE" WHILE HE WAS ASLEEP.

JAQUARI DIED IT HAPPENED IN THEIR BEDROOM

DID A GROWN UP HELP JAQUARI PUT SHEET AROUND HIS NECK.

DOANTE WAS SLEEPING WHEN JAQUARI DIED.

R.D. NO. HL-356544

REPORTING OFFICER'S SIGNATURE—STAR NO. 20232
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. 1661
DAY—MO.—YR. 15MAY05 TIME 1600
CPD-23.122 (Rev. 2/83)

C 262

CITY0001219