# EXHIBIT 2

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

## ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES
## Contact Note

**Investigation Name:** Harris, Nicole          **ID:** 1644876A

| | | | |
|---|---|---|---|
| **Date of Contact:** | 05/16/2005 | **Time of Contact:** | 02:00 PM |
| **Contact Type:** | In Person | | |
| **Sub-Category:** | All those residing at address of occurrence | **Attempt:** | N/A |
| **Interviewee(s):** | Dancy, Diante (DOB: 08/03/1999) | | |
| **Initiator Actor Type:** | DCFS | **Contacted By:** | WILSON, KAREN L. |
| **Others Present:** | | | |

**Location:** Other
**Address of Interview:**
**Telephone:**

**Record significant events and case contacts involving the case.**

**Created Worker:** WILSON, KAREN L.          **Created On:** 05/17/2005 01:16 PM
**Narrative:**
This CPI interviewed 5 year old African American male child, Diante Dancy at his paternal grandmother's home ( Patricia Dancy). Diante presented as his stated age. He was active and alert( running and playing throughout the home as well as interacting with family members) . He had no problem with separating from family members while I interviewed him. Diante was unable to differentiate between real and fantasy. He states that Spiderman, Scoby-Do and Santa Claus were all real people. This CPI asked Diante how did he get the burn on his right arm. Diante states that he got the healed burn mark on his arm when his father put him in hot water. Diante was unable to tell me when this occurred. This CPI asked Diante: Where was he when his brother ( Jaquari) got hurt? Diante states that he was asleep. Diante also states that his brother is dead and gone to heaven. Diante also states that you can dead when you put a sheet around your neck. Diante states that Jaquari put a sheet around his neck and that is why he is dead. This CPI asked Diante who put the sheet around Jacquari's neck. He states that Jacquari did. This CPI asked Diante if he saw his mommy or daddy tie the sheet to Jaquari's neck. He states that he did not see either one of them tie a sheet to Jaquari's neck.

### CERTIFICATION:
I hereby certify that this is an accurate representation of the statements and information obtained from the above interviewee(s).

WILSON, KAREN L.                              09/18/2015 (Print Date)