# EXHIBIT 3

**To**
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**


**March 15, 2016**


**Case No. 14-CV-4391**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NICOLE HARRIS, | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:10-cv-06257 |
| SHERYL THOMPSON, Warden, Dwight Correctional Center, | ) | The Honorable James B. Zagel |
| Respondent. | ) | |

## SUPPLEMENTAL RECORD -- TRANSCRIPTS OF INTERVIEWS

By agreement of the parties and pursuant to the Court's order of June 17, 2011, attached are the following agreed transcripts of interviews of Diante Dancy conducted by Dr. Robert Galatzer-Levy:

1.  Transcript of interview conducted on April 11, 2006 (Exhibit A); and

2.  Transcript of interview conducted on April 15, 2006 (Exhibit B).

Dated: July 20, 2011

Respectfully submitted,

NICOLE HARRIS

By: /s/ Robert R. Stauffer
One of her Attorneys

Robert R. Stauffer
Sarah Hardgrove-Koleno
Anwar T. Shatat
Andrew D. Kennedy
Julia Zhang
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone: (312) 222-9350

Steven A. Drizin
Alison R. Flaum
Center on Wrongful Convictions
Bluhm Legal Clinic
Northwestern University
School of Law
357 East Chicago Avenue
Chicago, Illinois 60611-3069
Telephone: (312) 503-8576



DEPOSITION
EXHIBIT
125
Diante Dancy

PENGAD 800-631-6989

# EXHIBIT A

## DR. GALATZER-LEVY 4-11-06 INTERVIEW

DR. GALATZER-LEVY:    Okay. Hi. So, what's your name?

DIANTE:    Diante.

DR. GALATZER-LEVY:    Diante? And what's your last name?

DIANTE:    Dancy.

DR. GALATZER-LEVY:    Dancy. Okay. Want to sit right over there? That's a real comfortable big chair. Okay. And did they tell you anything about me?

DIANTE:    [Shakes head.]

DR. GALATZER-LEVY:    Nothing at all?

DIANTE:    No.

DR. GALATZER-LEVY:    Okay. Well, I want to talk to you for a while today. Would that be okay? Okay. Um, how old are you now, Diante?

DIANTE:    Six.

DR. GALATZER-LEVY:    Six? Okay. And are you in kindergarten or first grade?

DIANTE:    First grade.

DR. GALATZER-LEVY:    First grade? You're finishing up first grade?

DIANTE:    Uh huh.

DR. GALATZER-LEVY:    And, how do you like it?

DIANTE:                    Good.

DR. GALATZER-LEVY:         Good?  You like it okay?  Umm.  Do you have different
                           subjects?

DIANTE:                    No.

DR. GALATZER-LEVY:         No.  Just all, all in one class?

DIANTE:                    [Nods.]

DR. GALATZER-LEVY:         And, how many teachers do you have?

DIANTE:                    One.

DR. GALATZER-LEVY:         Just one?

DIANTE:                    Yeah.

DR. GALATZER-LEVY:         What's her name?  Is it a he or a she?  Is it a man or a
                           woman?

DIANTE:                    She.

DR. GALATZER-LEVY:         She.  Okay.  I'm just going to get my cup of coffee, okay?
                           [Pause.]  And, what's her name?

DIANTE:                    Diante.

DR. GALATZER-LEVY:         No, her name.

DIANTE:                    Miss Gancy.

DR. GALATZER-LEVY:         Miss Gancy?  Okay.  And, uh, what's Miss Gancy look

like?

DIANTE:                I don't remember.

DR. GALATZER-LEVY:     You don't remember?  Okay.  Uh . . . is she nice or is she
                       kind of strict?

DIANTE:                Uh, she nice.

DR. GALATZER-LEVY:     She's nice?  Okay.  And, um . . .what color is her skin?

DIANTE:                Blue.

DR. GALATZER-LEVY:     Blue?  Okay.  And, and . . . uh . . . now we're talking
                       about like what color her hand is?  Okay.  And it's blue
                       color?

DIANTE:                Unh-uh.

DR. GALATZER-LEVY:     Oh, okay.  What color is it?

DIANTE:                Red.

DR. GALATZER-LEVY:     Red?  Okay.  And, have you learned to read yet?

DIANTE:                No.

DR. GALATZER-LEVY:     No.  Okay.  What did . . . did you go to school today?

DIANTE:                Yes.

DR. GALATZER-LEVY:     Okay.  What did you do in school?

DIANTE:                Uh, we went to music.

DR. GALATZER-LEVY:   Uh huh.  Do you remember what kind of music?

DIANTE:   No.

DR. GALATZER-LEVY:   No.  Okay.  Are you feeling a little bit nervous?

DIANTE:   [Shakes head.]

DR. GALATZER-LEVY:   No.  Okay.  Okay.  Uh . . . and did you do anything besides the music?

DIANTE:   Huh?

5:00   DR. GALATZER-LEVY:   Did you do anything besides the music?

DIANTE:   [Nods.]

DR. GALATZER-LEVY:   What else did you do?

DIANTE:   I be good.

DR. GALATZER-LEVY:   You were good?  Are you a pretty good boy, usually?

DIANTE:   Mm hmm.

DR. GALATZER-LEVY:   Okay.  And . . . uh . . . what do you do to be good in your classroom? … If I were…

DIANTE:   [Inaudible.]

DR. GALATZER-LEVY:   Pardon?

DIANTE:   We do homework.

4

DR. GALATZER-LEVY:     You do homework?

DIANTE:               Yep.

DR. GALATZER-LEVY:     And what kind of homework do you have?

DIANTE:               We have [pause] like papers and... papers and... paper and eggs [inaudible].

DR. GALATZER-LEVY:     Oh, you wrote an A on it?

DIANTE:               No. Eggs.

DR. GALATZER-LEVY:     Eggs. Okay. Okay. I'm sorry. Sometimes I don't hear perfectly. Forgive me, okay?

DIANTE:               Okay.

DR. GALATZER-LEVY:     Sometimes you'll have to speak real loud so I can hear you. Would that be okay?

DIANTE:               [Nods.]

DR. GALATZER-LEVY:     Okay. Thank you. Okay. And . . . do you know the name of your school?

DIANTE:               Uh huh.

DR. GALATZER-LEVY:     What is it?

DIANTE:               Cuffe School.

DR. GALATZER-LEVY:     Cubby?

DIANTE:                    Cuffe.

DR. GALATZER-LEVY:         Cuffe.  Okay.  Is Cuffe School near your house or is it far
                          away?

DIANTE:                    It's between . . . it's between my house, up in here, all the
                          way over there.

DR. GALATZER-LEVY:         Uh huh.

DIANTE:                    Because my house is back here and it's like right here.

DR. GALATZER-LEVY:         Oh, okay.  By the way, who lives in your house?

DIANTE:                    My granny, my cousin, my uncle, my daddy . . . that's all.

DR. GALATZER-LEVY:         That's all?

DIANTE:                    Yeah.

DR. GALATZER-LEVY:         Is it a pretty nice house?

DIANTE:                    Uh huh.

DR. GALATZER-LEVY:         Okay.  Okay.  Do you share a room with anyone or do you
                          have a room by yourself?

DIANTE:                    I have a room by myself.

DR. GALATZER-LEVY:         Oh, okay.  And . . . um . . . do you have any pictures in
                          your room?

DIANTE:                    Mm hmm.

6

DR. GALATZER-LEVY:    What do you have pictures of?

DIANTE:               Just stuff I draw.

DR. GALATZER-LEVY:    Oh, okay.  What do you like to draw?

DIANTE:               Maybe coloring books . . .

DR. GALATZER-LEVY:    Uh huh.

DIANTE:               . . . and, on piece of paper . . .

DR. GALATZER-LEVY:    You like to draw pictures of anything special or just . . .
                      you just like to draw?

DIANTE:               Yes.  I just like to draw.

DR. GALATZER-LEVY:    Okay. And what all is in your room?  You got the pictures
                      on the wall, what else is in your room?

DIANTE:               Toys.

DR. GALATZER-LEVY:    Mm hmm.

DIANTE:               And [inaudible] in its box.

DR. GALATZER-LEVY:    I mean . . .

DIANTE:               And a bed with a Spiderman cover and sheet.

DR. GALATZER-LEVY:    Oh.

DIANTE:               And a Spiderman teddy bear.

7

DR. GALATZER-LEVY:    Oh.  That's neat.  I've never seen Spiderman teddy bear.
                     How . . .

DIANTE:              Uh my dog was biting it, too.

DR. GALATZER-LEVY:    Oh.  Okay.  Did he hurt it?  No?  What's your dog's
                     name?

DIANTE:              Goldie

DR. GALATZER-LEVY:    Say it again.

DIANTE:              Goldie.

DR. GALATZER-LEVY:    Goldie.

DIANTE:              She's bad.

DR. GALATZER-LEVY:    She's bad?

DIANTE:              Mm hmm.

DR. GALATZER-LEVY:    What does she do that's bad?

10:00    DIANTE:     Like eat a lot of stuff, dog walking. Hurt herself.

DR. GALATZER-LEVY:    How did she hurt herself?

DIANTE:              Like . . . like if something . . . like real sharp is stuck on
                     might hurt her.

DR. GALATZER-LEVY:    Oh.  Is she a nice dog or is she kind of hard to live with?

DIANTE:              She a bad dog.

8

DR. GALATZER-LEVY:     A bad dog?

DIANTE:     Uh huh.

DR. GALATZER-LEVY:     Okay.  Are there any other animals in the house besides Goldie?

DIANTE:     Uh huh.  My cousin pets.

DR. GALATZER-LEVY:     What kind of pets does your cousin have?

DIANTE:     He [inaudible] in a cage, [inaudible] she built one and now she got one pet.

DR. GALATZER-LEVY:     Oh.

DIANTE:     The baby died.

DR. GALATZER-LEVY:     Oh.

DIANTE:     But the mom had to fix them something to eat but she was fighting them.

DR. GALATZER-LEVY:     She was fighting them?

DIANTE:     Uh huh.

DR. GALATZER-LEVY:     Uh huh.

DIANTE:     Like uh the brown one, but the brown one belonged to somebody else and he had to have a cage.

DR. GALATZER-LEVY:     Uh huh.  Okay.  And . . . now is your cousin a boy or a girl?

9

DIANTE:              A girl.

DR. GALATZER-LEVY:   How old . . .

DIANTE:              A grown-up girl.

DR. GALATZER-LEVY:   Oh, a grown-up girl.  She's a lady.

DIANTE:              Uh huh.

DR. GALATZER-LEVY:   By the way, I… who were the people who came with you
                     today?

DIANTE:              I don't know.

DR. GALATZER-LEVY:   You don't know?

DIANTE:              No.  I forgot.

DR. GALATZER-LEVY:   You forgot.  Okay.  Well.  Um . . . I think one of them was
                     your aunt, right?

DIANTE:              Huh?

DR. GALATZER-LEVY:   One of them was your aunt?

DIANTE:              Uh…

DR. GALATZER-LEVY:   Well, if you forgot, that's okay.  That's fine.  Now, you
                     said your dad lives with you, right?  What's your dad's
                     name?

DIANTE:              Sta-Von.

DR. GALATZER-LEVY:    Sta-Von?  Okay.  And, does he work?

DIANTE:    Uh huh.

DR. GALATZER-LEVY:    What kind of work does he do?

DIANTE:    He like works far from my house.

DR. GALATZER-LEVY:    So, I guess he has to be pretty far away at times.

DIANTE:    Just a little bit.

DR. GALATZER-LEVY:    Oh, Okay.  And do you know what he does at work?

DIANTE:    Uh uh.

DR. GALATZER-LEVY:    No, you don't.  Okay.  Um . . . by the way, you told me about your Spiderman teddy bear.  How big is he?

DIANTE:    He climbs this little, a little half way up. [Gestures.]

DR. GALATZER-LEVY:    Like that far from the ground?

DIANTE:    Uh huh.

DR. GALATZER-LEVY:    Okay.  And do you sleep with him?

DIANTE:    Uh huh.  Sometimes.

DR. GALATZER-LEVY:    Have you had him for a long time?  Do you remember when you got him?

DIANTE:    Yeah.  I got him for . . . had him for Christmas.

11

DR. GALATZER-LEVY:   For Christmas?

DIANTE:   I guess I had him on Tuesday and [inaudible] like um and return him again Tuesday, I go to school on the first of June.  Then this, I had to go see her that's when I got him.

DR. GALATZER-LEVY:   Oh.  Now, who's that?

DIANTE:   That?  A woman.

DR. GALATZER-LEVY:   A woman.  Okay.  Do you go talk to her?

DIANTE:   Uh huh.  We go in the art room, where we go.

15:00   DR. GALATZER-LEVY:   Oh.  And she gave you the teddy bear?

DIANTE:   Un uh.  Chris did.

DR. GALATZER-LEVY:   Chris did.  Now who's Chris?

DIANTE:   There's two of them.

DR. GALATZER-LEVY:   Who's Chris.

DIANTE:   One's my cousin and one is a woman who go . . . that works at the place where Heather works.

DR. GALATZER-LEVY:   Oh.  Okay.  You don't know the name of the place where Heather works, do you?

DIANTE:   No.

DR. GALATZER-LEVY:   Okay.  And . . . your . . . you . . . so you have the Spiderman teddy bear and the Spiderman sheets, right?

12

|  | Sounds like you're a big Spiderman fan. |
|---|---|
| DIANTE: | Yeah. I got both movies. |
| DR. GALATZER-LEVY: | Both movies? Spiderman 1 and Spiderman 2? |
| DIANTE: | Mm hmm. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | And the game. |
| DR. GALATZER-LEVY: | And the game also? |
| DIANTE: | Uh huh. But the game is hard. |
| DR. GALATZER-LEVY: | Oh. What . . . |
| DIANTE: | Cause I get . . . cause I was like to Tamal when he went on and into [inaudible] I had to start all back over to the one was [inaudible] spiders, then I beat him up, and that's how I got to [inaudible]. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | And that was erased . . . erased. |
| DR. GALATZER-LEVY: | How did it get erased? |
| DIANTE: | Well, do you know when they start coming on and you just have to wait, don't do nothing. But, I did. I went up to this top . . . |
| DR. GALATZER-LEVY: | Uh huh. |

13

DIANTE:                    . . . that's the place with the eraser, so . . . cause I don't
                           know what it means up there.

DR. GALATZER-LEVY:         Okay.  It just had some writing up there and . . .

DIANTE:                    He has the game's being… it has my game stamp, uh, my
                           other uncle games in it.  And then they erased it.

DR. GALATZER-LEVY:         Oh.  That's ok.  Now you've watched the movies a bunch
                           of times I guess.  Is that right.

DIANTE:                    Uh huh.

DR. GALATZER-LEVY:         Ok.  In the movie what happens to the green goblin?

DIANTE:                    At the end?

DR. GALATZER-LEVY:         Yeah.

DIANTE:                    Uh, he said [inaudible] gets this thing.  Spiderman flipped
                           over because his … his ship thing is coming right out of
                           him with a nice sword. He got killed.

DR. GALATZER-LEVY:         Um hum.  The green goblin got killed?  Ok.

DIANTE:                    It's two … it's two men who look like the same.  One is
                           [inaudible] and the other one is the green goblin.

DR. GALATZER-LEVY:         Ok.  Ok.

DIANTE:                    He looked the same thing just like the green goblin.  He
                           tried to change the other one to him.  He changed the other
                           man to the green goblin.

DR. GALATZER-LEVY:         Oh, ok.  So there'll be another green goblin around I

14

|  |  | guess. |
|---|---|---|
| DIANTE: | | It will be… |
| DR. GALATZER-LEVY: | | No? |
| DIANTE: | | I think he got rid of him, the other one too. |
| DR. GALATZER-LEVY: | | Ok.  Of both of them? |
| DIANTE: | | Um huh.  I think one of [inaudible] got rid of them both.  The other one. |
| DR. GALATZER-LEVY: | | Ok. |

20:00   DIANTE:            In part two at the end, [inaudible] son he throwed the knife at the window cause it was the end. The end – that's where he got the secret hideout.

DR. GALATZER-LEVY:            Oh.  Ok.

DIANTE:            That how [inaudible]. Cause they got a secret hideout. They can hide out.

DR. GALATZER-LEVY:            By the way, in the second movie, does Spiderman have his powers all the time?

DIANTE:            Mm mm, he quit using them.  What he did [inaudible] like he has all his powers there.  Cause when he use his powers he [inaudible]. Then he got his suit back on. That man that took it, took his suit and he garbage man find it in garbage.

DR. GALATZER-LEVY:            And by the way, does Spiderman in the game look any different -- is Spiderman in the game any different from Spiderman in the movie?

15

DIANTE:                    Hm hmm.  On the back he have this thing on that some…
                          and this leg. He had this thing it's not blue. It's like gray.

DR. GALATZER-LEVY:        Oh, ok.

DIANTE:                    And on this one though he had I think he had two.  He like
                          [inaudible] different than the game, than the other ones.

DR. GALATZER-LEVY:        Now does Spiderman only — is the person who is
                          Spiderman always look like Spiderman?  Is he sometimes
                          somebody else?  No, he's always just Spiderman?

DIANTE:                    Uh huh.  It's going be Peter Parker.

DR. GALATZER-LEVY:        Oh, ok.

DIANTE:                    Cause he threw his suit in the trash can.

DR. GALATZER-LEVY:        Ok.  So is Peter Parker the same person or a different
                          person as Spiderman?

DIANTE:                    The same person.

DR. GALATZER-LEVY:        The same person.

DIANTE:                    Almost.

DR. GALATZER-LEVY:        Ok, and …

DIANTE:                    His suit look like the same.  [inaudible.]

DR. GALATZER-LEVY:        And do you remember where Peter Parker lives?

DIANTE:                    No.

16

DR. GALATZER-LEVY:    No? Ok. Are there any other movies you like a whole lot?

DIANTE:    Uh huh, the Hulk.

DR. GALATZER-LEVY:    The Hulk?

DIANTE:    Uh huh. I saw ... I like saw the old one two times.

DR. GALATZER-LEVY:    The old Hulk movie?

DIANTE:    Uh huh, the first one. I didn't see the second one a lot. The old one's scary. He's a different man who had grey shorts that changed. But in the second Hulk, Bruce, he grew up ... when he changed into the Hulk he grew up real fast. The first one [inaudible] he like real fast like a minute. So it was like growing fast as a kid. I never saw the third one.

DR. GALATZER-LEVY:    Oh, is there ...

DIANTE:    But I saw this one ... I saw this Hulk a long time ago. Like [inaudible]. It's like, it's almost did the same things as like the second one but it was different. When a man change to Hulk he ... he like let his dad came like the second one he did the same thing in the second one. He was like got mad when he was a little kid he got mad. On part two he was like being a man with a [inaudible] foot. But when Bruce just remembered this he started to get angry but the one I saw a long time ago was different from part two. It was a fat Hulk. He lives [inaudible].

25:00

DR. GALATZER-LEVY:    By the way, tell me something, Diante. Are there people who can really change into the Hulk?

DIANTE:    Unh-uh.

17

DR. GALATZER-LEVY:    No? Ok.

DIANTE:    That's only [inaudible].

DR. GALATZER-LEVY:    Ok. So it's only on DVD that things like that happen? Ok. But it's still a whole lot of fun to watch. How about are there people who can fly like Spiderman does for real?

DIANTE:    Un uh, like Superman?

DR. GALATZER-LEVY:    Yeah.

DIANTE:    Un uh because if they want … if they were to be Spiderman they have to be on TV and they got to let a spider bit them. So like when Peter Parker let a spider bit him, the spider already bit him and that's how he became to Spiderman. But in the real world they would have to go to the doctor if a spider bits them.

DR. GALATZER-LEVY:    So these are … this is sort of different from the real world, right? Um, ok. Let me ask you something. Do you know the difference between telling the truth and telling something that's not true?

DIANTE:    Unh-huh.

DR. GALATZER-LEVY:    No? You don't have any idea of what the difference is?

DIANTE:    No.

DR. GALATZER-LEVY:    No? Well, we … while we've been sitting here have you been telling me the truth?

DIANTE:    Mm hmm.

DR. GALATZER-LEVY:    Ok. Can you tell me something you could say that wouldn't be the truth? Give me … tell me something that

isn't true.

DIANTE:                    Uh, Spiderman is not real.

DR. GALATZER-LEVY:         Ok.  So you're … Spiderman is not real isn't the truth or
                           Spiderman is real isn't the truth?

DIANTE:                    Spiderman is not real.

DR. GALATZER-LEVY:         Ok.  And that's the truth or that's not the truth?

DIANTE:                    That is the truth.

DR. GALATZER-LEVY:         Ok. If I said that I could fly around this room, would that
                           be the truth or no?

DIANTE:                    No.

DR. GALATZER-LEVY:         If I said I could walk around this room would that be the
                           truth?

DIANTE:                    Mm hmm.

DR. GALATZER-LEVY:         If I said it's very very cold outside would that be the truth?

DIANTE:                    Un uh. [Shakes his head.]

DR. GALATZER-LEVY:         If I said that this cup is pink would that be the truth?

DIANTE:                    Uuh-uh. [Shakes head.]

DR. GALATZER-LEVY:         If I said this pen is pink would that be the truth?

DIANTE:                    Yes. [Nods.]

19

DR. GALATZER-LEVY: Ok. If I said you were nine years old would that be the truth?

DIANTE: Un uh. [Shakes head.]

DR. GALATZER-LEVY: If I said you were six years old would that be the truth?

30:00   DIANTE: Yes.

DR. GALATZER-LEVY: Should a person tell the truth?

DIANTE: Hm hmm. [Nods.]

DR. GALATZER-LEVY: Ok. And suppose someone asks you a question and you don't know the answer, what should you do? You don't know?

DIANTE: [Shakes head.]

DR. GALATZER-LEVY: Would it be a good thing to tell something even though you didn't know or would it be better to say I don't know?

DIANTE: It is better to say I don't know.

DR. GALATZER-LEVY: That's right. Ok, so you've been very good about that, when I asked you questions you didn't know, you just said I don't know, which is a good answer. Now before you went in first grade did you go to kindergarten?

DIANTE: Uh uh.

DR. GALATZER-LEVY: No? This is the first time … first grade's the first time you've been in school? [Diante nods.] Ok.

DIANTE: First I been at kindergarten then I moved then went to [inaudible] first grade.

20

DR. GALATZER-LEVY:     Where did you live before you lived with your grandma?

DIANTE:                In Edwardsville [inaudible] then when Jaquari killed his own self we moved into granny's house.

DR. GALATZER-LEVY:     Ok.  So after that happened you moved into granny's house?

DIANTE:                Uh huh.

DR. GALATZER-LEVY:     And Jaquari killed himself?

DIANTE:                Un huh.  [Nods.]  By putting a string around his neck… sheet [inaudible] around his neck.

DR. GALATZER-LEVY:     That's terrible.  You remember that?

DIANTE:                Hm hmm.  [Nods.]

DR. GALATZER-LEVY:     Ok.  And did you share a bedroom with him?

DIANTE:                No we both … we both do not have our own bedroom so we get [inaudible] if we one if we have to make up front room [inaudible] we don't get our own room.  We have to stay in the same room.

DR. GALATZER-LEVY:     Ok.  Now tell me something.  Have you talked to people about Jaquari killing himself?

DIANTE:                Yeah.  One brother Joey [inaudible].  He think my mama did it.  He think my mama did it so she get to go to jail.  And she didn't.

DR. GALATZER-LEVY:     Um hm.  Ok.  Where were you when Jaquari killed himself?

21

DIANTE:                 At our second house.

DR. GALATZER-LEVY:      At the house you used to have?

35:00  DIANTE:          At Edwardsville [inaudible] it was at Chicago.
                        [Inaudible.] That was the second house we went to.

DR. GALATZER-LEVY:      Ok.

DIANTE:                 Then we left, then... That house at Edwardsville that
                        house is not ours no more.

DR. GALATZER-LEVY:      Oh. Do you miss it?

DIANTE:                 Hm hmm.

DR. GALATZER-LEVY:      Were you in the room when Jaquari killed himself?

DIANTE:                 Uh huh. He was like ... doing this. [Gestures.] We
                        grabbed the sheet. We had Spiderman. The Spiderman
                        game with a remote control. This the Spiderman remote
                        control. That's why we don't get no ... we didn't have no
                        game but we did have 64 and a Spiderman remote control
                        game. That Spiderman remote control game.

DR. GALATZER-LEVY:      Ok. Now, what ... in the old house there was a front
                        room. What other rooms were there in that house?

DIANTE:                 My mommy daddy room, our room, the bathroom and the
                        kitchen. The kitchen's deep .... Kitchen's deep with a
                        fountain and on the front room that's where the door is to
                        get out.

DR. GALATZER-LEVY:      Ok. And did you have a yard?

DIANTE:                 Huh?

22

DR. GALATZER-LEVY:  Did you have a outside place there or was …

DIANTE:  It was a park in front of my house.

DR. GALATZER-LEVY:  Ok.

DIANTE:  And my friend he lived like right here where I be right here.

DR. GALATZER-LEVY:  Um Hm.

DIANTE:  And here's the park.  We go to the same school.

DR. GALATZER-LEVY:  Um Hm.

DIANTE:  We go to E.O. Nelson.  Then we …when I was 6 years old, that's when I … that's when we moved to Chicago.  And I could play games because I did it [inaudible] school for me.

DR. GALATZER-LEVY:  Well tell me something.  So you went to kindergarten at E.O. Nelson, right?

DIANTE:  And, uh, kindergarten at E.O. Nelson.  I miss seeing the school.  I forgot what that school called.  But it's only one school I didn't like.  It was like that school want you to play.  All we got, we don't get to do different homework.  We get to … we get a piece of paper [inaudible]  we have to find what they doing.  I didn't like that school.

DR. GALATZER-LEVY:  You didn't like that much?

DIANTE:  No.  That's why I was at Cuffe School.

DR. GALATZER-LEVY:  But E.O. Nelson was pretty good?  Who was your teacher at E.O. Nelson?

23

DIANTE:                      Miss Van Vorris.

DR. GALATZER-LEVY:           Mrs.?

DIANTE:                      Mrs. Van Vorris.

DR. GALATZER-LEVY:           Mrs. Van Vorris.  Ok.  Was she pretty nice?

DIANTE:                      Uh Huh.

DR. GALATZER-LEVY:           Ok.  Do you …

DIANTE:                      Nobody gives us a lot of trouble. Gets a lot of trouble.

DR. GALATZER-LEVY:           Nobody does?

DIANTE:                      [Inaudible] in the other class.  Like sometimes my best
                             friend get in trouble in his class.

DR. GALATZER-LEVY:           What's your best friend's name?

DIANTE:                      Tray.

DR. GALATZER-LEVY:           Tray?

DIANTE:                      Um Hm.  Not like the other Tray, my brother Tray, the
                             baby. They're here.  They live in Chicago, too.

DR. GALATZER-LEVY:           Now, but Tray doesn't live with you?

DIANTE:                      Un Uh.

DR. GALATZER-LEVY:           No.  Who's Tray live with?

24

40:00    DIANTE:            Her mom.  I don't got two moms.  It's just Tray.  It's just my mom never had a baby grown or a big grown son or my sister.  They belong to Stephanie.

        DR. GALATZER-LEVY:    Um Hm.  And Stephanie is your ... how's Stephanie?  Who's Stephanie?

        DIANTE:            Like two of the one.  One is my sister's mom and the other one's [inaudible].

        DR. GALATZER-LEVY:    Ok.  Would you mind coming back to see me again?

        DIANTE:            Um Hm.

        DR. GALATZER-LEVY:    Would that be ok?

        DIANTE:            Yeah.

        DR. GALATZER-LEVY:    Ok.  You've been very very helpful.  I know it's a long trip to get here.  I'm going to talk to your aunt a little about your coming back, ok?

        DIANTE:            Ok.

        DR. GALATZER-LEVY:    Ok.  Well thank you so much.

# EXHIBIT B

## DR. GALATZER-LEVY 04-15-06 INTERVIEW

DR. GALATZER-LEVY:    Okay.  How are you today?

DIANTE:    Good.

DR. GALATZER-LEVY:    Do you remember me?

DIANTE:    Um-hmm.  [Nods.]

DR. GALATZER-LEVY:    Okay.  And do you remember what we talked about last time?

DIANTE:    Uh-uh.  [Shakes head.]

DR. GALATZER-LEVY:    No, you don't remember.  Okay, that's fair enough.  And who's the lady outside?

DIANTE:    Her name?

DR. GALATZER-LEVY:    Yeah, her name.

DIANTE:    [Silence.]  I don't know.

DR. GALATZER-LEVY:    You don't know.

DIANTE:    My daddy do.

DR. GALATZER-LEVY:    Your daddy what?

DIANTE:    My daddy do.

DR. GALATZER-LEVY:    Your daddy knows her name.  Okay.  And, uh, your, um, have you told me your daddy lives with you?

DIANTE:    Um-hmm.

DR. GALATZER-LEVY:    And, uh, did you talk to him about coming to see me?

DIANTE:    Uh-uh.  [Inaudible.]

DR. GALATZER-LEVY:    I'm sorry.  I didn't quite understand.  Did you talk to your daddy about me?

DIANTE:    No.

DR. GALATZER-LEVY:    No.  Okay.  Okay.  And did you talk to anybody about me?

| | |
|---|---|
| DIANTE: | Uh-uh.  [Shakes head.] |
| DR. GALATZER-LEVY: | No? |
| DIANTE: | No. |
| DR. GALATZER-LEVY: | Okay.  So, did you know what what happened when you came here? |
| DIANTE: | Uh-huh. |
| DR. GALATZER-LEVY: | Pardon? |
| DIANTE: | Uh-huh. |
| DR. GALATZER-LEVY: | Yeah, you did. |
| DIANTE: | Uh-uh. |
| DR. GALATZER-LEVY: | Is that a yes or a no?  I can't tell. |
| DIANTE: | Hmm? |
| DR. GALATZER-LEVY: | Did, you did know or you did not know? |
| DIANTE: | I don't. |
| DR. GALATZER-LEVY: | You didn't know.  Okay.  Is it okay for you talking to me? |
| DIANTE: | Um-hmm.  [Nods.] |
| DR. GALATZER-LEVY: | Yeah?  Last time you told me a whole lot about your room, remember? |
| DIANTE: | Uh huh. |
| DR. GALATZER-LEVY: | Yeah.  Now, remind me.  What, what kind of sheets do you have? |
| DIANTE: | Spiderman. |
| DR. GALATZER-LEVY: | Spiderman?  And what does it show on the sheets? |
| DIANTE: | The Spiderman [inaudible] what color the sheet is, blue with Spiderman on it. |
| DR. GALATZER-LEVY: | Okay, so it's blue and then it has a picture of Spiderman.  And what's he doing? |

2

DIANTE: This thing. It's different shows... different sides of what he's doing.

DR. GALATZER-LEVY: Okay. So there're different side things where he's doing different things. What's he doing on some of the sides?

DIANTE: Flying.

DR. GALATZER-LEVY: Flying?

DIANTE: Um-hmm. Making his spider web.

DR. GALATZER-LEVY: Oh. He's making a spider web, he's shooting a spider web. Okay. And what else is he doing?

DIANTE: On, on, on the cover, one, he, uh, is, that's where the towns are at. On the cover. That's what he get with the towns.

DR. GALATZER-LEVY: With the? I don't understand that word.

5:00     DIANTE: Towns. The city.

DR. GALATZER-LEVY: Oh, the towns. Okay.

DIANTE: It shows that on the cover for he [inaudible].

DR. GALATZER-LEVY: Okay. Do you know what city Spiderman lives in?

DIANTE: Uh-uh. [Shakes head.]

DR. GALATZER-LEVY: No. Do you think it's a big city or a little city?

DIANTE: A big city.

DR. GALATZER-LEVY: Yeah. And, uh, now last time you talked about school some. Remember?

DIANTE: Uh-huh.

DR. GALATZER-LEVY: Okay. And you told me you used to go to a different school than you go to now.

DIANTE: Uh-huh. Day care was my first school.

DR. GALATZER-LEVY: Okay.

DIANTE: My second school was the E.O. Nelson.

3

DR. GALATZER-LEVY:    Uh-huh.

DIANTE:    My third school is Cuffe and it's [inaudible].

DR. GALATZER-LEVY:    Uh-huh.

DIANTE:    I think it's there's two schools stick together.  Two schools that stick together, you know, but I go in this school.  [Gestures.]  And my, and my brother, little brother he was [inaudible] Jaquari he goes in this one [gesture].

DIANTE:    This part of the school.

DR. GALATZER-LEVY:    Okay.  And that was the school you didn't like?

DIANTE:    Uh-uh.

DR. GALATZER-LEVY:    That's the school you go to now.

DIANTE:    Uh-uh.

DR. GALATZER-LEVY:    Oh, that was the -- I'm sorry.

DIANTE:    That was my old school.

DR. GALATZER-LEVY:    That was your old school.

DIANTE:    The school I didn't like was that school, uh, it was big, that school was big.  It was like first, first grade.  And I didn't like they kept me first grade.

DR. GALATZER-LEVY:    Uh-huh.

DIANTE:    Because, 'cause we all would got to do homework by doing the books.

DR. GALATZER-LEVY:    Uh-huh.  And --

DIANTE:    And the school I got now it's Cuffe school.

DR. GALATZER-LEVY:    Uh-huh.

DIANTE:    But at day care, at E.O. Nelson, that's what I had, too.  The day care was my first one, you know, Nelson was my second one.

DR. GALATZER-LEVY:    Okay.

4

| | |
|---|---|
| DIANTE: | I go to E.O. Nelson first now then we go to day care. |
| DR. GALATZER-LEVY: | Okay. So you would go to E.O. Nelson and then after school you go to day care? |
| DIANTE: | [Nods.] |
| DR. GALATZER-LEVY: | Is that right? And you said Jaquari went to a school next to yours, right? Was that E.O. Wilson? |
| DIANTE: | Huh? |
| DR. GALATZER-LEVY: | Was that E.O. Nelson, rather? |
| DIANTE: | Un-uh. |
| DR. GALATZER-LEVY: | Which school was that? |
| DIANTE: | I forgot what it called. |
| DR. GALATZER-LEVY: | Okay. Was that the school you didn't like, or -- ? |
| DIANTE: | That was the school I did like. |
| DR. GALATZER-LEVY: | You did like. |
| DIANTE: | Um-hmm. [Inaudible], playground when I saw my brother went inside. |
| DR. GALATZER-LEVY: | Um-hmm. |
| DIANTE: | [Inaudible] play ground. Then my class would go to the playground. |
| DR. GALATZER-LEVY: | Oh. |
| DIANTE: | That was my fourth school. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | The school I didn't like, that was the third one. |
| DR. GALATZER-LEVY: | Okay. So it's the fourth school that, which you did like and your brother went right next door. Okay. |
| DIANTE: | The playground was in the middle, though. |
| DR. GALATZER-LEVY: | Between the two schools? |

| | | |
|---|---|---|
| | DIANTE: | Um-hmm. |
| | DR. GALATZER-LEVY: | Okay. And would you see, sometimes see your brother there on the playground? |
| | DIANTE: | Only this one time. Well, when it's almost time, when it's time to leave, we go right straight to my brother class. |
| | DR. GALATZER-LEVY: | Okay. |
| | DIANTE: | In the other class. |
| 10:00 | DR. GALATZER-LEVY: | Okay. So who would take you to your brother's class? Did you go by yourself, or did someone ---? |
| | DIANTE: | Uh-uh. My teacher. All of my class went. |
| | DR. GALATZER-LEVY: | Oh, your whole class went to your brother's. |
| | DIANTE: | And my teach, my teacher sent us there. |
| | DR. GALATZER-LEVY: | Okay. |
| | DIANTE: | When it was time to leave. |
| | DR. GALATZER-LEVY: | Um-hmm. |
| | DIANTE: | School I didn't like, that called -- I don't remember what that school called. |
| | DR. GALATZER-LEVY: | Okay. That's okay. Okay. |
| | DIANTE: | But far as E.O. Nelson, the second one, that is like in Ellendale. |
| | DR. GALATZER-LEVY: | Ellendale? |
| | DIANTE: | Uh-huh. |
| | DR. GALATZER-LEVY: | Okay. |
| | DIANTE: | That's where E.O. Nelson Day Care is. |
| | DR. GALATZER-LEVY: | Oh, okay. E.O. Nelson Day Care is at Ellendale School. Is that right? |
| | DIANTE: | Um-hmm. |

6

DR. GALATZER-LEVY: Okay. By the way, whenever I say something if I don't get it right will you tell me?

DIANTE: Um-hmm.

DR. GALATZER-LEVY: Okay. Thank you. Okay. And, uh, now where's Jaquari now?

DIANTE: In heaven.

DR. GALATZER-LEVY: In heaven? Okay. And why is he in heaven?

DIANTE: Because he put a string that came from a sheet, a white string from a sheet he put around his neck. [Gestures.]

DR. GALATZER-LEVY: Okay. Now, I want to understand that a little bit better. There was a sheet, right? And what did he do with it? With that.

DIANTE: He put it around his neck. [Gestures.]

DR. GALATZER-LEVY: Uh-huh.

DIANTE: When we got in trouble, uh, he, uh, they took, they took him to try to get to the hospital, but they couldn't find it, they had to call the ambulance and they left me at the house.

DR. GALATZER-LEVY: Okay. Let go over that a little bit slowly so I can understand it. Okay? So he put the sheet around his neck and what, do you know why he put the sheet around his neck?

DIANTE: Uh-uh. [Shakes head.]

DR. GALATZER-LEVY: Okay.

DIANTE: I think he was playing with it.

DR. GALATZER-LEVY: Okay. And then what happened? Who, who was in the room when he put the sheet around his neck?

DIANTE: I was.

DR. GALATZER-LEVY: You were? Anybody else?

DIANTE: Well, well, well, my mom and dad was, but we in this room right here. [Gestures.] Right where they could well

7

|  |  |
|---|---|
|  | I told them the game. |
| DR. GALATZER-LEVY: | Uh-huh. |
| DIANTE: | Here's mom and dad's room. [Gestures.] I didn't know my brother was gonna doing that, put a sheet around his neck. |
| DR. GALATZER-LEVY: | Uh-huh. But was there anybody -- now you were talking about your mom and dad. Were, were they in the room? Or were they in a different room. |
| DIANTE: | They were in their room. |
| DR. GALATZER-LEVY: | Oh, they were in their room. Okay. And you were in your room with Jaquari. Okay. Then what happened? He put the sheet around his neck. What happened next? |
| DIANTE: | Well, well, he got in troubles and my mom and daddy left us in the house. And then we can't go outside, but we did, get in trouble. |
| DR. GALATZER-LEVY: | Okay. So -- |
| DIANTE: | And then -- |
| DR. GALATZER-LEVY: | Hold on, because I want to make sure I understand things real clear here. So, he put the sheet -- you'd gotten in trouble, right? Because you went outside. |
| DIANTE: | Yeah, both of us was get in trouble. |
| DR. GALATZER-LEVY: | Both of you got in trouble. But was that before or after he put the sheet around his neck? |
| DIANTE: | First he put the sheet around his neck. |
| DR. GALATZER-LEVY: | Okay. And then you went outside. |
| DIANTE: | Um-hmm. We got in trouble. |
| DR. GALATZER-LEVY: | And got in trouble. And then what happened? |
| 15:00    DIANTE: | We played, we was in the house and when we went out, I mean in, my mom had a belt and whup us and, uh [inaudible] we wouldn't be, we have a bunk bed. |
| DR. GALATZER-LEVY: | Uh-huh. |

8

| | |
|---|---|
| DIANTE: | It's like we had in Edwardsville, but in Edwardsville where we had one bed I was too close to the right here when us. He fall. |
| DR. GALATZER-LEVY: | Uh-huh. |
| DIANTE: | And then I already fell on my head. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | We got [inaudible]. |
| DR. GALATZER-LEVY: | Another bunk bed? |
| DIANTE: | Um-hmm. And I haven't fall from that one. |
| DR. GALATZER-LEVY: | That's good. |
| DIANTE: | Cause that was a new one. |
| DR. GALATZER-LEVY: | You were a --? |
| DIANTE: | Yes. |
| DR. GALATZER-LEVY: | You were a newborn, did you say? |
| DIANTE: | Huh? |
| DR. GALATZER-LEVY: | Oh, that was a new one. Okay. |
| DIANTE: | We, when we falled asleep Jaquari had a bubble in his mouth, a real a bubble. In the corner. Like he was fixing to die. And then mom and dad took him and left me in the house when I was still sleeping. |
| DR. GALATZER-LEVY: | Okay. So -- |
| DIANTE: | Take and try to find the hospital. Then, we called the, called the ambulance. |
| DR. GALATZER-LEVY: | They called the ambulance then. Okay. Now, you know, I'm still having some trouble understanding. You and Jaquari were playing, right? |
| DIANTE: | Um-hmm. |
| DR. GALATZER-LEVY: | You went outside. Is that right? |

| | |
|---|---|
| DIANTE: | Uh-uh. [Shakes head.] |
| DR. GALATZER-LEVY: | No. You and Jaquari -- you -- when did you get in trouble? |
| DIANTE: | In, inside the house. |
| DR. GALATZER-LEVY: | Inside the house? And what were you in trouble for? Why were -- |
| DIANTE: | Because our mom and dad said we can't go outside. |
| DR. GALATZER-LEVY: | Oh, so you didn't go -- you wanted to go outside, but they said you couldn't? |
| DIANTE: | Um-hmm. [Nods.] |
| DR. GALATZER-LEVY: | And that's how you got in trouble. |
| DIANTE: | Um-hmm. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | Because we just, because when they left both of us in the house, uh, they had, they, what they did, they left us in the house, when we can't go outside because they couldn't find us. |
| DR. GALATZER-LEVY: | Um-hmm. Okay. So that's why you couldn't go outside. Okay. Then -- |
| DIANTE: | They went to the corner store. [Gestures.] The store [inaudible] big old house. But we went, here our house [gestures], here's the corner store [gestures]. |
| DR. GALATZER-LEVY: | Um-hmm. So your mom and dad went to the corner store? Okay. And then -- |
| DIANTE: | When they came back -- |
| DR. GALATZER-LEVY: | When they came back what happened? |
| DIANTE: | We got in trouble. |
| DR. GALATZER-LEVY: | Okay. When you say you got into trouble, what -- can you tell me what happened when you got into trouble? |
| DIANTE: | Then, uh, then she, then my mom whipped Jaquari first, |

|  |  | then me with a belt we go in our room. |
|---|---|---|
|  | DR. GALATZER-LEVY: | Now let me make sure I've got this right, did you say mom whipped Jaquari first and then you with a belt? |
|  | DIANTE: | Um-hmm. |
|  | DR. GALATZER-LEVY: | Okay. And then you went to your room. |
|  | DIANTE: | Um-hmm. |
|  | DR. GALATZER-LEVY: | Okay. And so you went in your room, and did mom come in the room with you, or did you -- |
|  | DIANTE: | No, my dad did. He said I get my brother in trouble. |
|  | DR. GALATZER-LEVY: | Okay. |
|  | DIANTE: | Because they wasn't here. |
|  | DR. GALATZER-LEVY: | Okay. So was he angry at you for getting your brother in trouble? |
|  | DIANTE: | Um-hmm. [Nods.] |
|  | DR. GALATZER-LEVY: | And then did he stay in the room or did he go out? |
|  | DIANTE: | Go out of the room. |
|  | DR. GALATZER-LEVY: | Okay. So now it's just Jaquari and you in your room, right? |
|  | DIANTE: | [Nods.] |
|  | DR. GALATZER-LEVY: | And what happened then? |
| 20:00 | DIANTE: | They went, they saw Jaquari with a bubble and then they left me and they called the ambulance but couldn't find the ambulance . |
|  | DR. GALATZER-LEVY: | Let's hear that again. Because I want to get it just right. Okay? I know it's a pain in the neck saying things over and over, right? I want to understand. Okay? Okay. So you're alone with Jaquari and why did they come, how did they know something was wrong? |
|  | DIANTE: | Because, because I just came back inside but Jaquari was still outside. |

11

DR. GALATZER-LEVY:    Was still outside.  No, I mean after, now when they called the ambulance, how --

DIANTE:    They took my brother.

DR. GALATZER-LEVY:    Okay.  But why did they call the ambulance.

DIANTE:    Because they couldn't find the ambulance station.

DR. GALATZER-LEVY:    They couldn't find the what station?

DIANTE:    The ambulance station.

DR. GALATZER-LEVY:    The alien station?  What's an alien station?

DIANTE:    Talking about the ambulance.

DR. GALATZER-LEVY:    Okay.  But why did they want to find that?  What was wrong?

DIANTE:    Because they don't know which way to go.

DR. GALATZER-LEVY:    Oh.  Okay.  But why did they want to go anyplace?

DIANTE:    Because, because he was sick and died.

DR. GALATZER-LEVY:    Okay.  How, how did they know he was fit to die?

DIANTE:    Because, because I think they saw him, had a real large bubble.

DR. GALATZER-LEVY:    A really large bump?

DIANTE:    Um-hmm.  Because I didn't see what happened.

DR. GALATZER-LEVY:    Okay.

DIANTE:    I was still asleep.

DR. GALATZER-LEVY:    Oh, you were asleep?  Okay.  So you were, the two of you went to sl --, well, the two of you went to bed.  And then, uh, so, and then you were asleep for awhile, and then, when did you know something was wrong?

DIANTE:    When I know?

DR. GALATZER-LEVY:    Yeah, when did you know that Jaquari was, things weren't good with Jaquari.

12

DIANTE: Because when I, when I waked up, I saw, I didn't see Jaquari. I didn't see mom and dad.

DR. GALATZER-LEVY: Oh, okay.

DIANTE: 'Cause they left the house. I was all alone.

DR. GALATZER-LEVY: Oh, you were all alone.

DIANTE: Um-hmm.

DR. GALATZER-LEVY: And did you see Jaquari with this thing around his neck?

DIANTE: Um-hmm. [Nods.]

DR. GALATZER-LEVY: Okay. And that was before you went to sleep? Or after you -- when did see him with the thing around his neck?

DIANTE: When, when we was taking turns playing that [inaudible] Spiderman game.

DR. GALATZER-LEVY: Okay. You were taking turns playing the Spiderman game. And as part of the Spiderman game he put this or...?

DIANTE: Talking about when he played, when he's gonna kill Spiderman, it was my turn. And then he grabbed that white part of the sheet, then like, put it around his neck. [Gestures.]

DR. GALATZER-LEVY: Okay. Okay. When, when you went to sleep he had, he had this, did have it around his neck? [Diante Nods.] Yes?

DIANTE: Uh-uh.

DR. GALATZER-LEVY: No?

DIANTE: Uh-uh. It was off of him when we got in trouble.

DR. GALATZER-LEVY: Okay. Okay. And, by the way, have have you talked about all this before with anybody?

25:00 DIANTE: Yeah.

DR. GALATZER-LEVY: Who'd you talk about it with?

DIANTE: My daddy.

DR. GALATZER-LEVY:   Your daddy?

DIANTE:   And I did it church.

DR. GALATZER-LEVY:   In church, too.

DIANTE:   Uh-huh.  With a judge, yeah.

DR. GALATZER-LEVY:   Oh, with a judge?

DIANTE:   Um-hmm.

DR. GALATZER-LEVY:   Okay.  And -- okay.  And what was that church like?
What did it look like?

DIANTE:   Huh?

DR. GALATZER-LEVY:   Well, was it an ordinary church?

DIANTE:   No.  It's two church.

DR. GALATZER-LEVY:   Uh-huh.

DIANTE:   The one with, the one with heaven in it.  And the, and the
the church I went first was the one with the judge in it.

DR. GALATZER-LEVY:   Okay.  Now, you said the one, the second one, did you say
with heaven in it?  What did you say was in it?

DIANTE:   Heaven.

DR. GALATZER-LEVY:   Heaven?

DIANTE:   Um-hmm.

DR. GALATZER-LEVY:   Okay.

DIANTE:   But it, but it's not really heaven.  It's just look like heaven.

DR. GALATZER-LEVY:   Oh, okay.  It's not really heaven; it just looks like it.
Okay.  And then there was the church with the judge in it.

DIANTE:   Yeah, that was the first one.

DR. GALATZER-LEVY:   That was the first one.  Okay.  And, uh, the first, uh, and
was there anybody at that church besides the judge?

DIANTE:   Yeah.  Some of my cousins.

14

| | |
|---|---|
| DR. GALATZER-LEVY: | Your cousins? Anybody else? |
| DIANTE: | Some, some, some of my cousins, but, uh, but uh, but what I, the one I really went first was the heaven. There's two of them the one that, the one that was the second church it look good to heaven, to heaven. But the heaven I went to first was, would be in when go see Jaquari dead. |
| DR. GALATZER-LEVY: | Oh, okay. |
| DIANTE: | And, uh, you know when we went there we was in the limo. |
| DR. GALATZER-LEVY: | You were in what? |
| DIANTE: | In the limbo. |
| DR. GALATZER-LEVY: | The lambo? |
| DIANTE: | Limo. |
| DR. GALATZER-LEVY: | What is that? |
| DIANTE: | It's like, a white limo. |
| DR. GALATZER-LEVY: | Oh, a limo. Okay. Okay. So, you went there in the limo and you went there and you saw Jaquari dead, right? |
| DIANTE: | In the limo? Un-uh. That, we saw Jaquari dead at church. |
| DR. GALATZER-LEVY: | Okay. Okay. |
| DIANTE: | At the heaven. |
| DR. GALATZER-LEVY: | Now, when you went to the church where the judge was, did they ask you questions? |
| DIANTE: | Uh-huh. [Nods.] |
| DR. GALATZER-LEVY: | What kind of questions did they ask you? |
| DIANTE: | Don't remember. |
| DR. GALATZER-LEVY: | You don't remember exactly. Uh, do you -- |
| DIANTE: | All the, all the questions were....I remember that man was saying, that Jaquari was dead. But I don't really know. |

15

| | |
|---|---|
| DR. GALATZER-LEVY: | Okay. You were saying something about Jaquari being dead. Is that right? |
| DIANTE: | He was talking about the same thing. |
| DR. GALATZER-LEVY: | Uh-huh, the same thing we've been talking about. Okay. |
| DIANTE: | And we been, We also been talk about what's real, Scooby Doo and Spiderman and Tom and Jerry's not real or not the Hulk. |
| DR. GALATZER-LEVY: | Okay. So |
| DIANTE: | and we talk about that too. |
| DR. GALATZER-LEVY: | Okay. He was talking about Scooby Doo, Spiderman and the Hulk and whether they were real. Is that right? |
| DIANTE: | Un uh-- and Tom and Jerry. |

30:00

| | |
|---|---|
| DR. GALATZER-LEVY: | Oh and Tom and Jerry. Okay. By the way, it's very good if I don't say something right that you tell me that I didn't get it right. Okay? |
| DIANTE: | Okay. |
| DR. GALATZER-LEVY: | Okay and you're doing a very good job of that. Okay. So, let's say, let's talk about Scooby Doo a little bit. Okay? |
| DIANTE: | Okay. |
| DR. GALATZER-LEVY: | What did they ask you about Scooby Doo? |
| DIANTE: | They asked me about is he real. |
| DR. GALATZER-LEVY: | Okay and what did you say? |
| DIANTE: | I say no. |
| DR. GALATZER-LEVY: | No. Okay. And I guess, and why did you say no? |
| DIANTE: | Because he wasn't real. |
| DR. GALATZER-LEVY: | Okay. That's good. And they asked about Tom and Jerry. Right? |
| DIANTE: | They asked me yeah. |

16

DR. GALATZER-LEVY:  And did they ask you if they were real?

DIANTE:  No. [Shakes head.]

DR. GALATZER-LEVY:  No. What did they ask you about that?

DIANTE:  I said they wasn't real.

DR. GALATZER-LEVY:  Okay. And

DIANTE:  They only say uh is they real.

DR. GALATZER-LEVY:  Uh huh

DIANTE:  And I say no.

DR. GALATZER-LEVY:  Okay. Did they ask you about anybody else?

DIANTE:  Spiderman and the Hulk.

DR. GALATZER-LEVY:  Okay. And what did you say about Spiderman?

DIANTE:  Is he real and I said no.

DR. GALATZER-LEVY:  Okay.

DIANTE:  But I really said yes because I have teddy bear.

DR. GALATZER-LEVY:  Oh okay. So you said yes too. Okay.

DIANTE:  Mm hmm

DR. GALATZER-LEVY:  Okay. And so, you meant the teddy bear was real or what did you mean when you said yes?

DIANTE:  I thought the teddy bear was real.

DR. GALATZER-LEVY:  Okay. And you do have a teddy bear that's named Spiderman.

DIANTE:  I got two. I got a teddy bear. One is a girl one and I got a Spiderman teddy bear.

DR. GALATZER-LEVY:  Okay. They're pretty good teddy bears?

DIANTE:  Mm hmm

DR. GALATZER-LEVY:  Do you sleep with them?

17

| | |
|---|---|
| DIANTE: | Well I really like to sleep with Spiderman. |
| DR. GALATZER-LEVY: | Uh huh. |
| DIANTE: | I used to sleep with both of them. |
| DR. GALATZER-LEVY: | But now you, now just Spiderman? |
| DIANTE: | Mm hm. [Nods.] |
| DR. GALATZER-LEVY: | Where's the girl teddy bear? |
| DIANTE: | On the radiator. |
| DR. GALATZER-LEVY: | Oh. Okay. And um by when when you're talking to the judge, okay, like you did at that time, um do you, is there anything you're supposed to do when you're talking to the judge? |
| DIANTE: | They're like, when they asking me questions I had to remember But like, but there's some stuff I didn't know. They ask first what the judge's name is and I didn't remember. |
| DR. GALATZER-LEVY: | Okay. You know that's a very good thing if you don't remember just to say you don't remember. Okay. That's the right thing to do. |
| DIANTE: | I didn't have to remember |
| DR. GALATZER-LEVY: | Uh huh |
| DIANTE: | Because, because I think some of them, I think some of them things happened long ago? |
| DR. GALATZER-LEVY: | Mm hmm Some of the things that they asked you to talk about happened a long time ago. |
| DIANTE: | Um hmm. When I came from. I was in Chicago first. Then I moved to Edwardsville that's where I that's where I was living. |
| DR. GALATZER-LEVY: | Mm hmm |
| 35:00 DIANTE: | And then I came back to Chicago. Then, uh we quickly right back Chicago. And now we can live there because we find our second house. |

18

DR. GALATZER-LEVY:    Mm hmm.

DIANTE:    Our really first house was, wait, oh I know which one was our second house. That was the one we didn't have a second house here. That was in Edwardsville. It was back, it was like we had to go to, when we opened our door we had to go right to straight to that door to get out of there. Then we had to get to the other spot.

DR. GALATZER-LEVY:    Okay.

DIANTE:    Of the door, yeah. That's, that's, uh, when I had my racing bag where I put my cars in.

DR. GALATZER-LEVY:    Mm hmm.

DIANTE:    I need a new one of those. Cause mine is gone, it's in Edwardsville It might be at Edwardsville with that, with that second house I believe.

DR. GALATZER-LEVY:    Uh huh.

DIANTE:    Our second house is up. It's uphill, stairs. You had to go up the stairs to right in front is the house.

DR. GALATZER-LEVY:    Uh huh.

DIANTE:    Then we moved right to our first house again..

DR. GALATZER-LEVY:    Oh. Okay. So you're back at the first house now?

DIANTE:    Mm hmm.

DR. GALATZER-LEVY:    Mm hmm.

DIANTE:    Then we went, then we went to the other..

DR. GALATZER-LEVY:    Oh

DIANTE:    Then with Jaquari dead we had to go to my Granny house.

DR. GALATZER-LEVY:    Uh huh.

DIANTE:    And that's where we lived for, that's where we lived for…

DR. GALATZER-LEVY:    Okay. Okay. Now I want to come back to something. Uh, when you're in, when you're talking to the judge, do you promise to do anything before you talk to the judge?

DIANTE:                      Un uh.

DR. GALATZER-LEVY:           No.  Hold on just a minute, I'm going to check something.
                             Okay.  Um.  (buzzing sound)

DIANTE:                      What is that for?

DR. GALATZER-LEVY:           Uh that's so I can take a picture and record our talking to
                             each other.  Okay?

DIANTE:                      Mm hmm.

DR. GALATZER-LEVY:           Okay.  So um did, did they do anything when you were in
                             the judge's church?  Like have you raise your hand or
                             anything like that?

DIANTE:                      No.  I'm not gonna raise my hand.

DR. GALATZER-LEVY:           Pardon.

DIANTE:                      I'm not gonna raise my hand.

DR. GALATZER-LEVY:           No.

DIANTE:                      I was saying yes to him from this side on the red chair.

DR. GALATZER-LEVY:           Okay, you we're sitting

DIANTE:                      If I was told that here was a lot of chairs there.  A lot of
                             [inaudible] that's where you have to answer questions.

DR. GALATZER-LEVY:           Okay.  Did you promise to do anything or swear to do
                             anything?

DIANTE:                      Didn't promise to do anything.  Because there was nothing
                             to do.

DR. GALATZER-LEVY:           Okay.

DIANTE:                      Except for eat.

DR. GALATZER-LEVY:           Except for eat?  Did you eat there?

DIANTE:                      Uh huh.

DR. GALATZER-LEVY:           Okay.  At, when, when the judge was there?

DIANTE:                      [Inaudible] no.

20

|  |  |  |
|---|---|---|
| | DR. GALATZER-LEVY: | No. |
| | DIANTE: | The judge wasn't there. |
| | DR. GALATZER-LEVY: | Oh okay. |
| | DIANTE: | He was, he I don't think he would eat because I think that's where he work there. |
| 40:00 | DR. GALATZER-LEVY: | Okay. Now suppose I ask you to promise to tell the truth. Okay. If I ask you to do that, what would that mean? Do you know? |
| | DIANTE: | Un uh. [Shakes head.] |
| | DR. GALATZER-LEVY: | Okay. Well can you tell me, do you know what it means if something is true? |
| | DIANTE: | Mm mmm. [Shakes head.] |
| | DR. GALATZER-LEVY: | No. How about if it's not true? |
| | DIANTE: | I don't think it's not true. |
| | DR. GALATZER-LEVY: | Pardon. |
| | DIANTE: | [Inaudible.] |
| | DR. GALATZER-LEVY: | Okay. If I said there are ten people in this room. Would that be true? [Diante shakes his head and smiles.] No. Okay. If I said there are no people in this room. Would that be true? |
| | DIANTE: | Yes. |
| | DR. GALATZER-LEVY: | There are no people in this room? |
| | DIANTE: | There are two. |
| | DR. GALATZER-LEVY: | There are two people in this okay. So, if I said there are two people in this room. Would that be true? |
| | DIANTE: | Yes. [Nods.] |
| | DR. GALATZER-LEVY: | Okay and if I said there are, there's a giraffe in this room. Would that be true? |
| | DIANTE: | No. [Shakes head.] |

21

DR. GALATZER-LEVY: Okay. If I said there were three elephants and a hippopotamus in this room, would that be true?

DIANTE: [Shakes his head.]

DR. GALATZER-LEVY: If I said there were lots of books in this room, would that be true?

DIANTE: Yes.

DR. GALATZER-LEVY: Okay. And if I said you live in the same house as your dad. Would that be true?

DIANTE: Yes.

DR. GALATZER-LEVY: Okay. And if I said you live in the same house as your teacher. Would that be true?

DIANTE: Un uh. [Shakes head.]

DR. GALATZER-LEVY: No. Okay. And if I said I asked you a whole lot of questions today. Would that be true?

DIANTE: Mm hmm. [Nods.]

DR. GALATZER-LEVY: That would be true. Okay. And if I said Spiderman is a super hero. Would that be true?

DIANTE: Mm hmm. [Nods.]

DR. GALATZER-LEVY: Okay. And if I said Spiderman lived with you and I didn't mean the teddy bear. Okay. The real Spiderman. Would that be true?

DIANTE: No. [Shakes head.]

DR. GALATZER-LEVY: No. Okay. And if I said you were 10 years old. How about that?

DIANTE: No.

DR. GALATZER-LEVY: No. That's not. If I said you were 6 years old.

DIANTE: Mm hmm. [Nods.]

DR. GALATZER-LEVY: Okay. And tell me something. Do you know what a promise is?

22

DIANTE:                          No.

DR. GALATZER-LEVY:               You don't?

DIANTE:                          No.

DR. GALATZER-LEVY:               Okay.  Well let's try the same thing. If I promise, well
                                 let's see, if your dad promises to buy you an ice cream.
                                 Does that mean anything?

DIANTE:                          Unh uh.  [Shakes head.]

DR. GALATZER-LEVY:               No.  Okay.  Okay.  Are people supposed to tell the truth?
                                 Yes.

DIANTE:                          [Nods.]

DR. GALATZER-LEVY:               Pardon.

DIANTE:                          huh.

DR. GALATZER-LEVY:               Are they supposed to tell the truth?

DIANTE:                          Yes.

DR. GALATZER-LEVY:               Yeah.  Okay.  And if you say "I'm going to tell the truth."
                                 What does that mean?

45:00        DIANTE:             That you got to tell the truth.

DR. GALATZER-LEVY:               Okay.  And what would happen?  Let's say you said that
                                 and you didn't tell the truth.  What would happen?

DIANTE:                          That  means , um, [inaudible]  you might  get a whupping.

DR. GALATZER-LEVY:               Oh you might get a whupping, ok.

DIANTE:                          If, if I was, if I was to tell the truth and I didn't.

DR. GALATZER-LEVY:               So if you said you were telling the truth and you didn't
                                 you might get a whooping.  So is it, is it a good thing or a
                                 bad thing to tell the truth?

DIANTE:                          A bad thing.

DR. GALATZER-LEVY:               To tell the truth?

DIANTE:                          A good thing.

23

DR. GALATZER-LEVY:     Let's get, let's [inaudible], I want, no. Is it a good thing or a bad thing to tell the truth?

DIANTE:     A good thing.

DR. GALATZER-LEVY:     A good thing. How about is it a good thing or a bad thing to not tell the truth?

DIANTE:     Bad thing.

DR. GALATZER-LEVY:     Okay. Okay. Has there ever been a time when you didn't tell the truth?

DIANTE:     At church.

DR. GALATZER-LEVY:     Mm hmm.

DIANTE:     At the one with the judge.

DR. GALATZER-LEVY:     Oh.

DIANTE:     I just don't remember stuff.

DR. GALATZER-LEVY:     Okay. You don't remember stuff?

DIANTE:     A lot [inaudible] were like, uh, in Edwardsville, the first time when I had bumped my head but it got [inaudible] I'm always at the top of the bunk bed.

DR. GALATZER-LEVY:     Now when you fell out of the bunk bed and bumped your head was there a judge then too?

DIANTE:     Unh-un. [Shakes head.]

DR. GALATZER-LEVY:     No. Okay.

DIANTE:     I already told you that. I was in the house.

DR. GALATZER-LEVY:     That's right. Okay. But you didn't talk to a judge after that?

DIANTE:     Mm mm.

DR. GALATZER-LEVY:     And after Jaquari died, did you talk to a police man or a police lady? A lady from the police?

DIANTE:     I didn't talk to no one.

24

| | |
|---|---|
| DR. GALATZER-LEVY: | You didn't talk to no one. |
| DIANTE: | Mm mm. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | [Inaudible.] One lady gave me the coloring book. |
| DR. GALATZER-LEVY: | Oh okay. She gave you a coloring |
| DIANTE: | Called Dino the Nurse. |
| DR. GALATZER-LEVY: | Dino the Nurse? |
| DIANTE: | Mm hmm. I don't remember what that book, what that coloring book say, I forgot the name. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | I don't think it says that. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | It says something else. |
| DR. GALATZER-LEVY: | Okay. |
| DIANTE: | [Inaudible] somewhere down the bottom. |
| DR. GALATZER-LEVY: | Okay. And did the lady talk to you then? While you were doing the coloring book? [No answer.] Okay. And do you talk to a lady now sometimes? |
| DIANTE: | Talk to the lady? |
| DR. GALATZER-LEVY: | Mm hmm. |
| DIANTE: | Un uh [Shakes head.] |
| DR. GALATZER-LEVY: | Okay. So is, do you go to an office ever to see anybody besides me? |
| DIANTE: | Mm. In an office? |
| DR. GALATZER-LEVY: | Yeah. |
| DIANTE: | I went in one office. |

DR. GALATZER-LEVY:    What office was that?  Do you know?

DIANTE:    It was the police station.  [Inaudible.]

DR. GALATZER-LEVY:    Oh.  Okay.  And did you talk to someone there?

DIANTE:    Mm mm.  I was with my mommy.

50:00   DR. GALATZER-LEVY:    You were with your mommy?  And have you talked to your mommy lately?

DIANTE:    Un uh.

DR. GALATZER-LEVY:    No.  Okay.  How come?

DIANTE:    [Yawn.] Because uh because it could be the policeman gave me a gum, a candy and I didn't want it taken out of my mouth.

DR. GALATZER-LEVY:    You wanted it [inaudible].

DIANTE:    I didn't want it to get it off out of my mouth.

DR. GALATZER-LEVY:    Oh.  Okay.

DIANTE:    [Inaudible] chewing gum.  But it did.

DR. GALATZER-LEVY:    Mm hmm.

DIANTE:    It already did.

DR. GALATZER-LEVY:    Mm hmm.  Oh he already did get it out of your mouth or what did he already do?

DIANTE:    He got it out of my mouth.

DR. GALATZER-LEVY:    Oh.  Okay.

DIANTE:    [Inaudible] give me that gum though.

DR. GALATZER-LEVY:    Did you like the gum?

DIANTE:    Mm hmm.  I have I got one more gum at home.

DR. GALATZER-LEVY:    Oh.  Okay.  Okay.  And um now is there anybody else you go to talk to?

DIANTE:    Uh uh.  [Shakes head.]

26

| | |
|---|---|
| DR. GALATZER-LEVY: | No. Okay. Do you know who Miss Mitchell is? |
| DIANTE: | Miss Mitchell…Mitchell. |
| DR. GALATZER-LEVY: | Pardon. Miss Mitchell. Do you know who she is? |
| DIANTE: | Un uh. |
| DR. GALATZER-LEVY: | No. Well I've asked you a whole lot of questions. Do you have any questions you'd like to ask me? |
| DIANTE: | Un uh. |
| DR. GALATZER-LEVY: | No. Okay. Well thank you so much for coming in. You've been very helpful. We can stop here. |
| DIANTE: | My neck hurts. |
| DR. GALATZER-LEVY: | Your neck hurts? Were you getting kind of tired? |
| DIANTE: | No, it always happen a lot of the time. |
| DR. GALATZER-LEVY: | Pardon. |
| DIANTE: | It always happen a lot of time. |
| DR. GALATZER-LEVY: | That your neck hurts? |
| DIANTE: | Mm hmm. |
| DR. GALATZER-LEVY: | Mm hmm. |
| DIANTE: | Every time I do that. |
| DR. GALATZER-LEVY: | Oh okay. Well maybe if you sort of move it around. Does it help to move it around a little bit? |
| DIANTE: | I think that been happening while I sleep. |
| DR. GALATZER-LEVY: | Oh. Yeah. Sometimes that happens when you go to sleep. You stay in one position and your neck hurts a lot. Okay. |
| ADULT: | Hi. |
| DR. GALATZER-LEVY: | Okay. Well |
| ADULT: | Thank you. |

27

DR. GALATZER-LEVY:     Okay we're all set.

DIANTE:     Thank you.

DR. GALATZER-LEVY:     Okay.  Thank you so much.

DR. GALATZER-LEVY:     This was an interview with Diante Dancy on the 15th of April 2006.