# EXHIBIT 4

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

May-14-05  23:31  From-AREA 5 DETECTIVE    1 312 746 6172    T-884  P.002/004  F-481

# HOSPITALIZATION CASE REPORT - CHICAGO POLICE

| 1. CLASSIFICATION (Check One) | | | | 2. BEAT/UNIT ASSIGN. | 3. BEAT OCCU |
|---|---|---|---|---|---|
| ☐ 5089 ACCIDENTAL INJURY | ☐ 5086 ATTEMPTED SUICIDE NOT IN POLICE CUSTODY | ☐ 5085 SUICIDE NOT IN POLICE CUSTODY | ☐ 5088 INJURY TO CITY EMPLOYEE | 1623 | 2533 |
| ☒ 5084 DEATH | ☐ 5102 ATTEMPTED SUICIDE IN POLICE CUSTODY | ☐ 5101 SUICIDE IN POLICE CUSTODY | ☐ 5087 INJURY TO CITIZEN ON PUBLIC PROPERTY | ☐ AED USE  ☐ 5083 MENTAL HEALTH  ☐ 5079 TRANSPORT | |

| 6. ADDRESS OF OCCURRENCE | APT. NO. | 7. DATE OCCURRED | TIME | 8. DATE REPORTING OFFICER ARRIVED | TIME |
|---|---|---|---|---|---|
| 2004 N LAPORTE | #1 | 14 MAY 05 | 10:30 / 1740 | 14 MAY 05 | 18 |

| 9. VICTIM'S NAME | SEX | RACE CODE | AGE | 10. HOME ADDRESS | APT. NO. | 11. HOME PHONE | 12. BUSINESS PHONE |
|---|---|---|---|---|---|---|---|
| DANCY, JAQUAIR | M | 1 | 04 | 2004 N LAPORTE | #1 | 773 622 7989 | |

| 13. PERSON REPORTING INCIDENT TO POLICE | SEX/RACE CODE | 14. HOME ADDRESS | APT. NO. | 15. HOME PHONE | 16. BUSINESS PHONE |
|---|---|---|---|---|---|
| HOSPITAL - OLR | | | | | |

| 17. PERSON DISCOVERING VICTIM | SEX/RACE CODE | 18. HOME ADDRESS | APT. NO. | 19. HOME PHONE | 20. BUSINESS PHONE |
|---|---|---|---|---|---|
| DANCY, STAVON | M | 2004 N LAPORTE | #1 | 773 622 7989 | |

| 21. NAMES OF WITNESSES | SEX/RACE CODE | 22. HOME ADDRESS | APT. NO. | 23. HOME PHONE | 24. BUSINESS PHONE |
|---|---|---|---|---|---|
| HARRIS, NICOLE | M | 2004 N LAPORTE | #1 | 773 622 7989 | |

| 25. TYPE PREMISES WHERE OCCURRED/VICTIM FOUND | LOCATION CODE | 26. CAUSE OF INJURY (INSTRUMENT OR MEANS) | 27. REASON (ACCIDENT, ILL HEALTH, ETC.) |
|---|---|---|---|
| Apartment | 090 | Cardiac pulmonary arrest | Accident |

| 28. REMOVED BY | 29. REMOVED TO | 30. NAME OF MED. EX. AUTHORIZING REMOVAL (DEATH/SUICIDE ONLY) |
|---|---|---|
| EMS #52 | OLR | COLLINS #38 |

| 31. SOBRIETY OF VICTIM (Check One) | 32. EXTENT OF INJURIES (Check One) | 33. FIRST AID GIVEN BY POLICE | 34. MEDICAL AID REFUSED BY VICTIM |
|---|---|---|---|
| ☒ 1 SOBER  ☐ 2 HBD  ☐ 3 INTOX | ☐ 1 MINOR  ☐ 2 SERIOUS  ☒ 3 FATAL | ☐ 1 YES  ☒ 2 NO | ☐ |

| 35. NAME AND ADDRESS OF ATTENDING PHYSICIAN | 36. PROP. INVENTORY NO. |
|---|---|
| Dr. Donahue - OLR | dNA |

| 37. FAMILY MEMBER NOTIFIED (DEATH/SUICIDE ONLY) | NOTIFIED BY | STAR NO. | ☒ IN PERSON  ☐ TELEPHONE |
|---|---|---|---|
| HARRIS, NICOLE | LOPEZ | 15099 | |

| 38. AREA DETECTIVE NOTIFIED (DEATH/SUICIDE ONLY) | NOTIFIED BY | STAR NO. | 39. D.E.C. EVENT NO. |
|---|---|---|---|
| Det. MONTILLA #20778 | ANSELMO | 13917 | 15597 |

**40. NARRATIVE** (THE INDICATED SOBRIETY OF VICTIM OR WITNESSES IS THE APPARENT CONDITION, WHEN REPORTED)

In Summary: Victim's father states to R/O that he was at home alone with his two sons. They were being punished for leaving the apartment without permission in the backyard earlier in the day. Victim's father, Mr. STAVON DANCY told his sons to stay in their bedroom. Mr. DANCY didn't hear any noise coming from their bedroom an decide to check on his two boys. He looked into the bedroom and noticed victim (JAQUAIR) on the floor next to the bunk bed. His son TAQUAIR was not responsive, he picked him up and placed him on the bed. Mr. Dancy

☒ CONTINUED ON REVERSE SIDE

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

| 41. EXTRA COPIES REQUIRED (NO. & RECIPIENT) | 42. DATE INVESTIGATION COMPLETED  DAY MONTH YEAR | TIME | 43. SUPERVISOR APPROVING | STAR NO. |
|---|---|---|---|---|
| | MAY 05 | | | |

| 44. REPORTING OFFICER (Print or Type) | STAR NO. | 45. REPORTING OFFICER (Print or Type) | STAR NO. | SIGNATURE | | |
|---|---|---|---|---|---|---|
| A. LOPEZ | 15099 | | | | | |
| SIGNATURE | | SIGNATURE | | DATE DAY | MONTH | YEAR  TIME |

CPD-11.406 (REV. 1/04) RACE CODES: 1 - BLACK, 2 - WHITE, 3 - BLACK HISP., 4 - WHITE-HISP., 5 - AMER.INDIAN/ALASK.NAT., 6 - ASIAN/PACIF.ISL.

RD #HL356544

noticed an elastic material wrapped around his son's neck & elastic material is from the blue bedsheet. Mr Jancy says phone in apartment was not working, he rushed outside with both of his sons and was met by the mother (Nicole Harris). He drove for a block and didn't know where the nearest hospital was located, they waved down someone with a cell phone. EMS #52 arrived on the scene (Mendez/LaCrosse) at 1712 hrs and transported victim to OLR. Victim pronounced at 1815 hrs. by Doctor _____ R/O observed ligature marks around victim neck.

Notifications: 1030, 1671 bt. 5537. ASVC, crime lab, M.E. on scene. M.E.'s case # 239 May 05. 1st deputy, w/c w/c 025, det wc # 20232, det Say #209 1st deputy - Kuc # 12640

ET. 9457, took photos of Mr. Jancy while at OLR and per 9457 photos of victim will be taken at M.E.'s. bt 9441 is processing address of occurrence.

HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE
SUPERVISOR'S SIGNATURE    STAR NO.    DATE (DAY-MO-YR)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

UCR OFFENSE CODE  REV. CODE   METHOD ASSIGNED  UNIT NO.  OFF. ASSIGNED  DATE ASSIGNED  SUPV. STAR NO.
☐ 1 CORRECT                   ☐ 1 FIELD  ☐ 2 ADMIN.                STAR
☐ 2 REVISED                   ☐ 3 SUMMARY

INVESTIGATIVE FILE  VICTIM IDENTIFIERS   VICTIM NO.  REV. NAME                  REV. PHONE NO.  ☐ HOME
☐ 1 YES  ☐ 2 NO   ☐ 1 CORRECT  ☐ 2 REV.                                                       ☐ BUS.

EV. ADDRESS                              STATUS  ☐ 0 PROGRESS  ☐ 1 SUSPENDED  ☐ 2 UNFOUNDED
                                         ☐ 3 CLRD.CLOSED  ☐ 4 CLRD.OPEN  ☐ 5 EXC.CLRD.CLOSED
                                         ☐ 6 EXC. CLRD.OPEN  ☐ 7 CLOSED - NON-CRIMINAL

CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEARUP OR FIRST CLEARUP OF MULTIPLE CLEARUP LIST)  ☐ ADULT
1 ARREST &   ☐ 2 DIRECTED TO   ☐ 3 COMPL. REFUSED  ☐ 4 COMMUNITY   ☐ 5 OTHER           ☐ JUV.
  PROSECUTION   FAMILY COURT      TO PROSECUTE        ADJUSTMENT      EXCEPTIONAL

MARKS

PREPARED BY - SIGNATURE    STAR NO.  DATE (DAY-MO-YR)   APPROVED BY - SIGNATURE    STAR NO.   DATE (DAY-MO-YR)

CITY0000395