# EXHIBIT 7

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

Nicole Harris v. City of Chicago, et al.
Deposition of Sta-von Dancy - Taken 1/12/2016

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
NICOLE HARRIS,                         )
                                       )
            Plaintiff,                 )
                                       )
      vs.                              )No. 1:14 CV 04391
                                       )
CITY OF CHICAGO, Chicago Police        )
Officers ROBERT BARTIK, #3078;         )
DEMOSTHENES BALODIMAS, #21204;         )
ROBERT CORDARO, #20680; JOHN J.        )
DAY, #20926; JAMES M. KELLY,           )
#21121; MICHAEL LANDANDO, #20417;      )
ANTHONY NORADIN, #21252; and           )
RANDAL WO, #20232; Assistant Cook      )
County State's Attorneys ANDREA        )
GROGAN and LAWRENCE O'REILLY; and      )
the COUNTY OF COOK,                    )
                                       )
            Defendants.                )
```

The videotaped deposition of STA-VON DANCY, called by the Defendant Chicago Police Officers for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Monica Kim, Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public, at 77 West Wacker Drive, Suite 3100, Chicago, Illinois, commencing at 10:17 a.m. on January 12th, 2016.

Royal Reporting Services, Inc.
312.361.8851

Nicole Harris v. City of Chicago, et al.
Deposition of Sta-von Dancy - Taken 1/12/2016

Page 215

1  **Q.**  Once you got to the hospital, what happened?
2  **A.**  Get to the hospital; Nicole goes in first; I
3  go in second; going to the chapel; then from the chapel,
4  that's when Nicole goes out of the chapel; and then I
5  hear her scream or holler.
6  **Q.**  When you said that you went in second to the
7  hospital, are you walking in one after another or
8  something else?
9  **A.**  No.  She went in immediately.  I had to figure
10  out what I -- you know, where I was going to hurry up
11  and park at, you know, without anything happening to the
12  car.  So she hurried up.  I just said -- I said -- In a
13  quick instant, I said, Forget it.  I'm going to park
14  here.  And I jumped out, and I went in.  They directed
15  us to the -- She was already in.  I come on behind.
16  They directed us to the chapel.  We sat in the chapel
17  until they came and got Nicole.
18  **Q.**  Did you bring in Diante or did he go in with
19  Nicole?
20  **A.**  She brung in Diante.  And then once we got in,
21  he sat with me in the chapel.  Then when they called
22  her, she went to go check.
23  **Q.**  Okay.  So who called her from the chapel?
24  **A.**  A doctor or one of the -- one of the people

Royal Reporting Services, Inc.
312.361.8851