# EXHIBIT 8

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

| GENERAL PROGRESS REPORT DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT DAY MONTH YEAR | DATE OF THIS REPORT DAY MONTH YEAR WATCH |
|---|---|---|---|
| | | 14 MAY 05 | 14 MAY 05  3 |
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT | | BEAT/UNIT ASSIGNED |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

HOSPITAL                                                             RC# 840134

MOTHER: HARRIS, NICOLE                    FATHER: DANCY, STAVON
F/1/23   19JAN82                          M/ /    14NOV70
2004 N. LAPORTE                           2004 N. LAPORTE

SIBLING: DANCY, DIANTE                    VICTIM: DANCY, JAQUARI
M/1/5   03AUG99                           M/1/4   23NOV00
2004 N. LAPORTE                           2004 N. LAPORTE

— NO DCFS HISTORY —

9657    G. PORADZISZ   #8689    HOSPITAL
96041   T. LAMPA       #3534    SCENE
9630    PIOTROWSKI     #2552

2515   CRIME SCENE     J CURRY  #3194

1514   H. CRESPO       #40112
1502   G. VASILOPOULOS #1660

R.D. NO. HH-356544

REPORTING OFFICER'S SIGNATURE—STAR NO.  20737    RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.  /6161    DAY-MO.-YR.  23MAY05   TIME 1600

CPD-23.122 (Rev. 2/83)

CITY0000414

| GENERAL PROGRESS REPORT<br>DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT<br>DAY / MONTH / YEAR<br>14 / May / 05 | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH<br>14 May 05 03 |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT<br>Dancy, Jaquari | | BEAT/UNIT ASSIGNED<br>5532 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

# Scene / Hospital

Paul Can #1623    Lopez #15099    JT #1630

R. Gonzalez #1602

CFD #52 - Transported - Armitage/Lacrosse

OLR: Dr. B. Donatus    Time Pronounced    1815 Hrs.

Victim: Dancy, Jaquair    M/1/4

Ligatures under left jaw to middle back of neck -
- Faint marking right side.

2004 N. Laporte #1    773/622-7989

Father: Dancy, Stavon    M/1
2004 N. Laporte #1    773/622-7989 -

Victim: history of asthma

Dr. Brian Donatus - 1910 Hrs -

R.D. NO. HL-356544

REPORTING OFFICER'S SIGNATURE—STAR NO.    20232
CPD-23.122 (Rev. 2/83)

RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO. 1601    DAY-MO.-YR. 23 May 05    TIME 1600