# EXHIBIT 9

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

LeRoy Martin
Superintendent

Edward S. Wodnicki
Deputy Superintentent

# DETECTIVE DIVISION
# STANDARD OPERATING PROCEDURES



John J. Townsend
Chief of Detectives

Copyright: 1988
Chicago Police Department, Chicago, Illinois

CITY0000160

# CHAPTER 8

## PROCEDURES REQUIRED OF ALL DETECTIVES

8.1     FUNCTION OF A DETECTIVE

    A. Detectives are a select group of Department members who are given the task of investigating crimes reported to the Department. The objectives of their investigative efforts are to determine if a crime actually occurred, gather evidence of the crime, identify and arrest the person(s) responsible for criminal acts, recover stolen property, and aid the prosecution of the arrestee.

    B. Detectives will diligently investigate all cases they receive for follow-up. Their investigation must be thorough, careful and objective. They must keep in mind that, regardless of their perception of the seriousness of the crime, to the victim the event was probably a shocking, lingering experience. As in any contact with the public, detectives will be courteous and considerate in speech and manner when interviewing victims and witnesses.

8.2     SOURCE OF CASES FOR FOLLOW-UP ASSIGNMENT

The most common ways that the Detective Division receives cases for assignment are:

    A. An original case report prepared by a Patrol Division officer is forwarded by the Records Division to the Detective Division unit responsible for the follow-up investigation.

    B. A preliminary investigator notifies the on-duty Detective Division supervisor of the occurrence of a serious crime.

    C. A police officer notifies a Detective Division unit of the arrest of an offender for a felony.

8.3     CONDUCTING A FIELD INVESTIGATION

The nature of investigative work is such that a detective functions with considerable autonomy. However, certain investigative procedures must be accomplished in each follow-up