# EXHIBIT 14

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 14 MAY 05
DATE OF THIS REPORT: 15 MAY 05 / 1

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: HOMICIDE
VICTIM'S NAME AS SHOWN ON CASE REPORT: DANCY, JAGUARI
BEAT/UNIT ASSIGNED: 5524/36

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

0045 HRS — MISSION TEAM OFFICE
LANDANDO — BALODIMAS — NARADIN
- TOLD ABOUT HER HITTING THE BOYS
- LIED BECAUSE SHE WAS SCARED
- IN AND OUT OF APT ALL DAY LONG (LAUNDRY)
- BOYS WERE HOME ALONE — TOLD TO STAY INSIDE
- CAME HOME SAW BOYS OUTSIDE (AGAIN)
- SHE GOT ANGRY BECAUSE THEY WERE OUTSIDE
- CRYING —
- "I PUT PHONE CORD AROUND JAGUAR'S NECK AND THEN THE CORD FROM THE BEDSHEET TO MAKE IT LOOK LIKE AN ACCIDENT"
- STOPPED
- MIRANDA @ 0052 HRS (FOP HANDBOOK)
- UNDERSTANDS — HAS A DEGREE IN PSYCHOLOGY FROM SOUTHERN I U
- INTERVIEW RM A

REPORTING OFFICER'S SIGNATURE—STAR NO. Landando 20417
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO. 1661
DAY—MO.—YR. 15 MAY 05  TIME 1600

R.D. NO. HL 356544

CPD-23.122 (Rev. 2/83)