# EXHIBIT 15

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

| GENERAL PROGRESS REPORT DETECTIVE DIVISION/CHICAGO POLICE | | DATE OF ORIG. CASE REPORT 14 MAY 05 | DATE OF THIS REPORT 15 MAY 05 |
|---|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT | VICTIM'S NAME AS SHOWN ON CASE REPORT DANCY, JAQUARI | | BEAT/UNIT ASSIGNED 5534 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

0140 HRS.

Harris, Nicole

- Informed Harris ASA in route to Area 5

- Harris recants statement

- States not responsible for Jaquari's death.

REPORTING OFFICER'S SIGNATURE—STAR NO.    RECEIVED BY SUPERVISOR'S SIGNATURE—STAR NO.    DAY-MO.-YR. TIME 23 MAY 05 1600

R.D. NO. HL365844

CPD-23.122 (Rev. 2/83)