# EXHIBIT 18

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

**GENERAL PROGRESS REPORT**
**DETECTIVE DIVISION/CHICAGO POLICE**

DATE OF ORIG. CASE REPORT: 14 MAY 05
DATE OF THIS REPORT: 14 MAY 05  3RD WATCH

OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT: DEATH INVESTIGATION
VICTIM'S NAME AS SHOWN ON CASE REPORT: DANCY, JAQUARI
BEAT/UNIT ASSIGNED: 5534

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

NICOLE HARRIS INTERVIEW   p 1 OF 2

HARRIS STATED THAT STAVON DANCY (VICTIM'S FATHER) WORKED UNTIL 12:30 AM LAST NIGHT AND CALLED HER FOR RIDE HOME AFTER GOING TO HIS MOM'S HOUSE AT 87TH + SANGAMON AT APPROX 4 AM — TIME HE CALLED FOR RIDE HARRIS PACKED BOTH BOYS IN HER CAR AND PICKED UP DANCY AT APPROX 5 AM. TOOK 25-30 MINUTES TO GET HOME WHEN THEY ALL WENT TO BED

— ALL GOT UP ABOUT 1PM TODAY.

HARRIS AND DANCY SHARE A BEDROOM AND SLEPT IN SAME BED.

— 2) BOYS SHARE A BUNK BED VICTIM ON BOTTOM BROTHER DIANTE SLEEPS ON TOP.

— APPROX 4-5 PM TODAY VICTIM WAS PLAYING ON BACK PORCH AFTER BEING TOLD NOT TO BY HARRIS

— HARRIS SPANKED VICTIM ON HAND PUT HIM DOWN FOR NAP — SAID BROTHER WAS IN ROOM AT TIME PLAYING W/ TOYS AND MAY HAVE WENT DOWN FOR NAP TOO.

— HARRIS TOOK LAUNDRY TO LAUNDROMAT ON ARMITAGE. WHEN SHE LEFT DANCY WAS ASLEEP ON COUCH IN LIVING ROOM W/ TV ON.

— SHE RETURNED HOME FROM LAUNDROMAT AND LOOKED THROUGH BOYS BEDROOM DOOR — BOTH APPEARED TO BE NAPPING — DANCY WAS STILL SLEEPING ON COUCH

REPORTING OFFICER'S SIGNATURE—STAR NO.: #21121
RECEIVED BY: SUPERVISOR'S SIGNATURE—STAR NO.
DAY-MO.-YR. TIME: 23 MAY 05 0600

R.D. NO.: HL 356544

CPD-23.122 (Rev. 2/83)

| GENERAL PROGRESS REPORT<br>●CTIVE DIVISION/CHICAGO POLICE | DATE OF ORIG. CASE REPORT<br>DAY MONTH YEAR<br>14 MAY 05 | DATE OF THIS REPORT<br>DAY MONTH YEAR WATCH<br>14 MAY 05 3RD |
|---|---|---|
| OFFENSE CLASSIFICATION—LAST PREVIOUS REPORT<br>DEATH INVESTIGATION | VICTIM'S NAME AS SHOWN ON CASE REPORT<br>DANCY, JAQUARI | BEAT/UNIT ASSIGNED<br>5534 |

This form is designed for recording handwritten notes and memoranda which are made during the conduct of investigations, including: inter-watch memoranda (handwritten or typewritten), witness and suspect interview notes, on-scene canvas notes, and any handwritten personal notes made by detectives during the field investigation of violent crimes which are used to prepare official Department case reports.

NICOLE HARRIS INTERVIEW (CONT.) p 2 OF 2

- HARRIS SAID SHE WENT BACK TO LAUNDROMAT TO P/U CLOTHES WHEN SHE RETURNED SHE DOUBLE PARKED IN FRONT OF BUILDING, BROUGHT LAUNDRY BASKET TO FRONT DOOR AND RANG THE DOOR BELL.
- DANCY ANSWERED THE FRONT DOOR SHE GAVE HIM THE BASKET AND WENT TO MOVE HER CAR.
- SAID DANCY CAME RUNNING OUT THE DOOR BEHIND HER HOLDING VICTIM IN HIS ARMS YELLING TO (HARRIS) HER FOR HELP
- HARRIS + DANCY PUT VICTIM IN THE CAR, DANCY WAS ATTEMPTING CPR BECAUSE HE DIDN'T APPEAR TO BE BREATHING
- THEY DROVE TO LAUNDROMAT ASKED A GUY STANDING IN FRONT TO CALL 911
- AMBULANCE ARRIVES ON SCENE DOES CPR TAKES VICTIM TO O.LR

- HARRIS SAID THAT SHE DROVE TO FIND SOMEONE W/ A CELL PHONE BECAUSE HER PHONE WAS NOT WORKING - SAID PHONE HAD LOOSE WIRES
- SHE SAID SHE HAD ATTEMPTED TO FIX/CONNECT WIRES EARLIER BETWEEN TRIPS TO THE LAUNDROMAT.

- SAID SHE HAD BEEN UNDERGOING ANGER MANAGEMENT COUNSELING AS PART OF COURT ORDERED PROGRAM BEC. OF DOM VIOLENCE ARREST W/ STAVON AS VICTIM

| REPORTING OFFICER'S SIGNATURE—STAR NO. | RECEIVED BY—SUPERVISOR'S SIGNATURE—STAR NO. | DAY-MO.-YR. | TIME |
|---|---|---|---|
| [signature] | [signature] /1661 | 23 MAY 05 | 1600 |

R.D. NO. HL 356 544

CPD-23.122 (Rev. 2/83)