# EXHIBIT 19

**To**
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS**
**REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY**
**JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NICOLE HARRIS,            )
                          )
          Plaintiff,      )
                          )
     vs.                  )      No. 14 CV 4391
                          )
CITY OF CHICAGO, et al.,  )
                          )
          Defendants.     )

The videotaped deposition of JAMES KELLY,
pursuant to notice and pursuant to the Federal Rules
of Civil Procedure for the United States District
Courts pertaining to the taking of depositions, taken
before Carmella T. Fagan, C.S.R., R.P.R., Notary
Public within and for the County of Cook and State of
Illinois, at 1180 North Milwaukee Avenue, Third
Floor, in the City of Chicago, Cook County, Illinois,
commencing at 10:25 a.m. on the 18th day of November,
2015.

BREHON REPORTING  (708) 442-0027

1          THE WITNESS:  I told you I -- I told you

2     already that I didn't know.

3     BY MS. MOGUL:

4          Q.      Okay.  Do you know whether you ever

5     had a conversation with Detective Wo regarding his

6     interview with Diante Dancy?

7          A.      I may or may not.  I don't know.

8          Q.      And it's your testimony that because

9     there's no direct quotations with respect to what

10    Diante Dancy said, you can't read this GPR and

11    determine anything he said during this investigation?

12         A.      That's not what I said.

13         Q.      Okay.  Well, can you tell me from

14    reading this anything you believe Diante Dancy said

15    during this interview?

16         A.      I said based on what's written here, I

17    would like to speak to Detective Wo and get a better

18    clarification of what he's written down.

19         Q.      I understand.  But from reading this

20    GPR, can you tell me anything you believe that Diante

21    Dancy said during this -- this interview?

22         A.      That I want to memorialize in a report

23    without checking with Detective Wo?  No.

24         Q.      Okay.  How about just any indications

Page 282

1      A.      I don't know that I did.

2      Q.      Do you -- were you ever given a

3   subpoena in this case?

4      A.      I don't remember.

5      Q.      Were you in the jury room during the

6   trial in this case?

7      A.      I don't think so.

8      Q.      Prior to becoming a detective at

9   Area 5, had you received training on how to testify

10  in court?

11     A.      It may have been a part of the

12  detective class.

13     Q.      As a police officer within the Chicago

14  Police Department, have you received training on how

15  to testify in court?

16     A.      I believe so.

17     Q.      And as a police officer in the Chicago

18  Police Department, you've had to testify on several

19  occasions?

20     A.      Yes.

21     Q.      Is it fair to say you've testified

22  over a hundred times?

23     A.      Close to.

24     Q.      I'm going to show you what was

Page 283

1    previously marked as 12A in this case.

2                        (WHEREUPON, Exhibit 12A was

3                         tendered to Witness.)

4         A.      Um-hum.

5         Q.      Do you see the word "Draft" written on

6    12A?

7         A.      Yes.

8         Q.      And 12A is a copy of the GP --

9    Detective Wo's GPR of the interview with Diante

10   Dancy, right?

11        A.      Yes.

12        Q.      Did you -- did you ever see the word

13   "Draft" written on this GPR in May of 2005?

14        A.      I have no memory of seeing any GPR

15   related to his interview.

16        Q.      Okay.  Do you -- is that your

17   handwriting?

18        A.      On the GPR?

19        Q.      That says "Draft."

20        A.      No.

21        Q.      Have you ever -- do you know whose

22   handwriting that is?

23        A.      I don't.

24        Q.      I'm going to show you what has been

              BREHON REPORTING  (708) 442-0027

Page 284

1    previously marked in this case as Deposition Exhibit

2    Number 10.

3                         (WHEREUPON, Exhibit 10 was

4                          tendered to Witness.)

5         A.       Okay.

6         Q.       You've seen this before today, right?

7         A.       Yes.

8         Q.       You saw this when you were preparing

9    for your deposition, correct?

10        A.       Yes.

11        Q.       And this is the clear and closed --

12   this is the Clear/Closed Arrest and Prosecution

13   report in this case?

14        A.       Yes.

15        Q.       And this report summarizes the course

16   of the investigation into Jaquari Dancy's death?

17        A.       Correct.

18        Q.       And you had seen this report back in

19   May of 2005?

20        A.       Yes.

21        Q.       Okay.  And your testimony earlier

22   today was Detective Noradin drafted this report?

23        A.       You know, now that I had time to think

24   about it, I may have opened up this case, because

                    BREHON REPORTING  (708) 442-0027

Page 285

1    whoever starts the case, the name gets stamped on

2    here.  And I believe what I -- what contribution I

3    made is the interview with Nicole.  It seems to

4    follow my GPRs pretty closely.  So I believe that's

5    what -- that's my contribution to this.

6          Q.     So I just -- let's go through this,

7    okay?

8          A.     Um-hum.

9          Q.     Who would have listed the victims to

10   this --

11         A.     Anyone could add any -- anyone whose

12   that says -- whose name is at the end of the report

13   could add anything to it.

14         Q.     Okay.  What I'm asking:  Did you list

15   the victim as Jaquari Dancy in this case?

16         A.     I may or may not have.  I don't know.

17         Q.     Did you list the offender?

18         A.     I may -- I don't know.

19         Q.     Do you know who listed all this other

20   information, "Transported" or "Property"?

21         A.     I don't.

22         Q.     Do you know who -- okay.  Can you turn

23   to page 3.

24                       (WHEREUPON, the Witness complied.)

                    BREHON REPORTING  (708) 442-0027

Page 288

1  witnesses in this case?

2       A.     I may have plugged them in here.  I --

3  I don't know.

4       Q.     Okay.  So why would you have plugged

5  in Dinajia Arnold and Alexis Fultis but not Jaquari

6  Dancy?

7       A.     I don't know that I did, so I don't

8  know.

9       Q.     So could you -- I would ask you to

10  look through this report, and can you indicate to me

11  what you completed with respect to this report?

12             (WHEREUPON, the Witness complied.)

13       A.     I would say under "Investigation," and

14  I don't know every paragraph, if I got it correctly.

15  But under "Investigation," the bottom third of that

16  page.  And I'd say all of page 7, and then I'd say

17  all but the last paragraph of page 8.

18       Q.     So I want to be clear:  From where it

19  says "Investigation" on page 7, that part and below

20  you completed?

21       A.     I believe that I did, but I -- I can't

22  be sure that I -- it's a hundred percent mine.

23       Q.     Okay.  And then you believe on page 8,

24  you completed all of that page but for the last

Page 289

1   paragraph?

2         A.     Correct.

3         Q.     Okay.  Any other part of this cleared

4   and closed report that you completed?

5         A.     I don't believe so, but I'll -- I'll

6   skim through it.

7         Q.     Please do.

8                (WHEREUPON, the Witness complied.)

9         A.     Okay.  I would say page 12 --

10        Q.     Okay.

11        A.     -- I may have memorialized probably

12  the last third of the page there with "Dr. Denton."

13        Q.     All right.  "Dr. Denton" on page 12,

14  it's listed, "At 0900 hours, Dr. Denton performed the

15  postmortem examination," right?

16        A.     Yes.

17        Q.     Is that -- did you memorial -- did

18  you --

19        A.     I may or --

20        Q.     -- write this?

21        A.     -- may not have but, I mean, I did a

22  GPR on it, so it would make sense that I would, but I

23  don't know a hundred percent that I had.

24        Q.     Okay.  Let me ask this:  Can you turn