# EXHIBIT 21

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

# CHICAGO POLICE DEPARTMENT
## CASE SUPPLEMENTARY REPORT

3510 S. Michigan Avenue, Chicago, Illinois 60653
(For use by Chicago Police - Bureau of Investigative Services Personnel Only)

**HL356544**

Case Id: 4000698
Sup ID: 4114614 CASR301

**CLEARED CLOSED (ARREST AND PROSECUTION)** | **DETECTIVE SUP. APPROVAL COMPLETE**

| Last Offense Classification/Re-Classification | IUCR Code | Original Offense Classification | IUCR Code |
|---|---|---|---|
| HOMICIDE / First Degree Murder | 0110 | NON-CRIMINAL / Death | 5084 |

| Address of Occurrence | Beat of Occur | No of Victims | No of Offenders | No of Arrested | SCR No |
|---|---|---|---|---|---|
| 2004 N LAPORTE AVE | 2522 | 1 | 1 | 1 | |

| Location Type | Location Code | Secondary Location | Hate Crime? |
|---|---|---|---|
| Apartment | 090 | | NO |

| Date of Occurrence | Unit Assigned | Date RO Arrived | Fire Related? | Gang Related? | Domestic Related? |
|---|---|---|---|---|---|
| 14-MAY-2005 16:30 - 14-MAY-2005 17:00 | 1623 | 14-MAY-2005 18:00 | NO | NO | NO |

| Reporting Officer | Star No | Approving Supervisor | Star No | Primary Detective Assigned | Star No |
|---|---|---|---|---|---|
| KELLY, James | 21121 | WUJCIK, Darlene | 1661 | WO, Randall | 20232 |

| Date Submitted | Date Approved | Assignment Type |
|---|---|---|
| 21-JUN-2005 09:32 | 22-JUN-2005 15:59 | FIELD |

## THIS IS A FIELD INVESTIGATION CLEARED CLOSED (ARREST AND PROSECUTION) REPORT

**VICTIM(S):**  **DANCY, Jaquari**  -- Juvenile --
Male / Black / 4 Years
**DOB:** 23-NOV-2000
**RES:** 2004 N Laporte Ave
Chicago IL
773-622-7989
**BIRTH PL:** Illinois
**DESCRIPTION:** Black Hair, Short Hair Style, Brown Eyes, Medium Complexion

**OFFENDER(S):** **HARRIS, Nicole**  -- In Custody --
Female / Black / 23 Years
**DOB:** 19-JAN-1982
**RES:** 2004 N Laporte Ave
Chicago IL
773-622-7989
**BIRTH PL:** Illinois
**DESCRIPTION:** Black Hair, Pony Tails Hair Style, Brown Eyes, Medium Complexion
**OCCUPATION:** Counslor
**SSN:** 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
**IR #:** 1715431    **CB #:** 16181506
**SID #:** 51519950   **FBI #:** 442577AC8

DEPOSITION
10
CF  6/12/15

HL356544

**VICTIM INJURIES**  **DANCY, Jaquari**

| Type | Weapon Used | Weapon Description |
|---|---|---|
| Choked | Other | Other - Elastic Band |

HL356544
DE..CTIVE SUP. APPROVAL COMPLETE

|  |  |  |
|---|---|---|
|  | **CFD RESPONDING UNIT:** 52 |  |
|  | **HOSPITAL:** Our Lady Of Resurrection |  |
|  | **AUTHORIZED BY:** Garelli #23 |  |
|  | **PHYSICIAN NAME:** Donahue |  |
| **TRANSPORTED TO:** | **DANCY, Jaquari** | ( Victim ) |
|  | Transported to Our Lady Of Resurrection |  |
| **OTHER PROPERTY :** | **INV #:** 10547199 |  |
|  | (7) Polaroid Photos Of Children'S (Victim'S) Bedroom |  |
|  | **OWNER:** Cpd |  |
|  | **QUANTITY:** 7 |  |
| **LOCATION OF INCIDENT:** | 2004 N Laporte Ave |  |
|  | Chicago IL |  |
|  | 090 - Apartment |  |
| **DATE & TIME OF INCIDENT:** | 14-MAY-2005 16:30 - 14-MAY-2005 17:00 |  |
| **DEATH INFORMATION:** | **DANCY, Jaquari** | ( Victim ) |
|  | **DATE OF DEATH:** 14-MAY-2005 18:15 |  |
|  | **PRONOUNCED BY:** Dr Donahue |  |
|  | ON 14-MAY-2005 18:15 |  |
| **AUTOPSY INFORMATION:** | **AUTOPSY DATE:** 16-MAY-2005 |  |
|  | **PERFORMED BY:** Dr Denton |  |
|  | **CAUSE OF DEATH:** Strangulation |  |
|  | **HOMICIDE FILE #:** 05-23 |  |
|  | **MEDICAL EXAMINER #:** 239 MAY 05 |  |
| **HOMICIDE (SUSPECT) INFORMATION:** | **HARRIS, Nicole** |  |
|  | Admitted TO Crime |  |
| **MOTIVE CODE(S):** | Other |  |
| **CAUSE CODE(S):** | Other |  |
| **METHOD CODE(S):** | Other |  |
| **CAU CODE(S):** | DNA |  |
| **OTHER PROPERTY RECOVERED:** | **INV #:** 10532965 |  |
|  | Victim'S Clothing |  |
|  | **OWNER:** Dancy, Jaquair |  |
|  | **LOCATION FOUND:** Olr Hospital |  |
|  | **INV #:** 10532964 | Evidence |
|  | Me Blood Card |  |
|  | **INV #:** 10532854 | Evidence |
|  | Blue Fitted Sheet |  |

HL356544
DE__CTIVE SUP. APPROVAL COMPLETE

|  |  |
|---|---|
| **LOCATION FOUND:** 2004 N. Laporte | |
| **INV #:** 10532854 | Evidence |
| White Sheet Striped | |
| **LOCATION FOUND:** 2004 N. Laporte | |
| **INV #:** 10532848 | Evidence |
| Red Blanket | |
| **LOCATION FOUND:** 2004 N. Laporte | |
| **INV #:** 10532844 | |
| Childs Notebook Computer | |
| **LOCATION FOUND:** 2004 N. Laporte | |

**PERSONNEL ASSIGNED:** Assisting Detective/Youth Inv.

| Name | # | BEAT |
|---|---|---|
| DAY, John J | # 20926 | BEAT: 5532 |
| NORADIN, Anthony F | # 21252 | BEAT: 5534 |
| KELLY, James M | # 21121 | BEAT: 5534 |
| BALODIMAS, Demosthen U | # 21204 | BEAT: 5536 |
| YOUNG, Arthur M | # 20734 | BEAT: 5516 |
| CORDARO, Robert R | # 20680 | BEAT: 5524 |
| MUSIAL, Charity T | # 20301 | BEAT: 7524 |
| LANDANDO, Michael | # 20417 | BEAT: 5524 |

Detective/Youth Investigator

WO, Randall K         # 20232

Reporting Officer

LOPEZ, Hector A         # 15099         BEAT: 2533

**WITNESS(ES):**

**ARNOLD, Dinajia**
Female / Black / 8 -8 Years
**DOB:** 05-FEB-1997
**RES:** 2004 N Laporte Ave
Chicago IL
773-745-6760

**FULTIS, Alexis**
Female / Black / 21 -21 Years
**DOB:** 04-NOV-1983
**RES:** 2004 N Laporte Ave 2
Chicago IL

**OTHER COMMUNICATIONS:**
Residence: 773-745-6760

**HARRIS, Nicole**
/ 23 Years
**DOB:** 19-JAN-1982
**DESCRIPTION:** Black Hair, Pony Tails Hair Style, Brown Eyes, Medium Complexion
**RES:** 2004 N Laporte Ave
Chicago IL
773-622-7989

**HL356544**
DE_ECTIVE SUP. APPROVAL COMPLETE

           **EMPLOYMENT:** Counslor

           **SSN:** 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

**OTHER INDIVIDUALS**    **DONAHUE**                             ( Physician )
**INVOLVED:**              **DANCY, Stavon**                    ( Person Discovering )

                              Male / Black / 34 Years
                              **DOB:** 14-NOV-1970
                              **BIRTH PL:** Illinois
                              **DESCRIPTION:** Black Hair, Short Hair Style, Brown Eyes, Medium Complexion
                              **RES:** 2004 N Laporte Ave
                                        Chicago IL
                                        773-622-7989
                              **EMPLOYMENT:** Transporter

                              **SSN:** 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
                              **HOSPITAL**                                    ( Person Reporting Offense )

**CRIME CODE SUMMARY:**    0110 - Homicide - First Degree Murder

**IUCR ASSOCIATIONS:**      0110 - Homicide - First Degree Murder

                              DANCY, Jaquari                        ( Victim )
                              UNDETERMINED                  ( Suspect )
                              DANCY, Jaquari                        ( Victim )
                              HARRIS, Nicole                     ( Offender )

**ASSOCIATED ARRESTS:**    16181506

**REPORT DISTRIBUTIONS:**  No Distribution

**INVESTIGATION:**

    THIS IS AN AREA FIVE CLEARED/CLOSED (ARREST AND PROSECUTIUON) SUPPLEMENTARY REPORT.

    R.D. NUMBER:
    HL-356544

    DATE & TIME ASSIGNED:
    14 May 05 1835 hrs

    VICTIM:
    DANCY, Jaquari
    M/1/4, DOB: 23 Nov 2000
    2004 N. LaPorte #1S
    Home Phone# 773/622-7989

IN CUSTODY:
HARRIS, Nicole
F/1/23, DOB: 19 Jan 1982
2004 N. LaPorte #1S
SS# 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
Home Phone# (773) 622-7989
IR#1715431
SID# IL51519950
FBI# 442577AC8
CB#16181506

ARRESTING OFFICERS:
MB #5536
Detective D. BALODIMAS #21204

MB #5524
Detective M. LANDANDO #20417
Detective R. CORDARO #20680

MB #5534
Detective A. NORADIN #21252
Detective J. KELLY #21121

MB #5532
Detective J. DAY #20926
Detective R. WO #20232

DATE, TIME & LOCATION OF ARREST:
15 May 2005, 0100hrs, 5555 W Grand Ave

CHARGES:
- 720 ILCS 5.0 / 9-1-A-1 (First Degree Murder)

COURT DATE & BRANCH:
- 16 May 2005, Branch: 66

INJURIES:
Ligature Marks to Neck
- FATAL

TAKEN TO:
- Our Lady of Resurrection Hospital

WEAPON:
- Elastic band from fitted bed sheet

LOCATION:

**HL356544**
DE ...CTIVE SUP. APPROVAL COMPLETE

2004 N. LaPorte #1S
Southwest Corner Bedroom

DATE, DAY & TIME:
14 May 2005, Saturday, 1630 hrs

MANNER/MOTIVE:
- Strangulation

EVIDENCE:
INVENTORY# 10547199
- (7) Polaroid Photographs

NOTIFICATIONS:
Investigator Scott PETERSON
- Department Of Children and Family Services

ASA GROGAN
- Cook County State's Attorney's Office (Felony Review Unit)

PERSONELL ASSIGNED:
MB 5532 (Investigating Detectives)
Detective J. DAY #20926
Detective R. WO #20232

MB 5534 (Assisting Detectives)
Detective A. NORADIN #21252
Detective J. KELLY #21121

MB 5536 (Assisting Detectives)
Detective D. BALODIMAS #21204

MB 5524 (Assisting Detectives)
Detective M. LANDANDO #20417

MB 5516 (Assisting Detectives)
Detective A. YOUNG #20734

MB 7524 (Assisting Detectives)
Investigator C. MUSIAL #20301

WITNESSES:
FULTIS, Alexis
F/1/21, 04 Nov 1983
2004 N. Laporte 2nd
Hp.773-745-6760
- Circumstantial Witness

**HL356544**
DL _CTIVE SUP. APPROVAL COMPLETE

ARNOLD, Dinajia
F/1/8, 05 Feb 1997
2004 N. Laporte 2nd
Hp.773-745-6760
- Circumstantial Witness

STATEMENTS:
Sta-von DANCY
- Handwritten Statement

Nicole HARRIS
- Video Taped Statement

INTERVIEWED:
Father Of Victim:
DANCY, Sta-von
M/1/34, DOB: 14 Nov 1970
2004 N. LaPorte #1S
SS# 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

IR#840134
Home Phone: (773) 622-7989

Mother Of Victim:
HARRIS, Nicole
F/1/23, DOB: 19 Jan 1982
2004 N. LaPorte #1S
Home Phone: (773) 622-7989

INVESTIGATION:

The Reporting Detectives were assigned by Third Watch Supervisor, Sgt. DOWNES #1393, to assist Detectives DAY #20926 and WO #20232 in the DEATH INVESTIGATION of a four-year-old boy at 2004 N. Laporte. The Reporting Detectives learned that the mother, father and brother of the victim, Nicole HARRIS, Stavon DANCY and Diante DANCY had been transported from Our Lady of Resurrection Hospital to Area Five Detective Division voluntarily to assist in this investigation.

At 2100 hrs, Detectives KELLY and NORADIN met with Nicole HARRIS in the AGGRAVATED BATTERY MISSION TEAM office where she agreed to be interviewed regarding this incident. The following interview with Nicole HARRIS who stated the following:

Nicole HARRIS:

HARRIS stated that Stavon DANCY (victim's father) worked at his job at the car rental at O'Hare Airport until 12:30am last night (13th into the 14th of May 2005) and had called her for a ride home

Printed On: 22-JUN-2005 16:01     7 of 15     Printed By: WUJCIK, Darlene ( PC0D826 )

CITY0000377

HL356544
DE ECTIVE SUP. APPROVAL COMPLETE

at approximately 4:00am after going to his mother's house at 87th and Sangamon. HARRIS stated she took her sons, Diante and Jaquari, with her in her car and picked up Stavon at approximately 5:00am. HARRIS said that she drove home and that they all went to bed at approximately 5:30am. HARRIS said that she and Stavon share a bed in one bedroom and that her boys share a bunk bed in the other bedroom. HARRIS stated that Jaquari slept in the bottom bunk while Diante had the top. HARRIS stated that they all got up at approximately the same time at 1:00pm that day.

HARRIS stated that later that afternoon, she took her laundry to the Laundromat around the corner on Armitage (later learned to be The Blue Kangaroo Laundromat at 4843 W. Armitage). HARRIS stated that when she left the apartment, her boys were playing (inside) and Stavon was asleep on the couch in the living room with the television on. HARRIS stated that when she returned from the Laundromat, Stavon was still asleep and that she discovered Jaquari playing outside on the back porch. HARRIS said she had told Jaquari several times not to go outside without permission. HARRIS said that she slapped the back of Jaquari's hand and put him down for a nap in his bed. (bottom bunk) HARRIS stated that DIANTE was in the (same) bedroom playing with toys and he may have gone down for a nap too.

HARRIS said that she went back to the Laundromat to pick up the her clothes and when she returned she double parked in front of her building. HARRIS stated she brought her laundry basket to the front door and rang the doorbell. HARRIS said that Stavon answered the door and she handed him the laundry basket to take inside. HARRIS said she then went to park the car. HARRIS said that Stavon came running out the door behind her holding Jaquari while yelling for her to help. HARRIS stated that Jaquari did not appear to be breathing. HARRIS stated that Stavon put him into the car and attempted to do C.P.R. while she drove back to the Laundromat to find someone to call for help. HARRIS stated that as they pulled in front of the Laundromat and asked an unknown M/WH standing in front to call 911. HARRIS said that the CFD ambulance arrived on the scene within a few minutes and took over C.P.R. before taking transporting Jaquari to Our Lady of Resurrection Hospital.

HARRIS stated that the reason that she had driven around looking for someone to call for help was because her phone in the apartment had loose wires and was not working properly. HARRIS said that she had actually attempted to repair the phone earlier that day at the apartment between her first and second trip to the Laundromat.

HARRIS stated that no one else was in the apartment that day with Jaquari other than herself, Stavon and Diante. HARRIS further stated that she has attended a court ordered 'anger management' program as a result of a past domestic violence arrest involving Stavon (as victim) while residing in Edwardsville Illinois.

Detective NORADIN contacted the Edwardsville, Illinois Police Department and requested a criminal history check for Nicole HARRIS. Edwardsville P.D. confirmed that Nicole HARRIS had a prior domestic violence arrest history and faxed investigating detectives the corresponding reports.

At approximately 2145 hrs after returning to the Area Five Detective Division Headquarters from the crime scene at 2004 N Laporte Ave #1S, Detectives DAY and WO met with Stavon DANCY in interview room "E". The following interview was conducted with Stavon DANCY regarding this

incident.

Stavon DANCY:

DANCY provided some general background information about himself, Nicole HARRIS, and their two children Diante and Jaquari. Regarding the incident under investigation DANCY stated that on Friday 13 May 05 he had worked from 0800 hrs to 0030 hrs on Saturday 14 May 05. Upon finishing work he took the CTA to his mother's house in the area of 85th and Sangamon. Sometime after of 0305 hrs DANCY called HARRIS and asked her to pick him up at his mother's house. Upon being brought home he went to bed and did not awake until approximately 1100 hrs.

After getting out of bed Stavon stated he went to the corner store and bought some juice and other food items for his two sons Jaquari and Diante. Some time later approximately 1500 hrs Stavon states that he and Nicole went to a nearby Laundromat located on Armitage Avenue. Upon returning home a few minutes later he and Nicole discovered that both children had gone outside to play, disregarding the instructions they had been given by their parents prior to their leaving for the Laundromat.

Stavon stated that both children were punished by sending them to their bedroom.

Stavon stated that as the children were playing in their bedroom, he fell asleep on the living room couch, while Nicole was trying to fix a telephone. Stavon stated that after a short time he was awakened by Nicole who told him to go to bed.

Stavon stated that sometime later he was awakened by the sound of the doorbell ringing. Getting out of bed and looking out of the window, he saw Nicole with the finished laundry. At this time Stavon went downstairs to carry the laundry basket upstairs while Nicole parked her vehicle.

Upon returning to his apartment with the laundry basket, Stavon stated he decided to check on his two sons. Looking into the bedroom Stavon said, he saw one of the boys lying on the floor motionless. Stavon said he immediately approached the child and saw bubbles around the child's nose and as he picked the child up he observed and elastic band wrapped around the child's neck. Placing the child on the lower bunk and attempting to remove the elastic band, Stavon stated that he recognized the child to be Jaquari.

Stavon stated adamantly that he had to unwind four or five loops of the elastic band from Jaquari's neck. At this time Stavon realized that the other end of the band was still attached to a sheet on the upper bunk.

Stavon stated he attempted CPR and mouth-to-mouth resuscitation without success. At this time STAVON stated that he picked JAQUARI up off of the bed and ran downstairs to the street in an effort to find Nicole and have her drive them to a hospital. Unsure of where they might find a hospital, Stavon and Nicole stopped some unknown subjects on the street, who had a cell phone. They asked these unknown persons to call 911 for them.

Stavon stated that once the Fire Department Ambulance arrived, he and Nicole were advised that Jaquari was being taken to Our Lady Of Resurrection Hospital. Stavon and Nicole agreed to go to

Our Lady of Resurrection Hospital, but first returned home to get Diante and bring him along.

The interview with Stavon DANCY was terminated at this time.

On 14 May 05, at approximately 2230 hrs, Detectives D.BALODIMAS #21204 and M.LANDANDO #20417 relocated to 2004 N. Laporte to conduct a re-canvass in furtherance of this investigation. Upon arrival, Detectives BALODIMAS and LANDANDO met with the Alexis FULTIS and Dinajia ARNOLD at which time they gave the following interviews in summary and not verbatim.

ALEXIS FULTIS:

Related that on 14 May 05, at approximately 13:30 hrs, she observed Nicole's boyfriend leaving the building. FULTIS stated that she didn't notice if Nicole's boyfriend ever came back to the building. FULTIS stated that she had observed Nicole coming and going from the building on numerous occasions between 1300 hrs and 1730 hrs. FULTIS stated that she noticed that Nicole was carrying bags each time. FULTIS added that Nicole also had her stereo playing pretty loud all afternoon. Detectives BALODIMAS and LANDANDO asked FULTIS if she saw Nicole's children at any time on 14 May 05, at which time FULTIS related that Nicole's children were playing with her cousin, Dinajia, in the afternoon. FULTIS stated that the kids were playing outside by the back of the building. FULTIS could add nothing further at this time.

Detectives BALODIMAS and LANDANDO interviewed Dinajia ARNOLD in the presence of her father Melvin ARNOLD.

DINAJIA ARNOLD:

Related that she was playing in the back with Diante and Jaquari. ARNOLD stated that Diante and Jaquari's mother came home and was mad because Diante and Jaquari were playing outside. ARNOLD stated that their mother brought them back inside their house and "whooped" them. Detectives BALODIMAS and LANDANDO asked ARNOLD what she meant by "whooped" at which time ARNOLD replied that she saw their mother hitting them with a belt (It should be noted that Diante and Jaquari's bedroom faces the back of the building where ARNOLD was playing). ARNOLD stated that she could her the boys crying for a while. ARNOLD stated that after the boys stopped crying she saw them go to their bed (bunk bed). Detectives BALODIMAS and LANDANDO asked ARNOLD if she could see which bunk the boys went to at which time ARNOLD replied that Diante went to the top bunk and Jaquari went to the bottom bunk. ARNOLD could add nothing further at this time.

While at 2004 N. Laporte, Detectives BALODIMAS and LANDANDO returned to Apt. #1S. This was done to determine whether or not the above witnesses could have seen into the children's bedroom (Jaquari and Diante) from outside of the apartment. After determining that it was in fact possible to see into this bedroom, Detectives BALODIMAS and LANDANDO observed a long telephone cord on the hallway floor immediately outside of the children's bedroom.

While not aware of the actual cause of death at this time Detectives BALODIMAS and LANDANDO elected to have an Evidence Technician recover the telephone cord in the event that

it might have evidentiary value. This telephone cord was recovered and inventoried by E.T. COUNTS #6091 under inventory # 10532876.

Detectives BALODIMAS and LANDANDO returned to Area Five and advised investigating detectives of their findings and the results of their interviews with the above witnesses. Detective DAY requested that First Watch Detective John FULLER #20341 return to the scene at 2004 N. Laporte and take Polaroid photographs of the children's bedroom. (Inventoried under 10547199) Detective DAY wanted these photographs for the purpose of visual references for use during interviews.

On 14 May 05 at approximately 2300 hrs Detective KELLY contacted Special Investigation Unit at the CAC (Children's Advocacy Center) to arrange a VSI (Victim Sensitive Interview) with Diante DANCY as a possible witness to the incident.

Department of Children and Family Services Investigator Scott PETERSON arrived at the Area Five Detective Division Headquarters to evaluate the progress of the investigation. Investigator PETERSON took protective custody Diante DANCY, placing him with his grandmother Patricia DANCY. Investigator MUSIAL #40289 and Detective YOUNG #20734 transported Diante DANCY to Our Lady of Resurrection Hospital for a physical examination. The results of the examination were such that nothing unusual was found at that time. Upon completion of the examination Investigator MUSIAL and Detective YOUNG brought Diante to his grandmother Patricia DANCY at 8514 S Sangamon.

At approximately 0045 hrs, Detectives BALODIMAS, LANDANDO and Det. NORADIN met with Nicole HARRIS in the Aggravated Battery Mission Office. Det. LANDANDO informed HARRIS about the results from the canvass/interviews about her hitting her children with a belt, which HARRIS never mentioned, in her previous interview. HARRIS stated that she had lied in her previous interview because she was scared. HARRIS stated that she was in and out most of the day going to the Laundromat. HARRIS stated that when she came home and saw Jaquari and Diante outside and she got mad. At this time, HARRIS began to cry and made a spontaneous statement " I put the phone cord around Jaquari's neck and then the cord from the bed sheet to make it look like an accident." Detective LANDANDO immediately stopped HARRIS from making any further statements and at 0100 hrs advised her of his rights per MIRANDA from a pre-printed source (F.O.P.Handbook). HARRIS related that she understood all her rights, but was to "upset to keep talking at this time." Detectives LANDANDO and NORADIN escorted HARRIS, Nicole into interview room# A.

At 0140 hrs, Detective NORADIN advised HARRIS that an Assistant's State's Attorney had been notified and was on their way to Area Five to take her statement. At this time HARRIS recanted her statement denying she was responsible for Jaquari's death.

At 0225 hrs Detectives DAY and WO again interviewed Stavon DANCY to clarify whether the telephone cord was ever in the children's bedroom. Stavon stated that it never was. Further Detectives DAY and WO informed DANCY that Nicole HARRIS had made incriminating statements which led the detectives to believe that HARRIS may have intentionally harmed Jaquari to such an extent that the harm would result in Jaquari's death.

At this time Stavon DANCY stated that he believed Nicole HARRIS was in fact capable of harming their children. DANCY went on to relate that HARRIS has had counseling with regard to her anger management and that she has a history of domestic violence. Stavon also stated that his relationship with HARRIS is such that he remains with her because he feared for the safety of his two children.

At this point Stavon agreed to remain at the Area Five Detective Division Headquarters and assist with this investigation including a polygraph examination.

Detectives NORADIN and KELLY then met with Nicole HARRIS. Detective NORADIN reminded HARRIS that her "rights" were still in effect and asked if she would agree to a polygraph examination in relation to this investigation to which she also agreed. At this time both HARRIS and DANCY were offered refreshments and the use of a restroom if necessary. Both were given food and drink upon request and allowed to rest prior to the polygraph examination.

At 0800, Detective DAY contacted Polygraph Unit to arrange polygraph examination for HARRIS and DANCY.

At 0830 hrs, polygraph examiner, BARTIK, contacted investigating detectives and advised that these examinations could be administered at 1200 hrs.

At 0900 hrs, Dr. DENTON performed post mortem examination of Jaquari DANCY at the Medical Examiner's Office. Detectives NORADIN and KELLY observed ligature marks around DANCY'S neck which appeared to be more pronounced on the left side of the neck and faint on the right side of the neck. Ligature marks were observed on the middle of the left side of the neck and higher on the right side of the neck under the jaw line.

BT. 9609, F/I T. PRINCIPATO #5823, brought the 'fitted bed sheet' and telephone cord recovered evidence from the victim's apartment for examination by Dr. DENTON in relation to the ligature marks on DANCY'S neck. The loosened elastic was torn away from the bed sheet but still attached. The width of the elastic from same sheet measured 2/10" as did the telephone cord in width. Upon closer examination, Dr. Denton determined that the ligature marks most likely came from the elastic from the bed sheet rather than the telephone cord because of "loop type" markings on the outer edges of the elastic, which appeared to match markings on the edges of the ligature marks on the victim's neck. Dr. DENTON held up the elastic band to the ligature markings on DANCY'S neck and the width of both appeared to be the same.

Dr. DENTON informed R/Dets that the cause of death would be determined pending police investigation.

Detectives KELLY and NORADIN returned to Area Five and advised Detectives DAY and WO of the findings of Dr. DENTON during the post mortem exam.

At 1050 hrs, Detective KELLY contacted P.O. SPRAGGIN to confirm the VSI.

At 1130hrs both Nicole HARRIS and Stavon DANCY were transported separately to the Polygraph Section by Detectives DAY, KELLY and NORADIN. Upon arrival to the Polygraph Section,

HL356544
DE\_\_CTIVE SUP. APPROVAL COMPLETE

Detectives DAY, KELLY and NORADIN met with Investigator BARTIK and informed him of the facts in this investigation. Investigator BARTIK then administered the Polygraph examination to HARRIS. At the conclusion of the examination, Investigator BARTIK informed the Reporting Detectives that the examination was inconclusive.

At approximately 1600hrs, Detectives DAY and NORADIN re-interviewed HARRIS at the polygraph examiners office. Detective NORADIN reminded HARRIS that her "rights" were still in effect. At this time HARRIS was told the results of her exam were inconclusive. The following interview with HARRIS was conducted:

Nicole HARRIS:

HARRIS stated that up to this point, she has been afraid and now wished to set the record straight. HARRIS stated that she had been afraid because on her initial trip to the Laundromat, Stavon accompanied her while the children were left home alone. HARRIS stated that upon her return home, she found the children playing outside in spite of her instructions to them that they remain inside the apartment. HARRIS stated that after she had beaten both Jaquari and Diante with a belt she put them in their room. Further, HARRIS said that while Stavon had gone to bed, she was in the kitchen and Jaquari came out of his room asking for food. HARRIS said she became angry and took Jaquari back to the bedroom and spanked him again.

HARRIS stated that she then put Jaquari on the uppermost level of the bunk and wrapped the loose end of an elastic band from a fitted sheet around Jaquari's neck. HARRIS stated she left Jaquari on the upper bunk bed before leaving the apartment to return to the Laundromat.

Polygraph Examiner BARTIK conducted an interview with Stavon DANCY prior to administering a polygraph examination. BARTIK determined that DANCY was too emotional to conduct the polygraph examination and Stavon's interview was terminated.

At this time it was agreed to return with HARRIS and DANCY to Area Five.

While Detectives DAY, NORADIN and KELLY were with HARRIS and DANCY at the Polygraph Examiner's Unit, Detectives WO and OSHEA #20930 made arrangements to have Diante DANCY taken to a Victim Sensitive Interview. Detectives WO and OSHEA accompanied Diante DANCY to the interview, after picking up from the home of Patricia DANCY (grandmother). This interview was conducted by Ale LEVY, Forensic Interviewer for the CAC (Children's Advocacy Center) at approximately 1355 hrs.

The interview began with Ale LEVY asking questions to begin a rapport with Diante DANCY. LEVY began to qualify Diante, asking his age, asking if he could distinguish his colors, counting ability, his grade in school, his teacher's name and his knowing the difference between telling the truth and telling a lie.

Levy began to interview Diante about the incident. Diante knew that Jaquari had been taken to the hospital and that Jaquari had died.
Diante remembered playing Spiderman with Jaquari on previous occasions and that Jaquari would wear his blue sheet.

CITY0000383

HL356544
DE __CTIVE SUP. APPROVAL COMPLETE

Diante stated they had gotten in trouble because Jaquari wanted to go outside and he was on punishment. Diante stated mom hit him and Jaquari with a belt. Diante stated mom and dad gave him and Jaquari potato chips later on.

LEVI asked if Diante was awake or asleep when Jaquari died. Diante then stated he was asleep when Jaquari died.

The Victim Sensitive Interview was then terminated at this time.

At 1910 hrs, Detectives BALODIMAS, CORDARO, and NORADIN re-interviewed HARRIS. Detective BALODIMAS reminded HARRIS that her "rights" were still in effect. Nicole HARRIS was confronted with her inconsistent account of the events. For example HARRIS stated that she wrapped the bed sheet around Jaquari's neck leaving Jaquari on the top bunk, although he was found on the floor. However the child safety rail on the upper bunk would have made it unlikely for Jaquari to have rolled off the top bunk. The following interview was then conducted:

Nicole HARRIS:

HARRIS stated that she was not being totally forth coming and now wants to co-operate fully and truthfully in the investigation. HARRIS stated essentially the same facts as she did in her previous interview, except HARRIS adds the following, that she grabbed the dangling elastic band from the top bunk and wrapped the elastic around Jaquari's neck approximately (4) times until he stopped crying. She stated that at this time she notice blood coming from Jaquari's nose. HARRIS stated that she panicked and laid Jaquari down on as she left the apartment.

At 1945hrs, HARRIS was provided a cheeseburger, fries and a 7up from McDonalds.

At 2000hrs, the Reporting Detectives contacted the Cook County State's Attorney's Office Felony Review Unit requesting an ASA be assigned to this investigation.

ASA Lawrence O'REILLY was present at Area Five Detective Division on an unrelated matter and agreed to interview HARRIS, pending the arrival of ASA Andrea GROGAN.

At 2030hrs, ASA Lawrence O'REILLY in the presence of Detectives BALODIMAS and NORADIN advised HARRIS of her "rights" which she acknowledged agreeing to answer any questions.

At 2045, hrs ASA Andrea GROGAN arrived at Area Five Detective Division Headquarters and was apprized to the facts of the investigation.

At 2120hrs, ASA GROGAN, Detectives NORADIN and BALODIMAS interviewed HARRIS. ASA GROGAN advised HARRIS of her Miranda Rights which she acknowledged the understanding of her rights and agreed to speak to ASA GROGAN and Detectives. HARRIS repeated her previous statement that she had provided to the Reporting Detectives.

At 2200hrs, ASA GROGAN interviewed Stavon DANCY. Present for that interview was ASA GROGAN and Detective BALODIMAS. DANCY gave essentially the same account of events as he



HL356544
DE͞ ͞TIVE SUP. APPROVAL COMPLETE

did to the Reporting Detectives. The interview with DANCY was then terminated.

At 2358hrs, ASA GROGAN and Detectives NORADIN and BALODIMAS again met with Nicole HARRIS. ASA GROGAN informed and explained to HARRIS the various methods (oral, handwritten, court reported or video statement) of having her statement documented. HARRIS wished to have her statement documented as a video statement. ASA GROGAN provided consent to video statement to HARRIS. HARRIS read and signed the consent. The interviewed concluded. ASA GROGAN then requested a videographer.

On 16 May 2005 at 0045hrs videographer Debbie DE SANTOS arrived at Area Five Detective Division Headquarters.

At 0106hrs, Nicole HARRIS provided a videotaped statement. Present for that statement was ASA GROGAN and Detective NORADIN. The statement concluded at 0128hrs.

ASA GROGAN again met with Stavon DANCY. ASA GROGAN requested and DANCY agreed to give a handwritten statement.

At 0240hrs a handwritten statement was prepared and signed by Stavon DANCY. Present for the handwritten statement was ASA GROGAN and Detective WO.

Upon completion of DANCY'S handwritten statement, ASA GROGAN consulted with her supervisor regarding the status of the investigation. At 0458 hrs, ASA Grogan lodged a charge of First Degree Murder charge against Nicole HARRIS.

In light of the above investigation, the Reporting Detectives request that this case be classified CLEARED / CLOSED BY ARREST AND PROSECUTION.

REPORT OF:
Det. A. NORADIN #21252
Det. J. KELLY #21121
Det. J. DAY #20926
Det. R. WO #20232

CITY0000385