# EXHIBIT 23

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

```
 1  STATE OF ILLINOIS    )
                         ) SS:
 2  COUNTY OF C O O K    )

 3      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT - CRIMINAL DIVISION
 4
    THE PEOPLE OF THE                    )
 5  STATE OF ILLINOIS,                   )
                      Plaintiff,         )
 6                                       )
              -vs-                       ) No. 05-CR-14415
 7                                       )
    NICOLE HARRIS,                       )
 8                    Defendant.         )

 9

10          REPORT OF PROCEEDINGS had before the

11  HONORABLE PAUL P. BIEBEL, JR., Judge of the Criminal

12  Division, heard on the 17th day of June, 2013.

13          APPEARANCES:

14              HON. ANITA M. ALVAREZ,
                State's Attorney of Cook County, by:
15              MR. JOE MAGATS,
                Assistant State's Attorney,
16                  Appeared for the People;

17              MR. BOB STAUFFER,
                MS. ALISON FLAUM, and
18              MS. SANDY TOLL,
                Attorneys at Law,
19                  Appeared for the Defendant.

20  Lisa M. Hughes, CSR
    Official Court Reporter
21  2650 South California, Room 4C02
    Chicago, Illinois 60608
22  License No. 084-004240

23

24
                              -1-
```

1           THE CLERK:  Nicole Harris.

2           MR. MAGATS:  Joe Magats, M-a-g-a-t-s, on behalf
3   of the People.

4           MR. STAUFFER:  Bob Stauffer, Jenner & Block, on
5   behalf of the defendant, S-t-a-u-f-f-e-r.

6           MS. FLAUM:  Alison Flaum, F-l-a-u-m, also on
7   behalf of the defendant.

8           MS. TOLL:  Sandy Toll, T-o-l-l, also on behalf
9   of the defendant.

10          THE COURT:  What is this about?

11          MR. MAGATS:  Your Honor, this case is before
12  you being sent back after granting a petition for habeas
13  corpus.

14              On October 26, 2005, Ms. Harris was
15  convicted of first-degree murder.  On October 18, 2012,
16  the 7th Circuit Appellate Court granted Ms. Harris'
17  petition for habeas corpus.  I don't know if there is a
18  copy in the court file, if there is even a court file,
19  but I am tendering a copy of that opinion to the Court.

20              In February of 2013, the 7th Circuit
21  Appellate Court ordered Ms. Harris released pending the
22  Attorney General's appeal to the United States Supreme
23  Court and extended the time period for the People to
24  determine whether the case was going to be retried.

PL. Nicole Harris005142

1  On June 3rd, two weeks ago, the United
2  States Supreme Court denied the petition for writ of
3  certiori, meaning that the habeas petition stood. Today
4  is the 14th day. At this time, we are asking that based
5  on the 7th Circuit's granting of the habeas that an
6  order be entered vacating convictions on Counts 1 and 2
7  of the indictment.
8  There were verdicts of guilty on both
9  counts. She was sentenced only on Count 1.
10  THE COURT: Vacating Counts 1 and 2?
11  MR. MAGATS: Yes. At this time, it would be
12  nolle pros.
13  THE COURT: Motion State nolle granted.
14  MR. MAGATS: I also have a copy of the order
15  that ordered Ms. Harris released during the pendency of
16  the writ of the Supreme Court. I don't know if it needs
17  to be in the court file.
18  THE COURT: We will put it in the court file.
19  Fine. Motion State nolle.
20  (Which were all the proceedings had in
21  the above-entitled cause on this date.)
22
23
24

—3—

PL. Nicole Harris005143

```
 1  STATE OF ILLINOIS    )
                          ) SS:
 2  COUNTY OF C O O K    )

 3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

 4           COUNTY DEPARTMENT - CRIMINAL DIVISION

 5

 6       I, LISA M. HUGHES, an Official Court

 7  Reporter for the Circuit Court of Cook County, County

 8  Department - Criminal Division, do hereby certify that I

 9  reported in shorthand the proceedings had in the

10  above-entitled cause; that I thereafter caused the

11  foregoing to be transcribed into typewriting, which I

12  hereby certify to be a true and accurate transcript of

13  the Report of Proceedings had before the HONORABLE PAUL

14  P. BIEBEL, JR., Judge of said Court.

15

16

17                          _____
                            Lisa M. Hughes, CSR
18                          License No. 084-004240
                            Circuit Court of Cook County
19

20

21  Dated this 24th day of

22       June         , 2013.

23

24
```

—— 4 ——

PL. Nicole Harris005144

| THE PEOPLE OF THE STATE OF ILLINOIS VS. _Nicole Harris_ | CASE NO. _05CR14415-01_ |
|---|---|
| DATE | PAPERS FILED |
|  | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
|  | PRES. JUDGE ASSIGNMENT DATE: |
|  | BAIL PREVIOUSLY SET $ |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
|  |  | NO ARRAIGNMENT |
|  |  | ASSIGNED TO JUDGE |
| 6-17-13 | Biebel | Order entered vacating cts 1 & 2 M/S Nolle |

I hereby certify that the document to which this certification is affixed is a true copy.
Date 6-28-13
Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

(Rev. 4/2/01) CCCR 0605 A     PL. Nicole Harris005145     (OVER)

I hereby certify that the document to which this certification is affixed is a true copy.

Dorothy Brown
Clerk of the Circuit Court
of Cook County, IL

| # | Case Number | Name | Type | Notes |
|---|---|---|---|---|
| | Criminal Division (170) | | | Room 101, Sheet 3, Date 6/17/13, Call 9:00am, Judge Paul P. Biebel |
| 02 | 13300075 01 | Hart, Lisa | Fitness | pass, B/A, P.O. A001-0 305, 90) |
| 03 | 13400075 01 | | | B/A 7-1-13 X |
| 04 | 12122932 01 | Coonig, Karen | Fitness | pass, Demand to DHS for nonsecure inpatient treat / no bail / B/A 7-18-13 X |
| 05 | | | | |
| 06 | YT472281 01 | Holtba, Rodney (witness) status in dept. & treat | pass | △ found unfit, Demand to DHS for nonsecure inpatient treat / no bail / B/A 7-18-13 X |
| 07 | Y4402282 | | | 305 B/A 9-17-13 X |
| 08 | | | | |
| 09 | 01113944 01 | Meraz, Juvenal | Unseathered | pass, M/Unseal & reveal granted |
| 10 | | | | 988 |
| 11 | 05CR14416 01 | Harris, Nicole | writ of cert denied by SCOTUS for keepers | 4/92, 103 call R45/L, Cts I & II → Ms norlle, order entered vacaturs, case |
| 12 | | | | 891m |
| 13 | | | | 374 |
| 14 | 12122516 01 | Tarzian, Wendy | Fitness | 897, pw/ugo No bail, △ found unfit for trial, Demand to DHS for nonsecure inpatient treat |
| 15 | | | | 304 |
| 16 | | | | 914B |
| 17 | 12300533 01 | Reynolds, Deborah | Fitness | pw, 606 warrant to issue / no bail D NIC after notice |
| 18 | 12300533 01 | | | 701 |
| 19 | | | | |
| 20 | 95CR243190 01 | Vargas, Alexander | Certificate | PW, 8990 return conv. vacated, conv. corrected to misdemeanor |

I AM THE COURT CLERK RESPONSIBLE FOR THIS COURT CALL. THIS COURT SHEET ACCURATELY REFLECTS THE ORDERS AS ENTERED BY THE JUDGE. I HAVE DONE THE CODING AND IT IS CORRECT. I HAVE DONE THE DATA ENTRY AND IT IS CORRECT. TEAM REVIEWED BY _____ MICROFILMED BY _____ CORPORATION COUNSEL/STATES ATTORNEY

JUDGE: Paul P. Biebel
DEPUTY CLERK

PL Nicole Harris005146