# EXHIBIT 24

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

Order Granting Certificate of Innocence (3/05/09) CCCR 0241

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION

The People of the State of Illinois

v.

Nicole Harris

Defendant/Petitioner

No. 05 CR 11415-01

ORDER GRANTING CERTIFICATE OF INNOCENCE

This cause comes before the Court on the Defendant/Petitioner's Petition for Certificate of Innocence pursuant to 735 ILCS 5/2-702. The Court being fully advised FINDS by a preponderance of evidence that:

1. The Defendant/Petitioner was convicted of one or more than one felonies by the State of Illinois and subsequently sentenced to a term of imprisonment, and has served all or any part of the sentence;

2. ☐ The Defendant/Petitioner's judgment or conviction was reversed or vacated, and the indictment or information dismissed or, ☑ a new trial was ordered and either s/he was found not guilty at the new trial or s/he was not retried and the indictment and information is dismissed; or ☐ the statute, or application thereof, on which the indictment or information was based violated the Constitution of the United States or the State of Illinois;

3. ☑ After September 22, 2008, the Defendant/Petitioner's indictment or information was dismissed or s/he was acquitted, and Petition was filed within 2 years of the dismissal of the indictment or information or acquittal, or ☐ before September 22, 2008, the Defendant/Petitioner's indictment or information was dismissed or s/he was acquitted, and the Petition was filed within 2 years of September 22, 2008;

4. ☑ The Defendant/Petitioner is innocent of the offenses charged in the indictment or information, or his/her acts or omissions charged in the indictment or information did not constitute a felony or misdemeanor against the State; and

5. The Defendant/Petitioner did not by his/her own conduct voluntarily cause or bring about his/her conviction.

IT IS THEREFORE ORDERED as follows:

1. That the Petition for Certificate of Innocence is GRANTED.

2. That the Clerk of the Circuit Court shall transmit a copy of the certificate of innocence to the Clerk of the Court of Claims, together with the Defendant/Petitioner's current address as indicated on the Petition.

ENTERED:

JUDGE PAUL BIEBEL JR-1688
JAN 2 3 2014
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

Dated: 1-27-2014

Judge / Judge's No. 1688

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
PL. Nicole Harris009677