# EXHIBIT 25

**To**
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**



| GENERAL ORDER | DATE OF ISSUE | EFFECTIVE DATE | NO. |
|---|---|---|---|
| | 15 July 2005 | 18 July 2005 | 05-01 |

| SUBJECT | DISTRI-BUTION | RESCINDS |
|---|---|---|
| DIGITAL RECORDING OF HOMICIDE INTERROGATIONS | C | |

**RELATED DIRECTIVES General Order:** Interrogations, Field and Custodial, Processing Persons Under Department Control, Processing of Juveniles and Minors **Under Department Control,** Preliminary Investigations, Traffic Crash Investigation, **Department Special Order:** Eavesdropping Devices.

I. PURPOSE

This directive:

A. informs Department members of Public Act 93-0206 of the State of Illinois which requires the electronic recording of custodial interrogations of arrestees suspected in homicide investigations.

B. establishes the policy and procedures of the Chicago Police Department to comply with the Public Act 93-0206 of the State of Illinois.

II. POLICY

A. All interrogations of suspects in a homicide investigation will be digitally recorded using Department-issued equipment.

B. All persons suspected of a homicide will be transported directly to the appropriate Detective Division Area Center for processing.

III. CONFLICT RESOLUTION

In the event that the information in this directive conflicts with a provision of any other Department directive, this directive will take precedence.

IV. DEFINITIONS

A. **Custodial Interrogation:** An interrogation in which a reasonable person would consider themselves in custody and questions asked during the interrogation are reasonably likely to elicit an incriminating response.

B. **Electronic Recording:** A motion picture, audiotape, videotape, or digital recording.

C. **Place of Detention:** A building or police station that is a place of operation for a municipal police department, county sheriff department, or other law-enforcement agency where adults may be held in connection with criminal charges or where juveniles may be held for allegations of delinquency. For adult arrestees, a courthouse is not considered a place of detention for the purposes of this order.

D. **Unrecorded Statement:** A statement during a custodial interrogation that is not electronically recorded.

V. GENERAL INFORMATION

A. Public Act 93-0206 of the State of Illinois (HB 223) requires the electronic recording of custodial interrogations of arrestees suspected in homicide investigations. This must be implemented beginning 18 July 2005.

B. Interrogations of arrestees who are suspected of the following crimes will be recorded:

1. First Degree Murder.

2. Second Degree Murder.

CITY0001455

   3. Involuntary Manslaughter.

   4. Reckless Homicide.

   5. A Driving Under the Influence charge that resulted in a death.

   6. Drug Induced Homicide.

   NOTE: These charges include Intentional Homicide of an Unborn Child, Voluntary Manslaughter of an Unborn Child, Involuntary Manslaughter of an Unborn Child, and Reckless Homicide of an Unborn Child.

C.   Interrogations of juvenile arrestees (under the age of 17) are required to be recorded if at the time of the commission of the offense they could be charged with the offenses enumerated in Item V-B.   Department members will follow the procedures in the Department directive entitled "Processing of Juveniles and Minors Under Department Control."

D.   Electronic recording of homicide interrogations does not violate the eavesdropping statute (720 ILCS 5/14-3) and therefore the suspect's consent is not required.

E.   Any unrecorded statement made during a custodial interrogation will be presumed inadmissable unless this presumption is overcome by a preponderance of the evidence that the statement was reliable and voluntary.   The totality of the circumstances surrounding the unrecorded statement will determine whether or not it is admissible.

F.   Exceptions to the inadmissibility of unrecorded statements are:

   1.   spontaneous statements not made in response to questioning;

   2.   statements made in response to routinely asked questions during the processing of the arrestee;

   3.   statements that are made out of the boundaries of the State Illinois;

   4.   a statement made in open court during any criminal or juvenile proceeding;

   5.   a statement made at a time when members of the Chicago Police Department who are involved in the custodial interrogation were not aware a death has in fact occurred;

   6.   electronic recording of the custodial interrogation was not feasible;

   7.   there is an electronic recording of the arrestee's request that his statement not be electronically recorded;

   8.   a voluntary statement made by the arrestee has a bearing on the credibility of the arrestee as a witness.

G.   The five detective areas, Homan Square, and the Polygraph Unit have interview rooms that are equipped with surveillance cameras and microphones in locations allowing video and audio surveillance of the entire room.

H.   A control panel is mounted on the wall just outside each interview room. The control panel allows the detective assigned to the investigation/ interrogation to activate and deactivate the recording of all activities in the room.

CITY0001456

I.  A control room is located at the five detective areas, Homan Square, and the Polygraph Unit. The control room allows for the monitoring of the audio and video from each interview room within the unit with a surveillance camera and microphone.

J.  Each of the five detective areas is equipped with a portable digital recording kit. The purpose of the portable digital recording kit is to record, with the approval of the watch commander of the Homicide/Gangs/Sex Crimes unit, custodial interrogations that occur outside of the digitally equipped interrogation rooms. A Department member who uses a portable digital recording kit must use a new cassette or video for recording.

K.  The only Department member that can view a permanently stored interrogation recording is a detective assigned. The exceptions to this are:

1.  Department members assigned to Detective Division- Central Investigations Unit(Unit 606),Cold Case Squad;

2.  Traffic specialists assigned to the Major Accident Investigation Section, if the homicide is of a vehicular category;

3.  A Department member granted a Video Exempt role; or

4.  A Department member who:

   a.  needs to acquire access to a digital recording created by that Department member while assigned to that unit, and

   b.  has received written permission from the Chief of Detectives.

## VI.  RESPONSIBILITIES

A.  Arresting/Transporting Officer

1.  Department Members taking an individual into custody or accepting custody from other officers will follow the procedures outlined in Department directive entitled "Restraining Arrestees." Members will be responsible for the safety and security of the arrestee.

2.  A thorough search of the arrestee suspected of a homicide will be conducted in accordance with established Department procedures.

3.  Members will transport an arrestee in a vehicle equipped with a protective divider or request a squadrol as soon as possible for transportation to the Area Center Headquarters where the homicide occurred.

4.  Transporting officers will transport the arrestee suspected of a homicide **directly** to the Homicide/Gangs/Sex Crimes Unit of the Area Center Headquarters where the homicide occurred and will:

   a.  immediately notify the watch commander of the Homicide/Gangs/Sex Crimes Unit of the appropriate Area Center Headquarters that the arrestee is suspected of a homicide; and

   b.  ensure the detective assigned by the watch commander takes custody of the arrestee prior to being placed in the interview room.

      NOTE: If the arrestee needs immediate medical care, Department members will follow the procedures in the Department directive entitled "Processing Persons Under Department Control."

*Digital Recording of Homicide Investigations*

CITY0001457

5. As soon as the situation allows, the arresting officer will proceed to the detention facility to ensure that all required arrest documents are properly completed and the Arrest Report (CPD- 11.420 or CPD- 11.420c) is presented to the district watch commander in charge of the detention facility.

6. The arresting officer will immediately telephone the desk sergeant of the district of occurrence and, if different, the desk sergeant of the district of arrest. The arresting officer will report the name and address of the arrestee, probable charges, and Area Center Headquarters the arrestee is being detained. The desk sergeant will notify his or her district watch commander.

7. A Department member need not refrain from engaging in conversation including interrogation as to the facts of the crime with a suspect who has indicated a willingness to talk either at the scene or on direct route to the area. However, a Department member shall inform the arrestee of Miranda rights where required and, further, shall refrain from initiating a custodial interrogation for the purpose of usurping the legal requirement to record such interrogations and shall refrain from extending the interrogation beyond the time it takes to transport the subject directly to the appropriate Area Center Headquarters.

   a. Once in the Area, the transporting officers shall refrain from all interrogations. The Department member will inform the detective assigned to the homicide investigation/interrogation of any statement made by the arrestee when the detective takes custody of the arrestee or in a reasonable amount of time after the arrival. The transporting officer will document such statement in a Supplementary Report (CPD- 11.411).

   b. In cases in which a Standardized Field Sobriety Test is appropriate, these tests **are allowed** to be performed by a Department member at the scene.

   c. When a death in fact has occurred in traffic-related cases and there is a possibility of Reckless Homicide or Aggravated Driving Under the Influence charges, the following reports shall be filled out as indicated:

      (1) Alcohol/Drug Influence Report (CPD-22.118). The arresting officer will fill out the first page and the first part of the second page up until the section marked "Interview." The "Interview" section will be filled out by the detective assigned to the homicide investigation/interrogation who must record the interrogation. The detective will sign the Alcohol/Drug Influence Report at the bottom of the second page below the arresting officer's signature.

      (2) Driver's Crash Statement (CPD-22.111). The detective assigned to the homicide investigation/interrogation will complete this report and must record the interrogation.

B. Detective assigned to the homicide investigation/interrogation

   The detective assigned by the watch commander of the Homicide/Gangs/Sex Crimes Unit to the investigation/interrogation of the arrestee suspected of a homicide will take custody of the arrestee from the transporting officer and:

   1. before the arrestee enters the interview room, activate the digital recording system.

*Digital Recording of Homicide Investigations*

4

CITY0001458

2. be responsible for initiating and maintaining the digital recording of the arrestee during the time in the interview room.

C. Watch Commander of the Homicide/Gangs/Sex Crimes Unit of the Appropriate Area Center Headquarters

When a Department member brings an arrestee suspected of a homicide to the Area Center Headquarters, the watch commander of the Homicide/Gang/Sex Crimes Unit will:

1. assign a detective to the homicide investigation/interrogation of the arrestee,

2. ensure the digital recording device is activated by the assigned detective before the arrestee is placed into the interview room, and;

3. ensure the detective assigned to the investigation/interrogation take custody of the arrestee from the transporting officer and place the arrestee into the interview room.

D. The Superintendent of Police

The Superintendent of Police will determine which Department members will be granted a Video Exempt role to access the digital video system on I-CLEAR.

## VII. PROCEDURES WHEN DIGITALLY RECORDING

A. The detective assigned to the investigation/interrogation of an arrestee suspected of a homicide will follow the technical procedures in the manual entitled "Detective's Guide to Digital Recording of Homicide Interviews" to operate the system.

B. The system will not be turned off after an arrestee suspected of a homicide is placed into the interview room while the arrestee remains in the room. In addition, the equipment will remain on during short breaks when the arrestee leaves the room when practical.

C. Equipment will be turned off if:

1. the arrestee is placed in a different room;

2. the arrestee is returned to the lock-up;

3. the interrogation is concluded.

D. The detective assigned to the homicide investigation/interrogation may, in his or her discretion, turn off the recording equipment during a break in which the arrestee is removed from the interview room if the detective determines that it is impractical to continue running the equipment (i.e. a lengthy break for multiple lineups).

E. The arrestee **is not required** to be told that he or she is being recorded. Anyone other than a homicide suspect or a Department member who will be recorded while in the interview room must be told by the detective assigned to the investigation/interrogation he or she is being recorded.

F. When an attorney is admitted into the interrogation room to confer with his or her client, the detective assigned to the investigation will:

*Digital Recording of Homicide Investigations*

CITY0001459

1.     inform the attorney that the digital recording equipment is activated;

2.     escort the attorney to the control box for the interview room, supply the attorney with the attorney switch key and instruct him or her how to block the audio and video portion using the key;

3.     when the attorney is finished, ensure that he or she unblocks the a and video portion of the digital recording system; and

4.     retrieve the key to the system from the attorney.

## VIII. PROCEDURES AFTER THE INTERROGATION

A.    The digital video recording of the interrogation is not available to be permanently stored in the I-CLEAR system immediately after recording. The transfer will take about five to twenty-four hours after the equipment is deactivated.

B.    In cases where Felony Review approves charges, the following procedure will be completed prior to the detective assigned to the homicide investigation/interrogation's tour of duty. In all interrogations where no charge is placed, the detective assigned to the investigation/interrogation must complete the following procedure within three days:

     1.    access the I-CLEAR system, follow the directions in the manual entitled "Detective's Guide to Digital Recording of Homicide Interviews," and input the following data:

         a.    Record Division Number,

         b.    Category,

         c.    The information on the arrestee who was digitally recorded, and

         d.    The information on every Department member that interrogated th arrestee during the digital recording. The detective that inputting the information must enter his or her informa n first.

     2.    click the blue button to permanently store the data enumerated in VIII-B-1.

     NOTE: The only Department member who can update permanently stored interrogation data is a member granted a Video Exempt role, the Department member who stored the video, or a Department member who is enumerated in VIII-B-1-d.

## IX. PROCEDURES FOR CREATING A COPY OF THE INTERROGATION

A.    An authorized detective who requires a copy of all of or a portion of an interrogation for a legitimate, lawful police purpose will follow the procedures in the manual entitled "Detective's Guide to Digital Recording of Homicide Interviews" to operate the system.

B.    There are only two discs that can be utilized to create a copy of an interrogation:

     1.    DVD + RW (Digital Video Disc and Rewritable)

     2.    DVD + R (Digital Video and Recordable)

CITY0001460

C.  Any such copy of interrogations will be clearly marked "unofficial police document" on the image of the copy. Copies of interrogations are to be only used in an official police capacity. Department members who are authorized to produce copies of an interrogation and improperly utilize it will be disciplined according to current Department procedures and guidelines.

D.  Copies will be retained and archived consistent with procedures established by the Chief of Detectives.

Philip J Cline

05-098 BBO

Superintendent of Police

gital Recording of Homicide Investigations

7

CITY0001461



## BUREAU OF TECHNICAL SERVICES
## FORENSIC SERVICES DIVISION
### Standard Operating Procedure

### Polygraph Unit Operations

The polygraph examination should be viewed as an investigative aid during criminal and/or other investigations conducted by the Chicago Police Department and not as a substitute for a thorough investigation.

The policy of the Forensic Services Division is that the Polygraph Unit is an additional investigative service that is made available to various department units and members who have the responsibility for investigative follow-up and/or are responsible for its case presentation in court, hearings, etc.

A.  Polygraph Unit hours of operation

    1.  Monday through Friday, 0900 to 2100 hours.

    2.  The Polygraph Unit can be made available beyond normal operation hours
        a)  depending on the needs of an investigation,
        b)  by authorization of the on-duty watch commander or the Commander of the Forensic Services Section,
        c)  and/or case evaluation and availability by an examiner assigned to the Polygraph Unit.

B.  Unit Facilities

    1.  The Polygraph Unit is located at 1121 S. State Street in the 5th floor Annex of Police Headquarters.
    2.  Requesting officers will bring examination subjects to the front desk and check in (unless other arrangements have been made with the examiner).
    3.  The Polygraph Unit telephone numbers are: Centrex 312-747-5523, PAX 0284 and FAX 312-747-9623. These numbers are available on a 24 hour basis.

C.  Requesting Officers

    1.  Polygraph examinations are available for any department members who are assigned to a criminal investigation, the follow-up and case presentation, or any investigative matter deemed necessary by the department and authorized by an exempt rank.
    2.  The investigating officer or assisting officer must accompany the subject to the polygraph unit examination facility and be available during the polygraph examination.
    3.  In certain instances when the investigating officer cannot personally accompany the subject to the Polygraph Unit examination facility, the officer will directly provide case information to the examiner administering the test and be available by telephone for additional case information during testing.

-44-




CITY0001447



4.     Should attempt to provide the testing examiner with all case reports, photographs and other case information prior to testing.

Unit Examination Guidelines

A.     Subject Suitability

Some subjects may not be suitable candidates for polygraph examinations at the time of request. The suitability of the subject will be left to the discretion of the examiner.

1.     Examples of subjects who may not be suitable for a polygraph examination at the time of request:

a)     sex crime victims
b)     pregnant females
c)     subjects with chronic medical/mental disorders
d)     subjects who may be fatigued, impaired from the abuse of drugs/alcohol, impaired due to medical use/non-use of prescription medication, or otherwise physically impaired from taking a polygraph examination at the time of request.
e)     relatives of homicide/death victims may not be suitable for a polygraph examination on the same day the incident occurred.



B.     Examinations

The polygraph examiner will be responsible for any specific test questions and/or test construction depending on the case situation.

C.     Juveniles

Polygraph examinations of juveniles may be conducted. The following conditions should be considered.

1.     Due to the nature of the investigation, the suitability of a juvenile for a polygraph examination will be left to the discretion of the examiner.
2.     Written permission has been obtained from the juvenile's parent or guardian.
3.     The Youth Division has been notified.
4.     The parent or guardian must accompany the juvenile to the Polygraph Unit testing facility.

D.     Non-English speaking subjects/hearing impaired

Polygraph examinations may be administered to non-speaking individuals or those individuals who have a hearing disability. This determination will be left to the discretion of the examiner.



-45-

CITY0001448



1.   Initial preference for a non-English speaking interpreter would be a court certified interpreter (sworn or civilian).
2.   If conditions do not allow for a court certified interpreter, a department member, preferably independent of the investigation, may be considered.
3.   Friends, acquaintances, business associates/co-workers, relatives of the examinee should not be used for this purpose.
4.   Individuals who are hearing impaired have been considered for polygraph examinations. The Chicago Police Department has on staff a court certified interpreter in sign language (PAX 0301, Centrex 312-747-6301).
5.   After conferring with the Polygraph Unit, the responsibility of acquiring an interpreter for a polygraph examination is left to the requesting officer.

Unit Record Procedures

A.   Record Division Numbers

1.   All polygraph examinations (reports, charts, etc.) Will be issued an RD number.
2.   It will be the responsibility of the requesting officer to provide the necessary RD number prior to the completion of the polygraph examination.
3.   If, at the time of request, no RD number has been assigned to a particular investigation:
     a)   Youth Division "Hot Line" investigation,
     b)   Intelligence Unit confidential investigation, etc.,
     a general non-criminal case report will be completed by the requesting officer.



B.   The following are reports utilized by the Polygraph Unit:
1.   Polygraph Case Review (CPD 33.500)
2.   Polygraph Examiner's Worksheet (CPD 33.501)
3.   Polygraph Subject Consent (CPD 33.503)
4.   Supplementary Report (CPD 11.411A)

Outside Agency Requests

Requests by other law enforcement agencies for polygraph examinations to be conducted by the Polygraph Unit should adhere to the following:

A.   The agency should coordinate any efforts for department use of polygraph examinations with a department liaison (department investigative unit for purposes of reports and required RD numbers).

B.   The matter under investigation should be of a criminal nature.



C.   The subject of the examination should not be a member of the requesting agency (such as internal investigations

-46-

CITY0001449

 D.  The scheduling of an examination should not conflict with requests from members of the Chicago Police Department.

E.  Department members requests' take priority and may cancel or reschedule examinations by outside agencies.

F.  The on-duty watch commander and/or Commander of the Forensic Services Division will be notified and approve such requests.

polygraph
02 November 1998





-47-

Page 6 of 10

Page:6/10

From:13127466754

JAN-09-2015 03:07
Fax From StreamCenter

CITY0001450

# BUREAU OF DETECTIVES
# FORENSIC SERVICES DIVISION
## Standard Operating Procedure

### Polygraph Unit Operations

**I.     PURPOSE**

    A.    Establishes the Forensics Service Division policy with regards to the use of the polygraph unit.

    B.    Provides guidelines and responsibilities for personnel assigned to the Polygraph unit.

    C.    Identifies reports utilized by the Polygraph unit.

    D.    Specifies criteria for the suitability of polygraph subjects.

**II     POLICY**

The polygraph examination should be used as an investigative aid during criminal and/or other investigations conducted by the Department and **NOT** as a substitute for a thorough investigation.

The policy of the Forensic Services Division is that the Polygraph Unit is a service made available to various Department units who have the responsibility for investigative follow-up and/or are responsible for its case presentation in court.

**III     POLYGRAPH UNIT OPERATIONS**

    A.    Polygraph Unit hours of operation

        1.    Monday through Friday, 0900 to 2100 hours.

        2.    The Polygraph Unit can be made available beyond normal operation hours:

            a)    depending on the needs of an investigation, with authorization of the on duty watch commander of the Forensic Services Division.

            b)    dependent on the availability of a polygraph examiner.

    B.    Unit Facilities

        1.    The Polygraph Unit is located at the 1350 W. Jackson, in Room 217.

        2.    The Polygraph Examination will normally be conducted at the location where the requester is assigned.

        3.    The Polygraph will be requested by contacting the Mobile Crime Laboratory Desk at (312) 746-6740 or PAX 4071.

    C.    Requesting Officers

1

CITY0001451

1. Polygraph examinations are available for any department member who is either assigned to a criminal investigation, the follow-up and case presentation, or any investigative matter deemed necessary by the department and authorized by a member of exempt rank.

2. The investigating officer or assisting officer is available during the polygraph examination. The investigating officer or assisting officer will directly provide case information to the examiner administering the test and be available during the examination.

3. The investigating officer should attempt to provide the polygraph examiner with all case reports, photographs and other case information prior to the examination.

## IV. Unit Examination Guidelines

### A. Subject Suitability

Some subjects may not be suitable candidates for polygraph technique at the time of the examination. The acceptability of the subject for the polygraph technique will be determined by the polygraph examiner.

1. Examples of subjects who may not be suitable for a polygraph examination at the time of request:

   a) sex crime victims
   b) women who are pregnant.
   c) subjects with chronic medical/mental disorders
   d) Subjects who may be fatigued or impaired from the abuse of drugs/alcohol; impaired due to medical use/non-use of prescription medication, or otherwise physically impaired.

### B. Examinations

The polygraph examiner will be responsible for any specific test questions and/or test construction depending on the case situation.

### C. Juveniles

Polygraph examinations of juveniles may be conducted. The following conditions should be considered.

1. No polygraph examination will be administered to any person less than thirteen years of age. As a general rule, polygraph examinations will not be administered to persons under the age of fifteen years of age unless extenuating circumstances exist. The final determination will be left with the individual examiner as to whether or not a polygraph examination will be administered.

2. Written permission has been obtained from the juvenile's parent or guardian.

3. The parent or guardian **must** accompany the juvenile to the Polygraph Unit

2

CITY0001452

testing facility.

4. The Area SVU Unit has been notified and a Youth Investigator has arrived at the polygraph facility prior to the administering of a polygraph examination.

D. Non-English speaking subjects/hearing impaired

Polygraph examinations may be administered to non-speaking individuals or those individuals who have a hearing disability. This determination will be left to the discretion of the examiner.

1. The responsibility of acquiring an interpreter for a polygraph examination is left to the requesting officer.

2. Initial preference for a non-English speaking interpreter would be a Department certified interpreter (sworn or civilian).

3. If conditions do not allow for a court certified interpreter, a department member, preferably independent of the investigation, may be considered.

4. Friends, acquaintances, business associates/co-workers, relatives of the examinee should not be used for this purpose.

5. Individuals who are hearing impaired have been considered for polygraph examinations. The Operations Command Unit has on staff a court certified interpreter in sign language (PAX 0301, BELL 312-745-6300).

V. **Unit Record Procedures**

A. Record Division Numbers

1. All polygraph examinations (reports, charts, etc.) will be issued an RD and Event number.

2. It will be the responsibility of the requesting officer to provide the necessary RD and Event number prior to the completion of the polygraph examination.

3. If, at the time of request, no RD number has been assigned to a particular investigation:

   a) Youth Division "Hot Line" investigation,

   b) Intelligence Unit confidential investigation, a general non-criminal case report will be completed by the requesting officer.

B. The following are reports utilized by the Polygraph Unit:

1. Polygraph Subject Consent (CPD 33.503)

2. Polygraph Case Review (CPD 33.500)

3. Polygraph Examiner's Worksheet (CPD 33.501)

4. Supplementary Report (CPD 11.411A)

VI. Outside Agency Requests

Requests by other law enforcement agencies for polygraph examinations should adhere to the following:

CITY0001453

A.  The agency should coordinate any efforts for department use of polygraph examinations with a department liaison (department investigative unit for purposes of reports and required RD and Event numbers).

B.  The matter under investigation should be of a criminal nature.

C.  The subject of the examination should not be a member of the requesting agency (such as internal investigations)

D.  The scheduling of an examination should not conflict with requests from members of the Chicago Police Department.

E.  The on-duty Watch Commander and/or Commander of the Forensic Services Division will be notified and approve such requests.

Polygraph
01 December 2011

4

CITY0001454

| | **ADDENDUM TO:** General Order 03-01 | DATE OF ISSUE 25 March 2003 | EFFECTIVE DATE 26 March 2003 | NO. 3 |
|---|---|---|---|---|
| SUBJECT ORGANIZATION AND FUNCTIONS OF THE BUREAU OF INVESTIGATIVE SERVICES | | | DISTRI- BUTION C | RESCINDS |

## I. PURPOSE

This addendum establishes the organizational structure and functions of the Bureau of Investigative Services.

## II. BUREAU RESPONSIBILITIES

The Bureau of Investigative Services is commanded by a deputy superintendent who reports directly to the Superintendent of Police.

The Bureau of Investigative Services coordinates and directs the efforts of its divisions toward completing thorough and unified investigations. Responsibilities include the apprehension of offenders; providing information and serving as a liaison with Department personnel in matters of criminal, organized crime, and juvenile-related offenses; providing district law-enforcement officers with investigative and arrest information; developing and presenting criminal cases; and providing support that is consistent with beat, district, and strategic operational command plans. Cooperation is extended to outside agencies with similar responsibilities.

## III. ORGANIZATIONAL AND FUNCTIONAL RESPONSIBILITIES

A. Detective Division

The Detective Division is commanded by a chief who reports directly to the Deputy Superintendent, Bureau of Investigative Services. The division is responsible for investigating felonies and selected misdemeanors; the processing of juvenile offenders and the care of juveniles who are in need of protective services; missing and found persons; and other incidents that may be assigned to the division by policy or through specific instruction of the Deputy Superintendent, Bureau of Investigative Services. The Detective Division consists of Field Group A, Field Group B, Field Group C, the Miscellaneous Detail Unit, and the Headquarters Support Unit.

1. Field Group A

Field Group A is commanded by a deputy chief who reports directly to the Chief of the Detective Division and is responsible for directing the activities of Areas 1 and 2 Detective Sections. An Area Detective Section is commanded by a commander who reports directly to the deputy chief of the designated field group. The area commander acts with the authority of the Chief of the Detective Division within his assigned area and is responsible for the effective administration of Detective Division activities within that area.

Each Area Detective Section consists of a Homicide/Gangs/Sex Crimes Unit, a Robbery/Burglary/Theft Crimes Unit, a Special Victims Unit, and a Case Management Office.

a. The Homicide/Gangs/Sex Crimes Unit, the Robbery/Burglary/Theft Crimes Unit, and the Special Victims Unit all have commanding officers who report directly to the area commander. The Homicide/Gangs/Sex Crimes Unit is responsible for all

CITY0008551

investigations related to those crimes. The Robbery/Burglary/Theft Crimes Unit is responsible for all investigations related to those crimes, including auto thefts. The Special Victims Unit is responsible for crimes involving the elderly, juveniles, domestic violence, and missing persons cases.

b.   Case management personnel develop and distribute area crime analysis patterns, conduct summary investigations, review all incoming case reports, and assign cases for follow-up investigation. Personnel in area case management work closely with the behavioral and technical crime analysts at Detective Division headquarters to identify city-wide patterns of criminal activity.

2.   Field Group B

Field Group B is commanded by a deputy chief who reports directly to the Chief of the Detective Division and is responsible for directing the activities of Areas 3, 4, and 5 Detective Sections. The organizational and functional responsibilities for Areas 3, 4, and 5 Detective Sections are the same as those listed in Item III-A-1 of this addendum.

3.   Field Group C

Field Group C is commanded by a deputy chief who reports directly to the Chief of the Detective Division and is responsible for directing the activities of the Bomb and Arson Section, Juvenile Advocacy Section, and the Forensics Section.

a.   Bomb and Arson Section

The Bomb and Arson Section is commanded by a commander who reports directly to the Deputy Chief of Field Group C. The commander is responsible for ensuring proper follow-up investigations of all reported fire, bomb, and arson incidents and related threats. In addition, the section responds to incidents of death or injury which result from any fire or explosion. The section is responsible for providing bomb security to dignitaries and for the retrieval, deactivation, and disposal of illegal explosives and explosive devices.

b.   Juvenile Advocacy Section

The Juvenile Advocacy Section is commanded by a commander who reports directly to the Deputy Chief of Field Group C. The section is responsible for managing juvenile records; providing investigative support for missing/found persons cases; investigating child abuse cases; coordinating and monitoring social service resources to juveniles and their families; maintaining delinquency prevention programs; and identifying and facilitating the correction of conditions conducive to delinquency. In support of these functions, the section maintains liaisons with the Juvenile Court, the Illinois Department of Children and Family Services(IDCFS), the Board of Education, and other juvenile justice agencies. The commander coordinates the functions and performance of the Special Investigations Unit(SIU) at the Chicago Children's Advocacy Center(CCAC) and the Juvenile Advocacy Administration Unit at Detective Division Headquarters.

CITY0008552

(1)     Special Investigations Unit

The Special Investigations Unit is commanded by a commanding officer who reports directly to the Commander of the Juvenile Advocacy Section. The Special Investigations Unit consists of the following:

(a)     Special Investigations CCAC Unit

The Special Investigations CCAC Unit provides expertise in the investigation of cases involving sexual abuse/assault of children 0 through 12 years of age; family-related sexual abuse/assault cases involving children 0 through 17 years of age; sexual abuse/assault cases of children 0 through 17 years of age in an institutional setting where the alleged offender is a person in a position of trust or authority; child exploitation, child pornography, mass molestation of children; and other specialized cases assigned at the direction of the Juvenile Advocacy Section Commander. A multi-disciplinary approach is used for the investigations at the CCAC with representation from the Cook County State's Attorney Office, IDCFS, Stroger Hospital, and other professional medical, psychological, or social services.

(b)     Juvenile Court Liaison Team

The Juvenile Court Liaison Team supports Department functions related to the Cook County Juvenile Court and Temporary Detention Center. The team assists the Cook County State's Attorney at Juvenile Court in ensuring that arrest files are complete, accurate, and forwarded to the appropriate location for hearings. Personnel are responsible for preparation of petitions, the service of subpoenas issued by the Juvenile Court to Chicago police officers, and for monitoring officers' court attendance. Personnel maintain the CHRIS Juvenile Warrant database and the data entry of certain court dispositions into CHRIS. The team also prepares updated background information on juveniles who are directed to court and assist with the screening, preparation, and presentation of child abuse, neglect, and dependency cases. Personnel also investigate criminal incidents and process arrests of juvenile offenders housed at the Juvenile Detention Center.

(2)     Juvenile Advocacy Administrative Unit

The Juvenile Advocacy Administrative Unit is commanded by a commanding officer who reports directly to the Commander of the Juvenile Advocacy Section. The Administrative Unit consists of the following:

(a)     Records Control Team

The Records Control Team is responsible for overall management and distribution of juvenile arrest records. Personnel receive and process notifications

CITY0008553

and requests for information on juveniles from police and court authorities of this and other jurisdictions. The Records Control Team gathers and forwards information requested through subpoenas and conduct juvenile background investigations for IDCFS, military, and other public service job applicants.

(b)    Missing Persons Team

The Missing Persons Team provides twenty-four hour city-wide support for investigations of missing and found persons. Personnel receive notifications on missing or found persons from field personnel, maintain and prepare files on all recorded missing/found persons, distribute cases for investigation, monitor the progress of investigations, and coordinate information between different units and other jurisdictions. The team keeps records of unidentified deceased persons and conducts investigations to establish their identities. The team maintains the LEADS and NCIC systems for information related to abducted children, missing/found persons, and unidentified deceased persons. The Missing Persons Team also completes data entry of all city-wide missing persons reports and responds to inquiries regarding missing persons from the public both locally and nationally.

(c)    Administrative Procedures Team

The Administrative Procedures Team provides twenty-four hour juvenile records and processing support which includes providing juvenile record, warrant, and abuse information to local and national law enforcement agencies; issuing Central Booking numbers for nonprintable juvenile offenders; receiving and distributing IDCFS child abuse hotline investigation notifications to the areas and SIU; and other related duties. Personnel assist the Commander in development of policies and procedures, management of personnel issues, tracking and analysis of IDCFS child abuse hotline and Offenses Involving Children cases, and preparation of management reports and communications.

(d)    Juvenile Justice Liaison Team

The Juvenile Justice Liaison Team coordinates and monitors social service resources to juveniles and their families. The team maintains city-wide listings of juvenile serving agencies. Personnel maintain delinquency prevention programs and identify and facilitate the correction of conditions conducive to delinquency. The team also coordinates city-wide juvenile justice intervention programs such as Peer Jury and maintains liaison between Patrol Division, Special Victims Units, and community agencies. In support of these functions, the team conducts on-going research into nation-wide trends and current best practices as it relates to juvenile offenders and victims. The team maintains

Department Organization for Command, Addendum 3    4

CITY0008554

liaisons with the Cook County State's Attorneys Office-Juvenile Division, the Cook County Probation Department-Juvenile Division, IDCFS, the Chicago Public Schools, and other juvenile justice agencies.

c.   Forensics Section

The Forensics Section is commanded by a commander who reports directly to the Deputy Chief of Field Group C.  The Forensics Section provides technical and scientific expertise for the collection and analysis of physical evidence and the reconstruction of crimes.  It provides expert testimony on the collection, submission, and examination of evidence to assist in the criminal-justice process.   The Forensics Section is also responsible for submitting evidence to the Illinois State Police Laboratory for examination.   The section is divided into the Forensic Services Unit and the Evidence Technicians Unit.

(1)   The Forensic Services Unit is commanded by a commanding officer who reports directly to the commander of the Forensics Section and consists of the following:

(a)   The Forensic Services Support Team is responsible for the data entry and transportation of narcotics evidence to the Illinois State Police Laboratory for analysis.  In addition, this section is responsible for responding to all subpoena requests for Chicago Police Forensic Service reports.

(b)   The Evidence Evaluation Team is responsible for the data entry and processing of all evidence, other than firearm and narcotic evidence, submitted to the Forensic Services Unit.  This team also ensures that evidence is properly packaged and transported to either the Illinois State Police Laboratory for analysis or the Evidence and Recovered Property Section for storage.

(c)   The Firearms Team is responsible for conducting scientific analysis of firearms evidence submitted to the Forensic Services Unit for examination.

(d)   The Laser Team is responsible for conducting patent and latent fingerprint examination of physical evidence submitted to the Forensic Services Unit for examination.

(e)   The Photography Team specializes in technical photographic procedures used in scientific crime detection and prepares photographic evidence for the courts, investigating officers, and other laboratory personnel.

(f)   The Polygraph Team administers forensic polygraph examinations to assist Department units with their investigative needs.

(g)   The Mobile Crime Lab is responsible for photographing, collecting, preserving, and inventorying evidence and photographing and sketching major crime scenes.

CITY0008555

(2)     The Evidence Technicians Unit is commanded by a commanding officer who reports directly to the commander of the Forensics Section. The unit is responsible for the photographing, collecting, preserving, and inventorying of evidence at crime scenes. The unit consists of the Evidence Technician Team South and the Evidence Technician Team North.

4.   Miscellaneous Detail Section

The Miscellaneous Detail Section is commanded by a commander who reports directly to the Chief of the Detective Division. The function of the unit is to respond to trends in crime by utilizing specialized investigative techniques. The commander oversees the operations of the five units within the section: the Central Homicide Evaluation and Support Squad (C.H.E.S.S.), the Financial Investigations Unit, the Fugitive Apprehension Unit, task forces formed to work with other law-enforcement agencies to address crime trends, and the Forensic Institute Detail.

5.   Headquarters Support Unit

The Headquarters Support Unit is commanded by a commanding officer who reports directly to the Chief of the Detective Division. The commanding officer supervises the operation of Detective Division Headquarters, the Crime Analysis Technical Team, the Crime Analysis Behavioral Team, the Management and Special Projects Team, and the Investigative Development Team.

B.   Organized Crime Division

The Organized Crime Division is commanded by a chief who reports directly to the Deputy Superintendent, Bureau of Investigative Services. A deputy chief reports directly to the chief and assists in managing the division's operations. The Organized Crime Division initiates and conducts investigations of certain types of organized crime and possible terrorist activity. It's members provide information and investigative assistance to all units of the Department and to outside agencies, as well as participate in various federal and state task forces. The Organized Crime Division is divided into the following:

1.   Intelligence Section

The Intelligence Section is commanded by a commander who reports directly to the Deputy Chief of the Organized Crime Division. The commander of this section is responsible for ensuring the proper investigation of any individual, group, or organization reasonably believed to be engaging in criminal or terrorist activity. The section gathers, evaluates, and disseminates this information in accordance with Department directives, constitutional protections, and statutory requirements.

2    Vice Control Section

The Vice Control Section is commanded by a commander who reports directly to the Deputy Chief of the Organized Crime Division. The section is comprised of the Vice Enforcement Unit and the License Investigation Unit.

a.    The Vice Enforcement Unit is commanded by a commanding officer who reports directly to the commander of the Vice Control Section and is responsible for ensuring investigations directed toward the detection and suppression of vice activities other than

CITY0008556

narcotics (gambling, prostitution, distribution of obscene matter) and coordinating with and assisting district commanders in effecting vice control enforcement action.

b.  The License Investigation Unit is commanded by a commanding officer who reports directly to the commander of the Vice Control Section and performs functions relating to City license subterfuge and organized crime involvement in legitimate business operations. The unit also prepares cases for and serves as the Department's liaison with the Mayor's License Commission.

3.  Narcotic and Gang Investigation Section

The Narcotic and Gang Investigation Section is commanded by a commander who reports directly to the Deputy Chief of the Organized Crime Division. The commander is responsible for ensuring proper investigation and enforcement against large-scale, illegal narcotic activities and those which transcend district boundaries. The section is also responsible for dismantling actual or clandestine drug labs. The focus of this section is the dissolution of illegal gang activities through both street-level enforcement efforts and long-term criminal investigations. This section initiates investigations for the purpose of identifying gang organizations involved in criminal offenses and assists other Departmental units with technical and in-depth narcotic investigations; it also disseminates information about gangs to appropriate Departmental units.

4.  Criminal Enterprise Investigation Section

The Criminal Enterprise Investigation Section is commanded by a commanding officer who reports directly to the Deputy Chief of the Organized Crime Division. The Criminal Enterprise Investigation Group is responsible for evaluating the effectiveness and efficiency of the division as well as developing techniques for improved division performance. The Criminal Enterprise Investigation Group also manages Department participation in the various task forces to which Department members are assigned. The commanding officer is responsible for coordinating the functions and performance of the following:

a.  Criminal Analysis and Review Unit

The Criminal Analysis and Review Unit evaluates the effectiveness of the Department's vice-control efforts, reviews all Vice Case Reports, and enters bona fide Vice Case Reports into the automated records system on a city-wide basis. This section is also responsible for the ongoing development of the computer system aimed at providing information on vice-related criminal activities.

b.  Fiscal Unit

The Fiscal Unit is primarily responsible for the administration of the Narcotics Assets Forfeiture Fund ("1505 Account") and the Organized Crime Division Contingency Fund.

c.  Asset Forfeiture Unit

The Asset Forfeiture Unit processes all cases that are drug-related and have money, vehicles, real property, or other assets seized for civil and/or criminal forfeiture proceedings. It also conducts in-depth and long-term financial investigations of narcotic traffickers in an effort to seize drug-related assets.

CITY0008557

d.   Confidential Matters Unit

The Confidential Matters Unit maintains cooperating individuals' files and electronic surveillance files for the Organized Crime Division.

e.   Money Laundering Unit

The Money Laundering Unit conducts investigations into the mechanisms and methods used to conceal the illegal origins of drug-related cash and assets.  The unit works with the Narcotics and Gang Investigation Section and the Asset Forfeiture Unit to ensure that the sources of all illegally obtained assets are discovered and forfeiture cases initiated.

Superintendent of Police

00-047 JKH/MSB/DK/MTN

CITY0008558

| | **ADDENDUM TO:**<br>General Order 04-01 | DATE OF ISSUE<br><br>31 December 2003 | EFFECTIVE DATE<br><br>01 January 2004 | NO.<br><br>3 |
|---|---|---|---|---|
| SUBJECT<br>**ORGANIZATION AND FUNCTIONS OF THE BUREAU OF INVESTIGATIVE SERVICES** | | DISTRI-<br>BUTION<br><br>A* | RESCINDS | |

I.    **PURPOSE**

This addendum establishes the organizational structure and functions of the Bureau of Investigative Services.

II.   **BUREAU RESPONSIBILITIES**

The Bureau of Investigative Services is commanded by a deputy superintendent who reports directly to the Superintendent of Police.

The Bureau of Investigative Services coordinates and directs the efforts of its divisions toward completing thorough and unified investigations. Responsibilities include the apprehension of offenders; providing information and serving as a liaison with Department personnel in matters of criminal, organized crime, and juvenile-related offenses; providing district law-enforcement officers with investigative and arrest information; developing and presenting criminal cases; and providing support that is consistent with beat, district, and strategic operational command plans. Cooperation is extended to outside agencies with similar responsibilities.

III.  **ORGANIZATIONAL AND FUNCTIONAL RESPONSIBILITIES**

A.    Detective Division

The Detective Division is commanded by a chief who reports directly to the Deputy Superintendent, Bureau of Investigative Services. The division is responsible for investigating felonies and selected misdemeanors; the processing of juvenile offenders and the care of juveniles who are in need of protective services; missing and found persons; and other incidents that may be assigned to the division by policy or through specific instruction of the Deputy Superintendent, Bureau of Investigative Services. The Detective Division consists of Field Group A, Field Group B, Field Group C, and the Headquarters Support Section.

1.    Field Group A

Field Group A is commanded by a deputy chief who reports directly to the Chief of the Detective Division and is responsible for directing the activities of Areas 1 and 2 Detective Sections. An Area Detective Section is commanded by a commander who reports directly to the deputy chief of the designated field group. The area commander acts with the authority of the Chief of the Detective Division within his assigned area and is responsible for the effective administration of Detective Division activities within that area.

Each Area Detective Section consists of a Homicide/Gangs/Sex Crimes Unit, a Robbery/Burglary/Theft Crimes Unit, a Special Victims Unit, and a Case Management Office.

a.    The Homicide/Gangs/Sex Crimes Unit, the Robbery/Burglary/Theft Crimes Unit, and the Special Victims Unit all have commanding officers who report directly to the area commander. The Homicide/Gangs/Sex Crimes Unit is responsible for all

CITY0008559

investigations related to those crimes. The Robbery/Burglary/ Theft Crimes Unit is responsible for all investigations related to those crimes, including auto thefts. The Special Victims Unit is responsible for crimes involving the elderly, juveniles, domestic violence, and missing persons cases.

    b.    Case management personnel develop and distribute area crime analysis patterns, conduct summary investigations, review all incoming case reports, and assign cases for follow-up investigation. Personnel in area case management work closely with the behavioral and technical crime analysts within the Headquarters Support Section to identify city-wide patterns of criminal activity.

2.    Field Group B

Field Group B is commanded by a deputy chief who reports directly to the Chief of the Detective Division and is responsible for directing the activities of Areas 3, 4, and 5 Detective Sections. The organizational and functional responsibilities for Areas 3, 4, and 5 Detective Sections are the same as those listed in Item III-A-1 of this addendum.

3.    Field Group C

Field Group C is commanded by a deputy chief who reports directly to the Chief of the Detective Division and is responsible for directing the activities of the Juvenile Advocacy Section, the Forensics Section, and the Central Investigations Detail.

    (a)    Bomb and Arson Section

The Bomb and Arson Section is commanded by a commander who reports directly to the Deputy Chief of Field Group C. The commander is responsible for ensuring proper follow-up investigations of all reported fire, bomb, and arson incidents and related threats. In addition, the section responds to incidents of death or injury which result from any fire or explosion. The section is responsible for providing bomb security to dignitaries and for the retrieval, deactivation, and disposal of illegal explosives and explosive devices.

    (b)    Central Investigations Detail

The Central Investigations Detail is commanded by a commander who reports directly to the Deputy Chief, Field Group C. The function of the unit is to respond to trends in crime by utilizing specialized investigative techniques. The commander oversees the operations of the five units within the section: the Cold Case Squad, FBI Task Force, Financial Crimes Investigation, Forensic Institute Detail, and the Fugitive Apprehension Unit.

    (c)    Forensic Services Section

The Forensic Services Section is commanded by a commander who reports directly to the Deputy Chief of Field Group C. The Forensic Services Section provides technical and scientific expertise for the collection and analysis of physical evidence and the reconstruction of crimes. It provides expert testimony on the collection, submission, and examination of evidence to assist in the criminal-justice process. The Forensic Services Section is also responsible for submitting evidence to the Illinois State Police Laboratory for examination. The section is divided into the Evidence Processing Unit and the Evidence Technician Unit.

CITY0008560

(1) The Evidence Processing Unit is commanded by a commanding officer who reports directly to the commander of the Forensic Services Section and consists of the following:

(a) The Evidence Processing Support Team is responsible for the data entry and transportation of narcotics evidence to the Illinois State Police Laboratory for analysis. In addition, this section is responsible for responding to all subpoena requests for Chicago Police Forensic Service reports.

(b) The Evidence Evaluation Team is responsible for the data entry and processing of all evidence, other than firearm and narcotic evidence, submitted to the Forensic Services Unit. This team also ensures that evidence is properly packaged and transported to either the Illinois State Police Laboratory for analysis or the Evidence and Recovered Property Section for storage.

(c) The Firearms Team is responsible for conducting scientific analysis of firearms evidence submitted to the Forensic Services Unit for examination.

(d) The Laser Team is responsible for conducting patent and latent fingerprint examination of physical evidence submitted to the Forensic Services Unit for examination.

(e) The Photography Team specializes in technical photographic procedures used in scientific crime detection and prepares photographic evidence for the courts, investigating officers, and other laboratory personnel.

(f) The Polygraph Team administers forensic polygraph examinations to assist Department units with their investigative needs.

(g) The Mobile Crime Lab is responsible for photographing, collecting, preserving, and inventorying evidence and photographing and sketching major crime scenes.

(2) The Evidence Technicians Unit is commanded by a commanding officer who reports directly to the commander of the Forensics Section. The unit is responsible for the photographing, collecting, preserving, and inventorying of evidence at crime scenes. The unit consists of the Evidence Technician Team South and the Evidence Technician Team North.

(d) Juvenile Advocacy Section

The Juvenile Advocacy Section is commanded by a commander who reports directly to the Deputy Chief of Field Group C. The section is responsible for managing juvenile records; providing investigative support for missing/found persons cases; investigating child abuse cases; coordinating and monitoring social service resources to juveniles and their families; maintaining delinquency prevention programs; and identifying and facilitating the correction of conditions conducive to delinquency. In support of these functions, the section maintains liaisons with the Juvenile Court, the Illinois Department of Children and Family Services(IDCFS), the Board of

CITY0008561

Education, and other juvenile justice agencies. The commander coordinates the functions and performance of the Special Investigations Unit(SIU) at the Chicago Children's Advocacy Center(CCAC) and the Juvenile Advocacy Administration Unit.

(1)     Special Investigations Unit

    The Special Investigations Unit is commanded by a commanding officer who reports directly to the Commander of the Juvenile Advocacy Section. The Special Investigations Unit consists of the following:

    (a)     Special Investigations CCAC Unit

        The Special Investigations CCAC Unit provides expertise in the investigation of cases involving sexual abuse/assault of children 0 through 12 years of age; family-related sexual abuse/assault cases involving children 0 through 17 years of age; sexual abuse/assault cases of children 0 through 17 years of age in an institutional setting where the alleged offender is a person in a position of trust or authority; child exploitation, child pornography, mass molestation of children; and other specialized cases assigned at the direction of the Juvenile Advocacy Section Commander. A multi-disciplinary approach is used for the investigations at the CCAC with representation from the Cook County State's Attorney Office, IDCFS, Stroger Hospital, and other professional medical, psychological, or social services.

    (b)     Juvenile Court Liaison Team

        The Juvenile Court Liaison Team supports Department functions related to the Cook County Juvenile Court and Temporary Detention Center. The team assists the Cook County State's Attorney at Juvenile Court in ensuring that arrest files are complete, accurate, and forwarded to the appropriate location for hearings. Personnel are responsible for preparation of petitions, the service of subpoenas issued by the Juvenile Court to Chicago police officers, and for monitoring officers' court attendance. Personnel maintain the CHRIS Juvenile Warrant database and the data entry of certain court dispositions into CHRIS. The team also prepares updated background information on juveniles who are directed to court and assist with the screening, preparation, and presentation of child abuse, neglect, and dependency cases. Personnel also investigate criminal incidents and process arrests of juvenile offenders housed at the Juvenile Detention Center.

(2)     Juvenile Advocacy Administrative Unit

    The Juvenile Advocacy Administrative Unit is commanded by a commanding officer who reports directly to the Commander of the Juvenile Advocacy Section. The Administrative Unit consists of the following:

    (a)     Records Control Team

        The Records Control Team is responsible for overall management and distribution of juvenile arrest

CITY0008562

records. Personnel receive and process notifications and requests for information on juveniles from police and court authorities of this and other jurisdictions. The Records Control Team gathers and forwards information requested through subpoenas and conduct juvenile background investigations for IDCFS, military, and other public service job applicants.

(b)    Missing Persons Team

The Missing Persons Team provides twenty-four hour city-wide support for investigations of missing and found persons. Personnel receive notifications on missing or found persons from field personnel, maintain and prepare files on all recorded missing/found persons, distribute cases for investigation, monitor the progress of investigations, and coordinate information between different units and other jurisdictions. The team keeps records of unidentified deceased persons and conducts investigations to establish their identities. The team maintains the LEADS and NCIC systems for information related to abducted children, missing/found persons, and unidentified deceased persons. The Missing Persons Team also completes data entry of all city-wide missing persons reports and responds to inquiries regarding missing persons from the public both locally and nationally.

(c)    Administrative Procedures Team

The Administrative Procedures Team provides twenty-four hour juvenile records and processing support which includes providing juvenile record, warrant, and abuse information to local and national law enforcement agencies; issuing Central Booking numbers for nonprintable juvenile offenders; receiving and distributing IDCFS child abuse hotline investigation notifications to the areas and SIU; and other related duties. Personnel assist the Commander in development of policies and procedures, management of personnel issues, tracking and analysis of IDCFS child abuse hotline and Offenses Involving Children cases, and preparation of management reports and communications.

(d)    Juvenile Justice Liaison Team

The Juvenile Justice Liaison Team coordinates and monitors social service resources to juveniles and their families. The team maintains city-wide listings of juvenile serving agencies. Personnel maintain delinquency prevention programs and identify and facilitate the correction of conditions conducive to delinquency. The team also coordinates city-wide juvenile justice intervention programs such as Peer Jury and maintains liaison between Patrol Division, Special Victims Units, and community agencies. In support of these functions, the team conducts on-going research into nation-wide trends and current best practices as it relates to juvenile offenders and victims. The team maintains liaisons with the Cook County State's Attorney's Office-Juvenile Division, the Cook County Probation

CITY0008563

Department-Juvenile Division, IDCFS, the Chicago
Public Schools, and other juvenile justice agencies.

4.   Headquarters Support Unit

The Headquarters Support Unit is commanded by a commanding officer who
reports directly to the Chief of the Detective Division.   The
commanding officer supervises the operation of Detective Division
Headquarters, the Crime Analysis Technical Team, the Crime Analysis
Behavioral Team, the Management and Special Projects Team, and the
Investigative Development Team.

B.   Organized Crime Division

The Organized Crime Division is commanded by a chief who reports directly to
the Deputy Superintendent, Bureau of Investigative Services.  The Organized
Crime Division initiates and conducts investigations of certain types of
organized crime and possible terrorist activity.  Division members provide
information and investigative assistance to all units of the Department and
to outside agencies, as well as participate in various federal and state task
forces.   The Organized Crime Division is divided into the following:

1.   Narcotics and Gang Intelligence Section

The Narcotics and Gang Intelligence Section is commanded by a Deputy
Chief who reports directly to the Chief of the Organized Crime
Division. The Narcotics and Gang Intelligence Section is responsible
for ensuring proper investigation and enforcement against large-scale,
illegal narcotic activities and those which transcend district
boundaries.  The section is also responsible for dismantling actual or
clandestine drug labs.  The focus of this section is the dissolution of
illegal gang activities through both street-level enforcement efforts
and long-term criminal investigations. This section also assists other
Departmental units with technical and in-depth narcotic investigations;
initiates investigations for the purpose of identifying gang
organizations involved in criminal offenses; disseminates information
about gangs to appropriate Departmental units; and manages the
participation of the Organized Crime Division personnel who are
assigned to the various state and federal task forces which involve the
participation of the Department.  The Narcotics and Gang Intelligence
Section consists of following units:

(a)   Administrative Unit

The Administrative Unit is commanded by a commanding officer who
reports directly to the Deputy Chief of the Narcotics and Gang
Intelligence Section, and coordinates the day-to-day admini-
strative activities of the Division.

(b)   Asset Forfeiture Unit

The Asset Forfeiture Unit is commanded by a commanding officer
who reports directly to the Deputy Chief of the Narcotics and
Gang Intelligence Section.  The unit processes all cases that are
drug-related and have money, vehicles, real property, or other
assets seized for civil and/or criminal forfeiture proceedings.
It also conducts in-depth and long-term financial investigations
of narcotic traffickers in an effort to seize drug-related
assets.

(c)   Money Laundering Unit

The Money Laundering Unit is commanded by a commanding officer
who reports directly to the Deputy Chief of the Narcotics and
Gang Intelligence Section.  The unit conducts investigations
directed toward  identifying and combating criminal activities

CITY0008564

intended to conceal the profits and assets of illegal enterprises.

(d)    Narcotics Operations Group

Narcotics Operations Group consists of Area Field Enforcement Teams which report to the Deputy Chief of the Narcotics and Gang Intelligence Section. These teams conduct investigations and enforcement activities targeting large-scale, illegal narcotic activities, street-corner-narcotics conspiracy cases, and those illegal narcotics operations that transcend district boundaries. The group is also responsible for conducting operations relating to the interdiction of illegal narcotics transported through the mail; package delivery and freight systems; rail, air, and other transportation methods.

2.    Gang Intelligence Unit

The Gang Intelligence Unit is commanded by a commander who reports directly to the Deputy Chief of the Narcotics and Gang Intelligence Section. The commander of this section is responsible for ensuring the proper investigation of any individual, group, or organization reasonably believed to be engaging in criminal activity. The section gathers, evaluates, and disseminates this information in accordance with Department directives, constitutional protections, and statutory requirements. The Gang Intelligence Unit consists of the following:

(a)    Chicago Anti-Gun Enforcement Team

The Chicago Anti-Gun Enforcement (CAGE) Team traces the ownership of firearms used in criminal incidents or processed by the Department and conduct and assist in investigations that target gun violence. The CAGE Team works in cooperation with the other law enforcement agencies including those federal agencies charged with the enforcement of federal firearms laws.

(b)    Field Operations Group

The Field Operations Group consists of Area Field Enforcement Teams, which gather intelligence related to street gangs and their respective criminal activities, and the Homicide and Violent Crime Team, which gathers intelligence as it directly pertains to those street gangs most actively involved in homicides and other violent crimes.

(c)    Technical Support Group

The Technical Support Group provides specialized services of a technical nature that aide in the investigative process. These services include the capture and enhancement of images and the gathering of evidence and investigative information through technical means.

3.    Vice Control Section

The Vice Control Section is commanded by a commander who reports directly to the Chief of the Organized Crime Division. The section is comprised of the Vice Enforcement Unit and the License Investigation Unit.

(a)    The Vice Enforcement Unit is commanded by a commanding officer who reports directly to the commander of the Vice Control Section and is responsible for ensuring investigations directed toward the detection and suppression of vice activities other than narcotics (gambling, prostitution, distribution of obscene matter) and coordinating with and assisting district commanders in effecting vice control enforcement action.

CITY0008565

        (b)    The License Investigation Unit is commanded by a commanding officer who reports directly to the commander of the Vice Control Section and performs functions relating to city license subterfuge and organized crime involvement in legitimate business operations. The unit also prepares cases for and serves as the Department's liaison with the Mayor's License Commission.

4.    Criminal Enterprise Section

The Criminal Enterprise Section is commanded by a commanding officer who reports directly to the Chief of the Organized Crime Division. The Criminal Enterprise Section is responsible for evaluating the effectiveness and efficiency of the division as well as developing techniques for improved division performance. The commanding officer is responsible for coordinating the functions and performance of the following:

        (a)    Confidential Matters Unit

The Confidential Matters Unit maintains cooperating individuals' files and electronic surveillance files for the Organized Crime Division.

        (b)    Fiscal Unit

The Fiscal Unit is primarily responsible for the administration of the Narcotics Assets Forfeiture Funds (Fund 118 - Cook County Adult Fines, Fund 657- Proceeds of Federal Forfeitures, and Fund 1505 - Proceeds of State Forfeitures) and the Organized Crime Division Contingency Fund.

*Superintendent of Police*

03-169 DK

| Indicates a renamed, reorganized, or new unit/revised item

* Additional 100 copies each to the Research and Development Division and the Training and Education Division

CITY0008566