# EXHIBIT 33

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

| SOCIAL SECURITY NO. | BARTIK, Robert A<br>EMPLOYEE'S NAME | | | 9161<br>TITLE<br>CODE | 177<br>UNIT/<br>DISTR. | 12/99<br>RATING<br>PERIOD |
|---|---|---|---|---|---|---|
| SIGNATURES | | | | CATEGORY | GRADE | |
| EMPLOYEE<br>*Robert Bartik* | | | DATE<br>26 JAN 00 | QUALITY OF WORK | 99 | |
| RATER<br>*Cutislu Gray* | RANK<br>Sr. | STAR NO.<br>1137 | DATE<br>26 Jan 00 | QUANTITY OF WORK | 99 | |
| | | | | DEPENDABILITY | 99 | |
| APPROVED<br>*John L. Hunt* | RANK<br>Lt. | STAR NO.<br>337 | DATE<br>10 Feb 00 | PERSONAL RELATIONSHIPS | 99 | |
| | | | | ATTENDANCE & PROMPTNESS | 99 | |
| APPROVED | RANK<br>Cmdr | STAR NO.<br>47 | DATE<br>14 Feb 00 | TOTAL | 495 | |
| | | | | DIVIDE TOTAL BY 5 AND ENTER BELOW | | |
| | | | | FINAL GRADE | 99 | |

CPD-62.359 (Rev. 12/99)    PERFORMANCE RATING CARD / CHICAGO POLICE DEPARTMENT

| | COMMENTS |
|---|---|
| QUALITY OF WORK | Has achieved a high number of confessions from polygraph subjects prior to the actual polygraph examination. |
| QUANTITY OF WORK | Willing to come to work early, stay late and work on regular off days in order to accomodate the Detective Division and other units. |
| DEPENDABILITY | Can be counted on to work without the need for close supervision. |
| PERSONAL RELATIONSHIPS | Held in high regard by coworkers, detectives, and supervisors alike. |
| ATTENDANCE & PROMPTNESS | Maintains a high level of attendance and promptness. |

CITY0008099

| SOCIAL SECURITY NO. | BARTIK, Robert A.<br>EMPLOYEE'S NAME | | | | 9161<br>TITLE CODE | 177<br>UNIT/ DISTR. | 12/00<br>RATING PERIOD |
|---|---|---|---|---|---|---|---|
| SIGNATURES | | | | CATEGORY | GRADE | | |
| EMPLOYEE<br>*Robert A. Bartik* | | | DATE<br>15 Jan 01 | QUALITY OF WORK | 99 | | |
| | | | | QUANTITY OF WORK | 99 | | |
| RATER<br>*[signature]* | RANK<br>Sgt | STAR NO.<br>1411 | DATE<br>15 Jan 01 | DEPENDABILITY | 98 | | |
| | | | | PERSONAL RELATIONSHIPS | 99 | | |
| APPROVED<br>*John Huck* | RANK<br>Lt | STAR NO.<br>337 | DATE<br>17 Jan 01 | ATTENDANCE & PROMPTNESS | 99 | | |
| | | | | TOTAL | 495 | | |
| APPROVED<br>*[signature] A. Chest* | RANK<br>Cmdr | STAR NO.<br>299 | DATE<br>26 Jan 01 | DIVIDE TOTAL BY 5 AND ENTER BELOW | ~~99~~ | | |
| | | | | FINAL GRADE | 99 | | |

CPD-62.359 (REV. 12/00)   PERFORMANCE RATING CARD / CHICAGO POLICE DEPARTMENT

**COMMENTS**

| | |
|---|---|
| QUALITY OF WORK | Thorough and precise in reports. Always take the initiative. Is self motivated toward primary functions of position. |
| QUANTITY OF WORK | Will assist without question, goes beyond basic requirements. |
| DEPENDABILITY | Capable of independent action. Displays a high degree of integrity. |
| PERSONAL RELATIONSHIPS | Works well under stress, makes a good first impression. Can take advise from supervisors. |
| ATTENDANCE & PROMPTNESS | Completes assignments without delay. Always prompt with reports and assignments. |

| | | | | | | 9161 | 177 | 06/01 |
|---|---|---|---|---|---|---|---|---|
| SOCIAL SECURITY NO. | | | | EMPLOYEE'S NAME BARTIK, Robert A. | | TITLE CODE | UNIT/ DISTR. | RATING PERIOD |
| EMPLOYEE | SIGNATURES | | | | CATEGORY | GRADE | | |
| *Robert O Bartik* | P.O. | 3528 | DATE 8 AUG 01 | | QUALITY OF WORK | 99 | | |
| RATER | RANK | STAR NO. | DATE | | QUANTITY OF WORK | 99 | | |
| *signature* | Sgt | 1711 | 26 July 01 | | DEPENDABILITY | 99 | | |
| APPROVED RANK | STAR NO. | DATE | | | PERSONAL RELATIONSHIPS | 99 | | |
| *signature* | Lt | 388 | 8/11/01 | | ATTENDANCE & PROMPTNESS | 99 | | |
| APPROVED RANK | STAR NO. | DATE | | | TOTAL | 495 | | |
| Mary A. Short | Cmdr. | 099 | 10 Aug 01 | | DIVIDE TOTAL BY 5 AND ENTER BELOW | | | |
| CPD-62.359 (Rev. 6/01) | PERFORMANCE RATING CARD / CHICAGO POLICE DEPARTMENT | | | | FINAL GRADE | 99 | | |

**COMMENTS**

| | |
|---|---|
| QUALITY OF WORK | Displays excellent judgement in performance of his duties. Excellent knowledge of his technical field. |
| QUANTITY OF WORK | Few surpass his output in his area. Organizes time to maximum efficiency. |
| DEPENDABILITY | Needs little if any supervision, is self initiating. Is diligent in performance of his duties. |
| PERSONAL RELATIONSHIPS | Works well under stress, make a good impression. A team member able to gain others respect. |
| ATTENDANCE & PROMPTNESS | Always prompt with reports and assignments. |

CITY0008101

| SOCIAL SECURITY NO. | EMPLOYEE'S NAME | BARTIK, ROBERT A. | TITLE CODE | UNIT/ DISTR. | RATING PERIOD |
|---|---|---|---|---|---|
| | | | 9161 | 177 | 06/02 |

| SIGNATURES | | | | CATEGORY | GRADE |
|---|---|---|---|---|---|
| EMPLOYEE | | | DATE | QUALITY OF WORK | 98 |
| *[signature]* | P.O. | 3078 | 28 July 02 | QUANTITY OF WORK | 98 |
| RATER | RANK | STAR NO. | DATE | DEPENDABILITY | 99 |
| *[signature]* | Sgt | 17-4 | 28 Jul 02 | PERSONAL RELATIONSHIPS | 97 |
| APPROVED | RANK | STAR NO. | DATE | ATTENDANCE & PROMPTNESS | 98 |
| John Hueb | Lt. | 337 | 14 Aug 02 | TOTAL | 490 |
| APPROVED | RANK | STAR NO. | DATE | DIVIDE TOTAL BY 5 AND ENTER BELOW | |
| Mary A. Shert | Cmdr. | 299 | 15 Aug 02 | FINAL GRADE | 98 |

CPD-62.359 (Rev. 6/02)    PERFORMANCE RATING CARD / CHICAGO POLICE DEPARTMENT

### COMMENTS

| | |
|---|---|
| QUALITY OF WORK | Is very systematic with his job. Thorough and precise in reports. Submits reports which are neat and grammatically correct. |
| QUANTITY OF WORK | Production is very good. Organizes time to maximum efficiency. |
| DEPENDABILITY | Is present when needed, always completes assignments. Is diligent in performance of duties. |
| PERSONAL RELATIONSHIPS | Can accept advice from supervisors. |
| ATTENDANCE & PROMPTNESS | Rarely absent or tardy. Completes assignments without delay. Has no medical absences. |

Performance Evaluation Summary   Page 1 of 2


Chicago Police Department
**CLEAR**

Home | Print | Logout | Help
Performance Evaluation Summary

Home » Performance Evaluations Menu » Search Performance Evaluations

## PERFORMANCE EVALUATION SUMMARY

### Evaluation Member Details

Officer Star No 907   Employee No 23901   Name BARTIK, ROBERT
Title   SERGEANT OF POLICE   Race [ ]   Sex [ ]   DOB ▨1964
Unit Detailed      Unit Assigned   177
Anniversary Date   07-NOV-1988   Career Service Date
Watch   1   Day off Group 1   IOD Absent days 0   Non-IOD Absent days 0

**Final Appraisal Rating** Exceeds Expectations

### Performance Evaluation

| Dimension ▲ | Category | Consensus Comments | Sergeants' Comments | Created Date | Created Name |
|---|---|---|---|---|---|
| Accountability/Dependability | Exceeds Expectations | Works well with minimal supervision and also works long hours for extended time periods while maintaining effectiveness. | [ View ] | 02-AUG-2010 10:46 | DUBIEL, ROBERT |
| Adaptability/Responsiveness | Exceeds Expectations | Adapts easily to change, and supports reorganization/procedural changes. | [ View ] | 02-AUG-2010 10:46 | DUBIEL, ROBERT |
| Communication with Others | Exceeds Expectations | Keeps information factual to avod documenting opinions in reports, takes time to explain information to new examiners in the unit. | [ View ] | 02-AUG-2010 10:46 | DUBIEL, ROBERT |
| Job Knowledge/Professional Development | Exceeds Expectations | Has knowledge of Departmental policies and procedures. Seeks out learning opportunities to develop more professional skills in his area of expertise. | [ View ] | 02-AUG-2010 10:46 | DUBIEL, ROBERT |
| Problem Solving/Decision Making | Exceeds Expectations | Maintains awareness of circumstances which may develop into problems. Uses experience to make accurate judgements about individuals during polygraph encounters. | [ View ] | 02-AUG-2010 10:46 | DUBIEL, ROBERT |

1 - 5

### Evaluation Process Step-wise

| Action | Comments / Notes | Name | Event Date | Created By | Created Date |
|---|---|---|---|---|---|
| Officer Accepted Evaluation | Thank You. | | | BARTIK, ROBERT | 25-AUG-2010 |

http://chris.chicagopolice.org/pls/clear/f?p=15810:1000:1355187999559999:VIEW:NO:1...   10/23/2015

CITY0008103

| | | | | | |
|---|---|---|---|---|---|
| Primary Supervisor reviewed with Officer | . | | 25-AUG-2010 | MICHALIK, JANE | 25-AUG-2010 |
| Unit Commander Approved the evaluation | | | | MURPHY, JOSEPH | 02-AUG-2010 |
| System Created a New Evaluation | System created a New Evaluation | | | DUBIEL, ROBERT | 02-AUG-2010 |
| Sergeant submitted Evaluation for Watch commander Review | Sergeant Submitted the Evaluation to Watch commander for review | | | MICHALIK, JANE | 19-JUL-2010 |
| Watch commander assigned Sergeants to prepare Evaluation | | | | DUBIEL, ROBERT | 07-JUL-2010 |
| Unit Commander Assign Member to Watch Commander | | DUBIEL, ROBERT | | MURPHY, JOSEPH | 07-JUL-2010 |

row(s) 1 - 7 of 7

## Performance plan & goals

| Sergeant Name ▲ | Performance plan & goals |
|---|---|
| MICHALIK, JANE | |

row(s) 1 - 1 of 1

## Attachments

No Attachments Found.

User PC0E124
Module: 15810 $Revision 1 116 $

Copyright © 2002. All rights reserved.

Performance Evaluation Summary                                                                     Page 1 of 2



Home | Print | Logout | Help
Performance Evaluation Summary

Home » Performance Evaluations Menu » Search Performance Evaluations

## PERFORMANCE EVALUATION SUMMARY



### Evaluation Member Details

Officer Star No 907   Employee No 23901   Name BARTIK, ROBERT
Title   SERGEANT OF POLICE   Race [ ]   Sex [ ]   DOB ▨-1964
Unit Detailed      Unit Assigned  177
Anniversary Date   07-NOV-1988   Career Service Date
Watch  1   Day off Group 1   IOD Absent days 0   Non-IOD Absent days 0

**Final Appraisal Rating** Exceeds Expectations

### Performance Evaluation

| Dimension ▲ | Category | Consensus Comments | Sergeants' Comments | Created Date | Created Name |
|---|---|---|---|---|---|
| Accountability/Dependability | Exceeds Expectations | Conducts activities other than assigned tasks that furthers the overall goals of the Department. Follows through on assignments. | [ View ] | 02-AUG-2011 15:08 | MC MURRAY, JOHN |
| Adaptability/Responsiveness | Exceeds Expectations | Displays perseverance when others do not cooperate, works effectively across various assignments. | [ View ] | 02-AUG-2011 15:08 | MC MURRAY, JOHN |
| Communication with Others | Exceeds Expectations | Takes extra time talking to individuals to obtain needed information and cooperatiion, has an established network of communication with the Detective Division. | [ View ] | 02-AUG-2011 15:08 | MC MURRAY, JOHN |
| Job Knowledge/Professional Development | Exceeds Expectations | Has knowledge of techniques related to job assignments, continually develops professional skills. | [ View ] | 02-AUG-2011 15:08 | MC MURRAY, JOHN |
| Problem Solving/Decision Making | Exceeds Expectations | Maintains awareness of circumstances that mey create problems, resolves issues proactively. | [ View ] | 02-AUG-2011 15:08 | MC MURRAY, JOHN |

1 - 5

### Evaluation Process Step-wise

| Action | Comments / Notes | Name | Event Date | Created By | Created Date |
|---|---|---|---|---|---|
| Officer Accepted Evaluation | thank you | | | BARTIK, ROBERT | 05-AUG-2011 |
| Primary Supervisor | | | 05- | MICHALIK, | 05-AUG- |

http://chris.chicagopolice.org/pls/clear/f?p=15810:1000:1355187999559999:VIEW:NO:1...   10/23/2015

CITY0008105

Performance Evaluation Summary                                    Page 2 of 2

| | | | | | |
|---|---|---|---|---|---|
| reviewed with Officer | | | | AUG-2011 | JANE | 2011 |
| Unit Commander Approved the evaluation | | | | | MURPHY, JOSEPH | 04-AUG-2011 |
| System Created a New Evaluation | System created a New Evaluation | | | | MC MURRAY, JOHN | 02-AUG-2011 |
| Sergeant submitted Evaluation for Watch commander Review | Sergeant Submitted the Evaluation to Watch commander for review | | | | MICHALIK, JANE | 28-JUL-2011 |
| Watch commander assigned Sergeants to prepare Evaluation | | | | | MC MURRAY, JOHN | 27-JUL-2011 |
| Unit Commander Assign Member to Watch Commander | | | MC MURRAY, JOHN | | MURPHY, JOSEPH | 19-JUL-2011 |

row(s) 1 - 7 of 7

## Performance plan & goals

| Sergeant Name ▲ | Performance plan & goals |
|---|---|
| MICHALIK, JANE | |

row(s) 1 - 1 of 1

## Attachments

No Attachments Found.

User PCOE124
Module 15810 $Revision. 1.116 $

Copyright © 2002. All rights reserved

http://chris.chicagopolice.org/pls/clear/f?p=15810:1000:1355187999559999:VIEW:NO:1...    10/23/2015

CITY0008106

Performance Evaluation Summary                                    Page 1 of 3



Chicago Police Department
**CLEAR**

Home | Print | Logout | Help

Performance Evaluation Summary

Home » Performance Evaluations Menu » Search Performance Evaluations

## PERFORMANCE EVALUATION SUMMARY 

### Evaluation Member Details

Officer Star No 907   Employee No 23901   Name BARTIK, ROBERT
Title   SERGEANT OF POLICE   Race [ ]   Sex [ ]   DOB ☒☒ 1964
Unit Detailed       Unit Assigned   177
Anniversary Date   07-NOV-1988   Career Service Date
Watch   1   Day off Group 1   IOD Absent days 0   Non-IOD Absent days 0

**Final Appraisal Rating Exceeds Expectations**

### Performance Evaluation

| Dimension | Category | Consensus Comments | Sergeants' Comments | Created Date | Created Name |
|---|---|---|---|---|---|
| Accountability/Dependability | Meets Expectations | Officer Bartik is a dedicated and conscientious polygraph examiner, who can always be relied upon to competently handle any assignment, regardless of complexity. Officer Bartik works effectively with minimal need for guidance or close supervision. Officer Bartik can be relied upon to avail himself in cases of emergency or high priority. | [ View ] | 04-OCT-2012 15:28 | MC MURRAY, JOHN |
| Adaptability/Responsiveness | Meets Expectations | Officer Bartik is a very focused interviewer and polygraph examiner, and has demonstrated an adaptability in handling any job assignments, regardless of complexity. He is receptive to constructive suggestion, and continually strives to be a more effective interviewer. | [ View ] | 04-OCT-2012 15:28 | MC MURRAY, JOHN |
| Communication with Others | Exceeds Expectations | Officer Bartik continues to demonstrate excellent interviewing and interrogation skills and techniques during the polygraph examination process, and frequently elicits information and admissions from individuals during the course of his examination. Officer Bartik handles himself in a professional manner when communicating the results of his examination process to | [ View ] | 04-OCT-2012 15:28 | MC MURRAY, JOHN |

Performance Evaluation Summary                                                                Page 2 of 3

| | | | | | |
|---|---|---|---|---|---|
| Job Knowledge/Professional Development | Exceeds Expectations | those requesting the services of a polygraph examiner. Officer Bartik has demonstrated a high degree of competence and investigative skill in the application of polygraph examination. Officer Bartik has a solid understanding of his role as a polygraph examiner during the conduct of an ongoing investigation. Officer Bartik keeps abreast of all developments in the field of forensic polygraph examination, and readily avails himself to continuing education for purposes of ongoing professional development. | [ View ] | 04-OCT-2012 15:28 | MC MURRAY, JOHN |
| Problem Solving/Decision Making | Exceeds Expectations | Officer Bartik has demonstrated solid competence in the application of polygraph examination. He has demonstrated resourcefulness in pursuing unique investigative techniques and tactics when conducting interviews. Officer Bartik works closely with the requesting investigator in establishing an approach to the line of questioning that would be most beneficial for the desired outcome of the interview. He continually demonstrates sound judgment with minimal need for close supervision. | [ View ] | 04-OCT-2012 15:28 | MC MURRAY, JOHN |

1 - 5

## Evaluation Process Step-wise

| Action | Comments / Notes | Name | Event Date | Created By | Created Date |
|---|---|---|---|---|---|
| Officer Accepted Evaluation | thank you | | | BARTIK, ROBERT | 13-NOV-2012 |
| Primary Supervisor reviewed with Officer | Evaluation forwarded to Officer Bartik for review. | | 13-NOV-2012 | FRIEL, DAVID | 13-NOV-2012 |
| Unit Commander Approved the evaluation | | | | MURPHY, JOSEPH | 19-OCT-2012 |
| System Created a New Evaluation | System created a New Evaluation | | | MC MURRAY, JOHN | 04-OCT-2012 |
| Sergeant submitted Evaluation for Watch commander Review | Sergeant Submitted the Evaluation to Watch commander for review | | | FRIEL, DAVID | 03-OCT-2012 |

http://chris.chicagopolice.org/pls/clear/f?p=15810:1000:1355187999559999:VIEW:NO:1...   10/23/2015

| Watch commander assigned Sergeants to prepare Evaluation | | | MC MURRAY, JOHN | 24-AUG-2012 |
| Unit Commander Assign Member to Watch Commander | | MC MURRAY, JOHN | MURPHY, JOSEPH | 16-AUG-2012 |

row(s) 1 - 7 of 7

## Performance plan & goals

| Sergeant Name ▲ | Performance plan & goals |
| --- | --- |
| FRIEL, DAVID | |

row(s) 1 - 1 of 1

## Attachments

No Attachments Found.