# EXHIBIT 38

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

| # | Name | Year Exonerated | Year Settled | Amount Paid | City | Race | Gender | Age |
|---|---|---|---|---|---|---|---|---|
| 1 | Melvin Jones | 1989 | | | Chicago | Black | Male | 30 |
| 2 | Joaquin Varela | 1991 | | | Chicago | Hispanic | Male | 22 |
| 3 | Emmaline Williams | 1995 | | | Chicago | Black | Female | 43 |
| 4 | David Bates | 1996 | 2015 | $66,000 | Chicago | Black | Male | 18 |
| 5 | Ronald Jones | 1999 | 2003 | $2,200,000 | Chicago | Black | Male | 34 |
| 6 | Hubert Geralds, Jr | 2000 | | | Chicago | Black | Male | 30 |
| 7 | Marcellius Bradford | 2001 | 2001 | $900,000 | Chicago | Black | Male | 17 |
| 8 | Miguel Castillo | 2001 | 2004 | $1,200,000 | Chicago | Hispanic | Male | 35 |
| 9 | Calvin Ollins | 2001 | 2006 | $1,500,000 | Chicago | Black | Male | 14 |
| 10 | Eric Kittler | 2002 | 2006 | $2,000,000 | Chicago | Black | Male | 15 |
| 11 | Michael Evans | 2003 | 2005 | $2,700,000 | Chicago | Black | Male | 17 |
| 12 | Edar Duarte Santos | 2003 | 2006 | $3,000,000 | Chicago | Hispanic | Male | 26 |
| 13 | Luis Ortiz | 2003 | 2006 | $3,000,000 | Chicago | Hispanic | Male | 18 |
| 14 | Omar Aguirre | 2003 | 2006 | $6,740,000 | Chicago | Hispanic | Male | 28 |
| 15 | Stanley Howard | 2003 | 2007 | $1,800,000 | Chicago | Black | Male | 21 |
| 16 | Madison Hobley | 2003 | 2007 | $7,800,000 | Chicago | Black | Male | 26 |
| 17 | Aaron Patterson | 2003 | 2007 | | Chicago | Black | Male | 21 |
| 18 | Leroy Orange | 2003 | 2007 | $5,500,000 | Chicago | Black | Male | 32 |
| 19 | Lafonso Rollins | 2004 | 2006 | $9,000,000 | Chicago | Black | Male | 17 |
| 20 | Dan Young | 2005 | | | Chicago | Black | Male | 30 |
| 21 | Harold Hill | 2005 | 2011 | $1,250,000 | Chicago | Black | Male | 16 |
| 22 | Robert Wilson | 2006 | 2012 | $3,600,000 | Chicago | Black | Male | 41 |
| 23 | James Andrews | 2008 | 2009 | $1,800,000 | Chicago | Black | Male | 21 |
| 24 | David Fauntleroy | 2009 | 2009 | $1,800,000 | Chicago | Black | Male | 22 |
| 25 | Ronald Kitchen | 2009 | 2013 | $6,150,000 | Chicago | Black | Male | 22 |
| 26 | Michael Tillman | 2010 | 2012 | $5,375,000 | Chicago | Black | Male | 20 |
| 27 | Eric Caine | 2011 | 2013 | $10,000,000 | Chicago | Black | Male | 19 |
| 28 | Harold Richardson | 2012 | | | Chicago | Black | Male | 16 |
| 29 | Michael Saunders | 2012 | | | Chicago | Black | Male | 15 |
| 30 | Terrill Swift | 2012 | | | Chicago | Black | Male | 17 |
| 31 | Vincent Thames | 2012 | | | Chicago | Black | Male | 16 |
| 32 | James Kluppelberg | 2012 | | | Chicago | Caucasian | Male | 18 |
| 33 | Carl Chatman | 2013 | | | Chicago | Black | Male | 47 |
| 34 | Daniel Taylor | 2013 | | | Chicago | Black | Male | 17 |
| 35 | Nicole Harris | 2013 | | | Chicago | Black | Female | 23 |
| 36 | Stanley Wrice | 2013 | | | Chicago | Black | Male | 28 |
| 37 | Alstory Simon | 2014 | | | Chicago | Black | Male | 32 |
| 38 | Deon Patrick | 2014 | | | Chicago | Black | Male | 20 |
| 39 | Lewis Gardner | 2014 | | | Chicago | Black | Male | 15 |
| 40 | Paul Phllips | 2014 | | | Chicago | Black | Male | 17 |
| 41 | Robert Britton | 2014 | | | Chicago | Black | Male | 38 |
| 42 | Wayne Washington | 2015 | | | Chicago | Black | Male | 20 |