# EXHIBIT 43

To
**PLAINTIFF'S LOCAL RULE 56.1(b)(3)(C) STATEMENT OF ADDITIONAL FACTS REQUIRING DENIAL OF THE CITY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**March 15, 2016**

**Case No. 14-CV-4391**

# EXHIBIT 43

December 8, 2015 Mayor Rahm Emanuel Interview on WTTW's *Chicago Tonight* (available at http://chicagotonight.wttw.com/2015/12/08/mayor-emanuel-police-reform-accountability, (last visited 3/14/16, site provided to all counsel, and provided to the Court as well on copywrite-protected CD).