# Exhibit A

**Competency Assessment of Diante Dancy**
**Robert M. Galatzer-Levy, M.S., M.D.**
**January 28, 2016**

I, Robert M. Galatzer-Levy, M.S., M.D., do state under penalty of perjury:

1.      I have been retained by counsel for Nicole Harris to provide information about the mental status and competency to testify of Diante Dancy and to recount and convey his observations at and around the time of his brother's death.  This affidavit describes my conclusions regarding that issue as well the bases for those conclusions, to which I would testify if called as a witness.  The opinions expressed in this affidavit are provided with a reasonable degree of psychiatric certainty based on the information available to me at the time of its preparation.

## Qualifications

2.      I am a child, adolescent and adult psychiatrist who holds an appointment as Clinical Professor of Psychiatry and Behavioral Neurosciences at the University of Chicago and a faculty appointment at the Chicago Institute for Psychoanalysis.  I received my medical training at Washington University in St. Louis and was trained in adult and child psychiatry at the University of Chicago and child, adolescent and adult psychoanalysis at the Chicago Institute for Psychoanalysis.  I am certified by the Board on Professional Standards of the American Psychoanalytic Association.  My primary professional activity is the treatment of patients.  I have co-authored five books and more than 100 professional book chapters and articles in my field.  A copy of my *curriculum vitae* is attached hereto as Exhibit A.

3.      I have extensive experience in providing psychiatric evaluations of children for the courts.  At various times, I have been retained as an expert, performed evaluations for, and testified before the Cook County Domestic Relations Court, the Cook County States Attorney, the Office of the Public Guardian, the Illinois Department of Children and Family Services, the McHenry County Sheriff's Department, the Lake County Public Defender as well as numerous private attorneys.  I have been qualified as an expert witness in my field by numerous courts in Cook, Lake, DuPage and McHenry Counties as well as by the United States District Court for the Northern District of Illinois.

**Evaluation – Background and Techniques**

4.      I interviewed Diante during two approximately 50 minute sessions on April 11 and 15, 2006.  I also reviewed case law and statutes regarding Illinois' current witness competency requirements; police reports of an interview of Diante conducted on May 15, 2005; DCFS reports in the matter and transcripts of portions of Ms. Harris's trial including a transcript of the court's hearing and ruling regarding Diante's competency, as well as transcripts of portions of the testimony of Nicole Harris, Sta-Von Dancy, Wanda Harris and Audrey Harris.  A list of these documents is attached as Exhibit B. In addition, I reviewed pertinent psychological and psychiatric research literature concerning children's competency to testify and the techniques appropriate to the psychiatric and forensic interviewing of children.

5.      My initial evaluation of Diante was designed to determine a) whether Diante was capable of expressing himself concerning the matter of his brother's death so as to be understood, either directly or through interpretation, by one who can understand him and b) whether he was capable of understanding the duty of a witness to tell the truth.  This evaluation

2

was conducted using methods that are widely accepted in the field of psychiatry and that have been available for many years. My current evaluation is designed to opine about whether standards for forensic evaluation and interviewing of children that were current at the time following Jaquari's death were followed in this case.

6.      Consistent with current professional views about forensic interviews of children and with then current professional views about forensic interviews of children, and best practices in the field, I videotaped entirely both interviews of Diante as had been my practice for three years, where permitted by the parents and by the court.   I videotaped my interviews whenever possible because note-taking can be alarming to some children and because only by recording the interview can I accurately and completely capture the exact words and expression of the child interviewee.  In the kinds of evaluations I am often called upon to make, children's lives and their family's lives may be in the balance and it is absolutely critical that I not make any recommendations to the court based on misinformation caused by the frailty of my memory, my inadequacies as a note-taker, or other factors that might limit the accuracy of the information provided to the court about what the child may have said or communicated.  Studies have shown that when trained interviewers attempt to reconstruct the substance of interviews of children from memory or even from notes taken during the interview, they often make critical mistakes, including transposing the voice of the speaker (attributing a comment made by the interviewer to the interviewee and vice versa) and other mistakes that can alter the substance of what the child said.

7.      Consistent with current (and then current) professional views regarding proper assessment of witness competency, my  interviews focused on the specific capacities identified in statute and case law as  relevant to the determination of competency to testify.  Although other

3

matters were discussed in the course of the evaluation, the evaluation was primarily focused on these specific capacities and was not intended to assess other capacities or features of the child's personality.

8.      Consistent with current (and then current) professional views about forensic interviews with children, throughout my evaluation I carefully explored whether Diante had been coached or otherwise influenced to give certain responses. Diante repeatedly denied that he had spoken about the content of the evaluation with any adult. Specifically, he denied that the aunt who brought him to the interview had discussed even the nature of the interview with him or that he had spoken about the interview with his father. I was further unable to detect any use of language that was unusually adult in content such as commonly occurs when children have been coached. As discussed more fully below, during the course of the interview, Diante spontaneously began talking about the death of his brother, Jaquari. Moreover, the material he offered did not appear to be organized in a manner consistent with his having been coached to produce it. Thus, it is my opinion that Diante had not been coached in preparation for my evaluation.

9.      My interviews with Diante were also carried out in a manner consistent with current (and then current) professional views regarding the forensic psychiatric interviewing of children and views that were current at the time of the interviews. In addition to standard interviewing technique (establishing a reasonable level of rapport and comfort with the interviewee, avoiding suggesting answers to the interviewee, asking follow-up questions to elicit additional detail, asking for clarification when responses are unclear, eliciting pertinent information in several different ways), the forensic psychiatric interview of a child includes special attention to the youngster's cognitive capacities as well as understanding of language and

threats to validity that might result from the child having been deliberately or inadvertently prompted or coached to give certain answers. Forensic techniques also emphasize that a child understand that an answer of "I don't know" is perfectly acceptable and, indeed, required when the child is asked a question to which he does not know the answer.

10.     With regard to a child's cognitive capacities, children of Diante's age (six years old) generally cannot think in abstractions although they may have an excellent functional knowledge of a given matter. In particular, most children of Diante's age cannot answer an abstract question regarding the difference between the truth and a lie in a manner consistent with adult thinking about this difference, but they can demonstrate their understanding of the difference by indicating an awareness of the anticipated social response to their making truthful or false statements and by answering questions about whether a person would be telling the truth or lying in a particular circumstance. For example, a child might be unable to state abstractly the difference between the truth and a lie but readily state that he anticipated being rewarded for telling the truth and punished for lying. Such a child is also often able to correctly answer such questions as "Would someone be telling the truth or lying if they said they can walk on the ceiling?" An example of this appears in the both interviews sessions conducted with Diante – though Diante may answer "no" to the abstract question of whether he knows the difference between the truth and a lie, he demonstrates complete functional understanding of the concepts by correctly answering a number of example questions. In sum, in forensic interview settings, care must be taken not to be misled by a child's seemingly confused answer to an abstract question. Rather, children must be questioned in a manner consistent with their cognitive capacities and developmental state.

11.     Similarly, careful attention must be paid in forensic interview settings to using language that a child can understand, ensuring that the child did actually understand the language used, and ensuring that the evaluator accurately understands what the child has said.  This was and is widely regarded as essential in forensic interviews of children because children commonly use words in slightly unconventional ways, are often unfamiliar with adult vocabulary and sentence structure and may indicate that they understand what is said out of politeness rather than because they actually do understand. These considerations are particularly important when a Caucasian interviewer interviews an African-American child like Diante whose English, in addition to being age-appropriate, may have usage and vocabulary that does not fully overlap with that of the Caucasian interviewer.  I observed all of these precautions in my interviews in this case.

**Diante's Capability to Express Himself Concerning the Events Surrounding his Brother's Death**

12.     In the course of my evaluation, Diante amply demonstrated his capacity to differentiate between things he had actually observed and things he had not observed. Furthermore, although his testimony in court may have indicated that he appeared to attribute "reality" to things and situations that most adults would regard as unreal, during my evaluation his opinions on these matters were clear and conformed well to adult views.  It is most likely that Diante was better able to exhibit these capacities during our forensic interview than during his court testimony because of the manner in which the questions were posed to him.

13.     Diante was also able to clearly articulate during my evaluation what he observed concerning the circumstances surrounding his brother's death.  His attempts to describe the

6

sequence of events were sometimes confused, as would be typical of a child of Diante's age, and the language he uses is not always the same as the language an adult would use. However, he clearly articulated what he observed, including that "Jaquari killed his own self," that Jaquari wrapped a sheet around his neck (indicating physically with his hands what he saw), that Diante's mother and father were not in the room when this occurred and that although a cousin had told Diante that his mommy killed Jaquari, Diante knew this to be untrue. Diante recalls surrounding details as well, such as his parents trying to find an ambulance, his parents leaving Diante alone in the house while they looked for help and his parents trying to locate the hospital.

14. There exists an extensive research literature about the cognitive styles of young children. Children of Diante's age can make clear and accurate distinctions between events that they actually witnessed and those they did not witness; they can differentiate imaginary from actual events. However, they almost always conceptualize making these distinctions in a different way from the manner in which adults conceptualize making such distinctions. Adults tend to conceptualize things that they themselves witness as "real," referring to a highly abstract concept of truly existing. Children of Diante's age, however, typically do not employ such abstractions in their thinking. Questions about whether something is "real" will ordinarily be translated by a child at this age into a question regarding whether a particular item or occurrence comports with the child's experience. For example, when confronted with the question of whether Spiderman is "real" during his competency hearing, Diante evidently translated the question in terms of his experience to a question concerning whether the movie involved human actors as opposed to the cartoon representation of the same figure. In contrast, during our

7

interviews, Diante made it extremely clear that although he was very interested in the imaginary character of Spiderman, he knew full well that this character was not an actual person.[1]

15.     Even if Diante had mistaken beliefs about the reality of fictional characters, the immaturity of psychological function that this failing would indicate is unrelated to his capacity to accurately report what he himself has observed. Thus, for example, Diante's stated beliefs in the existence of Santa Claus and the tooth fairy, which beliefs are not unusual in a child this age and likely have been encouraged by adults, have no bearing, from a psychological point of view, on his capacity to express himself concerning an event he has witnessed.

16.     Similarly, such a finding is not at all inconsistent with Diante's report, both during the hearing and to this examiner, that he had "seen" his brother in heaven following his death. Religious experiences such as this are extremely common in both children and adults. In some studies, as many as 40% of American adults have reported literally having heard the voice of God. A large number of psychologically normal children report religious experiences. The presence of such religious experiences is therefore not associated with incapacities regarding the ability to differentiate actual observations from distorted perceptions of observations. From a psychological point of view, the fact that Diante reports having seen his brother in heaven is accordingly irrelevant to the psychological capacities required of a witness. Moreover, there appears to be an alternative explanation for what Diante says he saw. During our second interview, Diante distinguished between the "church with the judge" (the courthouse) and the "church with heaven" (a traditional church). He described seeing his brother in heaven and in

---

[1] An additional source of confusion regarding the reality of Spiderman arises because Diante has a teddy bear named Spiderman which does exist in the conventional sense. At times he answers questions regarding the existence of Spiderman with reference to this teddy bear rather than the fictional character.

8

the church with heaven and described there being a limo present. It was apparent from his description that when Diante spoke of seeing Jaquari in heaven, he was referring to a wake or funeral, at which he saw his brother's body – clearly an experience that would have made a strong impression on him. Interestingly, his pronunciation of the word "limo" was difficult for this evaluator to understand; I initially believed he was saying something like "lambo." This may have also occurred when Diante discussed seeing Jaquari during the court hearing. The transcript indicates that Diante used the word "rainbow" during that description, in a manner that seems odd given the context. It appears far more likely, given the context of his testimony and his statements during my interview, that Diante was actually saying "limo" at that time as well.

**Diante's Capability to Understand the Duty of a Witness to Tell the Truth**

17.     Throughout the course of my examination, Diante demonstrated a good, age-appropriate capacity to differentiate truth from falsehood and to comprehend the meaning and seriousness of agreeing to tell the truth.

18.     There is an extensive research literature about children's moral judgments, including their capacity to differentiate truth from untruth and to understand the moral issues involved in lying. Typically, children of Diante's age at the time of the incident think about these matters differently from adults. Adults tend to reason about moral issues by applying general moral principles to specific situations. For example, most moral adults are reluctant to steal in any particular situation because, as a general rule, they regard stealing in any situation as morally wrong. In contrast, children of Diante's age at the time of the episode typically conceptualize moral issues in terms of anticipated consequences. A child of this age will typically indicate that it is wrong to steal because he anticipates that he will be punished for it. On this basis, most

9

children of Diante's age can reliably distinguish right behavior from wrong behavior in their everyday lives. Children of this age generally well understand what it is to make a promise and that lying is wrong even if they cannot express this understanding in abstract terms.

19. Diante demonstrated such an understanding during his initial interviews with this psychiatrist. Specifically, Diante was presented with multiple hypothetical situations and asked to indicate whether a person would be telling the truth or not in a report of those situations. Diante was uniformly able to make the distinction correctly. He was also asked in a variety of ways about the consequences of telling the truth or lying. Repeatedly, he indicated that he anticipated punishment would result from lying and approval would result from telling the truth. Thus Diante has the capacity to differentiate truth from falsity and to understand the duty of a witness to tell the truth.

**Other Findings With Respect to Diante's Competency**

20. Although Diante was a developing child at the time of the initial interviews, it is more likely than not that the capacities relevant to his competence to testify are the same at the time of those interviews as they were at the time of the court's hearing on this matter in October of 2005. This is because the time that elapsed between that hearing and the interviews was short and, according to the child development literature, it is unlikely for Diante to have experienced a dramatic shift in these capacities during such a brief interval. Furthermore, as mentioned above, any apparent differences in these capacities as manifested during the hearing and as manifested during my evaluation can best be explained by differences in the method of questioning and the situation of the interview.

21.     The unfamiliarity of the courtroom situation, the imposing nature of its physical arrangements, the formality of courtroom discourse, the use of adult language unmodified to reflect the developmental level of the child witness, the presence of numerous people in the courtroom, as well as the intrinsic anxieties associated with being a witness, commonly contribute to children appearing to be less capable as witnesses when evaluated in a courtroom setting than they in fact are. For example, it was revealed during my evaluation that, upon observing the layout of the courtroom and possibly the solemnity of the proceedings, Diante believed himself to be in a church during the hearing.[2]

22.     There is now and there was at the time of the initial hearings in this case an extensive research literature showing how courts may elicit the most accurate testimony from children. Such steps as making sure that the child can comprehend the questions asked of him, making clear to the child the role and function of the various individuals in the courtroom, encouraging follow-up questions to clarify the meaning of the child's ambiguous statements and providing as informal a courtroom atmosphere as is consistent with the requirements of due process, will all contribute to the child being able to give the most accurate testimony possible. For example, having the child testify on a video recording rather than in an open courtroom is useful. Having the judge in ordinary clothing rather that a robe will also reduce the child's extraneous anxiety. Providing ample time to the child to respond to questions and reminding the child to take his time in responding, monitoring all questions asked of the child to determine whether they are likely to be comprehensible to the child and reminding the child that it is

---

[2] Interestingly, Diante's recollection of the competency hearing was excellent; he spontaneously recalled a number of the questions that were asked of him and described accurately what transpired in a manner consistent with the court reporter's documentation of the hearing.

desirable that he say he does not understand the question when he does not, all improve children's reliability. From a psychological point of view, such accommodations in courtroom procedures are analogous to providing a translator to an individual who is not fluent in English. Finally, it is essential that a young child be prepared for his testimony by asking the child about the incident in advance of the testimony, in order to gain as full an understanding as possible about the language the child uses, his manner of describing events, the details on which he focuses in recalling events, and so forth. Only with that kind of understanding by the questioner can questions be asked of a young child yield effective and reliable testimony.

23. Consistent with the ordinary abilities of a child of his age, Diante was able to provide a chronology in the sense of being able to accurately describe the sequence in which events he observed occurred. Also consistent with the ordinary capacities of a child of his age at the time, he was not able to provide specific timeframes in terms of hours and minutes or durations for the sequential chronology which he could provide. Although he was able to describe events he observed, like most children of this age, his description of these events could, and did, become confused when he was questioned in a manner that involved questions that interrupted the narrative sequence of his own spontaneous and orderly description. The manner in which Diante was questioned concerning the sequence of events was an improper way to question a young child and rather than eliciting accurate chronological testimony simply demonstrated that a young child can be confused by inappropriate questioning.

24. As would be true for virtually all children of his age at the time of his brother's death, Diante was not able to determine or recognize the actual moment of his brother's death, as a child that age would not know the bodily indications that his brother had died. Definitive determination of time of death requires special medical expertise even for an adult. The signs of

12

death such as loss of pulse, cessation of breathing, absence of responsiveness would not be familiar to a child of Diante's age at the time of the death and would more likely than not remain unnoticed by him, much less interpreted with regard to their significance.

25. Like children of his age at the time of his brother's death, Diante was incapable of recognizing the full seriousness of the emergent situation that led to his brother's death at that time.

**Conclusion**

26.     It is this evaluator's professional opinion to a reasonable degree of psychiatric certainty that from a psychiatric point of view Diante Dancy was, in the days following his brother's death, at the time of his mother's trial, and at the time of his interviews with me, capable of expressing himself concerning the events surrounding his brother's death, and capable of understanding the duty to tell the truth about what he witnessed.

27.     Notably, both my finding with respect to Diante's capacity to express himself concerning the events surrounding his brother's death and my finding with respect to Diante's capacity to understand the duty of a witness to tell the truth appear consistent with the findings of the Child Advocacy Center forensic interviewer who interviewed Diante the day after his brother's death, as memorialized in the police reports in this case.  See May 15, 2005 Chicago Police Department General Progress Report, signed by Detective R. Wo.

28. As the only record of the CAC interview are Detective Wo's notes, which are woefully deficient, the interviewers failed to follow procedures for forensic interviewing of children that were widely recognized as appropriate at the time of those interviews.

29. Diante's inability to describe the specific times at which events he observed occurred and the time intervals involved, his inability to determine the time or indications of his brother's

13

death, and his having become confused about the sequence of events when questioned in a confusing manner all indicate only that he was functioning as a normal child of his age. They indicate neither that he was unable to accurately recount what he saw with respect to his brother's death, nor that he failed to possess the capacity to tell the truth and to appreciate the importance of being honest in the context of the investigation and the legal proceedings and they do not undermine his observations that he witnessed his brother wrap the elastic band around his neck causing his own death.

I reserve the right to amend or supplement this report if further information is provided.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Robert M. Galatzer-Levy, M.S., M.D.

**Exhibit A**
**CURRICULUM VITAE**

**ROBERT M. GALATZER-LEVY, M.D.**

Clinical Professor of Psychiatry and Behavioral Neuroscience, University of Chicago; Faculty, Chicago Institute for
Psychoanalysis
122 South Michigan Avenue
Suite 1407
Chicago, Illinois  60603

**Education**

14

Chicago Institute for Psychoanalysis (adult and child and adolescent) 1976-1982, Graduated, 1982
Fellow in Child Psychiatry, University of Chicago, 1973-1974
Resident in Psychiatry, University of Chicago, 1971-1974
Washington University School of Medicine, 1967-1971, M.D., 1971
New York University, Graduate School of Arts and Sciences, (Mathematics) 1965-1967, M.S., 1966
New York University, University College, 1961-1965, B.A., 1965
Bronx High School of Science, 1958-1961

**Certification**

American Psychoanalytic Association (adult, child and adolescent psychoanalysis) 1984
Licensed, State of Illinois, 1974
National Board of Medical Examiners, 1972

**Professional Activities**

Chemist, Marine Biological Laboratory, Woods Hole, Mass., 1967
Research Associate and Senior Research Associate, Physiology Course, Marine Biological Laboratory, 1968-1969
Private Practice of Child, Adolescent and Adult Psychiatry and Psychoanalysis, 1974-
Lecturer in Psychiatry, University of Chicago, 1974-
Attending Psychiatrist, Psychiatric and Psychosomatic Institute, Michael Reese Hospital, 1974-1993
Consultant, Illinois Department of Mental Health, Manteno Hospital, 1974-1975
Consultant, Skokie Public Schools Special Education 1975-1976
Faculty, Child and Adolescent Psychoanalytic Therapy Program, Chicago Institute for Psychoanalysis, 1978-
Instructor, Core Program, Chicago Institute for Psychoanalysis, 1984-1985
Faculty, Doctor of Psychotherapy Program, Chicago Institute for Psychoanalysis, 1984-1988
Psychoanalytic Education Faculty, Chicago Institute for Psychoanalysis 1985 -
Peer Reviewer American Psychiatric Association & Champus 1986-1990
Member, Board of Directors, Jewish Family and Community Services, 1988-1998
Principal, Analytic Consultants 1989 - 2010
Associate Supervising Analyst, Child and Adolescent, Chicago Institute for Psychoanalysis, 1990-1991
Training and Supervising Analyst, Chicago Institute for Psychoanalysis, 1991-
Child and Adolescent Supervising Analyst, Chicago Institute for Psychoanalysis, 1991-
Geographic Rule Child and Adolescent Supervising Analyst, Boston Psychoanalytic Institute, 1993 -
Systems Operator, The Psychoanalytic Virtual Bulletin Board, Research Division, Chicago Institute for Psychoanalysis, 1993 - 2001
Conference leader, "Psychoanalysis" on the Inter-psych service (An internet based discussion group), 1995 -
Supervisor, Chicago Center for Psychoanalysis, 1995 -
Member, Ad Hoc Committee on International Psychoanalytical Association E-mail Discussion Forum, 1997 -
Faculty Appointment, Chicago Center for Psychoanalysis, 1984 - 2002
Member, Consultant Panel, 2003 New Directions Writing and Critical Thinking with a Psychoanalytic Perspective
         Program, Washington Psychoanalytic Foundation
Clinical Professor of Psychiatry and Behavioral Neuroscience University of Chicago 2012 –
Chair of the Evaluation of Research and Results Subcommittee, International Psychoanalytic Association 2012-

**Books**

Galatzer-Levy, R., Kraus, L., & Galatzer-Levy, J. (eds.) (2009) *The Scientific Basis of Child Custody Decisions. Second Edition.* John Wiley & Sons  (Translation into Arabic to be published Arab Network for Research & Publishing, Saudi Arabia, 2013).

Cohler, B. & Galatzer-Levy, R. (2000) *The Course of Gay and Lesbian Lives.* University of Chicago Press

Galatzer-Levy, R., Bachrach, H., Skolnikoff, A. & Waldron, S., (2000) *Does Psychoanalysis Work?* New Haven: Yale University Press

Galatzer-Levy, R. and Kraus, L. (eds.) (1999) *The Scientific Basis of Child Custody Decisions.* John Wiley & Sons 1999.

Galatzer-Levy, R. and Cohler, B. (1993) *The Essential Other: A Developmental Psychology of the Self.* New York: Basic Books

**Articles and Book Chapters**

Galatzer-Levy, R. (in press) Women and Children Last: Comments of the History of Child Analysis. *The Psychoanalytic Study of the Child.*

Galatzer-Levy, R. (2014) A Nonlinear Lens on Berta Bornstein's "Frankie." *The Psychoanalytic Study of the Child.* 68:177-190

Galatzer-Levy, R. (in press) The Edge of Chaos: A Nonlinear View of Psychoanalytic Technique. *International Journal of Psychoanalysis.*

Galatzer-Levy, R. (2014)  Comments on The Selective Allure of Neuroscience and Its Implications for The Courtroom by A. Schniderman.  *The Jury Expert.* http://www.thejuryexpert.com/2014/11/the-selective-allure-of-neuroscience-and-its-implications-for-the-courtroom/

Galatzer-Levy, R.  (2014) Commentary on "Mourning the Body as Bedrock: Developmental Considerations in Treating Analytically Trannsexual Patients." *Journal of the American Psychoanalytic Association.* 52(5) 815-821.

Galatzer-Levy, R. (2014) Past and Future. Journal of the American Psychoanalytic Association 62(1) 187-190 (Book Review of *The New Dictioinary of Kleinian Thourght.).*

Cohler, B. & R. Galatzer-Levy (2013) The Historical Moment in the Analysis of Gay Men. *Journal of the American Psychoanalytic Association.* 1139-1174.

Galatzer-Levy, R. (2013) Greed: Up Close and Personal. In Ronis, E & L. Shaw, *Greed:Sex, Money, Power and Politics.* New York: International Psychoanalytic Press. Pp1-12.

Galatzer-Levy, R. (2013) The Death of the Analyst, the Death of the Analytic Community, and Bad Conduct. In. Adelman, A. & Malawista, K. (eds.) *The Therapist in Mourning: From the Faraway Nearby*. Pp.178-197. New York: Columbia University Press.

Galatzer-Levy, B. & Galatzer-Levy, R. (2012) Ordinary Police Interrogation in the United States, The Destruction of Meaning and Persons: A Psychoanalytic-Ethical Investigation. *American Imago* 69(1): 57-106

Galatzer-Levy, R. (2012) Obscuring Desire: A Special Pattern of Male Adolescent Masturbation, Internet

Pornography, and the Flight from Meaning. *Psychoanalytic Inquiry* 32(5): 480-495

Galatzer-Levy, R. (2012) In Memoriam: Bertram J. Cohler, 1938-2012 APA Division 39, Psychoanalysis
http://www.division39.org/div39_sects.php?sectid=1

Galatzer-Levy, R. (2011) Commentary a Terry Marks-Tarlow's Paper, "Merging and Emerging: A Nonlinear
Portrait of Intersubjectivity during Psychotherapy." *Psychoanalytic Diaglogs*. 21:1-12.

Galatzer-Levy, R. (2009) Finding Your Way Through Chaos, Fractals and Other Exotic Mathematical Objects: A
Guide for the Perplexed. *Journal of the American Psychoanalytic Association.* 57(5) 1227-1249

Galatzer-Levy, R. (2009) Good Vibrations: A Non-linear Dynamical Systems Model of the Action of
Psychoanalysis. *International Journal of Psychoanalysis.* 90:983-1007.


Galatzer-Levy, R. (2008) A Primer of Psychoanalysis for Alan Turing. in D. Dietrich et al. (eds) *Simulating the
Mind: A Technical Neruopsychoanalytic Approach.* Vienna, Springer. Pp. 367-380.

Galatzer-Levy, R. (2008) The Nuts and Bolts of Child Psychoanalysis. Annual of Psychoanalysis, 36:189-202


Cohler, B. & Galatzer-Levy, R (2008) Anna Freud and the Problem of Female Sexuality Psychoanalytic Inquiry.
Vol 28(1), Jan-Mar 2008, 3-26.

Galatzer-Levy, R. (2007) The importance of being fuzzy and the importance of being precise: Commentary on
Harrison and Tronick. *Journal of the American Psychoanalytic Association* 55: 883-889.

Cohler, B. & Galatzer-Levy, R. (2007) What Kind of Science is Psychoanalysis. Psychoanalytic Inquiry 27: 547-582

Galatzer-Levy, I. & Galatzer-Levy, R. (2007) August Aichhorn: A Different Vision of Psychoanalysis, Children and
Society. *The Psychoanalytic Study of the Child*.

Galatzer-Levy, I. & Galatzer-Levy, R. (2007) The Revolution in Psychiatric Diagnosis: problems at the foundations.
*Perspectives in Biology and Medicine*, 50:161–80

Cohler, B. & Galatzer-Levy, R. (2006) Love in the Classroom. In G. Bolt & P. Salvio (eds) *Love's Return:
Psychoanalytic Essays on Childhood, Teaching and Learning.* New York: Routledge.

Galatzer-Levy, R. (2006) Dangerous Clients: What to Do. *The Matrimonial Stategist.* 24(4): 1-7

Galatzer-Levy, R. (2006) How Divorce Ends. *ABA Section of Family Law Family Advocate* 29 (1) 18-19.

Galatzer-Levy, R. (2005) Commentary on "Becoming Aware of Feelings." *Neuropsychoanalysis.* 7(1):31-33

Galatzer-Levy, R. & Galatzer-Levy, S. (2005) Influencing Custody Evaluators. *The Matrimonial Strategist.* 23(12):
5-8

Galatzer-Levy, R. (2005) The Task Force on Reorganization Makes a Proposal: Now It's Up to You. *American
Psychoanalyst.* 39(4): 22-23

Galatzer-Levy, R. (2005) Reorganization Task Force Grapples with Central APsaA Functions. American
Psychoanalyst. 39(1): 21-31

17

Galatzer-Levy, R. (2004) The Death of the Analyst: Clinical Experiences with Patients Whose Analysts Died During Their Treatment. *Journal of the American Psychoanalytic Association* 52: 999-1024

_____ (2004) Chaotic Possibilities: Toward a New Model of Development. *International Journal of Psychoanalysis*. 85:419-442

_____ (2003) Psychoanalytic Research and Confidentiality: Dilemmas in *Confidentiality: Ethical Perspectives and Clinical Dilemmas*, Levin, C., Furlong, A. and O'Neil, M.K. (eds.). The Analytic Press, Inc. Hillsdale, N.J. pp 85-106

Galatzer-Levy, R. and Galatzer-Levy, S.J. (2003) Working Well with Custody Experts, *The Matrimonial Strategist*, Vol. 21, No. 4. p 3 (part three of a three-part article)

_____ (2003) Working Well with Custody Experts, *The Matrimonial Strategist*, Vol. 21, No. 3. p 3 (part two of three-part article)

_____ (2003) Working Well with Custody Experts, *The Matrimonial Strategist*, Vol. 21, No. 2. pp 1-4 (part one of a three-part article)

Galatzer-Levy, R., Baerger, D.R., Gould, J., and Nye, S. (2003) Evaluating the Evaluation: How to Understand and Critique Custody Evaluations in *2003 Family Law Update*, Brown, R. and Morgan, L.W. (eds.), Aspen Publishers, New York, N.Y. pp 139-211

Galatzer-Levy, R. (2002) Emergence, *Psychoanalytic Inquiry*, Lichtenberg, J. (ed.), Vol 22, No. 5. The Analytic Press, Hillsdale, N.J. pp 708-727

_____ (2002) Custody: Let's Get Up to Speed. *Clinical Psychiatry News*. December 2002

Galatzer-Levy, R. and Cohler, B. (2002) Making a Gay Identity: Coming Out, Social Context, and Psychodynamics, in *Rethinking Psychoanalysis and the Homosexualities*, Winer, J. and Anderson, W., (eds.), The Annual of Psychoanalysis, Vol. XXX, pp. 255-286. The Analytic Press, Hillsdale, N.J.

Baerger, D., Galatzer-Levy, R., Gould, J. (2002) A Methodology for Reviewing the Reliability and Relevance of Child Custody Evaluations Journal of the American Academy of Matrimonial Lawyers. 18: 35-73.

Galatzer-Levy, R. (2002) Stepfathers, Clinical Explorations in Cath, S.H. and Shopper, M., (eds.) *Stepparenting: Creating and Recreating Families in America Today.* The Analytic Press, Inc., Hillsdale.N. J. pp 127-142

_____ (2002) Created in others' eyes. *Adolescent psychiatry: Developmental and clinical studies,* 26:43-72..

_____ (2002) A Self Psychology Approach for Depression, in *Comparative Treatments of Depression*, Reinecke, M.A. and Davison, M.R., (eds.) Springer Publishing Company. New York

_____ (2001) The Analysis of a Frightened Little Boy, in *Analysis of the Under-Five Child*, Tyson, R. L.(ed.) Yale University Press, New Haven and London. pp 99-126

Galatzer-Levy, R. M. and Galatzer-Levy, J. (2001) A Field Guide to Mental Health Professionals: Choosing the Right Person for Your Case. *The Matrimonial Strategist.*Vol. XIX, Number 9. pp 4-6

Galatzer-Levy, R. Review, *Psychoanalysis, Literature and War.* Papers 1972-1995. By Hanna Segal. London: Routledge 1997. *The International Journal of Psychoanalysis*. October 2001, Vol. 82 Part 5, pp. 1021-1023

Galatzer-Levy, R.M. and Galatzer-Levy, J. (2001) How to Properly Use Psychological Testing in Custody

Evaluations. *The Matrimonial Strategist.* Vol. XIII, No. 2. pp 1-2; 5-6

_____ (2001) 5 Key Types of Psychological Tests Used in Custody Litigation. *The Matrimonial Strategist.* Vol. XIII, No. 2. pp 3-4

Galatzer-Levy, R. (2001) Finding our Way in Perplexity: The Meanings of Sex in the Analysis of a Gay Man. *Journal of the American Psychoanalytic Association.* Vol. 49/4. pp 1218-1234

Galatzer-Levy, R., (2000) From Consultation Room to Courtroom. *The American Psychoanalyst,* 34, 2:15-16

(2000) Review, *What Do Psychoanalysts Want? The Problem of Aims in Psychoanalytic Therapy* by Joseph Sandler and Anna Ursula Dreher. New York: Routledge, 1996.*Journal of the American Psychoanalytic Association,* 48, 2:649-653

Galatzer-Levy, R.M. and Galatzer-Levy, J. (2000) How the Concept of 'Syndrome' is Used–And Misused–In Divorce Litigation. *The Matrimonial Strategist*, Vol. XIII, No. 7, 1-4

Kelman J., Leventhal, B., Galatzer-Levy, R. & Kraus, L. (1999) Divorce, Custody, and Visitation in Mid-Childhood in Galatzer-Levy, R. and Kraus, L. (eds.), *The Scientific Basis of Child Custody Decisions.* John Wiley & Sons. 205-225.

Galatzer-Levy, R. & E. Ostrov From Empirical Findings to Custody Decisions in Galatzer-Levy, R. and Kraus, L. (eds.), *The Scientific Basis of Child Custody Decisions.* John Wiley & Sons. 32-57

Galatzer-Levy, R., (1999) Reanalysis and the Effectiveness of Child Analysis in Cohen, J. and Cohler, B (eds.) *The Psychoanalytic Study of Lives Over Time. Clinical and Research Perspectives on Children Who Return to Treatment in Adulthood.* Cohen, J. and Cohler, B (eds.) Academic Press

Galatzer-Levy, R. (1998) Self Psychology. In A. Tasman, J. Kay, & J. Lieberman (eds.) *Psychiatry.* New York: Saunders

Galatzer-Levy, R., and Hauser, S. (1997), Psychoanalytic Research: An Investment in the Future, *Journal of the American Psychoanalytic Association,* 45, 1:9-12

Bachrach, H., Galatzer-Levy, R.,Skolnikoff, A., Waldron S. (1997), Uber die Wirksamkeit der Psychoanalyse.*Psychoanalysen im Ruckblick: Methoden, Ergebnisse und Perspektiven der neuerenKatamneseforschung,* Leuzinger-Bohleber, and Stuhr, Ulrich (Eds.) pp.285-319. Psychosozial-Verlag, Giessen (Trans.of Bachrach, et al., above.)

Galatzer-Levy, R. (1997), Psychoanalysis, Memory, and Trauma in Appelbaum, P., Uyehara, L. & Elin, M. (eds.) *Trauma and Memory: Clinical and Legal Controversies.* New York: Oxford University Press

Galatzer-Levy, R. (1997) The Witch and Her Children: Metapsychology′s Fate. *The Annual of Psychoanalysis,* 25:27-48

_____ (1996) Review of *Telling Facts: History and Narration in Psychoanalysis.* J. Smith & H. Morris (eds.). *Journal of the American Psychoanalytic Association. 44:981-986*

_____ (1996) Review of *The Private Self.* by A. Modell. *International Journal of Psychoanalysis.* 77:024-025

_____(1996) Review of *Validation in the Clinical Theory of Psychoanalysis: A Study in the Philosophy of Psychoanalysis. Journal of The American Psychoanalytic Association*, 44:594-598

Cohler, B. and Galatzer-Levy, R. (1996) Self Psychology and Homosexuality, Sexual Orientation and Maintenance

19

of Personal Integrity in R.P. Cabaj and T.S. Stein (eds.)*Textbook of Homosexuality and Mental Health*, pp. 207-223. Washington: American Psychiatric Press

Galatzer-Levy, R. (1995) Psychoanalysis and Dynamical Systems Theory: Prediction and Self Similarity. *Journal of the American Psychoanalytic Association.* 43: 1085-1113.

_____ (1995) Little People, Little Problems. *The Analytic Observer, Newsletter of the Chicago Psychoanalytic Society* 3: 5-6

_____ (1995) Parenthood and the Treatment of Children. *The Bulletin of the Institute for Psychoanalysis* 5 2, 11-12

_____ (1995) The Committee on Scientific Activities: Two Decades of Productivity. *The American Psychoanalyst* 29: 18-19

_____ (1995) Abstract, Mathematics, *The Psychoanalytic Quarterly,* 64, :820-822

_____ (1994) Review of *Schema in Clinical Psychoanalysis* by R. Slap and S. Slap-Selton.*Journal of the American Psychoanalytic Association.* 42:298 - 301

_____ (1994) Research Report: The Psychoanalytic Virtual Bulletin Board System. *The Chicago Psychoanalytic Society Newsletter.* 2:1-2

_____ (1994) Editorial: Children, Bad Happenings, and Meanings. *Journal of the American Psychoanalytic Association,* 42:997-1000

_____ (1994) Discussion: The rewards of research. *Journal of the American Psychoanalytic Association.* (Supplement, 41:393-424 *Research in Psychoanalysis: Process, Development, Outcome.* T. Shapiro and R. Emde [eds]).

_____ (1993) Adolescent Violence and the Adolescent Self. *Adolescent Psychiatry 19* 418-441

_____ (1993) When You're Stupid and Things Don't Work Right: Notes from the Analysis of an Adolescent Boy with a Learning Disability. in K. Field, E. Kaufman, & C. Saltzman (eds.) *Emotions and Learning Reconsidered: International Perspectives.* New York: Gardner pp. 171-183

_____ (1993) The Psychological Significance of Others in Adolescence: Issues for Study and Intervention. in P. Tolan & B. Cohler (eds.) *Handbook of Clinical Research and Practice with Adolescents.* New York: John Wiley. pp. 63-94

_____ (1993) Review of *The Interpersonal Theory of Psychoanalysis.* by R. Stolorow and G. Atwood. *International Journal of Psychoanalysis.*

Cohler, B. and Galatzer-Levy, R. (1992) Psychoanalysis and the classroom: intent and meaning in learning and teaching. in N. Szajnberg, (ed.) *Educating the Emotions: Bruno Bettelheim and Psychoanalytic Development.* New York. Plenum.

Galatzer-Levy, R. (1992) Psychoanalysis, Psychology and the Self. in Barron, J. Eagle, M. & Wolitzky (eds.) *Interface of Psychoanalysis and Psychology.* Washington: American Psychological Association Press. 429-451

_____ (1992) What kind of science is psychoanalysis? *AAAS92 Program/Abstracts. 137*

Galatzer-Levy and M. Gruber (1992) Disgust, a quasi-experiment about the meaning of an emotion. *Annual of Psychoanalysis. 20*:69-92

Bachrach, H., Galatzer-Levy, R. Skolnikoff, A. and Waldron, W. (1991) On the Efficacy of Psychoanalysis. *Journal of the American Psychoanalytic Association.* 39: 4.871-916

Galatzer-Levy, R. (1991) Considerations in the Psychotherapy of Adolescents in A. Slomovitz (ed.) *Adolescent Psychotherapy.* Washington, D.C. American Psychiatric Association Press. pp. 83-100

_____ (1991) Review of *Adolescent Breakdown* by M. Laufer and M. Laufer. *International Journal of Psychoanalysis.* 72: 725-727

_____ (1991) Computer models and psychoanalytic ideas: Epistemological applications. *Society for Psychoanalysis and Psychotherapy Bulletin* 6: 23-33

_____ (1991) Introduction: Self Psychology Searches for Itself. In A. Goldberg (ed.) *Progress in Self Psychology* 7:xiii-xx

Galatzer-Levy, R. and B. Cohler (1990) The Developmental Psychology of the Self: A New Worldview in Psychoanalysis. *Annual of Psychoanalysis* 18:1-43

Cohler, B. and Galatzer-Levy, R. (1990) Self, Meaning and Coherence in the Second Half of Life. in Nemiroff, R. & Calarusso, C. (eds.) *New Dimensions in Adult Development.* New York: Basic Books

Galatzer-Levy, R. (1990) Review of *Immaterial Facts* by Robert Caper. *Psychoanalytic Books*1:327-329

_____ (1990) Review of *Treating the Self: Elements of Clinical Self Psychology* by Ernest S. Wolf, M.D. *Bulletin of the Institute for Psychoanalysis.* 1: 5

Galatzer-Levy, R. and Cohler, B. (1990) The Selfobjects of the second half of life. In A. Goldberg (ed.) *Progress in Self Psychology* 6: 93-109

Galatzer-Levy, R.(1988) On Working Through: A Model from Artificial Intelligence. *Journal of the American Psychoanalytic Association.* 36:125-150

_____ (1988) A View from the Second Generation: Heinz Kohut as Teacher and Supervisor. in A. Goldberg (ed.) *Progress in Self Psychology.* 4:1-40

Cohler, B. and Galatzer-Levy, R. (1988) Self Psychology and Psychoanalytic Psychotherapy in J. M. Ross and W. Myers (eds.) *New Concepts in Psychoanalytic Psychotherapy* pp. 204 - 225. Washington: American Psychiatric Press

Galatzer-Levy, R. (1988) Review of *The Psychotic Core* by M. Eigen. *Psychoanalytic Quarterly.*57:268-272

Galatzer-Levy, R. and Brand, A. (1988) Finding What You Need: The Computer as a Tool for Locating Psychoanalytic Information. *American Psychoanalytic Association Newsletter.* 22, 1: 5-13

Galatzer-Levy, R.(1987) (reporter) Panel on the Severely Neurotic and Borderline Child. *Journal of the American Psychoanalytic Association.* 35:189-202

_____ (1987) (reporter) Panel on the Treatment of Severely Neurotic and Borderline Children *Journal of the American Psychoanalytic Association.* 35: 420-422

_____(1987) Psychoanalytic Experiences with Manic-Depressive Patients in A. Goldberg (ed.) *Frontiers in Self Psychology: Progress in Self Psychology.* 3:87-103

_____ (1984) Adolescent Crisis and Mid-Life Crisis. In: D. Brockman (ed.), *Psychoanalytic Perspectives on the*

21

*Older Adolescent.* New York: International Universities Press pp: 29-51

_____ (1984) Review of *The Psychoanalytic Study of the Child,* Vol. 36, *Review of Psychoanalytic Books.* 2:177-185

_____ (1984) Review of D. Klein, *Jewish Origins of the Psychoanalytic Movement. Isis*. 75:216

_____ (1984) Review of *Secret Symmetry,* by A. Castalano. *Review of Psychoanalytic Books.*2:59-64

_____ (1984) (editor) Part IV. *Clinical Institute: Perspective in the Treatment of Adolescents and Youth. Adolescent Psychiatry* 12:293-390

_____ (1984) Editor's Introduction. *Adolescent Psychiatry* 12:293-295

_____ (1984) The Analysis of an Adolescent Boy. *Adolescent Psychiatry* 12:336-360

_____ (1983) The Regulatory Principles of Mental Functioning *Psychoanalysis and Contemporary Science.* 6:255-289

_____ (1982) The Opening Phase of Psychotherapy of Hypochondriasis. *International Journal of Psychoanalytic Psychotherapy.* 9:389-413

_____ (1980) Beginning the Treatment of Hypochondriasis (letter). *Archives of General Psychiatry*

_____ (1980) Characterizing our Ignorance. *Annual of Psychoanalysis.* 8:77-82

_____ (1980) review of R. Fine, *History of Psychoanalysis. Annals of Science* 62:181-182

_____ (1978) Qualitative Change from Quantitative Change: Mathematical Catastrophe Theory and Psychoanalysis. *Journal of the American Psychoanalytic Association.* 26:921-935

_____ (1978) Book Review of H. Decker's *Freud in Germany. Isis.* 67:482-483

_____ (1976) Psychic Energy: A Historical Perspective. *Annual of Psychoanalysis.* 4:41-64

_____ (1974) Analysis of Calls to a Drug-Crisis Intervention Service. *Journal of Psychedelic Drugs.* 6:143-152

Levy, R. (1973) Untoward Effects of Drug Education. *American Journal of Public Health.*63:1071-1073

_____ & Halikas, J. (1972) Illicit Pentazocine (Talwin) Use: A Report of Thirteen Cases. *Internation Journal of the Addictions.* 7:693-700

Levy, R. & Brown, A. (1971), A Drug Crisis Intervention Unit: Analysis of the First Year of Operation (abst.) *Clinical Research.* 19:502

Freiden, R., Levy, R. & Harmon, R. (1970) A Student-Community Planned Health Project for the Poor. *New England Journal of Medicine.* 283:1142-1157

Klein, D. & Levy, R. (1968) Artificial Sea Waters and Stains. In: G. Cavanaugh, ed. *Formulae and Methods of the Marine Biological Laboratory.* Woods Hole, Mass.

Levy, R. (1968) Ages of Experimental Animals (letter) *Science.* 160:27

Davis, M. & Levy, R. (1968) *Mathematical Logic.* (mimeographed lecture notes). Courant Institute of Mathematical

Science. New York.

**Presentations and Discussions since January, 1987**

The Impaired Therapist: Ethical Considerations, Contemporary Freudian Society. Washington DC September 21, 2014

Freud's non-response to the First World War, Panel on Untimely Thoughts on War and Death. Association for Psychoanalysis of Culture and Society. New Brunswick NJ October 18, 2014

Introduction of the Gertrude and Ernst Ticho Memorial Lecture. American Psychoanalytic Association. June 6, 2014.

Workshop Outcome of Child and Adolescent Psychoanalysis. June 7, 2014. American Psychoanalytic Association. June 7, 2014.

Workshop Psychoanalytic Aspect of Assisted Reproductive Technology. American Psychoanalytic Association. June 7, 2014

Closing Remarks, Joseph Sanderl Psychoanalytic Research Conference; Farnkfurt Am Main, Germany, March 2, 2014

"How the Concept of the Essential Other Came to Be" Plenary Address: The Essential Other Generativity, Resilience and Narrative., Frances W. Parker School. September 21, 2013

"The Edge of Chaos: A New Nonlinear View of Psychoanalytic Technique." 48th International Psychoanalytic Association Congress, Prague, Czech Republic, August 3, 2013

"Bertram Cohler on Method: The Chicago School Meets Herman the Newt." Bertam J. Cohler Memorial Conference. The University of 'Chicago. June 13, 2013.

Panel with Irwin Hoffman, Fred Levin, Frank Summers and Erika Schmidt, "What Kind of Science is Psychoanalysis. Presented at "Which Way Forward Psychoanalysis." Chicago Illinois May 19, 2013.

Panel with Pablo Ben, On Freud's Three Essays on Sexuality. Presented at "Which Way Forward Psychoanalysis." Chicago Illinois May 18, 2013.

The Historical Moment and the Analysis of Gay Men (with B. Cohler). Delivered at the American Psychoanalytic Association. January 16, 2013 (Recipient of the Ralph Roughton Prize.)

Bertram Cohler. Delivered at the American Psychoanalytic Association. January 15, 2013

Shocking Boundaries. Paper Delivered at the American Psychoanalytic Association. June 14, 2012

Creativity on a Dancing Landscape, Lecture, Division 39 (Psychoanalytic Psychology) April, 2012

Workshop on Nonlinear Dynamics and Creative. Washington Psychoanalytic Center. March 20, 2012.

The Non-linear Analyst: A Lecture in Honor of John Kafka. Washington Psychoanalytic Center. March 19, 2012.

The nonlinear clinician 21st Annual International Conference: The Society for Chaos Theory in Psychology and Life Sciences: August 4-6, 2011, Chapman University, Orange California USA; 2011; 1 p [Society for Chaos Theory in Psychology and Life Sciences].

"Ten Questions for Psychoanalysis in the 21st Century." Presidential Address, Chicago Psychoanalytic Society. June 23, 2009.

Presenter, Panel on "Outside the Frame: Applying Analytic Thinking in Other Settings." Conference, Doing Child and Adolescent Psychotherapy. Chicago Institute for Psychoanalysis. March 7, 2009.

"Money and Greed" paper presented as part of a panel "Theoretical and Clinical Perspectives on Money" Symposium 2009: Greed, Sex, Money, Power and Politics. New York February 21, 2009

"Emergence, Clinical Perspectives" in Panel, Emergence and Specificity in Therapeutic Efficacy. 30th Annual International Conference on the Psychology of the Self: Self and Systems. Los Angeles, California. October 11, 2007

Presenter Panel on the Gay Adolescent. American Psychoanalytic Association. June 7, 2007

Lecture, *Beyond Irrationality: Greed, Up Close and Personal.* Conference on *Money and Greed: The Psychology of Economic Behavior.* Chicago Institute for Psychoanalysis March 24, 2007.

Who Do I Love? How Do I Love? An Adolescent Boy's Multidimensional Struggle for Identity. Baltimore Washington Center for Psychoanalysis. March 4, 2006.

Good Vibrations: A New Model of Psychoanalytic Process Based in Chaos Theory and Non-Linear Dynamics. Atlanta Psychoanalytic Society November 11, 2005; Chicago Psychoanalytic Society November 23, 2005.

Transference-Countertransference: The Heart of Psychotherapy. The Center for Psychoanalytic Study and The Irving B. Harris Child Development Program, The Winter Scientific Conference, November 3, 2005.

Discussion of Stuart Michaels's paper, "Queer Counts: Homosexuality in Surveys from Kinsey to the Age of AIDS." Conference, "Sex in the City." September 24, 2005.

Discussion of Neil Altman's paper "Is Child Psychoanalysis Parent to Adult Psychoanalysis." Chicago Psychoanalytic Society. February 22, 2005

"When a Child Goes to Court: A Guide for Therapists." The Spring Scientific Conference 2004, The Center for Psychoanalytic Study and The Irving B. Harris Child Development Program, June 3, 2004.

"Children of Divorce: What Helps What Hurts." Adult Education Program, KAM- Isaiah-Israel May 9, 2004 .

"Good Vibrations: The Psychoanalytic Process and Coupled Oscillators." The William Alenson White Institute, New York, April 23, 2004.

"Children of Divorce — What Helps, What Hurts." Association of Child and Adolescent Psychotherapists Benefit for the Zetland-Littner Scholarship Fund April 18, 2004.

Discussant, "The Shadow of the Object Revisited: A System Approach to Irreconcilable Loss," George Fishman, M.D., Author, 92nd Annual Meeting, The American Psychoanalytic Association, Boston, Massachusetts, June 21, 2003

Presenter, "Children at Risk: Children with Traumatic Stress Disorder," Scientific Conference of The Center for Psychoanalytic Study and The Irving Harris Child Development Center, Chicago, Illinois, April 10, 2003

Lecturer, "Countertransference and Resistance in Play Therapy," Jewish Family & Community Service at their

Virginia Frank Child Development Center, Chicago, Illinois, February 20, 2003

Panel Member, Oregon State Bar 2002 Annual Conference, Family Law Section, "Parental Alienation Syndrome: What It Is; How to Use It; How to Defend Against It," Gleneden Beach, Oregon, November 15, 2002

Speaker, Chicago Bar Association's Matrimonial Lawyers Committee Seminar, "How to Handle Difficult Litigants (Clients and Attorneys)," Chicago, Illinois, October 9, 2002

Workshop Leader, Chicago Psychoanalytic Society in association with The Institute for Psychoanalysis, "Delinquents and Other Outlaws," Chicago, Illinois, October 5, 2002

Panel Member, Parent Resource Network, "The Game Has Changed," Glencoe PTA, Glencoe, Illinois, October 2, 2002

Panel Member, Division 39 Summer Meeting 2002, *Emergence,* "Non-Linear Dynamics and Psychodynamics: Applications to Psychotherapy Practice," American Psychological Association, Chicago, Illinois, August 22-25, 2002

Faculty Member, Forensic Forum Seminar, "Focus on Parental Alienation," Chicago Bar Association, Chicago, Illinois, February 2, 2002

Discussant of Barbara Fajardo, Ph.D.'s "The Therapeutic Alliance: Coupled Oscillators in Biological Synchrony," Chicago Psychoanalytic Society, Chicago, Illinois, September 25, 2001

The Role of Child Development in Child Custody Proceedings. Children's Summer Institute, Child-Centered Divorce: An Oxymoron? Loyola University Chicago, July 16, 2001

Developmental Issues in Children's Interviews II (Memory), presented at the course, Forensic Interviewing of Children (Forensic Forum), June 23, 2001

Discussant of Shelley Doctors, Ph.D.'s "Attachment–Individuation: I. Clinical Notes Toward a Reconsideration of 'Adolescent Turmoil,'" Chicago Psychoanalytic Society, Chicago, Illinois, May 22, 2001

The 26th Annual Sandor S. Feldman Lecture, "The Course of Gay & Lesbian Lives: Are We Better Informed Today?" The Psychoanalytic Society of Upstate New York, May 19, 2001

Money and the Therapeutic Relationship (audiotape), On Good Authority, May 3, 2001

"Outsider Identities," Chicago Society for Adolescent Psychiatry, Oak Brook, Illinois, April 20, 2001

Participant, Panel on the High-Conflict Custody Case. Abduction, Alienation and Abuse Allegations, American Bar Association Section on Family Law, Fall Continuing Legal Education Conference, Tampa, Florida, October 20, 2000

Discussion of Jonathan Lear's Paper - Privacy: A Virtue, presented at the International Psychoanalytic Association Conference on Confidentiality and Society: Psychotherapy, Ethics and the Law, Montreal, Canada, October 15, 2000

Research and Confidentiality in Psychoanalysis: A Dilemma, presented at the International Psychoanalytic Association Conference on Confidentiality and Society: Psychotherapy, Ethics and the Law, Montreal, Canada, October 13, 2000

Youth Violence and the Psychology of the Self, The Conference on Youth and Violence, Institute for Psychoanalysis, Chicago, Illinois May 13, 2000

Studying Analytic Process Empirically. 89th Annual Meeting, The American Psychoanalytic Association, Chicago, Illinois May 10, 2000

Aftermath of Violence. Post Traumatic Stress, Hadassah Mental Health Professionals, Highland Park, Illinois April 12, 2000

Unpacking the Child's Best Interest Concept, Chicago Bar Association, Matrimonial Law Division, Chicago, Illinois January 13, 2000

Peer Conflict Panel Discussion, Parent Resource Network of the Glencoe PTA, Glencoe, Illinois October 20, 1999

Competition, Social Status and Cruelty, Jordan Teacher Center Workshop, Evanston, Illinois October 5, 1999

The Scientific Basis of Child Custody Decisions Symposium, The Forensic Forum, Chicago, Illinois June 15, 1999

Religious Counseling and Secular Psychotherapy: Comparisons and Contrasts, St. Francis Hospital Clergy Institute, May 4, 1999

What Is Healthy Competition?, The Mental Health Association of Evanston and District 65, McGaw YMCA Child Care Center and the Youth & Family Committee, Evanston, Illinois, April 24, 1999

Presentation of the Concepts of Transference and Counter-Transference Issues, Center for Psychoanalytic Study's Scientific Conference dedicated to the Irving Harris Development Program, Chicago, Illinois, April 23, 1999

Created in Others' Eyes: The Social Construction of Adolescence, Chicago Society for Adolescent Psychiatry and Illinois Council of Child and Adolescent Psychiatry, Lake Geneva, Wisconsin, February 14, 1999; American Society of Adolescent Psychiatry. March 19, 1999

Chaotic Possibilities, Wisconsin Psychoanalytic Society, Milwaukee, Wisconsin, February 6, 1999

Examination and Cross Examination of Custody Evaluations, Chicago Bar Association, Matrimonial Law Division, November 23, 1998

Raising a Caring Child in an Affluent Society, Family Network, Highland Park, IL. November 12, 1998

Tips on Examination and Cross Examination of Custody Evaluators, Chicago Bar Association Matrimonial Law Committee, October 14, 1998

Edith Weigert Lecture: Chaos/Complexity Theory and Psychoanalysis. Forum on Psychiatry and the Humanities, Washington School of Psychiatry, Bethesda, Maryland, October 31, 1997

Chaotic Possibilities: Toward a New Model of Development, Chicago Psychoanalytic Society, October 28, 1997

Daubert and the Future of Behavioral Science Testimony. Standards for Behavioral Science Testimony in the Illinois Courtroom. Behavioral Science & Legal Forum. The Institute for Psychoanalysis, Chicago, Illinois, September 18, 1997

Grand Rounds: Does Psychoanalysis Work?, Northwestern University Medical School, Department of Psychiatry and Behavioral Sciences, Chicago, Illinois, March 13, 1996

A Deeper Hunger - Self Psychology, Religion, and the Practice of Psychotherapy in the 1990s. The Nature of Consolation in Judaism: Job and Nachman of Bratslav. The Center for Religion & Psychotherapy of Chicago, Chicago, Illinois, March 1-2, 1996

The School Romance: Psychodynamic Approaches to the Subjective Experience of School life, The Francis W. Parker School, Chicago, Illinois, December 1-2, 1995

Challenges of Parenting in the '90s, Josselyn Center for Mental Health, Northfield, Illinois, October 17, 1995

Panel Presentation: The Analysis of a Frightened Little Boy. American Psychoanalytic Association May 19, 1993. Also Cleveland Psychoanalytic Institute, April, 1995

Finding Our Way in Uncertainty: A Gay Man and a Straight Analyst Try to Talk About Sex, Masculinity and All That, Presented at Symposium, Shapes of Desire, Homosexuality and Psychoanalysis, The Western New England Psychoanalytic Society, Yale University, New Haven, Connecticut, April 22, 1995

Participant, Panel on the High-Conflict Custody Case . Abduction, Alienation and Abuse Allegations, at Western New England Symposium, Shapes of Desire, April 1995

How and Why *The Essential Other* Came to Be, delivered before the Graduate Student Association, Loyola School of Social Work, March 29, 1995

Why People Work: What Causes Decreased Efficiency and Productivity in the Workplace?, Employee Assistance Society of North America: Illinois Chapter, February 23, 1995

The Developmental Process of Aging, in *Enhancing our Work with Older Clients.* sponsored by The Center for Applied Gerontology, Council for Jewish Elderly and The Institute for Clinical Social Work, January, 1995

Discussant of E. Schwaber's *Analytic Listening*, Fall meeting, American Psychoanalytic Association, December 1994

Panelist, Family Law Update, Illinois Bar Association, December 9, 1994

Special Program for Psychiatry Residents, Psychology and Social Work Students: Superego Pathology in the Violent Adolescent. Presented at The American Psychiatric Association, Philadelphia, Pa. May 20, 1994

Panelist, The Psychodynamics of Men Reconsidered (Exploring the Meaning of Sex in the Analysis of the Gay Man.) The American Psychoanalytic Association. May, 1994

Recovered Memories of Trauma, a Psychoanalytic View, American Psychiatric Association, May 24, 1994

Discussion of T. Jacobs, "Psychoanalysis of the 'unanalyzable' patient." American Psychoanalytic Association. December, 1993

Researching the Efficacy of Child Psychoanalysis and Psychoanalytic Psychotherapy, Illinois Council of Child and Adolescent Psychiatry, Chicago, Illinois, June 9, 1993

Discussion of J. Weiss "The Loss of Repression." American Psychoanalytic Association. May 18, 1993

Address to the Matrimonial Law Committee, Chicago Bar Association: Stress Management for Matrimonial Lawyers: Attorney/Client Stress. April 14, 1993

Solace and Comfort: Aspects of Healing, To Life! - Congregations and Communities Facing Change, Interfaith Conference on Spirituality and Aging co-sponsored by Arthur Rubloff Institute for Jewish Living of Temple Sholom, Northwestern Memorial Hospital, Buehler Center on Aging, McGaw Medical Center of Northwestern University, American Association of Retired Persons, American Society on Aging Forum on Religion and Aging, Chicago, Illinois May 19, 1992

27

Clinical Issues in Panel Presentation: Dynamics of Young Adulthood. Illinois Society for Clinical Social Work Conference: Coming of Age: The Dynamics of Young Adulthood. Chicago, Il April 24, 1992

Panelist "Visitation: From Infancy through Adolescence - Problems and Pitfalls" Annual meeting American Academy of Matrimonial Lawyers. Chicago. October 30, 1991

Discussion on Sexuality and Self Psychology, "Master Class" 16th Annual Conference on the Psychology of the Self, October, 1991

Why People Work, Public Forum, Chicago Institute for Psychoanalysis, October, 1991

Course on Custody Evaluation (with J. Feinberg, J.D.) Consultation Service, Institute for Psychoanalysis May-June, 1991

Psychoanalysis and Chaos Theory: Prediction and Self Similarity, presented at the Research Meeting, Chicago Institute for Psychoanalysis, May 31, 1991

Radio appearance on WBEZ, the Mora Tapp Program in discussion of Jeffrey Masson's Final Analysis Nov. 30, 1990

The Combination of Psychoanalysis and Psychopharmacology. Panel Presentation, Illinois Psychiatric Society Nov. 17, 1990

Solace and Comfort in Rituals and Stories presented at Good Samaritan Hospital Nov. 11, 1990

Radio appearance on WGN, the Milt Rosenberg Show in discussion with Jeffrey Masson. Oct. 31, 1990

Adolescent Rage, Violence and the Endangered Self. Presented at The Canadian Association of Psychoanalytic Psychotherapists for Children Oct. 27, 1990

Antijudaism, Antisemitism and the Enfeebled Self. Presented at The American Jewish Committee's Leo Lichtenberg Institute for the Study of Anti-Semitism symposium, Toward a New Definition of Anti-Semitism. Sept. 9, 1990

University of Chicago Comprehensive Psychiatry Review: Psychoanalysis. February 28, 1990

Solace and the Ritual Process, presented at the 25th Anniversary, Center for Religion and Psychotherapy

Discussion of Barbara Fajardo's Paper: Development and Unanalyzablity. American Psychoanalytic Association. December 14, 1989

Nahman of Bratslav: Depression and Religious Creativity. Spertus College and Institute for Psychoanalysis Joint Conference on Psychoanalysis and Judaism, December 3, 1989

Dialogue with Paulina Kernberg on the Analysis of a Psychotic Child. Rush Presbyterian St. Luke's conference on Childhood Psychosis. December, 1989

What is an Analyst that He May Know a Mind and a Mind that an Analyst May Know It? Grand Rounds at Rush Presbyterian St. Luke's, November, 1989

Discussion of Bertram Cohler's Paper on "Psychoanalytic Study and Cultural Study." Chicago Psychoanalytic Society, September, 1989

"When You're Stupid and Things Don't Work." The Analysis of a Late Adolescent with a Learning Disability.

Presented at the First International Workshop on Educational Therapy. Chicago, August 26, 1989

Overview and Discussion - Panel on Psychoanalytic Case Reporting, American Psychoanalytic Association, May, 1989

Presidential Address. Adolescent Friendship, Chicago Society for Adolescent Psychiatry May 17, 1988, also presented at the University of Chicago Workshop on Psychoanalysis, March, 1989

The Development and Treatment of the Adolescent Self, Florida Society for Adolescent Psychiatry, March, 1989

The Adolescent's Selfobject World. Chicago Society for Adolescent Psychiatry, February, 1989

The Transition of Adolescence to Young Adulthood, a Shift in the Selfobject World - Presented at The Chicago Self Psychology Study Group September 1988

Toward a Mathematical Model of the Self. Conference on Mathematics and Psychoanalysis, New York, June 1988

Discussion of P. Barglow's Can Psychoanalytic Reconstructions be Validated? How? Chicago Psychoanalytic Society, January 1988

Discussion of J. Sashin's Toward a General Theory of Affects, American Psychoanalytic Association, New York, December 1987

Self Psychology and Self-Selfobject Development in Adult Life - Presented at the Tenth Annual Conference on Self Psychology, November 1987

Workshop on Baalei Tshuva and Conversion (with Tsvi Blanchard) Second Annual Conference on Psychoanalysis and Judaism, Chicago, November 1987

Clinical Dialogue with Marian Tolpin -Presented at the Tenth Annual Conference on Self Psychology, November 1987

The Transition of Adolescence to Young Adulthood, a Shift in the Selfobject World - Presented at the University of Chicago, Grand Rounds April 1987, The Minneapolis Society for Adolescent Psychiatry, October 1987

Case Presentation - An Adolescent Boy in Analysis - Association for Child Psychoanalysis, Key Biscayne, March, 1987

**Recordings**

The Robert Galatzer-Levy Collection. *On Good Authority.* Includes: The Assessment of Violent Adolescents; (with Nancy Murphy) Legal Issues in the Treatment of Domestic Violence; The Meaning of Money; Custody Evaluations.


**Professional Associations**

American Society of Trial Consultants, 2000 -
American Psychoanalytic Association (Active Member) 1986 -
        Committee on Honorary Membership, 1999 - 2008
            Chair 2001 - 2003
        Election Oversight Committee, 1999 - 2011
        Science Advisor, Executive Committee and Council – 2000 - 2006
        Councilor at Large (nationally elected position) 1999- 2004

29

Committee on Scientific Affairs 1986 -
      Subcommittee on Outcome studies 1988 - 1999
          Chair 1995 – 2001
      Subcommittee on Confidentiality 2004-
          Chair 2004 -
Committee on Child and Adolescent Analysis of the Board of Professional Standards 1993 - 1998
Fund for Psychoanalytic Research 1992 - 2007
      Co-Chair 1995 - 1998; Chair 1998-2000
Ad Hoc Committee to Study Certification 2002-2003
Task Force on Reorganization 2006-2007
      Chair 2006-2007
Secretary (Nationally elected office) 2007 -2011
Immediate Past Secretary 2011 –
Joint Psychoanalyst Assistance Committee 2012 -
International Psychoanalytic Association
      The Committee on Scientific Internet Facilitation, 1999 -
      Member, Nominating Committee, 1997
      The International Psychoanalytical Association Trust
      Member, Research Advisory Board, 1997-
      Chair, Program Committee, International Congress, Rio 2005-2007
      Chair, Committee on Evaluation of Research Proposals, 2012 -
American Management Association 1989 -
American Psychology-Law Society, 1997 -
American Professional Society on the Abuse of Children 1993 -
Association of Child Psychoanalysis
      Councilor, 1989 - 1993
      Program Committee 1987 - 1991
      Committee on Registry of Child Analysis Cases (Chairman) 1988 - 1992
British Society for the History of Science 1993 -
Chicago Psychoanalytic Society (Active member)
      Secretary, 1991 – 1994
      President-elect 2006-2007
      President 2007-2009
Center for Advanced Psychoanalytic Studies (CAPS) 1991 -
Midwest Society of Professional Consultants
Psychoanalysis at Aspen
Corporation, The Marine Biological Laboratory
Chicago Society for Adolescent Psychiatry
      Immediate Past President 1988 - 1989
      President 1987 - 1988
      President elect 1986 - 1987
      Program Chairman 1982 - 1983
      Secretary-Treasurer 1980 - 1982
      Councillor, 1978 - 1980
Illinois Council of Child Psychiatry
American Association for Psychiatry and the Law
American Association for the Advancement of Science
American Association for Artificial Intelligence
American Society for Adolescent Psychiatry
      Chairman Committee on Institutes 1983-1986,
      Program Chairman, Committee on Institutes, 1981-1983
American Mathematical Association
Association of Family and Conciliation Courts 1999 -
      Committee on Custody Evaluation 2000 -

30

**Boards of Directors**

Jewish Family and Community Service 1989 -1998
Consortium for Psychoanalytic Research 1988 - 1995
Fund for Psychoanalytic Research 1990 - 2007

**Editorial Boards**

Annual of Psychoanalysis 1987-1991
Annual of Psychoanalysis and Psychotherapy 1987-1990
International Journal of Psychoanalysis & International Review of Psychoanalysis 1989- 1991, 1997-2000
Journal of the American Psychoanalytic Association 1991 - 1994, 1997- 2000
Journal of Applied Psychoanalysis 1999 -
Neuropsychoanalysis 1999-
Progress in Self Psychology 1988 -

**Awards**

Joan Flemming Award for Excellence in Teaching, Candidates Association, Chicago Institute for Psychoanalysis, 1991

Distinguished Service Award, American Psychoanalytic Association, 2004

Distinguished Service Award, American Psychoanalytic Association, 2007

University of Chicago Department of Psychiatry and Behavioral Neuroscience, Instructor of the Year 2012

**Directory Listings**

*The Best Doctors in America* (1st , 2nd, 3rd and 4th Editions)

*The Best Doctors in America: Midwest Region*

*Who's Who in the Midwest*

*Top Doctors: Chicago Metro Area* (1st , 2nd and 3rd Editions)

*American Men and Women of Science*

*Who's Who in American*

**Medical-Legal Experience**

Dr. Galatzer-Levy has served as an expert witness or consultant in custody evaluation, termination of parental rights, juvenile and adult criminal, malpractice and personal injury litigation. He also has served as a litigation consultant, performed independent medical evaluation, and provided expert testimony before professional licensing and staff privilege committees.

Exhibit B

DCFS Reports Re: Nicole Harris in response to subpoena          10/26/15

    Includes:  Intake Summary, Person/Allegations/Relationship/

    Protective Custody, Assessment, Notes and Not Applicable/

    Waiver Request

General Progress Report-Death Investigation of Jaquari Dancy          05/15/05

Deposition of Alexandra Levi          12/10/15

Complaint Filed Requesting Jury Trial          06/12/14

Transcript of Randall Wo testimony at criminal trial          10/24/05

Deposition of Randall Wo          11/13/15

Diante Dancy deposition transcript

Transcript of Diante Dancy at competency hearing (PL Nicole Harris 7736-7762)

Nicole Harris deposition transcript

Sta-Von Dancy deposition transcript

Nicole Harris criminal trial transcript excerpts of testimony of Nicole Harris, Sta-Von Dancy,

Wanda Harris and Audrey Harris, and the court's hearing and ruling regarding Diante's

competency

Dr. Ryan R. Stevens affidavit (PL Nicole Harris 524-545)

Deposition of Nicole Harris          12/22/15

Court Decision, Harris v. Thompson, Court of Appeals          10/18/12

    Seventh Circuit 2012

Transcript of Karen Wilson at competency hearing (PL Nicole Harris 7650-7657)

Karen Wilson deposition transcript

33