# Exhibit B






**Family Assessment Clinic** | 4925 Packard Road, Ann Arbor, MI 48108 | Direct: 734.926.4650 | Main: 734.971.9781 | F: 734.971.2730 | www.csswashtenaw.org

Re:     Review of the Interviews and Report of Dr. Galatzer-Levy and Various Documents
        Related to Harris v. City of Chicago

<u>Contractual arrangement</u>

The Hale Law, L.L.C. has contracted with The Family Assessment Clinic, located at Catholic Social Services of Washtenaw County, through Kathleen Coulborn Faller, Ph.D. A.C.S.W., D.C.S.W., to provide opinions related to standards for forensic interviews of children in 2005 and 2006. The fee for any work performed on this case (document review, report writing, deposition, and court testimony) is $295 an hour, paid to Catholic Social Services of Washtenaw County, plus expenses.

<u>Summary of Qualifications</u>

KATHLEEN COULBORN FALLER, Ph.D., A.C.S.W., D.C.S.W., is Marion Elizabeth Blue Professor Emerita of Children and Families at the University of Michigan. She is also Co-Director of the Family Assessment Clinic at Catholic Social Services of Washtenaw County.

She is involved in research, clinical work, teaching, training, and writing in the area of child welfare, child sexual abuse, child maltreatment, forensic interviewing, and the child welfare workforce. Her primary practice and research area is child maltreatment, with a particular emphasis on child sexual abuse. She regularly conducts case record reviews where the issues are child maltreatment, child welfare best practice, social work best practice, and best practices for child forensic interviewing. She has been qualified as an expert witness in Federal and State courts, in child protection matters, criminal cases, domestic relations cases, and civil litigation. She has conducted over 300 juried professional conference presentations at international, national, and state conferences and provided over 250 workshops for child welfare professionals, mental health professionals, judges, lawyers, and health care professionals.

She is the author, editor, or co-editor of 10 books, *Social Work with Abused and Neglected Children* (The Free Press, 1981), *Child Sexual Abuse: An Interdisciplinary Manual for*

1

*Diagnosis, Case Management, and Treatment* (Columbia University Press, 1988), *Understanding Child Sexual Maltreatment* (Sage Publications, 1990), *Child Sexual Abuse: Intervention and Treatment* (U.S. Department of Health and Human Services, 1993), the American Professional Society on the Abuse of Children Study Guide: *Interviewing Children Suspected of Having Been Sexually Abused* (Sage Publications, 1996), *Maltreatment in Early Childhood: Tools for Research-based Intervention* (Haworth Press, 2000), *Understanding and Assessing Child Sexual Maltreatment, Second Edition* (Sage Publications, 2003), *Interviewing Children about Sexual Abuse: Controversies and Best Practice* (Oxford University Press, 2007), *Seeking Justice in Child Sexual Abuse: Shifting Burdens and Sharing Responsibilities* (Columbia University Press, 2010) and *Contested Issues in Child Sexual Abuse Evaluation* (Routledge Press, 2014), as well as approximately 100 research and clinical articles.

A copy of her Curriculum Vitae and list of recent cases where she has provided testimony are attached.

Materials Reviewed

In addition to the scholarly articles referenced, I have reviewed and relied upon the following materials in developing and rendering my opinions in this case:

- Confidentiality Order
- Civil Complaint of Nicole Harris
- Report of Dr. Robert Galatzer-Levy
- Videotaped Interviews of Diante Dancy by Dr. Galatzer-Levy
- Transcripts of Videotaped Interviews of Diante Dancy by Dr. Galatzer-Levy
- Competency Hearing Testimony of Diante Dancy
- Deposition of Diante Dancy
- Deposition of Nicole Harris
- Deposition of Stavon Dancy
- Deposition of Karen Wilson
- Deposition of Alexandra Levy
- Deposition of Detective Randall Wo
- Report of Dr. Brian Peterson
- Field Investigation Supplementary Police Report (City 386)
- Cleared Closed Supplementary Police Report (City 371)
- Notes of Detective Randall Wo (Deposition Exhibit 12)
- DCFS Records (DCFS 1-213)
- Transcript of Videotaped Confession by Nicole Harris, May 15, 2005
- Handwritten Statement of Stavon Dancy, May 15, 2005

This opinion addresses three questions:

**1. Was Dr. Galatzer-Levy's conclusion that Diante Dancy provided information during his videotaped interviews with Dr. Galatzer-Levy in 2006 that Diante witnessed his brother's death and his brother had caused his own death a correct conclusion?**
(Report of Dr. Galatzer-Levy, paragraph 13)

Dr. Galatzer-Levy was hired by Nicole Harris' attorneys in 2006 to determine Diante's competency, after his testimony had been barred because of the lack of competency at her criminal trial. In my opinion, Diante did not provide information to support a conclusion that Diante had witnessed his brother strangle himself. Diante's responses in various interviews with professionals indicate he was asleep when his brother died. The sequence of events Diante provides to Dr. Galatzer-Levy supports a conclusion that wrapping the string or the sheet around his neck occurred before he and Jaqueri went outside against parental permission.

Diante Dancy, age 5 and 6 when interviewed, is a challenging child to interview. He appears to be quite traumatized (he has lost his younger brother to a sudden death, has been separated from his mother, and has moved precipitously into the home of his grandmother), to have difficulty understanding some aspects of his environment (for example, his various schools as told to Dr. Galatzer-Levy), and to be challenged to answer questions about <u>when</u> events occurred (for example, in his competency hearing when asked when he last was at his house on North LaPorte). His responses at various times are inconsistent with facts documented from other sources. Sometimes he is incoherent when asked to relate his experiences (for example, at the end of Dr. Galatzer-Levy's first interview with him). The issue is how to reconcile his statements that Jaquari wrapped a string or a sheet around his neck and killed his own self and his multiple statements and affirmations that he was asleep when Jaquari died.

Altogether there are at least five instances during which he gives accounts of what happened on May 14, 2005, resulting in Jaquari's death, to individuals other than his family members. It is notable that on all occasions when Diante was asked to describe how his brother, Jaquari, age 4, died, Diante says or affirms he was asleep. Thus, toward the end of his forensic interview conducted by Ale Levi on May 15, 2005, he says he was asleep. The next day, May 16, 2005, Diante was interviewed by Karen Wilson, the DCFS child protection investigator, at the home of his grandmother, Patricia Dancy. Although he provides information about events potentially associated with Jaquari's death, Diante told Ms. Wilson that he was asleep when Jaquari died. Similarly, Ms. Wilson testified at her Jan. 11, 2016, deposition that Diante told her that he was asleep when Jaquari died (e.g., pp. 110, 112).

On October 24, 2005, Diante testified in a competency hearing related to the criminal case against his mother, Nicole Harris. I agree with Dr. Galatzer-Levy that court is very daunting for children, and the questions asked of Diante were not framed in a way to elicit accurate and complete testimony from him. Thus, it is likely some of the inconsistencies in his

October 2005 testimony relate to the context and the lack of skill on the part of his questioners.

That said, Diante was asked if he remembered talking to Ms. Wilson and telling her that he was asleep when Jaquari died. He responds, "Yes." At one point, he was asked if he remembered talking to Jaquari (on the day of his death), and he says, "Yes." He is then asked what Jaquari said. Diante's reply is, "He said, my mommy killed my brother, and my mommy didn't." In addition during this testimony, Diante says Jaquari was wrapping a string and the sheet around his neck, but he also states that they were playing a game and that's all he remembers.

During Diante's second interview by Dr. Galatzer-Levy, he tells the doctor three times that he was asleep when his brother died. (Apr. 15, 2006 Interview, pp. 9, 12, 13). Diante says, "We, when we falled asleep Jaquari had a bubble in his mouth, a real a bubble. In the corner. Like he was fixing to die. And then mom and dad took him and left me in the house when I was still sleeping." (Apr. 15, 2006 Interview, p. 9)

Later in the interview by Dr. Galatzer-Levy are the following exchanges: Diante says, "Because, because I think they saw him, had a real large bubble." Dr. Galatzer-Levy hears "Had a really large bump[1]." Despite the fact this is not what Diante said, Diante affirms Dr. Galatzer-Levy's statement, but then Diante says, "Because I didn't see what happened." Dr. Galatzer-Levy, "Okay." Diante says, "I was still asleep." (Apr. 15, 2006 Interview, p. 12)

Still later Dr. Galatzer-Levy asks Diante when he knew things weren't good with Jaquari. Diante says, "Because when I, when I waked up, I saw, I didn't see Jaquari. I didn't see mom and dad. Cause they had left the house and I was all alone." (Apr. 15, 2006 Interview, pp. 12-13)

Moreover, Sta'von Dancy stated in his Jan. 12, 2016, deposition that, when he returned to the house to get Diante before going the Our Lady of Resurrection Hospital, where Jaquari had been taken by ambulance, Diante was still asleep. He woke Diante up to take him to the hospital. When Diante woke up, he asked what was happening. Sta'von made no mention in his testimony that he told Diante what happened at that time. Sta'von did testify at his deposition, however, that he asked Diante several times over the years whether he saw what happened to Jaquari, and that each time Diante told him that he was asleep. (Sta'von Dancy Deposition, p. 91)

It is true that despite Diante's consistent statements that he was asleep when Jaquari died, there are instances where Diante also says that his brother wrapped both the string and the sheet around his neck. He tells this to Ale Levy, to Karen Wilson, and to Dr. Galatzer-Levy. Based on the chronology that Diante provided to Dr. Galatzer-Levy as well has Diante's deposition testimony that Jaquari was playing and talking when he wrapped the sheet around his neck, the wrapping incident appears to have happened before the boys

---

[1] Dr. Galatzer-Levy has a supportive interview manner, but he appears to have trouble hearing.

were spanked for going outside and put to bed on punishment. This sequence of events seems to be reflected in Dr. Galatzer-Levy's second interview with Diante, quoted below:

Q: Oh, they (parents) were in their room. Okay. And you were in your room with Jaquari. Okay. Then what happened? He put a sheet around his neck. What happened next?
A: Well, well, he got in troubles and my mom and daddy left us in the house. And then we can't go outside, but we did, get in trouble.
Q: Okay. So--
A: And then --
Q: (Dr. G-L interrupts Diante) Hold on, because I want to make sure I understand things real clear here. So, he put the sheet – you'd gotten in trouble, right? Because you went outside.
A: Yeah, both of us was get in trouble.
Q: Both of you got in trouble. But was that before or after he put the sheet around his neck?
A: First he put the sheet around his neck.
Q: Okay. And then then you went outside.
A: Um-hmm. We got in trouble.
Q: And got in trouble. And then what happened?
A: We played, we was in the house and when we went out, I mean in, my mom had a belt and whup us and, uh [inaudible] we wouldn't be, we have a bunk bed.
(Dr. Galatzer-Levy, Apr. 15, 2006 Interview, p. 8).

In this exchange with Dr. Galatzer-Levi, it appears that Jaquari was playing with a sheet, which he put around his neck; then the boys went outside; then Nicole hit the boys with a belt; and then Diante went to sleep.

Dr. Galatzer-Levy states, "Consistent with the ordinary abilities of a child his age, Diante was able to provide a chronology in the sense of being able to accurately describe the sequence in which events he observed occurred." (Galatzer-Levy Report, paragraph 23). If Diante can provide a chronology, Dr. Galatzer-Levy's opinion that Diante "witnessed his brother wrap the elastic band around his own neck causing his own death." (Galatzer-Levy Report, paragraph 29) is incorrect.  This wrapping occurred earlier when they were playing. That Jaqueri caused his own death is also inconsistent the conclusion of the medical examiner that the death was a homicide and his mother's confession on May. 15, 2005.

In his report, Dr. Galatzer-Levy ignores the fact that Diante says to him three times that he was asleep when Jaquari passed away. He also ignores Nicole Harris's confession and the medical examiner, Scott Denton's, opinion that Jaqueri's death a homicide.

When forensic interviewers discern there are inconsistencies in what a child witness or victim is saying, they should ask clarifying questions. Arguably, the most important clarifying question that Dr. Galatzer-Levy failed to ask was how Diante could say his mother did not kill Jaquari and that Jaqueri killed himself, while Diante is also spontaneously stating that he was asleep when Jaquari passed away. Dr. Galatzer-Levy did not attempt to clarify these inconsistencies. This is a serious oversight in his forensic interviews of Diante.

There are additional lapses in the pursuit of an accurate account from Diante. Dr. Galatzer-Levy never asked Diante if he actually saw the bubble coming from Diante's nose or mouth. He also never asked him whether the circumstances of Jaquari's death are events that he heard the police talk to his mother about or that people talked about at his grandma's house. Dr. Galatzer-Levy does ask questions to determine if Diante has been coached what to say during their sessions together, but that is only one way children's accounts can be contaminated.

Diante related in his interviews with Dr. Galatzer-Levy that his parents took Jaquari, left the apartment, and were looking for a hospital and for an ambulance station. Since Diante says he was asleep and his father stated in his deposition he found Diante asleep when he returned to the apartment, it is likely this is something he heard from others. Indeed, in Diante's deposition on Jan. 18, 2016, he said that this is something he heard from others shortly after Jaqueri's death, but did not witness (p. 150).

Similarly, he speaks of a bubble coming out of Jaquari's mouth in his interviews with Dr. Galatzer-Levy. The bubble is not in the notes from his interviews with Karen Wilson, and he did not provide this information during his competency hearing. Since a bubble coming out of Jaquari's nose was something noted by his father, it is likely this is information Diante was exposed to later.

Dr. Galatzer-Levy asked Diante if he talked to anyone about what happened to Jaquari. Diante says, "My daddy." Dr. Galatzer-Levy responds, "Your daddy?" But then Diante tells him, "In church, too," which the interview transcript indicates is his interpretation of the courtroom. Dr. Galatzer-Levy does not return to the topic of what Diante's conversations with his father consisted of, again important information related to what Diante actually witnessed and what he learned from another source.

It should be noted that Diante was with his mother and father at the hospital, and with his mother in the car on the way to the police department and later in the "butterfly room" at police headquarters. Diante was with his mother from about 7:30PM until the DCFS worker came to take custody of him at 11:00PM on May 14, 2005. (Cleared Closed Supplementary Police Report) He would have heard what was being said about the events leading to Diante's death. Moreover, Nicole stated at her Dec. 22, 2015 deposition that she spoke with Diante about the death during their ride from the hospital to the police station and while the two of them were sitting together at the police station in the "butterfly room." Although she states Diante told her in these conversations that Jaqueri killed his own self (p. 68), this is inconsistent with her confession on May 15, 2005. These conversations are significant because it is very plausible that Diante's statement to Dr. Galatzer-Levy that Jaquari had a "bubble," despite the fact he also told him that he was asleep when Jaquari died, were not based upon his personal knowledge but rather something he heard from one of his parents or someone else.

I agree with a number of Dr. Galatzer-Levy's observations about Diante. Despite Diante's performance in court, the conclusion of Karen Wilson that Diante cannot differentiate real

from fantasy, and Dr. Galatzer-Levy's, at times, unartful questioning, Diante does seem to understand the difference between truth and lie, when asked using examples. He also understands that if you lie you may be in trouble and if you tell the truth, as he tells the court, "You might get a star."

I also agree that there was no evidence in Dr. Galatzer-Levy 's sessions that anyone had actively coached Diante about what to say to Dr. Galatzer-Levy. But, as noted earlier, this is not the only way Diante's account or memory could be contaminated and compromised.

Moreover, Dr. Galatzer-Levy overlooks numerous instances when Diante provides information that is inconsistent with other information about the case. For example, Diante says he saw Jaquari in the church, but his father states in his deposition that the last time he saw Jaquari was when he was taken to the hospital. In court, Diante says he talked to Jaquari, who said, "…my mommy killed my brother and my mommy didn't."

Dr. Galatzer-Levy does not appear to process Diante's lack of knowledge of his environment. For example, Diante does not know that the lady who brought him to his sessions with Dr. Galatzer-Levy is his aunt. He does not know her name. (April 11, 2006 Interview, p. 10)

In the first session (April 11, 2006, page 12), they are talking about Diante's Spiderman teddy bear, which Diante tells Dr. Galatzer-Levy he got for Christmas. Dr. Galatzer-Levy says, "For Christmas?" Diante replies, "I guess I had him on Tuesday and (inaudible) like um and return him again Tuesday, I go to school on the first of June. Then, this, I had to go see her that's when I got him." Dr. Galatzer-Levy attempts to follow up on these bewildering statements. In the next two pages of transcript what Diante is talking about cannot be determined, despite Dr. Galatzer-Levy's efforts. This very confusing series of exchanges needs to be taken into account in determining competency. It should result in the interviewer being less confident in the child's statements and competence.

Similarly, Diante tells Dr. Galatzer-Levy that he did not talk to anybody after his brother's death. Yet we know that Diante spoke to both Ale Levi and Karen Wilson about the death and Nicole and Sta'von stated in their respective depositions that they spoke with him about the topic as well. Diante also denies to Dr. Galatzer-Levy knowledge about what seems, from the context, to be a counselor (Ms. Mitchell) he is seeing (April 15, 2006 interview, page 27). According to Diante's Jan. 18, 2016 deposition, this appears to be a counselor he saw 2-3 times a week for 4 to 5 years after Jaquari's death, suggesting this was a significant relationship (pp. 124-125).

## 2. Did the interviews that Dr. Galatzer-Levy conducted with Diante Dancy comport with forensic interview standards that existed in 2006?

Dr. Galatzer-Levy entitles his report on his two interviews with Diante Dancy, "Competency Assessment of Diante Dancy." This title suggests that his 2006 interviews were limited in scope to address the topic of competency. However, he also offers opinions about what

Diante witnessed (Galatzer-Levy report, paragraph 13). Because he goes beyond a competency assessment and he asserts in paragraphs 6-9 that he conducted his interviews consistent forensic interview standards, contemporary forensic interview standards should apply to Dr. Galatzer-Levy interviews with Diante Dancy.

At the time of his interviews with Diante, there were a number of interview protocols and instructions that should have guided him (e.g., American Academy of Child and Adolescent Psychiatry, 1997; American Professional Society on the Abuse of Children, 1997; Perona, Bottoms, & Sorenson, 2005; Poole & Lamb, 1998). Dr. Galatzer-Levy is a psychiatrist. Although from his curriculum vitae, he does not appear to be a member of the American Academy of Child and Adolescent Psychiatry, he should be familiar with their practice parameters. These include the *Practice parameter for the forensic evaluation of children and adolescents who may have been physically or sexually abused* (1997), if he is to hold himself out as an expert in child psychiatry and/or child forensic interviewing. Dr. Galatzer-Levy is a member of the American Professional Society on the Abuse of Children. Their practice guidelines on interviewing children about sexual abuse were one of the first such guidelines to be published. He should have been familiar with and followed these guidelines as to the structure of a forensic interview. Perona, Bottoms, and Sorenson summarize the research evidence for a forensic interview of a child victim or witness at the time Dr. Galatzer-Levy undertook his interviews. Alison Perona is a lawyer, who earned a law degree at University of Illinois Chicago and practices in Chicago. Bette Bottoms is a professor of psychology and recent department chair at the University of Illinois Chicago. Professor Bottoms is an expert on children's memory and forensic interviewing. Erin Sorensen was the first Executive Director of ChicagoCAC. The last work by Debra Poole and Michael Lamb was an early landmark book on investigative interviewing of children. Since Dr. Galatzer-Levy describes himself as an expert on forensic interviewing of children, he should have been familiar with these works.

All of these works articulate the phases of a forensic interview as discussed in the next sections of this opinion. I note the phases and describe the extent to which Dr. Galatzer-Levy's interviews with Diante followed them.

An interview of a child who is a potential victim or witness should include the following features:

1. The interview should be conducted in a child friendly environment.
The room in which Diante is interviewed is suitable for an adult interview but is not a child-friendly room. Dr. Dr. Galatzer-Levy and Jaquari sit in lounge chairs with hassocks, too far apart, separated by a small table.  Dr. Galatzer-Levy has his coffee, but Diante has nothing. If the interviewer has something to drink, the child should be offered something to drink. Dr. Dr. Galatzer-Levy does not offer or provide a drink for Diante.

2. The interviewer should introduce him/herself, explaining his/her role.
At the beginning of the first interview, Dr. Dr. Galatzer-Levy asks Diante, "...did they tell you anything about me?" Diante shakes his head, no, and Dr. Dr. Galatzer-Levy does not explain

his role. Indeed throughout the two interviews he never explains to Diante who he is and why he is interviewing Diante. At the beginning of the second interview, four days later, Dr. Galatzer-Levy asks Diante if he talked to anyone about the first interview and he say, "No." Diante remembers Dr. Galatzer-Levy but says he does not remember what they talked about.

3. At the beginning of the interview, the child should be informed about how the interview is being documented and the child's assent obtained.
Dr. Galatzer-Levy does not explain that he is videotaping nor ask Diante's assent. On page 20 (of 28 pages) of the transcript of the second interview, when the video equipment begins buzzing, Diante asks Dr. Galatzer-Levy, "What's that for?" Dr. Galatzer-Levy responds, "Um that's so I can take a picture and record our talking to each other. Okay?" Diane responds, "Mm hum."

4. The interviewer should engage in rapport-building at the beginning of the interview.
Diante is clearly nervous, as demonstrated by his facial expression and one word responses. Later in the interview, he is more spontaneous and provides longer responses. Typical questions employed to establish rapport are asking the child about the things he/she likes to do or asking about the child's last birthday.

Dr. Galatzer-Levy asks Diante about school (April 11, 2006 interview, pp. 3-8). Because many children in the child welfare system have problematic experiences at school, this is not an optimal topic. Dr. Galatzer-Levy's questions about school suggest a lack of basic knowledge about first grade.

Of concern are Diante's responses to Dr. Galatzer-Levy's questions about his teacher. Dr. Galatzer-Levy asks Diante what color his teacher's (Ms. Gancy—Yancy is his court testimony) skin is. Diante responds blue. Dr. Galatzer-Levy tries to clarify by asking what color her hand is. Diante then responds "no" to the color of her hand being blue, but when asked a "wh" question about the color of her hand, Diante says it is red. There is no further follow-up to these responses. Moreover, Dr. Galatzer-Levy does not factor in these incompetent statements in his competency assessment of Diante.

Dr. Galatzer-Levy then asks Diante about where he lives and whom he lives with. As Diante mentions that he has a bed with a Spiderman cover and sheet and a Spiderman teddy bear, Dr. Galatzer-Levy launches a long discussion about Diante's Spiderman activities. Dr. Galatzer-Levy has done his Spiderman homework. Although Dr. Galatzer-Levy likely chose this topic to develop rapport, a better topic would be on that would demonstrate competency—knowledge of his environment and ability to recall past events. In addition, since Jaqueri supposedly died by choking himself with a Spiderman sheet, choosing Spiderman as a rapport-building topic is an unfortunate choice. Finally, since Spiderman is not "real" in the adult sense, it not an optimal topic for demonstrating competency during rapport-building.

5. The interviewer should ask open-ended questions and attempt to elicit a narrative from the child.

Attempts to elicit a narrative should be employed both in the rapport-building portion of the interview, so the child becomes accustomed to providing a narrative, and the abuse/event portion of the interview. Dr. Galatzer-Levy fails to follow best practice questioning strategies for a forensic interview. There is a very large body of research that strongly supports the use of open-ended questions and probes because they provide the most accurate information and minimize social desirability responses (e.g., Lamb, Orbach, Hershkowitz, Horowitz, & Abbott, 2007; Orbach, Hershkowitz, Lamb. Esplin, & Horowitz, 2000; Orbach & Lamb, 1999; Poole & Lamb, 1998). Invitational probes, such as "tell me everything you remember about (the event)," followed by "anything else you remember?" and "then what happened?" are preferred questions. Such questions and probes are not found in Dr. Galatzer-Levy's interviews with Diante. There are a few "wh" questions, which are acceptable, but no questions that would invite a narrative.

Dr. Galatzer-Levy asks direct questions (yes/no), multiple choice questions, presumptive[2], and suggestive questions—not the type of questions that encourage a narrative and accuracy. There are some leading questions and assertions, something to be avoided in a forensic interview. For example, on page 10 of the first interview, when Diante does not know who brought him to the interview, Dr. Galatzer-Levy says, "Well. Um…I think one of them was your aunt, right?" Similarly, on page 12, when Diante tells Dr. Galatzer-Levy about a woman named Chris who works where Heather works, Dr. Galatzer-Levy says, "You don't know where Heather works, do you?"

At times, Dr. Galatzer-Levy asks Diante multiple questions without waiting for a response, again not good practice. For example, on page 2 of the transcript of the first session, when inquiring about Diante's teacher, he says, "What's her name? Is it a he or she? Is it a man or woman?" Diante says, "She." Dr. Galatzer-Levy repeats his question about the teacher's name, and Diante responds, "Diante," evidently confused by the barrage of questions.

A few times Dr. Galatzer-Levy interrupts Diante, again something that should be avoided in a forensic interview because it discourages narratives. Dr. Galatzer-Levy also changes the subject abruptly several times, something that is confusing to interviewees, especially children. For example, on page 8 of the first interview, when Diante is talking about where his house is in respect to his school, Dr. Galatzer-Levy say, "By the way, who lives at your house?"

<u>6. The child should be provided interview expectations or rules during the rapport-building part of the interview.</u>
A forensic interview is an anomalous experience for most children. Research indicates that children perform better in a forensic interview if they are informed of the rules (e.g., Saywitz & Camparo, 2014). Interview guidelines vary in when during rapport-building they advise rules be provided and how many rules are suggested (Faller, 2007b). Typical rules are: 1. Instructing the child to answer the question if they know the answer, but say "I don't

---

[2] A presumptive question is one which assumes an understanding or fact that has not been provided by the child. For example, on page 3 of the first interview, after Diante responds to a multiple choice question, that he is in the first grade, Dr. Galatzer-Levy asks, "You're finishing up first grade?"

know" if the child doesn't know the answer, 2. Instructing the child to ask for clarification if the child doesn't understand the question, 3.Instructing the child to correct the interviewer if he/she makes a mistake, and 4. Telling the child to only talk about what really happened and not pretend ("tell me the truth; tell me no lies") (Faller; Lyon, 2005).

Dr. Galatzer-Levy does not provide Diante with information about the expectations for the interview at the beginning of either session. I found instances of three rules in Dr. Galatzer-Levy's interviews.

On page 18 of a 24 page transcript of the first session, Dr. Galatzer-Levy's begins to explore Diante's ability to differentiate truth from a lie. This is after a very long discussion of Spiderman and the Incredible Hulk, which Dr. Galatzer-Levy likely used to develop rapport (arguably not the best topics because they involve characters who are not real). Dr. Galatzer-Levy asks Diante, "Do you know the difference between telling the truth and telling something that is not true?" Diante replies, "No." A few exchanges later, he asks Diante, "...Give me...tell me something that isn't real." Diante replies, "Un, that Spiderman is not real." Dr. Galatzer-Levy tries again, "...Spiderman is not real isn't the truth or Spiderman is real isn't the truth?" Diante responds, "Spiderman is not real." This is very confusing and not a recommended method for determining a 6 year old's ability to differentiate truth and falsehood.

Dr. Galatzer-Levy then resorts to the preferred method, which is to provide examples of true and false statements (Lyon & Saywitz, 1999). Diante answers all of these correctly. However, best practice is not to use oneself as the referred-to-liar but to say, "If someone said they could fly around the room, would that be the truth or a lie" because research indicates that young children are reluctant to tell interviewers that they are lying (Lyon & Saywitz).

Dr. Galatzer-Levy also asks Diante about the truth and lie in the second interview. On page 21 of the 28 page transcript, Dr. Galatzer-Levy says, "Suppose I ask you to promise to tell the truth. Okay. If I ask you to do that, what does that mean? Do you know?" Diante shakes his head no. Dr. Galatzer-Levy then says, "Okay. Well can you tell me, do you know what it means when something is true?" Diante again shakes his head no. Dr. Galatzer-Levy tries again. "No. How about if it's not true?" Diante replies, "I don't think it's not true."

Dr. Galatzer-Levy switches strategies and gives Diante 11 examples of true and false statements. Diante answers 10 correctly. Dr. Galatzer-Levy then asks Diante if he knows what it means to promise to tell the truth, and twice Diante says no.

In the second session with Diante, Dr. Galatzer-Levy gives Diante the "correct me" rule on page 7 of a 28 page transcript and then again on page 16 of the transcript.

Finally, in the second session, on page 18 of the transcript, when Diante is relating his experience in court and states that he was first asked the judge's name (unlikely) and he didn't remember the judge's name, Dr. Galatzer-Levy tells him, "Okay. You know that's a

very good thing if you don't remember just to say you don't remember. Okay. That's the right thing to do."

7. The interviewer should end the interview and thank the child.
Dr. Galatzer-Levy does this at the end of both of his sessions with Diante.

In conclusion, although Dr. Galatzer-Levy is highly critical of the forensic interview process at ChicagoCAC, to be dealt with below, his own interviews do not meet the standards for forensic interviews at the time he conducted them in April, 2006.


**3. Was it acceptable child forensic interviewing practice in (May of 2005) for Alexandra (Ale) Levi, child forensic interviewer at the Chicago Children's Advocacy Center, to interview Diante Dancy without audio or videotaping the interview and for her to rely upon Detective Wo's notes as documentation for her interview?**

Dr. Galatzer-Levy's report states that then (2005) and now accepted child forensic interviewing practices requires such interviews to be videotaped (Galatzer-Levy Report, paragraph 6), and the interviewer failed to follow procedures for forensic interviewing of children that were widely recognized as appropriate at the time of those interviews (Galatzer-Levy Report, t paragraph 28). In addition, Dr. Galatzer-Levy states that Detective Wo's notes, which documented Diante's interview at the ChicagoCAC "are woefully deficient" (Galatzer-Levy Report, paragraph 28).

The question of whether to video or audio forensic interviews has been a contested issue in child forensic interview practice since the beginning of the use of child interviewing to elicit children's accounts of victimization (Berkowitz, 1999; Broderick, 1999; McGough, 1995; Veith, 1999). Local practice has varied widely (APSAC, 1997) and practice has varied over time (Faller, 2007a). Forensic interviewing is a dynamic field with new research informing best practice on a regular basis. One of the recent areas of knowledge derives from research comparing notetaking and recording of interviews (Cauchi, Powell, & Hughes-Scholes, 2010; Lamb, Orbach, Sternberg, Hershkowitz, Horowitz, 2000). These two studies demonstrate that notetaking, although it is still the most widely employed method of documenting forensic interviews (Bertel, 2012), is less complete than video recording.

Nonetheless, although statutes in a number of states address the issue of documentation of child forensic interviews, including advising video or audio recording of some interviews, almost all of them allow for flexibility in the method of documentation (Russell, 2009).

Moreover, the most recent accreditation guidelines of the National Children's Alliance (NCA), which is the accrediting body and partial funding source for Children's Advocacy Centers in the United States, uses the following language in their standards of accreditation, "recording and/or documentation of the Interview" (National Children's Alliance, 2011). Thus, even today, NCA has not embraced either video or audiotaping as a requirement for CAC accreditation.

Interviewing children at a Children's Advocacy Center is regarded as best practice when there are allegations of child maltreatment or child witnessing serious crimes (e.g., homicide, domestic violence). The first Children's Advocacy Center (CAC) was founded in 1985 by the elected prosecutor, Bud Cramer, in Huntsville, Alabama (http://www.nationalcac.org/about/celebrating-30-years-of-service.html). The core concept of CACs is to provide a child friendly facility for interviewing children who are victims or witnesses of crimes. Initially, CACs interviewed children when there were allegations of child sexual abuse, but over time some CACs have expanded the types of cases for which they provide forensic interviews, to include child physical abuse, domestic violence, and witnessing serious injury or death. The CAC mission is to have the child interviewed, ideally only once, in a child-friendly environment, by a skilled forensic interviewer, an interview that other professionals with mandated roles observe (child protection workers, law enforcement, prosecutors). These observations can be from behind a one-way mirror, on closed circuit television, or by watching the recorded interview of the child at a later time. These professionals use the child's statements and behavior from the forensic interview to obtain information needed to perform their duties. Today there are 795 fully certified CACs in the United States (Faller & Palusci, 2007; http://www.nationalchildrensalliance.org/), including ChicagoCAC.

Founded in 2001, the ChicagoCAC, where Diante Dancy was interviewed in 2005, has played a leadership role in the field of forensic interviewing in the Midwest. Its model is based upon co-locating trained forensic interviewers, law enforcement (Chicago Police Department), child protection investigators (Department of Children and Family Services), prosecutors (States Attorneys), and medical evaluators in one child-friendly facility. The ChicagoCAC is a very large, purpose-built facility. At the time of its founding, it conducted approximately 300 interviews per year. Presently, it responds to approximately 2,000 reports per year (http://www.chicagocac.org/).

In 2005, the interview protocol used by the ChicagoCAC was a protocol found in many jurisdictions in the United States. Following this protocol, there was a team meeting before the child interview during which mandated investigators shared information about the allegations with the forensic interviewer. The forensic interviewer's role was to conduct a Victim Sensitive Interview, and the members of the multidisciplinary team were behind the one-way mirror taking notes. After interviewing the child, the interviewer would leave the room to consult with the team about whether there were additional issues that needed to be explored or clarified with the child. The interviewer would then return to the interview room, ask any additional questions, and close the interview. After the child had been escorted from the interview space, the team would again meet to assure there was consensus about the notes that had been taken. The interviewer took no notes, but focused on conducting a Victim Sensitive Interview. A professional or professionals behind the one-way mirror were responsible for notetaking.[3] This standard practice was followed for Diante's interview at the ChicagoCAC according to the deposition testimony of Ale Levy.

---

[3] Care House, a large, well-funded Children's Advocacy Center in Oakland County, MI, (Pontiac) employed the same model in 2005. Today, the Care House in Macomb County, MI, and the Children's Advocacy Center in Washtenaw

As was the case with CACs in general, the vast majority of the children who came to the ChicagoCAC in 2005 were to be interviewed about possible sexual abuse. Now many CACs also interview children with physical abuse allegations. In 2005, the ChicagoCAC was already interviewing children with allegations of physical abuse and some children who were potential witnesses to violence, like Diante Dancy. The fact that Diante was taken to be interviewed by a skilled forensic interviewer at the ChicagoCAC in this case, a child death investigation, met or exceeded national standards for interviewing children in 2005.

As indicated in her deposition, Ale Levi, the forensic interviewer who conducted Diante Dancy's Victim Sensitive Interview, was well-trained and had a clear understanding of her role as a forensic interviewer, which was to be a neutral fact-finder and to elicit the most accurate information she could from the child. She estimates that at the time she interviewed Diante, she had conducted 2,000 forensic interviews. Ms. Levi received her initial forensic interview training at the National Children's Advocacy Center (NCAC) in Huntsville, AL in 2001. NCAC, the first CAC, has provided training for forensic interviewers for decades and has provided more forensic interview training than any other program in the United States (Faller, 2015). The NCAC training is a 40 hour training and was and is considered state-of-the-art. In addition in 2005, ChicagoCAC provided annual training in forensic interviewing and had a peer review process. Thus, Ale Levi was a highly qualified forensic interviewer.

According to her deposition, Ms. Levi employed the NCAC forensic interview guidelines, incorporating elements of the Michigan Forensic Interview Protocol and the Stepwise Interview. The NCAC interview structure is a flexible, evidence based protocol. The Michigan Forensic Interview Protocol was developed by a state-wide taskforce. It requires interviewers to indicate they have considered multiple hypotheses about the allegations and is a little less flexible than the NCAC interview guidelines. The Stepwise Interview was developed by John Yuille, Ph.D., at the University of British Columbia and is a 12 phase interview guideline. It is evident from Ms. Levi's description of the interview process during her deposition that she has a complete and nuanced understanding of forensic interview requirements. For example, although she rightly points out that each child is unique, she can describe the phases of a forensic interview: introduction, rapport building, rules, abuse-related inquiry, and closure. Similarly, she correctly describes the "funnel approach" to questioning, in which the forensic interviewer begins with open-ended questions in an attempt to obtain a narrative from the child and uses more close-ended questions to gather details from the child.

Moreover, in contrast to Dr. Galatzer-Levy's assertion that Detective Wo's notes were deficient, Ale Levy testified at her deposition that she would have reviewed and approved them after concluding her interview with Diante. This testimony indicates that his notes were accurate in terms of what Diante disclosed during his interview.

---

County, MI (University of Michigan), do not video or audio record their interviews. They continue to use the interviewing protocol employed by the ChicagoCAC in 2005.

These are my opinions to a reasonable degree of professional certainty. I reserve the right to augment my opinions, as more information becomes available.

Respectfully submitted,

Kathleen Coulborn Faller, Ph.D., A.C.S.W.
Marion Elizabeth Blue Professor Emerita of Children and Families
School of Social Work, University of Michigan
Co-Director, Family Assessment Clinic
Catholic Social Services of Washtenaw County
kcfaller@umich.edu

April 7, 2016

**References**

American Academy of Child and Adolescent Psychiatry (AACAP) (1997). Practice parameters for the forensic evaluation of children and adolescents who may have been physically or sexually abused. *Journal of the American Academy of Child and Adolescent Psychiatry, 36*, 37S-56S.

American Professional Society on the Abuse of Children. (1997). *Guidelines for Psychosocial Evaluation of Suspected Sexual Abuse in Children. Second Edition.* Available from APSAC.org.

Berkowitz, C. (1999). When technology exceeds knowledge. *Journal Of Child Sexual Abuse: Research, Treatment, & Program Innovations For Victims, Survivors, & Offenders, 7*(4), 131-133.

Bertel, O. (2012). Let's go to the videotape: Why the forensic interviews of children in child protective cases should be video recorded. *Family Court Review, 50*(2), 344-356.

Broderick, R. (1999). A commentary on "When cameras roll." *Journal Of Child Sexual Abuse: Research, Treatment, & Program Innovations For Victims, Survivors, & Offenders, 7*(4), 123-126.

Cauchi, R. T., Powell, M. B., & Hughes-Scholes, C. H. (2010). A controlled analysis of professionals' contemporaneous notes of interviews about alleged child abuse. Child Abuse & Neglect, 34(5), 318-323. doi:10.1016/j.chiabu.2009.09.016

Faller, K.C. (2007a). Chapter 6: Documentation. *Interviewing children about sexual abuse: Controversies and best practice.* New York: Oxford University Press.

Faller, K.C. (2007b). Chapter 7: Interview structure/interview protocols. *Interviewing children about sexual abuse: Controversies and best practice.* New York: Oxford University Press.

Faller, K.C. (2015). Forty years if forensic interviewing of children suspected of sexual abuse: Historical benchmarks. *Social Sciences,4,* 34–65.

Faller, K. C., & Palusci, V. (2007). Commentary: Children's Advocacy Centers: Do they lead to positive case outcomes? *Child Abuse & Neglect: The International Journal 31*(10), 1021-1029.

Lamb, M. E., Orbach, Y., Hershkowitz, I., Horowitz, D., & Abbott, C. B. (2007). Does the type of prompt affect the accuracy of information provided by alleged victims of abuse in forensic interviews?. *Applied Cognitive Psychology*, 21(9), 1117-1130.

Lamb, M., Orbach, Y., Sternberg, K., Hershkowitz, I., Horowitz, D. (2000). Accuracy of investigators' verbatim notes of their forensic interviews with alleged child abuse victims. *Law & Human Behavior, 24*(6), 699-708.

Lyon, Thomas D. (2005). *Ten Step Investigative Interview* (version 2) ©. tlyon@law.usc.edu

Lyon, T., & Saywitz, K. (1999). Reducing maltreated children's reluctance to answer hypothetical oath-taking questions. *Law and Human Behavior, 25,* 81-92.

McGough, L. S. (1995). For the record: Videotaping investigative interviews. *Psychology, Public Policy, And Law, 1*(2), 370-386. doi:10.1037/1076-8971.1.2.370

National Children's Alliance (2011). *Standards for Accredited Members Revised 2011.* Available at http://www.nationalchildrensalliance.org/sites/default/files/download-files/NCARevisedStandardsforMembers_0.pdf.

Orbach, Y., Hershkowitz, I., Lamb. M., Esplin, P., & Horowitz, D. (2000). Assessing the value of structured protocols for forensic interviews of alleged child abuse victims. *Child Abuse & Neglect, 24*(6), 733-752.

Orbach, Y., & Lamb, M. (1999). Assessing the accuracy of a child's account of sexual abuse: A case study. *Child Abuse & Neglect, 23*(1), 91-98.

Perona, A., Bottoms, B., & Sorensin, E. (2005). Research-based guidelines for child forensic interviews. *Journal of Aggression, Maltreatment, & Trauma, 12 (*3-), 81-130.

Poole, D., & Lamb, M. (1998). *Investigative interviews of children.* Washington, DC: American Psychological Association.

Saywitz, K. J., & Camparo, L. B. (2014). *Evidence-based child forensic interviewing: The developmental narrative elaboration interview: Interviewer guide*. New York, NY, US: Oxford University Press.

Veith, V. I. (1999). When cameras roll: The danger of videotaping child abuse victims before the legal system is competent to assess children's statements. *Journal Of Child Sexual Abuse: Research, Treatment, & Program Innovations For Victims, Survivors, & Offenders, 7*(4), 113-121. doi:10.1300/J070v07n04_08

**KATHLEEN MAY LAWTON COULBORN FALLER, Ph.D., A.C.S.W., D.C.S.W., L.C.S.W.**

1613 S. University Avenue                      1534 Millicent Rogers Road
Ann Arbor, MI 48104                         El Prado, NM 87529
E-mail: kcfaller@umich.edu
Phone: 734 649 5452

## CURRICULUM VITAE

### EDUCATION

| | |
|---|---|
| 1981 | Ph.D., Social Work and Psychology, University of Michigan, Ann Arbor, Michigan |
| 1973-74 | Advanced course in Family and Marital Treatment, Institute for Group Analysis, London, England |
| 1971 | Master's Degree in Social Work, University of Michigan, Ann Arbor, Michigan |
| 1964-65 | Graduate study in Political Science, University of Chicago, Chicago, Illinois |
| 1963 | A. B. in Political Science, Oberlin College, Oberlin, Ohio |

### EMPLOYMENT

| | |
|---|---|
| 2014-pres | Marion Elizabeth Blue Professor Emerita of Children and Families, University of Michigan |
| 2014-pres | Co-Director, Family Assessment Clinic, Catholic Social Services of Washtenaw County |
| 2006-2014 | Marion Elizabeth Blue Professor of Social Work, University of Michigan |
| 1992-2014 | Professor, School of Social Work, University of Michigan |
| 1990-2014 | Director, Family Assessment Clinic, University of Michigan |
| 2008-2013 | Principal Investigator, National Child Welfare Workforce Institute. Sub-award. Children's Bureau, University of Michigan |
| 2003-2009 | Principal Investigator, Recruitment & Retention of Child Welfare Professionals Program, University of Michigan |
| 2000-2005 | Principal Investigator, Hasbro Early Assessment Project, University of Michigan |
| 2000-2004 | Principal Investigator, Training Program for Child Welfare Supervisors, University of Michigan |
| 1997-2000 | Principal Investigator, Interdisciplinary Child Welfare Training Program, University of Michigan, |
| 1995-2000 | Faculty Director, CIVITAS Child and Family Programs, University of Michigan |
| 1988-1992 | Associate Professor, School of Social Work, University of Michigan. |
| 1977-1995 | Co-Director, Interdisciplinary Project on Child Abuse and Neglect, University of Michigan |
| 1982-1988 | Assistant Professor, School of Social Work, University of Michigan. |
| 1977-1982 | Lecturer, School of Social Work, University of Michigan, |
| 1973-1974 | Senior Psychiatric Social Worker, York Clinic, Guy's Hospital, London, England. |

Kathleen M. L. Coulborn Faller--2

| | |
|---|---|
| 1970-1973 | Family Therapist, Family and School Consultation Project, Funded by NIMH, Ann Arbor, Michigan. |
| 1965-1968 | Case Worker, Cook County Department of Public Aid, Chicago, Illinois. |
| 1963-1964 | Group Worker, Manhattan General Hospital Drug Addiction Service, New York, New York. |

## AWARDS

| | |
|---|---|
| 2014 | Michigan Child Abuse and Neglect Social Work Award. |
| 2012 | Institute on Violence, Abuse and Trauma (IVAT). William Friedrich Memorial Child Sexual Abuse Research, Assessment and/or Treatment Award. |
| 2012 | Michigan Chapter of the National Association of Social Workers' Lifetime Achievement Award. |
| 2011 | National Children's Advocacy Center's Outstanding Lifetime Achievement Award. |
| 2010 | University of Michigan School of Social Work Distinguished Faculty Award. |
| 2008 | American Professional Society on the Abuse of Children's Outstanding Research Achievement Award. |
| 1998 | American Professional Society on the Abuse of Children's Outstanding Service Award. |

## PUBLICATIONS
### Books

Faller, K.C., & Everson, M.D. (Eds.). (2014). *Contested issues in the evaluation of child sexual abuse.* London, UK: Routledge.

Staller, K., Faller, K. C., Vandervort, F., Birdsall, W.C., & Henry, J. (2010). *Seeking justice in child sexual abuse: Shifting burdens & sharing responsibilities.* New York: Columbia University Press.

Faller, K. C. (2008). *Interrogare il bambino sull'abuso sessuele.* Torino, Italy: Centro Scientifico Editore (Italian Translation of *Interviewing Children about Sexual Abuse*).

Faller, K. C. (2007). *Interviewing Children about Sexual Abuse: Controversies and Best Practice.* New York: Oxford University Press.

Faller, K. C. (2003). *Understanding and Assessing Child Sexual Maltreatment, 2nd edition.* Thousand Oaks, CA: Sage Publications.

Faller, K. C. (Ed.) (2000). *Maltreatment in Early Childhood: Tools for Research-based Intervention.* New York: Haworth Press.

Faller, K. C. (1996). *Study Guide: Evaluating Children Suspected of Having Been Sexually Abused.* Newbury Park, CA: Sage Publications.

Faller, K. C. (1993). *Child Sexual Abuse: Intervention and Treatment Issues.* Wash., D.C.: Department of Health and Human Services.

Faller, K. C. (1990). *Understanding Child Sexual Maltreatment.* Newbury Park, CA: Sage Publications.

Faller, K. C. (1988). *Child Sexual Abuse: An Interdisciplinary Manual for Diagnosis, Case Management, and Treatment.* New York: Columbia University Press.

Faller, K. C. (Ed.), (1981). *Social Work with Abused and Neglected Children: A Manual of Interdisciplinary Practice.* New York: The Free Press.

### Articles—peer reviewed

Williams, J., Nelson-Gardell, D., Cordisco-Steele, L. & Tishelman, A. (2015). Perceptions of the value of extended assessments to resolve allegations of sexual abuse: It's the performance that counts. *Journal of Social Service Research.*

Kathleen M. L. Coulborn Faller--3

Saunders, D. G., Faller, K. C., & Tolman, R. M. (2015). Beliefs and recommendations regarding child custody and visitation in cases involving domestic violence: a comparison of professionals in different roles. *Violence Against Women*, 1077801215608845, first published on October 15, 2015 as doi:10.1177/1077801215608845.

Faller, K.C. (2015). Forty years if forensic interviewing of children suspected of sexual abuse: Historical benchmarks. *Social Sciences,4,* 34–65.

Williams, J., Nelson-Gardell, D., Faller, K. C., Cordisco-Steele, L. & Tishelman, A. (2014). Is There a Place for Extended Assessments for Evaluating Concerns about Child Sexual Abuse? Perceptions of 1,294 Child Maltreatment Professionals. *Journal of Forensic Social Work, 3*(2), 88-105.

Williams, J., Nelson-Gardell, D., Faller, K. C., Tishelman, A. & Cordisco-Steele, L. (2013) Is There a Place For Extended Assessments in Addressing Child Sexual Abuse Allegations? How Sensitivity and Specificity Impact Professional Perspectives. *Journal of Child Sexual Abuse, 23(2),* 179-197.

Saunders, D. G., Tolman, R. M., & Faller, K. C. (2013). Factors associated with child custody evaluators' recommendations in cases of intimate partner violence. *Journal of Family Psychology, 27,* 473-483.

Ortega, R. & Faller, K.C. (2012).Training Child Welfare Workers from an Intersectional Cultural Humility Perspective: A Paradigm Shift. *Child Welfare, 90* (5), 27-50

Faller, K.C., & Everson, M.D. (2012). Contested issues in the evaluation of child sexual abuse allegations: Why consensus on best practice remains elusive; Contextualizing our concerns. *Journal of Child Sexual Abuse: Research, Treatment, & Program Innovations for Victims, Survivors, & Offenders, 21* (1), 3-18.

Everson, M.D. & Faller, K.C. (2012). Base rates, multiple indicators, and comprehensive forensic evaluations: Why sexualized behavior still counts in assessments of child sexual abuse allegations. *Journal of Child Sexual Abuse: Research, Treatment, & Program Innovations for Victims, Survivors, & Offenders, 21(1)* 45-71.

Hong, J.S., Lee, N.Y., Park, H.J., & Faller, K.C. (2011). Child maltreatment in South Korea: An ecological systems analysis. *Children and Youth Services Review, 33,* 1058-1066.

Faller, K.C., Grabarek, M., Nelson-Gardell, D., & Williams, J. (2011). Techniques employed by forensic interviewers conducting extended assessments: Results from a multi-site study. *Journal of Child and Adolescent Trauma, 20*(3).

Faller, K.C., & Nelson-Gardell, D. (2010). Extended evaluations in cases of child sexual abuse: How many sessions are sufficient? *Journal of Child Sexual Abuse: Research, Treatment, & Program Innovations for Victims, Survivors, & Offenders. 19* (6), 648-668.

Faller, K.C., Cordisco-Steele, L., & Nelson-Gardell, D. (2010). Allegations of sexual abuse of a child: What to do when a single forensic interview isn't enough. *Journal of Child Sexual Abuse: Research, Treatment, & Program Innovations for Victims, Survivors, & Offenders, 19*(5)*,* 572-589.

Faller, K.C., Grabarek, M., & Ortega, R.M. (2010). Commitment to Child Welfare Work: What Predicts Leaving and Staying? *Children and Youth Services Review, 32,* 840–846.

Faller, K.C., Masternak, M., Grinnell-Davis, C., Grabarek, M., Sieffert, J., & Bernatovicz, F. (2009). Realistic Job Previews in Child Welfare: State of Innovation and Practice. *Child Welfare, 88*(5), 23-48.

Faller, K.C., Grabarek, M., & Vandervort, F. (2009). Child welfare workers go to court: The impact of race, gender, and education on comfort with legal issues. *Children and Youth Services Review,* 31 (9), 972-977.

Jayaratne, S., & Faller, K. C. (2009). Commitment of private and public agency workers to child welfare: how long do they plan to stay? *Journal of Social Service Research,* 35(3), 251-261.

Gonzalez, R. P., Faller, K. C., Ortega, R. M., & Tropman, J. (2009). Exit Interviews of Child Welfare Workers. *Journal of Public Child Welfare, 3*(1), 40-63.

Faller, K.C., Ortega, M.B., & Pomeranz, E. (2008). Can Early Assessment Make a Difference in Child Protection? Results from a Pilot Study. *Journal of Public Child Welfare, 2*(1), 71-90.

Jayaratne, S., Faller, K., Ortega, R., & Vandervort, F. (2008). African American and White Child Welfare Workers' Attitudes Towards Policies Involving Race and Sexual Orientation. *Children and Youth Services Review, 30,* 955–966.

Vandervort, F., Gonzalez, R. P., & Faller, K.C. Legal Ethics and High Child Welfare Worker Turnover: An Unexplored Connection (2008). *Children and Youth Services Review, 30*(5), 546-563.

Faller, K. C., & Palusci, V. (2007). Commentary: Children's Advocacy Centers: Do they lead to positive case outcomes? *Child Abuse & Neglect: The International Journal 31*(10), 1021-1029.

Faller, K.C., & Vandervort, F. (2007). Interdisciplinary Clinical Teaching of Child Welfare Practice to Law and Social Work Students: When World Views Collide. *Journal of Law Reform, 41(*1), 121-165.

Faller, K.C. (2007). Coaching children about child abuse: Professionals' perceptions of the problem. *Child Abuse & Neglect: The International Journal. 31*(9), 947-959.

Faller, K.C., Birdsall, W. & Vandervort, F. (2006). Does successful criminal prosecution of child sexual abuse predict more severe sentences? *Child Abuse & Neglect: The International Journal, 30*(7), 815-828.

Faller, K.C. (2005). False accusations of child maltreatment: A contested issue. *Child Abuse & Neglect: The International Journal, 29*(12), 1327-1331.

Faller, K.C. (2005). Anatomical dolls: Their use in assessment of children who may have been sexually abused. *Journal of Child Sexual Abuse, 14*(3), 1-21.

Faller, K.C. (2003). Research and practice in child interviewing: Implications for children exposed to domestic violence. *Journal of Interpersonal Violence, 18*(4), 377-388.

DeVoe, E. & Faller, K. C. (2002). Questioning Strategies in Interviews with Children Who May Have Been Sexually Abused. *Child Welfare, 81*(1), 5-32.

Faller, K. C., Birdsall, W. C., Henry, J., Vandervort, F. Silverschanz, P. (2001). What Makes Sex Offenders Confess? An Exploratory Study. *Journal of Child Sexual Abuse, 10* (4), 31-49.

Faller, K. C. & Henry, J. (2000). Child Sexual Abuse: A Case Study in Community Collaboration. *Child Abuse & Neglect, 24*(9), 1215-1225.

Faller, K. C. (2000). Child maltreatment and endangerment in the context of divorce. *University of Arkansas Law Review, 22*(3), 429-452.

Faller, K. C. (2000). Child Abuse and Divorce: Competing Priorities and Agendas and Practical Suggestions. *Journal of Aggression, Trauma, & Maltreatment, 2*(4), 167-196.

Faller, K. C. (2000). Questioning Children who May have Been Sexually Abused: A Synthesis of Research and Practice. *Journal of Aggression, Trauma, & Maltreatment, 2*(4), 37-56.

Faller, K. C. (2000). Child Maltreatment and Protection in the United States. *Journal of Aggression, Trauma, & Maltreatment, 2*(4), 1-12.

DeVoe, E. R. & Faller, K. C. (1999). Characteristics of disclosure of children who may have been sexually abused. *Child Maltreatment 4*(3), 217-227.

Faller, K. C. (1998). The Parental Alienation Syndrome: What is it and what data support it? *Child Maltreatment, 3* (2), 100-115.

Faller, K. C. (1997). The polygraph: Its use in decision-making about child sexual abuse: An exploratory study. *Child Abuse and Neglect, The International Journal, 21* (10), 993-1008.

Faller, K. C. (1996). Interviewing children who may have been abused: A historical perspective and overview of controversies. *Child Maltreatment, 1*(2), 4-18.

Faller, K. C. & Plummer, C. (1996). Multi-offender/multi-victim cases of sexual abuse: The impact of acquittal. *Children's Legal Rights Journal, 16*(2), 23-30.

Faller, K. C. (1995). A clinical sample of women who have sexually abused children. *Journal of Child Sexual Abuse, 4*(3), 13-30.

Faller, K. C. & DeVoe, E. (1995). Allegations of sexual abuse in divorce. *Journal of Child Sexual Abuse, 4*(4), 1-25.

Faller, K. C. & Corwin, D. (1995). Children's interview statements and behaviors, professional consensus and research findings for the identification of sexually abused children. *Child Abuse and Neglect: The International Journal, 19*(1), 71-82.

Faller, K. C., Froning, M. & Lipovsky, J. (1991). The parent-child interview, use in evaluating child allegations of sexual abuse by the parent. *American Journal of Orthopsychiatry, 61*(4), 552-557.

Faller, K. C. (1991). Polyincestuous families: An exploratory study. *Journal of Interpersonal Violence, 6*(3), 310-322.

Faller, K. C. (1991). Possible explanations for child sexual abuse allegations in divorce. *American Journal of Orthopsychiatry, 61*(1), 86-91.

Faller, K. C. (1991). What happens to sexually abused children identified by Protective Services? *Children and Youth Services Review, 13*(1&2), 101-111.

Faller, K. C. (1989). The Role relationship between victim and perpetrator as a predictor of characteristics of intrafamilial sexual abuse. *Child & Adolescent Social Work Journal, 6*(3), 217-229.

Faller, K. C. (1989). Why sexual abuse: An exploration of the intergenerational hypothesis. *Child Abuse and Neglect: The International Journal, 14*(1), 543-548.

Faller, K. C. (1989). Characteristics of a clinical sample of sexual abused children: How boy and girl victims differ. *Child Abuse & Neglect: The International Journal, 13*(2), 281-291.

Faller, K. C. (1988). Criteria for judging the credibility of children's statements about their sexual abuse. *Child Welfare, 67*(5), 389-399.

Faller, K. C. (1988). Decision-making in cases of child sexual abuse. *American Journal of Orthopsychiatry, 58*(1), 121-128.

Faller, K. C. (1988). The myth of the 'Collusive Mother': Variability in the functioning of mothers of victims of intrafamilial sexual abuse. *Journal of Interpersonal Violence, 3*(2), 190-196.

Faller, K. C. (1988). Spectrum of sexual abuse in daycare. *Journal of Family Violence, 3*(4), 238-298.

Faller, K. C. (1988). Young age of victims of intrafamilial sexual abuse. *Victimology, 13*.

Faller, K. C.( 1987). Women who sexually abuse children. *Victims and Violence, 2*(4), 263-276.

Faller, K. C. (1985). Unanticipated Problems with the United States Child Protection System. *Child Abuse and Neglect: The International Journal, 9*, 63-69.

Faller, K. C. (1984). Is the child victim of sexual abuse telling the truth? *Child Abuse & Neglect: The International Journal, 8*, 473-481.

Faller, K. C. (April-May 1984). Permanency planning with scarce resources: A classification system for child welfare cases. *Children Today, l3*(2), 2-5,36.

Faller, K. C. (April 1981). Interdisciplinary management of child sexual abuse, with Ellen Tickner. *Proceedings: Fifth National Conference on Child Abuse and Neglect*, Milwaukee, Wisconsin,.

Faller, K. C. & Bowden, M.L. (1979). A course on intervention strategies in child abuse and neglect. *Child Abuse & Neglect: The International Journal, 3*(1), 227-234.

Faller, K. C. (November, 1978). Intervention strategies for school counselors in child abuse and neglect. *Research in Education.* Ann Arbor, Michigan.

**Articles--invited**

Faller, K.C. (2013). Asking children about child neglect. *APSAC Advisor*.

Faller, K.C. (2010). APSAC responds to inclusion of PAS/PAD information in the Diagnostic and Statistical Manual of Mental Disorders. *APSAC Advisor, 22*(2&3), 20-23.

Faller, K.C. (2007). Mother-blaming in the Shadow of Incest: Commentary on "Motherhood in the Shadow of Incest," by Rachel Lev-Wiesel. *Journal of Child Sexual Abuse, 16*(1), 129-136.

Faller, K. C. (2004). Book review essay: Sexual abuse of children: Contested issues and competing interests. *Criminal Justice Review. 29*(2), 359-378.

Faller, K. C. (2002, Dec.). Disclosure in cases of sexual abuse. *The Child Advocate, 4* (3), 1, 6-9.

Faller, K. C. & Bellamy, C. (2000). Mental health problems and child maltreatment: Parents with personality disorders, *The Solutions Series, 1*(1). 18 pp. Atlanta, GA.: National Resource Center on Child Maltreatment.

Faller, K. C. (2000). Children with a secret. Special Issue: Secret Spaces of Childhood. *Michigan Quarterly Review, 39*(2), 314-328.

Faller, K. C. (1999). Focused questions for interviewing children suspected of maltreatment and other traumatic experiences. *APSAC Advisor, 12*(1), 14-18.

Faller, K. C., Mildred, J., Plummer, C., DeVoe, E., Churchill, S., Sanders, L., McPherson, M., Almy, W., & Doyle, K. (1997). Sexual history taking guidelines. *APSAC Advisor, 10*(3), 8-11.

Faller, K. C. (1994). Child sexual abuse allegations: How to decide when they are true. *Violence Update, 4*(6), 2-4,8-11.

Faller, K. C. (1994). Ritual abuse: A review of the research. *The APSAC Advisor, 7*(2), 1, 19-27.

Faller, K. C. (1993). Ritual abuse, A continuum of belief. *Believe the Children Newsletter,* Fall, 2-3.

Faller, K. C., Olafson, E., & Corwin, D. (1993). Research on false allegations of sexual abuse in divorce. *The APSAC Advisor, 6*(3):1,7-10.

Faller, K. C. (1992). Can therapy induce false allegations of sexual abuse? *The APSAC Advisor, 5*(1), 3-8.

Faller, K. C. (1991). Treatment of boy victims of sexual abuse. *The APSAC Advisor, 4*(4), 7-8.

Faller, K. C. (1990). Types of questions for children alleged to have been sexually abused. *The APSAC Advisor, 3*(1),3-5.

Faller, K. C. (1990). Sexual abuse of children in cults: A clinical perspective. *Roundtable, 2*(2), 11-13.

**Book chapters**

Faller, K.C. (2016). Disclosure Failures: Statistics, Characteristics, and Strategies to Address Them. In William O'Donohue & Matthew Fanetti (Eds.) *Forensic Interviews Regarding Child Sexual Abuse: A Guide to Evidence-Based Practice.* Springer Publishers.

Faller, K.C., Shlonsky, A., Moody, B., & Gough, P. (2014). Child maltreatment in North America: United States and Canada. In J. Conte (Ed.), *Child abuse and neglect worldwide.* Oxford, UK: Praeger.

Faller, K.C. (2014). Child sexual abuse. In G. Mallon & G. Alexander (Eds.). *Child welfare for the twenty-first century: A handbook of practices, policies, and programs, 2nd edition.* New York: Columbia University Press.

Anderson, G., Faller, K.C., & Leake, R. (2013). Chapter 11: Social work traineeship programs. In K. Briar-Lawson, M. McCarthy, & N. Dickinson (Eds.), *The Children's Bureau: Shaping a century of child welfare practices, programs, and policies.* Washington, D.C.: The NASW Press.

Faller, K.C., & Vandervort, F. (2012). Chapter II. 4 What works in protecting child witnesses. In P. Curtis & G. Alexander (Eds.), *What works in Child Welfare .* New York: Child Welfare League of America.

Faller, K.C. (2012). Chapter 33: Helping students who have been physically or sexually abused. In C. Franklin, M. Harris, & P. Allen Meares (Eds.), *School Services Sourcebook.* New York: Oxford University Press.

Faller, K.C. (2011) Volume II, Chapter 1: Navigating Solutions, Section II: Child Abuse: Victim Services. M Koss, J. White, A. Kazdin (Eds.). *Violence against women and children.* (pp. 11-25). Washington, D.C.: American Psychological Association.

Faller, K.C. (2009). Allegations of sexual abuse in divorce. *Child Abuse - III - The Right of Freedom.* Lumen Humanitas Edit. Buenos Aires – Argentina.

Faller, K.C. (2009). Interviewing the prepubertal child for possible sexual abuse. In C. Christian & R. Reece (Eds.), *Child Abuse: Medical diagnosis and management, 3rd edition.* American Academy of Pediatrics.

Faller, K.C. (2006). Helping students who have been physically or sexually abused: Strategies and Interventions. In C. Franklin, M.B. Harris, & P. Allen-Meares (Eds.), *The school sourcebook: A guide for school-based professionals.* New York: Oxford University Press.

Faller, K.C., Meezan, W., Mendez, M.M., Tropman, J., & Vandervort, F. (2004). The supervisor in child welfare. In M. Austin & K. Hopkins, (Eds.), *Human Service supervision in the learning organization.* Thousand Oaks, CA.: Sage.

Faller, K. C. (2001). Chapter 9: Children as Witnesses. In M. Kluger, G. Alexander, & P Curtis (Eds.), *What Works in Child Welfare,* pp. 89-96. Wash., D.C.: Child Welfare League of America.

Faller, K. C. (2000).Chapter 13: Individual change in children and direct social work practice. In P. Allen-Meares & C. Garvin (Eds.), *Handbook on Direct Social Work Practice,* pp.161-180. Newbury Park, CA.: Sage Publications.

Zellman, G. & Faller, K. C. (1995). Reporting child abuse. In J. Briere, L. Berliner, C. Jenny, T. Reid (Eds.), *APSAC Handbook on Child Maltreatment*, pp. 359-382. Newbury Park, CA.: Sage.

Faller, K. C. (1994). Extrafamilial sexual abuse. In S. Kaplan & D. Pelcovitz (Eds.), *Child and Adolescent Clinics of North America*, pp. 713-727. New York: W.B. Saunders & Co.

Faller, K. C. (1995). Assessment and treatment issues in child sexual abuse. In G. Rekers (Ed.), *Handbook of Child and Adolescent Sexual Problems.* pp. 209-231. Lexington, MA.: Lexington Books.

Faller, K. C. (1992). Child sexual abuse:  Causes, patterns, and treatment. In H. Nakken, G. VanGemert, & T. Zandberg (Eds.), *Research in Special Education*. pp. 123-139. United Kingdom: Edwin Mellen.

Faller, K. C. (1990). Sexual abuse by paternal caretakers: A comparison of abusers who are biological fathers in intact families, stepfathers, and non-custodial fathers. Pp. 65-73  In A. Horton, B. Johnson, L. Roundy, & D. Williams (Eds.), *The Incest Perpetrator: A Family Member No One Wants to Treat*. pp. 44-65. Newbury Park, CA.: Sage.

Duquette, D., & Faller, K. C. (1988). Interdisciplinary teams in professional schools: A case study. In D. Bross, R. Krugman, M. Lenherr, D. A. Rosenberg, and B. Schmidt (Eds.), *The New Child Protection Team Handbook.* pp. 535-547. New York: Garland Publishing, Inc.

Faller, K. C. (1980). Eltern-Kind-Beziehung bei Kindemishandlung und Vernachlassigung. (Parent-Child Interaction in Child Abuse and Neglect:  Assessment and Treatment). In Josef Duss-von Werdt and Rosmarie Welter-Enderlin, (Eds.), *Der Familienmensch*, Stuttgart: Klett-Cotta.

Faller, K. C. (January 1979). Die Machtdimension in der Familie und ihre Verwending in der Therapie. (Making Use of the Power Dimension of Family Functioning in Therapy). *Familiendynamik*, Stuttgart: Klett-Cotta.


**Media productions**

*Interviewing for Child Sexual Abuse: A Forensic Guide.* (1998). (videotape), Guilford Press.

*Testifying about Child Sexual Abuse: A Courtroom Guide.* (1998). (videotape), Guilford Press.


**Encyclopedia/dictionary entries**

Faller, K. C. (forthcoming). Child Abuse and Neglect, Special Needs of Families and Children of Color. In Linwood Cousins (Ed.). *Encyclopedia of Human Services and Diversity.* Thousand Oaks, CA: Sage.

Faller, K. C. (2010). Investigative Interviewing of Children In Claire Renzetti & J. Adelson (Eds.), *Encyclopedia of interpersonal violence.* Thousand Oaks, CA: Sage.

Faller, K.C. (2010). Child sexual abuse: Disclosure, reporting, and intervention. *Encyclopedia of trauma and abuse.* Thousand Oaks, CA: Sage.

Faller, K. C. (1998). Child Sexual Abuse: Implications for Mental Health. *Dictionary of Mental Health*, pp. 435-447. San Francisco: Academic Press.

Faller, K.C. (1996). Child Abuse. *Dictionary of Ethics, Theology, and Society*. Edited by P.B. Clarke & A. Lindsey. London: Routledge.

Protective Services for Children. *Encyclopedia of Social Work. 18th Edition*, Silver Springs, Maryland: National Association of Social Work, 1986.


**Book reviews**

Kathleen M. L. Coulborn Faller--8

*Child sexual abuse in Victorian England,* by Louise A. Jackson, *Children and Youth Services Review.* Forthcoming.

*Vulnerable Populations: V.II,* by Suzanne Sgroi. *The APSAC Advisor.* 1997.

*With the Best of Intentions: The Child Sexual Abuse Prevention Movement*, by Jill Berrick and Neil Gilbert. *Children and Youth Services Review.* 1993.

*Preventing Physical and Emotional Abuse of Children*, by David Wolfe. *Journal of Teaching in Social Work.* 1993.

*Family Sexual Abuse: Frontline Research and Evaluation*, by Michael Quinn Patton, (Ed.). *Child Abuse and Neglect: The International Journal. 16*, 1992.

*Wounded Innocents: The Real Victims of the War Against Child Abuse,* by Richard Wexler. *Journal of Interpersonal Violence. 6*(4), 1991.

*Systemic Treatment of Incest,* by Terry Trepper and Mary Jo Baxter. *Child Abuse and Neglect: The International Journal. 15*: 1991.

*Child Abuse and Neglect: Sharing Responsibility*, by Pamela Mayhall and Katherine Norgard. *Children and Youth Services Review.* 1985.

*Techniques for Dealing with Child Abuse,* by Arlene Baxter. *Victimology.* 1985.

**Journal Editions**

Faller, K. C. & Everson, M. (2012). Contested issues in the evaluation of child sexual abuse. *Journal of Child Sexual Abuse: Research, Treatment, & Program Innovations for Victims, Survivors, & Offenders.*

Faller, K. C. & Everson, M. (1996). The Child Interview: Special Section. *Child Maltreatment. 1*(2): 1-80.

Faller, K. C. & Everson, M. (1996). The Child Interview: Special Section. *Child Maltreatment. 1*(3): 103-150.

Faller, KC (1991). Special Issue: Child Welfare Policy and Practice. *Children and Youth Services Review. 13*(1&2).


**WORKS IN PROGRESS**

**Books**

Faller, K.C. *Interviewing Children about Sexual Abuse: Controversies and Best Practice, 2nd edition.* Oxford University Press.

**Journal editions**

Faller, K. C. & Friend, C. *The Witch Hunt Narrative*: Revisiting Child Sexual Abuse in Daycare. *Journal of Interpersonal Violence.*


**RESEARCH REPORTS**

*Final report*: Recruitment and Retention of Child Welfare Employees 2010.

*Final report*: Hasbro Early Assessment Project, 2005.

*Final report: Training Program for Child Welfare Supervisors, 2004.*

*Final report: Interdisciplinary Child Welfare Training Program, 2001.*

*Children Who May have Been Sexually Abused: A Summary of Findings,* with Ellen DeVoe. 1999.

*Final Report: Computer Assisted Interviewing of Children Suspected of Having Been Sexually Abused* with Ellen DeVoe. National Institute of Mental Health, 1995.

*Children at Risk: A Study of Fifty-One Families*, with Donald Duquette and Sandra Mortenson, Ann Arbor, Michigan: Washtenaw County Coordinating Council for Children at Risk, 1981.

**Monographs**

*Diffusion of Behavior Modification into Human Service Organizations: A Study of Knowledge Utilization*, Ann Arbor, Michigan: CRUSK, Institute for Social Research, 1978, 98 pp.

**Dissertation**

*Social Structural Variables in Families That Abuse and Neglect Their Children*. 1981, 349 pp.

**GRANTS, CONTRACTS, FELLOWSHIPS, AND SCHOLARSHIPS**

| | |
|---|---|
| 2013-2014 | Distinguished Faculty-Graduate Student Seminar: The Safety of Minors on College and University Campuses: A Social Justice Challenge. Principal Investigator. $7,500. |
| 2011-2012 | Systems of Care Infrastructure Development Grant with American Indian Health and Family Services and Michigan Intertribal Council. Substance Abuse and Mental Health Services Administration, Principal Investigator on Family Assessment Clinic subaward, Co-investigator (Sandra Momper, P.I.) on the University of Michigan School of Social Work subaward. $175,000. |
| 2008-2013 | National Child Welfare Workforce Institute. Sub-award. Children's Bureau, Department of Health and Human Services, Principal Investigator. $300,000. |
| 2004-2013 | State of Michigan Department of Human Services Contract Coun 09-099475. $30,000 per year. |
| 2008 | Child Welfare Planning Grant. Anne E. Casey Foundation. Principal Investigator. $18,000 |
| 2003 – 2010 | Curriculum for Recruitment and Retention of Child Welfare Employees, Children's Bureau, Department of Health and Human Services, Principal Investigator $1,000,000. |
| 2001-2004 | Hasbro Early Assessment Project, Hasbro Children's Foundation, Principal Investigator $144,000. |
| 2000-2004 | Training Program for Public Child Welfare Supervisors, Children's Bureau, Department of Health and Human Services, Principal Investigator. $600,000 |
| 1998-2000 | Public Child Welfare Traineeship Program, Act 426, USDHHS, Principal Investigator. $150,000 |
| 1998-1999 | Substance Abuse and Mental Health Services Administration. #SM-52379, USDHHS, Principal Investigator. $75.000 |
| 1997-2000 | Interdisciplinary Child Welfare Training Program, Children's Bureau, Department of Health and Human Services, Principal Investigator, $600,000. |
| 1996-1997 | Child Welfare Planning Grant, Michigan Family Independence Agency, Director. $50,000 |
| 1994-1999 | CIVITAS Child and Family Programs; CIVITAS Initiative, Faculty Director. $900,000. |
| 1993-1995 | Computer Assisted Interviewing of Children Suspected of Having Been Sexually Abused, research sub-contract with Morphonix, funding source, National Institute of Mental Health; Research Director. $150,000 |
| 1986-1992 | NIMH Child Mental Health Training Grant, U.S. Department of Health and Human Services; Principal Investigator.~$200,000 |
| 1985-present | Family Assessment Clinic, A Multidisciplinary Team, University of Michigan Director.~$150,000 per year. |
| 1979-1989 | Multidisciplinary Training Grant, Michigan Department of Social Services; Project Director.          ~$150,000 per year. |
| 1978-1984 | Research Grant from the University of Michigan Division of Research and Development Administration for "Family-Community Intervention: Child Abuse and Neglect." $10,000. |

Kathleen M. L. Coulborn Faller--10

**PRESENTATIONS GIVEN AT CONFERENCES**

2015    Protections for child witnesses. With Frank Vandervort, J.D. One Child, Many Hands: Multidisciplinary Conference on Child Welfare, Field Center for Children's Policy, Practice, & Research, University of Pennsylvania.

2015    Sexual abuse disclosure failures and what to do about them. 31st International Symposium on Child Abuse, Huntsville, AL.

2015    Family treatment roadmap. With Mary Ortega, LMSW. 31st International Symposium on Child Abuse, Huntsville, AL.

2015    Comprehensive family assessments. Partners in Courage Annual Conference, Austin, TX.

2014    Applying new research to asking children about child maltreatment and endangerment. 2014 Alaska Child Maltreatment Conference, Anchorage, AK.

2014    Comprehensive family assessments in child maltreatment cases. 2014 Alaska Child Maltreatment Conference, Anchorage, AK.

2014    Sexual abuse allegations in divorce. 2014 Alaska Child Maltreatment Conference, Anchorage, AK.

2014    Extended assessments/evaluations when there are concerns about child abuse; Current state of the art & science. 2014 Alaska Child Maltreatment Conference, Anchorage, AK.

2014    The Coached Child: Is Coaching a Problem in Child Sexual Abuse Cases? Michigan 32nd Statewide Conference on Child Abuse and Neglect, Plymouth, MI.

2014    Comprehensive Family Assessments in Child Maltreatment Cases. With Mary Ortega, L.M.S.W. Colloquium of the American Professional Society on the Abuse of Children, New Orleans.

2014    Extended Assessments/Extended Forensic Interviews: Current State of the Art and the Science. When Words Matter, Baltimore, MD.

2014    The Importance of Early, Comprehensive Assessments of Families Involved in the Child Welfare System. The 30th National Symposium on Child Maltreatment, Huntsville, AL.

2014    The Coached Child. The 30th National Symposium on Child Maltreatment, Huntsville, AL.

2014    Extended Assessments/Extended Forensic Interviews: Current State of the Art and the Science. With Linda Cordisco-Steele. 2014 San Diego International Conference on Child and Family Maltreatment. San Diego, CA.

2014    Asking Children about Maltreatment & Endangerment. 2014 San Diego International Conference on Child and Family Maltreatment. San Diego, CA.

2014    Longitudinal Assessment of the National Child Welfare Workforce Institute Traineeship Programs: Innovative Approaches and Lessons Learned From a Multi-Site Partnership Evaluation. With others. Conference of the Society for Social Work and Research, San Antonio, TX.

2013    Sexual Abuse Disclosure: What the Research Tells Us (and Practice Implications). 10th Annual Seminar in Forensic Sciences, S. Padre Island, TX.

2013    Comprehensive Family Assessments. 13th Annual Children's Cove Conference on Child Sexual Abuse, Hyannis, MA.

2013    The Coached Child: Is Coaching a Problem in Child Sexual Abuse. 13th Annual Children's Cove Conference on Child Sexual Abuse, Hyannis, MA.

2013    Sexual Abuse Allegations in Divorce. 10th Annual Maryland Children's Alliance Mid-Atlantic Conference on Child Abuse and Neglect, We Treasure Our Children, Annapolis, MD.

2013    Developmentally Delayed Parents and Permanency Planning. 10th Annual Maryland Children's Alliance Mid-Atlantic Conference on Child Abuse and Neglect, We Treasure Our Children, Annapolis, MD.

2013    Assessment and Treatment of Parents whose Children Have been Sexually Abused, with Mary Ortega, ACSW and Orli Avi-Yonah, Ph.D, L.P., LMSW. 32nd Annual Michigan Child Abuse & Neglect Conference: Prevention, Assessment, and Treatment. Plymouth, MI.

2013    <u>Family Treatment Roadmap</u>, with Mary Ortega, ACSW and Roberta Hirshon LMSW. Colloquium of the American Professional Society on the Abuse of Children, Las Vegas, NV.

2013    <u>First Do No Harm: Sensitivity and Specificity in Child Sexual Abuse Evaluations</u>, with Debra Nelson-Gardell, Ph.D., & Javonda Williams, Ph.D. Colloquium of the American Professional Society on the Abuse of Children, Las Vegas, NV.

2013    <u>The Need for Early, Comprehensive Assessments for Adequate Case Planning</u>, with Frank Vandervort, J.D., One Child, Many Hands Conference, University of Pennsylvania, Philadelphia, PA.

2013    <u>Keynote: Child Sexual Abuse and Social Justice: Who Are the Stakeholders And What Are the Stakes</u>? Conference of the Society for Social Work and Research, San Diego, CA.

2013    <u>First Do No Harm: Sensitivity and Specificity in Assessment for Alleged Sexual Abuse</u>. 29th National Symposium on Child Abuse, Huntsville, AL.

2013    <u>Parental Alienation Syndrome/Disorder: Recent Developments</u>. 29th National Symposium on Child Abuse, Huntsville, AL.

2013    <u>Sensitivity or Specificity: Helping Children Tell What Happened</u>, with Debra Nelson-Gardell, Ph.D., & Javonda Williams, Ph.D. National Organization of Forensic Social Work, Seattle.

2013    <u>Panel Presentation on Expert Testimony in Child Abuse</u>, with Viola Vaughn-Eden, Ph.D., Javonda Williams, Ph.D., Debra Nelson-Gardell, Ph.D. Moderator. National Organization of Forensic Social Work, Seattle.

2012    <u>Cultural competence + cultural humility=cultural responsiveness</u>, with Prof. Robert Ortega. Colloquium of the American Professional Society on the Abuse of Children, Chicago.

2012    <u>The challenges of collaboration between social workers and lawyers: When world views collide</u>, with Prof. Frank Vandervort. Colloquium of the American Professional Society on the Abuse of Children, Chicago.

2012    <u>Forensic interviewing panel</u>, with Patricia Toth, J.D., and Kee MacFarlane, M.S.W. Julie Kenniston, M.S.W., moderator. Colloquium of the American Professional Society on the Abuse of Children, Chicago.

2012    <u>Reflections on 30 years of evaluating and testifying about suspected child sexual abuse cases</u>, with David Corwin, M.D. & Mark Everson, Ph.D. 17th International Conference on Violence, Abuse & Trauma, San Diego.

2012    <u>Extended forensic evaluations for child sexual abuse allegations</u>. 17th International Conference on Violence, Abuse & Trauma, San Diego.

2012    <u>Family treatment roadmap</u>, with Mary Ortega and Roberta Hirshon, Michigan Statewide Conference on Child Abuse and Neglect, Plymouth, MI

2012    <u>Protecting Child Witnesses</u>, with Frank Vandervort. 28th National Symposium on Child Maltreatment, Huntsville, AL.

2012    <u>Family Treatment Roadmap</u>, with Mary Ortega & Abigail Eiler. 28th National Symposium on Child Maltreatment, Huntsville, AL.

2012    <u>Extended Assessments, a Review of the Research and Next Steps</u>, with Debra Nelson-Gardell, Javonda Williams, & Linda Cordisco-Steele. 28th National Symposium on Child Maltreatment, Huntsville, AL.

2012.   <u>Cultural Humility</u>. With Robert Ortega. 28th National Symposium on Child Maltreatment, Huntsville, AL.

2011    <u>Proving Child Sexual Abuse Cases in Court: Mental Health/Legal Collaboration</u>. One Child, Many Hands: Interdisciplinary Child Welfare Conference, University of Pennsylvania, Philadelphia. With Frank Vandervort

2011    <u>Report of the Qualitative Interviews with NCWWI Traineeship Principal Investigators</u>. National Child Welfare Workforce Institute Traineeship Annual Meeting, Chicago

2011    <u>APSAC Plenary Session on Forensic Interviewing—panel</u>. American Professional Society on the Abuse of Children Colloquium, Philadelphia

2011 Research session: Perceived need for extended assessments of child sexual abuse. American Professional Society on the Abuse of Children Colloquium, Philadelphia With Debra Nelson-Gardell and Javonda Williams

2011 Questioning children about maltreatment and endangerment. American Professional Society on the Abuse of Children Colloquium, Philadelphia

2011 Comprehensive Family Assessments. 16th Annual Northern New England Conference on Child Maltreatment, Portland, ME.

2011 Disclosure of child sexual abuse: An event or a process. 16th Annual Northern New England Conference on Child Maltreatment, Portland, ME.

2011 Keynote: Child Focused-Family Friendly Assessments in Child Welfare. Michigan State Court Administrators Office, Lansing, MI.

2011 Assessments of Mothers in Child Welfare. Michigan State Court Administrators Office, Lansing, MI.

2011 Brieland Child Welfare Lecture: Social Justice and Child Sexual Abuse, University of Illinois School of Social Work, Urbana-Champaign, IL

2011 Extended assessments when abuse is suspected but not disclosed: Perceived need and models for extended assessment process. With Debra Nelson-Gardell, Linda Cordisco-Steele, Javonda Williams, and Amy Tishelman. National Symposium on Child Abuse, Huntsville, AL

2011 Parental Developmental Disabilities and Permanency Planning with Mary Ortega. National Symposium on Child Abuse, Huntsville, AL

2011 Asking open-ended questions about parental maltreatment and endangerment. National Symposium on Child Abuse, Huntsville, AL

2011. Allegations of abuse in divorce: Latest research and best practice. San Diego International Conference on Child Maltreatment

2011 Questioning children about people, places, maltreatment and endangerment. San Diego International Conference on Child Maltreatment

2010 Fauri Memorial Lecture: Can Class Action Lawsuits Be A Catalyst For Change In Child Welfare? What Can The Michigan Case Tell Us? With Terri Gilbert, Sara Bartosz, & Vivek Sankaran.

2010 Parents with Developmental Disabilities and Permanency Planning. Michigan Statewide Conference on Child Abuse & Neglect, with Mary Ortega, Plymouth, MI.

2010 Cultural Humility: A paradigm shift in child welfare, with Robert Ortega International Society for the Prevention of Abuse & Neglect. 18th International Congress, Honolulu.

2010 Interactive Session: Extended Assessments in Child Sexual Abuse. International Society for the Prevention of Abuse & Neglect, with Debra Nelson-Gardell. 18th International Congress, Honolulu.

2010 Allegations of sexual abuse in divorce. Oklahoma Conference on Child Abuse and Neglect, Norman, OK.

2010 Extended Assessments in Child Abuse. Oklahoma Conference on Child Abuse and Neglect, Norman, OK.

2010 Extended Assessments in Child Sexual Abuse with Debra Nelson-Gardell & Linda Cordisco Steele American Professional Society on the Abuse of Children, New Orleans

2010 Allegations of sexual abuse in divorce. American Professional Society on the Abuse of Children, New Orleans

2010 Grandparents in distress. Michigan Chapter of the National Association of Social Workers, Dearborn, MI presented with Mary Ortega.

2010 Allegations of abuse in divorce. National Symposium on Child Maltreatment. Huntsville, AL.

2010 Grandparents in distress. National Symposium on Child Maltreatment    .  Huntsville, AL. Co-presented with Mary Ortega.

2010 The Shifting Boundaries of Childhood.  Discussant on a panel of papers, School of Social Work, University of Michigan.

2009    Social Work and Legal Collaboration: When world views collide. Field Center National Conference on Child Welfare: One Child, Many Hands, University of Pennsylvania. Co-presented with Frank Vandervort, J.D.

2009    Plenary—20 years of experience in interpersonal violence        International Violence, Abuse, and Trauma Conference. San Diego.

2009    Extended Assessments  in Child Sexual Abuse. International Violence, Abuse, and Trauma Conference., San Diego.

2009    Final Plenary. International Violence, Abuse, and Trauma Conference      . San Diego.

2009    Grandparents in distress: Grandparents raising their grandchildren. Michigan Statewide Conference on Child Abuse & Neglect. Co-presented with Mary Ortega

2009/   Trauma and Memory. International Congress on Violence, Trauma, and Abuse, Buenos Aires, Argentina.

2009    Legal issues in child protection: A United States perspective. International Congress on Violence, Trauma, and Abuse, Buenos Aires, Argentina; Spanish translation

2009    Decision-making in child sexual abuse   . International Congress on Violence, Trauma, and Abuse, Buenos Aires, Argentina; Spanish translation

2009    Commitment to Child Welfare Work. National Conference on Child Abuse & Neglect, Atlanta, GA. With Prof. Robert Ortega.

2009    Recruitment and Retention of Child Welfare Professionals: Race Matters. National Conference on Child Abuse & Neglect, Atlanta, GA. With Prof. Robert Ortega.

2009    Children who are reluctant to disclose Child Sexual Abuse. National Symposium of Child Abuse, Huntsville, AL.

2009    Extended assessments in child sexual abuse. National Symposium of Child Abuse, Huntsville, AL. With Linda Cordisco-Steele & Prof. Debra Nelson-Gardell.

2009    Assessment of child sexual abuse. Special Symposium I: Assessment of Alleged Child Victim: Finding the Truth and Protecting the Child, Korean Association of Forensic Psychologists. Seoul National University, Seoul, S. Korea.

2008    Allegations of sexual abuse in divorce: Research and case management. Summit Conference for Judges and Court Staff: Stop the Silence; Stop Child Sexual Abuse, University of Maryland, College Park, MD.

2008    Outsourcing child welfare services. Colloquium of the American Professional Society on the Abuse of Children. Phoenix, AZ With Prof. Robert Ortega & Prof. Alberta Ellett.

2008    Extended Assessments in Child Sexual Abuse. Colloquium of the American Professional Society on the Abuse of Children. Phoenix, AZ With Linda Cordisco-Steele.

2008    Cultural Humility in Child Welfare Service Delivery. Colloquium of the American Professional Society on the Abuse of Children. Phoenix, AZ With Prof. Robert Ortega.

2008    Facilitating children's disclosures of sexual abuse. San Diego International Conference on Child and Family Maltreatment.

2008    The coached child: Is coaching a problem in child sexual abuse. 24th National Symposium on Child Abuse. Huntsville, AL.

2008    Extended assessments/forensic evaluations of children who may have been sexually abused. 24th National Symposium on Child Abuse. Huntsville, AL. With Linda Cordisco Steele and Debra Nelson. Gardell, Ph.D.

2008    Sources of disclosure failures in child sexual abuse. 24th National Symposium on Child Abuse. Huntsville, AL.

2007    Multidisciplinary assessments in complex child welfare cases. Bergstrom Conference, University of Michigan Law School.

2007    Decision-making in child sexual abuse. Colorado State Child Welfare Conference, Keystone, CO.

2007    Disclosure of child sexual abuse. Colloquium of the American Professional Society on the Abuse of Children, Boston, MA. With Erna Olafson, PhD, PsyD.

Kathleen M. L. Coulborn Faller--14

2007    False allegations of sexual abuse. Colloquium of the American Professional Society on the Abuse of Children, Boston, MA. With Erna Olafson, PhD, PsyD

2007    Psychological evaluation in juvenile and family cases: Essentials of mental health assessment. National Association of Counsel for Children Conference, Keystone, CO. With Thomas Lyon, JD, PhD & Norton Roitman, MD.

2007    Assessing allegations of abuse in divorce: What lawyers need to know. National Association of Counsel for Children Conference, Keystone, CO.

2007    Extended assessment of children. Michigan Statewide Conference on Child Abuse and Neglect, Plymouth, MI. Peer reviewed. With Mary Ortega, ACSW.

2007    Rountable: Cultural Humility. Council on Social Work Education: APM, San Francisco. With Robert Ortega, Ph.D.

2007    Keynote: How children disclose sexual abuse. Congreso Violencia, Buenos Aires, AR.. Keynote.

2007    Open forum: Child sexual abuse. Congreso Violencia, Buenos Aires, AR.

2008    Parental alienation syndrome. San Diego International Conference on Child and Family Maltreatment.

2007    Deciding whether the child has been sexually abused. 23rd National Symposium on Child Abuse. Huntsville, AL.

2007    Extended assessments in child sexual abuse cases. 23rd National Symposium on Child Abuse. Huntsville, AL.

2007    Cultural Humility. Grantees' Meeting of Child Welfare Grants. Washington, D.C. with Robert Ortega, Ph.D.

2007    The Hasbro Early Assessment Project. Child Advocacy Law Clinic 30 Anniversary Symposium. UM Law School. Panel presentation—Chair Anne Reyes Robbins, MSW.

2007    The Challenges of Interdisciplinary Professional Education in Child Advocacy. Child Advocacy Law Clinic 30 Anniversary Symposium. UM Law School. Panel presentation—Chair Frank Vandervort, JD.

2007    How Children Talk About Abuse. Arizona Court Improvement Project. Arizona Supreme Court. Keynote.

2006    Demonstrative Communication in Forensic Interviewing. Midwest Conference on Child Sexual Abuse. Madison, WI

2006    Beyond leading questions: Question controversies in forensic interviews. Midwest Conference on Child Sexual Abuse. Madison, WI.

2006    Questioning children about Sexual Abuse. Child Maltreatment Conference, University of Toronto SCAN Program and Hospital for Sick Children.

2006    Keynote: Allegations of Abuse in Custody/Access Cases. Child Maltreatment Conference, University of Toronto SCAN Program and Hospital for Sick Children.

2006    Early Multidisciplinary Assessment of Serious Child Protection Cases Involving Young Children. Children's Bureau 2006 Conference "Many Paths, One Direction: Strategies for Achieving Lasting Reform in Child Welfare."

2006    Beyond leading questions: Complexities of interviewing children. APSAC Colloquium, Nashville, TE .With Mark Everson, Ph.D., University of North Carolina at Chapel Hill.

2006    Demonstrative communication in forensic interviewing. APSAC Colloquium, Nashville, TE. With Mark Everson, Ph.D., University of North Carolina at Chapel Hill.

2006    Keynote: The Process of Disclosure of Child Sexual Abuse. Nordic International Congress on Child Abuse and Neglect, Malmo, Sweden.

2006    Allegations of Abuse in Divorce. Nordic International Congress on Child Abuse and Neglect, Malmo, Sweden.

2006    Keynote: Beyond leading questions. Canadian Society for the Investigation of Child Abuse, Calgary, Alberta, CA.

2006    The Coached Child: Professional Perceptions. Canadian Society for the Investigation of Child Abuse, Calgary, Alberta, CA.

2006    A model for assessment of abuse allegations in divorce. 22nd National Symposium on Child Abuse Huntsville, AL.

2006    Communicating with children: More than words.          22nd National Symposium on Child Abuse, Huntsville, AL.

2006    Beyond leading questions: Complexities of interviewing children. Eastern Conference on Child Sexual Abuse Treatment Wash., D.C.

2006    Demonstrative communication in forensic interviewing. Eastern Conference on Child Sexual Abuse Treatment, Wash., D.C.

2006    Accusations of child abuse in family court. 20th International San Diego Conference on Child and Family Maltreatment, San Diego     . With Prof. John E.B Myers, Hon Harry Elias, Hon. Lorna Alksne.

2006    Psychological evidence in sexual abuse cases.20th International San Diego Conference on Child and Family Maltreatment, San Diego. With Prof. Thomas Lyon, USC Law School

2005    Evidence based treatment of traumatized children. Child Abuse and Neglect Prevention, Assessment and Treatment. Ypsilanti, MI. With Mary Ortega, A.C.S.W.

2005    Multidisciplinary assessment of allegations of abuse in divorce/custody cases. Child Abuse and Neglect Prevention, Assessment and Treatment. Ypsilanti, MI. With Mary Ortega, A.C.S.W.

2005    Recurring reports of child maltreatment with no resolution. Colloquium of the American Professional Society on the Abuse of Children, New Orleans

2005    Evaluating the quality of forensic interviewing: Results from a pilot study. Colloquium of the American Professional Society on the Abuse of Children, New Orleans. With Ilene Berson, Ph.D., Michael Haney, Ph.D., Jon Conte, Ph.D., & Kee MacFarlane, M.S.W.

2005    Multidisciplinary assessments of substantiated CPS Cases involving young children: Findings from a pilot study. Colloquium of the American Professional Society on the Abuse of Children, New Orleans

2005    Child and system outcomes from multidisciplinary assessments of substantiated serious CPS cases involving young children. 15th National Conference on Child Abuse and Neglect. Boston.

2005    Understanding child welfare workforce challenges. With Robert Ortega. .Children's Bureau Child Welfare Grantees Conference and Meeting. Washington, D.C.

2005    Structure in forensic interviews: An evidence-based critique. 21st National Symposium on Child Abuse. Huntsville, AL.

2005    Multidisciplinary evaluation of complex child welfare cases, with Mary Ortega, ACSW. 21st National Symposium on Child Abuse. Huntsville, AL.

2005    Evaluating forensic interviews. International Conference on Child and Family Maltreatment. San Diego.

2005    The coached child. International Conference on Child and Family Maltreatment. San Diego.

2005    Use of media in forensic interviewing. International Conference on Child and Family Maltreatment.   San Diego.

2005    Peer review of forensic interviews. International Conference on Child and Family Maltreatment. San Diego.

2004    Disclosure of child sexual abuse. International Congress on Child Abuse and Neglect. Brisbane, AU.

2004    The power and limitations of multivariate analysis to understand successful criminal prosecution of child sexual abuse.   Society for Social Work and Research, New Orleans. Symposium organized by Karen Staller; with Bill Birdsall, Jim Henry, Frank Vandervort, and Elana Buch.

2004    Successful criminal prosecution of child sexual abuse: A mixed methods study.   San    Diego Conference of Child Maltreatment, Center for Child Protection, Children's Hospital and Health Center, with Karen Staller, Bill Birdsall, Frank Vandervort, and Elana Buch.

2004    The Hasbro Early Assessment Project. National Symposium on Child Maltreatment, Huntsville, AL, with Mary Ortega, M.S.W.

2004    Models for extended evaluations of sexual abuse cases. National Symposium on Child Maltreatment, Huntsville, AL.

2004    The use of media in forensic interviews. National Symposium on Child Maltreatment, Huntsville, AL.

2004    Legal issues in child sexual abuse. Imagine: Breaking the Cycle Conference XXVI, South Bend, Indiana.

2003    Contested issues in child sexual abuse. Annual New Jersey MDT Conference Crimes against Children. Trenton, New Jersey

2003    Decision-making in child sexual abuse. Annual New Jersey MDT Conference Crimes against Children, Newark.

2003    Evidence-based practice in forensic interviewing. Colloquium of the American Professional Society on the Abuse of Children, Orlando. 11th annual national conference

2003    The Parental Alienation Syndrome, parental alienation, and the alienated child.   Colloquium of the American Professional Society on the Abuse of Children, Orlando. 11th annual national conference

2003    Successful criminal prosecution of child sexual abuse: A mixed methods study. International Conference on Family Violence, San Diego. with James Henry, Ph.D., Western Michigan University (other co-authors, Karen Staller, Bill Birdsall, Frank Vandervort, Elana Buch.

2003    Advanced Forensic Interviewing. 11th Annual Conference on Child Abuse and Neglect, Bretton Woods, New Hampshire.

2003    Sexual abuse in religious settings. 11th Annual Conference on Child Abuse and Neglect, Bretton Woods, New Hampshire.

2003    Parental alienation syndrome, parental alienation, and the alienated child. 11th Annual Conference on Child Abuse and Neglect, Bretton Woods, New Hampshire

2003    Decision-making in Child Sexual Abuse: A Process or an Event? 4th Annual Child Abuse Summit, Portland, Oregon

2003    Interviewing Children who are Reluctant to Disclose  Sexual Abuse: A Process or an Event? 4th Annual Child Abuse Summit, Portland, Oregon

2003    Children's Disclosures of Child Sexual Abuse: A Process or an Event? 4th Annual Child Abuse Summit, Portland, Oregon

2003    Coordinated Intervention Can Work: Successful Criminal Prosecution of Child Sexual Abuse. 14th National Conference on Child Abuse and Neglect, St. Louis, MO. with James Henry, Ph.D.

2003    Early Assessment and Follow-up to Help Children and Families Reported to Child Protective Services. 14th National Conference on Child Abuse and Neglect, St. Louis, MO. with Elaine Pomeranz, M.D.

2003    Multidisciplinary Assessment of First-time Referrals to Child Protective Services Cases Involving Young Children. Children's Bureau, Conference for Child Welfare Training and Adoption Opportunities, Washington. D.C. with Deborah Willis, M.S.W., M.A., & Jan Baeszler.

2003    Forensic Interviewing Dilemmas in Sexual Abuse Cases: Null Findings, False Negatives, and Recantations. Nineteenth National Symposium on Child Abuse, Huntsville, AL. with Julie Javeri.

2003    Multidisciplinary Assessment of Complex Child Welfare Cases. Nineteenth National Symposium on Child Abuse, Huntsville, AL. with Mary Ortega, M.S.W.

2003    Parental Alienation Syndrome, Parental Alienation, and the Alienated Child. Nineteenth National Symposium on Child Abuse, Huntsville, AL.

2002    Contested Issues in Interviewing Children About Sexual Abuse, American Professional Society on the Abuse of Children, New Orleans.

2002    Forensic Interview Protocols: A Critique, American Professional Society on the Abuse of Children, New Orleans.

2002    Evidence-based Practice and Child Forensic Interviewing, International Society on the Prevention and Treatment of Child Abuse and Neglect, Denver, CO. with David Corwin, M.D.

2002    Successful Criminal Prosecution of Child Sexual Abuse (poster session) International Society on the Prevention and Treatment of Child Abuse and Neglect, Denver, CO. with James Henry, Ph.D.

2002    Early Assessment of Cases Referred to Child Protective Services (poster session), International Society on the Prevention and Treatment of Child Abuse and Neglect, Denver, CO. with Elaine Pomeranz, M.D.

2002    American Professional Society on the Abuse of Children, Forensic Interviewing Institute (1 day) International Society on the Prevention and Treatment of Child Abuse and Neglect, Denver, CO.

2002    Allegations of Sexual Abuse in Divorce, Seventh Annual Northern New England Conference on Child Maltreatment, Portland, Maine

2002    Parental Alienation Syndrome: What Are the Research Findings?, Seventh Annual Northern New England Conference on Child Maltreatment, Portland, Maine

2002    Decision-making in Child Sexual Abuse. Seventh Annual Northern New England Conference on Child Maltreatment, Portland, Maine

2002    Pre-conference Institute—Assessing Allegations of sexual abuse in divorce. Midwest Conference on Child Sexual Abuse, Madison, WI.

2002    Parental Alienation Syndrome: What Does Research Tell Us? Midwest Conference on Child Sexual Abuse, Madison, WI.

2002    Allegations of Abuse in Divorce Proceedings. Summit on Children and the Courts: Improving Court Responses to Child Victims of Intra-Familial Violence and Sexual Abuse, THE Children's Law and Policy Initiative at Massachusetts Citizens For Children, Boston, MA.

2002    Decision-making in Child Sexual Abuse. 21st Annual Michigan Statewide Conference on Child Abuse and Neglect, University of Michigan, Ypsilanti, MI.

2002    Update on Allegations of Sexual Abuse in Divorce. Nineteenth National Symposium on Child Sexual Abuse, Huntsville, AL..

2002    Contested Issues and Current Controversies in Interviewing Children Who May Have Been Sexually Abused. Nineteenth National Symposium on Child Sexual Abuse, Huntsville, AL.

2002    Forensic Interviewing of Young Children: Research & Practice. (Institute) San Diego Conference on Child and Family Maltreatment, San Diego, CA.

2002    What Makes Sex Offenders Confess? San Diego Conference on Child and Family Maltreatment, San Diego, CA.

2002    A New Approach to Substantiated CPS Cases with Young Children. San Diego Conference on Child and Family Maltreatment, San Diego, CA.

2002    What Makes Sex Offenders Confess? Society for Social Work and Research, San Diego.

2001    Parental Mental Health Problems and Children's Welfare. 5th New England Conference on Child Sexual Abuse, University of Vermont, Burlington, VT.

2001    Domestic Abuse and Children's Welfare. 5th New England Conference on Child Sexual Abuse, University of Vermont, Burlington, VT.

2002    Allegations of Sexual Abuse in Divorce. Kansas Professional Society on the Abuse of Children, Topeka, KS., with Anne Haralambie, J.D.

2001    The Art and Science of Forensic Interviewing of Young Children. (Institute). Prevent Child Abuse South Carolina, Columbus, S.C.

2001    The Parental Alienation Syndrome: A Critical Analysis of Issues. National Association of Counsel for Children, San Diego, CA.

2001    The Art and Science of Forensic Interviewing of Young Children. (Institute). Georgia Council on Child Abuse, Atlanta, Ga.

2001    An Update on Allegations of Abuse in Divorce. Colloquium, American Professional Society of the Abuse of Children, Washington, D.C., with Thomas Lyon, J.D., Ph.D.

2001    Pre-conference Workshop: Screening for Substance Abuse in Child Welfare Clients. National Conference on Child Abuse and Neglect, Albuquerque, with Melnee McPherson, M.S.W.

2001    Decision-making in Child Sexual Abuse. Seventeenth National Symposium on Child Sexual Abuse, National Children's Advocacy Center, Huntsville, AL.

2001    The Art and Science of Forensic Interviewing. Seventh Annual South Carolina Professional Colloquium on Child Abuse, Charleston, S.C.

2001    Decision-making in Child Sexual Abuse Cases. Seventh Annual South Carolina Professional Colloquium on Child Abuse, Charleston, S.C.

2001    Predictors of Confession to Child Sexual Abuse. Fifteenth Annual San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

2001    Update on Findings about Allegations of Abuse in Divorce & Custody cases. Fifteenth Annual San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

2000    Patterns of Disclosure in Child Sexual Abuse Victims. Fifteenth Annual San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

2000    Forensic Interviewing: Parts 1&2.Midwest Regional Children's Advocacy Center Conference on Child Abuse, Minneapolis, MN.

2000    Keynote Presentation: The Needs of Child Victims of Sexual Abuse: Research and Practice Implications. National Organization for the Treatment of Abusers 10th Annual Conference, Dublin, Ireland.

2000    Seminar: Allegations of Sexual Abuse in Divorce. National Organization for the Treatment of Abusers 10th Annual Conference, Dublin, Ireland.

2000    Keynote: The Art and Science of Forensic Interviewing of Young Children. Child and Adolescent Sexual Abuse Victims and Sexual Offenders, Fourth Annual Broken Boundaries Conference, Providence, R.I.

2000    Forensic Interviewing of Children who May Have Been Sexually Abused.  2000 Western Regional Symposium on Child Abuse and Sexual Assault. Eugene, Oregon.

2000    Interviewing Child Sexual Abuse Victims. Children's Advocacy Services Fourth Annual Symposium. St. Louis, MO.

2000    A Critical Review of Forensic Interview Protocols Recommended for Investigation of Child Sexual Abuse. APSAC Colloquium on Child Maltreatment, Chicago.

2000    Keynote: Child sexual abuse in historical and political perspective. Current Thinking/New Directions Conference. Children's Cove & District Attorney's Office, Cape Cod, MA.

2000    Keynote: Child sexual abuse in historical and political perspective. Current Thinking/New Directions Conference. Children's Cove & District Attorney's Office, Cape Cod, MA.

2000    Successful Management of Child Sexual Abuse Cases. Colloquium, American Professional Society of the Abuse of Children, Chicago, IL.

2000    Protocols for Interviewing Children who may have been Sexually Abused. 19th Annual Child Abuse and Neglect Conference, University of California at Davis, Sacramento, CA.

2000    Forensically Defensible Questioning Techniques for Children who may have been Sexually Abused. 19th Annual Child Abuse and Neglect Conference, University of California at Davis, Sacramento, CA.

2000    Decision-making in Child Sexual Abuse. 19th Annual Child Abuse and Neglect Conference, University of California at Davis, Sacramento, CA.

2000    Child Sexual Abuse: Abuse and System Impacts. Annual Conference, New Mexico Crime Victims Reparations Commission, Albuquerque.

2000    Child Sexual Abuse: A Case Study In Community Collaboration. With James Henry, Ph.D. Annual Conference Michigan Chapter NASW, Mt. Pleasant, MI.

2000    Questioning Children Who May Have been Sexually Abused. Eighth Annual Children's Justice Act Conference, Seattle, WA.

2000    Forensic Interviewing: Problem Cases. Eighth Annual Children's Justice Act Conference, Seattle, WA.

2000    Forensic Interviewing in Child Sexual Abuse. Annual Conference, New Mexico Crime Victims Reparations Commission, Albuquerque.

2000    False positive and false negative allegations of sexual abuse, with Erna Olafson, Ph.D., Psy.D., San Diego Conference, Responding to Child Maltreatment, San Diego CA.

2000    Forensic Interviewing. with Kee MacFarlane, M.S.W. American Professional Society on the Abuse of Children Day Long Institute, San Diego, CA.

2000    Forensic interviewing: A mental health perspective. Forensic Interviewing Conference: Addressing the Investigation and Prosecution of Child Sexual Abuse in the New Millenium. Commonwealth of Kentucky, Louisville, KY.

2000    A Critical Analysis Of Protocols For Interviewing Children Who May Have Been Sexually Abused. Sixteenth National Symposium on Child Sexual Abuse. Huntsville, AL.

2000    Assessment of Child Maltreatment Cases With Parental Substance Abuse, Domestic Violence, And Mental Health Problems. With Frank Vandervort, J.D. Sixteenth National Symposium on Child Sexual Abuse. Huntsville, AL.

1999    Forensically Defensible Interviewing of Children. With Melissa McDermott, A.C.S.W. APSAC Rhode Island Chapter, Providence, R.I.

1999    Child Maltreatment And Endangerment In The Context Of Divorce. Child Embattled by Divorce Symposium, University of Arkansas Law School, Little Rock, AR.

1999    Interviewing Children Who May Have Been Sexually Abused.. New Mexico Coalition of Sexual Assault Programs, Inc., Albuquerque, N.M.

1999    Allegations of Sexual Abuse in Divorce. Fifteenth Annual Symposium, Georgia Council on Child Abuse, Atlanta, GA.

1999    Focused Questions for Asking about Child Endangerment and Maltreatment. Michigan Statewide Conference on Child Abuse, University of Michigan Hospitals, Ann Arbor, MI.

1999    The Art and Science of Forensic Interviewing, with Mark Everson, Ph.D., APSAC Colloquium on Child Maltreatment, San Antonio, TX.

1999    Allegations of Sexual Abuse in Divorce, with Thomas Lyon, J.D., Ph.D., APSAC Colloquium on Child Maltreatment, San Antonio, TX.

1999    Question Design for Forensic Interviewers. With Kee MacFarlane, M.S.W. Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego..

1999    Media in Forensic Interviewing: Research Findings and Practice Implications. Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego..

1999    Expert Testimony in Child Maltreatment Cases: Courtroom Skills for All Disciplines. With Hon. Harry Elias, Paul Stern, J.D., & David Chadwick, M.D. APSAC Advanced Training Institutes.

1998    Allegation of Abuse in Divorce, National Conference on Child Abuse and Neglect, Cincinnati, OH.

1998    Interviewing Children Who May Have Been Sexually Abused, Western Regional Conference, National Children's Advocacy Center, Anchorage, AL.

1998    Forensic Interviewing for Child Sexual Abuse, Midwest Conference on Sexual abuse and Incest, University of Wisconsin, Madison.

1998    Keynote—History of Children's Advocacy,
        Evaluation of sex offender treatment
        Allegations of sexual abuse and divorce
        Florida Children's Advocacy Center Annual Conference, Lakeland, FL.

1998    Closing keynote—Children's Memory and Suggestibility, Statewide conference, Louisiana Department of Human Resources, Lafayette, LA. (half day).

1998    Lessons Learned from Lawsuits, with Kee MacFarlane, M.S.W., APSAC Colloquium, Chicago.

1998    The Polygraph: Uses and Abuses, with Theodore Cross, Ph.D., Brandeis University. APSAC Colloquium, Chicago.

1998    Interview in Children Using Focused Questions about Maltreatment and Endangerment. Child Protection: Our Responsibility, Cedar Rapids, Iowa.

1998    Allegations of Abuse and Divorce. Child Protection: Our Responsibility, Cedar Rapids, Iowa-- (1/2 day)

1998    Allegations Of Abuse And Divorce: Research and Practice, Michigan Chapter of the National Association of Social Workers, Traverse City, MI.

1998    Focused Questions for Interviewing Children, Statewide Conference, American Professional Society on the Abuse of Children, New Jersey Chapter, Newark, N. J.

1998    Assessing Allegations of Abuse in Divorce, Statewide Conference, American Professional Society on the Abuse of Children, New Jersey Chapter, Newark, N. J..

1998    Allegations of Child Abuse in Divorce, Annual Domestic Relations Conference, Arizona State Supreme Court, Phoenix, AZ.

1998    Allegations of Sexual Abuse in Divorce, Fourteenth National Symposium on Child Sexual Abuse, National Children's Advocacy Center, Huntsville, AL.

1998    The Use of Media in Child Interviewing, Fourteenth National Symposium on Child Sexual Abuse, National Children's Advocacy Center, Huntsville, AL.

1998    Allegations of Abuse And Divorce: Case Management Strategies, 98 Children's Justice Conference, Washington Department of Social and Health Services, Bellevue, WA.

1998    Allegations of Abuse And Divorce: Research Findings 98 Children's Justice Conference, Washington Department of Social and Health Services, Bellevue, WA.

1998    APSAC Institute: The Art and Science of Forensic Interviewing, with Mark Everson & Thomas Lyon, Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego.

1998    Interviewing Strategies: Relating Research to Practice. Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego.

1998    The U.S. Child Protection System. International Panel: Comparing Child Protection Systems, Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego.

1997    Open Forum: Leading Questions in Forensic Interviews, Kathleen Coulborn Faller, Ph.D., Convenor, Mark Everson, Ph.D., John E. B. Myers, J.D., Patricia Toth, J.D., Barbara Boat, Ph.D., Wendy Bourg, Ph.D., Nancy Lamb, J.D., David Corwin, M.D., Panelists. Fifth National APSAC Colloquium, Tucson, AZ.

1997    The Polygraph, Its Use in Decision-making About Child Sexual Abuse: An Exploratory Study, The International Family Violence Research Conference, University of New Hampshire, Durham, N. H.

1997    Focused Questions for Interviewing Children about Child Maltreatment and other Endangering Behaviors, Midwest Conference on Child Sexual Abuse and Incest, University of Wisconsin, Madison, WI.

1997    Allegations of Abuse in Divorce: Research and Case Management, Midwest Conference on Child Sexual Abuse and Incest, University of Wisconsin, Madison, WI.

1997    Forensic Interviewing, Midwest Conference on Child Sexual Abuse and Incest, University of Wisconsin, Madison, WI.

1997    APSAC Institute: The Art and Science of Forensic Interviewing, with Mark Everson, Ph.D., & Nancy Lamb, J.D., APSAC Colloquium, Miami (2 one day institutes).

1997    Interviewing Young Children Who May Have Been Sexually Abused, Annual Conference Michigan Association of Children's Alliances, Ypsilanti, MI.

1997    Child Sexual Abuse, Annual Conference of the Michigan Foster Care Review Board, Grand Rapids, MI.

1997    Peer Review in a Hierarchical Institution, with Robert Passick, Ph.D., Midwest Clinical Law Conference, University of Michigan Law School, Ann Arbor, MI.

1997    APSAC's Commitment to the U.N. Convention on the Rights of the Child, Advancing Children's Futures; The Role of Non-Governmental Organizations in Supporting Children's Rights, Indiana University-Purdue University, Indianapolis, IN.

1997    Child Abuse as a Form of Family Violence, The Eight International Conference on Family Violence and Child Welfare, Seoul, S. Korea.

1997    National Conference: Developing a Research Agenda in Child Abuse and Neglect, Center for Child Protection and Children's Rights, Bangkok, Thailand. (4 days).

1997    APSAC Institute: The Art and Science of Forensic Interviewing, with Mark Everson & Thomas Lyon,, Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego.

1996    Research on Corroboration of Child Sexual Abuse, with Ellen DeVoe, International Conference on Trauma and Memory, University of New Hampshire, Durham, N. H.

1996    Questioning strategies to be used with children who may have been sexually abused, with Ellen DeVoe, International Congress on Child Abuse and Neglect, Dublin, Ireland

1996    Research on allegations of abuse in divorce, with Ellen DeVoe, Eleventh International Congress on Child Abuse and Neglect, Dublin, Ireland

1996    The joys and sorrows of multidisciplinary evaluation, Protecting Children: American Perspectives: A Multiprofessional Conference, Glasgow, Scotland

1996    APSAC Institute: The Art and Science of Forensic Interviewing, with Larry Ricci, Thomas Lyon, & William Walsh, Colloquium of the American Professional Society on the Abuse of Children, Chicago, IL. 2 one day Institutes

1996    Sexual abuse allegations in divorce, Protecting Children: American Perspectives: A Multiprofessional Conference, Glasgow, Scotland

1996    Allegations of sexual abuse in divorce: Research and case management, National Conference on Child Abuse and Neglect, Wash., D.C.

1996    Child abuse prevention programs that work, Children's Trust Fund Conference, Lewiston, MI.

1996    New controversies in child interviewing, Michigan Professional Society on the Abuse of Children, Mt. Pleasant, MI.

1996    Children's memory, suggestibility, and credibility as witnesses of abuse, North Carolina Division of Social Services, Raleigh, N.C.

1996    Working with non-abusive parents, Michigan Statewide Conference on Child Abuse, University of Michigan Hospitals, Ann Arbor, MI.

1996    Assessing Allegations of Child Sexual Abuse, with Rosemary Niedzwicki, Second International Symposium on Child Custody Evaluations, Association of Family and Conciliation Courts, Orlando, FL.

1996    APSAC Institute: The Art and Science of Forensic Interviewing, with Mark Everson & Catherine Stephenson, Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego.

1996    Psychotherapy with Alleged Victims of Child Sexual Abuse, with Mark Everson, Responding to Child Maltreatment, Children's Hospital and Health Center, San Diego.

1995    APSAC Institute: The Art and Science of Forensic Interviewing, with Mark Everson, Colloquium of the American Professional Society on the Abuse of Children, Tucson, AZ. 2 one day Institutes

1995    Questioning Strategies for Children Who May Have Been Sexually Abused, with Ellen DeVoe, The Fourth International Family Violence Conference, University of New Hampshire, Durham, N. H.

1995    Allegations of Sexual Abuse in Divorce. The Fourth International Family Violence Conference, University of New Hampshire, Durham, N. H.

1995    Forensically Defensible Interviewing of Children. Midwest Conference on Child Sexual Abuse, Madison, WI.

1995    Computer Assisted Interviewing of Children Who May Have Been Sexually Abused. Midwest Conference on Child Sexual Abuse, Madison, WI.

1995    Investigation of Sexual Abuse Allegations Involving Preschoolers. First National Research and Best Practice Symposium on Sexual Abuse of Young Children. Institute for the Prevention of Child Abuse, Toronto, ONT.

1995    Assessment of Child Abuse in Child Custody Cases, with D. Corwin, M.D. San Diego Conference on Responding to Child Maltreatment. Center for Child Protection, Children's Hospital, San Diego, CA.

1995    Computer Assisted Interviewing, with Ellen DeVoe, A.C.S.W. San Diego Conference on Responding to Child Maltreatment. Center for Child Protection, Children's Hospital, San Diego, CA.

1995    APSAC Institute: The Art and Science of Forensic Interviewing of Children Who May Have Been Sexually Abused. San Diego Conference on Responding to Child Maltreatment. Center for Child Protection, Children's Hospital, San Diego, CA.

1994    Women Who Sexually Abused Children. International Symposium on the Sexual Offender. Klinik und Poliklinik fur Kinder- und Jugendpsychiatrie, Universitat Munster, Germany.

1994    Allegations of Sexual Abuse in Divorce. Eleventh Annual Conference: Confronting our Sexually Violent Society. Albany County Rape Crisis Center, Albany, N.Y.

1994    Child sexual abuse: The art and Science of Forensic Interviewing. Eleventh Annual Conference: Confronting our Sexually Violent Society. Albany County Rape Crisis Center, Albany, N.Y.

1994    Polyincestuous Families. Child Protection Center Fall Conference: Interdisciplinary Approaches to Child Abuse Prevention, Investigation, and Treatment. St. Luke's Hospital, Cedar Rapids, IA.

1994    Suggestibility and Credibility of Children's Recollections. Child Protection Center Fall Conference: Interdisciplinary Approaches to Child Abuse Prevention, Investigation, and Treatment. St. Luke's Hospital, Cedar Rapids, IA.

1994    Extrafamilial Sexual Abuse. Child Protection Center Fall Conference: Interdisciplinary Approaches to Child Abuse Prevention, Investigation, and Treatment. St. Luke's Hospital, Cedar Rapids, IA.

1994    Allegations of Sexual Abuse during Divorce Proceedings. Child Protection Center Fall Conference: Interdisciplinary Approaches to Child Abuse Prevention, Investigation, and Treatment. St. Luke's Hospital, Cedar Rapids, IA.

1994    Basic Interviewing Skills and Issues in Joint Interview/investigations of Child Sexual Abuse. Fourth Gulf Regional Conference on Child Abuse. Children's Advocacy Center, Mobile, AL.

1994    Interviewing Young Victims of Abuse. Eleventh Annual Conference on Infancy and Childhood. (1 day) Utah State University, Logan, UT.

1994    The Art and Science of Forensic Interviewing. Second Oklahoma Conference on Child abuse and Neglect. The University of Oklahoma, Oklahoma City.

1994    Women Who Sexually Abuse Children. Thirteenth Annual Michigan Statewide Conference: Child Abuse and Neglect. The University of Michigan Medical School, Ann Arbor, Mi.

1994    Ritual Abuse: Current Knowledge and Research. Second Oklahoma Conference on Child abuse and Neglect. The University of Oklahoma, Oklahoma City.

1994    The Art and Science of Forensically Interviewing Children. Second Oklahoma Conference on Child abuse and Neglect. The University of Oklahoma, Oklahoma City.

1994    Allegations of Sexual Abuse in Divorce. Fourth Annual Time for Effective Action on Maltreatment of Minors Conference, University of Minnesota, Minneapolis.

1994    An Exploratory Study of 215 Cases of Sexual Abuse and Divorce. San Diego Conference: Responding to Child Sexual Abuse. San Diego, CA.

1994    Interviewing Children Alleged to Have Been Sexually Abused. Twelfth Annual Child Victimization Conference, (2 days) Arlington, TX.

1994    Children as Historians. North Carolina Professional Society on the Abuse of Children, Statewide Conference, Raleigh, N.C.

1994    The Art and Science of Forensic Interviewing, with Mark Everson, Ph.D. American Professional Society on the Abuse of Children Colloquium. (2 days) Boston.

1994    Ritual Abuse, a Review of the Research, with Susan Kelley, Ph.D. American Professional Society on the Abuse of Children Colloquium. Boston.

1994    Research Using a Computer Assisted Interview with Children Suspected of Having Been Sexually Abused, with Jane Mildred, A.C.S.W. and Ellen DeVoe, A.C.S.W. American Professional Society on the Abuse of Children Colloquium. Boston.

1993    Allegations of Sexual Abuse in Divorce. NASW Annual Conference. Anchorage.

1993    Keynote: Child Sexual Abuse; Truth and Consequences. NASW Annual Conference. Anchorage.

1993    Plenary Session: Female Sex Offenders. National Society for the Prevention of Cruelty to Children. Manchester, Eng.

1993    Allegations of Sexual Abuse in Divorce. National Society for the Prevention of Cruelty to Children. Manchester, Eng.

1993    Assessing Children Alleged to Have Been Sexually Abused. Michigan Statewide Conference on Child Abuse. Ann Arbor, MI.

1993    Allegations of Sexual Abuse in Divorce, with D. Corwin, M.D. National Conference on Child Abuse and Neglect. Pittsburgh.

1993    Ask the author: Session on NCCAN User Manual Series, with J. Howard, M.D. & M. Salus, M.S.W. National Conference on Child Abuse and Neglect. Pittsburgh.

1993    Criteria for Substantiating Child Sexual Abuse. San Diego Conference, Health Science Response to Child Maltreatment. Children's Hospital and Health Center, San Diego.

1993    Allegations of Sexual Abuse in Divorce, with David Corwin, M.D. San Diego Conference, Health Science Response to Child Maltreatment. Children's Hospital and Health Center, San Diego.

1993    APSAC Institute: Interviewing Young Children Suspected of Being Sexually Abused, with Barbara Bonner. San Diego Conference, Health Science Response to Child Maltreatment. Children's Hospital and Health Center, San Diego.

1993    Children's Memory and Suggestibility as it Relates to Accounts of Sexual Abuse. False Memory Syndrome Conference. Schoolcraft College, MI.

1993    Children as historians. Conference on Child Custody Cases. New Jersey Coalition for Battered Women, Rutgers, N. J.

1993    Backlash in Child Welfare. Children's Aid Societies of Essex County Annual Meeting, Windsor, Ont.

1993    Ritual Abuse: A Professional Overview. First National Conference of Believe the Children, Chicago.

1993    Research on Allegations of Sexual Abuse in Divorce. Conference on Child Sexual Abuse. Wayne State Law School, Detroit.

1992    Sex Offender Assessment and its Relationship to Treatment. Midwest Conference on Child Sexual Abuse. Madison, WI.

1992    Interviewing the Child Suspected of Sexual Abuse. Midwest Conference on Child Sexual Abuse. Madison, WI.

1992    Child Abuse. Michigan State Medical Society Annual Conference. Dearborn, MI.

1992    Psychosocial Indicators of Child Maltreatment. Michigan State Medical Society Annual Conference. Dearborn, MI.

1992    APSAC Institute: Interviewing the Young Child Alleged to Have Been Sexually Abused, with Barbara Bonner, Ph. D, and Mark Everson, Ph. D. Responding to Child Maltreatment, Conference of the Center for Child Protection, Children's Hospital and Health Center, San Diego, CA.

1992    Keynote: Backlash against Child Welfare. Top of Michigan Children's Agencies, Charlevoix, MI.

1992    Interviewing Children Alleged to Have Been Sexually Abused, with Barbara Bonner, Ph. D. International Congress on Child Abuse and Neglect, Chicago.

1992    Sexual Abuse of Children in Foster Care. National Conference on Responding to Child Maltreatment, San Diego, CA.

1991    Possible Explanations for Allegations in Divorce. Ninth National Conference on Child Abuse and Neglect, Denver, CO.

1991    Interviewing the Young Child Alleged to Have Been Abused, with Barbara Bonner, Ph. D. Ninth National Conference on Child Abuse and Neglect, Skill Session, Denver, CO.

1991    Permanency Planning and Child Sexual Abuse. National Conference for Foster Care Review Boards, Portland, Oregon.

1991    Possible Explanations for Allegations of Sexual Abuse in Divorce. First North American Conference on Child Abuse and Neglect, Toronto, Canada

1991    Polyincestuous Families: An Exploratory Study. National Conference on Sexual Abuse of Children, Children's Advocacy Center, Huntsville, Alabama.

1991　Polyincestuous Families: An Exploratory Study. The San Diego Conference: Responding to Child Maltreatment, San Diego, California.

1990　Preparing Children for Court Testimony, with Lisa D'Aunno, J.D. Michigan Statewide Conference on Child Abuse and Neglect, Ann Arbor, Michigan.

1990　Polyincestuous Families. Michigan Statewide Conference on Child Abuse and Neglect, Ann Arbor, Michigan.

1990　Criteria for Determining the Credibility of Children's Statements About their Sexual Abuse. National Conference on the Victimization of Children, Atlanta, Georgia.

1990　Sexual Abuse of Children in Family Foster Care. National Conference on the Victimization of Children, Atlanta, Georgia.

1990　An Exploratory Study of Polyincestuous Families. American Humane Association Annual Conference, Nashville.

1990　A Follow-up Study of Sexually Abused Children Identified by Protective Services. National Conference on Child Abuse and Neglect, San Diego, CA.

1989　Parent-Child Interaction: Assessment and Treatment; National Association of Social Workers, New Mexico Chapter, Annual Conference, Santa Fe, N. M.

1989　Differential Diagnosis with High Risk Families. National Association of Social Workers, New Mexico Chapter, Annual Conference, Santa Fe, N. M.

1989　Women Who Sexually Abuse Children. Children's Hospital, Annual Conference on Child Abuse and Neglect, Columbus, OH.

1989　Child Sexual Abuse: Patterns, Causes, and Intervention. Lustrum Congress: Intervention in Special Education, University of Groningen, Groningen, The Netherlands.

1989　Adolescent Sex Offenders. National Center on Child Abuse and Neglect: State Liaison Officers Meeting, Washington, D.C..

1989　Criteria for Determining Whether Children Have Been Sexually Abused. Child Welfare League of America, Midwest Regional Conference, Chicago.

1998　Adolescent Sex Offenders. National Center on Child Abuse and Neglect: Children's Justice Act and Challenge Grantees Conference, Washington, D.C.

1989　Causes of Sexual Violence. Director's Discovery Conference on Sexual Violence, Michigan, Lansing, MI.

1989　Coordinating Community Responses to Child Sexual Abuse; Statewide Conference on Child Abuse And Neglect, Durham, N.C.

1989　Women Who Sexually Abuse Children, Statewide Conference on Child Abuse And Neglect, Durham, N. C.

1989　Criteria for Determining Whether Children Have Been Sexually Abused. National Association of Social Workers, San Francisco.

1989　Discussant, Think Tank on Ritual Sexual abuse of Children. National Conference on Child Abuse and Neglect, Salt Lake City, UT.

1989　Criteria for Determining Whether Children Have Been Sexually Abused. National Conference on Child Abuse and Neglect, Salt Lake City, UT.

1988　Women Who Sexually Abuse Children. National Association of Social Workers, Philadelphia.

1988　Women Who Sexually Abuse Children. National Conference on the Victimization of Children, Anaheim, CA.

1988　A Follow-Up Study of 58 Sexually Abused Children Identified by the Child Protection System, Annual Conference of The Society for Applied Sociology, Chicago.

1988　Women Who Sexually Abuse Children, National Association of Social Workers, Michigan Chapter, Grand Rapids, MI.

1988　A Follow-Up Study of Sexually Abused Children Identified by Protective Services, National Association of Social Workers, Michigan Chapter, Grand Rapids, MI.

1987　Sexual Abuse in Day Care. Third National Family Violence Research Conference, Durham, N. H.

1987    Women Who Sexually Abuse Children. Third National Family Violence Research Conference, Durham, N.H.

1987    Sexual Abuse Allegations in Divorce. National Conference for the Prevention of Child Sexual Abuse, Ann Arbor, MI.

1987    Sexual Abuse in Day Care. National Conference for the Prevention of Child Sexual Abuse, Ann Arbor, MI.

1986    Credibility of Child Witnesses in Sexual Abuse. National Conference for the Prevention of Child Sexual Abuse, New Orleans, LA.

1985    Decision-Making in Child Sexual Abuse Cases. National Association of Social Workers Professional Symposium, Chicago.

1985    Sexual Abuse by Paternal Caretakers. National Conference on Child Abuse and Neglect, Chicago.

1985    Indicators of Sexual Abuse. Ohio School Psychologists Association, 42nd Annual Meeting, Columbus, OH.

1985    Indicators of Physical Abuse. Ohio School Psychologists Association, 42nd Annual Meeting, Columbus, OH.

1985    Community Decision Points in Child Sexual Abuse. Michigan Department of Social Services, Statewide Conference on Sexual Abuse, Lansing, MI.

1985    Differential Diagnosis of Child Sexual Abuse. Michigan Department of Social Services, Statewide Conference on Sexual Abuse, Lansing, MI.

1985    Interviewing the Victim, Mother, and Perpetrator. Michigan Department of Social Services, Statewide Conference on Sexual Abuse, Lansing, MI.

1985    Sexual Abuse Allegations in Disputed Custody Cases. Michigan Interprofessional Association Conference on Child Sexual Abuse, Birmingham, MI.

1985    Four Types of Intrafamilial Sexual Abuse. Down River Guidance Clinic Conference on Family Violence, Southgate, MI.

1985    Interviewing Sexually Abused Children. Down River Guidance Clinic Conference on Family Violence, Southgate, MI.

1984    Sexual Abuse by Caretakers. National Conference of Family Violence Researchers, Durham, NH.

1984    Play Therapy with Maltreated Children. Michigan Alliance of Children's Agencies, Troy, MI.

1984    Interdisciplinary Issues in Child Sexual Abuse. Kalamazoo County Child Abuse and Neglect Council, Annual Conference, Kalamazoo, MI.

1983    Issues in Evaluation of In-Home Family Based Treatment Services. National Conference on Child Abuse and Neglect, Baltimore, MD.

1983    The Impact of Reagan Budget Cuts on Services to Abused and Neglected Children. Bush Child Development Conference, University of Michigan, Ann Arbor, MI.

1982    Unanticipated Consequences of the American Child Protection System. International Congress on Child Abuse and Neglect, Paris, France.

1982    Interdisciplinary Management of Child Sexual Abuse. International Congress on Child Abuse and Neglect, Paris, France.

1982    Child Sexual Abuse. National Conference on Women and the Law, Detroit, MI.

1982    The Politics of Teenage Pregnancies, with others. National Conference on Women and the Law, Detroit, MI.

1982    Stress as a Factor in Child Abuse and Neglect. Infant Mental Health Conference, Ann Arbor, MI.

1982    Mental Health and Legal Collaboration in Permanency Planning, with Ellen Tickner, J.D. Mid-Regional Child Welfare League of America Conference, Detroit, MI.

1981    Interdisciplinary Management of Child Sexual Abuse. National Conference on Child Abuse and Neglect, Milwaukee, WI.

1981    Mock Trial: Expert Testimony in Child Abuse. National Conference on Child Abuse and Neglect, Milwaukee, WI.

| | |
|---|---|
| 1981 | <u>The Nuts and Bolts of Multidisciplinary Teams.</u> Governor's Conference on Community Prevention of Child Abuse and Neglect, Dearborn, MI. |
| 1981 | <u>Results from the Fifty-One Families Study</u>. Annual Meeting of the Washtenaw County Coordinating Council of Children at Risk, Ann Arbor, MI. |
| 1981- | <u>Child Sexual Abuse:  Diagnosis and Intervention</u>, three sessions of three days, |
| 1983 | Top of Michigan Children's Agencies, Black Lake, Schuss Mountain, Presque Isle, MI. |
| 1981 | <u>Child Sexual Abuse.</u> Annual Meeting of the Jackson County Community Mental Health Association, Jackson, MI. |
| 1981 | <u>Child Sexual Abuse</u>. Annual Meeting of the St. Clair County Community Mental Health Association, Port Huron, MI. |
| 1981 | <u>Child Abuse and Neglect:  The State of Knowledge</u>. Annual Meeting of Monroe County Council for Children at Risk, Monroe, MI. |
| 1980 | <u>Child Sexual Abuse</u>. Annual Meeting of the Michigan Chapter of the National Committee for the Prevention of Child Abuse, two workshops, Kalamazoo, MI. |
| 1979 | <u>Outreach Therapy with Abusive and Neglectful Families</u>;  Seminar:  <u>Social-Medical-Legal Collaboration in Family Treatment</u>, International Symposium of Family Therapy, Workshop Series, Zurich, Switzerland. |
| 1979 | <u>Interdisciplinary Collaboration in Child Abuse and Neglect</u>, Second Annual Conference of Consortium on Child Abuse and Neglect, Flint, MI. |
| 1979 | <u>Child Abuse and Neglect</u>, Annual Conference, Michigan NASW, Ann Arbor, MI. |
| 1978 | <u>Teaching Intervention Strategies in Child Abuse and Neglect</u>, Second International Congress on Child Abuse and Neglect, London, England. |
| 1978 | <u>Research in Progress:  Family-Community Intervention; Child Abuse and Neglect</u>, Third National Conference on Child Abuse and Neglect, New York. |
| 1977 | <u>Role of School Counselors in Child Abuse and Neglect</u>, Michigan Personnel and Guidance Association Annual Meeting, Lansing, MI. |
| 1976 | <u>Family Policy and Child Abuse and Neglect</u>, Groves Conference on Marriage and the Family, Presentation with Professor Paul Glasser, Kansas City, MO. |
| 1973 | <u>Behavior Modification with Delinquent Youth</u>, International Workshop on Behavior Modification, Presentation with Professor Richard Stuart, Bangor, North Wales. |

**LECTURE TOUR**

1980            Five week lecture tour in England sponsored by British-American Associates.  The tour included the cities of London,  Wolverhampton, Bristol, Birmingham, Sheffield, Canterbury, Durham, Newcastle, and Cleveland.  Topics covered included Case Management and Treatment of Child Abuse and Neglect, the American Family and Inner City Social Problems.  Audiences were social workers in practice, multidisciplinary groups, and academic audiences, including students and faculty at the London School of Economics and Political Science, University of Kent, Sheffield University, Newcastle University, Wolverhampton Polytechnic, and the Social Work Course run by the National Society for the Prevention of Cruelty to Children, and some more general audiences.

**CONSULTATION**

**2011—present  Consultation with National Resource Center for Permanency and Family Connections: A Service of the Children's Bureau**

2010—present   Advisory Board Member, National Children's Advocacy Center

1996-2007       Board member. Michigan Foster Care Review Board

2004-present    Steering Committee, Center for Excellence, The Guidance Center

2000-2007       Children's Center of Detroit

| | |
|---|---|
| 2000-2002 | Ennis & Associates, Inc. |
| 1995-1999 | Office of the Children's Ombudsman, State of Michigan |
| 1995-96 | National Judicial Education Program (a project of NOW and the National Association of Women Judges) |
| 1994-2000 | Children's Home of Detroit, Grosse Pointe, MI. |
| 1993-96 | Girlstown, Belleville, MI. |
| 1993-94 | Wolverine Human Services, Detroit, MI. |
| 1988-89 | Families First, St. Clair Co., MI. |
| 1985-86 | Essex County Children's Aid Society, Windsor, Ontario, Canada. |
| 1985-86 | Team for Justice, Detroit, Michigan. |
| 1984 | Lutheran Children's Services, Detroit, Michigan. |
| 1984 | Wayne County Office of Children and Youth Services, Detroit, Michigan. |
| 1983-86 | Hamilton County Legal Services, Cincinnati, Ohio. |
| 1982 | Children's Defense Fund, Washington, D.C. |
| 1981-89 | Michigan Department of Social Services: Program Office, Neglect Services, Lansing, Michigan. |
| 1981-86 | Lucas County Children's Services Board, Toledo, Ohio. |
| | Livingston County Department of Social Services, Howell, Michigan. |

**WORKSHOPS/TRAINING SESSIONS**

2015    Child Sexual Abuse: What Child Welfare Professionals Need To Know. Practicing Permanency: Advanced Certificate Course in Adoption and Foster Care Competency, Baton Rouge, LA.

2015    Grandparents in Distress, with Mary Ortega, LMSW. University of Michigan School of Social Work, Ann Arbor, MI

2013    NCWWI Annual Traineeship: Principal Investigator Interview Report, National Child Welfare Workforce Institute Annual Traineeship Meeting, Chicago

2013    Pre-conference Workshop for Guardians *ad litem*: Issues in Sexual Abuse of Children, with Frank Vandervort, J.D., Vincent Palusci, M.D.,& Mark Stone, D.O. Colloquium of the American Professional Society on the Abuse of Children, Las Vegas, NV.

2012    NCWWI Annual Traineeship: Principal Investigator Interview Report, National Child Welfare Workforce Institute Annual Traineeship Meeting, Chicago

2012    *Nd'nibwaakaami*--We Are Wise: Adapting Comprehensive Family Assessments to the Native American Community, with Abigail Eiler, Tina Louise, Mary Ortega, Robert Ortega, and Charla Sanders. American Indian Health and Family Services, Detroit. Two days

2012    Systems of Care webinar: Why Adapt Comprehensive Family Assessments, with Abigail Eiler, American Indian Health and Family Services and Michigan Intertribal Council

2012    Systems of Care webinar: Interviewing Children, with Abigail Eiler, American Indian Health and Family Services and Michigan Intertribal Council

2012    Working with parents with developmental disabilities, with Mary Ortega, University of Michigan School of Social Work. One half day.

2011    Finding a place for cultural humility in a culturally competent world with Mary Ortega, School of Social Work 90th Anniversary Alumni Association, Lansing, MI

2011    Cultural Humility in Child Welfare Management. Webinar for the National Child Welfare Workforce Institute Leadership Academy for Middle Managers, 2 hours. University of Michigan. With Robert Ortega.

2011    Cultural Humility in Child Welfare Management. Webinar for the National Child Welfare Workforce Institute Leadership Academy for Middle Managers, 2 hours. University of Michigan. With Robert Ortega.

2011    Grandparents in Distress. Webinar for the Midwest Children's Advocacy Center, 2 hours. University of Michigan with Mary Ortega

2011    Multidisciplinary Institute on Child Sexual Abuse. 4 days. University of Michigan with Robert Ortega, Ph.D.,  Bethany Mohr, M.D., Mary Ortega, A.C.S.W., Abigail Eiler, M.S.W., Frank Vandervort, J.D., Kimberly Thomas, J.D., & Samuel Holtz, J.D.

2011    Cultural Humility in Management. Webinar with Robert M. Ortega, for the National Child Welfare Workforce Institute.

2010    Allegations of abuse in divorce & custody cases. Webinar for the Midwest Region Children's Advocacy Center

2010    The Child Welfare Challenge: Making better workers & making workers better. With Mary Ortega. UM School of Social Work's 90th Anniversary.

2010    Clinical Supervision in Child Sexual Abuse. Louisiana Department of Social Services /Office of Community Services.  3 days Shreveport

2010    Clinical Supervision in Child Sexual Abuse. Louisiana Department of Social Services /Office of Community Services 4 days in Lafayette, LA

2010    Clinical Supervision in Child Sexual Abuse. Louisiana Department of Social Services /Office of Community Services. 4 days in New Orleans

2010    Multidisciplinary Institute on Child Sexual Abuse        With Mary Ortega, Robert Ortega, Bethany Mohr, James Henry, Frank Vandervort, Vivek Sankaran, & Samuel Holtz. 5 days.

2010    Cultural Humility, with Robert Ortega, ½ day UM Continuing Ed.

2010    Cultural humility in child welfare. Catholic Charities of West Michigan. 1 day presented with Robert Ortega, PhD.

2010    Parents with Developmental Disabilities. University of Michigan School of Social Work Continuing Education. 1/2 day. Co-presented with Mary Ortega, Ann Arbor, Michigan.

2009    Visitation and Decision-making in Child Welfare. Workshop for Michigan Department of Human Services. ½ day. Ann Arbor, Michigan.

2009    Cultural humility in child welfare. Child Welfare Consortium. University of Michigan, ½ day. With Prof. Robert Ortega.

2009    Social work and legal ethics: When world views collide. Child Welfare Consortium. University of Michigan, ½ day. With Prof. Frank Vandervort. Ann Arbor, Michigan.

2009    Forensic interviewing in child sexual abuse. Leftover Love Conference Center. 1 day. Seoul, S. Korea.

2008    Cultural Humility for Child Welfare Workers. 2 days With Robert Ortega, Ph.D. University of Southern Maine, Muskie School of Social Policy.

2008    Cultural Humility for Child Welfare Workers: Train the trainers. ½ day With Robert Ortega, Ph.D. University of Southern Maine, Muskie School of Social Policy.

2008    Allegations of sexual abuse in divorce. University of Wisconsin—Midwest Conference on Child Sexual Abuse, Madison, WI.

2008    Disclosure of child sexual abuse. University of Wisconsin—Midwest Conference on Child Sexual Abuse, Madison, WI.

2008    Extended assessments in child sexual abuse. Alaska Child Maltreatment Conference, Anchorage, AK.

2008    Allegations of abuse in divorce and custody cases. Alaska Child Maltreatment Conference, Anchorage, AK.

2008    Cultural Humility. With Robert Ortega, Ph.D. University of Michigan Recruitment and Retention of Child Welfare Staff Program. ½ day. The Guidance Center, Southgate, MI.

2008    Allegations of sexual abuse in divorce: Research findings and case management strategies. Youth and Children's Advocacy Center, 1 day. Lewisburg, WV.

2007    Use of media in forensic interviews. National Children's Advocacy Center Advanced Forensic Interview Training, Huntsville, AL.

2007    Techniques for interviewing children who are reluctant to disclose abuse. National Children's Advocacy Center Advanced Forensic Interview Training, Huntsville, AL.

2007    Identification of child abuse and reporting requirements identification of child abuse and reporting requirements. Mitchell School, Ann Arbor, MI.

2007    Cultural Humility. With Robert Ortega, Ph.D. University of Michigan Recruitment and Retention of Child Welfare Staff Program. The Guidance Center

2007    Disclosure of sexual abuse. National Children's Advocacy Center Advanced Forensic Interview Training:, Huntsville, AL

2007    Use of media in forensic interviewing of children. National Children's Advocacy Center. Advanced Forensic Interview Training. Huntsville, AL.

2007    Legal training in Cultural Humility. The Guidance Center, Southgate, MI .With Frank Vandervort, J.D.

2007    Asking questions about child abuse. Arizona Court Improvement Project, Flagstaff, AZ.

2006    Cultural Humility in Child Welfare. Children's Bureau Recruitment and Retention of Child Welfare Workers. 3 days, Ann Arbor MI & Detroit, With Robert Ortega, Ph.D.

2006    What Prevention Specialists Need to Know about Child Sexual Abuse. Children's Trust Fund of Michigan Annual Conference. Kalamazoo, MI.

2006    Peer-review of child abuse interviews. Child Maltreatment Conference, University of Toronto SCAN Program and Hospital for Sick Children. Panel presentation, Toronto.

2006    Roundtable on supervised visitation. U.S. Dept. of Justice, Office of Violence against Women. Consultant to participants—child abuse and Safe Havens, Atlanta.

2006    Research and practice on the disclosure process in child sexual abuse. New Mexico Network of Children's Saferooms &Community Against Violence, Taos, NM (1 day).

2005    University-based Multidisciplinary Teams. University of Wisconsin School of Social Work IV E presentation, Madison, WI..

2005    Allegations of abuse in divorce: What can the research tell us? Dane County Child Welfare, Madison, WI.

2005    Peer review of videotapes of forensic interviews. Colloquium of the American Professional Society on the Abuse of Children, New Orleans.

2005    Cultural humility. Governor's Task Force on Children's Justice, Marquette, MI (1 day).

2005    Peer review of videotapes of forensic interviews. Colloquium of the American Professional Society on the Abuse of Children, New Orleans (1.5 hrs.)

2005    Forensic interviewing. Ennis Center for Children Detroit, MI (1 day).

2005    Forensic Interview Clinic. APSAC and the Florida Department of Health, Orlando. (3 days).

2004    Forensic evaluation of Child sexual abuse Clinica de Salud Mental de la Communidad, Carlos Albizu University, San Juan, PR (2 days).

2004    Multidisciplinary training in child sexual abuse. Department of Child and Family Services. San Juan, PR (1 day).

2004    Issues in Child Abuse Cases. Administrative Office of the Illinois Courts, Bloomington, IL. (4 hours).

2004    APSAC Institute: Supervision and peer review of videotaped forensic interviews, American Professional Society on the Abuse of Children, San Diego, CA. (6 hours), with Deborah Davies, LICSW.

2004    Forensic Interviews in Child Sexual Abuse. University of Oklahoma Center on Child Abuse and Neglect & Oklahoma Department of Human Services, Norman, OK (16 hours).

2003. <u>Update on Allegations of Sexual Abuse in Divorce.</u> Mercer County Multidisciplinary Team, Princeton, NJ.

2003 <u>Workshop: Contested Issues in child sexual abuse</u>, Trenton, NJ.

2003 <u>Advanced forensic interview training; Use of media in forensic interviewing; Decision-making in child sexual abuse, & Videotape review</u> National Children's Advocacy Center, Huntsville, AL (1 day).

2003 <u>American Professional Society on the Abuse of Children Institute on Forensic Interviewing</u> Prevent Child Abuse Georgia, Atlanta, GA. (1 day- institute).

2003 <u>Workshop: Cutting edge issues in forensic interviewing.</u> Colloquium of the American Professional Society on the Abuse of Children, Orlando, FL (6 hours).

2003 <u>Workshop: Critiquing forensic interviews,</u> Colloquium of the American Professional Society on the Abuse of Children, Orlando, FL (1.5 hours).

2003 <u>Advanced Forensic Interview Training,</u> National Children's Advocacy Center, Huntsville, AL (1 day) hrs.

2003 <u>Kids caught in the middle: Collaborative management of sexual abuse cases in the family, juvenile and criminal courts,</u> Sexual Abuse Information Network and the Criminal Justice Institute, College of Lake County, IL (1 day).

2003 <u>Multidisciplinary Assessment of Complex Child Welfare Cases.</u> University Center for the Child and Family, Ann Arbor, MI (2 hours) with Mary Ortega, M.S.W.

2003 <u>American Professional Society on the Abuse of Children, Forensic Interview Clinic.</u> University of Michigan, Ann Arbor, MI. (40 hours) with Dennison Reed, Ph.D., Kee MacFarlane, M.S.W., Richard Cage, Hon Harry Elias, Steve Wilson, J.D., & Frank Vandervort, J.D.

2002 <u>Child Safety and Parental Substance Abuse and Mental Health Problems.</u> Roswell & Las Cruces, N.M., with Melnee McPherson. M.S.W., M.A. & Paula Bank, M.D., Ph.D. (2 two-day sessions).

2002 <u>Co-morbidity: Parental Problems and Children's Welfare,</u> Governors State University, University Park, Illinois, with Melnee McPherson & Dan Saunders (2 days).

2002 <u>University of Michigan Child Welfare Supervisors' Training Program.</u> Detroit, MI., with William Meezan, Ph.D., John Tropman, Ph.D., Frank Vandervort, J.D., Beverly Araujo, M.S.W., & Michelle Marie Mendez, J.D. (3 days).

2002 <u>Contested Issues in Forensic Interviewing of Children</u>; & <u>Assessing Allegations of Abuse in Divorce and Custody Cases.</u> Getting to the Truth without Taint: Gathering Information From and About Children, Dallas County Family and Juvenile Courts. Dallas, TX (1 day).

2002 <u>Contested Issues in Forensic Interviewing of Children</u> & <u>Decision-making in Child Sexual Abuse</u>. Family Advocacy Staff Training Advanced Forensic Interview Training Course, Heidelburg, Germany (1 day).

2002 <u>Overview of Forensic Interview Issues</u> & <u>Lessons for Forensic Interviewing from Research</u>. American Professional Society on the Abuse of Children, Forensic Interview Training for the Commonwealth of Kentucky (1 day).

2002 <u>Training for Trainers,</u> <u>Overview of Forensic Interview Issues,</u> & <u>Lessons for Forensic Interviewing from Research</u>. American Professional Society on the Abuse of Children, Forensic Interview Training for the Commonwealth of Kentucky (2 days).

2002 <u>Child Safety and Parental Substance Abuse and Mental Health Problems.</u> New Mexico State University, Albuquerque, N.M., with Melnee McPherson. M.S.W., M.A. & Paula Bank, M.D., Ph.D. (2 two-day sessions).

2002 <u>Child Abuse Response Team-Joint Interview Training.</u> U.S. Army, Ludwigschafen, Germany, with Russell Strand, U.S. Army (5 days).

2002 <u>University of Michigan Child Welfare Supervisors' Training Program.</u> Lansing, MI., with William Meezan, Ph.D., John Tropman, Ph.D., Frank Vandervort, J.D., Beverly Araujo, M.S.W., & Michelle Marie Mendez, J.D. (3 days).

2002 <u>Forensic Interviewing Protocols: A Critique.</u> State of Kentucky Commonwealth Attorney's Office, Louisville, KY (1/2 day)

2002    Parental Substance Abuse and Child Welfare. University of Michigan 19th Annual Medstart Conference., Ann Arbor, MI.

2002    Testifying in Court: What Professionals Need to Know. University of Michigan School of Social Work Continuing Education. Ann Arbor, MI., with Frank Vandervort, J.D. (1 day).

2001    University of Michigan Child Welfare Supervisors' Training Program. Detroit, MI., with William Meezan, Ph.D., John Tropman, Ph.D., Frank Vandervort, J.D., Beverly Araujo, M.S.W., & Michelle Marie Mendez, J.D. (3 days).

2001    Allegations of Abuse in Divorce. Children's Justice Task Force Conference, Morgantown & Charleston, W.VA. (2 half days).

2001    Art & Science of Forensic Interviewing. Children's Justice Task Force Conference, Morgantown & Charleston, W.VA. (2 half days).

2001    Child Abuse Response Team-Joint Interview Training. U.S. Army, Heidelberg, Germany, with Russell Strand, U.S. Army. (5 days).

2001    Innovations in Social Welfare Services: Hasbro Early Assessment Project. Michigan Collaborative of Social Services Agencies, Ann Arbor, MI with Susan Smith, M.S.W.

2001    Forensic Interviewing of Children. Advanced Training Institute, American Professional Society on the Abuse of Children, Huntsville, AL with Anne Graffam-Walker. (1 day).

2001    A Critical Look at the Decision-making Process in Custody Evaluations Involving Allegations of Sexual Abuse. PACE Domestic Violence and Child Custody Evaluators' Seminar, San Diego, CA (2 hours).

2000    Parental Mental Health Problems and Child Maltreatment. National Resource Center on Child Maltreatment, Atlanta, GA (1/2 day).

2000    A Critical Analysis of Child Interview Protocols. Department of the Army, Academy of Health Sciences, Advanced Forensic Child Sexual Abuse, Fort Sam Houston, San Antonio, TX. (1/2 day).

2000    Art and Science of Forensic Interviewing. Ohio Department of Mental Health. Ashland, OH (1 day).

2000    Forensic Interviewing. American Professional Society on Abuse of Children Institute. With Kee MacFarlane, M.S.W., Katherine Eagleson, Det. Michael Johnson, Thomas Fallon, J.D. Battle, Creek, MI (3 days).

2000    Social Workers as Experts. Maple Clinic, Traverse City, MI (1 day).

2000    Expert testimony in court: A mental health perspective. (Jan.). Loyola University Chicago, School of Law, Chicago.

2000    A continuum of questions for children who may have been sexually abused: Integrating research and practice. Colloquium Series on Child Welfare, Rutgers University School of Social Work, Camden, N.J.

2000    The art and science of forensic interviewing of young children who may have been sexually abused. AVOISE & Talbert House, Cincinnati, OH (1 day).

2000    APSAC Intensive Interview Clinic, with Kee MacFarlane, M.S.W., Melissa Steinmetz, M.S.W., Paul Stern, J.D., Hon. Harry Elias, Katherine Eagleson, Ann Graffin Walker, Ph.D., & Donna Pence. U.S. Navy Training Series, Baltimore, MD (5 days).

1999    Testifying in Court. With Frank Vandervort, J.D. University of Michigan School of Social Work Continuing Education in Human Services, Ann Arbor, MI (1 day).

1999    Interdisciplinary Management of Child Welfare Cases involving Domestic Violence, Substance Abuse, and Mental Health Issues, with Daniel Saunders, Ph.D., Melnee D. McPherson, M.S.W., and Frank Vandervort, J.D. University of Michigan School of Social Work, Grand Rapids, MI (3 days).

1999    Interdisciplinary Management of Child Welfare Cases involving Domestic Violence, Substance Abuse, and Mental Health Issues, with Daniel Saunders, Ph.D., Melnee D. McPherson, M.S.W., and Frank Vandervort, J.D. University of Michigan School of Social Work, Ann Arbor, MI (3 days).

1999 Interviewing Children who May Have Been Sexually Abused: What Can the Research Tell Us? Colloquium Series on Child Welfare, State University of New Jersey at Rutgers, School of Social Work, Rutgers, NJ.

1999 Forensic Interviewing of Young and Special Needs Children. State of Louisiana Department of Child and Family Services, New Orleans (3 days).

1999 Interdisciplinary Management of Child Welfare Cases involving Domestic Violence, Substance Abuse, and Mental Health Issues, with Daniel Saunders, Ph.D., Melnee D. McPherson, M.S.W., and Frank Vandervort, J.D. University of Michigan School of Social Work, Bloomington, IL (3 days).

1999 Multidisciplinary Child Protection Team Training; Train the Trainers. University of South Florida Department of Child and Family Studies and the State of Florida, Tampa, FL (2 days).

1999 Interdisciplinary Management of Child Welfare Cases involving Domestic Violence, Substance Abuse, and Mental Health Issues, with Daniel Saunders, Ph.D., Melnee D. McPherson, M.S.W., Cheryll D. Bellamy, M.S.W., and Frank Vandervort, J.D. University of Michigan School of Social Work, Fort Wayne, IN (3 days).

1999 APSAC Intensive Interview Clinic, with Kee MacFarlane, M.S.W., Melissa Steinmetz, M.S.W., Deborah Davies, LCSW, Charles Wilson, MSSW, Ann Graffin Walker, Ph.D., & Donna Pence. (5 1/2 days), National Symposium on Child Sexual Abuse, Huntsville, AL.

1998 The role of social workers in multidisciplinary teams (panel with others), Western Regional Conference, National Children's Advocacy Center, Anchorage, AL (half day).

1998 Allegations of Sexual Abuse in Divorce, University of Michigan School of Social Work, Muskegon, MI (1 day).

1998 Forensic interviewing, Louisiana Department of Human Resources, Lafayette, LA (half day).

1998 The relationship between Domestic Violence and Child Maltreatment, State of Michigan Office of the Children's Ombudsman, Ann Arbor, MI (half day).

1998 APSAC Intensive Interview Clinic, with Kee MacFarlane, M.S.W., Melissa Steinmetz, M.S.W., Harry Elias, J.D., Deborah Davies, L.C.S.W. (5 1/2 days), University of Dundee, Scotland.

1998 Forensic Interviewing. Taos (NM) Community Against Violence. (1/2 day).

1998 Structured versus Unstructured Forensic Interviews. New Mexico Network of Saferooms. (1 day).

1998 Child Sexual Abuse, Domestic Violence, and Substance Abuse. Looking Behind the Veil, Michigan Public Health Institute, Lansing, MI (1/2 day).

1998 Assessing Children for Sexual Abuse (one day), Downriver Guidance Clinic, Southgate, MI.

1998 Forensic Interviewing Children who May Have Been Sexually Abused: Art and Science (two days), U.S. Military Forces, Kadena Air Force Base, Okinawa, Japan.

1998 Allegations of Child Abuse in Divorce, Maricopia County Bar Association, Phoenix, AZ.

1998 APSAC Intensive Interview Clinic, with Kee MacFarlane, M.S.W., Melissa Steinmetz, M.S.W., Harry Elias, J.D., John Stirling, M.D., Charles Wilson, MSSW, Ann Graffin Walker, Ph.D., & Donna Pence. (5 1/2 days), Huntsville, AL.

1998 A Mental Health Perspective on Expert Testimony. Trial Practice Course, Loyola University, Chicago School of Law, Chicago.

1997 The Intersection and Prevention of Child Abuse, Substance Abuse, and Domestic Violence (one day), Kent County Council for Children at Risk, Grand Rapids, MI.

1997 Developing a Sexual Abuse Treatment Program for Boy Victims (3 half days), Children's Home of Detroit, Grosse Pointe, MI.

1997 Treatment of Sexually Abused Girls (5 half days), Vista Maria Residential Treatment Center, Detroit.

1997 Teleconference: Children's Memory and Suggestibility. Medical College of Ohio, Toledo, OH.

1997 Understanding Ritual Abuse Allegations, Office of the Children's Ombudsman, State of Michigan. Lansing, MI.

1997    <u>The Art and Science of Forensic Interviewing of Young Children who May have Been Abused</u>, University of Michigan Continuing Professional Education Program, Ann Arbor, MI (Also a distance learning training program).

1997    <u>Treating Abused Children</u>, Center for Child Protection and Children's Rights, Bangkok, Thailand. (1 day).

1997    <u>APSAC Intensive Interview Clinic</u>, with Kee MacFarlane, M.S.W., Melissa Steinmetz, M.S.W., David Corwin, M.D., Mark Everson, Ph.D., Harry Elias, J.D., Karen Saywitz, Ph.D., John Stirling, M.D., & Donna Pence. (5 1/2 days), Ann Arbor, MI.

1997    <u>Social Work Evaluation of Maltreated Children,</u> workshop at the Annual Conference of Michigan Foster Care Review Board, Grand Rapids, MI.

1997    <u>Interviewing children who may have been sexually abused</u> (4 hours), University of Arkansas School of Social Work, Fayetteville, AR.

1997    <u>Treatment of abused and neglected children</u> (2 hours), Korean Association for the Protection of Children, Seoul, S. Korea.

1997    <u>Child Welfare in the United States</u> (2 hours), Tokai (Japan) University Social Work students, Ann Arbor, MI.

1997    <u>Developing a sexual abuse treatment program for boy victims</u> (3 half days), Children's Home of Detroit, Grosse Pointe, MI.

1997    <u>Allegations of child abuse in divorce</u> (4 hours), San Diego Conference on Responding to Child Maltreatment, San Diego, CA.

1997    <u>The intersection and prevention of child abuse, substance abuse, and domestic violence</u> (one day), Kent County Council for Children at Risk, Grand Rapids, MI.

1997    <u>A Mental Health Perspective on Expert Testimony.</u> Trial Practice Course, Loyola University, Chicago School of Law, Chicago.

1997    <u>A Mental Health Perspective on Expert Testimony.</u> Trial Practice Course, Loyola University, Chicago School of Law, Chicago.

1996    <u>Forensic interviewing of children who may have been sexually abused</u> (one day), St. Tammany Children's Advocacy Center, New Orleans, LA.

1996    <u>Treatment of sexually abused girls</u> (two half days), Vista Maria Residential Treatment Center, Detroit

1996    <u>Forensic evaluation of children who may have been sexually abused,</u> (two days), Navy Family Advocacy Program, Annapolis Naval Academy.

1996    <u>Teleconference: Children's Memory and Suggestibility.</u> Medical College of Ohio, Toledo, OH.

1996    <u>A Mental Health Perspective on Expert Testimony.</u> Trial Practice Course, Loyola University, Chicago School of Law, Chicago.

1996    <u>Treatment of the Sexually Abused Child.</u> Monroe County Intermediate School District, Monroe, MI.

1996    <u>Resiliency in Sexually Abused Children.</u> University of Michigan Flint and Mott Children's Health Center, Flint, MI.

1996    <u>Child Sexual Abuse.</u> Muskegon County Family Independence Agency & Catholic Social Services, Muskegon, MI.

1996    <u>Survivors of Child Sexual Abuse: Preparing Adolescents for Independence</u>, Region 5 Family Independence Agency, Saginaw, MI.

1995    <u>An overview of Child Sexual Abuse</u>, Civitas ChildLaw Center, Loyola University, Chicago.

1995    <u>The Art and Science of Forensic Interviewing</u>, Direct Practice with the Sexually Abused Child, University of Michigan, Ann Arbor, MI.

1995    <u>Interviewing Children who May Have Been Sexually Abused,</u> Children's Advocacy Center and Department of Child and Family Services, Philadelphia

1995    <u>Assessing Allegations of Sexual Abuse.</u> Foothills Child Abuse Council, Pasadena, CA.

1995    <u>Allegations of Sexual Abuse in Divorce.</u> Giarretto Institute and Children's Institute International, Los Angeles, CA.

1995    Working with Non-abusive Parents. Ausbildungsinstitut fur systemische Therapie und Beratung, Zurich, Switzerland.

1995    Paedophilia: Assessment and Intervention. Ausbildungsinstitut fur systemische Therapie und Beratung, Zurich,Switzerland.

1995    Case consultation. Ausbildungsinstitut fur systemische Therapie und Beratung, Zurich.

1995    Sexual Abuse and Teen Mothers. Empowering Teen Parents: Dependency to Self-sufficiency, MDSS, E. Lansing, MI.

1995    Interviewing sexually abused children. Tennessee Chapter of the American Professional Society on the Abuse of Children.(1 day) Nashville, TN.

1995    Assessment: Interviewing children about possible sexual abuse. National Resource Center on Child Sexual Abuse. (2 days) Huntsville, AL.

1994    Interviews mit Kindern bei Verdacht auf sexuelle Ubergriffe. Ausbildungsinstitut fur systemische therapie und beratung. (2 days) Zurich, Switzerland.

1994    Ritual abuse: Research findings, controversies, and case management strategies. Children's Advocacy Center. (1 day) Chattanooga.

1994    Age appropriate interviewing of child victims. National Resource Center on Child Sexual Abuse. (1 day), Traverse City, MI.

1994    Allegations of Sexual Abuse in Divorce. Coalition for Accuracy in Abuse. Ann Arbor, MI.

1994    Diagnosis and Treatment of Sexually Abused Children. Monroe County Intermediate School District: Tenth Annual In Service. (1/2 day) Monroe, MI.

1994    Extrafamilial sexual abuse;  Sexual Abuse and Divorce. University of Michigan School of Social Work Spring-Summer Symposium. (2 days) Ann Arbor, MI.

1994    Treating Child Sexual Abuse. Community Care Services. (1 day) Romulus, MI.

1994    The Backlash and its Relevance: Child Sexual abuse: Recent research and state of the art practice. Illinois Coalition against Sexual Assault. (1 day) Chicago.

1994    Comprehensive Child Sexual Abuse Intervention: Advanced Training in the Multidisciplinary Approach. National Resource Center on Child Sexual Abuse. (2 days) Huntsville, AL.

1994    Diagnosis and Treatment of Child Sexual Abuse. Monroe County Intermediate School District. (1/2 day) Monroe, MI.

1994    Assessment of allegations of sexual abuse. St. Joseph Mercy Hospital, Pontiac, MI.

1994    Sexual Abuse of Children and Adults, with Diane Shoemaker, A.C.S.W. Sexual Assault Prevention and Awareness Center, University of Michigan, Ann Arbor, MI.

1994    Assessment and Intervention of Sexually Abused Children in the School System, (1 day). Michigan Association of School Psychologists and Michigan Association of School Social Workers. Grayling, MI.

1994    Sexual abuse allegations in divorce, (1 day). University of Michigan School of Social Work Continuing Education, Ann Arbor, MI.

1994    Treating child sexual abuse: The use of play therapy techniques, (1 day). Community Care Services, Romulus, MI.

1993    Child physical and sexual abuse, (3 days). United States Navy Family Advocacy Program. Keflavik, Iceland.

1993    Assessing child sexual abuse cases. Charter North Hospitals. Anchorage, AL.

1993    Child sexual abuse assessment and treatment, (2 days). American Prosecutors Research Institute. Morgantown, W. VA.

1993    Indicators of child sexual abuse. University of Iowa Hospitals, Division of Developmental Disabilities. Iowa City.

1993    Sexual abuse in religious settings. United Methodist Church. Lansing, MI.

1993    Indicators of child sexual abuse. United Methodist Church. Lansing, MI.

1993    Use of anatomical dolls and other media in assessing children suspected of being sexually abused, (one half day). Jackson County Department of Social Services. Jackson, MI.

1993    Ritual abuse, (1 day). Kent County YWCA Sexual Abuse Treatment Program. Grand Rapids, MI.

1993    <u>Sexual abuse: Prevalence and Indicators</u>. St. John's Hospital. Detroit.

1993    <u>Assessment of Child Sexual abuse</u>. (1 day) Essex County Children's Aid Society. Windsor, Ont., Canada.

1993    <u>Physical and sexual abuse of children</u>. (3 days) United States Navy Family Advocacy Program. Garmisch, Germany.

1993    <u>Treatment of child sexual abuse in a forensic context</u>. Jackson County Catholic Social Services. Jackson, MI.

1993    <u>Assessment of Sexually Abused Children</u>, (half day). Michigan Chapter of the NASW Annual Conference. Traverse City, MI.

1992    <u>Treatment of the sexually abused child</u>. (2 days) Sarnia-Lampton Child Abuse Council. Sarnia, Ont., Canada

1992    <u>Assessment and treatment of child sexual abuse</u>. (2 days)Top of Michigan Children's Agencies. Shanty Creek, MI.

1992    <u>Identification, Assessment, and Treatment of Maltreated Children</u>. (4 days) LaPeer County Community Mental Health. LaPeer, MI.

1992    <u>Identification and Intervention with the Sexually Abused Child</u>. (1 day) Kinderspital, Department of Psychiatry. Zurich, Switzerland.

1992    <u>The Sexual Offender: Assessment and Treatment</u>. (2 days) Institut fur Ehe und Familie. Zurich, Switzerland.

1992    <u>Interviewing Children Alleged to have been Sexually Abused</u>. (1 day) American Professional Society on the Abuse of Children (Michigan Chapter). Lansing, MI.

1991    <u>New Developments in Child Abuse and Neglect Assessment</u>. (1 day) Marquette County Child Abuse and Neglect, Marquette, MI.

1991    <u>Child Sexual Abuse</u>. (1.5 days) Tennessee Network for Child Advocacy, Nashville, TN.

1991    <u>Permanency Planning for the Sexually Abused Child</u>. (1 day) Michigan Association of Court Appointed Special Advocates. Kalamazoo, MI.

1991    <u>Diagnosis and Treatment of Child Sexual Abuse</u>. (2 days) Sarnia-Lampton Child Abuse Council. Sarnia, Ont. Canada.

1991    <u>Assessing Children Alleged to Have Been Sexually Abused.</u> (1 day) Alpena County Prosecutor's Office, Alpena, MI.

1991    <u>Evaluating Children for Sexual Abuse</u>. Wayne County Clinic for Child Study, Detroit, MI.

1990    <u>Providing Expert Testimony in Court</u>. Children's Center of Michigan, Detroit, MI.

1990    <u>False Allegations of Sexual Abuse</u>. Children's Center of Michigan, Detroit, MI.

1990    <u>Ritual Abuse of Children</u>. Children's Center of Michigan, Detroit, MI.

1990    <u>New Knowledge About Child Sexual Abuse</u>. Essex County Child Abuse Council, Windsor, Ont, Canada.

1990    <u>Treatment of Child Sexual Abuse</u>. Livingston County Community Mental Health, Brighton, MI.

1990    <u>Child Maltreatment: Physical and Sexual Abuse</u>. Michigan Psychological Association, Novi, MI.

1990    <u>Treatment of Sexually Abused Children.</u> Sarah Fisher Home, Detroit, MI.

1990    <u>Emotional Maltreatment of Children</u>. Washtenaw County Council for Children, Ann Arbor, MI.

1990    <u>Female Perpetrators of Sexual Abuse</u>. Children's Center of Michigan, Detroit.

1990    <u>Allegations of Child Abuse in Divorce</u>. University of Michigan Continuing Education in the Human Services, Detroit.

1990    <u>Treatment of Sexually Abused Children</u>. Livingston County Community Mental Health, Howell, MI.

1990    <u>Adolescents and Child Sexual Abuse</u>. Michigan Runaway Network, Lansing, MI.

1990    <u>The Diagnosis and Treatment of Adolescent Sex Offenders</u>. Windsor-Essex O.A.P.S.W. and the Roman Catholic Children's Aid Society, Windsor, Ont., Canada.

1990    <u>Ritual Abuse of Children</u>. Eastwood Community Clinic, Detroit.

1989    <u>Child Sexual Abuse</u>. Shiawassee County Department of Social Services, Shiawassee, MI.

1989     Critical Issues in Child Sexual Abuse. Interdisciplinary Project on Child Abuse and Neglect, Detroit.

1989     Interviewing Victims of Child Sexual Abuse. Child Abuse and Neglect Council of Oakland County, Pontiac, MI.

1989     Child Sexual Abuse: Diagnosing True and False Allegations. Ottawa County Child and Family Services, Holland, MI.

1989     Child Sexual Abuse: An Overview. Washtenaw County Council for Children, Ann Arbor, MI.

1989     A Generic Model of Child Welfare Service Delivery. University of Michigan Continuing Education in the Human Services, Ann Arbor, MI.

1989     Child Sexual Abuse, (2 days) with Don Duquette, J.D., Northwest Region Council on Child Abuse and Neglect, Petoskey, MI.

1989     Community Approach to Child Sexual Abuse, with others, (2 three day sessions), Interdisciplinary Project on Child Abuse and Neglect, Escanaba, MI, and Ann Arbor, MI.

1988     Emotional Maltreatment of Children. Michigan State Department of Social Services, Grand Rapids, MI.

1988     SAID Syndrome, Fact or Fallacy. Kent County Council for the Prevention of Child Abuse and Neglect and Grand Valley State College, Grand Rapids, MI.

1988     Female Perpetrators of Sexual Abuse. Ypsilanti Regional Psychiatric Hospital, Ypsilanti, MI.

1988     Community Approach to Child Sexual Abuse, two sessions of three days, University of Michigan Interdisciplinary Project on Child Abuse and Neglect, Ann Arbor, MI.

1988     Adolescent Sex Offenders and Prevention of Sexual Abuse. National Council on Child Abuse and Neglect Workshop for Challenge Grantees, Washington, DC.

1988     Sexual Abuse of Children: A Victim-Centered Approach, with Lisa D'Aunno, JD, (three days) University of Michigan Continuing Education in Human Services, Ann Arbor, MI.

1988     Organizing Intervention for Sexually Abused Children. Wexford County Child Abuse Council, Cadillac, MI.

1988     Child Neglect. Lucas County Child Abuse Council, Toledo, OH.

1988     Emotional Abuse and Neglect. Michigan Child Abuse Council, Battle Creek, MI.

1988     Treatment of Sexually Abused Children. Huron Valley Child Guidance Clinic, Ann Arbor, MI.

1988     False Allegations of Sexual Abuse. Macomb County Child Abuse Council, Mt. Clemens, MI.

1987     Child Abuse and Neglect. St. Joseph Hospital SCAN Team, Flint, MI.

1987     Emotional Abuse and Neglect. State of Michigan Foster Care Review Boards, Grand Rapids, MI.

1987     False Allegations of Sexual Abuse. University of Michigan Child Protection Team, Ann Arbor, MI.

1987     Follow-Up Training for Community Based Child Sexual Abuse Teams. University of Michigan, Interdisciplinary Project on Child Abuse and Neglect, Ann Arbor, MI.

1987     Adolescent Maltreatment. Michigan Committee for the Prevention of Child Abuse, Lansing, MI.

1987     Community Approach to Child Sexual Abuse. (three sessions of three days), University of Michigan, Interdisciplinary Project on Child Abuse and Neglect, Ann Arbor, MI.

1987     Interviewing Sexually Abused Children Jackson County Department of Social Services, Jackson, MI.

1987     Validating Cases of Sexual Abuse. Essex County Child Abuse Council, Windsor, Ont., Canada.

1986     The Family of the Sexually Abused Child. Cleveland Public Schools, Cleveland, OH.

1986     The Effects of Sexual Abuse Through the Life Cycle. Cleveland Public Schools, Cleveland, OH.

1986     Child Sexual Abuse. (one day), Lorain County Community College, Lorain, OH.

1986     Child Sexual Abuse. (one day) Williams County Children's Services Board, Williams County, OH.

1986     Outreach Treatment in Child Sexual Abuse. Down River Guidance Center, Wayne County, MI.

1986     Psychological Evaluations in Child Abuse and Neglect. Lucas County Child Abuse Prevention Center, Toledo, OH.

1986    Community Approach to Child Sexual Abuse, (two sessions of three days, with others). University of Michigan, Interdisciplinary Project on Child Abuse and Neglect, Ann Arbor, MI.
1985    Indicators of Child Sexual Abuse. Beacon Day Treatment Center, Wayne County, MI.
1985    Investigating Cases of Sexual Abuse. (one-half day) Lucas County Children's Services Board, Toledo, OH.
1985    Investigating Cases of Physical Abuse. (one-half day) Lucas County Children's Services Board, Toledo, OH.
1985    Psychological Evaluations in Child Protection Cases. (one-half day) Lucas County Children's Services Board, Toledo, OH.
1985    Sexual Abuse Allegations in Child Custody Cases, with others (one-half day) Ann Arbor Center for the Family, Ann Arbor, MI.
1985    Assessment of Child Sexual Abuse. Children's Psychiatric Hospital, University of Michigan, Ann Arbor, MI.
1985    Developing Multidisciplinary Child Abuse and Neglect Teams. (one day) University of Michigan, Interdisciplinary Project on Child Abuse and Neglect, Grayling, MI.
1985    Follow-Up Training Session for Multidisciplinary Teams, with Interdisciplinary Project on Child Abuse and Neglect faculty (two sessions of two days) University of Michigan, Interdisciplinary Project on Child Abuse and Neglect, Ann Arbor, MI.
1985    The Effects of Child Sexual Abuse. Ypsilanti Regional Psychiatric Hospital, Ypsilanti, MI.
1984    Child Sexual Abuse. Mercywood Hospital, Ann Arbor, MI.
1984    Child Sexual Abuse, (one day). Monroe County Child Abuse and Neglect Council, Monroe, MI.
1984    Use of Anatomically Explicit Dolls in Sexual Abuse Diagnosis. Livingston County Child Abuse and Neglect Council, Howell, MI.
1984    Intake Management in Child Welfare. Lucas County Children's Services Board, Toledo, OH.
1984    Multidisciplinary Approaches to Foster Care. Michigan Department of Social Services, Lansing, MI.
1984    Assessment and Treatment of Child Sexual Abuse, (two half days) Community Mental Health, Lincoln Park, MI.
1984    Assessment and Treatment of High Risk Infants and Toddlers, with Vivian Shapiro, MSW, (two days) University of Michigan Continuing Education in Human Services, University of Michigan, Ann Arbor, MI.
1984    Recent Research in Child Maltreatment. University of Michigan Science Research Club, University of Michigan, Ann Arbor, MI.
1984    Diagnosis and Treatment of Child Sexual Abuse. (one day) Jefferson County Children's Services Board, Jefferson County, OH.
1984    Long-term Treatment Issues in Child Sexual Abuse. (one day) Family Outreach Center Annual Workshop, Grand Rapids, MI.
1984    Interdisciplinary Management of Child Abuse and Neglect, with Interdisciplinary Project on Child Abuse and Neglect faculty. (two sessions of three days) University of Michigan, Interdisciplinary Project on Child Abuse and Neglect, Ann Arbor, MI.
1984    Sexual Abuse in Institutions. Michigan Department of Social Services, Bureau of Licensing, Lansing, MI.
1983    Diagnosis and Case Management in Child Sexual Abuse. (three days) University of Michigan Continuing Education in Human Services, Ann Arbor, MI.
1983    Diagnosis of Child Sexual Abuse. Jackson County Child Abuse and Neglect Prevention Council, Jackson, MI.
1983    Child Sexual Abuse. Lenawee County Child Abuse and Neglect Council, Adrian, MI.
1983    Differential Diagnosis of Child Sexual Abuse. Livingston County SCAN Team, Howell, MI.
1983    Differential Diagnosis in Child Abuse and Neglect, (three sessions of one-half day) Lucas County Children's Services Board, Toledo, OH.

1983    <u>Protocol for Evaluating Allegations of Physical Abuse</u>. (two sessions of one-half day) Lucas County Children's Services Board, Toledo, OH.

1983    <u>Protocol for Evaluating Allegations of Sexual Abuse</u>. (one day) Lucas County Children's Services Board, Toledo, OH.

1983    <u>Child Sexual Abuse</u> (three days) Niagara Region Child and Family Services, Niagara, Canada.

1983    <u>Child Sexual Abuse</u>. University of Michigan Continuing Medical Education, Ann Arbor, MI.

1983    <u>Child Sexual Abuse</u>. (two sessions of two hours) York Woods, Ypsilanti, MI.

1983    <u>Diagnosis of Child Sexual Abuse</u>. Woodcreek Counseling Service, Farmington, MI.

1982    <u>Treatment and Child Sexual Abuse</u>. (one day) Alpena County Council for Children at Risk, Alpena, MI.

1982    <u>In-Service on Child Sexual Abuse</u>. Ann Arbor Schools, Ann Arbor, MI.

1982    <u>Child Sexual Abuse</u>. (two days) Hamilton County Department of Public Welfare, Cincinnati, OH.

1982    <u>Social Work Intervention with Involuntary Clients</u>. (two days) University of Michigan Continuing Education in the Human Services, Ann Arbor, MI.

1982    <u>Workshop on Child Sexual Abuse</u>. Washtenaw County Coordinating Council for Child at Risk, Ann Arbor, MI.

1981    <u>Emotional Abuse and Neglect: Interdisciplinary Collaboration in Child Abuse and Neglect</u>. (one day) Lucas County Children's Services Board, Toledo, OH.

1981    <u>Emotional Abuse and Neglect.</u> (one day) Michigan Department of Social Services, Traverse City, MI.

1981    <u>Interdisciplinary Approaches to Permanency Planning for Children</u>, with Donald  Duquette, JD, (four sessions of one day workshops) Michigan Department of Social Services, Detroit, Lansing, Saginaw, Traverse City, MI.

1981    <u>Multidisciplinary Management of Child Abuse and Neglect</u>, with Interdisciplinary Project on Child Abuse and Neglect faculty. (two training sessions of three days) Michigan Department of Social Services, Detroit, Gaylord, MI.

1981    <u>Interdisciplinary Management of Child Sexual Abuse</u>, with Ellen Tickner, JD. (three day symposium) University of Michigan Continuing Education in the Human Services, Ann Arbor, MI.

1980    <u>Child Sexual Abuse</u>. (one day) Crawford County Consortium, Grayling, MI.

1980    <u>Child Sexual Abuse: Assessment and Treatment</u>. (one-half day) Michigan Department of Social Services, Detroit, MI.

1980    <u>Multidisciplinary Management of Child Abuse and Neglect</u>, with Interdisciplinary Project on Child Abuse and Neglect faculty. (three sessions of two days) Michigan Department of Social Services, Ann Arbor, Lansing, Grand Rapids, MI.

1980    <u>Treatment of Child Sexual Abuse</u>. (one-half day) Michigan Department of Social Services, Marquette, MI.

1980    <u>Treatment of Child Sexual Abuse</u>. (one-half day) Michigan Department of Social Services, Kalamazoo, MI.

1980    <u>Interdisciplinary Management of Child Sexual Abuse</u>, with Donald N. Duquette, JD. (three day symposium) University of Michigan Continuing Education in the Human Services, Ann Arbor, MI.

1980-   <u>Multidisciplinary Management of Child Abuse and Neglect</u>. (Ten sessions of three day
1984    workshops on for professionals from forty Michigan counties) University of Michigan Interdisciplinary Project on Child Abuse and Neglect.

1979    <u>Expert Witnessing in Cases of Child Abuse and Neglect</u>. (two sessions), Beth Mosher Clinic, Jackson, MI.

1979    <u>Child Abuse and Neglect</u>, with others. (two day workshop) Eastern Michigan University and Washtenaw Community College Continuing Education Programs, Ypsilanti, MI.

1978    <u>Intervention Strategies in Child Abuse and Neglect</u> with M. L. Bowden, ACSW. (one day workshop), Child Abuse Prevention Center, Toledo, OH.

| | |
|---|---|
| 1978 | <u>Child Abuse and Neglect for Mental Health Professionals.</u> (one day workshop)   Institut fur Ehe und Familie, Zurich, Switzerland. |
| 1978 | <u>Professional Roles in Child Abuse and Neglect</u> with Donald Duquette, J.D. (two day workshop) Northwest Detroit Interagency Council, Detroit, MI. |
| 1978 | <u>Child Abuse and Neglect.</u> University of Michigan Continuing Education for Physicians; Family Practice Seminars, Ann Arbor, MI. |
| 1978 | <u>Child Abuse and Neglect.</u> Emergency Room Physicians' Seminars, Ann Arbor, MI. |
| 1978 | <u>The Use of Network Therapy with Abusive and Neglectful Families.</u> University of Michigan Hospital, Ann Arbor, MI. |
| 1978 | <u>The Use of Network Therapy with Abusive and Neglectful Families.</u> Washtenaw County Catholic Social Services, Ann Arbor, MI. |
| 1977 1980 | Monthly one-half day training sessions for Washtenaw County Protective Services and Child Welfare Workers, Ann Arbor, MI. |
| 1977 1980 | Monthly day-long training sessions for Wayne County Protective Services Workers, Detroit, MI. |
| 1977 | <u>Case simulation</u> with Interdisciplinary Project on Child Abuse and Neglect. Michigan Department of Social Services, Governor's Conference on Community Networks for Child Abuse and Neglect, Lansing, MI. |
| 1977 | <u>Workshop on Child Abuse and Neglect</u>, with Paul Glasser, Ph.D., Donald Duquette, J.D., University of Michigan Mental Health Skills Lab, Detroit. |
| 1971 | <u>In-Service Teacher Training in Behavior Modification in Classroom Management</u>, with Sally Iman, M.S.W., Jackson County Elementary Schools, Jackson, MI. |

## LICENSURE/CERTIFICATIONS

Academy of Certified Social Workers, National Association of Social Workers (NASW); I.D. # 881396606

Licensed Clinical and Macro Social Worker--State of Michigan; I.D. # 6801061768; L880104

Diplomate in Clinical Social Work, National Association of Social Workers (NASW)

National Register of Clinical Social Workers, National Association of Social Workers (NASW)

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS

National Association of Social Workers
American Professional Society on the Abuse of Children (APSAC)
    Board of Directors 1991-1997; Executive Committee 1992-1997
x     Advisory Board 1998-2008
    Co-chair, Guidelines Task Forces 1994-2000
    Board of Directors, Michigan Chapter of APSAC 1997-2001
    Board of Directors, 2013-2015
    Executive Committee 2014-2015
    Chair, Guidelines Task Forces 2013-2015

Society on Social Work and Research

International Society for the Prevention of Child Abuse and Neglect

National Organization of Forensic Social Work

American Association of Orthopsychiatry

Council on Social Work Education

Kathleen M. L. Coulborn Faller--40

July, 2015.