IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14-cv-4391 |
| v. | ) | |
| | ) | Judge Darrah |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF HARRIS' MOTION *IN LIMINE* TO LIMIT DEFENDANTS' INQUIRY OF PLAINTIFF'S EXPERT PROFESSOR CHARLES HONTS

# EXHIBIT D

 Gmail

Jan Susler <jsusler@gmail.com>

---

## honts estimate for subpoena compliance
4 messages

**Jan Susler** <jsusler@gmail.com>                     Wed, Mar 16, 2016 at 10:34 AM
To: Avi Kamionski <akamionski@ahalelaw.com>, gibbonsj@gtlaw.com
Bcc: Stuart Chanen <Stuart.Chanen@valoremlaw.com>, Nicole Auerbach <nicole.auerbach@valoremlaw.com>, Margot Klein <Margot.Klein@valoremlaw.com>, "J.Samuel Tenenbaum" <s-tenenbaum@law.northwestern.edu>, Joey Mogul <JoeyMogul@aol.com>, Janine Hoft <janinehoft@aol.com>

> Counsel, at the deposition of Plaintiff's expert Charles Honts, you asked him to provide an estimate of the costs of complying with the subpoena you served mid-deposition. I have attached the estimate he provided.
> Jan Susler
>
>
>
>
> Jan Susler
> People's Law Office
> 1180 N. Milwaukee
> Chicago, IL 60642
> 773/235-0070 x 118
> jsusler@gmail.com
> www.peopleslawoffice.com

📄 **3.16.2016 HontsCostEstimate.pdf**
75K

---

**Avi Kamionski** <akamionski@ahalelaw.com>                 Thu, Mar 17, 2016 at 3:26 AM
To: Jan Susler <jsusler@gmail.com>
Cc: "<gibbonsj@gtlaw.com>" <gibbonsj@gtlaw.com>, "Andrew M. Hale" <ahale@ahalelaw.com>, Shneur Nathan <snathan@ahalelaw.com>

Jan -

We would like a dropbox link of all the electronic case files Dr. Honts has in his possession. In the dep, he mentioned that he had electronic files for the last 10 years and that those were easy to access. Based on the estimate line titled "copy electronic files", that should be $80. We can send a check directly to Dr. Honts for $80.

We would also like copies of all billing records to Northwestern.

Thanks

[Quoted text hidden]
[Quoted text hidden]
<3.16.2016 HontsCostEstimate.pdf>

---

**Avi T. Kamionski**
*Partner*
**Hale Law LLC**
53 W. Jackson Blvd., Ste. 330 | Chicago IL 60604
Direct: 312.870.6928 | Main: 312.341.9646 | Fax: 312.341.9656

akamionski@ahalelaw.com | www.ahalelaw.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**Jan Susler** <jsusler@gmail.com>                                                  Fri, Mar 25, 2016 at 2:12 PM
To: Avi Kamionski <akamionski@ahalelaw.com>
Cc: "<gibbonsj@gtlaw.com>" <gibbonsj@gtlaw.com>, "Andrew M. Hale" <ahale@ahalelaw.com>, Shneur Nathan
<snathan@ahalelaw.com>, Stuart Chanen <Stuart.Chanen@valoremlaw.com>, Nicole Auerbach
<nicole.auerbach@valoremlaw.com>, Margot Klein <Margot.Klein@valoremlaw.com>, "J.Samuel Tenenbaum" <s-
tenenbaum@law.northwestern.edu>, Joey Mogul <JoeyMogul@aol.com>, Janine Hoft <janinehoft@aol.com>

Counsel, I communicated your request to Professor Honts. He asked me to inform you that the electronic case files consist primarily of materials the retaining attorneys sent him to review, which, he reports, includes attorney work product and discovery. He will need to communicate with each of the attorneys who retained him to determine whether he is authorized to release the materials you request – communication which will be inordinately laborious and time-consuming. He also reports that some of the materials (before 2004 or 2005) which exist digitally, he no longer has access to because the software programs are obsolete and the translators no longer exist. Finally, he reports he has no transcripts of trial testimony, and will determine whether he has transcripts of depositions. You can let us know how you wish to proceed.
Jan Susler

Jan Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60642
773/235-0070 x 118
jsusler@gmail.com
www.peopleslawoffice.com

[Quoted text hidden]

---

**Avi Kamionski** <akamionski@ahalelaw.com>                                         Sun, Mar 27, 2016 at 1:06 PM
To: Jan Susler <jsusler@gmail.com>
Cc: "<gibbonsj@gtlaw.com>" <gibbonsj@gtlaw.com>, "Andrew M. Hale" <ahale@ahalelaw.com>, Shneur Nathan
<snathan@ahalelaw.com>, Stuart Chanen <Stuart.Chanen@valoremlaw.com>, Nicole Auerbach
<nicole.auerbach@valoremlaw.com>, Margot Klein <Margot.Klein@valoremlaw.com>, "J.Samuel Tenenbaum" <s-
tenenbaum@law.northwestern.edu>, Joey Mogul <JoeyMogul@aol.com>, Janine Hoft <janinehoft@aol.com>

How much will he charge to send me just the reports (not the attorney work product or discovery he got from them) he wrote in all the cases he has electronically?

As far as cases he worked on with Northwestern - we still would like to get all the bills he generated for them - as well as time records and bills he generated to your side in this case.

We would also like all the materials he worked on for the cases he did for Northwestern - I am sure your colleagues at Northwestern would not object to him turning over that information to us.
[Quoted text hidden]

| | | | | | |
|---|---|---|---|---|---|
| Charles R. Honts, Ph. D. | | | | | |
| 3105 Sweetwater Drive | | | | | |
| Boise ID 83716 | | | | | |
| Voice: 208.867.2027 | | | | | |
| | | **ESTIMATE** | | | |
| **Client:** | Estimate to comply with subpoena in | | | | |
| | Civil Action No. 14C 04391 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **Case:** | Nicole Harris v. City of Chicago, et al. Civil Action No. 14 C 04391 | | | | |
| **Rider Item** | **Activity** | **Hours** | **Rate** | **Due** | **Subtotal** |
| 1 | Retrieve and sort paper files from storage | 15 | $400.00 | $6,000.00 | |
| | Write letters to counsel to obtain waiver of privilege. (118 letters at 15 minutes each) | 29.5 | $400.00 | $11,800.00 | |
| | Scan or copy paper documents, minimum of 15,000 pages @ 1 min per page | 250 | $400.00 | $100,000.00 | |
| | Recover, organize, and integrate existing electronic documents with scanned documents into electronic folders | 20 | $400.00 | $8,000.00 | $125,800.00 |
| 2 | Write letters to counsel to obtain waiver of privilege. (3 letters at 15 minutes each) | 0.75 | $400.00 | $300.00 | |
| | Find copy/scan organize | 1.0 | $400.00 | $400.00 | $700.00 |
| 3 | Copy electronic files | 0.2 | $400.00 | $80.00 | $80.00 |
| 4 | Find and organize publications already digital. | 8 | $400.00 | $3,200.00 | |
| | Find and scan paper reports and publications, | 24 | $400.00 | $9,600.00 | $12,800.00 |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | $400.00 | $0.00 | |
| | | | | $139,380.00 | |
| | | | | *Total* | |
| | **Estimate Total** | **$139,380.00** | | | |

 **Gmail**

Jan Susler <jsusler@gmail.com>

---

## Harris - Charles Honts
3 messages

---

**Avi Kamionski** <akamionski@ahalelaw.com>      Wed, Mar 30, 2016 at 9:17 AM
To: Jan Susler <jsusler@gmail.com>
Cc: "Andrew M. Hale" <ahale@ahalelaw.com>, Shneur Nathan <snathan@ahalelaw.com>, "<gibbonsj@gtlaw.com>" <gibbonsj@gtlaw.com>, Tiffany Fordyce <FordyceT@gtlaw.com>, "flynnk@gtlaw.com' <flynnk@gtlaw.com>, 'fordycet@gtlaw.com" <flynnk@gtlaw.com>

Counsel -

Where do we stand on the documents we requested?

We are also still waiting on the billing records to Northwestern and billing records and time sheets for the work Honts has done in this case for the plaintiff.

Please advise when we should be expecting all these materials.

Thanks

---

**Avi T. Kamionski**
*Partner*
**Hale Law LLC**
53 W. Jackson Blvd., Ste. 330 | Chicago IL 60604
Direct: 312.870.6928 | Main: 312.341.9646 | Fax: 312.341.9656
akamionski@ahalelaw.com | www.ahalelaw.com

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

**Jan Susler** <jsusler@gmail.com>      Wed, Mar 30, 2016 at 2:26 PM
To: Avi Kamionski <akamionski@ahalelaw.com>
Cc: "Andrew M. Hale" <ahale@ahalelaw.com>, Shneur Nathan <snathan@ahalelaw.com>, "<gibbonsj@gtlaw.com>" <gibbonsj@gtlaw.com>, Tiffany Fordyce <FordyceT@gtlaw.com>, "flynnk@gtlaw.com' <flynnk@gtlaw.com>, 'fordycet@gtlaw.com" <flynnk@gtlaw.com>, Stuart Chanen <Stuart.Chanen@valoremlaw.com>, Nicole Auerbach <nicole.auerbach@valoremlaw.com>, Margot Klein <Margot.Klein@valoremlaw.com>, "J.Samuel Tenenbaum" <s-tenenbaum@law.northwestern.edu>, Janine Hoft <janinehoft@aol.com>, Joey Mogul <JoeyMogul@aol.com>

Counsel, Professor Honts teaches on Mondays and Tuesdays and was not available until this afternoon for me to follow up.

As for your request for his reports in other cases in which he has testified, he reports that in some of the criminal cases, he has signed agreements with retaining counsel that he is not to disclose documents without their explicit permission. He maintains that even in cases where this agreement does not obtain, he is not comfortable releasing any material without first obtaining permission from retaining counsel. We propose to identify which cases are civil, and then modify the estimate of what he would have to charge you to contact the civil retaining attorneys and, if granted permission, to disclose.

As for your request for "all the materials he worked on for the cases he did for Northwestern," it would be most helpful if you could provide us with authority supporting your right to these materials.

As for your request for his time sheets and billing records for what you refer to as "Northwestern" cases other than Plaintiff's, it would also be helpful if you could provide us with authority supporting your right to such documents.

Jan Susler

Jan Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60642
773/235-0070 x 118
jsusler@gmail.com
www.peopleslawoffice.com

[Quoted text hidden]

---

**Jan Susler** <jsusler@gmail.com>        Wed, Apr 6, 2016 at 4:53 PM
To: "Avi Kamionski <akamionski@ahalelaw.com>
Cc: "Andrew M. Hale" <ahale@ahalelaw.com>, Shneur Nathan <snathan@ahalelaw.com>, "<gibbonsj@gtlaw.com>" <gibbonsj@gtlaw.com>, Tiffany Fordyce <FordyceT@gtlaw.com>, "flynnk@gtlaw.com' <flynnk@gtlaw.com>, 'fordycet@gtlaw.com" <flynnk@gtlaw.com>, Stuart Chanen <Stuart.Chanen@valoremlaw.com>, Nicole Auerbach <nicole.auerbach@valoremlaw.com>, Margot Klein <Margot.Klein@valoremlaw.com>, "J.Samuel Tenenbaum" <s-tenenbaum@law.northwestern.edu>, Janine Hoft <janinehoft@aol.com>, Joey Mogul <JoeyMogul@aol.com>

Counsel, following your deposition of Professor Honts, he looked more closely at the cases in which he testified and determined that he has given reports and/or sworn testimony in five civil cases, including:

     * a report but no transcript in Deskovic #104 and 107;
     * a report and dep transcript in Livers #100;
     * a report but no transcript in Gutierrez #94;
     * a report and dep transcript in Cordova #94 and 90;
     * a report and possibly a dep transcript (not electronic) in Lee #82.

He has provided me with the following estimate for producing the reports and transcripts from those cases as between 3.5 and 6.5 hours, or $1400 to $2600, as follows
(times are approximate):

     1.5 hours to write to the respective counsel and obtain permission to release these materials.

     1 hour to organize the electronic data.

     3 hours to find and scan non-electronic stored testimony.

You can let us know how you wish to proceed.
Jan Susler

Jan Susler
People's Law Office
1180 N. Milwaukee
Chicago, IL 60642
773/235-0070 x 118
jsusler@gmail.com
www.peopleslawoffice.com

[Quoted text hidden]