Appendices A-C
of Dr. Richard Leo's Expert Report

February 2016

**APPENDIX A**             **DR. RICHARD A. LEO, PH.D, J.D.**

<u>**CURRICULUM VITAE**</u>

<u>**ADDRESSES**</u>

**Professional Office (Mailing Address)**          **University Office**
15 Ashbury Terrace                                University of San Francisco
San Francisco, CA 94117                           School of Law
                                                  San Francisco, CA 94117

Phone:     (415) 661-0162                          415-422-6513
FAX:       (415) 422-6433                          (415) 422-6433
Email:     rleo@usfca.edu                          rleo@usfca.edu

Webpage:   http://www.usfca.edu/law/faculty/fulltime/leor.html
SSRN:      http://ssrn.com/author=1020356
BePress:   http://works.bepress.com/richardleo/

<u>**POSITIONS HELD**</u>

7/06-Present          Hamill Family Professor of Law and Psychology
                      University of San Francisco

8/05-Present          Fellow, Institute for Legal Research
                      Criminal Justice Studies Program
                      University of California, Berkeley School of Law

9/14-6/15             Fellow, Center for the Advanced Study in the Behavioral Sciences
                      Stanford University

7/13-6/14             Visiting Professor of Law and
                      Co-Director, Program on Understanding Law, Science and Evidence
                      University of California, Los Angeles

7/97 – 6/06           Associate Professor of Psychology and Social Behavior; and
                      Associate Professor of Criminology, Law and Society
                      University of California, Irvine (Tenured in 2001)

8/94 - 5/97           Assistant Professor of Sociology and Adjunct Professor of Law
                      University of Colorado, Boulder

1

## EDUCATION

8/90 - 8/94         Ph.D. in Jurisprudence and Social Policy
**Specialization: Criminology and Social Psychology**
University of California, Berkeley

8/92 - 5/94         J.D., Boalt Hall School of Law
University of California, Berkeley

9/87 - 6/89         M.A. in Sociology
University of Chicago

9/81 - 5/85         A.B. in Sociology, with Honors
University of California, Berkeley

## ACADEMIC SPECIALIZATION

Criminal Procedure/Criminal Law    Psychology and Law    Social Psychology
Criminology and Criminal Justice    Law and Social Science    Police Organization/Behavior

## RESEARCH SPECIALIZATION

Police Interrogation    Wrongful Convictions    Coercive Persuasion
False Confessions    Miscarriages of Justice    Influence and Decision-Making

## AWARDS

Lifetime Achievement Award (2014). Society for the Study of Social Problems, Crime and Juvenile Delinquency Division. (For distinguished scholarship in the fields of crime and delinquency).

Paul Tappan Lifetime Achievement Award (2014). Western Society of Criminology. (For outstanding contributions to the field of criminology).

The President's Award (2014). Western Society of Criminology. (For contributions to the field of criminology and positive influence on the current Western Society of Criminology President's career).

Fellowship, Center for the Advanced Study in the Behavioral Sciences (2014-2015). Stanford University.

William J. Chambliss Lifetime Achievement Award (2013). Society for the Study of Social Problems, Law and Society Division. (For career-spanning excellence and achievement in the area of law and society).

2

Guggenheim Fellowship (2011). John Simon Guggenheim Memorial Foundation. (For men and women who have already demonstrated exceptional capacity for productive scholarship or exceptional creative ability in the arts). New York, N.Y.

Edwin H. Sutherland Outstanding Scholarship Award from the Society for the Study of Social Problems, Law and Society Division (2010) for *Police Interrogation and American Justice* (Harvard University Press, 2008). Inaugural award.

Outstanding Book Award (2010) from the Academy of Criminal Justice Sciences for *Police Interrogation and American Justice* (Harvard University Press, 2008).

Herbert Jacob Book Prize (2009) from the Law and Society Association for *Police Interrogation and American Justice* (Harvard University Press, 2008)

Distinguished Scholarship Award (2009) from the Pacific Sociological Association for *Police Interrogation and American Justice* (Harvard University Press, 2008). Honorable Mention.

Soros Senior Justice Fellowship (2004). Open Society Institute. Soros Foundation. New York, N.Y.

The Saleem Shah Career Achievement Award (2000). Given by The American Psychology-Law Society (Division 41 of the American Psychological Association) and the American Academy of Forensic Psychology for early career excellence and contributions to psychology, law and public policy.

The Ruth Shonle Cavan Young Scholar Award (1999). Given by The American Society of Criminology to recognize outstanding scholarly contributions to the discipline of criminology.

Distinguished Assistant Professor Award for Research (2000-2001). University of California, Irvine. Conferred by the Academic Senate of the University of California, Irvine for distinguished research.

Faculty Career Development Award (1998-1999). University of California, Irvine.

Graduate Student Paper Award, Honorable Mention (1994) from the American Sociological Association, Crime, Law, and Deviance Section.

Outstanding Graduate Student Instructor Award (1993). University of California, Berkeley. Department of Legal Studies.

Prosser Prize (1992), "Guggenheim Crime Policy Seminar." University of California, Berkeley, Boalt Hall Law School.

## ADDITIONAL HONORS AND DISTINCTIONS (SELECTIVE)

Member (Elected), American Law Institute (October, 2011-Present).

Listed in Brian Leiter, *Most Cited Law Professors by Specialty, 2000-2007*, Criminal Law and Procedure, (http://www.leiterrankings.com/faculty/2007faculty_impact_areas.shtml)

*Member*, Scientific Advisory Board. National Center for Reason and Justice (3/02-Present).

*Board member*, Forensic Social Sciences Association (2/14-Present).

*Affiliate*, Center on Police Practices and Community (COPPAC). University of California, Santa Barbara Institute of Social, Behavioral & Economic Research (7/01-Present).

Fellow, Earl Warren Legal Institute Criminal Justice Program, University of California, Berkeley School of Law (10/98-8/05)

*Visiting Scholar*, Boalt Hall School of Law, University of California, Berkeley (8/03-8/05).

*Visiting Professor* of Sociology, Nankai University, Tianjin, China (10/96).

## PUBLICATIONS

## BOOKS

2017   Richard A. Leo and Tom Wells. THE INNOCENCE REVOLUTION: A POPULAR HISTORY OF THE AMERICAN DISCOVERY OF THE WRONGLY CONVICTED. (In Progress). Expected Publication Date: 2017

- Received Guggenheim Fellowship Award (2011) to write this book

2012   CONFESSIONS OF GUILT: FROM TORTURE TO MIRANDA AND BEYOND (with George C. Thomas III). New York: Oxford University Press. ISBN #: 978-0-19-533893-5. Available at:
http://www.oup.com/us/catalog/general/subject/Sociology/CriminalJustice/?view=usa&ci=9780195338935

- Translated into Chinese by SHANGHAI JIAOTONG UNIVERSITY PRESS of Shanghai (2014)

2008   POLICE INTERROGATION AND AMERICAN JUSTICE (2008). Cambridge: Harvard University Press. ISBN #: 0-674-02648-9. Available at:
http://www.hup.harvard.edu/catalog/LEOPOL.html or http://www.amazon.com/Police-Interrogation-American-Justice-Richard/dp/0674026489

- Edwin H. Sutherland Outstanding Scholarship Award. The Society for the Study of Social Problems (2010). Inaugural award.

- Outstanding Book Award (2010). Academy of Criminal Justice Sciences.

4

- Herbert Jacob Book Prize (2009).  Law and Society Association.

- Distinguished Scholarship Award (2009).  Pacific Sociological Association.  Honorable Mention.

- Excerpts reprinted in Yale Kamisar et. al. (2008).  *Modern Criminal Procedure: Cases, Comments*, *Questions*.  Twelfth Edition.  (St. Paul, MN: West Publishing).  Pp. 540, 624, 719-720

- Paperback version published in August, 2009

- Translated into Chinese by China University of Political Science and Law Press (2012)

- Translated into Korean by Humanitas Press (2014)

2008  THE WRONG GUYS: MURDER, FALSE CONFESSIONS AND THE NORFOLK FOUR (2008) (with Tom Wells). New York: The New Press.  ISBN #: 978-1-59558-401-4.   Available at: http://amazon.com or http://thenewpress.com.  See also: http://www.wrongguys.com.

- Nominated for a National Book Award and a Pulitzer Prize

- The subject of a *New Yorker* magazine article by Jeffrey Toobin (August 24, 2009).  See: http://www.newyorker.com/talk/2009/08/24/090824ta_talk_toobin

- Received Soros Senior Justice Fellowship (2004) to write this book

2008  THE PROBLEM OF FALSE CONFESSIONS IN THE POST-DNA WORLD (2008) (with Steven Drizin).  Published as a book in Japan by Nippon Hyoronsha Co., LTD.  ISBN #: 978-4-535-51664-9.

1998  THE MIRANDA DEBATE: LAW, JUSTICE AND POLICING (1998) (with George C. Thomas III, Eds).  Boston: Northeastern University Press.  ISBN #: 1-55553-338-8.

1998  THE AMERICAN CRIMINAL JUSTICE SYSTEM (1998), (Ed).  (Simon & Schuster). ISBN #:  0-536-00826-4.

## ARTICLES, BOOK CHAPTERS AND OTHER PUBLICATIONS

2016  "Has the Innocence Movement Become an Exoneration Movement? The Risks and Rewards of Redefining Innocence."  Forthcoming in Daniel Medwed, Ed. (2016).  (Boston, MA: Cambridge University Press).  *Wrongful Convictions and the DNA Revolution: Twenty-Five Years of Freeing the Innocent*.

2016.  "The Path to Exoneration" (with Jon Gould).  Forthcoming in the *Albany Law Review*.

5

Available at: http://ssrn.com/author=1020356

- Reprinted in Michelle Travis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Vol. 9, No. 1 (2016)

2016    "Police Interrogation and Coercion in Domestic American History: Lessons for the War on Terror" (with Alexa Koenig). Forthcoming in Scott Anderson and Martha Nussbaum and Scott Anderson, Eds. (2016). *Confronting Torture: Essays on the Ethics, Legality, History, and Psychology of Torture Today*. (Chicago: University of Chicago Press). Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Volume 3, No. 1 (2010).

2016.   "A Damning Cascade of Errors" (with Deborah Davis). Forthcoming in Fiona Bookman, Ed. (2016). *Handbook on Homicide* (Wiley-Blackwell). Available at: http://ssrn.com/author=1020356

- Reprinted in Michelle Travis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Vol. 9, No. 1 (2016)

2016    "When Exoneration Seems Hopeless: the Special Vulnerability of Sexual Abuse Suspects to False Confession" (with Deborah Davis). Forthcoming in Ros Burnett, Ed. (2016). *Vilified: Wrongful Allegations of Child and Sexual Abuse* (New York: Oxford University Press). Available at: http://ssrn.com/author=1020356

- Reprinted in Michelle Travis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Vol. 7, No. 5 (2014)

2016    "Her Story, His Story: Sexual Miscommunication, Motivated Remembering, and Intoxicaton as Pathways to Honest False Testimony Regarding Sexual Consent." (with Guillermo Villalobos and Deborah Davis). Forthcoming in Ros Burnett, Ed. (2016). *Vilified: Wrongful Allegations of Child and Sexual Abuse* (New York: Oxford University Press). Available at: http://ssrn.com/author=1020356

- Reprinted in Michelle Travis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Vol. 7, No. 6 (2014)

2015    "The Sound of Silence: *Miranda* Waivers, Selective Literalism and Social Context." Forthcoming in Lawrence Solan, Janet Ainsworth and Roger Shuy, Eds. (2015). *Speaking of Language and Law* (New York: Oxford University Press). Pp. 255-259. Available at: http://ssrn.com/author=1020356

- Reprinted in Michelle Travis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Vol. 7, No. 4 (2014)

2014   "The Justice Gap and the Promise of Criminological Research." *Criminology, Criminal Justice, Law & Society*, Vol. 15, No. 3.  Pp. 1-37.  Available at: http://ssrn.com/author=1020356

- Reprinted in Michelle Travis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Vol. 8, No. 1 (2015)

2014   "Predicting Erroneous Convictions" (with Jon Gould, Julia Carrano and Katie Hail-Jares). *Iowa Law Review*, Vol. 99, Pp. 471-522.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 6, No. 3 (2013)

2014   "Disputed Interrogation Techniques in America: True and False Confessions and the Estimation and Valuation of Type I and II Errors" (with Deborah Davis) in Sarah Cooper, Ed. (2014).  *Controversies in Innocence Cases in America* (Surrey, England: Ashgate Publishing Ltd).  Pp.  57-72. Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 6, No. 4 (2013)

2014   "Innocent Defendants: Divergent Case Outcomes and What They Teach Us" (with Jon Gould, Julia Carrano, and Katie Hail-Jares) in Marvin Zalman and Julia Carrano, Eds. (2014), *Wrongful Conviction and Criminal Justice Reform: Making Justice* (London: Routledge).  Pp. 73-92. Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 6, No. 4 (2013)

2014   "Interrogation and Confessions" (with Deborah Davis) in Jay Albanese, Ed. (2014).  *The Encyclopedia of Criminology and Criminal Justice*, Vol. III (New York: John Wiley & Sons).  Pp. 1199-1206.   Available at: http://ssrn.com/author=1020356

2013   "Why Interrogation Contamination Occurs," The *Ohio State Journal of Criminal Law*, Vol. 11. Pp. 193-215.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 6, No. 4 (2013)

2013   "Promoting Accuracy in the Use of Confession Evidence: An Argument for Pre-Trial Reliability Assessments to Prevent Wrongful Convictions" (with Peter Neufeld, Steven Drizin, and Andrew Taslitz).  *Temple Law Review*, Vol. 85, Pp. 759-838. Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research

Paper Series.  University of San Francisco School of Law.  Volume 6, No. 2 (2013)

2013    "False Confessions and the Constitution: Problems, Possibilities and Solutions."  John T. Parry and L. Song Richardson, Eds. (2013).  *The Constitution and the Future of Criminal Law in America* (New York: Cambridge University Press).  Pp. 169-186.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 6, No. 1 (2013).

2013    "The Problem of Interrogation-Induced False Confession: Sources of Failure in Prevention and Detection" (with Deborah Davis) in Stephen Morewitz and Mark Goldstein, Eds. (2013).  *Handbook of Forensic Sociology and Psychology* (New York: Springer).   Pp. 47-75.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 5, No. 5 (2012).

2013    "Acute Suggestibility in Police Interrogation:  Self-Regulation Failure as a Primary Mechanism of Vulnerability" in Anne Ridley, Ed. (2013). *Suggestibility in Legal Contexts: Psychological Research and Forensic Applications*.  (Chicester: John Wiley & Sons, Ltd.).  Pp. 171-195.  Available at: http://ssrn.com/author=1020356

2013    "The Law of Interrogation" (with George C. Thomas III).  G.J.N. Bruinsma and D.L. Weisburd, Ed. (2013).  *Encyclopedia of Criminology & Criminal Justice* (New York: Springer).  Pp. 2835-2840.  Available at: http://ssrn.com/author=1020356

2012    "Interrogation Related Regulatory Decline: Ego-Depletion, Failures of Self-Regulation and the Decision to Confess" (with Deborah Davis).  *Psychology, Public Policy and Law*, Vol 18. Pp. 673-704.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 4, No. 4 (2011).

2012    "To Walk In Their Shoes: The Problem of Missing, Misrepresented, and Misunderstood Context in Judging Criminal Confessions" (with Deborah Davis).  *New England Law Review*.  Vol. 46, No. 4.  Pp. 737-767.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 5, No. 4 (2012).

2012    "Interrogation Through Pragmatic Implication: Sticking to the Letter of the Law While Violating Its Intent" (with Deborah Davis) in Lawrence Solan and Peter Tiersma, Eds. (2012).  *Oxford Handbook on Language and the Law* (Oxford University Press).  Pp. 354-366.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Volume 4, No. 2 (2011).

2011  "Three Prongs of the Confession Problem:  Issues and Proposed Solutions" (with Deborah Davis).  In Carol Henderson and Jules Epstein, Eds. (2011).  *The Future of Evidence: How Science and Technology Will Change The Practice of Law* (Chicago: American Bar Association Books).  Pp. 233-264.  Available at: http://ssrn.com/author=1020356

2011  "Jurors Believe Interrogation Tactics Are Not Likely to Elicit False Confessions: Will Expert Witness Testimony Inform Them Otherwise?" (with Iris Blandon-Gitlin and Kathryn Sperry). *Psychology, Crime and Law*.  Vol. 17, 239-260. Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Volume 4, No. 1 (2011).

2010  "One-Hundred Years Later: Wrongful Convictions After a Century of Research" (with Jon Gould).  *Journal of Criminal Law and Criminology*.  Vol. 100, 825-868.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Volume 3, No. 4 (2010).

2010  "The Gatehouse and Mansions: Fifty Years Later" (with Alexa Koenig). T*he Annual Review of Law and Social Science*, Vol. 6, 323-339.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Volume 3, No. 3 (2010).

2010  "From False Confession to Wrongful Conviction: Seven Psychological Processes" (with Deborah Davis).  *The Journal of Psychiatry and the Law*, Vol. 38, 9-56. Available at: http://ssrn.com/author=1020356

- Excerpted in Open Access Journal of Forensic Psychology (2009), Vol. 1.  Available at: http://www.forensicpsychologyunbound.ws/

- Reprinted in Asifa Begum, Ed. (2009).  *Law and Justice – Psychology Role Play* (Amicus Books: The Icfai University Press) and in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series. University of San Francisco School of Law. Volume 2, No. 5 (2009)

2010  "White Paper Commentaries: Looking Ahead" (with Saul Kassin, Steven Drizin, Thomas Grisso, Gisli Gudjonsson and Allison Redlich).  *Law and Human Behavior*. Vol. 34, Pp. 49-52. Available at: http://ssrn.com/author=1020356

2010    "Police-Induced Confessions: Risk Factors and Recommendations" (with Saul Kassin, Steven Drizin, Thomas Grisso, Gisli Gudjonsson and Allison Redlich). *Law and Human Behavior*.Vol. 34, Pp. 3-38.  Available at: http://ssrn.com/author=1020356

- Designated a "White Paper" of the American-Psychology Law Society, Division 41 of the American Psychological Association.

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 3, No. 2 (2010).

2010    "Selling Confession: Setting the Stage with the Sympathetic Detective with a Time-Limited Offer (with Deborah Davis and William Follette).  *Journal of Contemporary Criminal Justice*, Vol. 26, Pp. 441-457.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 3, No. 4 (2010).

2010    "Overcoming Judicial Preferences For Person Versus Situation-Based Analyses of Interrogation Induced Confessions" (with Deborah Davis).  *The Journal of the American Academy of Psychiatry and the Law*, Vol. 38. Pp. 187-194. Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 5, No. 3 (2012).

2010    "Reply to Samuel R. Gross and Barbara O'Brien" (with Jon Gould).  *The Ohio State Journal of Criminal Law*, Vol. 8, Pp. 277-279.  Available at: http://ssrn.com/author=1020356

2010    "Moving Targets: Placing the Good Faith Doctrine in the Context of Fragmented Policing" (with Hadar Aviram and Jeremy Seymour).  *The Fordham Urban Law Journal*.  Vol. 37, Pp. 709-742.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 5, No. 2 (2012).

2010    "The Three Errors: Pathways to False Confession and Wrongful Conviction" (with Steve Drizin) in Daniel Lassiter and Christian Meissner, Eds. (2010).  *Police Interrogations and False Confessions: Current Research, Practice, and Policy Recommendations*.  (Washington, D.C.: American Psychological Association).  Pp. 9-30.  Available at: http://ssrn.com/author=1020356

- *Police Interrogation and False Confessions* selected as recipient of the 2011 American Psychology-Law Society's Outstanding Book Award and the 2010 Publishers Award for Professional and Scholarly Excellence in the field of psychology

10

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law. Volume 5, No. 1 (February 29, 2012).

2009    "Studying Wrongful Convictions: Learning From Social Science" (with Jon Gould). *The Ohio State Journal of Criminal Law,* Vol. 7, Pp. 7-30.   Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 3, No. 2 (2010).

2009    "False Confessions: Causes, Consequences and Implications."  *The Journal of the American Academy of Psychiatry and the Law*, Vol. 37, Pp. 332-343. Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 2, No. 2. (March 13, 2009).

2009    "What Do Potential Jurors Know About Police Interrogation and False Confessions?" (with Brittany Liu). *Behavioral Sciences and the Law*, Vol. 27, Pp. 381-399.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 2, No. 3. (May 29, 2009).

2009    "Psychological and Cultural Aspects of Interrogations and False Confessions: Using Research to Inform Legal Decision-making" (with Mark Costanzo and Netta Shaked) in Daniel A. Krauss and Joel D. Lieberman, Eds (2009).  *Psychological Expertise in Court: Psychology in the Courtroom.*  Volume II.  (Burlington, VT: Ashgate Publishing Co).  Pp. 25-56.  *Available at*: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 4, No. 1 (2011).

2009    "Interrogation" (with Mark Costanzo) in Allan Jamieson and Andre Moenssens (eds). The Wiley Encyclopedia of Forensic Science (London: John Wiley & Sons).  Volume 3.  Pp. 1586-1590. Available at: http://ssrn.com/author=1020356

2008    "Police Interrogation and False Confessions in Rape Cases." In Roy Hazelwood and Ann Burgess, Eds.  *Practical Rape Investigation: A Multidisciplinary Approach.*  4th Edition. (Boca Raton, Florida: CRC Press).  Pp. 211-217.

2007    "The Problem of False Confession in America."  *The Champion*.  Vol. 41, No. 10. Pp. 30-35.

2007    "Mandate the Electronic Recording of Police Interrogations" (with Kimberly D. Richman). *Crime and Public Policy*, Vol. 6, Pp. 791-798.  Available at: http://ssrn.com/author=1020356

2007    "Police Interviewing and Interrogation: A Self-report Survey of Police Practices and Beliefs" (with Saul M. Kassin, Christian A. Meissner, Kimberly D. Richman, Lori H. Colwell, Amy Leach, and Dana LaFon).  *Law and Human Behavior*. Vol. 31, Pp. 381-400.  *Available at*: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 3, No. 2 (2010).

2007    "Mental Health Status and Vulnerability to Police Interrogation Tactics" (with William Follette and Deborah Davis).  *Criminal Justice* (A publication of the American Bar Association), Vol. 22, Pp. 42-49.

2007    "Research and Expert Testimony on Interrogation and Confessions" (with Mark Costanzo).  In Mark Costanzo, Dan Krauss and Kathy Pezdek, Eds. (2007). *Expert Psychological Testimony For The Courts*.  (New Jersey: Erlbaum).  Pp. 69-98.  *Available at*: http://ssrn.com/author=1020356

2006    "Bringing Reliability Back In: False Confessions and Legal Safeguards in the Twenty-First Century" (with Steven Drizin, Peter Neufeld, Brad Hall and Amy Vatner).  *Wisconsin Law Review*. Vol. 2006, Pp. 479-539.  *Available at*: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 2, No. 1. (January 15, 2009).

2006    "Strategies for Preventing False Confessions and Their Consequences" (with Deborah Davis). In Mark Kebbell and Graham Davies, Eds. (2006). *Practical Psychology for Forensic Investigations and Prosecutions*.  (New York: John Wiley & Sons).  Pp. 121-149.  Available at: http://ssrn.com/author=1020356

- Reprinted in Joshua Davis, Legal Scholarship Network (SSRN): Legal Studies Research Paper Series.  University of San Francisco School of Law.  Volume 4, No. 3. (July 21, 2010).

2006    "Psychological Weapons of Influence: Applications in the Interrogation Room" (with Deborah Davis).  *Nevada Lawyer*.  Pp. 14-19.

2005    "Re-Thinking the Study of Miscarriages of Justice: Developing a Criminology of Wrongful Conviction."  *Journal of Contemporary Criminal Justice*.  Vol. 21, Pp. 201-223.  *Available at*: http://ssrn.com/author=1020356

2005    "Interrogating Guilty Suspects: Why Sipowicz Never Has to Admit He is Wrong" (with George

C. Thomas III). In Glenn Yeffeth, Eds (2005). *What Would Sipowicz Do?: Race, Rights and Redemption* (Dallas: BenBella Books). Pp. 35-46.

2005 "Interrogation and Confessions," in J. Miller Mitchell & Richard A. Wright, Eds. *The Encyclopedia of Criminology* (New York: Routledge). Vol. 2, Pp. 819-825.

2004 "The Problem of False Confessions in the Post-DNA World" (with Steve Drizin). *North Carolina Law Review*. Vol. 82. Pp. 891-1007. *Available at*: http://ssrn.com/author=1020356

- Cited by United States Supreme Court in *J.D.B. v. North Carolina*, 2011 WL 2369509.

- Cited by United States Supreme Court in *Corley v. United States*, 129 S. Ct. 1558 (2009).

- Published as a book in Japan in 2008 by Nippon Yoronsha Co., Ltd

- Reprinted in Yale Kamisar et al. (2008). *Modern Criminal Procedure: Cases, Comments*, *Questions*. Twelfth Edition. (St. Paul, MN: West Publishing). Pp. 652 and 718. Reprinted in Andrew E. Taslitz and Margaret Paris (2007). *Constitutional Criminal Procedure*, 3rd Edition (Foundation Press).

2004 "The Third Degree and the Origins of Psychological Interrogation in America." In Daniel Lassiter, Ed. (2004). *Interrogations, Confessions and Entrapment.* Perspectives in Law and Psychology Series, Vol. 20 (New York: Kluwer Academic/Plenum Publishers). Pp. 37-84. *Available at*: http://ssrn.com/author=1020356

2004 "Beating a Bum Rap." *Contexts*. Vol. 3, Pp. 68-69.

2002 "The Effects of *Miranda v. Arizona*: Embedded in Our National Culture?" (with George C. Thomas III). In Michael Tonry, Ed. *Crime and Justice – A Review of Research, Crime and Justice*. Vol. 29, Pp. 203-271. *Available at*: http://ssrn.com/author=1020356

2002 "*Miranda*, Confessions and Justice: Lessons for Japan?" In Malcolm Feeley and Setsuo Miyazawa, Eds. (2002). *The Japanese Adversary System in Context: Controversies and Comparisons* (London: Palgrave). Pp. 200-219. *Available at*: http://ssrn.com/author=1020356

2002 "Interrogation." In David Levinson, Ed. *The Encyclopedia of Crime & Punishment* (Great Barrington, MA: Berkshire Reference Works). Pp. 927-931.

2001 "Questioning the Relevance of *Miranda* in the Twenty-First Century." *The Michigan Law Review*. Vol. 99. Pp. 1000-1029. *Available at*: http://ssrn.com/author=1020356

- Cited by the United States Supreme Court in *Missouri v. Seibert*, 124 S. Ct. 2601 (2004).

- Reprinted in Yale Kamisar, Wayne LaFave, and Jerold Israel (2002). *Modern Criminal Procedure: Cases, Comments*, *Questions*. Ninth Edition. (St. Paul, MN: West Publishing).

2001 "The Truth About False Confessions and Advocacy Scholarship" (with Richard Ofshe). *The Criminal Law Bulletin*. Vol. 37, Pp. 293-370. *Available at*: http://ssrn.com/author=1020356

2001 "False Confessions: Causes, Consequences, and Solutions." In Saundra D. Westervelt and John A. Humphrey, Eds. (2001). *Wrongly Convicted: Perspectives on Failed Justice* (Newark: Rutgers University Press). Pp. 36-54.

2001 "Police Interrogation and False Confessions in Rape Cases." In Roy Hazelwood and Ann Burgess, Eds. *Practical Rape Investigation: A Multidisciplinary Approach*. 3rd Edition. (Boca Raton, Florida: CRC Press). Pp. 233-241.

2001 "Confessions" in Gillian Lindsey and Jonathan Michie, Eds. *Reader's Guide to the Social Sciences*. Vol. 1. (London: Fitzroy Dearborn Publishers). Pp. 266-267.

2000 "Autism, Rape and Arson" (with Ann Burgess, David Elkovitch, Jay Jackman). *Sexual Assault Report*. Vol. 4, Number 2. November/December. Pp. 17, 28-30.

1999 "Adapting to *Miranda*: Modern Interrogators' Strategies For Dealing With The Obstacles Posed By *Miranda*" (with Welsh S. White). *Minnesota Law Review*. Volume. 84. Pp. 397-472. *Available at*: http://ssrn.com/author=1020356

- Cited by the United States Supreme Court in *Maryland v. Shatzer*, 130 S. Ct. 1213 (2010)

1998 "Using the Innocent to Scapegoat *Miranda*: Another Reply to Paul Cassell" (with Richard Ofshe). *The Journal of Criminal Law and Criminology*. Vol. 88, Pp. 557-577. *Available at*: http://ssrn.com/author=1020356

1998 "The Consequences of False Confessions: Deprivations of Liberty and Miscarriages of Justice in the Age of Psychological Interrogation" (with Richard Ofshe). *The Journal of Criminal Law and Criminology*. Vol. 88, Pp. 429-496. *Available at*: http://ssrn.com/author=1020356

- Reprinted in Alisa Smith (2004). *Law, Social Science, and the Criminal Courts* (Durham: Carolina Academic Press). Pp. 286-295.

1998 "*Miranda* and the Problem of False Confessions." In Richard A. Leo and George C. Thomas, III. Eds. *The Miranda Debate: Law, Justice and Policing* (Boston: Northeastern University Press). Pp. 271-282.

1998 "Civil Rights and Civil Liberties: Videotaping the Police." *Criminal Justice Ethics*. Vol. 17, No. 1. Winter/Spring. Pp. 44-45.

1998 "Witness for False Confession No Expert." *The Forensic Echo: The Monthly Newsmagazine of Psychiatry, Law & Public Policy*. Vol II., No. 3 (February). Pp. 14-15.

14

1998   "False Confessions and Miscarriages of Justice." *The Defender* (January).  Pp. 3-6.

1997   "The Social and Legal Construction of Repressed Memory."  *Law & Social Inquiry*, Vol. 22, Pp. 653-693.  *Available at*: http://ssrn.com/author=1020356

1997   "Missing the Forest for the Trees: A Response to Paul Cassell's 'Balanced Approach' to the False Confession Problem" (with Richard Ofshe).  *Denver University Law Review*.  Vol. 74, Pp. 1135-1144.  *Available at*: http://ssrn.com/author=1020356

1997   "The Decision to Confess Falsely: Rational Choice and Irrational Action" (with Richard Ofshe).  *Denver University Law Review*.  Vol. 74, Pp. 979-1122.  *Available at*: http://ssrn.com/author=1020356

   • Reprinted in Myron Moskovitz (2010).  *Cases and Problems in Criminal Procedure: The Police*.  5th Edition.

1997   "The Social Psychology of Police Interrogation: The Theory and Classification of True and False Confessions" (with Richard Ofshe).  *Studies in Law, Politics & Society*, Vol. 16. Pp. 189-251. Available at: http://ssrn.com/author=1020356

1997   "Some Thoughts about Police and Crime."  In Lawrence Friedman and George Fisher, Eds. (1997).  *The Crime Conundrum: Essays on Criminal Justice* (Boulder: Westview Press).  Pp. 121-125.

1997   "False Confessions and Miscarriages of Justice Today." In Richard A. Leo, Ed. (1997).  *The American Criminal Justice System* (Simon & Schuster).  Pp. 169-206.

1997   "A Historical Overview of Confession Law."  In Richard A. Leo, Ed. (1997).  *The American Criminal Justice System* (Simon & Schuster).  Pp. 151-160.

1997   "The Criminal Justice System: An Overview."  In Richard A. Leo, Ed. (1997).  *The American Criminal Justice System* (Simon & Schuster).  Pp. 1-20.

1996   "Police Scholarship for the Future: Resisting the Pull of the Policy Audience." *Law & Society Review*, Vol. 30, Pp. 865-879.  *Available at*: http://ssrn.com/author=1020356

1996   "The Impact of *Miranda* Revisited." *The Journal of Criminal Law and Criminology*.  Volume 86, Pp. 621-692.  *Available at*: http://ssrn.com/author=1020356

   • Reprinted in Richard A. Leo and George C. Thomas, III. Eds (1998).  *The Miranda Debate: Law, Justice and Crime Control* (Boston: Northeastern University Press).  Pp. 208-221.

1996   "*Miranda*'s Revenge: Police Interrogation as a Confidence Game." *Law & Society Review*, Vol. 30, Pp. 259-288.  *Available at*: http://ssrn.com/author=1020356

- Reprinted in Ronald Allen et al. (2005). Comprehensive Criminal Procedure (New York: Aspen Publishers). 2nd Ed. Pp. 888-889.

1996 "Inside the Interrogation Room." *The Journal of Criminal Law and Criminology*. Vol. 86, Pp. 266-303. *Available at*: http://ssrn.com/author=1020356

- Reprinted in Jeannine Bell, Ed. (2006), *Police and Policing Law*. Ashgate Publishing, Ltd. Pp. 99-136. Also reprinted in Joshua Dressler and George C. Thomas III (1999), *Cases and Materials on Criminal Procedure* (West Publishing). Pp. 566-568, 598, 673-676.

1996 "The Ethics of Deceptive Research Roles Reconsidered: A Reply to Kai Erikson." *The American Sociologist*. Vol. 27, Pp. 122-128.

1995 "Trial and Tribulations: Courts, Ethnography, and the Need for an Evidentiary Privilege for Academic Researchers." *The American Sociologist*. Vol. 26, Pp. 113-134.

- Reprinted in Robert Emerson (2001), *Contemporary Field Research: Perspectives and Formulations* (Prospect Heights: Waveland Press). 2nd Edition. Pp. 260-279.

1994 "Police Interrogation and Social Control." *Social and Legal Studies*: An International Journal, Vol. 3, Pp. 93-120. *Available at*: http://ssrn.com/author=1020356

1994 "Police Interrogation in America: A Study of Violence, Civility and Social Change" (Ph.D. dissertation, University of California at Berkeley). *Available at* http://0-proquest.umi.com.ignacio.usfca.edu/pqdweb?did=742035331&sid=1&Fmt=2&clientId=16131&RQT=309&VName=PQD.

1993 "The Yale White-Collar Crime Project: A Review and Critique" (with David T. Johnson). *Law and Social Inquiry*, Vol. 18, Pp. 63-99. *Available at*: http://ssrn.com/author=1020356

- Reprinted in Michael Levi, Ed (1998). *Fraud: Organizational, Motivation, and Control*, Volume II (England: Ashgate Publishing Ltd). Pp. 51-88.

1992 "From Coercion to Deception: The Changing Nature of Police Interrogation in America." *Crime, Law, and Social Change: An International Journal*. Vol. 18, Pp. 35-59. *Available at*: http://ssrn.com/author=1020356

- Reprinted in Richard A. Leo and George C. Thomas, III. Eds (1998). *The Miranda Debate: Law, Justice and Crime Control* (Boston: Northeastern University Press). Pp. 65-74.

1992 "The Ethics of Deceptive Interrogation" (with Jerome H. Skolnick). *Criminal Justice Ethics*. Vol. 11, No. 1. Winter/Spring. Pp. 3-12. *Available at*: http://ssrn.com/author=1020356

- Reprinted in Michael C. Braswell, Belinda R. McCarthy and Bernard J. McCarthy (2005) *Justice, Crime and Ethics*. Fifth Edition. Pp. 69-84. Reprinted in Jeffrey Reiman (2000),

*Criminal Justice Ethics* (New York: Prentice-Hall).  Reprinted in *The Leadership Journal* (January-March, 1993). Pp. 23-27; (Cincinnati: Anderson Publishing Co). Reprinted in *The Boalt Hall Transcript*, Spring, 1993. Pp. 21-23;  Revised and expanded as a chapter in John Bizzack (Ed), *Issues In Policing: New Perspectives*.  (Lexington: Autumn House Publishing).  Pp. 75-95.

## OTHER WRITINGS

"Predicting Erroneous Convictions: A Social Science Approach to Miscarriages of Justice" (with Jon Gould, Julia Carrano and Joseph Young).  Report to the National Institute of Justice. (December, 2012).

Amicus Curiae Brief, United States Supreme Court.  *State of Florida v. Kevin DeWayne Powell* (October 30, 2009) (No. 08-1175).  Sole author.

## CITATION BY APPELLATE COURTS

### United States Supreme Court

*J.D.B. v. North Carolina*, 131 S. Ct. 2394 (2011)
*Maryland v. Shatzer*, 130 S. Ct. 1213 (2010)
*Corley v. United States*, 129 S. Ct. 1558 (2009)
*Missouri v. Seibert*, 124 S. Ct. 2601 (2004)

### Canadian Supreme Court

*R. v. Oickle*, [2000] 2 S.C.R. 3 (Can.).

### All Appellate Courts

2015   Alcox v. Beard, No. CV 08-1587-JVS (C.D. Cal. Nov. 3, 2015).
*Barros v. State*, No. PM/11-5771, 2015 R.I. Super. LEXIS 66 (R.I. Super. Ct. May 18, 2015).
*In re* Elias V., No. A140263, 2015 WL 3561620 (Cal. Ct. App. June 9, 2015).
*Walker v. State*, No. CR-11-0241, 2015 WL 505356 (Ala. Ct. Crim. App. Feb. 6, 2015).
*Lapointe v. Comm'r Correction*, 316 Conn. 225 (2015).
*Mullen v. Barnes*, No. 2:13-cv-0165-MCE-EFBP, 2015 WL 2000764 (E.D. Cal. Apr. 30, 2015).
*Williams v. Schmidt*, No. 3:10-cv-0025 TMB, 2015 WL 1396800 (D. Alaska March 25, 2015).
*Spence v. Beard*, No. 14-cv-1624 BAS (KSC), 2015 WL 1956436 (S.D. Cal. Apr. 29, 2015).
*People v. Vega*, 236 Cal. App. 4th 484 (2015).
*Commonwealth v.  Bland*, No. 33 EAP 2013, 2015 WL 3370266 (Pa. May 26, 2015).
*Barros v. State*, No. PM/11-5771, 2015 R.I. Super. LEXIS 66 (R.I. Super. Ct. May 18, 2015).

17

2014  *Gumm v. Mitchell*, No. 11-3363, 2014 WL 7247393 (6th Cir. Dec 22, 2014)
*Soffar v. Stephens*, No. H-12-3783, 2014 U.S. Dist. LEXIS 175331 (S.D. Tex. Dec. 18, 2014).
*Teleguz v. Davis*, No. 7:10CV00254, 2014 WL 3548982 (W.D. Va. July 17, 2014).
*Commonwealth v. Alicia*, 92 A.3d 753 (Penn. 2014).
*People v. Yi*, No. B251560, 2014 WL 5409066 (Cal. Ct. App. Oct. 24, 2014).
*People v. Boyce*, 59 Cal. 4th 672 (2014)
*State v. Fernandez-Torres*, 337 P.3d 691 (Kan. Ct. App. 2014)
*Commonwealth v. Scuderi*, No. CP-51-CR-1010101-1994, 2014 Phila. Ct. Com. Pl. LEXIS 140 (Phila. Ct. Com. Pl. May 16, 2014)
*Bies v. Sheldon*, Nos. 12-3431 & 12-3457, 2014 WL 7247396 (6th Cir. Dec. 22, 2014)
*Sessoms v. Grounds*, 768 F.3d 882 (9th Cir. 2014).
*Dean v. State*, 288 Neb. 530 (2014)
*United States v. Preston*, 751 F.3d 1008 (9th Cir. 2014)
*People v. Carino*, No. B244423, 2014 WL 1256072 (Cal. Ct. App. March 27, 2014).
*People v. Mays*, No. E055989, 2014 Cal. App. Unpub. LEXIS 405 (Cal. Ct. App. Jan. 21, 2014).
*People v. Whatley*, No. G049642, 2014 WL 1499553 (Cal. Ct. App. Apr. 17, 2014).
*Woodall v. State*, 754 S.E.2d 335 (Ga. 2014).
*Commonwealth v. Hoose*, 5 N.E.3d 843 (Mass. 2014).
*State v. Juranek*, 844 N.W.2d 791 (Neb.2014).
*State v. Bishop*, 431 S.W.3d 22 (Tenn. 2014).
*Poventud v. City of New York*, 750 F.3d 121 (2d Cir. 2014).
R.v. Reid, 2014 CarswellNfld 59 (Can. Nfld.) (WL).

2013  *Livers v. Schenck*, No. 8:08CV107, 2013 WL 5676881 (D. Neb. Oct. 18, 2013).
*Steele v. Harrington*, No. LA CV 10-04872-VBF-E, 2013 WL 5441750 (C.D. Cal. Sept. 25, 2013).
*Dean v. County of Gage*, No. 4:09CV3144, 2013 U.S. Dist. LEXIS 182187 (D. Neb. Dec. 31, 2013).
*Wright v. Comm'r of Corr.*, 143 Conn. App. 274 (2013).
*People v. Sanford*, No. 291293, 2013 WL 5379673 (Mich. Ct. App. Sept. 26, 2013).
*People v. Linton*, 56 Cal. 4th 1146 (2013)
*Irwin v. Commonwealth*, 465 Mass. 834 (2013)
*Coleman v. State*, No. 14-12-00553-CR, 2013 WL 5758084 (Tx. Ct. App. Oct. 24, 2013)
*People v. Sanders*, No. A134386, 2013 WL 4470551 (Cal. Ct. App. Aug. 19, 2013).
*Shelby v. State*, 986 N.E. 2d 345 (Ind. Ct. App. 2013).
*Commonwealth v. Harrell*, 65 A.3d 420 (Pa. Super. Ct. 2013).
*U.S. v. Preston*, 706 F.3d 1106 (9th Cir. 2013).
*Caine v. Burge*, No. 11 C 8996, 2013 WL 1966381 (N.D. Ill. May 10, 2013).
*People v. Carrera*, No. E053997, 2013 WL 1883289 (Cal. Ct. App. May 7, 2013).
*People v. Ortega*, No. B235552, 2013 WL 1635909 (Cal. Ct. App. Apr. 17, 2013).
*In re Tyler S.*, No. 4-11-0540, 2013 WL 1552421, (Ill. Ct. App. Apr. 12, 2013).
*State v. Dassey*, 827 N.W.2d 928 (Wis. Ct. App. 2013).
*Dorsey v. United States*, 60 A.3d 1171 (D.C. 2013)

18

2012   *Harris v. Thompson*, 698 F.3d 609 (7th Cir. 2012).
*U.S. v. Fugate*, No. 11-3694, 2012 WL 3893114 (6th Cir. Sept. 7, 2012).
*U.S. v. Deuman*, 892 F. Supp. 2d 881 (W.D. Mich. 2012).
*People v. Spence*, 212 Cal. App. 4th 478 (2012)
*Vent v. State*, 288 P.3d 752 (Alaska Ct. App. 2012).
*Simmons v. State*, 105 So. 2d 475 (Fla. 2012).
*Ex parte Soffar*, Nos. WR-29980-03, WR-29980-04, 2012 WL 4713562 (Tex. Crim. App. Oct. 3, 2012).
*State ex rel. A.W.*, 51 A.3d 793 (N.J. 2012).
*People v. Kowalski*, 821 N.W.2d 14 (Mich. 2012).
*State v. Stevens*, 822 N.W.2d 79 (Wis. 2012).
*United States v. Ford*, 683 F.3d 761 (7th Cir. 2012).
*State v. Rafay*, 285 P.3d 83 (Wash. Ct. App. 2012).
*People v. Perez*, 946 N.Y.S.2d 835 (N.Y. Sup. Ct. 2012).
*State v. Abdulle*, 275 P.3d 1113 (Wash. 2012).
*People v. Kinstley*, No. A130102, 2012 WL 831535 (Cal. Ct. App. Mar. 12, 2012).
*People v. Mullen*, No. C062851, 2012 WL 758145 (Cal. Ct. App. Mar. 8, 2012).
*Miner v. Neotti*, No. CV 10-07419 ODW (SS), 2012 WL 1116078 (C.D. Cal. Feb. 16, 2012).

2011   *J.D.B. v. North Carolina*, 131 S. Ct. 2394 (2011).
*Bell v Ercole*, No. 05 CV 4532(ERK), 2011 WL 5040436 (E.D.N.Y. Oct. 21, 2011)
*White v. Smith*, 808 F. Supp. 2d 1174 (D. Neb. 2011).
*Dean v. Smith*, 805 F. Supp. 2d 750 (D. Neb. 2011).
*Brown v. Blumenfeld*, 930 N.Y.S. 2d 610 (N.Y. App. Div. 2011).  Decided Oct. 4, 2011.
*People v. Gaono*, No. D055290, 2011 WL 4500857 (Cal. Ct. App. Sept. 29, 2011)
*Commonwealth v. Rios*, No. 2007-1051, 2011 WL 4089553 (Mass. Super. Ct. Sept. 7, 2011)
*United States v. Michael Jacques* 784 F. Supp.2d 59 (D.Mass. 2011)
*People v. Hernandez*, No. B215707, 2011 Cal. App. Unpub. LEXIS 3039 (Apr. 25, 2011).
*People v. Dimas*, No. B223795, 2011 Cal. App. Unpub. LEXIS 2464 (Apr. 11, 2011).
*United States v. Ross*, No. CR S-99-0043 WBS EFB, 2011 WL 1253870 (E.D. Cal. Mar. 30, 2011).
*Commonwealth v. Wright,* 14 A. 3d 798 (Pa. 2011).
*People v. Sanchez*, No. 2-08-1243, 2011 Ill. App. Unpub. LEXIS 872 (Ill. App. Ct. 2/4/2011).

2010   *People v. Polk*, 942 N.E. 2d 44 (Ill. App. Ct. 2010).
*People v. Garcia*, No. B216793, 2010 WL 4868186 (Cal. Ct. App. Nov. 30, 2010).
*State v. Lockhart*, 4 A. 3d 1176 (Conn. 2010).
*United States v. Redlightning*, 624 F.3d 1090 (9th Cir. 2010).
*United States v. Slaight*, 620 F.3d 816 (7th Cir. 2010).
*People v. Kowalski*, No. 294054, 2010 WL 3389741 (Mich. Ct. App. Aug. 26, 2010).
*Dorsey v. United States*, 2 A.3d 222 (D.C. 2010).
*Crowe v. County of San Diego*, 593 F.3d 841 (9th Cir. 2010).
*Milke v. Ryan*, No. CV 98-60-PHX-RCB, 2010 WL 383412 (D. Ariz. Jan. 29, 2010).
*Kaguyutan v. Rozum*, No. 2:08-1022, 2010 WL 483791 (W.D. Pa. Feb. 5, 2010).
*Maryland v. Shatzer*, 130 S. Ct. 1213 (2010).

*Rathbun v. Scribner*, No. CV 08-3339-AG, 2010 WL 1266666 (C.D. Cal. Feb. 10, 2010).

*State v. A.N.J.*, 225 P.3d 956 (Wash. 2010).

*Wilson v. State*, 311 S.W.3d 452 (Tex. Crim. App. 2010).

*People v. Vargas*, No. G041999, 2010 WL 2525582 (Cal. Ct. App. 4th June 23, 2010).

2009   *Cason v. Hedgpeth*, No. CV 08-4576-JVS (RNB), 2009 WL 1096209 (C.D. Cal. 4/22/2009).

*Corley v. U.S.*, 129 S. Ct. 1558 (2009).

*R. v. Cech*, [2009] Q.C.C.S. 1041 (Can.).

*R. v. Edwards* [2009] CarswellOnt 6324 (Can.).

*R. v. Merceus*, [2009] Q.C.C.S. 3205 (Can.).

*R. v. T.E.*, [2009] ON.C. LEXIS 4222 (Can.).

*People v. Leon*, No. G037950, 2009 WL 249362 (Cal. Ct. App. Feb. 3, 2009).

*People v. Olague*, No. C053372, 2009 WL 924503 (Cal. Ct. App. April 7, 2009).

*State v. Fairconatue*, 773 N.W.2d 226 (Wash. Ct. App. 2009).

*State v. Riofta*, 209 P.3d 467 (Wash. 2009).

*Wade v. Brady*, 612 F. Supp. 2d 90 (D. Mass. April 30, 2009).

*People v. Robles*, No. G038739, 2009 WL 1364364 (Cal. Ct. App. May 15, 2009).

*Bush v. State*, No. CR-03-1902, 2009 WL 1496826 (Ala. Crim. App. May 29, 2009).

*People v. Lucas*, No. C057593, 2009 WL 2049984 (Cal. Ct. App. Aug. 4, 2009).

*Wroten v. Felker*, No. CV 08-04352-AG, 2009 WL 3171705 (C.D. Cal. Sept. 30, 2009).

*In re D.K.*, No. 289371, 2009 WL 3401152 (Mich. Ct. App. Oct. 22, 2009).

*People v. Singletary*, No. B211849, 2009 WL 3931360 (Cal. Ct. of App. Nov. 20, 2009).

2008   *People v. Madrigal*, No. F051127, 2008 WL 192310 (Cal. Ct. App. Jan. 24, 2008).

*U.S. v. Chancellor*, No. 07-20578-CR, 2008 WL 622937 (S.D. Fla. Feb. 8, 2008).

*Anthony v. State*, 980 So. 2d 610 (Fla. Dist. Ct. App. 2008).

*In re Taylor*, 144 Wash. App. 1038 (2008).

*People v. Cerda*, No. E041249, 2008 WL 2123855 (Cal. Ct. App. May 21, 2008).

*In re Detention of Law*, 144 Wash. App. 1047 (June 2, 2008).

*People v. Rosario*, 862 N.Y.S.2d 719 (2008).

*People v. Steele*, No. B193519, 2008 WL 2410394 (Cal. Ct. App. June 16, 2008).

*R. v. Choy*, [2008] 456 A.R. 177 (Can.).

*R. v. Fabas*, [2008] B.C.S.C. 677 (Can.).

*R. v. Leslie*, [2008] O.N.C.J. 666 (Can.).

*R. v. Modjani*, [2008] 458 A.R. 96 (Can.).

*Bell v. Ercole*, No. 05 CV 4532(ERK), 2008 WL 2484585 (E.D.N.Y. June 20, 2008).

*State v. Montejo*, 974 So.2d 1238 (La. 2008).

*State v. Turner*, 187 P.3d 835 (Wash. Ct. App. 2008).

*State v. Unga*, 196 P.3d 645 (Wash. 2008).

*State v. Wooden*, No. 23992, 2008 WL 2814346 (Ohio Ct. App. July 23, 2008).

2007   *People v. Cason*, No. B187189, 2007 WL 891292 (Cal. Ct. App. March 26, 2007).

*In re Bradford*, 165 P.3d 31 (Wash. Ct. App. 2007).

*In re Genaro R.*, No. A112572, 2007 WL 934886 (Cal. Ct. App. March 29, 2007).

*People v. Bean*, 847 N.Y.S.2d 903 (2007).

*People v. Villarreal*, No. H029622, 2007 WL 1556645 (Cal. Ct. App. May 30, 2007).
*People v. Rathbun*, No. B178509, 2007 WL 2391258 (Cal. Ct. App. Aug. 23, 2007).
*Doughtie v. Scribner*, No. CIV S-06-1695-FCD-CMK-P, 2007 WL 2669922 (E.D. Cal. 9/7/07)
*People v. Muratalla*, No. B192446, 2007 WL 4376374 (Cal. Ct. App. Dec. 17, 2007).
*People v. Wroten*, No. B188462, 2007 WL 4501776 (Cal. Ct. App. Dec. 26, 2007).
*R. v. Osmar*, [2007] 84 O.R.3d 321 (Can.).
*R. v. Osmar*, [2007] ONCA 50 (Can.).
*State v. Bannister*, 734 N.W.2d 892 (Wis. 2007).
*State v. Lawrence*, 920 A.2d 236 (2007).

2006   *Edmonds v. State*, 955 So. 2d 864 (Miss. Ct. App. 2006).
*People v. Doughtie*, No. C049197, 2006 WL 137426 (Cal. Ct. App. Jan. 18, 2006).
*People v. Smann*, No. D045166, 2006 WL 1075228 (Cal. Ct. App. April 25, 2006).
*R. v. Hammerstrom*, [2006] B.C.S.C. 1700 (Can.).
*R. v. Wilson*, [2006] 213 O.A.C. 207 (Can.).
*Alley v. State*, No. W2006-01179-CCA-R3-PD, 2006 WL 1703820 (Tenn. Crim. App. 6/ 22/06)
*People v. Fuentes*, No. B184728, 2006 WL 2102898 (Cal. Ct. App. July 31, 2006).
*Washington v. Wilmore*, No. Civ.A. 3:02CV00106, 2006 WL 2471511 (W.D. Va.8/23/2006).
*Reyes v. Duncan*, No. C 05-04078 SI, 2006 WL 2529106 (N.D. Cal. Aug. 31, 2006).
*Milke v. Schriro*, No. CV-98-0060-PHX-RCB, 2006 WL 3421318 (D. Ariz. Nov. 27, 2006).

2005   *In re Jerrell C.J.*, 699 N.W.2d 110 (Wis. 2005).
*Murray v. Earle*, 405 F.3d 278 (5th Cir. 2005).
*People v. Ford*, No. A100574, 2005 WL 236593 (Cal. Ct. App. Jan. 31, 2005).
*People v. Mora*, No. B167805, 2005 WL 1140646 (Cal. Ct. App. May 16, 2005).
*Scott v. State*, 165 S.W.3d 27 (Tex. App. 2005).
*Singletary v. Fischer*, 365 F. Supp. 2d 328 (E.D.N.Y. 2005).
*U.S. v. Bresnahan*, 62 M.J. 137 (C.A.A.F. 2005).
*In re Owens*, No. D045194, 2005 WL 2160209 (Cal. Ct. App. Oct. 7, 2005).

2004   *Commonwealth v. Cornelius*, 856 A.2d 62 (Pa. Super. Ct. 2004).
*Commonwealth v. DiGiambattista*, 813 N.E.2d 516 (Mass. 2004).
*Kerkowich v. Wwanesa Mutual Ins. Co.*, [2004] M.B.Q.B. 110 (Can.).
*Medley v. Commonwealth*, 602 S.E.2d 411 (Va. Ct. App. 2004).
*Missouri v. Seibert*, 124 S. Ct. 2601 (2004).
*People v. Ramos*, 121 Cal. App. 4th 1194 (2004).
*People v. Reyes*, No. A097648, 2004 WL 831245 (Cal. Ct. App. April 19, 2004).
*People v. Sowl*, No. A098094, 2004 WL 1080171 (Cal. Ct. App. May 14, 2004).
*People v. Ford*, No. A100574, 2004 WL 1776598 (Cal. Ct. App. Aug. 10, 2004).
*State v. Cook*, 847 A.2d 530 (N.J. 2004).
*Thorson v. State*, 895 So.2d 85 (Miss. 2005).
*Weeks v. State*, 140 S.W.3d 39 (Mo. 2004).
*West v. State*, 876 So.2d 614 (Fla. Dist. Ct. App. 2004).
*Cobb v. Bruce*, No. CIV.A. 03-3400-KHV, 2004 WL 3019345 (D. Kan. Dec. 29, 2004).
*Kerkowich v. Wawanesa Mutual Insurance Co.*, 2004 M.B.C. LEXIS 188 (Can. Man.) (Lexis).

2003 *Brown v. Crosby*, 249 F. Supp. 2d 1285 (2003).
   *In re C.J.*, 674 N.W.2d 607 (Wis. Ct. App. 2003).
   *People v. Martinez*, No. B157095, 2003 WL 1438802 (Cal. Ct. App. March 21, 2003).
   *People v. Gonzalez*, No. B154557, 2003 WL 22977531 (Cal. Ct. App. Dec. 19, 2003).
   *R v. Chalmers*, [2003] CarswellOnt 4704 (Can.).
   *R. v. Watts*, [2003] B.C.S.C. 1403 (Can.).
   *R. v. Wiegand*, [2003] 335 A.R. 157 (Can.).
   *State v. Mauchley*, 67 P.3d 477 (Utah 2003).
   *State v. Patton*, 826 A.2d 783 (N.J. Super. Ct. App. Div. 2003).
   *U.S. v. Villalba-Alvarado*, 345 F.3d 1007 (8th Cir. 2003).
   *Green v. City of Wenatchee*, 2003 WL 26089744 (E.D. Wash. Mar. 14, 2003)
   *Vent v. State*, 67 P.3d 661 (Alaska Ct. App. 2003).

2002 *Franks v. State*, 90 S.W.3d 771 (Tex. Ct. App. 2002).
   *People v. DeWeaver*, No. A091078, 2001 WL 1515830 (Cal. Ct. App. Feb. 27, 2002).
   *Monroe v. Angelone*, No. 3:98CV254, 2002 U.S. Dist. LEXIS 26310 (E.D. Va. 3/28/2002).
   *In re Jorge R.*, No. G028977, 2002 WL 31121106 (Cal. Ct. App. 2002).
   *People v. Escobedo*, No. B150558, 2002 WL 31160879 (Cal. Ct. App. Sept. 30, 2002).
   *People v. Smann*, No. D038219, 2002 WL 31608283 (Cal. Ct. App. Nov. 21, 2002).
   *People v. Hernandez*, No. E030489, 2002 WL 31781129 (Cal. Ct. App. Dec. 13, 2002).
   *R. v. MacKay*, [2002] 222 Sask. R. 259 (Can.).
   *State v. Cobb*, 43 P.3d 855 (Kan. Ct. App. 2002).
   *State v. Conger*, 652 N.W.2d 704 (Minn. 2002).
   *U.S. v. Cantres*, No. 00 C 3555, 2002 WL 276132 (N.D. Ill. Feb. 27, 2002).
   *U.S. v. Faulkingham*, 295 F.3d 85 (1st Cir. 2002).
   *U.S. v. Rodgers*, 186 F. Supp. 2d 971 (E.D. Wis. 2002).

2001 *Cherrix v. Braxton*, 131 F. Supp. 2d 756 (E.D. Va. 2001).
   *Monroe v. Angelone*, No. 3:98CV254, 2001 U.S. Dist. LEXIS 25216 (E.D. Va. 2001 4/18/01).
   *People v. DeWeaver*, No. A091078, 2001 WL 1515830 (Cal. Ct. App. 2001).
   *R. v. Tessier*, [2001] 245 N.B.R.2d 1 (Can.).
   *U.S. v. Astello*, 241 F.3d 965 (8th Cir. 2001).

2000 *Hearndon v. Graham*, 767 So.2d 1179 (Fla. 2000).
   *Lapointe v. Warden*, No. CV 970571161, 2000 WL 1409721 (Conn. Super. Ct. Sept. 6, 2000).
   *R. v. Leahey*, [2000] 278 A.R. 201 (Can.).
   *R. v. Oickle*, [2000] 2 S.C.R. 3 (Can.).
   *State v. Davis*, 32 S.W.3d 603 (Mo. Ct. App. 2000).

1999 *Moriarty v. Garden Sanctuary Church of God*, 511 S.E.2d 699 (S.C. Ct. App. 1999).
   *People v. Philips*, 692 N.Y.S.2d 915 (1999).
   *State v. Rettenberger*, 984 P.2d 1009 (Utah 1999).
   *State v. Schofield*, 97 Wash. App. 1085 (1999).

1998    *State v. Meade*, 963 P.2d 656 (Or. 1998).

## <u>MEDIA COVERAGE, APPEARANCES, AND CITATION OF RESEARCH</u>

2015    *New York Times*                          *Life of the Law* (Podcast)
        Los Angeles Times                         Slate
        *AP Online*                               *Virginia Pilot*
        *The Marshall Project*                    *New York Law Journal*
        *The Guardian*                            *Peru Tribune*
        *Criminal Law Reporter*

2014    *Philadelphia Inquirer*                   *Pittsburgh Post-Gazette*
        *Beatrice Daily Sun*                      *San Quentin Times*
        *The Daily Times*                         *Modesto Bee*
        *The Buffalo News*                        *Omaha World-Herald*

2013    *The New York Times*                      *The Atlantic*
        *The New Yorker*                          *The Nation*
        *The Philadelphia Inquirer*               *The San Diego Union-Tribune*
        *KPIX TV* (Channel 5, San Francisco)      *KPBS Radio* (San Diego)
        *Christian Science Monitor Weekly*        *The Buffalo News*
        *Evansville Courier-Press*                *Connecticut Law Tribune*
        *The Philadelphia Daily News*             *CBS News*

2012    *USA Today*                               *New York Times*
        *Chicago Tribune*                         *Philadelphia Inquirer*
        *Pacific Standard Magazine*               *Oregon Register-Guard*
        *San Francisco Chronicle*                 *San Francisco Business Times*
        *Crestline Courier- News*                 *Fairbanks Daily News-Miner*
        *Ground Report*                           *Evansville Courier Press*
        *Owensboro Messenger-Inquirer*            *Inland Valley Daily Bulletin*

2011    *San Francisco Chronicle*                 *Detroit Free Press*
        *Chicago Tribune*                         *Philadelphia Inquirer*
        *New York Times*                          *Los Angeles Times*
        *The Lawton Constitution*                 *Memphis Commercial Appeal*
        *Vancouver Sun*                           *Chicago Sun-Times*
        *Brooksville, FLA Hernando Today*         *Great Falls Tribune*
        *Tampa Tribune*                           *Chicago Daily Herald*

2010    *Chicago Tribune*                         *KTVU News Channel 2* (San Francisco)
        *The New York Times*                      *Appleton Post-Crescent*
        *Columbia Missourian*                     *Yakima-Herald*
        *Houston Chronicle*                       *Grand Rapids Press*
        *Seattle Times*                           *Manitowoc Herald Times Reporter*

| | |
|---|---|
| *Oshkosh Northwestern* | *Wausau Daily Herald* |
| *Sheboygan Press* | *Chambersburg Public Opinion* |
| *Aolnews.com* | *Green Bay Press Gazette* |
| *Joplin Globe* | *KY3 News* (Missouri) |
| *Voice of America* | *San Francisco Examiner* |
| *New York Magazine* | *PBS Frontline* |
| *Mississippi Clarion-Ledger* | *KUCI FM* (Orange County, CA) |
| *Kansas City Star* | |

**2009**
| | |
|---|---|
| *The New Yorker* | *The Atlantic* |
| *San Francisco Chronicle* | *St. Petersburg Times* |
| *Miami Herald* | *The Detroit News* |
| *Livingston Daily News* | *American Lawyer* |
| *Columbia Missourian* | *California Lawyer* |
| KAOS Radio (Evergreen, WA) | *Boulder Daily Camera* |
| *Transitions,* Syndicated NPR | *The Texas Observer* |
| *Siskiyou Daily News* | *The Virginia Pilot* |
| *The Ft. Collins Coloradoan* | |

**2008**
| | |
|---|---|
| *Columbia Missourian* | *Washington Post* |
| KQED Radio, San Francisco, CA | *The Virginia Pilot* |
| *Orlando Sentinel* | *San Jose Mercury News* |
| WUIS Radio, Springfield, Illinois | *Oakland Tribune* |
| KPIX, Channel 5 Bay Area | *Fairbanks News-Miner* |
| *Springfield State Journal-Register* | KGO Radio |
| KKSU Perspectives, Syndicated NPR | *Baltimore Examiner* |
| *Legal Intelligencer* | *KPCC Radio* Los Angeles |
| *Columbia Daily Tribune* | *Riverside Press-Enterprise* |
| *Albuquerque Journal* | *Justice Denied Magazine* |
| *Seattle Weekly* | *Palm Beach Daily Business Review* |
| *Broward Daily Business Review* | *Miami Daily Business Review* |
| *Omaha World Herald* | *NBC Dateline* |
| *Style Weekly* | *National Law Journal* |
| *Contra Costa Times* | *Arkansas Democrat-Gazette* |
| *Illinois Times* | *Fault Lines* |
| *Washington Examiner* | |

**2007**
| | |
|---|---|
| *San Francisco Chronicle* | KQED Radio, San Francisco, CA |
| *Arkansas Democrat-Gazette* | *The Westchester Guardian* |
| *New York Times* | *Chicago Tribune* |
| *Akron Beacon Journal* | *Wisconsin Lawyer* |
| *Bakersfield Californian* | *National Public Radio* |
| *Missoula Independent* | *Evansville Courier & Press* |
| *Mr. Big* (Documentary) | |

| 2006 | *San Jose Mercury News* | *National Law Journal* |
|---|---|---|
| | *Contra Costa Times* | *Los Angeles Times* |
| | *Oprah Magazine* | *Oklahoma City Journal Record* |
| | *Atlanta Journal-Constitution* | *New York Law Journal* |
| | *Wisconsin State Journal* | *Connecticut Law Tribune* |
| | *Richmond-Times Dispatch* | *Pittsburgh Post-Gazette* |
| | *Missoula Independent* | *Palm Beach Post* |
| | *Cox News Service* | *ABC News* |
| | *Business Wire* | *Fulton County Daily Report* |
| | *San Mateo County Times* | *Tennessean* |
| | *Virginian-Pilot* | *Salon.Com* |

| 2005 | *California Lawyer* | *Wisconsin State Journal* |
|---|---|---|
| | *Vermont Brattleboro Reformer* | *Louisville Courier-Journal* |
| | *Arizona Republic* | *Chronicle of Higher Education* |
| | *Chicago Reader* | *Newsday* |
| | *New York Law Journal* | *Court TV* |

| 2004 | *San Diego Union-Tribune* | *New York Times* |
|---|---|---|
| | *Los Angeles Times* | *Pittsburgh Post-Gazette* |
| | *Legal Times* | *San Francisco Recorder* |
| | *Court TV* | *Village Voice* |
| | *Orange County Register* | *Fort Lauderdale Sun-Sentinel* |
| | *Winston Salem Journal* | *Hayward Daily Review* |
| | *Rochester Democrat and Chronicle* | |

| 2003 | *Miami Herald* | *San Diego Union-Tribune* |
|---|---|---|
| | *New York Times* | *Chicago Tribune* |
| | *Los Angeles Times* | *CBS News* |
| | *Law and Order* | *Copley News Service* |
| | *Seattle Times* | *CNN* |
| | *Modesto Bee* | *Amnesty International Magazine* |
| | *USA Today* | *Arts & Entertainment Channel* |
| | *San Antonio News-Express* | *Toronto Star* |
| | *Birmingham Post-Herald* | *Orange County Register* |

| 2002 | *Miami Herald* | *San Jose Mercury News* |
|---|---|---|
| | *New York Times* | *National Public Radio* |
| | *Oprah Magazine* | *Wisconsin State Journal* |
| | *Pittsburgh Post-Gazette* | *Virginian-Pilot* |
| | *Deseret Morning News* | *Fort Lauderdale Sun-Sentinel* |
| | *National Public Radio, This American Life* | *Forensic Files* |
| | *Milwaukee Journal Sentinel* | *Harpers Magazine* |
| | *Austin American-Statesman* | *San Mateo County Times* |
| | *FBI Law Enforcement Bulletin* | *Capital Times* |

2001 *New York Times*                    *Pittsburgh Post-Gazette*
     *Orange County Register*          *St. Louis Post-Dispatch*
     *Forensic Files*                  *Minnesota Star Tribune*
     *Detroit Free Press*              *Boston Globe*
     *Charleston Post and Courier*     *Port Huron Times Herald*
     *Grand Rapids Press*

2000 *San Jose Mercury News*             *New York Times*
     *Chicago Tribune*                 *Los Angeles Times*
     *Modesto Bee*                     *Boston Globe*
     *Ascribe Newswire*                *Dallas Morning News*
     *University Wire*                 *Chicago Daily Law Bulletin*
     *San Francisco Examiner*          *Syracuse Post-Standard*
     *Washington Times*                *Fort-Worth Star Telegram*
     *American Prospect*               *Reason*

1999 *San Francisco Chronicle*           *Washington Post*
     *National Public Radio*           *Los Angeles Times*
     *Newsday*                         *Milwaukee Journal Sentinel*
     *Rochester Democrat and Chronicle*  *Daily Press.Com*
     *New York Law Journal*            *Nation*
     *American Bar Association Journal*  *Chicago Magazine*
     *Seattle Post-Intelligencer*      *Playboy Magazine*
     *Federal News Service*            *Baltimore Sun*

1998 *Washington Post*                   *Riverside Press-Enterprise*
     *San Diego Union-Tribune*         *New York Times*
     *Chicago Tribune*                 *Los Angeles Times*
     *Seattle Times*                   *St. Louis Post-Dispatch*
     *Dallas Morning News*             *U.S. News & World Report*
     *Hartford Courant*                *Chicago Sun-Times*
     *Baltimore Sun*                   *New Orleans Times-Picayune*
     *Raleigh News & Observer*

1997 *Boulder Daily Camera*              *Orlando Sentinel*
     *Riverside Press-Enterprise*      *San Diego Union-Tribune*
     *Newsday*                         *Detroit Free Press*
     *Boston Globe*                    *Charleston Post and Courier*
     *Dallas Morning News*             *Hartford Courant*
     *Denver Post*                     *Maury Povich Show*
     *New York Post*                   *Geraldo Rivera Live*
     *New York Daily News*             *Newark Star-Ledger*
     *Memphis Commercial Appeal*       *Memphis Commercial Appeal*
     *Vancouver Columbian*             *Indianapolis News*

| | |
|---|---|
| *Philadelphia Inquirer* | *Gary Post-Tribune* |
| *Morristown Daily Record* | *Wilmington News Journal* |
| *Belleville News-Democrat* | *Mobile Register* |
| *Greenville News* | *Charleston Gazette-Mail* |
| *Cleveland Plain Dealer* | *Wheeling Sunday News-Register* |
| *Everett Herald* | *Augusta Chronicle* |
| *Columbus Dispatch* | *Columbus Leger-Enquirer* |
| *Worchester Telegram* | *Macon Telegraph* |
| *Scranton Times* | *Contra Costa Times* |
| *Dayton Daily News* | *Canton Repository* |
| *Eugene Register-Guard* | *Tacoma News Tribune* |
| *Salem Statesman Journal* | *Trenton Times* |
| *Bridgewater Courier-News* | *Hackensack Record* |
| *Shreveport Times* | |

| | | |
|---|---|---|
| 1996 | *Los Angeles Times* | *Louisville Courier-Journal* |
| | *Legal Times* | *Shreveport Times* |
| | *New Jersey Law Journal* | |

| | |
|---|---|
| 1995 | *Boulder Daily Camera* |

## <u>PRESENTATIONS</u>

2015    "Successes and Failures of the Innocence Revolution."  Duke University Law School.  "Present and Future of Civil Rights Movements: Race and Reform in 21st Century America."  Durham, North Carolina.

"Reflections on a Classic Ten Years Later: Richard Leo's "Rethinking the Study of Miscarriages of Justice."  American Society of Criminology.  Washington, DC.  November, 2015.

"Wrongful Convictions and the Death Penalty."  University of San Francisco School of Law.  Criminal Law Society.  November, 2015.

"Police Interrogation, False Confessions, and Alleged Child Abuse Cases." University of Michigan, School of Law. Conference on Child Abuse Evidence: Perspectives from Law, Medicine, Psychology and Statistics. Ann Arbor, MI.  November, 2015

"The Path to Exoneration (with Jon Gould).  National Science Foundation and National Institute of Justice Conference. "Elephants in the Courtroom: Examining Overlooked Issues in Wrongful Convictions." Arlington, Virginia.  October, 2015.

"Has the Innocence Movement Become an Exoneration Movement? The Risks and Rewards of Redefining Innocence "Wrongful Convictions and the DNA Revolution: 25 Years of Freeing The Innocent" Conference."  Northeastern University School of Law.  September, 2015.

"A Damning Cascade of Investigative Errors." Southeastern Association of Law Schools. Boca Raton, FLA. August, 2015.

"The Problem of Wrongful Conviction." Center for the Advanced Study in the Behavioral Sciences. Stanford University. Palo Alto, CA. May, 2015.

"False Confessions: The Psychological Science." American Psychology-Law Society. San Diego, CA. March, 2015.

"The Social Psychology of Police Interrogation, False Confessions and Wrongful Conviction." Department of Psychology, Social Psychology Program. Stanford University. Palo Alto, CA. March, 2014.

2014    "Litigating False Confession Cases" and "Presenting Expert Testimony." National Forensic College. Cardozo Law School. New York, New York. June, 2014.

"False Confessions, Erroneous Convictions and Safeguarding the Innocent." The Rand Corporation. Santa Monica, CA. May, 2014

"The Problem of Wrongful Conviction." University of California, Irvine. The Newkirk Center for Science and Society, The Center for Law, Society and Culture, and The Center for Psychology and Law. Irvine, CA. April, 2014.

"Police Interrogation and Coerced and False Confessions." Los Angeles Public Defender's Office. Van Nuys and Downtown Offices. Los Angeles, CA. April, 2014.

"False Confession and Wrongful Conviction: Causes, Consequences, and Solutions." Susquehanna University. Arlin M. Adams Center For Law and Society Distinguished Lecture. Selinsgrove, PA. April, 2014.

"Legal Scholarship Employing Theory: A Critique." Northwestern University School of Law. Boston, MA. March, 2014.

"False Confessions." California Attorneys for Criminal Justice/California Public Defenders Association Capital Case Defense Seminar. Monterey, CA. February, 2014.

"The Justice Gap and the Promise of Criminological Research." Western Society of Criminology. Honolulu, HI. February, 2014.

2013    "Promoting Accuracy in the Use of Confession Evidence: An Argument for Pre-Trial Reliability Hearings to Prevent Wrongful Convictions." UCLA School of Law. Los Angeles, CA. August, 2013.

"Why Interrogation Contamination Occurs." Association of American Law Schools. Mid-year

28

Criminal Justice Conference.  San Diego, CA.  June, 2013.

"Social Psychological Testimony Regarding Interrogations and Confessions."  American-Psychology Law Society.  Portland, OR.  March, 2013.

"To Walk in Their Shoes: The Problem of Recognizing False Confessions" (with Deborah Davis).  American-Psychology Law Society.  Portland, OR.  March, 2013.

"False Confessions."  California Attorneys for Criminal Justice/California Public Defenders Association Capital Case Defense Seminar.  Monterey, CA.  February, 2013.

2012    "Contaminated Confessions: Accuracy and Error in Decision-Making in the Criminal Justice Process."  Duke University School of Law.  Durham, North Carolina.  December, 2012.

"Innocent Differences? An Empirical Study of Wrongful Convictions vs. "Near Misses" (with Jon Gould and Julia Carrano).  American Society of Criminology. Chicago, IL.  November, 2012.

"False Confessions: Causes, Consequences, Solutions."  Roosevelt University, Department of Psychology. Wrongful Convictions Distinguished Speakers Series.  Chicago, IL.  November, 2012.

"Promoting Accuracy in the Use of Confession Evidence: An Argument for Pre-Trial Reliability Hearings to Prevent Wrongful Convictions."  American University School of Law. Washington, D.C.  September, 2012.  U.C. Davis School of Law.  Davis, CA.  October, 2012. Temple University School of Law.  Philadelphia, PA.  November, 2012.

"An Early Peek at the Results: An Empirical Study of Wrongful Convictions versus "Near Misses" (with Jon Gould and Julia Carrano).  Law and Society Association.  Honolulu, HI. June, 2012.

"The Science of False Confessions."  Washington State Courts Continuing Judicial Education Conference.  Cle Elum, Washington.  April, 2012.

"The Problem of Interrogation-Induced False Confession: Sources of Failure in Prevention and Detection".  Western Psychological Association.  San Francisco, CA.  April, 2012.

"Interrogation Through Pragmatic Implication: Sticking to the Letter of the Law While Violating Its Intent."  Loyola University Law School.  Los Angeles, CA.  April, 2012.

"Two Real-Life Studies, a Meta-Analysis, and the Effects of Unanticipated Questions." American Psychology-Law Society.  San Juan, Puerto Rico.  March, 2012.

"False Confessions: Understanding and Litigating the Issues."  New Mexico Criminal Defense Lawyers Association.  Albuquerque, NM.  March, 2012.

"False Confessions." California Attorneys for Criminal Justice/California Public Defenders Association Case Defense Seminar Program. Monterey, CA. February, 2012.

2011 "The Dynamics of False Confessions." The Texas Bar, Continuing Legal Education. Dallas, Texas. December, 2011.

"Studying Wrongful Convictions: Learning From Social Science" (with Jon Gould). American Society of Criminology. Washington, D.C. November, 2011.

"False Confessions: Why Innocent People Confess." Northern California Innocence Project. Santa Clara University School of Law. Santa Clara, CA. October, 2011.

"The Problem of Interrogation-Induced False Confession: Sources of Failure in Prevention and Detection." Federal Public Defender, Capital Habeas Unit. Los Angeles, CA. August, 2011.

"The Science of False Confessions." Texas Criminal Defense Lawyers Association. Austin, TX. August, 2011.

"Police Interrogation Methods and False Confessions." New York State Justice Task Force on Wrongful Convictions. New York, NY. June, 2011.

"Police Interrogation: Tactics, Responses and Outcomes." University of Minnesota School of Law. Conference on Barry Feld's forthcoming book, *Police Interrogation of Juveniles: Practice and Policy*. May, 2011.

"The Truth About False Confessions: Interrogation-Related Regulatory Decline: Ego-depletion, Failures of Self-Regulation and the Decision to Confess." Western Psychological Association Conference. Los Angeles, CA. April, 2011.

"False Confessions: Causes, Consequences, Solutions." National Innocence Network Conference. University of Cincinnati School of Law. April, 2011.

"Police Interrogation in the Shadow of Trial." New York University School of Law. Hoffinger Criminal Justice Colloquium. March, 2011.

"Confessions of the Innocent: Causes, Consequences and Solutions." Forensic Mental Health Association of California Annual Conference. Keynote Address. Seaside, CA. March, 2011.

"Three Prongs of the Confession Problem: Issues and Proposed Solutions." University of Washington School of Law. Faculty Colloquium. Seattle, WA. January, 2011.

2010 "Purpose-Driven Scholarship, Justice Work, and the Problem of Wrongful Conviction." University of San Francisco School of Law. Justice Forum. November, 2010.

"Innocent: Recent Advances in Uncovering Wrongful Convictions." Stanford University School of Law. Shaking the Foundations Conference. October, 2010.

 "*Miranda* at 50: What Have We Learned?"  Seattle University School of Law.  Faculty Colloquium.  September, 2010.

"The Gatehouses and the Mansions: 50 Years Later."  University of San Francisco School of Law.  Faculty Brown Bag Series.  July, 2010.

 "A Doctrinal Analysis of *Miranda v. Arizona* and its Progeny: Why the Conventional Explanation is Wrong and What's Really Going On."  University of San Francisco School of Law.  Faculty Colloquium. April, 2010.

"Police Interrogation, Psychological Coercion and False Confessions: Understanding and Litigating the Issues." Los Angeles County Bar Association.  April, 2010.

"When Lightning Strikes Twice: Analyzing Double Wrongful Convictions."  University of California, Berkeley School of Law.  Center for the Study of Law and Society Faculty Colloquium. March, 2010.

 "The Psychology of Coerced and False Confessions" and "Litigating Coerced and False Confession Cases." Department of the Army, U.S. Trial Defense Service Conference. Ft. Lewis, WA.  March, 2010.

"Stage Setting in Police Interrogation: Interactive Effects of a Pretext for Interrogation and Minimization" (with Osvaldo Hernandez, Deborah Davis, Crissa Draper and William Follette). American Psychology-Law Society Conference.  Vancouver, Canada.  March, 2010.

"When Lightning Strikes Twice: Analyzing Double Wrongful Convictions."  Emory University School of Law Faculty Colloquium.  February, 2010.

"Interrogation, Coercion and False Confessions: Understanding and Identifying the Issues." California Attorneys for Criminal Justice/California Public Defenders Association Case Defense Seminar Program.  Monterey, CA.  February, 2010.

"Interrogation Through Pragmatic Implication: Communicating Beneficence and Promises of Leniency" (with Deborah Davis and William Follette).  Society for Personality and Social Psychology Conference.  Las Vegas, NV.  January, 2010.

"One Hundred Years of Getting It Wrong? Wrongful Convictions After a Century of Research" (with Jon Gould).  Northwestern University School of Law.  Conference on a Century of Criminal Law and Criminology.  Chicago, IL.  January, 2010

"Police Interrogation and False Confessions: A Review of the Research."  Association of American Law Schools Annual Conference.  New Orleans, LA.  January, 2010.

2009    "The Wrong Guys: Author Meets Critics."  American Society of Criminology Conference.
        Philadelphia, PA.  November, 2009.

        "False Confessions: Science and Research" Office of the State Appellate Defender and Illinois
        Institute for Continuing Legal Education Conference. Keynote Address.  Springfield, IL.
        October, 2009.

        "Police-Induced Confessions: Risk Factors and Recommendations."  UC Hastings School of
        Law.  Faculty Colloquium.  San Francisco, CA.  September, 2009.

         "The Psychology of Forced Confessions" and "Litigating False Confession Cases."  Indiana
        Public Defender Council Conference.  Indianapolis, IN.  August, 2009.

        "Interrogation, Coercion and False Confessions: Understanding and Identifying the Issues."
        National Association of Criminal Defense Attorneys Conference.  Santa Fe, NM.  April, 2009.

        "False Confessions: Challenging Police-Induced Testimonial Evidence."  Illinois Institute for
        Continuing Legal Education Death Penalty Conference. Keynote Address.  Chicago, IL.
        March, 2009.

        "Interrogation, Coercion and False Confessions: Understanding and Identifying the Issues."
        Contra Costa County Public Defender's Office.  Martinez, CA.  March, 2009.

         "False Confessions." California Attorneys for Criminal Justice/California Public Defenders
        Association Case Defense Seminar Program.  Monterey, CA.  February, 2009.

        "False Confessions: Challenging Police-Induced Testimonial Evidence."  San Francisco Public
        Defender's Office.  February, 2009

        "False Confessions: Causes, Consequences and Reforms."  Texas Court of Criminal Appeals.
        Criminal Justice Integrity Unit.  Austin, TX.  January, 2009.

2008    "The Wrong Guys: Murder, False Confessions and the Norfolk 4."  Northwestern University
        School of Law.  Chicago, IL.  November, 2008.

        "Police Interrogation and American Justice: Author Meets Critics" and "When Lightning
        Strikes Twice: Studying Double Wrongful Convictions."  American Society of Criminology
        Conference.  St. Louis, Missouri.  November, 2008.

        "The Psychology of False Confessions: Causes, Consequences and Reforms."  University of
        Illinois, Springfield.  Institute for Legal and Policy Studies and  Downstate Illinois Innocence
        Project.  November, 2008.

        "The Wrong Guys: Murder, False Confession and the Norfolk 4."  University of San Francisco,

32

School of Law.   November, 2008.

"Police Interrogation, Psychological Coercion, and False Confessions."  California Defense Investigators Association Conference.  San Jose, CA.  November, 2008.

"False Confessions: Causes, Consequences, and Implications."  American Academy of Psychiatry and Law Conference.  Keynote address.  Seattle, WA.  October, 2008.

"Police Interrogation and American Justice."  New York University School of Law.  Hoffinger Criminal Justice Colloquium.    September, 2008.

"False Confessions and Wrongful Convictions."  Innocence Project.  New York, NY. September, 2008.

"Police Interrogation and False Confessions."  Alaska Investigators Association and Alaska Innocence Project Conference.  Anchorage, AL.  September, 2008.

 "False Confessions, Wrongful Convictions and Legal Reform."  Association of American Law Schools.  Mid-year Meeting, Evidence Section.  Cleveland, Ohio.  June, 2008.

"False Confessions" and "Police Interrogation, False Statements and Confessions".  Habeas Corpus Resource Center Conference.  San Francisco, CA.  June, 2008

"False Confessions."  National Association of Criminal Defense Attorneys Conference.  Las Vegas, NV.  April, 2008.

"Litigating False Confession Cases." National Innocence Network Conference. University of Santa Clara School of Law.  March, 2008.

  "Recommending False Confession for the Innocent" (with Deborah Davis and William Follette).  American Psychology Law Society Conference.  Ft. Lauderdale, FL.  March, 2008.

"Police Interrogation and Coercion in Domestic American History."  University of Chicago School of Law.  Conference on Torture, Law and War.  March, 2008

"Persuaded False Confessions."  University of Chicago School of Law.  Criminal Law Faculty Colloquia.  February, 2008.

"Understanding False Confessions."  California Attorneys for Criminal Justice/California Public Defenders Association Case Defense Seminar Program.  Monterey, CA.  February, 2008.

2007   "Understanding False Confessions."  California Public Defenders' Association Conference. Yosemite, CA.  November, 2007.

"Persuaded False Confessions" and "Effects of Interrogation Tactics on Recommendation of False Confessions for the Innocent" (with Deborah Davis and William Follette). University of Texas, El Paso. "Interrogation and Confessions: A Conference Exploring Current Research, Practice and Policy." September, 2007.

"Police Interrogation, Psychological Coercion, False Confessions." Florida Public Defender Association Conference. Orlando, FlA. September, 2007.

"Effects of Failed Polygraph Results on Perceived Wisdom of True and False Confessions" (with Deborah Davis). American Psychological Association Conference. San Francisco, CA. August, 2007.

"Police Interrogation, Psychological Coercion, False Confessions." District of Columbia Public Defender Service. Washington, DC. June 2007.

"Understanding the Reid Method and How It Coerces Confessions." Habeas Corpus Resource Center Conference. San Francisco, CA. June, 2007.

Wrongful Convictions and False Confessions. Tel Aviv University, School of Law. Conference on New Directions in Courtroom Research. Tel Aviv, Israel. May, 2007.

"False Confessions: Causes, Consequences, Solutions." Ohio Innocence Project. University of Cincinnati School of Law. Cincinnati, OH. March, 2007.

"Wrongful Conviction: Legal and Judicial Perspectives." Academy of Criminal Justice Sciences Conference. Seattle, WA. March, 2007.

"False Confessions and the Wrongful Conviction of the Innocent." National Innocence Network Conference. Harvard University Law School. March, 2007.

"Police Interrogation, Psychological Coercion, False Confessions." National Legal Aid and Defender Association. Annual Conference on Indigent Defense. Dallas, TX. March, 2007.

"Understanding the Reid Method and How It Coerces Confessions." California Attorneys for Criminal Justice/California Public Defenders Association Case Defense Seminar Program. Monterey, CA. February, 2007.

"The Social Psychology and Consequences of Police-Induced False Confessions." Northern California Innocence Project. Santa Clara, CA. February, 2007.

"Police Interrogation, Psychological Coercion, False Confessions." Santa Clara County Public Defender's Office. San Jose, CA. February, 2007.

"Why Do Suspects Falsely Confess?"Administrative Offices of the United States Courts. Conference on Forensic Evidence and the Criminal Law. New Orleans, LA. January, 2007.

34

2006    "Police Interrogation, False Confession and American Justice."  University of Oklahoma, Department of Psychology.  Faculty Colloquium.  Norman, OK.  December, 2006.

"Police interrogation, Psychological Coercion, False Confessions."  Missouri State Public Defender System Conference.  St. Louis, MO.  December, 2006.

"Police Interrogation and American Justice." University of San Francisco School of Law. Faculty Colloquium.  November, 2006.

"The Limits of *Miranda*."  University of Colorado School of Law.  Conference on the 40th Anniversary of *Miranda v. Arizona*.  Boulder, CO.  October, 2006.

"Interrogating Guantanamo Detainees."  University of San Francisco School of Law.  October, 2006.

"Coerced and False Confessions."  National Child Abuse Defense & Resource Center Conference.  September, 2006.  Las Vegas, NV.

"False Confessions: Causes, Consequences and Solutions." California Commission on the Fair Administration of Justice.  Los Angeles, CA.  June, 2006.

"Sympathetic Detectives with Time Limited Offers: Effects on Perceived Consequences of Confession" (with Deborah Davis, Deborah Knaack and David Bailey).  Association for Psychological Science Conference. New York, NY.  May, 2006.

"Police Interrogation and Confessions."  San Mateo Private Defender Program.  Burlingame, CA.  May, 2006.

"*Miranda*'s Past, Present and Future."  Harvard University School of Law.  Conference on Criminal Procedure Stories.  Cambridge, MA.  April, 2006.

"Incriminating Ourselves?"  U.C.L.A. School of Law.  Conference on the Faces of Wrongful Conviction:  Examining California Justice Gone Wrong.  April, 2006.

"Police Interviewing and Interrogation: Toward A National Self-Report Survey of Police Practices and Beliefs" (with Saul Kassin, Kimberly Richman, L.H., Colwell, Amy Leach, Dana La Fon, & Christian Meissner) and  "Evaluating Law Enforcement Evidence Ploys when Confessions are False: Mock Juror Perceptions of Deception and Coercion" (with Jennifer A. Bienhoff, Krista D. Forrest & Brad J. Stastny) and "Evaluating Evidence Ploys: The Role of Ploy Type in Perceptions of Deception and Coercion" (with Brad Stastny, Krista Forrest & Jennifer Bienhoff).  American Psychology-Law Society Conference.  St. Petersburgh, FL. March, 2006.

"Police Interrogation and False Confessions: Best Practice Guidelines."  Wisconsin Criminal

Justice Study Commission.  Milwaukee, Wisconsin.  February, 2006.

"Bringing Reliability Back In: False Confessions and Legal Safeguards in the Twenty-First Century."  University of San Francisco School of Law.  Faculty Colloquium.  January, 2006.

2005    "Preventing Wrongful Convictions: Re-Examining Fundamental Principles of Criminal Law to Protect the Innocent" (with Steve Drizin).  University of Wisconsin Law School. Conference on Wrongful Convictions.  November, 2005.

"Reforming Criminal Interrogation: Legal Solutions."  University of Chicago Law School. November, 2005.

"Bringing Reliability Back In: False Confessions and Legal Safeguards."   Seattle University Law School.  Faculty Colloquium. November, 2005.

"Police Interrogation and the American Adversary System."  Washington University School of Law.  Faculty Colloquium.  St. Louis, Missouri. October, 2005.

"Police Interrogation and the American Process of Justice."  Loyola University School of Law. Faculty Colloquium. Los Angeles, CA.  September, 2005.

"The Social Psychology and Consequences of Police-Induced False Confessions."  Northern California Innocence Project.  Santa Clara, CA.  July, 2005.

"Re-Thinking the Study of Wrongful Conviction."  Law and Society Association Conference. Las Vegas, NV.  June, 2005

"Beyond CSI: Psychology, Crime and Justice."   University of California, Irvine. The UCI Think Forum Series. May, 2005.

"True, False, and Suspicious Confessions: Research and Testimony on Interrogations and Confessions (with Mark Costanzo).  Symposium on Applied Social Psychology.  Claremont McKenna College.  Claremont, CA.  April, 2005.

"Proven False Confessions: What They Tell Us About Police Interrogations."  American Psychology Law Society Conference.  San Diego, CA.  March, 2005.

"Teaching Law and Society in Undergraduate Programs."  West Coast Law and Society Retreat.  University of California, Berkeley.  March, 2005.

"The Psychology of Police Interrogation and False Confessions."  California Attorneys for Criminal Justice/California Public Defenders Association Case Defense Seminar Program. Monterey, CA.  February, 2005.

"The Evidentiary Aspects of Wrongful Convictions." The Association of American Law

36

Schools Annual Conference.  San Francisco, CA.  January, 2005.

2004   "Police Interrogation and False Confessions."  Northern California Innocence Project.
University of Santa Clara.  Santa Clara, CA.  November, 2004.

"Police Interrogation, Psychological Coercion and False Confessions."  Distinguished Faculty
Scholar Lecture.  University of Pittsburgh, School of Law.   November, 2004

"Psychological Coercion and Unreliable Confessions" (with Richard Ofshe). American Society
of Criminology Conference.  Nashville, TN.  November, 2004.

"The Psychology of Police Interrogation and False Confessions: What You Need to Know."
Solano County Bar Association.  Fairfield, CA.  November, 2004.

"Police Interrogation and False Confessions."  Los Angeles County Bar Association.  Los
Angeles, CA.  November, 2004.

"Police Interrogation and Unreliable Statements: Thinking about the James Tucker Case."
Northern California Innocence Project.  Golden Gate University School of Law.  San
Francisco, CA.  September, 2004.

"Police Interrogation, Psychological Coercion and False Confessions."   National Defender
Investigation Association Western Regional Conference.  Redondo Beach, CA.  September,
2004.

"The Search for Truth."  2004 Northern District of California Judicial Conference, Ninth
Circuit.  Santa Cruz, CA.  May, 2004.

"Interrogation, Confession and Innocence."  Innocence Project, Benjamin N. Cardozo Law
School.  New York, N.Y.  May, 2004.

"Protecting Human Subjects vs. Preserving Social Research."  University of California,
Berkeley, School of Law.  Berkeley, CA.  April, 2004.

"Police Interrogation and Confessions."  Santa Clara County Public Defender's Office.  San
Jose, CA.  March, 2004.

"Police Interrogation: A Study in Deception."  San Mateo County Private Defenders Program.
Burlingame, CA.  January, 2004.

2003   "Confessions, Admission, and False Statements."  California Attorneys for Criminal Justice
Conference.  San Francisco, CA.  December, 2003.

"Procedures for Interrogation and Confession."  The University of California, Irvine.
Conference on Science and the Law of Evidence.  November, 2003.

37

"Confessions and Coercion." Habeas Corpus Resource Center Conference. San Francisco, CA. November, 2003.

"Understanding Police Interrogation, Coercion and Confessions." San Francisco Public Defenders' Office. San Francisco, CA. October, 2003.

"Videotaping Interrogations: Does it Enhance the Jury's Ability to Distinguish True and False Confessions?" (with Saul Kassin, C. Crocker and Lindsay Holland). Psychology & Law International Interdisciplinary Conference. Edinburgh, Scotland. July, 2003.

"Exploding the Myths of False Confession: Lessons from the Central Park Jogger Case" (with Steve Drizin). The Law and Society Association Conference. Pittsburgh, PA. June, 2003.

"Analyzing Confessions and Their Consequences." The Advanced Judicial Academy for Illinois Judges." University of Illinois. Champaign, Illinois. June, 2003

"The Social Psychology of Police Interrogation and False Confession." San Diego Psychology-Law Society. San Diego, CA. May, 2003.

"The Psychology of Police Interrogation and False Confession." The National Judicial Institute. Victoria, British Columbia. May, 2003.

"The Psychology of Police Interrogation, Coercion and False Confession." Full day training course." Miami Beach Police Department. Miami Beach, FLA. February, 2003

"False Statements." California Attorneys for Criminal Justice/California Public Defenders Association Case Defense Seminar Program. Monterey, CA. February, 2003.

2002    "The Psychology of Police Interrogation and False Confession." National Judicial Institute. Judicial Safeguards for the Prevention of Wrongful Convictions Seminar. Ottawa, Ontario. Canada. December, 2002.

"The Consequences of False Confessions Revisited in the DNA Age" (with Steve Drizin). The American Society of Criminology Conference. Chicago, IL. November, 2002.

"Influence, Persuasion and Compliance: The Psychology of Police Interrogation and Confession Evidence." University of California, San Diego. Department of Psychology. Faculty Colloquium. November, 2002.

"Studying Police Interrogation and Confessions." Long Beach Police Department. Long Beach, CA. November, 2002.

"The Psychology of Interrogation, Coercion and Police-Induced False Confession." California Public Defenders Association Conference. Rohnert Park, CA. August, 2002

38

"The Psychology of Police Interrogation and False Confession." Three day training course for investigators at the Broward County Sheriff's Office. Ft. Lauderdale, Florida. July, 2002.

"False Confessions." Spokane Criminal Defense Attorneys. Spokane, WA. June, 2002.

"Thinking About Miscarriages of Justice." The Law and Society Association Conference. Vancouver, Canada. May, 2002.

"Police Interrogation, False Confessions and Miscarriages of Justice." California State University, Northridge. Department of Sociology. Faculty Colloquium. May, 2002.

"Public Perceptions of Interrogation Tactics in Criminal Setting" (with Jodi Quas and Brianne Beck). The Western Psychological Association Conference. Irvine, CA. April, 2002.

The Psychology of Police Interrogation and False Confessions." Invited Lecture to Military Prosecutors as part of the "Prosecuting Complex Litigation" Course Seminar. Naval Justice School. San Diego, CA. April, 2002.

"Video-taping, Police-Induced False Confessions and Interrogation Reform: Defining the Problems, Finding the Solutions." National Innocence Network Conference, California Western School of Law. San Diego, CA. January, 2002.

2001   "Police Interrogation and False Confessions." Annual Trial Defense Service Conference. United States Army. Las Vegas, Nevada. November, 2001.

"Analyzing False Confession Cases: How to Know Them When You See Them; What to Do When You Get Them." The Federal Defenders Program and the Illinois Association of Criminal Defense Lawyers Conference. Chicago, IL. October, 2001.

"How Police Induce False Confessions." Wisconsin Public Defender Conference. Milwaukee, WI. October, 2001.

"Influence, Coercion and Confession: Connecting Scholarly Research and Courtroom Testimony." The American Psychological Association Conference. San Francisco, CA. August, 2001.

"Investigating and Correcting Official Misconduct: Preliminary Lessons from the Rampart Scandal" (with Bill Thompson and Paul Kaplan). The Society for the Study of Social Problems Conference. Anaheim, CA. August, 2001.

"Police Interrogation, Coercion and False Confessions: Exposing Police Misconduct Inside the Interrogation Room and Exonerating the Innocent." The National Association of Criminal Defense Attorneys Conference. Minneapolis, MN. August, 2001.

"Police Interrogation Techniques and False Confessions." New Mexico Criminal Defense Lawyers Association Seminar. Albuquerque, NM. July, 2001.

"Police Interrogation, Coercion and False Confessions." Los Angeles Public Defender's Office. Los Angeles, CA. June, 2001.

"Thinking Critically About False Memories, False Confessions and False Accusations: Past, Present and Future." University of California, Irvine. Students for Science and Skepticism. May, 2001.

"Police Interrogation, Coercive Influence Techniques, and False Confessions." Western Circuit Workshop, United States Air Force. Travis Air Force Base. Sacramento, CA. March, 2001.

"Proving Your Client's Confession is False or Coerced." Capital Case Defense Seminar. California Attorneys for Criminal Justice and the California Public Defenders Association. Monterey, California. February, 2001.

"False Confessions." Benjamin N. Cardozo School of Law, Innocence Project Lecture Series. New York City, N.Y. January, 2001.

2000    "Questioning the Relevance of *Miranda* in the Twenty-First Century." University of Michigan, School of Law. Conference on *Miranda* After *Dickerson*: The Future of Confession Law. Ann Arbor, MI. November, 2000.

"Studying Miscarriages of Justice in the Age of DNA, Video Technology and Death Row Exonerations: Understanding and Solving the Problem." Distinguished Faculty Lecture. University of California, Irvine. November, 2000.

"Police Misconduct Inside the Interrogation Room" and "Police-Induced False Confessions, Wrongful Deprivations of Liberty, and Miscarriages of Justice. The American Society of Criminology Conference. San Francisco, CA. November, 2000.

"Confessions: Creating New Approaches to Excluding False, Coerced and Unlawfully Obtained Statements." San Diego County Public Defenders' Office. November, 2000.

"The False Confession." Orange County Public Defender's Training Seminar. Santa Ana, California. November, 2000.

"Miscarriages of Justice in the 21st Century: Coercion, False Confessions and the Wrongful Conviction of the Innocent." Marian Miner Cook Athenaeum Distinguished Lecture. Claremont McKenna College. Claremont, CA. September, 2000.

"Interviewing/Interrogation." Full day Training Session. Cyprus Police Training Program. Ministry of Justice and Public Order of the Republic of Cyprus. Nicosia, Cyprus. September, 2000.

40

"Psychological Research and Wrongful Convictions: Influence, Suggestion and Coercion." The American Psychological Association Conference. Washington, D.C. August, 2000.

"Obtaining Truthful Confessions, Avoiding Coerced and/or False Confessions." Training Seminar. Law Enforcement Coordinating Committee for the Fifth Circuit. San Antonio, TX. July, 2000.

"Going to a Different Ivory Tower." Association of American Law Schools Mid-Year Conference on Criminal Justice. Washington, D.C. June, 2000.

"Police Interrogation Methods, Coercion, and False Confessions." West Virginia Public Defender Conference. Davis, West Virginia. June, 2000

"Police-Induced False Confessions." The Mississippi Judicial College, University of Mississippi. Tunica, Mississippi. May, 2000.

"Coercive Interrogation and False Confessions: Reflections on the Wenatchee Cases." The University of Washington, Washington Law School Foundation. Seattle, WA. April, 2000.

"The Legal Consequences of False Confessions." The American Psychology-Law Society Conference. New Orleans, LA. March, 2000.

"Suggestive Interrogation and False Confessions." University of California, Irvine. Miscarriages of Justice Conference. School of Social Ecology. March, 2000.

"Interrogations and Confessions: Implications for Attorneys and Psychologists." Half-day course for prosecutors, defense attorneys and psychologists. Sponsored by Goebel & Vigen: Clinical, Forensic & Organizational Psychology. Shreveport, Louisiana. March, 2000.

"False Confession Theory and Application." Central Circuit Defense Team Conference, United States Air Force. Randolph Air Force Base. San Antonio, Texas. January, 2000.

"Police Interrogation, Coercive Influence Techniques, and False Confessions." Federal Defenders of San Diego Conference. San Diego, CA. January, 2000.

1999    "Coerced and False Confessions." Indiana Public Defender Council Conference. Indianapolis, Indiana. December, 1999.

"False Confessions: Causes, Consequences, and Solutions." The American Society of Criminology Conference. Toronto, Canada. November, 1999.

"Coerced Confessions." The Colorado State Public Defenders' Association Conference. Crested Butte, CO. October, 1999.

41

"Video-taping Interrogations and Confessions." Testimony before the Illinois House of Representatives. Task Force on Videotaping Interrogation and Confessions. Chicago, IL. September, 1999.

"Litigating a False Confession Case." National Seminar on Mental Illness and the Criminal Law. The Federal Defender Training Group. Washington, D.C. June, 1999.

"Adapting to *Miranda*: Modern Interrogators' Strategies For Dealing With The Obstacles Posed By *Miranda*." University of Southern California School of Law. Faculty Colloquium. March, 1999.

"Analyzing Coerced and/or False Confessions." National Association of Criminal Defense Attorneys Conference. St. Louis, Missouri. March, 1999.

"False Confessions: Inside the Interrogation Room from Coercion to Deception." Criminal Defense Attorneys of Michigan Conference. Detroit, Michigan. March, 1999.

"The Social Psychology of Police Interrogation and False Confession." University of California, Santa Barbara. Department of Psychology. Social Psychology Symposium. January, 1999.

"The Social Psychology of Police Interrogation and False Confession." University of California, Irvine. Department of Psychology and Social Behavior. Faculty Colloquium. January, 1999.

1998   "The Regulation and Memorialization of Confessions." Northwestern University School of Law. Conference on Wrongful Convictions and the Death Penalty. November, 1998.

"Science in the Courtroom." The American Society of Criminology Conference. Washington, D.C. November, 1998.

"Analyzing Coerced Confession Cases." Arizona Attorneys for Criminal Justice Conference. Tucson, AZ. September, 1998.

"The Social Psychology of False Confessions." American Sociological Association Conference. San Francisco, CA. August, 1998.

"The Psychology of Confession Evidence: From the Ivory Tower to the Realities of Practice." The Law and Society Association Conference. Aspen, CO. June, 1998.

"*Miranda* and the Adversary System: Lessons for Japan." University of California, Berkeley School of Law. Center for the Study of Law and Society. Conference on Japanese Criminal Justice. April, 1998.

"The Truth About False Confessions: Understanding Their Causes and Consequences." Wayne

State University . Center for Legal Studies.  Faculty Colloquium.  Detroit, MI.  April, 1998.

"The Truth About False Confessions: What Criminologists Should Know."  The Academy of Criminal Justice Sciences Conference.  Albuquerque, NM.  March, 1998.

"Coerced Statements, False Confessions and Creating Memory, Parts I and II." The Federal Judicial Center Conference.  San Diego, CA and Atlanta, GA. March, 1998.

"The Causes and Consequences of False Confessions."  University of Washington, Seattle. Department of Sociology.  Faculty Colloquium.  January, 1998.

1997    "Police Interrogation, False Confessions and Miscarriages of Justice."  The University of California, Irvine School of Social Ecology. Newport Beach, CA.  November, 1997.

"Police Interrogation, False Confessions and Expert Witnesses."  American Society of Criminology Conference.  San Diego, CA.  November, 1997.

"The Consequences of False Confessions: Deprivations of Liberty and Miscarriages of Justice in the Age of Psychological Interrogation" (with Richard Ofshe).  Law and Society Association Conference.  St. Louis, Missouri.  May, 1997.

"The Decision to Confess."  The University of Denver College of Law. Symposium on Coercion, Exploitation and the Law.  Denver, CO. March, 1997.

"Police Interrogation, False Confessions, and Expert Witnessing."  University of Colorado, Boulder.  Department of Sociology, Graduate Student Forum.  March, 1997.

"Explaining False Confessions."  The University of Colorado, Boulder School of Law.  Faculty Colloquium.  Boulder, CO. February, 1997.

"False Confessions and Miscarriages of Justice *Today*."  Conference sponsored by The Justice Committee.  Salem, MA. January, 1997.

1996    "Coerced False Confessions."  American Society of Criminology Conference.  Chicago, Illinois.  November, 1996.

"False Confessions: Documenting, Explaining and Preventing Miscarriages of Justice." University of California, Irvine.  Department of Criminology, Law and Society.  Faculty Colloquium. November, 1996.

"Is *Miranda* Enough or Should We Video-tape All Confessions?"  Seton Hall University Law School.  Newark, NJ.  October, 1996.

"The Principles and Practices of Criminal Law in the United States."  Tsingua University School of Law. Bejing, China.  October, 1996.

"Police Interrogation in America." Chinese People's Public Security University. Department of Criminology. Bejing, China. October, 1996.

"Police Interrogation and False Confessions in America." Supreme People's Procuratorate of the People's Republic of China." Bejing, China. October, 1996

"Deception by Sociologists." American Sociological Association Conference. New York, NY. August, 1996.

"Secrecy and the Interrogation of Suspects." University of Colorado, Boulder. Conference on George Simmel's Actual and Potential Impact on Contemporary Society. April, 1996.

"Between Reality and Metaphor: A Friendly Critique of *The Myth of Repressed Memory*." Pacific Sociological Association Conference. Seattle, WA. March, 1996.

1995    "The Context and Outcome of Police Interrogation: A Quantitative Analysis." American Society of Criminology Conference. Boston, MA. November, 1995.

"The Social and Legal Construction of Recovered Memories." University of Delaware at Newark, Department of Legal Studies. November, 1995.

"False Confessions and Miscarriages of Justice: A Preliminary Study" and "The Mythology and Sociology of Recovered Memories." Northern Arizona University, Departments of Sociology and Criminal Justice. Flagstaff, AZ. October, 1995.

"The Social Meaning of the O.J. Simpson Case." University of Colorado, Boulder. Department of Sociology, Diversity Forum. October, 1995.

"Interrogation and Surveillance: Changing Trends in Police Detection and Social Control." American Sociological Association Conference. Washington, D.C. August, 1995.

"False Memory, False Confession: When Police Interrogations Go Wrong." Law & Society Association Conference. Toronto, Canada. June, 1995.

"Trial *and* Tribulations: Courts, Ethnography, and the Need for an Evidentiary Privilege for Academic Researchers." The Pacific Sociological Association Conference. San Francisco, CA. April, 1995.

"Police Interrogation: Empirical Observations, Legal Questions, Ethical Dilemmas." University of Colorado, Boulder School of Law. Faculty Colloquium. February, 1995.

"Violence, Civility and Social Change: The Case of American Police Interrogation in the Twentieth Century." University of Minnesota, Minneapolis. Department of Sociology. Faculty Colloquium. January, 1995.

1994    "Westville Revisited: A Contemporary Analysis of Order, Legality, and Crime Detection." American Society of Criminology Conference. Miami, FLA, November, 1994.

"The Sociologist as Detective: Reflections on the Methodology and Ethics of Fieldwork Inside the Police Interrogation Room."  University of California, Los Angeles.  Department of Sociology. October, 1994.

"The Historical Sociology of the Third Degree in America: Analyzing the Rise and Fall of a Violent Social Practice."  American Sociological Association Conference.  Los Angeles, CA. August, 1994.

"The Impact of *Miranda* Revisited: Analyzing an Old Question with New Data."  Law & Society Association Conference.  Phoenix, AZ, June, 1994.

"Police Interrogation as a Confidence Game."  Western Society of Criminology Conference. Berkeley, CA, February, 1994.

1993    "Inside the Interrogation Room: A Participant Observation Study of Custodial Police Questioning."  American Society of Criminology Conference.  Phoenix, AZ, October, 1993.

"How to More Effectively Elicit Confessions." Presentation to the Hayward Police, CA Department, Criminal Investigation Division. August, 1993.

"Violence, Civility and Institutional Change: The Case of American Police Interrogation." University of Colorado, Boulder.  Department of Sociology.  Faculty Colloquium.  January, 1993.

1992    "Criminal Interrogation and Confessions Revisited: An Analysis and Critique of Inbau and Reid's Police Training Manuals and Courses." American Society of Criminology Conference. New Orleans, LA, November, 1992.

"Police Interrogation and Social Control."  Law and Society Association Conference. Philadelphia, PA, May, 1992.

1991    "From Coercion to Deception: An Empirical Analysis of the Changing Nature of Police Interrogation in America."  American Society of Criminology Conference.  San Francisco, CA. November, 1991.

"The Ethics of Deceptive Interrogation" (with Jerome H. Skolnick).  University of California, Berkeley, School of Law.  Faculty Colloquium. September, 1991.

"The Social Psychology of Coerced-Internalized False Confessions" (with Richard J. Ofshe). American Sociological Association Conference. Cincinnati, OH, August, 1991.

45

"Research on Police Interrogation: Some Thoughts and Questions About the Permissible Limits of Deception."  University of California, Berkeley.  Jurisprudence and Social Policy Program, Friday Forum.  May, 1991.

## LEGISLATIVE, JUDICIAL AND EXECUTIVE TESTIMONY

New York State Justice Task Force on Wrongful Convictions (2011)
Texas Court of Criminal Appeals. Criminal Justice Integrity Unit (2009)
California Commission on the Fair Administration of Justice (2006)
Wisconsin Criminal Justice Study Commission (2006)
The Illinois House of Representatives (1999)

## GRANTS AND FELLOWSHIPS

Stanford University, Center for the Advanced Study in the Behavioral Sciences (2014-2015)
Guggenheim Foundation (2011-2012)        Open Society Institute (2004-2005, 2008)
National Science Foundation (2005-2006)   Univ. of California, Irvine (1998-2002)
MacArthur Foundation (1992-1993)          Univ. of Colorado, Boulder (1994-1996)

## COURSES TAUGHT

**LAW**

Criminal Procedure
Criminal Law
Wrongful Convictions
White Collar Crime

**GRADUATE**

Miscarriages of Justice
Police Organization and Behavior
Police Scandal and Misconduct
Topics in Criminology

**UNDERGRADUATE**

Introduction to Criminology, Law and Society
Interrogation, Confession and the Law
Miscarriages of Justice
Influence, Memory and the Law
Topics in Criminology
Criminal Justice in the United States: An Introduction
American Criminal Justice System: Advanced Overview
Critical Thinking
Sociology of Law
Police, Law and Society
Police Interrogation and False Confessions
Sociology of White-Collar Crime

## POLICE INTERROGATION TRAINING (GIVEN)

2/03    Taught 8 hour training course on interrogation methods, psychological coercion and false confessions for felony investigators in the Miami Beach Police Department.  Miami Beach, FL.

7/02    Taught three 8 hour training courses on interrogation methods, psychological coercion and false confessions for felony investigators in the Broward County Sheriff's Office.  Ft. Lauderdale, FL.

46

9/00    Taught a full-day training session on interview and interrogation to the Cyprus Police as part of their training program in the Ministry of Justice and Public Order. Republic of Cyprus. Nicosia, Cyprus.

7/00    Taught training seminar on obtaining truthful confessions and avoiding coerced and/or false confessions to the Law Enforcement Coordinating Committee for the Fifth Circuit. San Antonio, TX.

## POLICE INTERROGATION TRAINING (RECEIVED)

3/93    Attended and participated in one week advanced interrogation training course taught by the Federal Law Enforcement Training Center (FLETC). Glynco, Georgia. Received certificate.

1/92    Attended and participated in one week interrogation training course taught by the San Mateo Community College, Administration of Criminal Justice Department. San Mateo, California. Received certificate.

11/91   Attended and participated in two day advanced interrogation training course taught by Reid &Associates. San Francisco, California. Received certificate.

3/91    Attended and participated in three day introductory interrogation training course taught by Reid & Associates. Los Angeles, California. Received certificate.

12/90   Attended one-day in-house interrogation training course for Sergeants. Criminal Investigation Division, Oakland Police Department. Alameda, California.

## OTHER LAW ENFORCEMENT RELATED SERVICE WORK

10/01-6/03    Member, Academic Education and Action Research Advisory Committee to the Chief of Police, Long Beach Police Department. Long Beach, CA.

5/84-8/84     Voluntary Internship. San Francisco District Attorney's Office, Consumer Fraud Division. San Francisco, CA.

## PROFESSIONAL ACTIVITIES (SELECTIVE)

Editorial Board, *Law and Society Review* (1998-2002)

Peer Reviewer, Journals:

*Law & Society Review* (1996-2000; 2002-2003; 2012, 2014, 2016)
*Stanford Law Review* (2015)
*Behavioral Sciences & The Law* (2014)
*Philosophy, Science and Law* (2014)

47

*Journal of the American Academy of Psychiatry and the Law* (2014)
*Current Directions in Psychological Science* (2014)
*Psychology, Public Policy and Law* (2013-2014)
*Law & Human Behavior* (2005-2006, 2008-2009; 2012-2013)
*Justice Quarterly* (1998, 2000, 2005, 2009, 2013)
*Sociological Quarterly* (1998, 2013)
*Law & Social Inquiry* (1997-1998; 2001; 2005; 2013)
*American Journal of Criminal Justice* (2013)
*Journal of Law and Courts* (2012)
*British Journal of Sociology* (2012)
*Basic and Applied Social Psychology* (2011)
*Psychology, Crime and Law* (2009)
*Regulation and Governance* (2009)
*Journal of Criminal Justice* (2000, 2006, 2008)
*Criminology and Public Policy* (2007)
*Legal and Criminological Psychology* (2006)
*Journal of Law, Economics & Organization* (2005)
*Psychological Science* (2004)
*Psychological Science in the Public Interest* (2004)
*Law, Culture and the Humanities* (2004)
*Queen's Law Journal* (2004)
*Criminal Justice Ethics* (2003)
*Criminology* (2001-2002)
*Research in Crime & Delinquency* (1995, 1999)
*Sociological Forum* (1998-1999)
*Journal of Criminal Law and Criminology* (1996)
*Studies in Law, Politics and Society* (1996)
*Social Problems* (1996)
*American Journal of Sociology* (1995)

Peer Reviewer, Book Manuscripts:

*Ankerwycke Books* (2016)
*New York University Press* (2006-2007, 2011-2012, 2015)
*University of California Press* (2014)     *Oxford University Press* (2013-2014)
*Lexington Books* (2011)     *Princeton University Press* (2008)
*University of Arizona Press* (2008)     *Cornell University Press* (2006)
*University of Michigan Press* (2005)     *AltaMira Press* (2004)
*University of Chicago Press* (2004)     *Academic Press* (2003)
*Aspen Publishers, Inc.* (2000)     *Northeastern University Press* (1999)

Tenure and Promotion Reviews:

University of Pittsburgh, School of Law (2015)
University of North Carolina, Greensboro, Department of Sociology (2015)

Roger Williams University, Department of Psychology (2015)
Emory University, Department of Psychology (2014)
Arizona State University, School of Criminology and Criminal Justice (2014)
University of Washington, School of Law (2013)
John Jay College of Criminal Justice (New York), Department of Psychology (2010)
UC Hastings College of Law, San Francisco, CA (2010)
University of Nevada, Reno, Department of Psychology (2004)
University of California, Berkeley, School of Law (2004)
Lafayette College (Pennsylvania), Department of Sociology (2003)
Northwestern University School of Law (2002)
Franklin and Marshall College (Pennsylvania), Department of Sociology (2001)

## PROFESSIONAL MEMBERSHIPS

American Law Institute     American Society of Criminology
American Psychological Association     American Psychology-Law Society
Association for Psychological Science     Law and Society Association
Academy of Criminal Justice Sciences     Association of American Law Schools
Society for the Study of Social Problems     The American Sociological Association
Pacific Sociological Association     Western Psychological Association
Western Society of Criminology

## CONSULTATIONS (SELECTIVE)

Law Enforcement

State of California, Department of Justice, San Diego, CA (2002-2004; 2013)
Maricopa County Sheriff's Office, Phoenix, AZ (2011)
Riverside County Sheriff's Association, Riverside, CA (2006)
Solicitor's Office, State of South Carolina, Seventh Judicial Circuit (2005)
Wyoming Association of Correctional Employees (2005)
Miami Beach Police Department, Miami Beach, FLA (2003)
Broward County Sheriff's Office, Ft. Lauderdale, FLA (2002)

Legislative, Judicial and Executive Organizations

New York State Justice Task Force on Wrongful Convictions (2011)
Texas Criminal Justice Integrity Unit (2009)
California Commission on the Fair Administration of Justice (2006)
Wisconsin Criminal Justice Study Commission (2006)
Illinois State Legislature, Task Force on Recording of Interrogations (1999-2000)

Innocence Projects and Universities (Selective)

Rudolf, Widenhouse and Fialko, Charlotte, NC (2015)
MacArthur Justice Center, Northwestern University Law School (2009-2011; 2013; 2015)
Northern California Innocence Project, San Francisco, CA (2004-2005; 2014-2015)
Minnesota Innocence Project (2011-2015)
University of Oklahoma Innocence Project (2012-2015)
Midwest Innocence Project (2014)
Pennsylvania Innocence Project (2014)
University of Wisconsin Innocence Project (2006; 2011-2014)
PACE University Law School Post-Conviction Criminal Defense Clinic (2010-2013)
Innocence Project, Benjamin N. Cardozo Law School. New York, NY (1999-2000, 2009; 2012)
University of California Davis School of Law, Immigration Clinic (2011-2012)
American University, Preventing Wrongful Convictions Project, Washington D.C. (2011-2013)
Centurion Ministries, Princeton, NJ (1998-2011)
Center for Wrongful Conviction, Northwestern University School of Law (2011)
George Washington University, Preventing Wrongful Convictions Project (2010-2011)
Maryland Innocence Project (2008-2010)
Downstate Illinois Innocence Project, University of Illinois (2008-2010)
Ohio Innocence Project (2007-2010)
Bluhm Legal Clinic, Northwestern University (2008-2010)
Innocence Project Northwest, University of Washington (1998-1999; 2005-2006; 2008-2010)
MacArthur Justice Center, University of Chicago Law School (1999; 2005-2006)
Innocence Project, Osgoode Hall Law School, York University.  Toronto, Ontario (2000)

Law Firms (Selective)

Loevy & Loevy, LLP, Chicago, IL (2012-2013; 2015)
Skadden, Arps, Slate, Meagher & Flom LLP, Washington, D.C. (2014-2015)
Squire, Patton and Boggs LLP, New York, NY (2009-2015)
Venable LLP, Washington D.C. (2007-2015)
Drinker, Biddle & Reath LLP, New Jersey (2011-2015)
Sideman Bancroft LLP, San Francisco (2015)
Neufeld, Scheck and Brustin, LLP, New York, NY (2013-2014)
Kirkland & Ellis, LLP, Washington, DC (2013-2014)
Bingham McCutchen LLP, Boston, MA (2005-2014)
Beldock, Levine & Hoffman, LLP, New York, NY (2004-2014)
Sidley Austin LLP, Chicago, IL (2009-2014)
Goodwin Procter LLP, Boston, MA (2012-2013)
Morgan, Lewis and Bockius LLP, Chicago, IL (2012-2013)
Williams & O'Connolly LLP, Washington, D.C. (2011-2012)
Reed Smith, New York, NY (2011-2012)
Fredrikson & Byron, P.A., Minneapolis, MN (2009-2012)
McGwire Woods LLP, Richmond, VA (2011)
Lane Powell, Seattle, WA (2008-2010)
Paul, Weiss, Rifkind, Wharton & Garrison LLP (2009-2010)
Sidley & Austin LLP, San Francisco, CA (2009)

Weil, Gotshal & Manges LLP, New York, N.Y. (2009)
Kirkland & Ellis LLP, New York, N.Y. (2008-2009)
Cochran, Neufeld, and Scheck  LLP. New York, N.Y. (2003-2009)
Holland & Knight LLP, New York, NY (2004-2005, 2007-2009)
Goodwin Proctor LLP, New York, N.Y. (2008-2009)
Covington & Burling LLP, Washington, D.C. (2006)
O'Melveny & Myers LLP Los Angeles, CA (2003, 2005-2006)
Kelley, Drye & Warren LLP, New York (2006)
Joseph, Greenwald & Laake, PA, Greenbelt, Maryland (2005-2006)
Tamburello & Hanlon, San Francisco, CA (2005)
Hallinan, Wine & Sabelli, San Francisco, CA (2003)
Jenner & Block, Chicago, IL (2000-2001)
Jackson Walker LLP, Houston, TX (2000)
Day, Berry and Howard LLP, Hartford, CT (1999-2000)

<u>Other (Selective)</u>

Government of Mexico (2014)
NAACP Legal Defense Fund (2007-2009)
*Good Morning America.* ABC, New York, New York (2009)
Equal Justice Institute, Montgomery, ALA (2001-2004)
Beverly Monroe Coalition for Justice, Richmond, VA (1997-2003)
*Sixty Minutes*, CBS, New York, NY (2003)


**References Available on Request**

APPENDIX B

*State of California v. Lewis Romero*.  Trial. Los Angeles County Superior Court. Compton, CA.  February, 2012.

*State of California v. Jae Hee Yi*.  Trial. Los Angeles County Superior Court.  Pomona, CA.  April, 2012.

*United States vs. Clifton Yarborough*.  Post-Conviction Hearing.  Superior Court of District of Columbia.  Washington, D.C.  April, 2012.

*State of Indiana v. Ryan Shelby*.  Trial.  Warrick County Circuit Court.  Boonvile, Indiana. May, 2012.

*State of Oregon v. Angelica Swartout*.  Trial.  Lane County Superior Court.  Eugene, Oregon.  May, 2012.

*State of California v. Israel Lopez*.  Suppression Hearing. Santa Clara County Superior Court.  San Jose, CA.  May, 2012.

*State of California v. Francisco Estanol*.  Trial.  Ventura County Superior Court. Ventura, CA.  June, 2012

*State of California v. Rickie Lee Fowler*. Trial.  San Bernardino County Superior Court. San Bernardino, CA.  July, 2012

*State of New Mexico v. Marvin Williams*. Trial.  San Juan County 11th Judicial District Court.  Aztec, New Mexico.  August, 2012.

*State of California v. Jose Hernandez*.  Trial.  Contra Costa County Superior Court. Martinez, CA.  August, 2012.

*Ada Joann Taylor v. Richard Smith et al*; *Ada Joann Taylor v. Richard Smith et al*. Trial (Bench).  Civil.  Gage County Superior Court. Beatrice, Nebraska. September, 2012.

*State of California v. Ronnie Cavazos*.  Suppression Hearing.  Stanislaus County Superior Court.  Modesto, CA.  September, 2012.

*State of Wyoming v. John Balczewski*.  Suppression Hearing.  Laramie County District Court.  First Judicial District.  Cheyenne, Wyoming.  September, 2012

*State of California v. Leonel Contreras*.  Trial. San Diego County Superior Court.

1

San Diego, CA. October, 2012.

*Kincaid v. Kincaid*. Trial (Civil). Los Angeles County Superior Court. Pasadena, CA. October, 2012.

*Commonwealth of Kentucky v. Ronald Fairchild*. Trial. Rowan County Circuit Court. Morehead, KY. November, 2012.

*State of California v. Angel Gonzalez*. Suppression Hearing. Los Angeles County Superior Court.
Los Angeles, CA. December, 2012.

*State of California v. John Loren*. Trial. San Francisco County Superior Court.
San Francisco, CA. February, 2013

*State of California v. Vrej Zadurian*. Suppression hearing. Los Angeles County Superior Court. Los Angeles, CA. February, 2013.

*State of California v. Jae Hee Yi*. Re-Trial. Los Angeles County Superior Court.
Pomona, CA. March, 2013.

*State of California v. Edgar Santana*. Trial. Los Angeles County Superior Court.
Los Angeles, CA. June, 2013

*State of California v. Jose Luis Garcia*. Trial. Riverside County Superior Court.
Indio, CA. June, 2013.

*State of California v. Miguel Bastida*. Suppression Hearing. Solano County Superior Court.
Fairfield, CA. July, 2013.

*State of California v. Miguel Bastida*. Trial. Solano County Superior Court.
Fairfield, CA. August, 2013.

*United States v. Ivan Teleguz*. Post-conviction hearing. Abington, VA. United States District Court,
Western District of Virginia. Washington County, VA. November, 2013.

*State of California v. Richard Tuite*. Trial (testified for prosecution). San Diego County, CA. December, 2013.

265) *James Dean et al v. Richard Smith et al*. Trial. United States District Court for the District of Nebraska. 8th Circuit. Lincoln, Nebraska (Lancaster County). January, 2014.

*State of New Mexico v. Jess Carpenter*. Trial. Eddy County, New Mexico. Fifth Judicial District Court. Carlsbad, New Mexico. January, 2014.

*State of California v. Lisandro Magana*. Trial. Santa Clara County Superior Court. San Jose, CA. January, 2014.

*State of California v. Victoria Martinez*. Suppression Hearing. Alameda County Superior Court. Oakland, CA. January, 2014.

*State of Oregon v. Brian Canady*. Suppression Hearing. Washington County Superior Court. Hillsborough, OR. January, 2014.

*State of California v. Jose Luis Garcia*. Re-Trial. Riverside County Superior Court. Indio, CA. February, 2014.

*State of California v. David Gomez*. Trial. Los Angeles County Superior Court. Compton, CA. March, 2014.

*State of California v. Jae Williams*. Trial. Santa Clara County Superior Court. San Jose, CA. May, 2014

*State of California v. Marcel Ballier*. Trial. Riverside County Superior Court. Murrieta, CA. May, 2014

*State of California v. Richard Calkins*. Trial. Solano County Superior Court. Fairfield, CA. June, 2014.

*State of California v. Manuel Ramirez*. Suppression Hearing. Los Angeles County Superior Court. Los Angeles, CA. June, 2014.

*State of Wisconsin v. Patrick Donley*. Post-Conviction Hearing. Brown County Circuit Court. Green Bay, WI. June, 2014

*State of California v. Eduardo Cruz*. Suppression Hearing. Santa Clara County Superior Court. San Jose, CA. July, 2014.

*State of California v. Armando Velasquez*. Trial. Santa Clara County Superior Court. San Jose, CA. July, 2014.

*State of Tennessee v. Jimmy Rauhuff*. Trial. Blount County Circuit Court. Maryville, TN.

July, 2014.

*State of California v. Lynn Quach*. Suppression Hearing. Orange County Superior Court. Santa Ana, CA. August, 2014.

*State of California v. Gabriel Rodriguez*. Trial. Orange County Superior Court. Santa Ana, CA. August, 2014.

*State of California v. Jose Diazvillalta*. Trial. Orange County Superior Court. Westminster, CA. September, 2014.

*State of California v. John Angol*. Trial. Los Angeles County Superior Court. Lancaster, CA. October, 2014

*State of California v. Tommy Franks*. Trial. Stanislaus County Superior Court. Modesto, CA. October, 2014.

*State of California v. Marco Hernandez*. Suppression Hearing. San Francisco County Superior Court. San Francisco, CA. October, 2014.

*State of California v. Cameron Weaver*. Preliminary Hearing. Marin County Superior Court. San Rafael, CA. November, 2014.

*State of Colorado v. Anthony Nieto*. Trial. Broomfield Combined Courts. Broomfield, CO. November, 2014.

*State of Iowa v. Anthony Rodrigutez*. Pre-Trial Suppression Hearing. Waukon, Iowa. Allamakee County District Court. November, 2014.

*State of California v. Juan Martinez*. Trial. Santa Clara County Superior Court. San Jose, CA. December, 2014

*State of California v. Jonathan Riley*. Trial San Diego County Superior Court. San Diego, CA. December, 2014

*State of Nevada v. Megan Johnson*. Suppression Hearing. Washoe County District Court. Reno, NV. January, 2015

*State of California v. Marco Hernandez*. Trial. San Francisco County Superior Court. San Francisco, CA. January, 2015.

*State of California v. Rene Centeno*. Trial. Orange County Superior Court. Santa Ana, CA. January, 2015.

4

*Dan Williams et al. v. State of Virginia.* Habeas Hearing (Schlup, Actual Innocence). Federal District Court. Eastern District of Virginia. Richmond, Virginia. April, 2015.

*State of California v. Yor Xiong.* Trial testimony. San Joaquin County Superior Court. Stockton, CA. April, 2015

*State of California v. Patrick Alley.* Suppression Hearing. Solano County Superior Court. Fairfield, CA. April, 2015.

*State of California v. Louis Emmanuel.* Trial. Santa Clara County Superior Court. San Jose, CA. May, 2015.

*State of California v. Alfredo Torres.* Trial. Los Angeles County Superior Court. Van Nuys, CA. May, 2015.

*State of California v. Daniel Flores.* Suppression Hearing. Napa County Superior Court. Napa, CA. May, 2015

*State of California v. Daniel Flores.* Trial. Napa County Superior Court. Napa, CA. June, 2015

*Daniel Blank v. Burl Cain.* Post-Conviction Hearing (State Habeas). 32nd Judicial District Court for the Parish of Terrebone. Houma, Louisiana. July, 2015

*State of California v. Laron Gilbert.* Suppression Hearing. Solano County Superior Court. Fairfield, CA. August, 2015.

*State of Indiana v. Timothy Jimerson.* Trial. Miami County Circuit Court. Peru, Indiana. August, 2015.

*State of California v. Cheryl Lucero.* Trial. Tuolumne County Superior Court. Sonora, CA. August, 2015.

*State of California v. Abel Martinez.* Suppression Hearing. San Diego County Superior Court. El Cajon, CA. September, 2015

*State of California v. Omar Wright.* Trial. Los Angeles County Superior Court. Burbank, CA. September, 2015.

*State of California v. Jose Venegas.* Trial. Los Angeles County Superior Court. Los Angeles, CA. September, 2015

5

*State of California v. Abel Martinez*. Trial. San Diego County Superior Court. El Cajon, CA. October, 2015

*State of California v. Elgian Bailey*. Suppression Hearing. Los Angeles County Superior Court. Los Angeles, CA. October, 2015

*State of Arizona v. Robert Resendez*. Trial. Coconino County Superior Court. Flagstaff, AZ. November, 2015.

*State of California v. Joseph Castro*. Trial. Santa Barbara County Superior Court. Santa Barbara, CA. January, 2016.

*State of California v. Patrick Alley*. Trial. Solano County Superior Court. Fairfield, CA. January, 2016.

## DEPOSITIONS

*Deborah Kincaid v. Jeffrey Kincaid* (civil). September 5, 2012.

*James Andrews v. Jon Burge et al*. (civil). October 2, 2012.

*Eric Caine v. Jon Burge et al.* (civil). April 10, 2013

*Sampson v.Schenk et al.* (civil). June 21, 2013.

*Krystal Bustamante v. Wal-Mart Stores et al.* (civil). October 1, 2013.

*Donald Williams v. City of Chicago et al*. (civil). February 25, 2014.

*State of Vermont v. Jeanette Maxfield* (Criminal). September 19, 2014.

*Rafael Garcia Miranda v. City of Anaheim* (Civil). February 17, 2015.

*Trevon Yates v. County of St. Clair* (Civil). June 18, 2015

**APPENDIX C**

5/14/2005           Chicago Police Department event query regarding 911 call.  CITY000053-24

5/14/2005           Officer Lopez's Initial report.  CITY0000394-95

5/14/2005           Crime scene processing report regarding photographs taken at the scene.
CITY0000455

5/14/2005           Chicago Police Department event query.
CITY0000520

5/14/2005           Chicago Police Department event query regarding death and blue blanket with
an elastic strip used for suffocation. CITY0000521-22

5/14/2005           Chicago Police Department event query regarding ambulance record.
CITY0000528

5/14/2005           Chicago Police Department event query regarding death of Jaquari.
CITY0000525-27

5/14/2005           Event History records Event #0513415597 regarding death of Jaquari.
CITY0000514-18

5/14/2005           Event History records Event #0513415597 regarding death of Jaquari.
CITY0000511-13

5/14/2005           General progress report by Wo regarding the family's information and the
detectives on the case.  CITY0000414-15

5/14/2005           General progress report by Kelly regarding the family's information.
CITY0000410

5/14/2005           Supplementary Report regarding death of Jaquari.   CITY0000396

5/14/2005           General progress report with drawings of the apartment and bedroom where
incident took place.  CITY0000416-17

5/14/2005           General progress report by Wo regarding blue fitted sheet. CITY0000418

5/14/2005           Crime scene processing report regarding photos taken at the scene and physical
evidence.  CITY0000454

5/14/2005           Property inventory No. 10532844 (child's notebook computer), No. 10532848
(red blanket), No. 10532852 (white sheet with blue/green stripes and red stain),
and No. 10532854 (blue sheet with red stain.)   CITY0000457-60

| | |
|---|---|
| 5/14/2005 | General progress report regarding Stavon Dancy information and what he did in the past 24 hours. Another general progress report on Nicole Harris regarding the same. CITY0000419-20 |
| 5/14/2005 | Nicole Harris criminal record. CITY0000471-75 |
| 5/14/2005 | Stavon Dancy criminal records. CITY0000466-69 |
| 12/09/2003 | General progress report regarding contact with Edwardsville Police Department. CITY0000405 |
| 12/09/2003 | Narrative Supplement regarding Harris driving on a suspended license. CITY0000476 |
| 12/09/2003 | Fax cover sheet; Event information regarding Harris driving on a suspend/revoked license. CITY0000477-81 |
| 08/02/2004 | Fax cover sheet; Event information about Dancy disorderly conduct and damage of property at Rally's Hamburgers. CITY0000482-91 |
| 5/11/2004 | Fax cover sheet; Event information regarding Dancy being arrested for driving on a suspended license and operating an insured motor vehicle. CITY0000492-96 |
| 5/14/2005 | Fax cover sheet; SIUE Police Department contact/criminal history regarding Nicole Harris. CITY0000497-505 |
| 5/14/2005 | General progress report by Kelly regarding former address, and who lives in the residence. CITY0000411 |
| 5/14/2005 | General progress report by Kelly regarding Nicole Harris' Interview. CITY0000412-13 |
| 5/14/2005 | General progress report by Landando regarding interview of Alexis Fultis and Dinajia Arnold. CITY0000397-98 |
| 5/14/2005 | Crime scene processing report includes photos taken, and physical evidence (phone cord) CITY0000453 |
| 5/14/2005 | Property inventory No 10532876 (phone cord) CITY0000461 |
| 5/14/2005 | Fax cover sheet; Original case incident report RD# HL356544 regarding personnel handling case. CITY0000508 & 530-31 |
| 5/14/2005 | General progress report regarding DCFS worker that took custody of Diante Dancy. CITY0000400 |

| | |
|---|---|
| 5/15/2005 | General progress by Landando report regarding a summary of Nicole's actions that day (includes when they read her Miranda rights and when she confessed.) CITY0000399 |
| 5/15/2005 | Nurses Notes.  CITY0000506-07 |
| 6/01/2005 | City of Chicago Office of Emergency communication: archive voice recordings in relationship to 5/14/2005 death.  CITY0000519 |
| 5/15/2005 | General progress report by Noradin regarding Nicole Harris statement. CITY0000421 |
| 5/15/2005 | General progress report by Wo regarding Stavon Dancy second interview. CITY0000422 |
| 5/15/2005 | General progress report by Noradin regarding Nicole Harris agreeing to polygraph.  CITY0000423 |
| 5/15/2005 | General progress report by Kelly regarding Post Mortem and ligature marks. CITY0000408-09 |
| 5/15/2005 | Crime scene processing report by Wo regarding items sent to Dr. Denton. CITY0000456, 462-63 |
| 5/15/2005 | Chicago Children's Advocacy Center Multidisciplinary Investigative Intake regarding Diante Dancy.  CITY0000509 |
| 5/15/2005 | Draft general progress report regarding interview with Diante Dancy. CITY0001220-21 |
| 5/15/2005 | General progress report regarding interview with Diante Dancy. CITY0001218-19 |
| 5/15/2005 | General progress report by Wo regarding interview with Diante Dancy. CITY0000406-07 |
| 5/15/2005 | Nicole Harris' polygraph consent form.  CITY0000577 |
| 5/15/2005 | Polygraph examiner's worksheet of Nicole Harris' polygraph.  CITY0000575 |
| 5/15/2005 | Stavon Dancy's polygraph consent form  CITY0000578 |
| 5/15/2005 | Polygraph lining.  CITY0000580-86 |
| 5/15/2005 | Polygraph examiner's worksheet of Stavon Dancy's polygraph.  CITY0000579 |
| 5/15/2005 | Polygraph Case Review of Nicole Harris and Stavon Dancy.  CITY0000576 |

| | |
|---|---|
| 5/15/2005 | General progress report by Noradin regarding interview with Harris after polygraph test.  CITY0000424 |
| 5/15/2005 | General progress report by Noradin regarding Nicole Harris finding Jaquari's body in bedroom.  CITY0000425 |
| 5/15/2005 | Consent to videotape statement of strangulation of Jaquari Dancy by Nicole Harris.  CITY0000510 |
| 5/16/2005 | Video statement of Nicole Harris' statement of strangulation death of Jaquari Dancy.  PL Nicole Harris 11586-608 |
| 5/16/2005 | Statement of Stavon Dancy.  CITY0000433-43 |
| 2/19/1988 | City of Chicago Department of Police criminal history for Stavon Dancy.  CITY0000465 |
| 5/16/2005 | Felony Minutes Form 101 for Nicole Harris by Noradin, Wo, Day, Kelly, Balodimas, & Landando.  CITY0000431 |
| 5/16/2005 | General progress report by Noradin summarizing events on 5/14/2005-5/16/2005.  CITY0000401-04 |
| 5/16/2005 | Chicago Police Department arrest report regarding Nicole Harris CB# 16181506. CITY0000972-76 |
| 5/16/2005 | Chicago Police Department arrest report regarding Nicole Harris CB# 16181506.  CITY0000426-30 |
| 5/16/2005 | Chicago Police Department Arrest report for Nicole Harris CB# 16181506. CITY0000532-39 |
| 5/16/2005 | Videotape of Nicole Harris and transcript of same |
| 5/17/2005 | Complaint for preliminary examination.  CITY0000432 |
| 5/17/2005 | Case supplementary report regarding Jaquari Dancy's death and polygraph test of parents #HL356544.  CITY0000571-74 |
| 5/17/2005 | Case supplementary report regarding Jaquari Dancy's death and polygraph test of parents #HL356544.  CITY0000540-43 |
| 5/18/2005 | Case supplementary report regarding Jaquari Dancy's death and case of death #HL356544.  CITY0000544-45 |

| | |
|---|---|
| 5/19/2005 | Case supplementary report regarding Jaquari Dancy's death and case of death #HL356544.  CITY0000546-47 |
| 5/22/2005 | Chicago Police Department criminal history report of Nicole Harris. CITY0000470 |
| 5/25/2005 | Office of Medical Examiner of Cook County report of drugs in blood for Jaquari Dancy.  CITY0000450 |
| 5/26/2005 | Tape research log for 911 calls.  CITY0000529 |
| 6/02/2005 | Case supplementary report regarding Jaquari Dancy's death and case of death #HL356544 by Wo and Day.  CITY0000386-93 |
| 6/02/2005 | Case supplementary report regarding Jaquari Dancy's death and case of death #HL356544 by Wo and Day.   CITY0000548-55 |
| 6/7/2005 | Property inventory No. 10547199 (photographs of child's bedroom.) CITY0000464 |
| 6/21/2005 | Case supplementary report regarding Jaquari Dancy's death and case of #HL356544 by Noradin, Kelly, Day, and Wo.   CITY0000371-85 |
| 6/21/2005 | Case supplementary report regarding Jaquari Dancy's death and case of #HL356544 by Noradin, Kelly, Day, and Wo.  CITY0000556-70 |
| 7/08/2005 | Office of Medical Examiner of County of Cook, IL report of postmortem examination.  CITY0000444-52 |
| 7/22/2005 | Original case incident report RD# HL356544.  CITY0000530-31 |
| 7/22/2005 | Chicago Police department electronic list of inventory from case. CITY0000607-09 |
| 11/28/2005 | Circuit Court of Cook County adult probation department investigative report regarding Nicole Harris.  PL Nicole Harris 14086-93 |
| 10/00/2005 | Transcript of Nicole Harris Trial |
| 10/26/2005 | Jury Verdict Form |
| 03/13/2009 | *People v. Harris* (Ill. Ct. of Appeals) |
| 10/18/2012 | *Harris v. Thompson* (7th Cir.) |
| 01/23/2014 | Certificate of Innocence |
| 05/19/2014 | Nicole Harris Complaint |
| 12/15/2014 | Brief in Opposition to the Police Officers' Motion to Dismiss |

| | |
|---|---|
| 03/19/2015 | Court Opinion denying Motion to Dismiss against Officers |
| 08/20/2015 | Confidentiality Order |
| 11/11/2015 | Landando Deposition Transcript |
| 11/12/2015 | Day Deposition Transcript |
| 11/13/2015 | Wo Deposition Transcript |
| 11/16/2015 | Balodimas Deposition Transcript |
| 11/23/2015 | Noradin Deposition Transcript |
| 11/24/2015 | Bartik Deposition Transcript |
| 12/10/2015 | Alexandra Levi Transcript |
| 12/22/2015 | Harris Deposition Transcript |
| 05/00/2005 | Deposition Exhibit 106, CITY-DCFS0001-72 |
| 04/18/2006 | Dr. Bruce Frumkin Affidavit |

### Literature Used/Reviewed

Blagrove, Mark (1996). "Effects of length of sleep deprivation on interrogative suggestibility. *Journal of Experimental Psychology: Applied*, 2, 48-59

Blandon-Gitlin, Iris, Kathryn Sperry, and Richard A. Leo (2011) "Jurors Believe Interrogation Tactics Are Not Likely to Elicit False Confessions: Will Expert Witness Testimony Inform Them Otherwise?" in *Psychology, Crime and Law*, 17, 239-260

Chojnacki, Danielle, Michael Cicchini and Lawrence White (2008), "An Empirical Basis for the Admission of Expert Testimony on False Confessions," *Arizona State Law Journal*

Conroy, John (2000). Unspeakable Acts, Ordinary People: The Dynamics of Torture (Alfred Knopf).

Costanzo, Mark, Netta Shaked-Schroer and Katherine Vinson (2010), "Juror Beliefs About Police Interrogation, False Confession and Expert Testimony" in *The Journal of Legal Empirical Studies.*

Davis, Deborah and Richard A. Leo (2012). "Interrogation Related Regulatory Decline: Ego-Depletion, Failures of Self-Regulation and the Decision to Confess" *Psychology, Public Policy and Law*, Vol 18. Pp. 673-704.

Davis, Deborah and William O'Donohue (2004). "The road to perdition: Extreme influence tactics in the interrogation room," In William O'Donohue, ED (2004), *Handbook of Forensic Psychology* (San Diego: Academic Press). Pp. 897-996.

Drizin, Steven A. & Beth A. Colgan, *Let the Cameras Roll: Mandatory Videotaping of Interrogations Is the Solution to Illinois' Problem of False Confessions,* 32 Loy. U. Chi. L.J. (2001)

Drizin, Steven and Richard A. Leo (2004). "The Problem of False Confessions in the Post-DNA World. *North Carolina Law Review*, 82, 891-1007.

Feld, Barry (2013). *Kids, Cops and Confessions: Inside the Interrogation Room* (New York, NY: New York University Press)

Findley, Keith and Michael Scott (2006). "The Multiple Dimensions of Tunnel Vision in Criminal Cases," University of Wisconsin Law Review, 291-397

Frenda, Stephen, Shari R. Berkowitz, Elizabeth F. Loftus, and Kimberly M. Fenn (2016). "Sleep Deprivation and False Confessions." Forthcoming in the *Proceedings of the National Academy of Sciences*

Garrett, Brandon (2011). *Convicting the Innocent*, (Harvard University Press)

Garrett, Brandon (2015). "Contaminated Confessions Revisited," Forthcoming in *University of Virginia Law Review*.

Garrett, Brandon L., *The Substance of False Confessions,* 62 Stan. L.Rev. (2010)

Gudjonsson, Gisli (2003), *THE PSYCHOLOGY OF INTERROGATIONS AND CONFESSIONS: A HANDBOOK* (John Wiley & Sons Inc)

Gudjonsson, Gisli H. et al., *Custodial Interrogation, False Confession and Individual Differences: A National Study Among Icelandic Youth,* 41 Personality & Individual Differences (2006)

Henkel, Linda, et al. (2008). "A Survey of People's Attitudes and Beliefs About False Confessions," *Behavioral Sciences and the Law*

Hill, C., A. Memon, and P. McGeorge (2008). "The Role of Confirmation Bias in Suspect Interviews: A systematic Evaluation." *Legal & Criminological Psychology*, 13, 357-371

Inbau, Fred, John Reid and Joseph Buckley (1986). *CRIMINAL INTERROGATION AND CONFESSIONS*, Third Edition (Baltimore, MD: Williams & Wilkins)

Inbau, Fred, John Reid, Joseph Buckley and Brian Jayne (2001). *CRIMINAL INTERROGATION AND CONFESSIONS*, 4th Edition (Aspen Publishers, Inc.)

Inbau, Fred, John Reid, Joseph Buckley and Brian Jayne (2013). *CRIMINAL INTERROGATION AND CONFESSIONS*, 5th Edition (Burlington, MA: Jones & Bartlett Learning)

Jayne, Brian (1986). "The Psychological Principles of Criminal Interrogation," in Fred Inbau, John Reid and Joseph Buckley (1986*). CRIMINAL INTERROGATION AND CONFESSIONS*, Third Edition (Baltimore, MD: Williams & Wilkins)

Kassin, Saul M. et al., *Police–Induced Confessions: Risk Factors and Recommendations,* 34 L. & Hum. Behav. (2010)

Kassin, Saul, Steven Drizin, Thomas Grisso, Gisli Gudjonsson, Richard A. Leo and Allison Redlich (2010). "Police-Induced Confessions: Risk Factors and Recommendations" in *Law and Human Behavior*, 34, 3-38.

Kassin, Saul, Christine Goldstein, and Kenneth Savitsky (2003). "Behavioral Confirmation in the Interrogation Room: On the Dangers of Presuming Guilt." *Law and Human Behavior*, 27, 187-203.

Kassin, Saul, Richard Leo, Christian Meissner, Kimberly Richman, Lori Colwell, Amy-May Leach, and Dana La Fon (2007). "Police Interviewing and Interrogation: A Self-Report Survey of Police Practices and Beliefs," *Law and Human Behavior,* 31, 381-400.

Leo, Richard A. (1996). "Inside the Interrogation Room," *Journal of Criminal Law and Criminology*, 86, 266-303

Leo, Richard A. (2008). *Police Interrogation and American Justice* (Harvard University Press).

Leo, Richard A. (2009). "False Confessions: Causes, Consequences and Implications." *Journal of the American Academy of Psychiatry and Law*, 37, 332-343

Leo, Richard A. and Richard Ofshe (1998). "The Consequences of False Confessions: Deprivations of Liberty and Miscarriages of Justice in the Age of Psychological Interrogation" *The Journal of Criminal Law and Criminology*. Vol. 88, No. 2. Pp. 429-496

Leo, Richard and Brittany Liu (2009). "What Do Potential Jurors Know About Police Interrogation and False Confessions?" *Behavioral Sciences and the Law*

Loftus, Elizabeth (2005). "Planting Misinformation in the Human Mind: A 30 Year Investigation of the Malleability of Memory, *Learning & Memory*, 12, 361-366.

Narchet, Fadia, Christian Meissner, and Melissa Russano (2011), "Modeling the Influence of Investigator Bias on the Elicitation of True and False Confessions." *Law and Human Behavior*, 35, 452-465

Ofshe, Richard and Richard A. Leo (1997) "The Social Psychology of Police Interrogation: The Theory and Classification of True and False Confessions." *Studies in Law, Politics & Society*, Vol. 16. Pp. 189-251

Ofshe, Richard and Richard A. Leo (1997). "The Decision to Confess Falsely: Rational Choice and Irrational Action." 74 *Denver University Law Review* at 992-993

Shaw, Julia and Don Read (2014). "Constructing Rich False Memories of Committing Crime," *Psychological Science*, Pp. 1-11. Published online, January 14, 2015

Tavris, Carol and Elliott Aronson (2007*). Mistakes Were Made* (But Not By Me). (Harcourt Books).

Wickersham Commission, *Lawlessness in Law Enforcement* (1931).

Wright, Deborah, Kimberly Wade and Derrick Watson (2013). "Delay and Déjà Vu: Timing and Repetition Increase the Power of False Evidence," *Psychonomic Bulletin Review*, 20, 812-818

Zulawski, David and Douglas Wicklander (2002). *PRACTICAL ASPECTS OF INTERVIEWING AND INTERROGATION*, 2nd Edition (CRC Press)