UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Nicole Harris
                    Plaintiff,

v.                                        Case No.: 1:14−cv−04391
                                                    Honorable Amy J. St. Eve

City Of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 23, 2017:

      MINUTE entry before the Honorable Amy J. St. Eve: Daubert hearing as to Dr. Leo held on 5/23/17. The matter is taken under advisement. Status hearing held on 5/23/17 and continued to 6/6/17 at 9:15 a.m. Parties are directed to refile revised jury instructions consistent with the court's standing order for final pretrial orders by 6/30/17. Mailed notice (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.