**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Nicole Harris, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 14 C 4391 |
| | ) |
| City of Chicago, et. al., | ) Judge St. Eve |
| | ) |
| Defendants. | ) |

## DEFENDANTS' EXHIBITS AT DR. RICHARD LEO'S *DAUBERT* HEARING ON MAY 23, 2017

Defendants' Exhibit 1 - Medical Examiner Report (attached)

Defendants' Exhibit 2 – Dr. Scott Denton Deposition (attached)

Defendants' Exhibit 3 – Dr. Brian Peterson Report (attached)

Defendants' Exhibit 4 – Dr. Brian Peterson's Deposition (attached)

/s/ Avi T. Kamionski
Avi T. Kamionski

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent electronic notification of the filing on the same day to all counsel of record.

/s/ Avi T. Kamionski
Avi T. Kamionski

1