OFFICE OF THE MEDICAL EXAMINER
COUNTY OF COOK, ILLINOIS

REPORT OF POSTMORTEM EXAMINATION

THIS CERTIFIED COPY VALID
WHEN MULTICOLOR SIGNATURE
SEAL IS AFFIXED

_CCB_ _11-24-15_
INITIAL     DATE

**NAME** Jaqueri Dancy                    **CASE NO.** 239 of May 2005

**AGE** 4   **RACE** Black   **SEX** Male   **DATE OF DEATH** May 14, 2005

**ADDRESS** 2004 N. Laporte               **DATE EXAMINED** May 15, 2005 (9:00am)

**CITY & STATE** Chicago, Illinois        **EXAMINED BY** J. Scott Denton, M.D.

EXTERNAL EXAMINATION:

The body is received unclothed. Accompanying the body is a hospital gown, blue shorts, a pair of white socks, white briefs, a blue sweatshirt with pink vomit material appearing on the front, and a pair of white tennis shoes. The hooded blue sweatshirt is without a tie string or holes for a tie string. A blue fitted bed sheet with separated portions of elastic bands and white plastic telephone cord are brought to the examination by Detectives of the Chicago Police Department.

The body is that of a well developed and well nourished appearing Black male child, weighing 41 pounds, measuring 3 feet 6 inches tall, and appearing the stated age of 4 years. The skin is cold. Rigor mortis is well developed. Livor mortis is red/purple and blanchable posteriorly.

The scalp is covered by very short, black hair. The eyes are closed. The irides are brown. The ears are unremarkable. The skeleton of the nose is intact. The nares exude serosanguineous fluid. The teeth are natural. The neck is without hypermobility. The chest, abdomen, back, buttocks, and anus are symmetrical and normally developed. The upper and lower extremities are symmetrical and normally developed. The fingernails and toenails are short with a small amount of underlying dirt. The soles of the feet are unremarkable.

IDENTIFYING ITEMS AND MARKS:

1. Around the left ankle is a transportation band, "CPD 1191" with the deceased's name.

2. Around the left wrist is a hospital identification with the deceased's name.

**EXHIBIT**
Harris 962

PL. Nicole Harris ME Subpoena000001

Jaqueri Dancy
#239 May 2005                                           Page  2

IDENTIFYING SCARS, MARKS AND TATTOOS: (Continued)

  3.  On the back of the right elbow is a raised white scar,
      0.4 inch.

  4.  On the right lateral buttock is a white circular scar,
      0.5 inch.

  5.  On the right upper head are four white/tan scars, 0.7
      by 0.1, and 0.3 inch in greatest dimension for the
      remaining three.

EVIDENCE OF MEDICAL THERAPY:

  1.  Needle puncture marks with overlying bandages are in
      both elbow creases.

EVIDENCE OF INJURY:

  1.  Around the neck is a slightly upwards and backwards
      slanting ligature abrasion, more prominent on the left
      side of the head, ranging from 0.1 - 0.2 inch wide.
      The ligature impression shows weave pattern impression
      marks.  The impression starts on the midback of the
      neck, 6.5 inches beneath the top of the head, traveling
      around to the left side of the neck with a red/brown
      abrasion with small parallel vertical cloth-type marks,
      with the impression mark 7.5 inches beneath the top of
      the head at the left ear, then passing onto the
      anterior neck passing just above the thyroid cartilage,
      7.0 inches beneath the top of the head, then fading and
      causing a pale impression between a patterned area of
      petechiae on the right side of the neck, 7.0 inches
      beneath the top of the head beneath the right ear, then
      passing into the back right side of the head and
      completely fading behind the right mastoid process.
      Associated with the ligature impression mark is marked
      florid petechiae of the head and neck above the
      ligature mark, most prominent in the upper eyelids,
      left greater than right, also involving the sclerae and
      conjunctivae of the eyes, inner lower oral mucosa of
      the lips.  Internally, laryngeal petechiae is seen,
      without neck muscle or soft tissue hemorrhages.  The
      ligature impression mark is compared to the stretched
      elastic band from the fitted bed sheet, with the
      pattern consistent.

PL. Nicole Harris ME Subpoena000002

Jaqueri Dancy  
#239 May 2005                                                      Page 3

EVIDENCE OF INJURY: (Continued)

2. There are superficial abraded impression marks of the upper inner oral mucosa, 0.25 and 0.15 inch each.

3. On the right lower back is a red abrasion, 0.15 inch.

4. On the left lateral chest are three curvilinear red/tan abrasions, 0.4, 0.2 and 0.2 inch each.

5. Within the right upper shoulder over the humeral head, is an intramuscular hemorrhage, 2.0 by 1.5 by 0.7 inches.

6. Within the left upper shoulder over the humeral head, is an intramuscular hemorrhage, 1.0 by 0.8 by 0.4 inches.

7. Within the right trapezius muscle in the upper back is an intramuscular hemorrhage, 0.3 by 0.1 inch.

EXAMINATION OF EVIDENCE BROUGHT TO AUTOPSY:

1. Examination of a white straight plastic telephone extension cord is 0.2 by 0.1 and approximately 30 feet long. The cord is unremarkable and does not match the impression on the neck.

2. A blue fitted sheet with 39.0 inch loose elastic portion free from it's stitching is examined. When the elastic band is stretched to its fullest length, it is 6 feet 8 inches long and has a flat width ranging from 0.15 - 0.2 inch. The weave pattern of the elastic bands when stretched matches the patterned impression on the neck.

EVIDENCE OF HEALING INJURY:

1. On the right anterior shin are three brown hard crusted abrasions, 0.05 - 0.1 inch each.

DISPOSITION OF EVIDENCE:

1. All the clothing and a blood card standard are given to a representative from the Chicago Police Department Crime Scene Investigation Unit. A receipt is retained for these items.

PL. Nicole Harris ME Subpoena000003

Jaqueri Dancy  
#239 May 2005                                                            Page 4

INTERNAL EXAMINATION:

BODY CAVITIES: The body is entered by a Y-shaped incision. The head is entered through an intermastoid incision. All organs are within their usual anatomic positions and relationships. No abnormal fluid accumulation is seen in any body cavity.

NECK ORGANS: The anterior muscles of the neck are free of hemorrhage. The cartilages of the larynx and epiglottis are intact. The hyoid bone is intact. The mucosal surfaces show petechiae of the laryngeal mucosa, with the remaining surfaces unremarkable. The tongue is unremarkable.

RESPIRATORY SYSTEM: The right and left lungs weigh 321 grams combined weight. The surfaces are pink showing hyperinflation with mild posterior congestion. Cut sections show hyperinflated pink tissue with mild posterior congestion without infiltrate or fibrosis. The bronchi and pulmonary vasculature are unremarkable.

CARDIOVASCULAR SYSTEM: The heart weighs 80 grams and is normally formed. The pericardium is intact. There is no effusion. There is no petechiae. The epicardial coronary arteries are right dominant without anomaly. The valves of the heart and great vessels are unremarkable. There is no atrial or ventricular dilatation, hypertrophy or endocardial fibroelastosis. The vessels of the heart attach normally to the lungs, arteries and veins. No congenital anomalies are seen. Sections of the myocardium are brown. The aorta is intact without anomaly.

HEPATOBILIARY SYSTEM: The liver weighs 831 grams. The surface is smooth with sharp margins and is dark red/brown. Cut sections show congestion. The gallbladder contains 4 cc of dark green bile without stones.

HEMOLYMPHATIC SYSTEM: The spleen weighs 110 grams. The surface is firm, red/purple and smooth. Cut sections show congestion of the red pulp and unremarkable follicles. There is no adenopathy.

GASTROINTESTINAL SYSTEM: The esophagus is unremarkable. The stomach contains 50 cc of thick brown fluid material with smaller firmer portions. There is no ulceration or hemorrhage. The duodenum, small and large intestine and appendix are unremarkable.

PL. Nicole Harris ME Subpoena000004

Jaqueri Dancy                                                    Page 5
#239 May 2005

INTERNAL EXAMINATION: (Continued)

GENITOURINARY SYSTEM: The right and left kidneys weigh 67 grams combined weight. The surfaces are red/brown and smooth. Cut sections show congestion. The renal pelves, ureters and urinary bladder are unremarkable. 2 cc of amber urine is seen. The mucosa is unremarkable. The bladder and prostate are unremarkable on examination.

ENDOCRINE SYSTEM: Examination of the thyroid, pituitary, pancreas, and adrenal glands are unremarkable.

MUSCULOSKELETAL SYSTEM: The general musculature is brown. Filleting of the body is performed after the usual examination. No dislocation or fracture of the neck is seen. No healed or acute fractures are seen.

CENTRAL NERVOUS SYSTEM: The brain weighs 1310 grams. The scalp is without laceration or hematoma. There is no subgaleal hemorrhage, although there are moderate subgaleal petechiae. The skull is intact without fracture. The leptomeninges and spinal fluid are clear. There is no epidural, subdural or subarachnoid hemorrhage. The surfaces of the brain are symmetrical and normally developed with moderate expansion and flattening of the cerebral gyri without herniation. Serial sections of the cerebrum, cerebellum and brain stem show edema without focal areas of pathologic change. The vessels at the base of the brain, cervical spinal cord viewed in the Foramen Magnum, and internal palpation of the neck are without abnormality or dislocation.

SPECIAL STUDIES:

1. Vitreous humor, blood, bile, urine, liver, spleen, kidney, brain tissues and gastric contents are submitted for toxicologic analysis.

2. Tissue biopsies are submitted in a formalin stock bottle.

3. Total body radiographs are taken and reviewed without occult fracture or neck fracture identified.

PL. Nicole Harris ME Subpoena000005

Jaqueri Dancy
#239 May 2005                                                    Page   6

SUMMARY DIAGNOSES:

1. Hanging with slightly backwards and upwards patterned ligature impression mark.

2. Florid petechiae of the upper neck, face and mucosal surfaces above the ligature impression.

3. Superficial abrasions of the inner oral mucosa.

4. Petechial hemorrhages of the laryngeal mucosa and subgaleal scalp internally.

5. Cerebral edema.

6. Hyperinflation of the lungs.

OPINION:

After consideration of the circumstances surrounding his death, review of available police investigation reports, after postmortem examination with ancillary studies, and after reconsideration after additional police investigation reports and a reported confession is reviewed, the death of this 4 year old Black male, JAQUERI DANCY, is due to Strangulation.

MANNER OF DEATH: Homicide.

_____
J. SCOTT DENTON, M.D.
Assistant Medical Examiner

July 8, 2005

JSD:la

PL. Nicole Harris ME Subpoena000006