**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| NICOLE HARRIS, | ) | | |
| | ) | | |
| Plaintiff, | ) | No. 14 C 04391 | |
| | ) | | |
| vs. | ) | | |
| | ) | | |
| CITY OF CHICAGO, et al., | ) | The Honorable Amy J. St. Eve | |
| | ) | | |
| Defendants. | ) | | |

**PRE-TRIAL ORDER SCHEDULE D**

**<u>DEFENDANTS' REVISED WITNESSES LIST</u>**

A. Defendants' Witnesses Who Will Be Called:

| | |
|---|---|
| 1. | Dinajia Arnold (via video deposition designations) |
| 2. | Demosthenes Balodimas |
| 3. | Robert Bartik |
| 4. | Paul Cassell |
| 5. | Robert Cordaro |
| 6. | John Day |
| 7. | Andrea Grogan |
| 8. | James Kelly |
| 9. | Michael Landando |
| 10. | Anthony Noradin |
| 11. | Lawrence O'Reilly |
| 12. | John Palmatier |
| 13. | Dr. Brian Peterson |
| 14. | Randall Wo |

B. Defendants' May Call Witness List:

| | |
|---|---|
| 1. | Diante Dancy |
| 2. | Kimberly Dancy |
| 3. | Sta-von Dancy |
| 4. | Sta-von Dancy, Jr. |
| 5. | Deanna Dawson |
| 6. | Dr. Scott Denton |
| 7. | Brian Donahue |

| 8. | Nicole Harris |
|----|---------------|
| 9. | John Korba |
| 10. | Thomas Lampa |
| 11. | Alexandra Levi |
| 13. | Hector Lopez |
| 14. | Joseph Magats |
| 15. | Forensic Investigator G. Poradzisz |
| 16. | Forensic Investigator Principato |
| 17. | Roberta Shanahan |
| 18. | John Summerville |

Respectfully submitted,


/s/ Andrew M. Hale
One of the Attorneys for Defendant Officers


Andrew M. Hale
Matthew Hurd
Scott Jebson
Jennifer Bitoy
HALE LAW LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL  60604
(312) 341-9646

## CERTIFICATE OF SERVICE

I, Andrew M. Hale, an attorney, hereby certify that on September 26, 2017, I electronically filed the foregoing document with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all counsel of record.

/s/ *Andrew M. Hale*