IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 14 C 04391 |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | The Honorable Amy J. St. Eve |
| | ) | |
| Defendants. | ) | |

## INDIVIDUAL DEFENDANTS' POSITION ON INTERIM STATEMENTS AT TRIAL

1. This Honorable Court requested the parties to meet and discuss whether they want to give interim statements during trial.

2. The parties have met and conferred regarding this matter. The Defendants would like to give interim statements during trial. The Plaintiff has conveyed to Defendants that she is opposed to interim statements. Defendants maintain that interim statements would be beneficial to the jury and request that interim statements be allowed.

Respectfully submitted,

*/s/ Scott Jebson*
One of the Attorneys for Defendant Officers

Andrew M. Hale
Matthew Hurd
Scott Jebson
Jennifer Bitoy
HALE LAW LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL 60604
(312) 341-9646

**CERTIFICATE OF SERVICE**

I, Scott Jebson, an attorney, hereby certify that on September 26, 2017, I electronically filed this document with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all counsel of record.

/s/ *Scott Jebson*