IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE HARRIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 14-cv-4391 |
| | ) | Judge Amy St. Eve |
| CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Pre-Trial order Schedule D**

**Plaintiff's Revised Witnesses List**

A.    Plaintiff's Witnesses Who Will Be Called

| No. | Witness |
|---|---|
| 1 | Nicole Harris |
| 2 | Diante Dancy |
| 3 | Sta-von Dancy |
| 4 | Dr. Robert Galatzer-Levy |
| 5 | Charles Honts |
| 6 | Dr. Richard Leo |
| 7 | Gregg McCrary |
| 8 | Dr. Ryan Stevens |
| 9 | Defendant Robert Bartik |
| 10 | Defendant James Kelly |
| 11 | Defendant Michael Landando |
| 12 | Defendant Anthony Noradin |
| 13 | Defendant Randall Wo |

B.      Plaintiff's May Call Witness List

| No. | Witness |
|---|---|
| 1. | Wanda Harris |
| 2. | Lawrence Carver |
| 3. | Defendant Demontheses Balodimas |
| 4. | Defendant Robert Cordaro |
| 5. | Defendant John Day |
| 6. | Alexandera Levi |
| 7. | Dinaja Arnold *via* video |
| 8. | Melvin Arnold *via* deposition transcript |
| 9. | Dr. Scott Denton |
| 10. | Dr. Gary Kanuik |
| 11. | Karen Wilson |

Respectfully submitted,

/s/ Joey L. Mogul
One of Nicole Harris' Attorneys

Janine L. Hoft, Joey L. Mogul, Jan Susler
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070

Nicole N. Auerbach, Stuart J. Chanen
Valorem Law Group
218 N. Jefferson Street, Suite 300
Chicago, IL 60661
(312) 676-5460

J. Samuel Tenenbaum

Bluhm Legal Clinic
Northwestern University School of Law
357 E. Chicago Ave.
Chicago, IL 60611
(312) 503-4808