IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICOLE HARRIS, ) | |
| ) | |
| Plaintiff, ) | No. 14 C 04391 |
| ) | |
| vs. ) | |
| ) | |
| CITY OF CHICAGO, et al., ) | The Honorable Amy J. St. Eve |
| ) | |
| Defendants. ) | |

**Pre-Trial Order Schedule D**

**Defendants' Revised Witnesses List**

A. Defendants' Witnesses Who Will Be Called:

| 1. | Dinajia Arnold (via video deposition designations) |
|---|---|
| 2. | Demosthenes Balodimas |
| 3. | Robert Bartik |
| 4. | Paul Cassell |
| 5. | Robert Cordaro |
| 6. | John Day |
| 7. | Andrea Grogan |
| 8. | James Kelly |
| 9. | Michael Landando |
| 10. | Anthony Noradin |
| 11. | Lawrence O'Reilly |
| 12. | John Palmatier |
| 13. | Dr. Brian Peterson |
| 14. | Randall Wo |

B. Defendants' May Call Witness List:

| 1. | Jill Counts |
|---|---|
| 2. | Diante Dancy (via video deposition designations) |
| 3. | Kimberly Dancy |
| 4. | Sta-von Dancy |
| 5. | Sta-von Dancy, Jr. |
| 6. | Deanna Dawson |
| 7. | Dr. Scott Denton |

| 8.  | Brian Donahue |
|-----|---------------|
| 9.  | Bruce Frumkin (fact witness only) |
| 10. | John Fuller |
| 11. | Dr. Robert Galatzer-Levy (fact witness only) |
| 12. | Nicole Harris |
| 13. | John Korba |
| 14. | Thomas Lampa |
| 15. | Alexandra Levi |
| 16. | Hector Lopez |
| 17. | Joseph Magats |
| 18. | Brian O'Shea |
| 19. | Scott Peterson |
| 20. | Forensic Investigator G. Poradzisz |
| 21. | Forensic Investigator Daniel Principato |
| 22. | Roberta Shanahan |
| 23. | John Summerville |
| 24. | Karen Wilson |

Respectfully submitted,

*/s/ Andrew M. Hale*
One of the Attorneys for Defendant Officers

Andrew M. Hale
Scott Jebson
Jennifer Bitoy
HALE LAW LLC
53 W. Jackson Blvd., Suite 330
Chicago, IL  60604
(312) 341-9646

## **CERTIFICATE OF SERVICE**

I, Andrew M. Hale, an attorney, hereby certify that on October 16, 2017, I electronically filed the foregoing document with the Court's CM/ECF system, which simultaneously sent an electronic copy of the same to all counsel of record.

/s/ *Andrew M. Hale*