Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NICOLE HARRIS,                        )
                                      )
            Plaintiff,                )
                                      )
      vs.                             ) No. 1:14 CV 04391
                                      )
CITY OF CHICAGO, Chicago Police       )
Officers ROBERT BARTIK, #3078;        )
DEMOSTHENES BALODIMAS, #21204;   )
ROBERT CORDARO, #20680; JOHN J.   )
DAY, #20926; JAMES M. KELLY,          )
#21121; MICHAEL LANDANO, #20417;  )
ANTHONY NORADIN, #21252; and      )
RANDAL WO, #20232; Assistant          )
Cook County State's Attorneys         )
ANDREA GROGAN and LAWRENCE     )
O'REILLY; and the COUNTY OF COOK, )
                                      )
            Defendants.               )

      The videotaped deposition of DIANTE DANCY,
called by the Defendants for examination, pursuant to
notice and pursuant to the Federal Rules of Civil
Procedure for the United States District Courts
pertaining to the taking of depositions, taken before
Suzan A. Guslano, Certified Shorthand Reporter and
Registered Professional Reporter, at 53 West Jackson
Boulevard, Suite 330, Chicago, Illinois, commencing at
10:05 a.m. on January 18th, 2016.

---

**Page 2**

APPEARANCES:
      PEOPLE'S LAW OFFICE
      MS. JANIS M. SUSLER
      1180 North Milwaukee Avenue
      3rd Floor
      Chicago, Illinois 60642
      Phone: 773.235.0070
      E-mail: jsusler@gmail.com
      On behalf of the Plaintiff and Deponent
      Diante Dancy.

      GREENBERG TRAURIG, LLP
      MR. KYLE L. FLYNN
      77 West Wacker Drive
      Suite 3100
      Chicago, Illinois 60601
      Phone: 312.456.8400
      E-mail: flynnk@gtlaw.com

      On behalf of the City of Chicago;

      HALE LAW, LLC
      MR. ANDREW M. HALE
      MR. SHNEUR Z. NATHAN
      53 West Jackson Boulevard
      Suite 330
      Chicago, Illinois 60604
      Phone: 312.870.6926
      E-mail: ahale@shalelaw.com
      E-mail: snathan@shalelaw.com
      On behalf of the Defendants Chicago Police
      Officers Robert Bartik, #3078; Demosthenes
      Balodimas, #21204; Robert Cordaro, #20680;
      John J. Day, #20926; James M. Kelly, #21121;
      Michael Landano, #20417; Anthony Noradin,
      #21252; and Randall Wo, #20232.

ALSO PRESENT: Mr. Jon Beile, (Video Instanter)
              * * * * * *

---

**Page 3**

I N D E X

WITNESS                              PAGE

DIANTE DANCY

      Examination by Mr. Nathan ................. 5

E X H I B I T S

DIANTE DANCY DEPOSITION EXHIBIT       PAGE

      No. 126A ...................... 43

      No. 126B ...................... 43

      No. 126C ...................... 44

      No. 125 ....................... 57

PREVIOUSLY MARKED EXHIBITS

      Exhibit 66A ..................... 79

      Exhibit 81 ..................... 119

      (Exhibits retained by Ms. Susler.)

- π initial designations
- Δ counter design.
- π rebuttal
- Δ counter-rebuttal

---

**Page 4**

      THE VIDEOGRAPHER: For the record, my name is Jon
Beile of Video Instanter. I'm the video recording
device operator for this deposition. Our business
address is 134 North LaSalle Street, Suite 1400,
Chicago, Illinois 60602.

      This deposition is being video recorded
pursuant to the Federal Rules of Civil Procedure, and
all other applicable rules.

      We are at 53 West Jackson Boulevard in
Chicago, Illinois, to take the video recorded
deposition of Diante Dancy in the matter of Nicole
Harris v. City of Chicago, et al., case
No. 14 CV 04391, in the United States District Court
for the Northern District Of Illinois, Eastern
Division.

      Today's date is January 18th, 2016, and the
time is approximately 10:10 a.m.

      Would the attorneys present please introduce
themselves for the record?

      MS. SUSLER: I'm Jan Susler. I'm the attorney
for the plaintiff, Nicole Harris, and I'm also here
representing Diante Dancy.

      MR. NATHAN: My name is Shneur Nathan. I
represent the defendant police officers in the case.

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 5**

1 MR. HALE: Andy Hale for the police officer
2 defendants.
3 MR. FLYNN: Kyle Flynn on behalf of the City of
4 Chicago.
5 THE VIDEOGRAPHER: Will the court reporter please
6 swear in the witness?
7 (Witness sworn.)
8 DIANTE DANCY,
9 called as a witness herein, having been first duly
10 sworn, was examined and testified as follows:
11 EXAMINATION
12 BY MR. NATHAN:
13 Q. Good morning.
14 A. Good morning.
15 Q. Can you please state and spell your name
16 just for the record?
17 A. Diante, D-I-A-N-T-E, Dancy, D-A-N-C-Y.
18 Q. And how old are you?
19 A. Sixteen.
20 Q. And what's your date of birth?
21 A. August 3rd, 1999.
22 Q. Are you represented by an attorney today?
23 A. Yes.
24 Q. And who is that?

**Page 6**

1 A. Miss Susler.
2 Q. Miss Susler?
3 A. Yes.
4 Q. Before we get into the substance, I just
5 want to go through some of the basic rules and
6 procedures of how this deposition works --
7 A. Okay.
8 Q. -- and it will go smoothly, hopefully.
9 As you see, there's a court reporter taking
10 down everything that's being said. Because of that,
11 we need to keep in mind that what's going to happen
12 ultimately, is there will be a written transcript with
13 questions and answers. In order for that to work out,
14 we need to give verbal responses to all the questions.
15 Okay?
16 A. Okay.
17 Q. So even though there's also a video here,
18 just pretend almost as if the video is not here. The
19 written transcript is not going to take down nods of
20 the head and things like "unh-unh" and "nuh-uh,"
21 things of that nature. Okay?
22 A. Okay.
23 Q. It's also important for us to not speak over
24 one another. It's usually the biggest problem when

**Page 7**

1 attorneys sometimes speak over each other, but in
2 ordinary speech and ordinary conversation, sometimes
3 it's even polite for you to anticipate what my
4 question is actually going to be and you just figure,
5 okay, I can get this over with by answering the
6 question; but I'm going to ask you to resist that
7 temptation. Just let me get out my complete question
8 before you begin to give your answer. Okay?
9 A. Okay.
10 Q. By the same token, I'll try to make sure
11 that I allow you to give a complete answer before I
12 ask the next question. Sound good?
13 A. Yes.
14 Q. My questions aren't always perfectly clear.
15 If at any point in time you don't understand a
16 question that I ask, I want you to tell me that.
17 Okay?
18 A. Okay.
19 Q. If you don't tell me that you don't
20 understand the question, then I'll assume you do
21 understand the question. Is that fair?
22 A. Yes.
23 Q. In the event that you need to take a break,
24 get some water -- You have water right there, but if

**Page 8**

1 you need some more, just let us know. And as long as
2 you answer the question that I've asked, it's totally
3 fine to take a break. Okay?
4 A. Okay.
5 Q. This is something that I ask, you know, at
6 almost every deposition, if I remember. Is there
7 anything that is going to prevent you from testifying
8 fully, truthfully, and accurately today, such as any
9 lack of sleep, medication, or anything of that nature?
10 A. No.
11 Q. Okay. What did you do to prepare for this
12 deposition?
13 A. I talked to my lawyer.
14 Q. When was that?
15 A. One time in December, twice this month.
16 Q. Okay. Where did the meeting happen in
17 December?
18 A. My house.
19 Q. And where was that?
20 A. In the kitchen in my house.
21 Q. Where is your house?
22 A. 61st East Ingleside.
23 Q. How do you spell "Ingleside"?
24 A. I-N-G-E-L-S-I-D-E [sic].

2 (Pages 5 to 8)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 9

1  Q. Did you ever live on Drexel?
2  A. Yes, with my mother.
3  Q. Okay. Where is that?
4  A. 51st and Drexel.
5  Q. When did you move to 61 East Ingleside?
6  A. I don't remember.
7  MS. SUSLER: Objection. He didn't say he lived
8  at 61 East Ingleside. He said he lived at 61st and
9  Ingleside.
10  MR. NATHAN: Okay. Thank you for the
11  clarification actually.
12  BY MR. NATHAN:
13  Q. What's your address at Ingleside?
14  A. 6103 East Ingleside.
15  Q. And who do you live with 6103 East
16  Ingleside?
17  A. My mother.
18  Q. Okay. So do you remember when in December
19  this meeting was with your lawyer?
20  A. No, I don't.
21  Q. Before or after Christmas?
22  A. Before.
23  Q. Was anyone else present during this meeting?
24  A. Yes.

Page 10

1  Q. Who?
2  A. My mother, her boyfriend, and another
3  lawyer.
4  Q. What's your mother's boyfriend's name?
5  A. Anthony.
6  Q. And his last name?
7  A. Perry.
8  Q. Does he live at 6103 East Ingleside as well?
9  A. No.
10  Q. What was the name of the other lawyer who
11  was present during the December meeting?
12  A. I don't remember her name.
13  Q. Was that Joey Mogul?
14  A. Yes.
15  Q. How long was that meeting?
16  A. I can't say for exact sure but about an
17  hour.
18  Q. And were all the individuals that you just
19  mentioned present at the December meeting the entire
20  time?
21  A. Yes.
22  Q. At that meeting did you review any documents
23  or any other types of materials?
24  A. No.

Page 11

1  Q. What did you discuss at that meeting?
2  MS. SUSLER: Objection. I think you need to ask
3  a few more foundational questions because of the
4  attorney-client privilege. I would suggest that you
5  ask whether the people who were present in the
6  apartment were present during our attorney-client
7  meeting.
8  MR. NATHAN: Yeah, I asked that question already.
9  MS. SUSLER: All right. Well...
10  MR. NATHAN: And he said that Mr. Perry was
11  present for the entire time.
12  MS. SUSLER: All right. Maybe you should ask it
13  again --
14  MR. NATHAN: Okay.
15  MS. SUSLER: -- because there's an
16  attorney-client privilege.
17  BY MR. NATHAN:
18  Q. Do you want to change an answer that you
19  gave me before?
20  A. To make it clear, me and my lawyer was in
21  the kitchen. Mom -- my mother and her lawyer was in
22  the living room. Anthony was in the room -- my
23  mother's room -- if that's clear.
24  Q. So -- when you met with -- strike that.

Page 12

1  I'm just trying to understand -- understand,
2  because before you said that you had an hour-long
3  meeting with Miss Susler, Joey Mogul, your mom, and
4  Anthony Perry.
5  MS. SUSLER: Objection. That misstates his
6  testimony.
7  BY MR. NATHAN:
8  Q. That's what you said before; right?
9  MS. SUSLER: Same objections.
10  BY MR. NATHAN:
11  Q. You can answer.
12  A. Yes.
13  Q. And you said that meeting happened in
14  the kitchen; right?
15  A. Yes.
16  Q. So was there a point in time when some of
17  those people left the room?
18  A. No. Like I said before, me and my lawyer
19  was in the kitchen -- a different room from my mother
20  and Joey. They was having their own meeting. We was
21  having our own meeting. Anthony was just in the room
22  doing whatever he was doing.
23  Q. And where was Anthony?
24  A. My mother's room.

3 (Pages 9 to 12)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

## Page 13

1    Q. And where was your mother sitting with Joey
2    and Anthony?
3    MS. SUSLER: Objection. Vague and confusing.
4    MR. NATHAN: I'm sorry?
5    BY THE WITNESS:
6    A. Can you restate that?
7    Q. Sure. Where was your mother sitting with
8    Joey Mogul and Anthony?
9    A. Anthony wasn't with them. Anthony was by
10    his self. My mother and Joey was in the living room.
11    Q. So where was Anthony during the time that
12    you were meeting with Jan and your mother was meeting
13    with Joey?
14    MS. SUSLER: Objection. Asked and answered.
15    BY THE WITNESS:
16    A. He was in my mother's room.
17    Q. Which room?
18    A. It's next to the kitchen.
19    Q. Okay. Is it some kind of a bedroom?
20    A. Yeah, bedroom.
21    Q. I see. So you said during this December
22    meeting in your kitchen at Ingleside, you did not
23    review any documents, audio transcripts, anything like
24    that?

## Page 14

1    A. No.
2    Q. Okay. I neglected to say this before during
3    the introductory matters section. As you saw,
4    sometimes in the deposition an attorney may have an
5    objection. You will also notice there is no judge or
6    jury in the room; right?
7    A. Yes.
8    Q. Because there is no judge, we are not going
9    to get a ruling on the objection. So despite the fact
10    that an attorney makes an objection, you go ahead and
11    answer the question anyway.
12    A. Okay.
13    MS. SUSLER: Unless I instruct you not to.
14    THE WITNESS: All right.
15    MR. NATHAN: That's true.
16    MR. HALE: Are you getting enough light there?
17    We have motion sensors. We can change that if you
18    need. Okay.
19    BY MR. NATHAN:
20    Q. You said you met with lawyers two other
21    times in order to prepare for the deposition; right?
22    A. Yes.
23    MS. SUSLER: Objection. Misstates his testimony.
24    BY MR. NATHAN:

## Page 15

1    Q. Did I misstate something?
2    A. No.
3    Q. Okay. And those other two times were this
4    month?
5    A. Yes.
6    Q. And when was -- when were those meetings?
7    A. The 16th and a week before.
8    Q. Okay. Let's start with the 16th because
9    it's the most recent. Where did that happen?
10    A. In the living room.
11    Q. Also at Ingleside?
12    A. Yes.
13    Q. Who was present?
14    A. Just me and my lawyer.
15    Q. Which lawyer?
16    A. Jan.
17    Q. How long was that meeting?
18    A. About three hours.
19    Q. At this meeting did you review any
20    documents?
21    A. Yes.
22    Q. Where was your mom during this meeting?
23    A. (Inaudible.)
24    THE REPORTER: I'm sorry. Could you repeat that?

## Page 16

1    A. (Inaudible.)
2    MS. SUSLER: She left out.
3    BY MR. NATHAN:
4    Q. Was she present during any of the meeting?
5    A. No.
6    Q. Did she first introduce you to your lawyers
7    before she left out of the house?
8    A. Yes.
9    Q. Did she sit there with you and your lawyer
10    for any amount of time --
11    A. No.
12    Q. Was anyone else in the house during this
13    meeting?
14    A. No.
15    Q. Okay. You said you reviewed materials
16    during this January 16th meeting; correct?
17    A. Yes.
18    Q. What materials did you review?
19    A. Documents from the judge, the interview with
20    the other doctor, and I think that's it.
21    Q. Did you review any police reports?
22    A. No.
23    Q. Did you review any handwritten notes?
24    A. No.

4 (Pages 13 to 16)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 17

1   Q. Did you review any medical records?
2   A. No.
3   Q. Did you review any videos?
4   A. No.
5   Q. Did you review any audio?
6   A. No.
7   Q. Was there any -- Strike that.
8   During the meeting which I'll call the
9 middle meeting, the one you said you had a week before
10 your January 16th meeting, where was that?
11   A. In our kitchen, same apartment.
12   Q. Who was present?
13   A. My mother, Anthony -- they didn't come in
14 till later -- but my mother, Anthony, Jan, me, and my
15 friend Brian.
16   Q. How long was this meeting?
17   A. About two hours.
18   Q. And where did this meeting take place?
19   A. In our kitchen.
20   Q. Did you guys have a meal?
21   A. No.
22   Q. During this two hours that you were meeting
23 with your lawyers, was your mom in the kitchen with
24 you the whole time?

Page 18

1   A. No.
2   Q. How much of the time was your mom in the
3 kitchen with you?
4   A. Only for a couple minutes.
5   Q. Was that at the beginning, middle, or the
6 end?
7   A. The end.
8   Q. The end?
9   A. Yes.
10   Q. During this two-hour meeting, was Anthony
11 Perry in the kitchen with you?
12   A. Yes.
13   Q. Was he in the kitchen with you the whole
14 time?
15   A. No.
16   Q. At what point in time was he in there with
17 you?
18   A. (Inaudible.)
19   THE REPORTER: I'm sorry?
20   BY THE WITNESS:
21   A. The end.
22   Q. And during this two hours when you were
23 meeting with your lawyer in the kitchen, was your
24 friend, Brian, in there with you the whole time?

Page 19

1   A. No.
2   Q. When was he in there with you?
3   A. Never.
4   Q. So why did you say he was there?
5   A. He was in the house --
6   MS. SUSLER: Objection to the form of your
7 question. It's argumentative. Go ahead.
8   BY THE WITNESS:
9   A. He was in the household. He wasn't in the
10 kitchen with us.
11   Q. And where was he in the house?
12   A. My room.
13   Q. What's Brian's last name?
14   A. Lewis.
15   q. Is he your best friend?
16   A. You could say that, yes.
17   Q. Was Brian Lewis ever in the room with you
18 during any discussions that you had about this case?
19   A. No.
20   Q. Have you ever talked about this case with
21 Brian Lewis?
22   A. Yes.
23   Q. On how many different occasions?
24   A. Just once.

Page 20

1   Q. When was that?
2   A. The first time Jan came.
3   Q. So the first time --
4   A. Excuse me. Not the first time, the second
5 time, when he was in the household.
6   Q. And what did you tell him?
7   A. I can't remember exactly, but I just told
8 him I'm meeting with the lawyer about a deposition
9 that's happening on the 19th.
10   Q. Did he ask you what the deposition was
11 about?
12   A. No.
13   Q. Did you tell him what the deposition was
14 about?
15   A. Yes.
16   Q. What did you tell him?
17   A. I told him it was about what happened a
18 couple years ago with my little brother.
19   Q. Had you discussed that subject with him
20 before?
21   A. Yes.
22   Q. What did you tell him about that?
23   A. I just told him about what happened years
24 ago, the incident between my brother and how he died.

5 (Pages 17 to 20)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 21

1  Q. So let me ask you this: Do you have a
2  memory about the day that Jaquari died?
3  A. Not very much, no.
4  Q. When you say "not very much," what do you
5  mean?
6  A. The only thing I remember is him with the
7  string around his neck. And then after that I woke
8  up, nobody in the house.
9  Q. You're saying you actually have a memory in
10 your head of him with the string around his neck?
11 A. Yes.
12 Q. So how many times have you talked to Brian
13 Lewis about what happened to your little brother?
14 A. I don't remember.
15 Q. Was it numerous times?
16 A. No.
17 Q. Do you have any kind of estimate of how many
18 times you talked to him about that?
19 MS. SUSLER: Objection. Asked and answered.
20 BY THE WITNESS:
21 A. Probably twice.
22 Q. When was the last time that you talked to
23 him about it? Just during -- just during January,
24 that meeting you talked about earlier?

Page 22

1  A. Yes.
2  Q. And what was the other time that sticks out
3  in your head?
4  A. I don't remember. Probably when we first
5  started being close.
6  Q. And how old were you?
7  A. Fifteen.
8  Q. How did you come to meet Mr. Lewis?
9  A. School.
10 Q. Did you just change schools and that's how
11 you became friends?
12 A. No. When I first went to high school, he
13 was in my advisory.
14 Q. And which high school was that?
15 A. Johnson College Prep.
16 Q. Are you still at Johnson?
17 A. Yes.
18 Q. And what year are you in?
19 A. Junior.
20 Q. You said he's in your advisory?
21 A. Yes.
22 Q. What is that?
23 A. It's like -- I want to say a classroom where
24 your own teacher who just looks after your grades, GPA

Page 23

1  and all of that.
2  Q. And how big is the group or the advisory?
3  A. Not that big.
4  Q. Like, how many kids are in your advisory?
5  A. I can't give you an exact estimate, but
6  probably eight.
7  Q. And are these kids people that you've been
8  in the same advisory with since you were a freshman?
9  A. Yes.
10 Q. So when you first started getting close with
11 Mr. Lewis, what did you tell him about what happened
12 with your little brother?
13 A. I don't remember exactly, but for sure I
14 know I told him about what happened when I was five
15 years old.
16 Q. Did you tell him exactly what you saw?
17 A. No.
18 Q. When you say you told him about what
19 happened when you were five years old, what did you
20 tell him?
21 A. I don't remember exactly what I told him.
22 Q. Did you tell him that your mom was in prison
23 at the time?
24 A. Yes.

Page 24

1  Q. What did you tell him about that?
2  A. I don't remember.
3  Q. Did you tell him about -- strike that.
4  Did you tell him that you were sleeping when
5  Jaquari died?
6  A. No.
7  Q. Do you remember anything else that you told
8  him during that first discussion that you had with him
9  about what happened to your little brother?
10 A. No.
11 Q. All right. So now going to the conversation
12 you had with Brian Lewis in January. What did you
13 tell him then?
14 A. I told him that when she was coming to meet
15 with me, I told him that I'm getting ready for a
16 deposition today about what happened when my -- a
17 couple years ago.
18 Q. And did you actually tell him about whatever
19 you remember from that day?
20 A. No.
21 Q. Did he ask you?
22 A. No.
23 Q. In January when you were talking to Brian
24 about this case, did you tell him anything else that

6 (Pages 21 to 24)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

---

**Page 25**

1  you haven't already told me?
2  A. No.
3  Q. So when you first talked to Brian Lewis
4  about this case and you had just met him, you told him
5  that your mom was in prison; right?
6  A. Mm-hmm.
7  Q. "Yes"?
8  A. Yes.
9  Q. Just reminding you so we don't get into a
10  habit.
11  A. Okay.
12  Q. And you told him that you -- you said you
13  told him that you actually saw what happened; right?
14  A. Yes.
15  Q. Did you tell him at all about -- well, did
16  he ask you, did your mom do it?
17  A. No.
18  Q. Did you tell him anything about that?
19  MS. SUSLER: Objection. Form. Vague.
20  BY THE WITNESS:
21  A. Can you explain that?
22  Q. Did you tell him anything about your
23  thoughts about whether your mom killed Jaquari?
24  A. No.

---

**Page 26**

1  Q. And why not?
2  A. It's just a personal matter I should keep to
3  myself.
4  Q. At that point in time, did you have any
5  thoughts about that topic?
6  MS. SUSLER: Objection. Form. Vague.
7  BY THE WITNESS:
8  A. I did.
9  Q. What were your thoughts at the time?
10  A. At first I wasn't sure but, you know, rumors
11  spread around quick. So some family members thought
12  she did do it; some she didn't. I just stuck with, I
13  don't know for sure.
14  Q. At what point -- is that still your mind-set
15  today?
16  A. No.
17  Q. Okay. What's your mind-set today about
18  that?
19  A. I don't think she did it.
20  Q. When did that mind-set change from you stuck
21  with, I don't know for sure if she did it to I don't
22  think she did it?
23  A. Probably one of them days when I just stuck
24  by myself and thought a lot, and I just think about

---

**Page 27**

1  what I remember. And as I think about what I
2  remember, it comes to mind that she didn't do it.
3  Q. How old were you when you changed your
4  mind-set?
5  A. Don't know.
6  Q. Are we talking about when you're still like
7  five or six or seven?
8  A. No, around 15 or 14.
9  Q. Was this before or after she was released
10  from prison that your mind-set changed?
11  A. Before.
12  Q. How much before? Like a year before or
13  less?
14  A. Less.
15  Q. Did you meet with any lawyers who discussed
16  with you during that time period whether they thought
17  she had committed this crime?
18  MS. SUSLER: Objection. Form. Vague. What do
19  you mean by "that time period"?
20  THE WITNESS: Yes.
21  BY MR. NATHAN:
22  Q. You said yes?
23  A. No. Can you explain that again?
24  Q. You said when you were 14 or 15 your

---

**Page 28**

1  mind-set changed from I don't know for sure if she did
2  or didn't do it to I don't think she did it; right?
3  A. Yes.
4  Q. During that time period when you're 15 or
5  14, did you meet with any of your mom's lawyers?
6  A. Yes.
7  Q. And who did you meet with during that time
8  period?
9  A. Ali.
10  Q. Ali?
11  A. Yes.
12  Q. Is that a first name?
13  A. Yes.
14  Q. What's the last name?
15  A. I don't know.
16  Q. Do you remember what law firm Ali was with?
17  A. No.
18  Q. How many times did you meet with Ali?
19  A. Around that time or overall?
20  Q. Let's start with when you were 15 or 14
21  during that time when you changed mind-sets.
22  A. Once.
23  Q. Once? Where did you meet with her?
24  A. At my grandma house in the living room.

7 (Pages 25 to 28)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 29**

1    Q. Was anyone else present?

2    A. Yes.

3    Q. Who was there?

4    A. Either my dad or my grandma -- I don't know

5 for sure -- and two other lawyers.

6    Q. Do you know their names, those other

7 lawyers?

8    A. No.

9    Q. Were they male or female?

10    A. One male, one female.

11    Q. Is Ali a male or female?

12    A. Female.

13    Q. Can you describe her at all?

14    A. Blond hair, a little pale, and that's it.

15    Q. Is Ali's name Allison Flaum?

16    A. I don't know.

17    Q. Did you meet with Ali on any other

18 occasions?

19    A. Yes, before.

20    Q. Before we do that, at that point in time --

21 well, let me back up.

22     Allison -- Allison or Ali was not your

23 lawyer; right?

24    A. No.

**Page 30**

1    MS. SUSLER: Objection. Form. He said he didn't

2 know if Ali was Allison. So if you --

3    MR. NATHAN: Okay. You're right.

4    MS. SUSLER: -- can just put them in the same

5 question. It's confusing and misrepresented --

6    MR. NATHAN: So let me -- let me -- let me

7 rephrase that.

8    BY MR. NATHAN:

9    Q. This woman you're referring to as Ali, you

10 didn't -- she wasn't your lawyer; right?

11    A. No.

12    Q. Okay. So what did she say to you during

13 this meeting?

14    A. I don't remember.

15    MS. SUSLER: Objection. Form. Which meeting are

16 we talking about?

17    MR. NATHAN: The one meeting he referred to when

18 he was around 15 or 14.

19    MS. SUSLER: I just want to be clear for the

20 record.

21    BY MR. NATHAN:

22    Q. That's the meeting we're talking about,

23 Okay?

24    A. Okay.

**Page 31**

1    Q. So my question now -- I'll ask it again --

2 is, what did she talk to you about?

3    A. I don't remember.

4    Q. Okay. So how many other times did you meet

5 with this lawyer named Ali?

6    A. Plenty of times.

7    Q. When you say "plenty of times," are we

8 talking about 20 times, 10 times?

9    A. Not 20, around 10.

10    Q. When did you first meet with Ali?

11    A. I don't remember.

12    Q. How old were you about?

13    A. Young. Around six, seven.

14    Q. You said that you met with Attorney Ali when

15 you were around 14 or 15 one time; right?

16    A. Yes.

17    Q. What was the time closest to that, that you

18 met with her?

19    A. I don't remember.

20    Q. Are we talking about like when you're 13,

21 12?

22    A. Don't remember.

23    Q. Are we talking about which you're closer to

24 six or seven?

**Page 32**

1    A. Not sure, I don't remember.

2    Q. How many times did you meet with Attorney

3 Ali when you were around six or seven?

4    A. I don't remember.

5    Q. When you had these about 10 meetings with

6 Ali, were they concentrated in one time period or were

7 they spread out throughout the year, since you were

8 six or seven?

9    MS. SUSLER: Objection. Form. Vague. But you

10 can answer.

11    BY THE WITNESS:

12    A. Can you explain that?

13    Q. I'll try. You said you don't remember

14 exactly when you met with Attorney Ali these about 10

15 times or plenty of times; right?

16    A. Yes.

17    Q. I'm trying to understand if the meetings

18 were mostly concentrated during a single period of

19 time or if it was just throughout your time period --

20 throughout your life -- you'd randomly meet with her?

21    A. Throughout my life randomly.

22    Q. Do you remember if your dad was present

23 during all of these meetings with her?

24    A. No.

8 (Pages 29 to 32)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

## Page 33

1  MS. SUSLER: Objection. Form.
2  BY MR. NATHAN:
3     Q. Do you remember if your dad was present with
4  any of these meetings with her?
5     A. Yes.
6     Q. And what's the answer to that?
7     A. He was present for some of the meetings.
8     Q. About how many of them was he present for?
9     A. Don't know.
10    Q. More than half or less than half?
11    A. Less than half.
12    Q. More than two or three?
13    A. Yes.
14    Q. And how old were you when you met with this
15 Attorney Ali together with your dad?
16    A. I don't remember.
17    Q. Is this when you were six or seven?
18    A. The first time, yes.
19    Q. And that's when -- the first time you met
20 with Ali together with your dad?
21    A. Yes.
22    Q. And where was this meeting?
23    A. In my grandma house, the living room.
24    Q. That's the 85th and Sangamon?

## Page 34

1     A. Yes.
2     Q. What's the address there?
3     A. 8514 South Sangamon.
4     Q. Do you know if your grandmother thought that
5  Jaquari was killed by your mom?
6     MS. SUSLER: Objection. Foundation. Go ahead.
7  You can answer.
8     BY THE WITNESS:
9     A. No.
10    Q. Did she ever talk to you about that?
11    A. No.
12    Q. Did your father ever talk to you about
13 whether he thought your mom killed Jaquari?
14    A. No.
15    Q. Did you ever talk to your dad about what
16 happened the day Jaquari died?
17    A. Yes.
18    Q. How many times did you talk to your dad
19 about that?
20    A. Don't remember.
21    Q. Was it plenty of times?
22    A. No.
23    Q. Was it about 30 times?
24    A. No.

## Page 35

1     Q. Do you have an estimate as to how many times
2  you talked to your father about what happened to
3  Jaquari?
4     A. Once or twice.
5     Q. And when was the last time you talked to
6  your dad about this?
7     A. Don't remember. Not sure. Probably around
8  when I first talked to him about it.
9     Q. Okay. And when did you first talk to him
10 about it?
11    A. Around seven or six.
12    Q. When you were six or seven and talked to
13 your dad the two times, where did the conversations
14 take place?
15    MS. SUSLER: Objection. Objection. You
16 misstated his testimony.
17    BY MR. NATHAN:
18    Q. Let me break it down. You said you met with
19 your dad two different times and talked to him about
20 Jaquari dying; correct?
21    MS. SUSLER: Objection. Objection. You
22 misstated his testimony. He said once or twice.
23    BY MR. NATHAN:
24    Q. Correct?

## Page 36

1     A. Yes.
2     Q. And you said that you were six or seven
3  during these conversations; correct?
4     A. Yes.
5     Q. All right. So let's just refer to the first
6  time you had this conversation with your father.
7  Where was it?
8     A. In his room, in my grandma house.
9     Q. And the second time you talked to him about
10 it?
11    A. I don't remember. Once or twice. I don't
12 remember.
13    Q. Okay. So do you actually have a specific
14 memory in your head of talking to him about this?
15    A. The one time, yes.
16    Q. And that memory is a memory of you sitting
17 and talking to him at your grandmother's house in his
18 bedroom?
19    A. Yes.
20    Q. Was the bedroom upstairs or downstairs?
21    A. Downstairs.
22    Q. On the main floor?
23    A. No, the basement.
24    Q. The basement. And how long was this

9 (Pages 33 to 36)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 37**

1  conversation?
2  A. Not very long.
3  Q. How many minutes?
4  A. I can't say exactly.
5  Q. And you were six or seven?
6  A. Yes.
7  Q. And isn't it true you told him during that
8  conversation that you didn't see what happened because
9  you were asleep?
10  MS. SUSLER: Objection. Form and argumentative.
11  BY THE WITNESS:
12  A. I don't remember that.
13  Q. Do you remember what you told him during
14  that conversation?
15  A. No.
16  MS. SUSLER: I'm sorry. Could you read the last
17  couple of questions and answers?
18  (Record read as requested.)
19  MS. SUSLER: Thank you so much.
20  BY MR. NATHAN:
21  Q. Okay. So you just testified that you don't
22  remember what you told your dad during that
23  conversation in his room in the basement of 85th and
24  Sangamon; right?

**Page 38**

1  MS. SUSLER: Objection. Asked and answered.
2  MR. NATHAN: You just -- you just -- you just
3  asked for a read back, and I'm trying to bring back to
4  where we were.
5  MS. SUSLER: This is going to be a very long
6  deposition if you keep asking the same questions over
7  and over.
8  MR. NATHAN: If you don't interrupt me then we'll
9  be able to --
10  MS. SUSLER: You're not going to instruct me how
11  to practice law. Ask a question and let's proceed.
12  MR. NATHAN: The same goes both ways.
13  MS. SUSLER: I'll object when I think it's
14  appropriate.
15  MR. NATHAN: Let me just ask my questions, and
16  you're free to make objections.
17  MS. SUSLER: I wish you would.
18  MR. NATHAN: And I'm not going to stop you from
19  doing that, but try not to do speaking objections or
20  tell me what to do.
21  BY MR. NATHAN:
22  Q. I'm bringing your attention back to the
23  conversation you had with your dad at your
24  grandmother's house in the basement. Okay?

**Page 39**

1  A. Okay.
2  Q. And you just said that you don't remember
3  what you told him, correct?
4  A. No.
5  Q. Are you aware of the fact that your father
6  recently provided deposition testimony saying that he
7  talked to you back when you were six or seven, and you
8  told him that you were sleeping when Jaquari died, and
9  you didn't see what happened?
10  MS. SUSLER: Objection to the form.
11  BY THE WITNESS:
12  A. No.
13  Q. Do you have any reason to think that he's
14  lying when he said that?
15  MS. SUSLER: Oh, objection. Form. That's
16  inappropriate.
17  MR. NATHAN: You made your objection.
18  BY MR. NATHAN:
19  Q. Do you have any reason to think he's lying?
20  A. No.
21  Q. Do you dispute -- dispute that, if that's
22  his testimony?
23  MS. SUSLER: Objection. He wasn't present at the
24  deposition. You're asking him unfair questions.

**Page 40**

1  MR. NATHAN: Okay.
2  BY THE WITNESS:
3  A. Can you explain that?
4  Q. Are you arguing with his testimony?
5  A. No.
6  MS. SUSLER: Same objections.
7  BY MR. NATHAN:
8  Q. Do you think that your memory of the
9  incident is better today than it was when you were six
10  or seven?
11  A. No.
12  Q. Do you think that your memory of what
13  happened to Jaquari was better when you were six or
14  seven than it is today?
15  A. Yes.
16  Q. And why is that?
17  A. Because it was -- when I was six or seven,
18  it was more recent. So therefore, I actually remember
19  more than now.
20  Q. And when you were six or seven, there were
21  also fewer people that had talked to you about what
22  had happened and what they thought had happened, and
23  is that also true?
24  MS. SUSLER: Objection. Form.

10 (Pages 37 to 40)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 41**

1　BY THE WITNESS:
2　　A. Yes.
3　　Q. Does sometimes all the people asking you
4　what happened and telling you what they think happened
5　confuse you?
6　　MS. SUSLER: Objection. Form.
7　BY THE WITNESS:
8　　A. Sometimes.
9　　Q. And why does it confuse you?
10　　A. Because -- I don't know. I can't say for
11　sure, but it's just -- it's they own thoughts and just
12　running around in my head.
13　　Q. So what runs around in your head?
14　　A. Some people say she did do it; some people
15　say that she don't; and it's like I'm just in the
16　middle of it.
17　　Q. Do you wish you weren't in the middle of it?
18　　A. Excuse me?
19　　Q. Do you wish you were not in the middle of
20　it?
21　　A. Yes.
22　　Q. Why is that?
23　　A. Because it just makes it hard on me just
24　because I was the only person who actually saw what

**Page 42**

1　happened.
2　　Q. Or the only person that didn't see what
3　happened if your dad's telling you that?
4　　MS. SUSLER: Objection. Argumentative and form.
5　BY THE WITNESS:
6　　A. Don't know.
7　　Q. Do you feel like if you don't say what --
8　that you saw what happened, you're letting somebody
9　down?
10　　A. No.
11　　Q. During the plenty of times that you met with
12　Attorney Ali, did she tell you what she hoped you
13　could provide for her in terms of testimony?
14　　A. I don't remember.
15　　Q. How many different times since Jaquari
16　passed away have lawyers, or psychologists,
17　psychiatrists, or interviewers talked to you and asked
18　you about what you remember from that day?
19　　A. A lot of times.
20　　Q. Probably over 50 times?
21　　A. No, not over 50.
22　　Q. So what are we talking? Over 30 times?
23　　A. No. It would be 15.
24　　Q. And does that cause you to sometimes doubt

**Page 43**

1　your own memory --
2　　A. No.
3　　Q. -- because various people are talking to you
4　about it?
5　　A. No.
6　　Q. Why not?
7　　A. Because I remember what I saw.
8　　MR. NATHAN: I'm going to take a break for a few
9　minutes.
10　　THE WITNESS: Okay.
11　　THE VIDEOGRAPHER: We are now going off the
12　record at 10:59 a.m.
13　　(A short break was had.)
14　　THE VIDEOGRAPHER: The time is 11:14 a.m. We are
15　now back on the record.
16　BY MR. NATHAN:
17　　Q. Okay. During the break did you have a
18　chance to meet with your attorney?
19　　A. Yes.
20　　(Dancy Deposition Exhibit Nos. 126A and
21　　126B marked as requested.)
22　BY MR. NATHAN;
23　　Q. I'm handing you what's been marked as
24　Exhibit 126A and B. Skipped in sequence 125, but

**Page 44**

1　we'll come back to that.
2　　.　Do you see the people in those photos? In
3　the first -- 126A, the female photograph, do you
4　recognize who that is?
5　　A. No. It looks familiar, but I can't say.
6　　Q. Is that the Attorney Ali that you were
7　referring to? I realize it's a pixilated photo but --
8　　A. Yes.
9　　Q. And is the guy in the second photo, 126B, is
10　that one of the people that were in your house during
11　the meeting that you described earlier with Ali and
12　two other lawyers?
13　　A. I don't remember.
14　　Q. Let me have that back. I don't have a color
15　for this one, but this is going to be 126C.
16　　(Dancy Deposition Exhibit Nos. 126C
17　　marked as requested.)
18　BY MR. NATHAN:
19　　Q. Is the person in that photograph one of the
20　lawyers that was in your house together with Ali?
21　　A. No.
22　　Q. Earlier you said that you had some family
23　members that thought that your mom killed Jaquari and some
24　that didn't; right?

11　(Pages 41 to 44)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy – Taken 1/18/2016

| Page 45 |
|---|
| 1  A. Yes. |
| 2  Q. How did you know that? |
| 3  A. Like my brother, Sta-von Jackson, Jr. -- |
| 4  some of them brought out their own opinions of what |
| 5  they thought. |
| 6  Q. So they would talk to you about it? |
| 7  A. Yes. Some, not all. |
| 8  Q. So who would talk to you about that? |
| 9  A. Mostly my brother -- me and my brother had |
| 10  many arguments over the topic. My sister -- she put |
| 11  her opinion in -- and my auntie. |
| 12  Q. And anyone else that had their opinion about |
| 13  it? |
| 14  A. Not that I remember. |
| 15  Q. So your brother that used to argue about -- |
| 16  Strike that. |
| 17  The brother that you had many arguments with |
| 18  about this topic -- |
| 19  A. Yes. |
| 20  Q. -- is that Sta-von, Jr.? |
| 21  A. Yes. |
| 22  Q. And the sister that you mentioned talking to |
| 23  about this, what's her name? |
| 24  A. Kimberly Dancy. |

| Page 46 |
|---|
| 1  Q. And who is the auntie that you referred to |
| 2  earlier? |
| 3  A. We always called her Pat. I can't say her |
| 4  actual name. |
| 5  Q. How was she your auntie? |
| 6  A. That's my dad's sister, older sister. |
| 7  Q. Do you know her last name? |
| 8  A. No. |
| 9  Q. Where does she live? |
| 10  A. Iowa. |
| 11  Q. Have you been to her house? |
| 12  A. No. |
| 13  Q. When was the last time you've seen her? |
| 14  A. Christmas, 2013, when my grandma died. |
| 15  Q. She came in from Iowa? |
| 16  A. Yes. |
| 17  Q. Have you ever been to her house in Iowa? |
| 18  A. No. |
| 19  Q. Okay. So you said you had some arguments |
| 20  with Sta-von, Jr., you said you had many arguments |
| 21  with him? |
| 22  A. Yes. |
| 23  Q. What would you argue about with him? |
| 24  A. I don't remember how the conversation would |

| Page 47 |
|---|
| 1  start off, but he would say that my mom did it, and I |
| 2  would contradict what he said. And I remember that my |
| 3  brother killed his self. And we used to always argue |
| 4  back and forth. |
| 5  Q. When's the last time you had this argument |
| 6  with him? |
| 7  A. I don't remember. |
| 8  Q. Was it this year? |
| 9  A. No. |
| 10  Q. Was it last year? |
| 11  A. No. I would say when we was young, probably |
| 12  around -- I don't know -- 10 or 11. |
| 13  Q. Would he make fun of you? |
| 14  A. No. |
| 15  Q. Why did Sta-von, Jr., think that your mom |
| 16  killed Jaquari? |
| 17  MS. SUSLER: Objection. Foundation. |
| 18  BY THE WITNESS: |
| 19  A. I don't know. |
| 20  Q. And what about your sister, Kimberly? |
| 21  A. I don't know why she thought that. |
| 22  Q. How did you learn that she thought that your |
| 23  mom killed Jaquari? |
| 24  A. On Christmas -- no, not Christmas. Around |

| Page 48 |
|---|
| 1  Christmas she told me her opinion of what she thought. |
| 2  Q. Was that this Christmas? |
| 3  A. No. It was the same year my grandma died, |
| 4  2013. |
| 5  Q. So before we move on to your conversation |
| 6  with Kimberly, I just want to go back to the |
| 7  conversation that you had with Sta-von. Tell me |
| 8  everything that he said about what he thought relating |
| 9  to Jaquari. |
| 10  MS. SUSLER: Let me just interpose. It's not |
| 11  really an objection, but for a clarification, when you |
| 12  say "Sta-von," can you say "Sta-von, Jr.," since his |
| 13  father's name is also Sta-von? |
| 14  MR. NATHAN: Yes. |
| 15  BY MR. NATHAN: |
| 16  Q. Right now I'm asking you about Sta-von, Jr. |
| 17  A. Yes. I don't remember everything, but |
| 18  multiple times at his house or my house the |
| 19  conversation would come up and he would tell me like, |
| 20  no -- we were always arguing, and he would tell me |
| 21  like, no, your mom killed Jaquari and everybody knows |
| 22  it. And I always tell him that no, she didn't, that |
| 23  Jaquari killed his self. |
| 24  It mostly happened when we were just young, |

12 (Pages 45 to 48)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 49**

1 Now, we don't even talk about the topic,
2 Q. When you say, "everybody knows it," did he
3 say what he was talking about?
4 A. No.
5 Q. Was that your sense that basically everybody
6 thought that?
7 A. Yes.
8 Q. And when you said basically everybody
9 thought that, who are you referring to?
10 A. Mostly my dad's side of the family.
11 Q. So who on your dad's side of the family
12 thought that your mom killed Jaquari?
13 A. I don't know everybody. I know my brother,
14 my sister, and my auntie.
15 Q. Did your father ever tell you that he
16 thought your mom killed Jaquari?
17 MS. SUSLER: Objection. Asked and answered.
18 BY THE WITNESS:
19 A. No.
20 Q. Is there anybody else in your family, either
21 your dad's side or your mom's side, that you believe
22 thought she called Jaquari?
23 MS. SUSLER: Objection. Form.
24 BY THE WITNESS:

**Page 50**

1 A. No.
2 Q. Did Sta-von, Jr., ever tell you anything
3 else about how he came to believe that everybody knows
4 that your mom killed Jaquari?
5 A. No.
6 Q. How did that make you feel when he would say
7 that?
8 A. Angry.
9 Q. Why would that make you feel angry?
10 A. Because I felt like that what I saw and what
11 I remembered was the truth, and I still think it is,
12 but every time he would just say that no, she did it,
13 she did it, it would just make me mad.
14 So that -- basically, just makes me mad that
15 (inaudible response).
16 THE REPORTER: I'm sorry. "But basically just
17 makes me"?
18 BY THE WITNESS:
19 A. Think that he -- makes me think that he just
20 going against my own thought.
21 Q. Did he ever tell you no, you don't know what
22 happened because you were sleeping?
23 A. No.
24 Q. Did you ever tell him that you were

**Page 51**

1 sleeping --
2 A. No.
3 Q. -- when Jaquari died?
4 A. No.
5 Q. Did you tell anybody, to your recollection,
6 that you were sleeping when Jaquari died?
7 A. I don't know.
8 Q. And you say, "I don't know," because you may
9 have said that?
10 A. Yes.
11 Q. Now, you said that you talked to Kimberly
12 Dancy in Christmas of 2013, and she said that she
13 thought your mom killed Jaquari?
14 A. Yes.
15 Q. What specifically did she say?
16 A. I can't remember, but I remember her telling
17 me that my mom did it and -- She said more. I just
18 can't remember. It was mostly from a news article --
19 an old news article around when Jaquari first died
20 that made her believe that.
21 Q. Now, Christmas 2013, were you still, in your
22 mind -- were you still in the frame of mind, I don't
23 know for sure, like you said earlier, or did you
24 already move over to, I don't think she did it?

**Page 52**

1 MS. SUSLER: Objection. Form.
2 BY THE WITNESS:
3 A. I believe -- I don't know. I don't
4 remember.
5 Q. So it's possible that Christmas 2013 you
6 still were in the frame of mind that, I don't know for
7 sure?
8 A. It could have been, yes.
9 Q. Did you say anything to Kimberly during this
10 Christmas 2013 conversation?
11 A. I don't remember.
12 Q. Did she say any other reason why she thought
13 she -- why -- Strike that.
14 Did Kimberly, during this 2013 Christmas
15 conversation, tell you that she believed your mom did
16 it, for any other reason?
17 A. I don't remember.
18 Q. How long was the conversation?
19 A. About an hour.
20 Q. Was anyone else there?
21 A. In the household or just the conversation?
22 Q. Present for your conversation.
23 A. Just me and her.
24 Q. How old is she -- Kimberly?

13 (Pages 49 to 52)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy -- Taken 1/18/2016

**Page 53**

1   A. Then or now?
2   Q. Well, how old is she now?
3   A. Twenty-two.
4   Q. And how would you describe this conversation
5   you had with her? Was it an argument or more of like
6   a heart-to-heart discussion?
7   A. Heart to heart.
8   Q. So no one was yelling at each other?
9   A. No.
10  Q. Have you since spoken with Kimberly Dancy
11  about whether Jaquari was killed by your mom?
12  A. Ever since?
13  Q. Ever since that Christmas 2013 discussion?
14  A. No.
15  Q. That's the last time you talked to her about
16  it?
17  A. Yes.
18  Q. Do you remember any other conversations that
19  you had with your sister, Kimberly, about Jaquari's
20  death?
21  A. Don't remember, no.
22  Q. Are you close with this sister, Kimberly?
23  A. Yes.
24  Q. Okay. And you said that you talked with

**Page 54**

1   your Auntie Pat about her belief that your mom killed
2   Jaquari?
3   A. Yes. Not necessarily a conversation, but
4   more like -- just her own opinion out loud, at random.
5   Q. Where was this?
6   A. My grandma house.
7   Q. Was this before or after your grandma passed
8   away?
9   A. After.
10  Q. Was anyone else present for this
11  conversation?
12  A. No.
13  Q. And what did your Auntie Pat say?
14  A. I don't remember exactly, but I just
15  remember her saying something about my momma killing
16  Jaquari or something like that.
17  Q. How did that come up?
18  A. I don't remember.
19  Q. Did you respond?
20  A. No.
21  Q. Why not?
22  A. Because it was kind of like after my sister
23  had the talk with me, so I didn't really have no
24  choice of words.

**Page 55**

1   Q. What do you mean by that, you had "no choice
2   of words"?
3   A. Like I didn't feel like it was necessary to
4   respond to it because the way she -- the way she said
5   it was not a positive way.
6   Q. During the conversation you had with
7   Kimberly about this topic, were you angry?
8   A. No.
9   Q. It was just a heart-to-heart discussion?
10  A. Yes.
11  Q. And that was a positive or constructive
12  conversation?
13  A. Yes.
14  Q. And did you, at that time, convince Kimberly
15  to think differently?
16  A. No.
17  Q. Did you walk away from that conversation
18  still in your head, in the frame of mind that maybe
19  she did it; maybe she didn't?
20  A. Yes.
21  Q. So another reason you didn't argue with
22  your Auntie Pat because you weren't really sure
23  whether to argue or not argue?
24  A. Yes.

**Page 56**

1   Q. Did any of your family members ask you if
2   your mom killed Jaquari?
3   A. No.
4   Q. And just so I'm clear, did anybody come
5   straight out and say, did you see your mom kill your
6   brother?
7   A. My brother did, Sta-von.
8   Q. Sta-von, Jr., asked?
9   A. Yes.
10  Q. When did he ask you that?
11  A. One of my arguments -- I don't remember
12  when.
13  Q. And how old were you back then?
14  A. I'm not sure. Don't know.
15  Q. Was that still when you were around 10 or
16  11?
17  A. Yes.
18  Q. And how did you respond to his direct
19  question?
20  A. Can you repeat the question?
21  Q. Sure. You said that -- during one of your
22  arguments with Sta-von, Jr., he came out and asked
23  you, did you see your mom kill Jaquari; right?
24  A. Mm-hmm. Yes.

14 (Pages 53 to 56)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 57**

1  Q. And my question to you was, how did you
2  respond to that question?
3  A. I don't remember, but I believe I told him
4  that she didn't. And I always stuck with what I said
5  that Jaquari killed his self with the string.
6  Q. And was that one of the arguments where you
7  were mad?
8  A. Yes.
9  Q. Did anyone else in your family ask you that
10  direct question: Did you see your mom kill Jaquari?
11  A. I don't remember.
12  (Dancy Deposition Exhibit No. 125
13  marked as requested.)
14  BY MR. NATHAN:
15  Q. I'm handing you what's been marked as
16  Exhibit 125. Okay. So earlier in the deposition I
17  asked you if you reviewed any documents to prepare.
18  A. Yes.
19  Q. And you said that you did review your
20  interview with Dr. Galatzer-Levy.
21  MS. SUSLER: Objection. That misstates his
22  testimony.
23  BY MR. NATHAN:
24  Q. Did you say that before?

**Page 58**

1  A. Yes.
2  Q. Is this what you reviewed?
3  A. No. Well. Similar. I'm not sure it's the
4  same document.
5  Q. Okay. Did you actually review -- there's a
6  videotape of you being interviewed by the doctor?
7  A. Yes, but not recent.
8  Q. Okay. But you've seen that before?
9  A. Yes.
10  Q. Do you remember that interview?
11  A. No.
12  Q. Okay. So just so I'm clear, I'm asking you
13  if, as you're sitting here, and, you know, if you were
14  to close your eyes and think into your brain, do you
15  have an actual memory of sitting in that office with
16  Dr. Galatzer-Levy and being asked questions and giving
17  answers?
18  A. No.
19  Q. Okay. No memory at all?
20  A. No.
21  Q. When did you last see the videotape of your
22  interview with him?
23  A. I believe it was the last time or before
24  that last time I saw Ali, that she showed me the

**Page 59**

1  tape.
2  Q. But your lawyers -- during the three
3  meetings that you had with your lawyers in the last
4  month or so, you did not see that videotape?
5  A. No.
6  MS. SUSLER: Objection to form.
7  BY MR. NATHAN:
8  Q. And you understand that you have seen --
9  read the transcript of that videotape within the last
10  month or so?
11  MS. SUSLER: Objection. Form.
12  BY THE WITNESS:
13  A. I didn't read it, but I just skimmed through
14  it. (Inaudible respose.)
15  THE REPORTER: I'm sorry.
16  BY THE WITNESS:
17  A. More likely I skimmed through it.
18  Q. And do you understand that you were
19  interviewed by Dr. Galatzer-Levy on two separate
20  occasions in 2006?
21  A. Yes.
22  Q. The first occasion was April 11th, 2006?
23  A. I don't remember.
24  Q. And the second occasion was April 15th,

**Page 60**

1  2006?
2  A. I don't remember.
3  Q. If the transcript says that, do you have any
4  reason to dispute that?
5  A. No.
6  Q. Now, in April of 2006, your memory was
7  fresher than it is today about what happened to
8  Jaquari?
9  A. Yes.
10  Q. You're not disputing that; right?
11  A. No.
12  Q. I'm going to use the page numbering at the
13  top here (indicating) because that will refer to all
14  the pages. Okay?
15  A. Okay.
16  Q. So it says 1 of 56. So any of the page
17  numbers I refer to would be from that numbering
18  system. Okay?
19  A. Okay.
20  Q. So turn to Page 40, please.
21  Now, in the middle of the page it's --
22  Dr. Galatzer-Levy asks: Okay. How did they know he
23  was fit to die?
24  Do you see that?

15 (Pages 57 to 60)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

| Page 61 | Page 63 |
|---|---|

**Page 61**

1     A. Yes.
2     Q. So I'm going to read a portion and ask you
3     if you remember this.
4     Dr. Galatzer-Levy asks you question: Okay.
5   How did they know he was fit to die?
6     You give an answer: Because, because I
7   think they saw him, had a real large bubble.
8     Dr. Levy: A real large bump?
9     Diante: Um-hmm. Because I didn't see what
10   happened.
11     Dr. Galatzer-Levy: Okay.
12     Diante: I was still asleep.
13     Dr. Levy: Oh, you were asleep? Okay. So
14   you were, the two of you went to sleep -- well, the
15   two of you went to bed, and then, uh, so, and then you
16   were asleep for a while, and then when did you know
17   something was wrong?
18     Answer: When I know?
19     Question: Yeah. When did you know that
20   Jaquari was, things weren't good with Jaquari?
21     Please turn the page.
22     And you responded: Because when I -- when I
23   waked up, I saw -- I didn't see Jaquari. I didn't see
24   Mom and Dad.

**Page 62**

1     Question: Oh, okay.
2     Answer: Because they left the house, I was
3   all alone.
4     Question: Oh, you were all alone?
5     Answer: Um-hmm.
6     Question: And did you see Jaquari with this
7   thing around his neck?
8     Um-hmm.
9     Question: And that was before you went to
10   sleep or after you -- when did you see him with the
11   thing around his neck?
12     Question: When we was taking turns playing
13   that Spiderman game.
14     Continuing. Okay. When you were taking
15   turns playing the Spiderman game and as part of the
16   Spiderman game he put this or --
17     Answer: Talking about when he played, when
18   he's going to kill Spiderman. It was my turn, and
19   then he grabbed that white part of the sheet, then,
20   like, put it around his neck.
21     Question: Okay. Okay. When you went to
22   sleep, he had -- he had this? Did he have it around
23   his neck? Yes?
24     Diante: Uh-huh.

**Page 63**

1     Question: No?
2     Diante: Uh-huh. It was off him when we got
3   in trouble.
4     Let me just refer you to one other place
5   before I ask you a question.
6     MS. SUSLER: I'm already objecting to form, but
7   go ahead.
8     BY MR. NATHAN:
9     Q. Go to Page 36. All right.
10     Dr. Galatzer-Levy -- and I'm starting with
11   the first substantive question on this page from
12   Dr. Levy -- Uh-huh. But was there anybody -- now you
13   were talking about your mom and dad. Were -- were
14   they in the room or were they in a different room?
15     Diante: They were in their room.
16     Question: Oh, they were in their room?
17   Okay. And you were in your room with Jaquari. Okay.
18   Then what happened?
19     He put the sheet around his neck.
20     What happened next?
21     Well, well, he got in troubles, and my mom
22   and daddy left us in the house. And when we can't go
23   outside -- sorry. And then we can't go outside, but
24   we did get in trouble.

**Page 64**

1     Question: Okay. So --
2     Answer: And then --
3     Question: Hold on. Because I want to make
4   sure I understand things real clear here. So he put
5   the sheet -- you had gotten in trouble; right, because
6   you went outside?
7     Answer: Yeah. Both of us was get in
8   trouble.
9     Question: But, uh, you got in trouble, but
10   was that before or after he put the sheet around his
11   neck?
12     Question [sic]: First he put the sheet
13   around his neck --
14     MR. HALE: Answer.
15     MR. NATHAN: I'm sorry. Answer. Diante
16   answering here: First he put the sheet around his
17   neck.
18     Question from Dr. Levy -- Galatzer-Levy: Okay.
19   When -- and then you went outside?
20     Answer: Um-hmm. We got in trouble.
21     Question: And got in trouble and then what
22   happened?
23     Answer: We played -- we was in the house,
24   and when we went out, I mean, in -- my mom had a belt

16 (Pages 61 to 64)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

## Page 65

1  and whoop us and, uh, inaudible, he wouldn't be -- we
2  have a bunk bed.
3      Question: Un-huh.
4      And answer from Diante: It was -- it's like
5  we had in Edwardsville, but in Edwardsville, where we
6  he had one bed, I was too close to the right here when
7  -- when us he fall.
8      Un-huh -- from Dr. Levy.
9      Answer from Diante: And then I already fell
10 on my head.
11     Okay. Let's stop there for a minute.
12     Did you see the response that you gave on
13 Page 40 when you said, "Because I didn't see what
14 happened"?
15     MS. SUSLER: First of all, let me just interject
16 an objection to form.
17     MR. NATHAN: Okay.
18 BY MR. NATHAN:
19     Q. Are you with me there?
20     MS. SUSLER: Right after it says, "a really large
21 bump" in the question. Right here (indicating.)
22     Is that what you're referring to?
23     MR. NATHAN: Yes. Thank you.
24 BY MR. NATHAN:

## Page 66

1      Q. Do you see that? It says -- you told
2  Dr. Galatzer-Levy, because I didn't see what happened.
3  And then he said okay. And you said, I was still
4  asleep.
5      MS. SUSLER: All right. Objection. Form.
6  Completeness.
7  BY MR. NATHAN:
8      Q. Okay. Do you see that?
9      A. Yes.
10     Q. Were you lying to Dr. Galatzer-Levy?
11     MS. SUSLER: Objection. Form.
12 BY THE WITNESS:
13     A. No.
14     Q. Were you trying your best to describe what
15 you remember seeing?
16     A. Yes.
17     q. And you told him that you were asleep and
18 you didn't see what happened; right?
19     MS. SUSLER: Objection. Form. Incomplete.
20 BY THE WITNESS:
21     A. Yes.
22     Q. Okay. Now, turning back to Page 36 in the
23 sequence of how you're describing it to Dr. Levy --
24 well, let me back up.

## Page 67

1      Did you read this part of the transcript
2  during your preparation for the deposition?
3      A. Yes.
4      Q. So you read that -- you told Dr. Levy that
5  you guys got in trouble after he put the sheet around
6  his neck; right?
7      MS. SUSLER: Objection. The exhibit speaks for
8  itself.
9  BY THE WITNESS:
10     A. Yes.
11     Q. And you told Dr. Levy that after the sheet
12 was around Jaquari's neck, that's when you went
13 outside; right?
14     A. (Inaudible response.)
15     MS. SUSLER: Same objection.
16 BY THE WITNESS:
17     A. Yes.
18     Q. And after you went outside is when your mom
19 hit you with -- hit you with a belt?
20     A. Yes.
21     MS. SUSLER: Objection. The transcript speaks
22 for itself.
23 BY MR. NATHAN:
24     Q. Okay. So go to Page 38 for a second at the

## Page 68

1  last two questions and answers on this page.
2      It says -- questions from Dr. Galatzer-Levy:
3  When they came back, what happened?
4      Answer: We got in trouble.
5      Question: Okay. When you say you got in
6  trouble, what -- can you tell me what happened when
7  you got into trouble?
8      Answer: Then, uh, then she, then my mom
9  whipped Jaquari first, then me with a belt. We go in
10 our room.
11     Did you say that to Dr. Galatzer-Levy?
12     A. Yes.
13     MS. SUSLER: Same objections.
14 BY MR. NATHAN:
15     Q. So you told Dr. Levy that you were asleep
16 when Jaquari died; right?
17     MS. SUSLER: Objection. Form and misstates the
18 exhibit.
19 BY MR. NATHAN:
20     Q. That's what we just read; correct?
21     A. (Inaudible response.)
22     THE REPORTER: Pardon me?
23 BY THE WITNESS:
24     A. Yes.

17 (Pages 65 to 68)

Page 69

```
 1    Q. "Yes"?
 2    A. Yes.
 3    Q. Okay. And you told him that because you
 4  were being as truthful as you could be; right?
 5    A. Yes.
 6    Q. And you also told him that after you were
 7  playing this Spiderman game, that's when you went
 8  outside; right?
 9    MS. SUSLER: Objection. Are you asking what the
10  transcript says? Because you've already exhausted his
11  memory.
12    MR. NATHAN: You can answer the question.
13    MS. SUSLER: I want to know if you're asking him
14  what the transcript says.
15    BY THE WITNESS:
16    A. Can you direct me to what page it was?
17    Q. Sure. It's Page 36.
18    A. Can you repeat what you said?
19    Q. Sure. You told Dr. Levy -- Galatzer-Levy --
20  that you went outside after you played the game with
21  Jaquari; right?
22    A. Yes.
23    MS. SUSLER: Objection. Misstates the exhibit.
24    BY MR. NATHAN:
```

Page 70

```
 1    Q. That's what the exhibit says; right? That's
 2  what it says?
 3    MS. SUSLER: Objection. The exhibit is 56 pages.
 4  If you're asking him if that's what it says on Page 36
 5  -- is that the question?
 6    BY MR. NATHAN:
 7    Q. You're staring at -- strike that.
 8    Diante, you're looking at Page 36 Of Exhibit
 9  120 -- What is that 124 or 125? 125; right?
10    A. Yes.
11    Q. And right there in front of you -- the
12  exhibit is a transcript, and it has you telling
13  Dr. Levy that you played the game with Jaquari first
14  and then you went outside; correct?
15    A. Yes.
16    Q. And after that, you got in trouble with
17  Jaquari because -- and your mom hit you guys with the
18  belt; right?
19    MS. SUSLER: Objection. If you're asking him if
20  that's what the transcript says on Page 36 -- is that
21  the question?
22    MR. NATHAN: That's the question right now.
23    MS. SUSLER: Is that the question?
24    MR. NATHAN: That's the question.
```

Page 71

```
 1    BY THE WITNESS:
 2    A. Yes.
 3    Q. Okay. And you were truthful with him;
 4  right?
 5    A. Yes.
 6    Q. So now let's go back. You can close that
 7  for the time being.
 8    What's the first thing that you remember
 9  about the day that Jaquari died?
10    A. The first thing I remember is playing the
11  Spiderman game. And when I saw him, he had the string
12  around his neck.
13    Q. What's the next thing you remember?
14    A. Waking up and it's -- don't know if it's the
15  same day, but waking up and being in the house by
16  myself.
17    Q. Do you remember getting hit with the belt?
18    A. Yes.
19    Q. Okay. And do you remember, like you told
20  Dr. Levy, that you got hit with the belt after the
21  Spiderman game?
22    MS. SUSLER: Objection. Form.
23    BY THE WITNESS:
24    A. Can you explain that more?
```

Page 72

```
 1    Q. Sure. I'm asking you about the sequence.
 2  Okay. In your memory, do you also remember, just like
 3  you told Dr. Levy, that you got hit with the belt
 4  after you were playing the Spiderman game?
 5    MS. SUSLER: Objection, form.
 6    BY THE WITNESS:
 7    A. Yes.
 8    Q. Okay. So you said the first thing you
 9  remember was playing the Spiderman game; right?
10    A. Yes.
11    Q. Tell me the next thing you remember from
12  that day? So how do you get from playing the
13  Spiderman game to where you're being hit by the belt?
14    A. I can't remember exactly, but I remember
15  playing the Spiderman game, seeing Jaquari with the
16  string around his neck. Then I woke up, and Mom and
17  Dad and Jaquari was gone. And getting hit with the
18  belt -- I can't say that's the same day, but I
19  remember us going outside when we wasn't supposed to,
20  and we came back -- Mom and Dad came back home, saw we
21  was outside, and we got in trouble.
22    Q. So before you got hit with the belt, what
23  were you doing?
24    A. We was playing outside.
```

18 (Pages 69 to 72)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy -- Taken 1/18/2016

**Page 73**

1    Q. Okay. And where were you outside? What
2  does that mean? The front? Back?
3    A. The back.
4    Q. And that's at your apartment building at
5  2004 North Laporte?
6    A. Yes.
7    Q. And what does the back look like?
8    A. A lot of concrete.
9    Q. And the last month while you were preparing
10  for the deposition with your lawyers, did you look at
11  photos of that building?
12    A. No.
13    Q. Did you look at photos of the back of the
14  building?
15    A. No.
16    Q. But you remember there's concrete?
17    A. Yes.
18    Q. Do you remember there being any kind of
19  porch?
20    A. Yes.
21    Q. So what were you doing outside? What game
22  were you playing?
23    A. Can you explain that more? Outside, like --
24    Q. Okay.

**Page 74**

1    MS. SUSLER: Were you done with your answer?
2    THE WITNESS: No.
3  BY MR. NATHAN:
4    Q. Okay. Please finish.
5    A. I just wanted to make sure it was clear
6  that -- are you talking about when we was outside,
7  what we was doing?
8    Q. Yeah, that's what I'm trying to get at. So
9  I was going to ask hopefully a better question.
10    Q. Okay. We was outside playing with these
11  two -- I can't remember if it was exactly two girls,
12  but I remember we had friends from another apartment
13  in the building, and we used to always go outside and
14  play with them. So when we went outside, we was
15  playing with them.
16    Q. So what game were you playing with the girl
17  or girls?
18    A. I don't remember.
19    Q. So how was it that you remember playing a
20  game? What do you play -- What do you remember?
21    A. Outside?
22    MS. SUSLER: Objection. Form.
23  BY THE WITNESS:
24    A. I don't remember exactly what I was playing,

**Page 75**

1  but I just know when we went outside playing with
2  them, we was just running around a lot.
3    Q. Okay. Do you remember before you went
4  outside?
5    A. No.
6    Q. Do you remember where your parents had gone?
7    A. No.
8    Q. Do you remember if they were in the house?
9    A. Yes, they weren't.
10    Q. How do you remember that?
11    A. Because I remember them telling us that we
12  couldn't go outside, they'd be right back, and they
13  told us to stay in the house, but we didn't listen.
14    Q. You didn't listen, meaning you and Jaquari
15  didn't listen?
16    A. Yes.
17    Q. And you saw them leave the house?
18    A. Yes.
19    Q. And once they left the house, what did you
20  guys do?
21    A. We went outside when we weren't supposed to.
22    Q. Do you remember anything about being in the
23  house before you went outside?
24    A. No.

**Page 76**

1    Q. Do you remember how you got outside?
2    A. Yes.
3    Q. How did you get outside?
4    A. We had a backdoor to the backyard, so we
5  just opened the back door and went outside.
6    Q. Who opened the backdoor?
7    A. Me.
8    Q. Did you talk to Jaquari before opening the
9  backdoor?
10    A. I don't remember.
11    Q. How long were you out there playing?
12    A. I don't remember.
13    Q. Could it have been an hour?
14    A. It could have been. I don't remember.
15    Q. Could it have been two hours?
16    A. I don't remember.
17    Q. You just have no idea?
18    A. No.
19    Q. Meaning I'm correct? You have no idea about
20  the time?
21    A. Yes.
22    Q. So after you were playing for some period of
23  time, what happened next?
24    A. Mom and Dad came home, and they caught us

19 (Pages 73 to 76)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 77**

1  outside. Told us to come in, and we got in trouble.
2  Q. Who told you to come in?
3  A. I don't remember exactly who.
4  Q. So what did -- do you remember your mom
5  yelling at you to come inside?
6  A. No.
7  Q. Do you remember her saying, Get "your asses
8  inside"?
9  A. No.
10  Q. Do you remember her saying, "Get the "F"
11  back in the house"?
12  A. No.
13  Q. Are you saying she didn't say that or you're
14  just saying you don't remember the words she used?
15  A. I don't remember.
16  Q. Do you remember if she was yelling?
17  A. Yes.
18  Q. You do remember that?
19  A. Yes.
20  Q. How loud was she yelling?
21  A. I don't remember.
22  Q. Did she sound angry?
23  A. Yes.
24  Q. Did she sound very angry?

**Page 78**

1  A. Yes.
2  Q. Was your dad yelling at you?
3  A. I don't remember.
4  Q. How did you then come to get hit with the
5  belt?
6  A. We came inside -- both my mom and dad was
7  there, and we got hit with the belt, and then we got
8  sent to the room to go to sleep.
9  Q. Who hit you with the belt?
10  A. I don't remember.
11  Q. Where did you get hit with the belt?
12  A. I don't remember.
13  Q. But you do remember actually being hit with
14  the belt?
15  A. Yes.
16  Q. And you do remember seeing Jaquari get hit
17  with the belt?
18  A. Yes.
19  Q. Do you remember crying?
20  A. Yes.
21  Q. Do you remember crying because it hurt to
22  get hit with the belt?
23  A. Yes.
24  Q. Do you remember Jaquari crying because it

**Page 79**

1  hurt to get hit with the belt?
2  A. Yes.
3  Q. How many times did you get hit with the
4  belt?
5  A. Don't know.
6  Q. Was it more than one?
7  A. Pretty sure, yes.
8  Q. Was it more than five?
9  A. I don't know.
10  Q. Could it have been up to 10 or 20 times?
11  A. No.
12  Q. On a level of 1 to 10, 10 being the hardest
13  and 1 being the softest, how hard were you hit with
14  the belt?
15  A. I don't remember.
16  Q. I'm showing you what's been previously
17  marked as Exhibit 66A. Do you see that belt on the
18  table there?
19  A. Yes.
20  Q. Is that the belt that you were hit with?
21  A. I don't remember.
22  Q. Could it have been?
23  A. It could have been.
24  Q. Do you recognize that photograph?

**Page 80**

1  A. No.
2  Q. Do you recognize that room?
3  A. No.
4  Q. Are you able to describe the layout of your
5  apartment at 2004 North Laporte?
6  A. No.
7  Q. Do you know if it was a first floor or
8  second floor?
9  A. I don't remember, no.
10  Q. Do you remember if it was a ground level
11  apartment?
12  A. No.
13  Q. Do you know if it was a basement apartment?
14  A. No.
15  Q. It could have been?
16  A. Not a basement, no.
17  Q. But you don't know if it was first, second,
18  or third floor?
19  A. Correct.
20  Q. Do you know how many bedrooms were there?
21  A. No.
22  Q. It could have been three? It could have
23  been two? It could have been one?
24  A. It could have been two.

20 (Pages 77 to 80)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 81

1    Q. But you don't know?
2    A. No.
3    Q. Do you remember, besides bedrooms, if there
4    were any other rooms?
5    A. The living room, that's it.
6    Q. Do you have a specific memory of that living
7    room?
8    A. No.
9    Q. So why are you saying there's a living room?
10   Just because you're assuming there's a living room?
11   MS. SUSLER: Objection. Form.
12   BY THE WITNESS:
13   A. I remember there being a living room because
14   if I'm correct -- I'm not going to say that. I know
15   there was a living room if -- I don't remember it now.
16   Q. So I'm trying to understand the type of
17   memory you have in your head about a living room. Do
18   you -- if you close your eyes, can you see or imagine
19   in your head the living room?
20   A. A little bit.
21   Q. So what is it that you see in your head,
22   when you close your eyes, about the living room?
23   A. I remember much like this photo, I believe,
24   yes.

Page 82

1    Q. And when you closed your eyes, are you able
2    to picture yourself getting hit with that belt?
3    A. No.
4    Q. Can you hear Jaquari crying during --
5    getting hit with the belt?
6    MS. SUSLER: Objection. Asked and answered.
7    BY MR. NATHAN:
8    Q. When you close your eyes, can you picture
9    that in your head?
10   A. No.
11   Q. But you do remember him crying from getting
12   hit with the belt?
13   A. Yes.
14   Q. And you remember getting hit with the belt
15   more than once?
16   A. Yes.
17   MS. SUSLER: Objection. Asked and answered.
18   BY MR. NATHAN:
19   Q. Okay. Now, going back to the Spiderman
20   game, so backing up in the sequence.
21   MS. SUSLER: Objection. Form.
22   BY MR. NATHAN:
23   Q. Tell me everything you remember about that.
24   MS. SUSLER: Objection. Form. Foundation. Are

Page 83

1    you talking about having the game? Are you talking
2    about playing a certain day? What are you talking
3    about?
4    BY MR. NATHAN:
5    Q. You said you have a memory of Jaquari
6    playing a Spiderman game; right?
7    A. Yes.
8    Q. Do you have a memory of him playing that
9    game more than one time?
10   A. Yes.
11   Q. Okay. And how many times do you remember
12   him playing that?
13   A. Both of us, very often.
14   Q. Okay. So what do you mean by, you would
15   play a Spiderman game "very often"?
16   A. Almost every day.
17   Q. And how would you play that game, typically?
18   A. Day or night -- It was just one joystick, so
19   we was always just playing it and passing it on when
20   we done.
21   Q. Was this on some kind of gaming system?
22   A. No. It was like the joystick just plug into
23   the TV and you just play it.
24   Q. Would you have to pop in some kind of game?

Page 84

1    A. No.
2    Q. Okay. So when you refer to playing a
3    Spiderman game, you're talking about playing it on the
4    TV?
5    A. Yes.
6    Q. With a joystick?
7    A. Yes.
8    Q. And you'd play that all the time with him?
9    A. Yes.
10   Q. When you say "playing" -- you would play a
11   Spiderman game with Jaquari, would you ever play it in
12   any other way besides for just -- with the joystick,
13   with the TV?
14   A. No.
15   Q. Do you know if you played that game on the
16   day that Jaquari died or not?
17   A. Don't remember.
18   Q. Do you remember at some point Jaquari had an
19   elastic band around his neck?
20   A. Yes.
21   Q. Do you know what day that was?
22   A. No.
23   Q. You're not sure if it's the same day as when
24   you woke up and when your parents came back and took

21 (Pages 81 to 84)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 85

1   you to the hospital?
2       MS. SUSLER: Objection. Form.
3   BY THE WITNESS:
4       A. I'm not sure.
5       Q. How many times do you remember Jaquari
6   playing with that elastic?
7       A. Once.
8       Q. The time that you remember Jaquari playing
9   with that elastic, what is it that you remember about
10  that?
11      A. All I remember is we were both playing the
12  Spiderman game, taking turns, and when I must have
13  turned around, he had it around his neck.
14      Q. So you were playing on the TV?
15      A. Yes.
16      Q. The elastic band, that had nothing to do
17  with the Spiderman game, though; right?
18      MS. SUSLER: Objection. Form.
19  BY THE WITNESS:
20      A. No.
21      Q. Am I correct?
22      A. Yes.
23      Q. Can you speak up?
24      A. Yes.

Page 86

1       Q. Thank you. So you turned around and what
2   did you see?
3       A. He had the string from the bed sheets around
4   his neck.
5       Q. Where was it around his neck?
6       A. Like all around his neck right here
7   (indicating).
8       Q. And where was the sheet?
9       A. Still on the bed.
10      Q. I apologize if I asked you this already, but
11  in your preparations with your attorneys in the last
12  month, did you review any photographs of the
13  apartment?
14      A. No.
15      Q. Any photographs of the bed?
16      A. No.
17      Q. Have you ever seen any photographs of that
18  apartment?
19      A. No.
20      MS. SUSLER: Can I just check in with you. I'm
21  sorry. It's 12:05. How much more do you think you
22  have?
23      MR. NATHAN: A significant amount more.
24      MS. SUSLER: So we're going to have to take a

Page 87

1   lunch break?
2       MS. SUSLER: Yeah.
3       MR. NATHAN: I'd like to do that as soon as
4   you're at a place nearby where we can take a break.
5   BY MR. NATHAN:
6       Q. Do you think you can withstand another 15
7   minutes of questions before lunch?
8       A. Yes.
9       Q. Okay. So you said that you were playing the
10  Spiderman game, you turned around, and you see him
11  playing with the elastic cord around his neck?
12      A. Yes.
13      Q. How was his body positioned when he was
14  doing that?
15      A. I don't remember.
16      Q. So was he standing?
17      A. I don't remember.
18      Q. Was he sitting?
19      A. I don't remember.
20      Q. Was he lying on the floor?
21      A. I don't remember.
22      Q. Was he talking to you?
23      A. Yes.
24      Q. What was he saying?

Page 88

1       A. I don't remember.
2       Q. Did he seem like he was having a good time
3   playing the game?
4       A. Yes.
5       Q. He seemed happy?
6       A. Yes.
7       Q. After that, you turned around and see him
8   playing, and you said he talked to you, but you don't
9   remember what he said; right?
10      A. Yes.
11      Q. But -- did he then get another turn with the
12  Spiderman game?
13      A. I don't remember.
14      Q. Did you guys, after that, play anything
15  else?
16      A. I don't remember.
17      Q. Did you take a turn with wrapping it around
18  your neck?
19      A. No.
20      Q. How long was he talking to you when he had
21  this around his neck?
22      A. I don't know.
23      Q. Is this the kind of memory that, if you
24  close your eyes, you can actually see it?

22 (Pages 85 to 88)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 89

1 A. No.
2 Q. Okay. Well, what type of memory is it?
3 MS. SUSLER: Objection. Form.
4 BY THE WITNESS:
5 A. I guess just a basic memory.
6 Q. Okay. But if you close your eyes, you can't
7 picture him with that sheet around his neck?
8 A. Well, yeah I can picture the sheet around
9 his neck; everything else, no. Only the playing the
10 game and seeing the string around his neck.
11 Q. So if you close your eyes, you're saying you
12 can just picture the sheet around his neck, but you
13 can't picture where he was standing or how he was
14 standing; right?
15 MS. SUSLER: Objection. That mischaracterizes
16 his answer.
17 BY MR. NATHAN:
18 Q. Is that correct?
19 A. Yes.
20 Q. Did I mischaracterize you in any way?
21 A. A little.
22 Q. How?
23 A. Cause I just remember the string around his
24 neck. I don't remember where his legs or nothing

Page 90

1 were.
2 Q. So if you close your eyes, can you actually
3 see the string?
4 A. Yes.
5 Q. So tell me exactly how that string looked as
6 you -- while you're closing your eyes or thinking
7 about it.
8 A. It was wrapped around his neck, maybe twice,
9 I'm not sure. It was still attached to the sheet on
10 the bed.
11 Q. What part of the sheet was it attached to?
12 A. I don't know.
13 Q. What color was the sheet?
14 A. Blue.
15 Q. Is that something that you've discussed with
16 anybody in the last few years?
17 A. No.
18 Q. Was it attached to the top bunk bed or the
19 bottom bunk bed?
20 A. Top.
21 Q. And was it -- was it being pulled tightly,
22 or you don't remember that?
23 A. It's being pulled tightly.
24 Q. You said that when you close your eyes you

Page 91

1 can actually remember -- all you can remember is the
2 sheet being wrapped around; right?
3 A. Yes.
4 Q. How exactly was it wrapped around?
5 MS. SUSLER: Objection. Asked and answered.
6 BY THE WITNESS:
7 A. Can you explain it a little bit more? Like
8 -- like how it was wrapped around his neck or like
9 connected to the bed sheets?
10 Q. Do you have a memory of both of those
11 things?
12 A. No, just the sheet around his neck.
13 Q. So you don't actually have a memory about
14 how it was connected to the bed?
15 A. Well, like it was -- I remember the sheet
16 being pulled tightly because I remember like the sheet
17 just ripping -- the string ripping off the sheet. I
18 remember that.
19 Q. Now, just focusing on what the wrapping
20 looked like around his neck, what is it that you
21 remember about that?
22 MS. SUSLER: Objection. Asked and answered.
23 BY THE WITNESS:
24 A. It was wrapped around his neck at least

Page 92

1 twice.
2 Q. Okay. And how could you tell that it was
3 wrapped around two times?
4 A. Like --
5 Q. Or at least two times. I didn't mean to
6 misstate you. How could you -- Let me reask that
7 question.
8 How could you tell that it was wrapped
9 around his neck at least two times?
10 A. When he wrapped it around -- when it was
11 wrapped around -- when I saw it wrapped around his
12 neck, it was like -- I can't explain it, but it was
13 like -- you could actually see like how he wrapped it
14 around, and like you could see it come across again.
15 Q. Okay. So you could see that they were
16 separate -- separate lines from the sheet?
17 A. Yes.
18 Q. Okay. So can you kind of point with your
19 fingers towards your neck so the video can show like
20 where the lines would have been?
21 A. I think about right here (indicating).
22 Q. Okay. And you're pointing -- the fingers
23 are not on top of each other, they're separate from
24 each other or are they --

23 (Pages 89 to 92)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 93**

1   A. Separate.
2   Q. Separate. Okay. So separate where you
3  could actually see the two different windings, you're
4  saying?
5   A. Yes.
6   Q. And you're saying that the winding went all
7  the way around his neck?
8   A. Yes.
9   Q. Both times?
10   A. Yes.
11   Q. So you said before that as you remember, you
12  know, turning around, and you're playing the Spiderman
13  game with the joystick?
14   A. Yes.
15   Q. And you turn around and see this sheet being
16  wrapped around his neck?
17   A. Yes.
18   Q. And you're talking to him; right?
19   A. Yes.
20   Q. And he seemed happy?
21   A. Yes.
22   Q. And he was playing?
23   MS. SUSLER: Objection. Asked and answered.
24  BY MR. NATHAN:

**Page 94**

1   Q. And he was playing?
2   A. Yes.
3   Q. And then what happened next?
4   MS. SUSLER: Objection. Asked and answered.
5  BY THE WITNESS:
6   A. I don't remember.
7   MS. SUSLER: I think it's time for lunch.
8   MR. HALE: That's fine.
9   MR. NATHAN: Okay.
10   THE VIDEOGRAPHER: We are now going off the
11  record at 12:16 p.m.
12    (Lunch break.)
13   THE VIDEOGRAPHER: The time is 1:05 p.m. We are
14  now back on the record.
15  BY MR. NATHAN:
16   Q. We just came back from a lunch break;
17  correct?
18   A. Yes.
19   Q. And did you have a chance to talk with your
20  attorney over the break?
21   A. Yes.
22   Q. You said that after your mom caught you and
23  Jaquari outside and you both got hit with the belt,
24  you were told to go to sleep?

**Page 95**

1   A. Yes.
2   Q. Okay. And you did -- and you listened to
3  that?
4   A. Yes.
5   Q. You went to sleep?
6   A. Yes.
7   Q. Do you know if Jaquari went to sleep?
8   A. Yes.
9   Q. But you remember specifically yourself going
10  to sleep?
11   A. Yes.
12   Q. And you remember Jaquari going to sleep
13  before you?
14   A. Yes.
15   Q. After you fell asleep, what's the next thing
16  you remember?
17   MS. SUSLER: Are you talking about the time that
18  they got punished?
19   MR. NATHAN: Well, he got it -- We just went
20  through that, yeah.
21   MS. SUSLER: Okay. Just foundation.
22  BY THE WITNESS:
23   A. I don't remember.
24   Q. Is there another time that you went to sleep

**Page 96**

1  that is relevant to this discussion?
2   MS. SUSLER: Objection to form.
3  BY THE WITNESS:
4   A. I don't think so, no.
5   Q. You were talking about after you were
6  disciplined outside, got hit with the belt and got
7  told to go to sleep, you and Jaquari did go to sleep;
8  right?
9   A. Yes.
10   Q. And you said earlier that the very next
11  thing you remember -- you don't even know if it was
12  the same day -- you remember waking up?
13   A. Yes.
14   Q. And tell me the next thing you remember.
15   MS. SUSLER: Well, I object to the form of the
16  question and the misstatement of his previous
17  testimony, but go ahead.
18  BY MR. NATHAN:
19   Q. Did I misstate your testimony?
20   A. No.
21   Q. Did I mischaracterize it in any other way?
22   A. No.
23   Q. Okay. Is there anything you would like to
24  clarify about that?

24 (Pages 93 to 96)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 97**

1  A. Just that, like I said, I don't remember if
2  it's the same day or not, but the next thing I do
3  remember is waking up by myself.
4  MR. HALE: Can you read the answer back, please?
5  (Record read as requested.)
6  MR. HALE: Thank you.
7  BY MR. NATHAN:
8  Q. And when you woke up, where were you?
9  A. On top of the bunk bed -- on the top.
10  Q. Because that was where you slept?
11  A. Yes.
12  Q. Was it day or night?
13  A. Day.
14  Q. Meaning, it was still light outside?
15  A. Yes.
16  Q. And then what's the next thing you remember?
17  A. Right after I woke up, like a couple minutes
18  later, both my mom and dad come in, grab me, put me in
19  the car, and we went to the hospital.
20  Q. Who walked in first? Your mom or your dad?
21  A. I don't remember.
22  Q. Did they say anything to you at that time?
23  A. No.
24  Q. Do you remember what they were wearing?

**Page 98**

1  A. No.
2  Q. Do you remember what you were wearing?
3  A. No.
4  Q. Do you remember saying anything to them at
5  that time?
6  A. No.
7  Q. How long were you in the house with them
8  before you guys drove to the hospital?
9  A. I don't remember. Not that long.
10  Q. Do you remember anything about their
11  demeanor?
12  A. No.
13  Q. Do you remember if they were yelling at you
14  or yelling at each other?
15  A. They wasn't.
16  Q. So they were not yelling at you?
17  A. No.
18  Q. And they were not yelling at each other?
19  A. No.
20  Q. Were they discussing anything with each
21  other?
22  A. I don't remember.
23  Q. Okay. So what is the next thing you
24  remember?

**Page 99**

1  A. We was in the car, and we went to the
2  hospital.
3  Q. Do you remember if you walked to the car or
4  they carried you to the car?
5  A. They carried me to the car.
6  Q. Did they -- when they carried you to the
7  car, did they run to the car or did they walk?
8  A. I don't remember.
9  Q. Did you say anything to them as they were
10  carrying you to the car?
11  A. I don't remember.
12  Q. Did they say anything to you as they were
13  carrying you to the car?
14  A. I don't remember.
15  Q. How far did they have to carry you to get to
16  the car?
17  A. I don't remember.
18  Q. Do you know what the car looked like?
19  A. No.
20  Q. Do you know what color it was?
21  A. I don't remember.
22  Q. Do you know the make or model?
23  A. I think it was the -- I can't remember car
24  names, so I don't remember.

**Page 100**

1  Q. But you don't remember the color?
2  A. No.
3  Q. Do you remember if they held you in their
4  arms or if they put you in a child safety seat?
5  A. Arms.
6  Q. Were you in the front?
7  A. No, no, no. Not in the car. Are you
8  talking about when they carried me to the car or in
9  the car?
10  Q. I think you said you don't remember how long
11  it took to get to the car; right?
12  A. Right.
13  Q. Now once you're at the car, though, did they
14  buckle you into a child safety seat or they were --
15  carried you still?
16  A. They buckled me into the child seat.
17  Q. Is that something you specifically remember
18  or you're just assuming it because that's how kids --
19  A. That's what I remember.
20  Q. So you actually remember this car drive?
21  A. Yes.
22  Q. How long was the drive?
23  A. I don't remember.
24  Q. Do you remember anything that was said

25 (Pages 97 to 100)

Royal Reporting Services, Inc.
312.361.8851

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 101**

1   during that drive?
2   A. No.
3   Q. I'm sorry if I asked this already. But you
4   drove in the car with your parents now to the
5   hospital; is that right?
6   A. Yes.
7   Q. And you said you don't remember anything at
8   all that was said in that car; correct?
9   A. Correct.
10  Q. Are you aware of anything that would refresh
11  your memory about that?
12  A. No.
13  Q. What's the very next thing you remember?
14  A. Being at the hospital.
15  Q. Okay. So you said you remember being at the
16  hospital. What is it that you specifically remember?
17  A. I remember sitting down, a doctor giving me
18  a coloring book to color in, and I remember seeing
19  both my mom and my dad crying real heavy.
20  Q. Are you able to describe the room you were
21  in?
22  A. No.
23  Q. Anyone else that was present in the room
24  besides the doctor or person that gave you the

**Page 102**

1   coloring book and your parents?
2   A. Yes.
3   Q. Who else was in the room?
4   A. I don't know him but I think -- I believe
5   this was the lobby of the hospital.
6   Q. Okay. So it would have been just random
7   patients that were around?
8   A. Yes.
9   Q. And random medical personnel that would have
10  been around?
11  A. Yes.
12  Q. Do you know how long you were in the
13  hospital?
14  A. No.
15  Q. Did you see your parents make any phone
16  calls?
17  A. No.
18  Q. Did you see your parents speaking to the
19  police at the hospital?
20  A. I don't remember.
21  Q. Did you have any conversations with either
22  of your parents at the hospital?
23  A. I don't remember.
24  Q. Did your parents talk to each other at the

**Page 103**

1   hospital?
2   A. Yes.
3   Q. Do you remember anything that they said to
4   each other?
5   A. No.
6   Q. What's the next thing you remember?
7   A. Being in the back of a police car.
8   Q. Do you know how you got to the back of the
9   police car?
10  A. No.
11  Q. Do you remember anything about being in the
12  back of the police car?
13  A. I've been in the police car twice. The
14  first time I was with my mother.
15  Q. Okay. So that's the time when you were
16  leaving the hospital?
17  A. Don't know for sure.
18  Q. Okay. So what was the second time you were
19  in the back of a police car?
20  A. Just by myself. The police officer taking
21  me to my grandma house.
22  Q. Those are the only two memories you have of
23  being in a police car ever; correct?
24  A. Yes, yes.

**Page 104**

1   Q. Okay. So the memory you have being in the
2   back of a police car with your mother, how long were
3   you in the police car for?
4   A. I don't remember.
5   Q. Was anything said during that police -- the
6   ride that you had in the police car with your mom?
7   A. I don't remember.
8   Q. Did you say anything to your mom?
9   A. I don't remember.
10  Q. Did she saying anything to you?
11  A. I don't remember.
12  Q. Did the police officer say anything to
13  either you or your mom?
14  A. I don't remember.
15  Q. And no one was in handcuffs; correct?
16  A. No.
17  Q. Meaning I'm correct?
18  A. Yes.
19  Q. After being in that police car with your
20  mom, what do you remember next?
21  A. I remember talking to a judge.
22  Q. And what do you remember after talking to
23  the judge?
24  A. The other police car taking me to my grandma

26 (Pages 101 to 104)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 105**

1  house.
2  Q. Do you have any memory of going back to the
3  hospital again?
4  A. No.
5  Q. Do you have any memory of being in the
6  police station?
7  A. No.
8  Q. Do you have any memory of being in the
9  police station together with your mom?
10  A. No.
11  Q. When you say you remember talking to a
12  judge, what do you remember about that?
13  A. Being in a courtroom, talking to a judge,
14  and a lawyer asking me questions.
15  Q. Did you like, walk up to a witness stand and
16  give testimony?
17  A. Yes, yes.
18  Q. Do you remember, was that the same day as
19  you went in the police car?
20  A. I don't remember.
21  Q. Was that the same month?
22  A. I don't remember.
23  Q. Was it the same year?
24  A. Yes.

**Page 106**

1  Q. How did you get to the judge?
2  A. I don't know.
3  Q. You don't remember that?
4  A. No.
5  Q. During -- during that ride in the back of
6  the police car with your mom, did she -- you said you
7  don't remember anything that was said; right?
8  A. Correct.
9  Q. Did she ever say, "Hey, did you see what
10  happened"?
11  A. I don't remember.
12  Q. Did you ever tell her what happened?
13  A. I don't remember.
14  Q. During the car ride together with your
15  parents to the hospital, you also said you don't
16  remember any conversations in that car; right?
17  A. Correct.
18  Q. Do you remember specifically anybody asking
19  you, "Hey, did you see anything about what happened to
20  Jaquari"?
21  A. I don't remember.
22  Q. Do you remember saying anything to them
23  about that?
24  A. I don't remember.

**Page 107**

1  Q. Did your mom ever ask you, "Hey, did you see
2  what happened to Jaquari"?
3  MS. SUSLER: Just objection. Foundation. Are
4  you talking about any time --
5  MR. NATHAN: I'm talking about ever, any time.
6  BY THE WITNESS:
7  A. I don't remember.
8  Q. Just so we're clear, you're not sure if
9  there was ever any point in your whole life when your
10  mom asked you, "Hey, Diante, did you see what happened
11  to Jaquari"?
12  A. Correct.
13  Q. Did you ever have a conversation with her at
14  any point in time where you told her that you saw what
15  happened to Jaquari?
16  A. I'm not sure. I could have.
17  Q. You just don't know?
18  A. Correct.
19  Q. And when you're saying you could have,
20  you're just saying, because you don't specifically --
21  you're not specifically denying that; you're saying
22  it's possible?
23  A. Yes.
24  Q. But you don't have any memory whatsoever of

**Page 108**

1  that?
2  A. Correct.
3  Q. And it's just as possible that you never had
4  that type of conversation; correct?
5  MS. SUSLER: Objection. Objection. Form and
6  foundation and argumentative.
7  BY THE WITNESS:
8  A. Can you repeat that?
9  Q. Sure. Isn't it true it's equally possible
10  that you never had that conversation and that's why
11  you don't remember?
12  A. It could be, yes.
13  Q. Now, currently you live at 6103 Ingleside
14  with your mom; right?
15  A. Correct.
16  Q. And before that, you lived at Drexel with
17  your mom -- an address on Drexel with your mom?
18  A. Yes.
19  Q. What was that address?
20  A. I don't remember. I just know it was on
21  51st and Drexel.
22  Q. And both of those residences -- your current
23  residence and your previous residence on Drexel -- are
24  within the last two years; correct?

27 (Pages 105 to 108)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

### Page 109

1    A. Yes,
2    Q. At some point between August of 2013 and
3    June of 2014 when you were living at 5019 South Drexel
4    with your mom, did you tell her specifically that you
5    don't remember anymore what happened to Jaqunri?
6    A. I don't remember,
7    Q. But you're not denying that you said that?
8    A. No,
9    Q. Meaning you agree with me?
10   A. Yeah,
11   MS. SUSLER: Objection, Form,
12   I'm sorry, Would you mind reading back the
13   last couple?
14   (Record read as requested,)
15   MS, SUSLER: Thank you,
16   BY MR, NATHAN:
17   Q. Now, you said you don't remember being in
18   the police station with your mom; correct?
19   A. Correct,
20   Q. So is it -- let me rephrase that.
21   Would it be accurate for me to also conclude
22   that you don't remember any conversations that you had
23   with your mom, if you had any conversations with your
24   mom, in the police station?

### Page 110

1    A. Yes,
2    Q. Excuse me. You said you remember being
3    driven in a police car to your grandmother's house;
4    right?
5    A. Yes,
6    Q. Do you remember anything about that ride?
7    A. No,
8    Q. Do you remember any conversations you had
9    with the police officers, if you had any?
10   A. No,
11   Q. I'm just directing you back to Exhibit 125.
12   If you would go to Page 54, almost at the end.
13   Let's start from the beginning of the page,
14   Dr, Galatzer-Levy asks: What office was that? Do you
15   know?
16   Answer: It was the police station.
17   Inaudible,
18   Dr, Levy: Oh, okay, And did you talk to
19   someone there?
20   Answer: Mm-hmm. I was with my mommy,
21   Question: You were with your mommy? And
22   you have -- and have you talked to your mommy lately?
23   Uh-uh,
24   Dr, Levy: Okay, How come?

### Page 111

1    [Yawn.] Because, uh, because it would be --
2    it could be the policeman gave me a gum, a candy and I
3    didn't want it taken out of my mouth.
4    Do you remember being given candy in the
5    police station?
6    A. No,
7    Q. That's all.
8    And that doesn't refresh your memory at all
9    about being in the police station?
10   A. No,
11   Q. Do you remember ever talking to your mom
12   while she was at Cook County Jail?
13   A. Yes,
14   Q. What do you remember about that?
15   A. Wait. The jail or the prison?
16   Q. The jail.
17   A. No,
18   Q. So the jail -- just so we're clear, is that
19   by 26th and California, that area?
20   A. No,
21   Q. Do you know what I'm talking about when I
22   refer to Cook County Jail now?
23   A. Yes, I do.
24   Q. So let me ask it again. Do you remember

### Page 112

1    ever talking to your mom while she was at Cook County
2    Jail?
3    A. No,
4    Q. Do you remember ever talking to your mom on
5    the phone before you talked to the judge?
6    A. Yes.
7    Q. What do you remember about that
8    conversation?
9    A. Nothing,
10   Q. But you do remember talking to her on the
11   phone before you talked to the judge at some point?
12   A. Yes,
13   Q. How many times did you talk to your mom
14   before you talked to the judge?
15   A. Once,
16   Q. Where were you when you talked to your mom?
17   A. I don't remember,
18   Q. Was anyone else present while you were
19   talking to your mom on the phone before you talked to
20   the judge?
21   A. I don't remember,
22   Q. And you said you don't remember what the
23   content of that conversation was?
24   A. No,

28 (Pages 109 to 112)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

### Page 113

1   Q. Meaning I'm correct?
2   A. Yes.
3   Q. Did you either see or speak to your mom
4   while she was in prison?
5   A. Yes.
6   Q. How often would you see and speak to her
7   while she was in prison?
8   A. At least twice a year.
9   Q. At least twice a year you would see her in
10  person or is that combined with the in-person visits
11  and telephone visits?
12  A. In person.
13  Q. Okay. So during the time that your mom was
14  in prison, would you also speak to her on the phone?
15  A. No.
16  Q. Was that a regular thing where you would see
17  her twice a year, every year?
18  A. Yes.
19  Q. During what time periods, if any?
20  A. Around Christmas and around my birthday.
21  Q. Would you send her cards or write her
22  letters?
23  A. Yes.
24  Q. How often would you do that?

### Page 114

1   A. Every once in a while. I would say every
2   year.
3   Q. About once a year?
4   A. Yes.
5   Q. Did that correspond with any type of
6   vacation?
7   A. Can you --
8   Q. I'll try to rephrase it. Like -- let me
9   give you an example. Like, would you send her
10  something for her birthday every year or just any
11  other specific occasion that you would --
12  A. Yes. I think it was around -- one time
13  around Christmas or her birthday, I sent her a
14  drawing.
15  Q. So I'm trying to get a sense of whether
16  there was any type of regular routine where you would
17  send her written correspondence or drawings in any
18  kind of regular way.
19  A. No.
20  Q. Just whenever you chose to do it?
21  A. Yes.
22  Q. And you think this was about once a year?
23  A. Yes.
24  Q. Do you have any of those letters?

### Page 115

1   A. No.
2   Q. Have you seen her have any of those letters?
3   A. No.
4   Q. What did you send her when you sent her a
5   drawing?
6   A. I don't remember.
7   Q. How would you describe your relationship
8   with your mom today?
9   A. I'd say it's great now.
10  Q. And how was it before it was great?
11  A. What do you mean "before"?
12  Q. Well, it sounds -- from your answer it
13  sounded like now is different than it used to be. I'm
14  trying to understand the distinction.
15  A. When she first got out, it was kind of --
16  the relationship was -- it was good, but it was kind
17  of pressure on both of us because she had been in jail
18  for eight years and just coming out. I think she was
19  still had that mind-set that I was like five years
20  old. So it was like she didn't know how to deal with
21  a teenager.
22  And it was hard on me because when she got
23  out in February, which was two months before -- two
24  months after my grandma died. And while she was in

### Page 116

1   jail, I felt like my grandma was the mother while she
2   was in jail. So when my grandma died, she came out, I
3   kind of felt like she was a replacement for my
4   grandma, but she wasn't.
5   So I guess that made the relationship at
6   first kind of awkward and weird. But now as time
7   progressed, we've gotten better.
8   Q. Okay. And how would you describe your mom?
9   A. Intelligent, smart, caring, fun. That's
10  about it -- that comes to mind.
11  Q. She has a job now; right?
12  A. Yes.
13  Q. What does she do?
14  A. Therapy, counseling.
15  Q. She's also in school?
16  A. Yes.
17  Q. She's balancing those things?
18  A. Yes.
19  Q. Would you characterize her as strong?
20  A. Yes.
21  Q. Why would you characterize her as strong?
22  A. Because even though being in jail for eight
23  years she came out of jail, still get a job, still
24  doing what she wants to do, and still going to school.

29 (Pages 113 to 116)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 117

1  Q. And she's somebody with conviction and
2  strong will?
3  A. Yes.
4  Q. And independent?
5  A. Yes.
6  Q. Do you remember any point in time where you
7  were on the street with an ambulance?
8  A. No.
9  Q. While your mom was in prison you were raised
10 by your father and your grandmother; right?
11 A. Yes.
12 Q. And who else lived at the house at 81st and
13 Sangamon?
14 A. Me, my grandma and my dad, my uncle, and two
15 of my cousins.
16 Q. Who were your -- who was your uncle and your
17 two cousins that lived there?
18 A. My uncle Ricardo Upshaw (phonetic). My two
19 cousins, Tiffany Stafford and Gracia -- I can't -- I
20 forgot the last name.
21 Q. Gracia?
22 A. Yes. Her nickname is Denise.
23 Q. Denise?
24 A. Yes.

Page 118

1  Q. Is Gracia related to Ricardo?
2  A. Yes.
3  Q. Is that his daughter?
4  A. No.
5  Q. How is she related to your dad and Ricardo?
6  A. That's their niece.
7  Q. So Gracia is your cousin?
8  A. Yes.
9  Q. Who is Gracia's mom and dad?
10 A. To my mom and my dad?
11 Q. Who is Gracia's mom?
12 A. Shanice (phonetic) Stafford. I think her
13 first name is Washika (phonetic) or something. It's
14 hard to pronounce.
15 Q. Are Tiffany and Gracia brother and sister --
16 I'm sorry. Sisters?
17 A. No. That is -- Denise is Tiffany's auntie
18 -- I'm sorry. I'm sorry. Let me back it up.
19 I mean Shanice and Gracia are sisters,
20 That's a mistake. Shanice is the mother of Tiffany,
21 And Shanice and Gracia's mother is my Auntie Pat.
22 Q. But Tiffany and Gracia lived in the house
23 there with you, with your dad, your grandmother, and
24 Ricardo?

Page 119

1  A. Yes.
2  Q. Did Ricardo ever tell you that he thinks
3  that your mom killed Jaquari?
4  A. I don't remember.
5  Q. How about Tiffany Stafford?
6  A. I don't remember.
7  Q. What about Gracia?
8  A. I don't remember.
9  Q. I'm handing you what's been previously
10 marked as Exhibit 81, And I'm going to turn to Bates
11 No. CITY DCFS052.
12    Do you have your exhibits here?
13 MS. SUSLER: I do not.
14 MR. NATHAN: Do you want to take a look at it
15 first?
16 MS. SUSLER: Yes, I would appreciate that. Thank
17 you.
18    Do you want me to show it to him?
19 MR. NATHAN: Yes, please. Show it to him.
20 BY MR. NATHAN:
21 Q. Exhibit 81, Page 52 is an Illinois
22 Department of Children and Family Services contact
23 note by a woman named Karen Wilson, documenting her
24 contact -- her meeting with your grandmother, Patriola

Page 120

1  Dancy on June 6th, 2005 at 4:30 p.m.
2     It says -- if you read the narrative section
3  there.
4  A. You said what the time was?
5  Q. So up on there's a time of contact.
6  A. Okay.
7  Q. Do you see 4:30 p.m.?
8  A. Yes, I see that.
9  Q. And then -- I think you were probably
10 looking at the "created on" date. That's a different
11 time, but the time of contact is at 4:30 p.m.
12    So if you see the narrative, it says: This
13 CPI met with the paternal grandmother, Patriola Dancy
14 at her residence. She states that Diante is doing
15 well. She states that Sia-von (father) has decided to
16 no -- but it should be not -- allow Diante to have
17 contact with his maternal family members at this time
18 because they are coaching Diante to say that he saw
19 Jaquari strangle himself.
20    Do you see that?
21 A. Yes.
22 Q. Do you remember your mom's family trying to
23 get you to say that you saw Jaquari strangle himself?
24 A. No.

30  (Pages 117 to 120)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 121**

1  Q. Do you remember either your grandmother or
2  your father telling you not to have contact with your
3  mom's family?
4  A. No.
5  Q. Was there a point in time in 2005 when you
6  no longer had contact with your mom's family?
7  A. Yes.
8  Q. Okay. And how did you know that you were no
9  longer having contact with them?
10  A. I just didn't see them. I didn't actually
11  notice until probably a couple years after, but that
12  year I just didn't see them.
13  Q. And when was it that you -- when was it that
14  you noticed that, you know, hey, something's
15  different, I haven't been seeing the family -- my
16  mom's family?
17  A. I can't really say. Probably a couple years
18  after when I start seeing them again.
19  Q. Okay. And how did you -- how did that
20  thought pop in your mind?
21  A. I remember -- I don't know who exactly, but
22  I remember somebody saying that when someone from my
23  mom family tried to come get me in -- somebody said
24  that no, they couldn't see me. I don't remember who

**Page 122**

1  though.
2  Q. Okay. So a couple of years after 2005,
3  you're saying you started seeing them again?
4  A. Yes.
5  Q. And someone from your mom's family told you,
6  hey, about this event where they were kind of cut off?
7  A. Not from my mom -- I'm not sure who it was
8  from, my mom or my dad's side of the family.
9  Q. But someone told you that you had been cut
10  off from contacting that side of the family, your
11  mom's side; correct?
12  A. Yes.
13  Q. At that point in time did that start making
14  sense to you again?
15  A. Yes, but I didn't actually -- when they told
16  me, I didn't actually think it was for this reason.
17  Somebody just told me that my dad wouldn't let them
18  see me. I didn't know the reason why.
19  Q. Now as you sit back and think about it,
20  isn't it true you're not able to deny that they -- let
21  me back up. Just strike that. You can put that away.
22  Do you have a memory of being interviewed
23  by anyone that like -- the same day that you went to
24  the hospital?

**Page 123**

1  A. I don't remember.
2  Q. Do you have any memory of talking to a woman
3  named Alexandra Levy or Ali Levy?
4  A. At the hospital?
5  Q. Within a day or so of being at the hospital.
6  A. No, I don't remember.
7  Q. Just zero recollection; is that correct?
8  A. Yes.
9  Q. And you're not saying you didn't have that
10  conversation with her. You're just saying you have no
11  idea?
12  A. Yes.
13  Q. I'm asking about the same type of
14  conversation, but I'm just asking it in a different
15  way.
16  A. Okay.
17  Q. Do you remember talking with somebody, a
18  woman who interviewed you at the Chicago Children's
19  Advocacy Center, within a day of being at the
20  hospital?
21  A. No.
22  Q. Do you have any recollection of speaking
23  with someone at the Chicago Children's Advocacy
24  Center?

**Page 124**

1  A. Is that like the counseling place?
2  Q. Well, do you have a memory of speaking to
3  somebody at a counseling place?
4  A. Yes.
5  Q. What do you remember about that?
6  A. It was -- a tall woman with black hair. I
7  started going -- I remember from like young, around
8  third or second grade, I was going to her very often,
9  at least two or three times a week. And then she
10  would just give me toys to play with, gave me snacks,
11  candy and all of that. And either my dad or my
12  grandma -- mostly my grandma took me to go see her.
13  Q. Do you know what that counseling place was
14  called?
15  A. No.
16  Q. You said you would go and speak to this
17  person at the counseling place two or three times a
18  week?
19  A. Yes.
20  Q. For how many years?
21  A. I can't say exact but maybe four or five.
22  Q. Four or five years?
23  A. Yes.
24  Q. Was that Miss Mitchell who you would speak

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 125

1  with?
2      A. I don't know.
3      Q. Do you know what part of the city you would
4  go to this counseling place?
5      A. No.
6      Q. Did your dad ever take you there?
7      A. Yes.
8      Q. Did he take you there numerous times over
9  the four to five years that you say you went there?
10     A. No.
11     Q. How many times did he take you?
12     A. I remember one time.
13     Q. Do you remember talking with someone named
14  Miss Mitchell?
15     A. I don't remember the name, but I remember
16  talking to somebody.
17     Q. And that's at the counseling place?
18     A. Yes.
19     Q. Did you ever talk to -- let me strike that.
20         You described somebody who you talked to at
21  this counseling place that was tall with black hair?
22     A. Yes.
23     Q. A female?
24     A. Yes.

Page 126

1      Q. Do you know what ethnicity she was or can
2  you describe anything about her appearance?
3      A. No.
4      Q. Did you meet with that same person, this
5  tall female with black hair, for the entire time that
6  you were at this counseling place?
7      A. Yes.
8      Q. Did you ever talk to her about the day
9  Jaquari died?
10     A. Not until my last day.
11     Q. How old were you on the last day?
12     A. I don't remember.
13     Q. Were you like in seventh or eighth grade?
14     A. No.
15     Q. Younger or older?
16     A. Younger.
17     Q. What grade do you think you were in?
18     A. Probably fourth.
19     Q. So did you start going there in your first
20  grade about?
21     A. About, yes.
22     Q. And how long would you meet with this woman
23  at the counseling place every time you would go?
24     A. I don't remember.

Page 127

1      Q. Like a half an hour or something like that?
2      A. Probably an hour and a half.
3      Q. An hour and a half. And this was two or
4  three times a week?
5      A. Yes.
6      Q. You said that the topic of Jaquari -- the
7  day Jaquari died came up only on the last day that you
8  met with this woman at the counseling place?
9      A. Yes.
10     Q. What actually came up during that time?
11     A. The last day -- this is the one time I
12  remember my dad coming with me, and he actually came
13  in the counseling room with me. That's when I
14  actually found out that my mom was actually in jail
15  because I never actually knew where she was. And
16  that's when we talked about where she was and why she
17  was there, and that's when Jaquari's death came up.
18     Q. Was your dad explaining that to you at that
19  time?
20     A. Yes, yes.
21     Q. What did your dad say?
22     A. I don't remember, but I remember the first
23  thing he saying was my mom was in jail, and then from
24  that conversation just went on.

Page 128

1      Q. Did he say why she was in jail?
2      A. Yes.
3      Q. What did he say about that?
4      A. I can't remember exactly, his exact words,
5  but he's telling me that she's in jail for the
6  incident that happened with Jaquari.
7      Q. And did he describe the incident?
8      A. No.
9      Q. Did you describe the incident at that time?
10     A. I don't remember.
11     Q. Do you remember anything that you said when
12  you found out that she was in jail for killing
13  Jaquari?
14     A. No.
15     Q. You didn't say anything?
16     A. I don't remember.
17     Q. Did you tell your dad at that time, "Stop, I
18  saw what happened"?
19     A. I don't remember.
20     Q. Is that because you didn't see what happened
21  to Jaquari?
22     A. No, I just don't remember.
23     Q. Did this -- did this woman at the counseling
24  place tell you anything about what happened to your

32 (Pages 125 to 128)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 129**

1 mom?
2 A. No.
3 Q. She just sat there?
4 A. Yes.
5 Q. Do you remember anything else about that
6 conversation that you had with your dad and the
7 counselor that you haven't already told me?
8 A. No.
9 MS. SUSLER: Would you mind if we take a short
10 break?
11 MR. NATHAN: Sure.
12 MS. SUSLER: Thank you.
13 THE VIDEOGRAPHER: We are now going off the
14 record at 1:55 p.m.
15 (A short break was had.)
16 THE VIDEOGRAPHER: The time is 2:03 p.m. We are
17 now back on the record.
18 BY MR. NATHAN:
19 Q. We took a break; right?
20 A. Yes.
21 Q. And did you have a chance to talk with your
22 lawyer?
23 A. Yes.
24 Q. Before we took the break, we were talking

**Page 130**

1 about the counseling you had when you were between
2 first and fourth grade about?
3 A. Yes.
4 Q. Do you know why you were sent to the
5 counselor?
6 A. No.
7 Q. What did you talk about over all these
8 years?
9 A. I don't remember much, but I know a lot of
10 times when I went, the counselor would always ask me
11 about how I'm doing, how I feel, and rarely did a
12 conversation come up with Jaquari or my mother's name.
13 Q. But it did come up sometimes?
14 A. Not that I remember.
15 Q. Were you having problems at school before
16 you went to the counselor?
17 A. I believe, yes. I went to a school, Paul
18 Cuffee in first grade. But before that, I went to
19 another school. I think it was Ryder. And I think
20 one of the teachers, I did not like, and I kind of
21 felt like I was being bullied a little bit.
22 Q. You were at Ryder while you were living at
23 your grandmother's?
24 A. Yes. I was at Ryder for probably one-fourth

**Page 131**

1 of the first grade, and then I moved to Cuffee.
2 Q. How do you spell Cuffee?
3 A. C-U-F-F-E [sic].
4 Q. How long were you in Cuffee?
5 A. All the way up to eighth grade.
6 Q. Is that a private or public school?
7 A. Public.
8 Q. Where is it located?
9 A. 83rd and Racine.
10 Q. Once you left Ryder --
11 A. Yes.
12 Q. -- did you have problems in school?
13 A. No.
14 Q. And did you go to the counselor while you
15 were still at Ryder?
16 A. Yes.
17 Q. Earlier you said you would rarely speak to
18 the counselor about your mother or Jaquari?
19 A. Yes.
20 Q. What did you mean by that?
21 A. I don't want to say for sure but -- it had
22 been times when the counselor did bring up Jaquari or
23 my mother about how I feel about them, but I just
24 can't remember exactly what she said.

**Page 132**

1 Q. Do you remember anything about what you
2 said?
3 A. No.
4 Q. Do you remember any specific questions she
5 asked you about that?
6 A. No.
7 Q. You said that you only learned that your mom
8 was in jail at the end of the period where you were at
9 the counselor?
10 A. Yes.
11 Q. But what did you think about where she was
12 before you learned definitively that she was in jail
13 or prison?
14 A. I always thought that she just moved
15 somewhere. I didn't know where because the one phone
16 call we talked about earlier, I didn't know she was in
17 jail then, and then she went to prison. I didn't know
18 that until my dad told me on the last counseling date.
19 Q. Okay. And before that last counseling day,
20 is it fair to assume that you had never visited her in
21 jail?
22 A. Yes.
23 Q. But you were talking to her on the phone
24 even before you learned that she was in prison?

33 (Pages 129 to 132)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 133

1    A. No. I remember writing letters. I don't
2  remember much phone conversation at all.
3    Q. During that time period?
4    A. Yes.
5    Q. Did you ask your dad, "Where's mom?"
6    A. I believe so, but I don't remember.
7    Q. And what did he say?
8    A. At the time -- before the counseling?
9    Q. Before that last meeting you had with the
10  counselor.
11   A. I don't think he ever told me.
12   Q. Just didn't answer you.
13   A. I think so, yes.
14   Q. Since you had that conversation with your
15  dad and left the counselor that you were with from
16  first through around fourth grade, did you see any
17  other counselors?
18   A. No.
19   Q. Are you doing well in school now?
20   A. Yes.
21   Q. As and Bs?
22   A. Yes.
23   Q. Have you been an A and B student for quite
24  some time now?

Page 134

1    A. Yes. Freshman year through junior year.
2    Q. Congratulations.
3    A. Thank you.
4    Q. So you said that you have no memory of
5  talking with any kind of counselor or woman within,
6  you know, a day or two of when you went to the
7  hospital with your mom and dad; right?
8    A. Yes.
9    Q. And I asked you specifically if you
10  remembered being interviewed by a woman named Ali or
11  Alexandra Levy at the Chicago Children's Advocacy
12  Center; correct?
13   A. Yes.
14   Q. And you said you don't remember?
15   A. Right.
16   Q. Just one second. Let me just ask you some
17  specific questions about your memory about whether you
18  talked to Alexandra Levy at the Chicago Children's
19  Advocacy Center.
20      Since you don't remember that interview at
21  all, isn't it true -- or is it fair to say that you
22  don't remember if you told her that you remember your
23  mom spanking Jaquari with the belt?
24   A. Can you repeat that?

Page 135

1    Q. Sure. Is it fair to say you also do not
2  remember telling -- if you told Ali Levy that you saw
3  your mom spanking Jaquari with a belt?
4    A. Yes.
5    MS. SUSLER: I'm sorry. I'm just not clear how
6  that came out. For the transcript purposes, would you
7  mind reading that?
8      (Record read as requested.)
9    MS. SUSLER: Thank you.
10  BY MR. NATHAN:
11   Q. But you have no reason to doubt that you
12  said that; correct?
13   A. Correct.
14   Q. And you actually remember being struck with
15  a belt; correct?
16   A. Yes.
17   Q. And you have no reason to dispute that you
18  told Alexandra Levy at the Chicago Children's Advocacy
19  Center that your mom whooped Jaquari; correct?
20   A. Yes.
21   Q. And that was a word that you would use?
22   A. Yes.
23   Q. Did your mom ever pinch you guys?
24   A. What do you mean by "pinch"?

Page 136

1    Q. Well, let me back up. What type of
2  discipline would your mom use?
3    A. Either -- if we was to get like in really
4  trouble, she'd hit us with the belt. Or if it was
5  just something real small, she would put us in a
6  corner and make us stand there for a while until we
7  learned our lesson.
8    Q. Would she ever pinch you guys?
9    A. Probably. I don't remember.
10   Q. Would she ever punch you guys?
11   A. Not that I know of.
12   Q. Is that something your dad would do?
13   A. Yes. My dad probably; not my mom.
14   Q. So you're not disputing that your mom could
15  have punched you; you're just saying you don't
16  remember?
17   A. Yes.
18   MS. SUSLER: I object to that last question, even
19  though he's already answered it. I think that's
20  argumentative, and form.
21  BY MR. NATHAN:
22   Q. You said that when you'd really get in
23  trouble you would get hit with a belt; right?
24   A. Yes.

34 (Pages 133 to 136)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy – Taken 1/18/2016

Page 137

1   Q. What's something that would make you get
2   really in trouble?
3   A. I don't exactly remember, but I would say
4   like when we went outside, when we wasn't supposed to.
5   And one time when -- when we were at Edwardsville, we
6   was told to stay in the apartment and play the game,
7   But instead, we went out of the apartment down the
8   hall to a neighbor to play their game, and when we
9   came back, we got in trouble for that.
10  Q. Now, was it -- was it unusual for you guys
11  to kind of stay home alone for a period of time?
12  A. No.
13  Q. That was no big deal?
14  A. No.
15  Q. Am I correct about that?
16  A. Yes.
17  Q. All right. Now, going back to the incident
18  in Edwardsville, you're saying you went to a neighbor
19  when you weren't supposed to?
20  A. Yes.
21  Q. And was that a neighbor down the hall or
22  something like that?
23  A. Yes.
24  Q. In the same apartment building?

Page 138

1   A. Yes.
2   Q. And you got hit with a belt?
3   A. Yes.
4   Q. Where did you get hit with the belt?
5   A. I don't remember.
6   Q. But your mom hit you with the belt at that
7   time?
8   A. Yes.
9   Q. And that was a normal form of discipline for
10  her; correct?
11  A. Yes.
12  Q. Do you remember any other specific instances
13  where she hit you with a belt?
14  A. No.
15  Q. Is that because it's not so unusual that it
16  would stick out in your mind?
17  MS. SUSLER: Objection. Form.
18  BY THE WITNESS:
19  A. Can you explain that?
20  Q. Sure. Is that -- is the reason you're not
21  thinking of any other specific examples because it
22  would happen often enough that you don't really --
23  A. Get in trouble like that?
24  Q. -- get in trouble? It's not sticking out in

Page 139

1   your mind very much?
2   A. Yes.
3   Q. Did you have any close friends in
4   Edwardsville?
5   A. Up to now or just --
6   Q. Back when you lived there.
7   A. Yes.
8   Q. Okay. And did you -- do you remember their
9   names?
10  A. No.
11  Q. How about now? Are you still friends with
12  any people that you knew from Edwardsville?
13  A. No.
14  Q. Do you remember Dinajia Arnold as one of the
15  kids from upstairs at 2004 North Laporte?
16  A. No.
17  Q. Do you remember one of the girls that you
18  were playing with in the back was around eight years
19  old at the time?
20  A. It could have been. I don't remember.
21  Q. Do you remember telling Alexandra Levy at
22  the Chicago Children's Advocacy Center on May 15th,
23  2005, that your mom got closer to Jaquari and was
24  telling him something in his ear?

Page 140

1   A. No.
2   Q. Do you remember telling her at that time
3   that Jaquari was throwing up?
4   A. No.
5   Q. Do you have any reason to dispute that you
6   told her that?
7   A. No.
8   Q. Because you don't remember the conversation
9   at all; correct?
10  A. Yes.
11  Q. Do you remember being asked the question at
12  the Chicago Children's Advocacy Center on May 15th,
13  2005: Did a grownup help Jaquari put a sheet around
14  his neck?
15  A. You said do I remember?
16  Q. Yeah.
17  A. No.
18  Q. You have no reason to dispute that you were
19  asked that question, though; correct?
20  A. No.
21  Q. Meaning I'm correct?
22  A. Yes.
23  Q. And do you remember giving the answer that
24  you were sleeping when Jaquari died?

35 (Pages 137 to 140)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

## Page 141

1  A. No.
2  Q. But you don't have any reason to dispute
3  that you said that; correct?
4  MS. SUSLER: Well, there's two different things.
5  You're reading from a report. I object to the form.
6  MR. NATHAN: Okay. I'm just -- Hold on, Hold
7  on. Stop. Stop. Stop for one second.
8  MS. SUSLER: You're asking if he saw the report.
9  You can ask him if he saw the report.
10  MR. NATHAN: Stop for a second.
11  MR. HALE: Let her finish.
12  MS. SUSLER: If you're asking him if the report
13  is accurate, that's a different story. Now, I don't
14  know if you're trying to trick him or what, but I
15  object strongly.
16  MR. NATHAN: Okay. I didn't mean to speak over
17  you, so I apologize for that.
18  What I was trying to say was, please don't
19  make a speaking objection.
20  Can you please read back my question?
21  (Record read as requested.)
22  BY MR. NATHAN:
23  Q. Can you answer the question?
24  A. Yes.

## Page 142

1  MS. SUSLER: Same objections.
2  BY MR. NATHAN:
3  Q. Do you remember speaking to a woman at your
4  grandmother's house within a couple of days of when
5  you were at the hospital with your parents?
6  A. No.
7  Q. No recollection of if at all?
8  A. No.
9  Q. Meaning correct?
10  A. Yes.
11  Q. I'm going to ask you about that in a second.
12  Do you have a burn on your arm?
13  A. Yes.
14  Q. A scar?
15  A. Yes.
16  Q. Can I see that, please?
17  A. (Complying.)
18  Q. Are you able to roll up your sleeve a little
19  bit more because it's hard to see the whole thing.
20  Try to show the entire scar. Where is it?
21  A. Right here (indicating).
22  MR. NATHAN: Okay. Is the camera able to zoom in
23  on that?
24  BY MR. NATHAN:

## Page 143

1  Q. Is this the burn (indicating) or is this
2  whole thing the burn (indicating); this entire piece?
3  A. The whole entire piece.
4  Q. Okay. And this is a standard 16.9 fluid
5  ounce bottle (indicating). I'm just saying -- like
6  where is the beginning and end of the burn?
7  A. The beginning is right here (indicating).
8  Q. So from the top of the label?
9  A. Yes, to right here (indicating).
10  Q. Until almost the end of the bottle?
11  A. Yes.
12  Q. How did you get that burn?
13  A. My dad told me that when I was around two or
14  three, that he was ironing clothes -- and I would
15  always follow him around, and he didn't want me to
16  follow him around because he was ironing clothes, and
17  the iron was hot. So he put the iron in the corner
18  where I couldn't get to it because he had to do
19  something, but I crawled all way up to the corner and
20  pulled the iron down.
21  Q. Do you remember that incident at all?
22  A. No.
23  Q. Do you remember any times when either of
24  your parents abused you?

## Page 144

1  A. No.
2  Q. Did you ever see Jaquari with a bubble?
3  A. Not that I remember.
4  Q. Do you know what that even means, "with a
5  bubble"?
6  A. No.
7  Q. Have you heard that term before?
8  A. Yes.
9  Q. And where have you heard that term?
10  A. With Jaquari or any other time?
11  Q. Have you ever heard that term referenced
12  together with Jaquari?
13  A. Yes.
14  Q. Where?
15  A. I seen the video, I mentioned earlier, and
16  that's it.
17  Q. Okay. But you said you don't remember
18  seeing a bubble with Jaquari?
19  A. No.
20  Q. Meaning I'm correct?
21  A. Yes, yes.
22  Q. You said you don't remember speaking with a
23  woman at your grandmother's house within a couple of
24  days of when you were at the hospital with your

36 (Pages 141 to 144)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 145

1  parents; right?
2  A. Yes.
3  Q. Do you remember speaking with the woman
4  about the events that happened to Jaquari ever,
5  besides for what you've already talked to us about at
6  this deposition?
7  MS. SUSLER: Objection. Form.
8  BY THE WITNESS:
9  A. No.
10  Q. And since you don't remember the interview,
11  do you have any basis to dispute the testimony or
12  records of a woman named Karen Wilson who says she
13  interviewed you on May 16th of 2005, at your
14  grandmother's house?
15  A. No.
16  MS. SUSLER: Objection. Form.
17  BY MR. NATHAN:
18  Q. Okay. So if she says you told her
19  something, you're not denying that you said that?
20  MS. SUSLER: Objection. Form.
21  BY THE WITNESS:
22  A. No.
23  Q. Meaning I'm correct?
24  A. Yes.

Page 146

1  Q. Because you would have no basis to deny it
2  because you don't remember?
3  A. Right.
4  Q. Did you ever have some kind of foreign body
5  in your ear? Did you have to have something removed
6  from your ear?
7  A. Not that I remember. I remember going to
8  the doctor, something about my ear, but I'm not sure
9  what it was.
10  Q. Okay. What -- when do you remember going to
11  the doctor for your ear?
12  A. I remember I was very young. I remember
13  that I was probably around -- I don't know -- six.
14  Q. This is while you were living at your
15  grandmother's already?
16  A. Yes.
17  Q. Do you remember getting evaluated by any
18  doctors that day or the night that you went to the
19  hospital with your parents?
20  A. No.
21  Q. How about the following day, after you left
22  the hospital with your parents? Do you remember being
23  evaluated by any kind of medical personnel?
24  A. No.

Page 147

1  Q. You're not saying you weren't; you're just
2  saying you don't remember?
3  A. Correct.
4  Q. Have you ever had any conversations with
5  your mom about what happened to Jaquari or your memory
6  about what happened to Jaquari, that you haven't
7  already told us?
8  A. No.
9  Q. So we talked about your residences at
10  Ingleside and at Drexel together with your mom.
11  Before that, where did you live?
12  A. 85th and Sangamon.
13  Q. And did you live there the entire time until
14  like, going backwards -- until -- that's a poor
15  question.
16  Did you live at 85th and Sangamon the entire
17  time? From the time that you were under the custody
18  of your dad and your grandmother at 85th and Sangamon,
19  until the time that you moved in with your mom at
20  Drexel?
21  A. I stayed up at Sangamon, too. When I was --
22  when my mom was at Drexel, I was actually back and
23  forth.
24  Q. I'm sorry. I missed that last --

Page 148

1  A. When I was -- when my mom had the apartment
2  at Drexel, I was actually back and forth. So I was
3  there for a long period of time and then back at
4  Sangamon. I didn't really move from Sangamon until
5  last year.
6  Q. Okay. Do you have any other memories from
7  your time at 2004 North Laporte, other than that one
8  day?
9  MS. SUSLER: Well, objection. You're
10  mischaracterizing his testimony.
11  MR. NATHAN: I don't want to. If I did, it was
12  an accident.
13  BY MR. NATHAN:
14  Q. I don't think we talked about anything else
15  at 2004 North Laporte except for that one day, did we?
16  MS. SUSLER: Objection. You're mischaracterizing
17  his testimony.
18  BY MR. NATHAN:
19  Q. Correct me if I'm wrong.
20  A. No, I don't remember.
21  Q. Okay. Do you have any memories at 2004
22  North Laporte except for that one day -- well, you
23  know what? I think I agree with your attorney here.
24  Because you said you weren't sure if some of your

37 (Pages 145 to 148)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

### Page 149

1  memories were the same day or not. But I didn't mean
2  to misconstrue that, if that's what she's talking
3  about.
4      MS. SUSLER: Thank you.
5  BY MR. NATHAN:
6      Q. Do you have any memories of 2004 North
7  Laporte, other than what you've already described
8  today?
9      A. One memory -- about the hospital? I
10  remember -- I don't remember from who, but I remember
11  hearing that at first my mom and dad couldn't find the
12  hospital because we had just moved there. So they was
13  rushing to take the car to the hospital. They
14  couldn't find which hospital to take him to, and
15  that's the only one.
16     Q. Now, that's not an actual memory. That's
17  just something you heard about?
18     A. Yes. Around that time, though. Around the
19  time when the incident happened, that's when I heard
20  it.
21     Q. Okay. So back when you were five or six?
22     A. Yes.
23     Q. Was there anything else that you heard about
24  when you were five or six that you didn't actually

### Page 150

1  see?
2      A. No.
3      Q. Did you see Jaquari throwing up on the day
4  that he died?
5      A. No.
6      Q. Did you see him throwing up at any point in
7  time within, you know, anywhere near the day that he
8  died?
9      A. No.
10     Q. Do you know if Jaquari had any kind of
11  nosebleed problem?
12     A. Not that I know of.
13     Q. I mean, could you remember him having blood
14  on his sheets?
15     A. No.
16     Q. Would that be -- surprise you if he had
17  blood on his sheets?
18     A. Yes.
19     Q. And why's that?
20     A. Because it's something that I just don't
21  remember.
22     Q. Did you have any problem with nosebleeds
23  growing up?
24     A. Yes.

### Page 151

1      Q. When was that?
2      A. When it was too hot outside my nose would --
3  just get to bleeding.
4      Q. And how old were you when that happened?
5      A. Four or five.
6      Q. When you say your nose would "get to
7  bleeding," what do you mean by that?
8      A. Like I would just be in the sun probably --
9  probably in the sun too long and blood would just
10  start coming down my nose.
11     Q. Do you still have that problem?
12     A. No.
13     Q. Did you ever get treated for that?
14     A. I don't remember.
15     Q. How long did you have that problem for?
16     A. Not very long. I'm not sure, but probably a
17  year or two.
18     Q. Did you have that problem when you were at
19  your grandmother's house?
20     A. No.
21     Q. Where were you living when you had that
22  problem?
23     A. Mostly Edwardsville, that I remember.
24     Q. Do you ever remember having this type of

### Page 152

1  spontaneous bleeding caused by the sun when you were
2  living at 2004 North Laporte?
3      A. Not that I remember.
4      MR. NATHAN: Let's take a break.
5      THE VIDEOGRAPHER: We are now going off the
6  record at 2:34 p.m.
7          (A short break was had.)
8      THE VIDEOGRAPHER: The time is 2:43 p.m. We are
9  now back on the record.
10  BY MR. NATHAN:
11     Q. We took a break; right?
12     A. Yes.
13     Q. And you had a chance to meet with your
14  lawyer?
15     A. Yes.
16     Q. Are you graduating this year or the
17  following year?
18     A. The following year.
19     Q. Okay. And you said you're getting A's and
20  B's?
21     A. Yes.
22     Q. Do you have -- have you already begun plans
23  to attend college?
24     A. Yes.

38 (Pages 149 to 152)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 153

1   Q. What are your plans?
2   A. Not sure which college yet, but I know I
3   want to go to college for engineering, mechanical
4   engineering.
5   Q. How did you develop an interest in that?
6   A. One, I just like cars. Two, I like to
7   always try to build things. I have always tried to
8   build things on my own. Three, it was this robotics
9   club I went to at my school. I made an elevator. And
10  then I had a somewhat lifetime opportunity to go to
11  Milwaukee School of Engineering, and I loved it. So I
12  want to do mechanical engineering.
13  Q. Is your dad pretty handy?
14  A. Yes.
15  Q. Very handy?
16  A. Yes, especially with computers.
17  Q. Really?
18  A. Yes.
19  Q. Does your dad -- is he a writer?
20  A. Not that I know of. I heard -- I seen a
21  poem or two that he wrote, but as far as
22  writing-writing, I never seen it.
23  Q. Do you keep a diary?
24  A. Kind of used to, yes.

Page 154

1   Q. When did you keep a diary?
2   A. Around when I was young -- around the same
3   time I was going to counseling just -- not really
4   about what was going on but just random stuff that
5   just keep me happy in my mind.
6   Q. Okay. Do you still have those diaries?
7   A. No.
8   Q. What did you do with them?
9   A. I think I lost them.
10  Q. When did you lose them?
11  A. Around sixth grade.
12  Q. Now, you testified -- well, let me rephrase
13  that.
14  Do you remember the reference when we were
15  looking at your transcript from your discussion with
16  Ali -- sorry. Your discussion with Dr. Galatzer-Levy?
17  MS. SUSLER: Objection. Form.
18  BY MR. NATHAN:
19  Q. I lost my train of thought, so let me
20  rephrase the question.
21  A. Okay.
22  Q. Do you remember looking at the transcript
23  from your discussion with Dr. Galatzer-Levy and he --
24  and you mentioned the topic of falling off of a bunk

Page 155

1   bed when you were in Edwardsville?
2   MS. SUSLER: Objection. Form.
3   BY THE WITNESS:
4   A. Yes.
5   Q. Do you remember that incident?
6   A. Edwardsville? Yes. It wasn't a bunk bed,
7   but one bed, yes.
8   Q. What happened there?
9   A. We had one bed because our apartment was
10  small -- for my mom to go to college. Me and Jaquari
11  always shared a bed. We would be on one end, and I
12  think it was one day either I just must have fell off
13  or he accidentally pushed me off.
14  Q. Okay. Did you hurt yourself in that
15  incident?
16  A. Yes.
17  Q. What happened to you?
18  A. It wasn't -- in my mind it wasn't big, but I
19  remember hitting my head.
20  Q. Did your mom get angry at Jaquari for that?
21  A. I don't know.
22  Q. Do you remember your dad and your mom
23  fighting with each other in Edwardsville?
24  A. Yes.

Page 156

1   Q. What do you remember about that?
2   A. It was one day they got into a big argument
3   -- I don't know over what -- and I only know that one
4   of them called the police or the neighbors called the
5   police because they was loud. But I remember the
6   police just come in and calming everyone else down.
7   Q. Did someone get arrested?
8   A. I don't know.
9   Q. Was that the only time that they would
10  fight?
11  A. That I remember.
12  Q. You remember the incident with the police
13  coming at the house?
14  A. Yes.
15  Q. Had you ever noticed the elastic from that
16  blue sheet hanging before that one day that you
17  described earlier?
18  MS. SUSLER: Objection. Form.
19  BY THE WITNESS:
20  A. I don't remember.
21  Q. I think earlier you mentioned that you have
22  a recollection of hearing that sheet rip; correct?
23  A. Yes.
24  Q. Was that the first time that it ever ripped

39 (Pages 153 to 156)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

Page 157

1  out of the sheet?
2    A. I don't think so, no.
3    Q. Why don't you think so?
4    A. Okay. My memory is starting to come back.
5  I have noticed it before like as time -- when I first
6  noticed it as time moved on, it kept getting bigger
7  like somebody been pulling it. I don't remember who
8  was pulling it. It was probably both of us.
9    Q. But you don't remember any specific
10 incidences of pulling it?
11   A. No.
12   Q. So you're just kind of speculating that
13 someone must have pulled it?
14   A. Yes.
15   Q. Do you remember anything else about how that
16 sheet -- the elastic started hanging out?
17   A. No.
18   Q. Do you have any other memory about that
19 elastic band that you haven't already told me about?
20   A. No.
21   Q. Would Jaquari get in trouble more than you?
22   A. Not that I know of.
23   Q. What's the most trouble that Jaquari ever
24 got in?

Page 158

1    A. I don't remember.
2    Q. Do you remember any other times when Jaquari
3  got in trouble besides for what you talked about, how
4  he got in trouble getting hit with the belt the day
5  that he -- the day that he died, and the time when you
6  remember getting spanked in Edwardsville?
7    MS. SUSLER: Objection. Form. You're misstating
8  his testimony.
9    MR. NATHAN: I don't think I am.
10   BY THE WITNESS:
11   A. No, I don't remember.
12   Q. Why are you living with your mom now?
13   A. Because my dad and my uncle lost the house
14 on 85th and Sangamon.
15   Q. If they didn't lose the house, would you
16 still be living with your dad?
17   A. Probably, yes.
18   Q. Are you close with your dad?
19   A. Yes.
20   Q. And you don't think he killed Jaquari;
21 right?
22   A. No.
23   Q. Meaning, you're confident of that?
24   A. Yes.

Page 159

1    Q. Remember, you described this meeting that
2  you had with an Attorney Ali, and the person we
3  identified in the photograph?
4    A. Yes.
5    Q. And what year was that?
6    A. I don't remember. They came multiple times
7  throughout the eight years that she was in prison.
8    Q. Okay. More than one attorney showed up
9  together with Ali?
10   A. Yes. It was -- first it was -- it was
11 always Ali, and as time came out, she would always
12 come with different lawyers with her.
13   Q. Did you meet with her in 2012 or 2013?
14   A. Yes.
15   Q. What do you remember about that?
16   A. I believe 2012 was the year when she showed
17 me the video because I remember my grandma was still
18 alive.
19   Q. Okay. And that was at your grandmother's
20 house?
21   A. Yes.
22   Q. Was that on someone's laptop?
23   A. No, they had a CD.
24   Q. Okay. They put it into a DVD player at your

Page 160

1  grandmother's house?
2    A. Yes.
3    Q. And what discussions happened at that point
4  in time?
5    A. I don't remember.
6    Q. And what was the next meeting you had with
7  Ali after the 2012 time when she showed you this DVD?
8    A. The next meeting was -- I don't remember
9  when, but it was before my momma got out.
10   Q. And what -- where was that meeting?
11   A. At my house.
12   Q. And what did she say to you at that time?
13   A. I don't remember.
14   Q. What did you tell her?
15   A. I don't remember.
16   Q. Did anyone ever ask you before your mom got
17 out whether you were willing to talk with the
18 prosecutors?
19   A. Not that I know of.
20   Q. So in 2012, did anybody, including Allison
21 Flaum and any of the attorneys working with her, ask
22 you if you would be willing to testify on behalf of
23 your mom?
24   A. Yes.

40 (Pages 157 to 160)

Nicole Harris v. City of Chicago, et al.
Deposition of Diante Dancy - Taken 1/18/2016

**Page 161**

1   MS. SUSLER: Objection. Form.
2   BY MR. NATHAN:
3       Q. Who asked you that?
4       A. I believe Ali did.
5       Q. And what did you say to her?
6       A. Yes.
7       Q. Was that at the same time when she showed
8   you the video?
9       A. I'm not sure.
10      Q. What did you tell her that you were willing
11  to testify to?
12      A. I don't remember exactly.
13      Q. Were you pretty much going to testify to
14  whatever you testified to here today?
15      MS. SUSLER: Objection. Form.
16  BY THE WITNESS:
17      A. I'm not sure.
18  BY MR. NATHAN:
19      Q. Would you have anything else to say besides
20  what you've testified here today?
21      MS. SUSLER: Objection, Objection. Foundation
22  and competence.
23      MR. NATHAN: You can answer the question.
24      MS. SUSLER: And form.

**Page 162**

1   BY THE WITNESS:
2       A. Can you repeat it?
3       Q. Yeah. I mean, if you were to testify in
4   2012 or 2013 on behalf of your mom, would you have
5   anything else to offer besides for the things that
6   you've talked about today?
7       MS. SUSLER: Same objection.
8   BY THE WITNESS:
9       A. No.
10      Q. Because you're trying to be as accurate as
11  you can today?
12      A. Yes.
13      Q. And you would have done the same thing back
14  then?
15      A. Yes.
16      Q. Did Ali or any of the lawyers working with
17  her in 2012, or any time before your mom was released
18  from prison, tell you that the prosecutors wanted to
19  talk to you?
20      A. No.
21      Q. And if you were aware of that, would you
22  have been willing to talk to them?
23      MS. SUSLER: Objection. Form. Foundation and
24  competence.

**Page 163**

1   BY THE WITNESS:
2       A. Probably, yes.
3       Q. Before you went to speak with the judge in
4   2005, when you were still young -- not that you're so
5   old -- but did you speak with your mom's attorney
6   before you went and talked to the judge?
7       A. I don't remember.
8       Q. Do you remember talking to a guy named
9   Kenneth Wright?
10      A. I don't remember, no.
11      Q. Does the fact that -- a guy with dreadlocks,
12  does that ring a bell?
13      A. Yes.
14      Q. You did talk to him?
15      A. Yes.
16      Q. When did you talk to him?
17      A. When I was testifying.
18      Q. Okay. At the courthouse?
19      A. Yes.
20      Q. Before the courthouse, did you talk to him?
21      A. Not that I remember.
22      Q. Did you ever talk to his partners or
23  partner?
24      A. Yes.

**Page 164**

1       Q. Is that Lynna Hollis?
2       A. I'm not sure.
3       Q. Okay. When is it that you talked to Ken
4   Wright's partner?
5       A. I believe the same -- when I was testifying,
6   too.
7       Q. At the courthouse?
8       A. Yes.
9       Q. Before you went onto the stand?
10      A. When I was on the stand.
11      Q. Do you remember ever waking up in the middle
12  of the night when -- or very, very early morning, when
13  you were living at 2004 North Laporte, and driving to
14  go pick up your dad?
15      A. No.
16      Q. Is there anything else about the day that
17  Jaquari died that you remember, that you have not
18  already told me?
19      A. No.
20      MR. NATHAN: Thank you. Those are all my
21  questions for right now.
22      MR. FLYNN: No questions.
23      MS. SUSLER: I think we'll reserve signature.
24      THE VIDEOGRAPHER: This is the end of the

41 (Pages 161 to 164)