**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| NICOLE HARRIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 14-cv-4391 |
| | ) Judge Amy St. Eve |
| CITY OF CHICAGO, et al. | ) |
| | ) |
| Defendants. | ) |

**Schedule C**

**Plaintiff Nicole Harris' Exhibits**

| No. | Exhibit | Objection | Response |
|---|---|---|---|
| | Nicole Harris' Certificate of Innocence (Pl. Nicole Harris 9677) | Hearsay; relevance; FRE 403; see Defs.' MIL; Cumulative. The plaintiff will be presenting the Certificate of Innocence by way of testimony. Admitting the certificate into evidence would be cumulative, and allowing it to go back to the jury during deliberations will unfairly highlight it. | See Doc. No. 313. See also Pl. Response to Defs MIL. The Court has ruled on this exhibit when ruling on the Defs MIL. It is a preprinted form that is not prejudicial. It is a crucial piece of evidence that supports Plaintiff's claim for malicious prosecution that her criminal case was terminated in her favor and in a manner indicative of innocence. |
| 2 | Det. Wo's General Progress Report - Diante Dancy - 5/15/05 (City 406-407) | | |
| 3 | Det. Wo's General Progress Report - Diante Dancy - 5/15/05 (City 1220-21) | Hearsay; Foundation; Relevance; FRE 403. | Fed. R. Evid. 801(d)(1)(B), 801(d)(2), 807, not offered for the truth of the matter asserted but for notice and/or fabrication/ manipulation of |

| | | | evidence |
|---|---|---|---|
| 4 | DCFS Report of Karen Wilson - Diante Dancy, 5/15/05 (City-DCFS 036) | Must have certain redactions regarding Stavon. | It has been. See Doc. No. 420, Ex. 4. |
| 5 | Transcript of Diante Dancy's Testimony at the Criminal Trial (Pl. Nicole Harris 007736-62) | Hearsay; Foundation; Improper since Diante will be testifying at civil trial. | Fed. R. Evid. 106, 801(d)(1)(B), 804(a)(3) (b)(1)(A), 804(a)(5)(a) (1)(A), 807 |
| 6 | Video of Dr. Galatzer-Levy and Diante Dancy – 4/11/06 (CCSAO 003537) | | |
| 7 | Transcript of Dr. Galatzer-Levy and Diante Dancy – 4/11/06 (PL. Nicole Harris 014958-4982) | | |
| 8 | Video of Dr. Galatzer-Levy and Diante – 4/15/06 (CCSAO 003538) | | |
| 9 | Transcript of Dr. Galatzer-Levy and Diante Dancy – 4/15/06 (PL. Nicole Harris 014984-5011) | | |
| 10 | Group Exhibit – CPD Photographs of 2004 N. LaPorte (Def 000590, 000602, 603, 605-606, 611, 640, 661, 734, 741, 763, 766, 768, 770, 772, 777, 786, 820, 863; CCSAO 000002, 000005, 000007-8, 000012, 000014, 000020-23, 000025-27, 000032, 000035, 000050, 000060-61, 000069, 000070-71, 000077, 000081, 000084-85, 000090, 000092-93, 0000096) | As to the photo at DEF 820, relevance and 403. There is a reference on the evidence envelope in the picture to "DNA." The jury may improperly assume the defendants should have conducted DNA tests. | Only will be used if we need to show chain of custody |
| 11 | Group Exhibit: Photos of the back of 2004 N. LaPorte (Dep Ex. 85, 86, 87, 88) | | |
| 12 | Video of Nicole Harris' confession | | |
| 13 | Transcript of Nicole Harris' videotaped confession (CCSA0 0000198-120) | | |
| 14 | Picture of Nicole Harris at Area 5 on May 15, 2005 (Def 000595) | | |
| 15 | Sta-Von Dancy Dep. Exhibit 122 (For Refreshing Recollection Only) | | |

| 16 | First Death Certificate (Pl. Nicole Harris ME 0000019) | Hearsay; foundation; Not a public record because it is not the final version. | Fed. R. Evid. 106, 803(6), 803(8); 807. See *Blake v. Pellegrino,* 329 F.3d 43 (1st Cir. 2003) |
|---|---|---|---|
| 17 | 2nd Death Certificate (Pl. Nicole Harris ME 0000020) | Hearsay; foundation; Not a public record because it is not the final version. | Fed. R. Evid. 106, 803(6), 803(8); 807. See *Blake v. Pellegrino,* 329 F.3d 43 (1st Cir. 2003) |
| 18 | 3rd Death Certificate (Pl. Nicole Harris 00000018) | | |
| 19 | Group Ex. Photos of the street at 2004 N. LaPorte (Dep. Ex. 89 and 90) | | |
| 20 | Jaquari's Funeral Program (Pl. Nicole Harris 009972-76) | No objection to photo of Jaquari. Object to remainder. Hearsay; relevance; FRE 403. | Fed. R. Evid. 402, it is relevant to Plaintiff's damages. She was not allowed to attend this funeral. |
| 21 | Withdrawn | | |
| 22 a-z, aa-dd | Portions of Defendants' Responses to Request to Admit | Please identify which requests to admit that you seek to admit. | Fed. R. Evid. 801(d)(2) – party opponent admissions |
| 23 | Nicole Harris' Tr. Test (For Refreshing Recollection Only) (PL. Nicole Harris 007802-923) | | |
| 24 | Nicole Harris' Sentencing Statement (Pl. Nicole Harris 013104-08) (For Refreshing Recollection) | | |
| 25 | Nicole Harris' Deposition (For Refreshing Recollection Only) | | |
| 26 a-f | Group Exhibit: Nicole Harris' Answers to Interrogatories (For Refreshing Recollection Only) | | |
| 27 | Group Exhibit: Article on Nicole Harris Arrest, Prosecution and Conviction (For Refreshing Recollection Only) | | |
| 28 | Retainer Agreement with Wright, Holland & Johnson (Pl. Nicole Harris 010230 and 010234) (For Refreshing Recollection) | | |
| 29 | Diante Dancy's Deposition | | |

| | | | |
|---|---|---|---|
| | Testimony<br>(For Refreshing Recollection Only) | | |
| 30 | Handwritten Statement of Sta-Von Dancy<br>(City 0000433-443)<br>(For Refreshing Recollection Only) | | |
| 31 | Sta-Von Dancy's Trial Testimony, 10/21/05<br>(Pl. Nicole Harris 001334-54)<br>(For Refreshing Recollection Only) | | |
| 32 | Sta-Von Dancy's Trial Testimony<br>(Pl. Nicole Harris 007718-35)<br>(For Refreshing Recollection Only) | | |
| 33 | Sta-Von Dancy's Sentencing Testimony<br>(PL. Nicole Harris 013083-3092)<br>(For Refreshing Recollection Only)<br>(PL. Nicole Harris 013083-3092) | | |
| 34 | Sta-Von Dancy's Grand Jury Transcript<br>(CCSAO 003630-50)<br>(For Refreshing Recollection Only) | | |
| 35 | Picture of Sta-Von Dancy at Area 5<br>(CCSAO 000207) | | |
| 36 | Dr. Gary Kanuik's Medical Records of Nicole Harris at Cook County Hospital<br>(Pl. Nicole Harris 010269 – 272, 286-87, 291, 303-05) | Hearsay; relevance; foundation; cumulative. | Fed. R. Evid. 803 (3), 803(4) 803(6) |
| 37 | Dr. Gary Kanuik's Testimony at Nicole Harris' Sentencing Hearing<br>(PL. Nicole Harris 011701-1709)<br>(For Refreshing Recollection Only) | Hearsay; relevance; foundation; cumulative. | The witness will be called to testify at trial. This is not being admitted as substantive evidence |
| 38 | Withdrawn | | |
| 39 | Withdrawn | | |
| 40 | Withdrawn | | |
| 41 | Wanda Harris' Trial Testimony<br>(PL. Nicole Harris 014076-4084)<br>(For Refreshing Recollection Only) | | |
| 42 | Wanda Harris' Sentencing Testimony<br>(PL. Nicole Harris 013050-3055)<br>(For Refreshing Recollection Only) | | |
| 43 | Withdrawn | | |
| 44 | Lawrence Carver's Deposition | | |

| | Testimony<br>(For Refreshing Recollection Only) | | |
|---|---|---|---|
| 45 | CPD Clear and Closed Supplementary Report<br>(City 0000371-85) | Hearsay; foundation; FRE 403. Would improperly highlight testimony by allowing this document to go back to the jury. | Fed. R. Evid. 801(d)(2), not offered for the truth of the matter asserted but for notice and/or fabrication/ manipulation of evidence.  It is a crucial piece of evidence in support of Plaintiff's claims. See Doc. No. 420. |
| 46 | CPD Arrest Report of Nicole Harris<br>(City 0000426-30) | Hearsay; foundation; FRE 403. | Fed. R. Evid. 801(d)(2), not offered for the truth of the matter asserted but for notice and/or fabrication/ manipulation of evidence. It is a crucial piece of evidence in support of Plaintiff's claims. See Doc. No. 420. |
| 47 | CPD Detective Division Standard<br>(City 000160-000366)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 48 | CPD General Order on Digital Recordings of Homicide Investigations, 7/8/05<br>(City 0001455-61)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 49 | Off. Lopez's CPD Notification Report<br>(City 0000394-95)<br>(For Impeachment Purposes Only) | | |
| 50 | CPD Original Case Report<br>(City 0000367-68) | | |

| | | | |
|---|---|---|---|
| | (For Impeachment Purposes Only) | | |
| 51 | CPD Investigative File Inventory (City 0000369) (For Impeachment Purposes Only) | | |
| 52 | CPD Investigative File Control (City 0000370) (For Impeachment Purposes Only) | | |
| 53 | Off. Curry's CPD Supplementary Report (City 0000396) (For Impeachment Purposes Only) | | |
| 54 | Criminal History of Sta-Von Dancy (City 0000465) (For Impeachment Purposes Only) | Hearsay; foundation; FRE 403; Based on the Court's MIL ruling, there should be no basis to impeach with this document; the criminal history of Stavon Dancy is not relevant. | This is not being admitted as substantive evidence |
| 55 | CPD Event Query LaPorte, 5/14/15 at 6:28 p.m. (City 0000423-443) (For Impeachment Purposes Only) | | |
| 56 | Crime Scene Processing Report – Off. Counts (City 0000453) (For Impeachment Purposes Only) | | |
| 57 | Crime Scene Processing Report – Off. Lampa (City 0000454) (For Impeachment Purposes Only) | | |
| 58 | Crime Scene Processing Report – Off. Poradiz (City 0000455) (For Impeachment Purposes Only) | | |
| 59 | Crime Scene Processing Report – Off. Principato (City 0000456) (For Impeachment Purposes Only) | | |
| 60 | CPD Inventory Reports (City 0000457-464) (For Impeachment Purposes Only) | | |
| 61 | CPD Supplementary Report – Morgue | | |

| | | | |
|---|---|---|---|
| | (CITY 0000546-47)<br>(For Impeachment Purposes Only) | | |
| 62 | City of Chicago OEC Recorded Voice Transmissions Request (City 000519) | Hearsay; relevance; foundation; FRE 403. | Fed. R. Evid. 803(1) and (2) |
| 63 | Withdrawn | | |
| 64c<br>64d | City of Chicago OEC Records 911 Calls<br>(City 0000949-950)<br><br>And accompanying transcript (64b) | Defendants written objection was overruled, but Defendants simply seek to preserve their objection for the record. | |
| 65 | Withdrawn | | |
| 66 | CPD Basic Recruit Training: Fundamentals of Investigations (Dep Ex. 1545, City 0009668-78)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 67 | CPD General Order 87-7, Interrogations: Field and Custodial (City 0000018-21)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 68 | CPD General Order 87-7A, Interrogations: Field and Custodial (City 0000022)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 69 | CPD General Order 99-03, Felony review by Cook County State's Attorney<br>(City 0000081-83)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403, see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 70 | CPD General Order 99-03, Felony review by Cook County State's | Hearsay; relevance; foundation; FRE 403; | Will comply with the Court's ruling. Doc. |

| | | | |
|---|---|---|---|
| | Attorney<br>(City 0000084-85)<br>(For Impeachment Purposes Only) | see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | No. 318 |
| 71 | CPD General Order 02-05, Crime Scene protection and processing<br>(City 0000149-54)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 72 | CPD General Order G04-01 on Preliminary Investigations<br>(City 00008614-16)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 73 | CPD General Order 01-03, Chicago Children's Advocacy Center<br>(City 0000157-58)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 74 | CPD Bureau of Technical Services, Forensic Services Division, Standard Operating Procedure (City 0001447-54)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 75 | CPD General Order G04-02 on Crime Scene Protection and Processing<br>(City 0008608-10)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 76 | CPD General Order G04-03 on Custodial Interrogations | Hearsay; relevance; foundation; FRE 403. | Will comply with the Court's ruling. Doc. |

|  | (City 0008611-13)<br>(For Impeachment Purposes Only) | Based on the Court's MIL rulings, there should be no basis to impeach with this document. | No. 318 |
|---|---|---|---|
| 77 | Det. Balodimas Criminal Trial Testimony<br>(Pl. Nicole Harris 007956 – 7623)<br>(For Impeachment Purposes Only) | | |
| 78 | Det. Balodimas' Deposition Transcript<br>(For Impeachment Purposes Only) | | |
| 79 | Video of Defendant Balodimas' Deposition<br>(For Impeachment Purposes Only) | | |
| 80 | Det. Balodimas' Answer to Int.<br>(For Impeachment Purposes Only) | | |
| 81 | CR#269494 File against Det. Balodimas<br>(City 0006276-6508)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 354 |
| 82 | CR#1066064 File against Det. Balodimas<br>(City 0005372-5512)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 354 |
| 83 | CR#31044 File against Det. Balodimas<br>(City 0006802-6883)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 354 |
| 84 | Det. Balodimas' Employee training record<br>(City 0000844-54)<br>(For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 403; see MIL. Based on the Court's MIL rulings, there should | Will comply with the Court's rulings but unaware of what ruling bars the use of this document for |

| | | | |
|---|---|---|---|
| | | be no basis to impeach with this document. | impeachment purposes. |
| 85 | Off. Bartik's Motion to Suppress Testimony (PL. Nicole Harris 013860-3878) (For Impeachment Purposes Only) | | |
| 86 | Off. Bartik's Tr. Testimony (PL. Nicole Harris 011983-2012) (For Impeachment Purposes Only) | | |
| 87 | Off. Bartik's Deposition Transcript (For Impeachment Purposes Only) | | |
| 88 | Video of Off. Bartik's Deposition (For Impeachment Purposes Only) | | |
| 89 | Off. Bartik's Answers to Interrogatories (For Impeachment Purposes Only) | | |
| 90 | CPD Standard Operating Procedure – Polygraph Unit Operations, 11/2/98 (CITY 0001447-50) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 91 | Group Exhibit CPD Procedures for Polygraph Unit (City 1455-61, 8559-66) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 318 |
| 92 | Off. Bartik's Handwritten drawing of the polygraph unit (For Impeachment Purposes Only) | | |
| 93 | Off. Bartik's CPD Worksheet on Nicole Harris, 5/15/05 (CITY0000575) (For Impeachment Purposes Only) | | |
| 94 | Polygraph Physiology results for Nicole Harris (CITY_R0000580-86) (For Impeachment Purposes Only) | | |
| 95 | Off. Bartik's CPD Polygraph Case Review – Results of Polygraph | | |

| | examinations for Nicole Harris and Sta-Von Dancy (CITY 0000576) (For Impeachment Purposes Only) | | |
|---|---|---|---|
| 96 | CPD Polygraph Subject Consent for Nicole Harris (CITY 0000577) | | |
| 97 | CPD Polygraph Subject Consent for Sta-Von Dancy (CITY0000578) | | |
| 98 | Off. Bartik's Worksheet on Sta-Von Dancy (CITY 0000579) (For Impeachment Purposes Only) | | |
| 99 | Off. Bartik's CPD Supplementary Report, 5/17/05 (CITY 0000540-43, 571-74) | | |
| 100 | Off. Bartik's Deposition Transcript in *McGee v. City of Chicago,* 04-cv-6352 (N.D. Ill) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 382 |
| 101 | Off. Bartik's Trial Testimony in *McGee v. City of Chicago,* 08 C 3503 (Cir. Ct. of Cook County) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 382 |
| 102 | Off. Bartik's CPD Employee training record (City 0000820-30) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's rulings but unaware of what ruling bars the use of this document for impeachment purposes. |
| 103 | Off. Bartik's Performance Evaluation (Dep. Ex. 132) | Relevance; foundation; hearsay; FRE 404(b); FRE | Will comply with the Court's ruling. Doc. No. 382 |

|  |  |  |  |
|---|---|---|---|
|  | (For Impeachment Purposes Only) | 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. |  |
| 104 | Officer Lopez's Deposition Transcript (For Impeachment Purposes Only) |  |  |
| 105 | Withdrawn |  |  |
| 106 | Joe Magats' Deposition Transcript (For Impeachment Purposes Only) |  |  |
| 107 | John Sommerville's Deposition Transcript (For Impeachment Purposes Only) |  |  |
| 108 | Donny McGee's CR File (Dep. Ex. 136) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 382 |
| 109 | Danny Lanza CR File (Dep. Ex. 137) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 404(b); FRE 403, see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 382 |
| 110 | Steve Williams CR File (Dep. Ex. 138) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 382 |
| 111 | Tahari Wilson CR File (Dep. Ex. 139) (For Impeachment Purposes Only) | Relevance; foundation; hearsay; FRE 404(b); FRE 403; see MIL. Based | Will comply with the Court's ruling. Doc. No. 382 |

|  |  | on the Court's MIL rulings, there should be no basis to impeach with this document. |  |
|---|---|---|---|
| 112 | Criminal Complaint for Murder (City 0000977) |  |  |
| 113 | Det. Cordaro's Trial Testimony (PL. Nicole Harris 008023-8030) (For Impeachment Purposes Only) |  |  |
| 114 | Det. Cordaro's Deposition Transcript (For Impeachment Purposes Only) |  |  |
| 115 | Video of Det. Cordaro's Deposition (For Impeachment Purposes Only) |  |  |
| 116 | Det. Cordaro's Answers to Interrogatories (For Impeachment Purposes Only) |  |  |
| 117 | Det. Cordaro's CPD Employee training record (City 0000880-91) (For Impeachment Purposes Only) | Hearsay; foundation; relevance; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Fed. Evid. 801(d)(2). This is not being admitted as substantive evidence |
| 118 | Det. Day's Deposition Transcript (For Impeachment Purposes Only) |  |  |
| 119 | Video of Det. Day's Deposition (For Impeachment Purposes Only) |  |  |
| 120 | Det. Day's Answers to Interrogatories (For Impeachment Purposes Only) |  |  |
| 121 | Det. Day's CPD Employee training record (City 0000892-98) (For Impeachment Purposes Only) | Hearsay; foundation; relevance; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's rulings but is unaware of what ruling bars the use of this document for impeachment purposes. |
| 122 | Det. Kelly's GPR, 5/14/05 (City 0000410-11) (For Impeachment Purposes Only) |  |  |
| 123 | Det. Kelly's GPR with Nicole Harris, 5/14/05 |  |  |

| | | | |
|---|---|---|---|
| | (City 0000412-13)<br>(For Impeachment Purposes Only) | | |
| 124 | Det. Kelly's Fax Cover Sheet to CAC, 5/14/05<br>(City 0000508)<br>(For Impeachment Purposes Only) | | |
| 125 | Det. Kelly's GPR – ME, 5/15/05<br>(City 0000408-09) | | |
| 126 | Det. Kelly's Deposition Transcript<br>(For Impeachment Purposes Only) | | |
| 127 | Video of Det. Kelly's Deposition<br>(For Impeachment Purposes Only) | | |
| 128 | Det. Kelly's Answers to Interrogatories<br>(For Impeachment Purposes Only) | | |
| 129 | Det. Kelly's CPD Employee training record<br>(City 0000831-43)<br>(For Impeachment Purposes Only) | Hearsay; foundation; relevance; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's rulings but unaware of what ruling bars the use of this document for impeachment purposes. |
| 130 | Det. Landando's GPR – Dinajia Arnold, 5/14/05<br>(City 0000397-98) | | |
| 131 | Det. Landando's GPR – Nicole Harris – 5/15/15<br>(City 0000399) | | |
| 132 | Det. Landando's Tr. Testimony<br>(PL. Nicole Harris 008012-8021)<br>(For Impeachment Purposes Only) | | |
| 133 | Det. Landando's Deposition Transcript<br>(For Impeachment Purposes Only) | | |
| 134 | Video of Det. Landando's Deposition<br>(For Impeachment Purposes Only) | | |
| 135 | Det. Landando's Answers to Interrogatories<br>(For Impeachment Purposes Only) | | |
| 136 | Det. Landando's CPD Employee training record | Hearsay; foundation; relevance; FRE | Will comply with the Court's rulings but |

| | | | |
|---|---|---|---|
| | (City 0000899-908)<br>(For Impeachment Purposes Only) | 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | unaware of what ruling bars the use of this document for impeachment purposes. |
| 137 | Withdrawn | | |
| 138 | Det. Noradin's GPR – Peterson and Diante, 5/14/05<br>(City 0000400) | | |
| 139 | Det. Noradin's GPR – Nicole Harris, 5/15/05<br>(City 000421) | | |
| 140 | Det. Noradin's GPR – Nicole Harris, 5/15/05<br>(City 000423) | | |
| 141 | Det. Noradin's GPR – Nicole Harris, 5/15/05<br>(City 0000424) | | |
| 142 | Det. Noradin's GPR – Nicole Harris, 5/15/05<br>(City 0000425) | | |
| 143 | Det. Noradin's GPR – Timeline<br>(City 0000401-04) | | |
| 144 | Nicole Harris' Consent to Videotape Confession<br>5/15/05<br>(City 0000510)<br>(For Impeachment Purposes Only) | | |
| 145 | Det. Noradin's Drawing of Area 5 | | |
| 146 | Withdrawn | | |
| 147 | Withdrawn | | |
| 148 | Withdrawn | | |
| 149 | Withdrawn | | |
| 150 | Det. Noradin's Motion to Suppress Testimony<br>(PL. Nicole Harris 006911-6982)<br>(For Impeachment Purposes Only) | | |
| 151 | Det. Noradin's Trial Testimony<br>(PL. Nicole Harris007531-7594)<br>(For Impeachment Purposes Only) | | |
| 152 | Det. Noradin's Deposition Transcript<br>(For Impeachment Purposes Only) | | |
| 153 | Video of Det. Noradin's Deposition<br>(For Impeachment Purposes Only) | | |

| | | | |
|---|---|---|---|
| 154 | Det. Noradin's Answers to Interrogatories (For Impeachment Purposes Only) | | |
| 155 | Det. Noradin's CPD employee training record (City 0000855-66) (For Impeachment Purposes Only) | Hearsay; foundation; relevance; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's rulings but unaware of what ruling bars the use of this document for impeachment purposes. |
| 156 | CR 1028193 (Dep Exs. 188-93) (For Impeachment Purposes Only) | Hearsay; relevance; foundation; FRE 404(b); FRE 403; see MIL. Based on the Court's MIL rulings, there should be no basis to impeach with this document. | Will comply with the Court's ruling. Doc. No. 354 |
| 157 | Det. Wo's GPR – Hospital and LaPorte (City 0000414-18) | | |
| 158 | Det. Wo's Supplementary Progress Report (City 0000386-93) (For Impeachment Purposes Only) | | |
| 159 | Det. Wo's GPR – Sta-Von Dancy, 5/14/05 (City 0000419-420) (For Impeachment Purposes Only) | | |
| 160 | Det. Wo's GPR – Sta-Von Dancy, 5/15/05 (City 0000422) (For Impeachment Purposes Only) | | |
| 161 | Det. Wo's Trial Testimony (PL. Nicole Harris 007691-7706) (For Impeachment Purposes Only) | | |
| 162 | Det. Wo's Deposition Transcript (For Impeachment Purposes Only) | | |
| 163 | Video of Det. Wo's Deposition (For Impeachment Purposes Only) | | |
| 164 | Det. Wo's Answers to Interrogatories (For Impeachment Purposes Only) | | |
| 165 | Det. Wo's CPD employee training record | | |

| | | | |
|---|---|---|---|
| | (City 0000867-79)<br>(For Impeachment Purposes Only) | | |
| 166 | Felony Minutes Form<br>(City 0000431)<br>(For Impeachment Purposes Only) | | |
| 167 | Opening and Closing Remarks for<br>Videotaped Statement<br>(CCSAO 122-25)<br>(For Impeachment Purposes Only) | | |
| 168 | Felony Review Folder<br>(CCSAO 3759-64)<br>(For Impeachment Purposes Only) | | |
| 169 | Andrea Grogan's Trial Testimony,<br>State's Case in Chief<br>(PL. Nicole Harris010918-0966)<br>(For Impeachment Purposes Only) | | |
| 170 | Andrea Grogan's Trial Testimony,<br>State's Rebuttal<br>(PL. Nicole Harris007772-7779)<br>(For Impeachment Purposes Only) | | |
| 171 | Lawrence O'Reilly's Trial<br>Testimony, State's Case in Chief<br>(PL. Nicole Harris010605-0636)<br>(For Impeachment Purposes Only) | | |
| 172 | Lawrence O'Reilly's Testimony,<br>State's Rebuttal<br>(PL. Nicole Harris011827-1831)<br>(For Impeachment Purposes Only) | | |
| 173 | Report and Pictures of Postmortem<br>Exam<br>(Pl. Nicole Harris ME 000001 – 17,<br>21- 23, 25-26, 28-36, 38-40, 44-46,<br>48-50, 52-58, 63-65)<br>(For Refreshing Recollection or<br>Impeachment Purposes Only)<br><br>Pictures of Post-Mortem Exam<br>Pursuant to the Court's ruling Doc.<br>No. 319<br>(Pl. Nicole Harris ME 000024, 26,<br>37, 41, 43, 47, 51, 59-62) (copies of<br>the kodachromes provided in<br>discovery will be used) | | |
| 174 | Dr. Denton's Trial Testimony<br>(PL. Nicole Harris010703-0752)<br>(For Refreshing Recollection or | | |

| | | | |
|---|---|---|---|
| | Impeachment Purposes Only) | | |
| 175 | Dr. Denton's Deposition Transcript (For Refreshing Recollection or Impeachment Purposes Only) | | |
| 176 | Video of Dr. Denton's Deposition (For Refreshing Recollection or Impeachment Purposes Only) | | |
| 177 | Dr. Scott Denton's CV (For Refreshing Recollection or Impeachment Purposes Only) | | |
| 178 | Dr. Robert Galatzer-Levy's CV (Dep. Ex. 170) (For Refreshing Recollection Only) | | |
| 179 | Group Exhibits: Dr. Robert Galatzer Levy's Expert Reports (Dep Exhibits 170-71) (For Refreshing Recollection Only) | | |
| 180 | Dr. Robert Galatzer Levy's Expert Report in the criminal case (Pl. Nicole Harris 002872-92) (For Refreshing Recollection Only) | | |
| 181 | Dr. Robert Galatzer Levy's File (For Refreshing Recollection Only) | | |
| 182 | Charles Honts's CV (Dep. Ex. 146) (For Refreshing Recollection Only) | | |
| 183 | Charles Honts's Expert Report (Dep. Ex. 148) (For Refreshing Recollection Only) | | |
| 184 | Charles Honts's File and Chart (For Refreshing Recollection Only) | | |
| 185 | Dr. Richard Leo's CV (Dep. Ex. 166) (For Refreshing Recollection Only) | | |
| 186 | Group Exhibit: Dr. Richard Leo's Expert Report, listing of cases, and materials reviewed (Dep. Ex. 165) (For Refreshing Recollection Only) | | |
| 187 | Dr. Richard Leo's File (For Refreshing Recollection Only) | | |
| 188 | Gregg O. McCrary's CV (Dep. Ex. 175) (For Refreshing Recollection Only) | | |
| 189 | Gregg O. McCrary' Expert Report (Dep. Ex. 178) | | |

| | | | |
|---|---|---|---|
| | (For Refreshing Recollection Only) | | |
| 190 | Gregg O. McCrary's File (For Refreshing Recollection Only) | | |
| 191 | Dr. Ryan Stevens' CV (Dep. Ex. 144) (For Refreshing Recollection Only) | | |
| 192 | Dr. Ryan Stevens' Expert Report (Dep. Ex. 144) (For Refreshing Recollection Only) | | |
| 193 | Dr. Ryan Stevens File (For Refreshing Recollection Only) | | |
| 194 | Dr. Brian Peterson's CV (Dep. Ex. 150) (For Impeachment Purposes Only) | | |
| 195 | Dr. Brian Peterson's Expert Report (Dep. Ex. 150) (For Impeachment Purposes Only) | | |
| 196 | Dr. Brian Peterson's File (Peterson 000001-292) (For Impeachment Purposes Only) | | |
| 197 | Dr. Brian Peterson's Power Point Training (For Impeachment Purposes Only) | | |
| 198 | Paul Cassell's CV (Dep. Ex. 198) (For Impeachment Purposes Only) | | |
| 199 | Paul Cassell's Expert Report (Dep Ex. 197) (For Impeachment Purposes Only) | | |
| 200 | Withdrawn | | |
| 201 | Withdrawn | | |
| 202 | Withdrawn | | |
| 203 | Withdrawn | | |
| 204 | John Palmatier's CV (For Impeachment Purposes Only) | | |
| 205 | John Palmatier's Report (For Impeachment Purposes Only) | | |
| 206 | Demonstrative Exhibit: Timeline of the Interrogation | Need to discuss | Plaintiff will provide counsel the opportunity to review it once it is completed and prior to it being |

| | | | shown to the jury |
|---|---|---|---|
| 207 | Demonstrative Exhibit in Closing | Premature | Plaintiff will provide counsel the opportunity to review it once it is completed and prior to it being shown to the jury |
| 208 | Demonstrative Exhibit: Elastic Strings | Objection to the elastic band that Dr. Stevens used at his deposition, or any other elastic band, as a demonstrative or for any other use. This is an improper reconstruction/ recreation that is not based on the evidence in the case. Neither the elastic band nor the body part that Dr. Stevens applied it to is the same as the elastic band from the fitted sheet, or a neck. This would not aid the jury, but will in fact mislead the jury. | This is a valid demonstrative exhibit for the jury to view and experience. It is crucial for the jury to have an understanding of the type of material the undisputed instrument of death was comprised of and what elastic and clingy materials it may or may not have. The fact that the elastic band used by Dr. Stevens is not the precise elastic band from the bed sheet does not go to its admissibility but weight. <br><br> Dr. Stevens brought the elastic band to his deposition and the Defendants had notice of this elastic band and the opportunity to examine it, have Dr. Stevens demonstrate, and question him about it or attempt to use it on any other part of his body. <br><br> The Defendants also fail to explain how |

| | | | |
|---|---|---|---|
| | | | Dr. Stevens' use of the elastic band on his wrist is in any way different than the use around a neck for these purposes. |
| 209 | Scott Peterson's Deposition Transcript (For Impeachment Purposes Only) | | |
| 210 | Scott Peterson's DCFS Records (DCFS 023-32, 99-100, 173-182) (For Impeachment Purposes Only) | | |
| 211 | Karen Wilson's Deposition Transcript (For Impeachment Purposes Only) | | |
| 212 | Karen Wilson's DCFS Records (DCFS 017-22, 036-52, 054-58, 061-68, 085-87, 096-98, 171, 173-190) For Impeachment Purposes Only) | | |
| 213 | Withdrawn | | |
| 214 | Jaquari Dancy's Medical Records at Our Lady Resurrection (For Impeachment Purposes Only) | | |
| 215 | Andrea Grogan's Deposition Transcript (For Impeachment Purposes Only) | | |
| 216 | Lawrence O'Reilly's Deposition Transcript (For Impeachment Purposes Only) | | |
| 217 | Det. Noradin's Grand Jury Testimony (Pl. Nicole Harris009684-89) (For Impeachment Purposes Only) | | |
| 218 | Chicago Police Department Event Query (City 0000521-522) (For Impeachment Purposes Only) (City 0000521-522) | | |
| 219 | Charles Honts's Chart (Demonstrative) | | |

Plaintiff may have additional exhibits that she may be use at trial for impeachment purposes only. Further, Plaintiff has listed exhibits for impeachment purposes only which may be not necessary if the Court grants her motions in limine.