# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Nicole Harris,

Plaintiff(s),

v.

City of Chicago et al.,

Defendant(s).

Case No. 14 C 4391

Judge Amy J. St. Eve

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) City of Chicago, Robert Bartik, Demosthenes Balodimas, Robert Cordaro, John Day, James Kelly, Michael Landando, Anthony Noradin, Randall Wo.
and against plaintiff(s) Nicole Harris.
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Amy J. St. Eve presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☐ decided by Judge      on a motion

Date: 11/17/2017

Thomas G. Bruton, Clerk of Court

Katie Franc, Deputy Clerk